William N. Lobel, State Bar No. 93202
wlobel@lwgfllp.com
Alan J. Friedman, State Bar No. 132580
afriedman@lwgfllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@lwgfllp.com
Christopher J. Green, State Bar No. 295874
cgreen@lwgfllp.com
**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone   714-966-1000
Facsimile   714-966-1002

Proposed Attorneys for
Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>FREEDOM COMMUNICATIONS, INC., a Delaware corporation, *et al.*,[1]<br><br>Debtors and Debtors-in-Possession.<br><br>Affects:<br><br>☒  All Debtors<br><br>☐  Freedom Communications, Inc., a Delaware corporation, ONLY | Case No. 8:15-bk-15311-MW<br>Chapter 11<br><br>(Jointly Administered With Case Nos. 8:15-bk-15312-MW; 8:15-bk-15313-MW; 8:15-bk-15315-MW; 8:15-bk-15316-MW; 8:15-bk-15317-MW; 8:15-bk-15318-MW; 8:15-bk-15319-MW; 8:15-bk-15320-MW; 8:15-bk-15321-MW; 8:15-bk-15322-MW; 8:15-bk-15323-MW; 8:15-bk-15324-MW; 8:15-bk-15325-MW; 8:15-bk-15326-MW; 8:15-bk-15327-MW; 8:15-bk-15328-MW; 8:15-bk-15329-MW; 8:15-bk-15330-MW; 8:15-bk-15332-MW; 8:15-bk-15337-MW; 8:15-bk-15339-MW; 8:15-bk-15340-MW; 8:15-bk-15342-MW; 8:15-bk-15343-MW) |

---

[1] The last four digits of the Debtors' federal tax identification numbers are as follows: Freedom Communications, Inc. (0750); Freedom Communications Holdings, Inc. (2814); Freedom Services, Inc. (3125); 2100 Freedom, Inc. (7300); OCR Community Publications, Inc. (9752); Daily Press, LLC (3610); Freedom California Mary Publishing, Inc. (4121); Freedom California Ville Publishing Company LP (7735); Freedom Colorado Information, Inc. (7806); Freedom Interactive Newspapers, Inc. (9343); Freedom Interactive Newspapers of Texas, Inc. (8187); Freedom Newspaper Acquisitions, Inc. (4322); Freedom Newspapers (7766); Freedom Newspapers, Inc. (3240); Freedom Newspapers of Southwestern Arizona, Inc. (5797); OCR Information Marketing, Inc. (7983); Odessa American (7714); Orange County Register Communications, Inc. (7980); Victor Valley Publishing Company (6082); Victorville Publishing Company (7617); Freedom SPV II, LLC (8253); Freedom SPV VI, LLC (8434); Freedom SPV I, LLC (3293); Freedom SPV IV, LLC (8500); and Freedom SPV V, LLC (9036).  The Debtors' mailing address is 625 N. Grand Avenue, Santa Ana, California 92701.

1038196.3

1

MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES AND OTHER DOCUMENTS

| | | |
|---|---|---|
| 1 | ☐ Freedom Communications Holdings, Inc., a Delaware corporation, ONLY | **NOTICE OF EX PARTE MOTION AND EX PARTE MOTION FOR AN ORDER EXTENDING TIME WITHIN WHICH DEBTORS MUST FILE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS AND OTHER REQUIRED DOCUMENTS AS LISTED IN THE COURT'S DEFICIENCY NOTICE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(c) AND LOCAL BANKRUPTCY RULE 1007-1(b); AND MEMORANDUM OF POINTS AND AUTHORITIES FILED IN SUPPORT THEREOF**  [Declaration of Chris D. Dahl, Chief Financial Officer, in Support of First-Day Motions Filed Concurrently Herewith]  **[No Hearing Required]** |

1. ☐ Freedom Communications Holdings, Inc., a Delaware corporation, ONLY
2. ☐ Freedom Services, Inc., a Delaware corporation, ONLY
3. ☐ 2100 Freedom, Inc., a Delaware corporation, ONLY
4. ☐ OCR Community Publications, Inc., a California corporation, ONLY
5. ☐ Daily Press, LLC, a California limited liability company, ONLY
6. ☐ Freedom California Mary Publishing, Inc., a California corporation, ONLY
7. ☐ Freedom California Ville Publishing Company LP, a California limited partnership, ONLY
8. ☐ Freedom Colorado Information, Inc., a Delaware corporation, ONLY
9. ☐ Freedom Interactive Newspapers, Inc., a California corporation, ONLY
10. ☐ Freedom Interactive Newspapers of Texas, Inc., a Delaware corporation, ONLY
11. ☐ Freedom Newspaper Acquisitions, Inc., a Delaware corporation, ONLY
12. ☐ Freedom Newspapers, a Texas general partnership, ONLY
13. ☐ Freedom Newspapers, Inc., a Delaware corporation, ONLY
14. ☐ Freedom Newspapers of Southwestern Arizona, Inc., a California corporation, ONLY
15. ☐ OCR Information Marketing, Inc., a California corporation, ONLY
16. ☐ Odessa American, a Texas general partnership, ONLY
17. ☐ Orange County Register Communications, Inc., a California corporation, ONLY

**NOTICE OF EX PARTE MOTION AND EX PARTE MOTION FOR AN ORDER EXTENDING TIME WITHIN WHICH DEBTORS MUST FILE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS AND OTHER REQUIRED DOCUMENTS AS LISTED IN THE COURT'S DEFICIENCY NOTICE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(c) AND LOCAL BANKRUPTCY RULE 1007-1(b); AND MEMORANDUM OF POINTS AND AUTHORITIES FILED IN SUPPORT THEREOF**

[Declaration of Chris D. Dahl, Chief Financial Officer, in Support of First-Day Motions Filed Concurrently Herewith]

**[No Hearing Required]**

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

1038196.3

2

MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES AND OTHER DOCUMENTS

Case 8:15-bk-15311-MW    Doc 9    Filed 11/02/15    Entered 11/02/15 19:01:16    Desc
Main Document    Page 3 of 8

1  ☐ Victor Valley Publishing Company, a California corporation, ONLY

2

3  ☐ Victorville Publishing Company, a California limited partnership, ONLY

4  ☐ Freedom SPV II, LLC, a Delaware limited liability company, ONLY

5

6  ☐ Freedom SPV VI, LLC, a Delaware limited liability company, ONLY

7  ☐ Freedom SPV I, LLC, a Delaware limited liability company, ONLY

8

9  ☐ Freedom SPV IV, LLC, a Delaware limited liability company, ONLY

10  ☐ Freedom SPV V, LLC, a Delaware limited liability company, ONLY

11

12

13 **TO THE HONORABLE MARK S. WALLACE, UNITED STATES BANKRUPTCY JUDGE,**

14 **THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER INTERESTED**

15 **PARTIES:**

16     **PLEASE TAKE NOTICE** that the jointly administered debtors and debtors-in-

17 possession in the above-captioned cases (collectively, the "Debtors"), hereby move (the

18 "Motion") ex parte for an order extending the time within which the Debtors must file their

19 Schedules of Assets and Liabilities (the "Schedules"), Statements of Financial Affairs

20 ("SOFAs"), and any other documents required to be filed pursuant to any Case

21 Commencement Deficiency Notices or other similar notice issued by the Court (the

22 "Deficiency Documents," and together with the Schedules and the SOFAs, the

23 "Documents") pursuant to Rule 1007(c) of the Federal Rules of Bankruptcy Procedure (the

24 "Bankruptcy Rules") and Rule 1007-1(b) of the Local Bankruptcy Rules (the "Local

25 Rules").

26     The Motion is based on this Notice and Motion, the attached Memorandum of

27 Points and Authorities, and the concurrently filed Declaration of Chris D. Dahl, Chief

28 Financial Officer, in Support of First-Day Motions (the "First Day Declaration").

1038196.3                             3            MOTION FOR EXTENSION OF TIME TO
                                                   FILE SCHEDULES AND OTHER
                                                   DOCUMENTS

**PLEASE TAKE FURTHER NOTICE** that the Debtors request that this Motion be considered on an ex-parte basis. The Documents are currently due on November 16, 2015.[2] By the Motion, the Debtors request an extension of twenty-nine (29) days, through and including December 15, 2015, to file the Documents. If the Debtors were to set this matter on regular notice, the deadline for filing the Documents will have passed prior to the Court's consideration of the relief requested by the Debtors. The Debtors would then either have to file incomplete or insufficient Documents by November 16, 2015, or violate the Bankruptcy Rules and Local Rules by failing to file the Documents. Pursuant to Local Rules 1007-1(b) and 9013-1(p), the Court may grant the Motion without a hearing upon notice to certain parties-in-interest.

Dated: November 2, 2015

LOBEL WEILAND GOLDEN FRIEDMAN LLP

By: _____
WILLIAM N. LOBEL
ALAN J. FRIEDMAN
BETH E. GASCHEN
CHRISTOPHER J. GREEN
Proposed Attorneys for
Debtors and Debtors-in-Possession

---

[2] For those Cases filed on November 1, 2015, the usual fourteen (14) day period to file the Documents was extended by one day to November 16, 2015.

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

The above captioned Debtors in these Chapter 11 cases (the "Cases") are required to file complete and accurate Schedules, SOFAs, and Deficiency Documents. Because of the complexity of the Cases, the sheer number of creditors, and the obligations placed on new debtors and debtors-in-possession, the Debtors require an extension of twenty-nine (29) days in addition to the fourteen (14) days allowed by the Bankruptcy Rules.[3] The Debtors submit that this extension is reasonable and will allow them to file more accurate and complete Documents, benefitting all parties-in-interest.

## II. STATEMENT OF FACTS

### A. Jurisdiction and Venue

This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2). The Debtors consent to the entry of a final order by the Court in connection with this Motion to the extent it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution. Venue of these cases and this Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.

### B. The Debtors and the Chapter 11 Filings

On November 1, 2015 and November 2, 2015 (the "Petition Dates"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California (the "Court"). The Debtors continue to operate and manage their affairs as debtors and debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No party has

---

[3] The Debtors spoke with the Office of the United States Trustee ("OUST") prior to filing the Motion and the OUST does not object to a 30-day extension.

1 requested the appointment of a trustee or examiner and no committee has yet been
2 appointed or designated in the Cases, although the Debtors anticipate that one or more
3 official committees of unsecured creditors may be appointed.
4    2100 Freedom, Inc. is the direct or indirect parent company of each of the other
5 Debtors.  The Debtors, headquartered in Santa Ana, California, are a privately owned
6 information and entertainment company consisting of print publications and interactive
7 businesses.  The Debtors' portfolio includes daily and weekly newspapers, magazines and
8 other specialty publications.  In addition, the Debtors operate an interactive business
9 which offers website complements, as well as digital and mobile products, to their print
10 publications.  The Orange County Register is the Debtors' flagship newspaper.  The
11 Debtors also operate the Press-Enterprise and Unidos (a Spanish language newspaper),
12 and own real property in Santa Ana and Riverside, California.
13    Additional information regarding the Debtors' businesses, capital structures, and
14 the circumstances leading to the Cases is set forth in the First Day Declaration, which is
15 incorporated herein by reference and filed contemporaneously herewith.
16
17 **III.    THE DEBTORS REQUIRE MORE THAN FOURTEEN DAYS TO FILE**
18     **COMPLETE AND ACCURATE DOCUMENTS**
19    Section 521 of the Bankruptcy Code requires that the Debtors "file a list of
20 creditors, and unless the court orders otherwise, a schedule of assets and liabilities, a
21 schedule of current income and current expenditures, and a statement of the debtor's
22 financial affairs. . . ."  *See* 11 U.S.C. § 521(a).  Pursuant to Bankruptcy Rule 1007(c) and
23 Local Rule 1007-1, if no extension of time has been granted, the Debtors must file the
24 Documents within fourteen (14) days from the date of the filing of their bankruptcy
25 petitions.  However, Bankruptcy Rule 1007(c) also provides that an extension of time for
26 the filing of the Documents may be granted "on motion for cause shown and on notice to
27 the United States Trustee. . . ."  Fed. R. Bankr. P. 1007(c).
28

1038196.3    6    MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES AND OTHER DOCUMENTS

The Debtors' fourteen-day period expires on November 16, 2015. Due to the demands on the Debtors created by: (i) filing the Cases and the financial difficulties giving rise thereto, (ii) the need to maintain continuity in the Debtors' businesses, (iii) the need to prepare and file numerous "First Day Motions," (iv) the immediate need to comply with the filing requirements as set forth in the "*Guidelines for Fulfilling the Requirements of the United States Trustee*," and (v) the large number of creditors in the Cases, the Debtors will not be able to complete the Documents within the fourteen (14) day statutory period. Given the foregoing, the Debtors require a modest extension to compile the requisite information necessary to ensure that accurate and complete Documents will be filed.

Pursuant to Bankruptcy Rule 1007(c) and Local Rule 1007-1(b), the Debtors request an additional twenty-nine (29) calendar days, up to and including December 15, 2015, within which to file the Documents. Because the requested extension of time: (i) is reasonable, (ii) will allow the Debtors to file more accurate Documents, and (iii) will not prejudice creditors, the Debtors believe that cause has been shown for the requested twenty-nine (29) day extension from the current November 16, 2015 deadline to December 15, 2015. The Debtors reserve the right to seek further extensions.

## IV.    **NOTICE OF THE MOTION IS PROPER**

Notice of the Motion and the Motion have been provided to: (a) the Office of the United States Trustee, (b) the twenty largest unsecured creditors in each of the Debtors' estates; and (c) the Debtors' secured creditors, and counsel for the secured creditors, if any.[4] In the event that the Court grants the relief requested by the Motion, the Debtors shall provide notice of the entry of the order granting such relief upon each of the

---

[4] The Debtors are concurrently filing an emergency motion seeking an order limiting notice to: (1) the Office of the United States Trustee; (2) counsel for any official unsecured creditors committee appointed in the Cases and until such time as counsel is named, the individual committee members; (3) the consolidated 30 largest creditors holding general unsecured claims against the Debtors' estates; (4) parties asserting secured claims; (5) parties that file a request for special notice; and (6) any party with a pecuniary interest in the subject matter of the particular matter.

foregoing parties and any other parties in interest as the Court directs. While Local Rule 1007-1(b)(2) provides that service of the Motion must be upon all creditors, the Debtors have approximately 5,000 creditors and requiring service on all creditors would impose an undue administrative cost to the estates. The Debtors submit that notice to the parties listed above is sufficient and that no other or further notice is necessary.

V.  **CONCLUSION**

WHEREFORE, to facilitate the efficient administration of the Cases, and allow the Debtors adequate time to file complete and accurate Documents, the Debtors request that the Court enter an order granting the Debtors a twenty-nine (29) day extension from November 16, 2015 to December 15, 2015, to file the Documents.

Dated: November 2, 2015

LOBEL WEILAND GOLDEN FRIEDMAN LLP

By: _____
WILLIAM N. LOBEL
ALAN J. FRIEDMAN
BETH E. GASCHEN
CHRISTOPHER J. GREEN
Proposed Attorneys for
Debtors and Debtors-in-Possession