**Fill in this information to identify the case:**

Debtor name    **2100 Freedom, Inc., a Delaware corporation**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **8:15-bk-15315 MW**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................ $      **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................... $      **Unknown**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................. $      **Unknown**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $      **34,919,920.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*............................................................ $      **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*............................................... +$      **175,183,361.54**

4. **Total liabilities** ...................................................................................................
    Lines 2 + 3a + 3b       $    **210,103,281.54**

**Fill in this information to identify the case:**

Debtor name **2100 Freedom, Inc., a Delaware corporation**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **8:15-bk-15315 MW**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**   Cash and cash equivalents
1. Does the debtor have any cash or cash equivalents?

■ No. Go to Part 2.
☐ Yes Fill in the information below.
All cash or cash equivalents owned or controlled by the debtor                    Current value of debtor's interest

**Part 2:**   Deposits and Prepayments
6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**   Accounts receivable
10. Does the debtor have any accounts receivable?

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**   Investments
13. Does the debtor own any investments?

☐ No. Go to Part 5.
■ Yes Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. Mutual funds or publicly traded stocks not included in Part 1<br>Name of fund or stock: | | |
| 15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture<br>Name of entity: | % of ownership | |
| 15.1. **% Ownership : 100%**<br>Freedom Communications Holdings Inc. | 100.00 % | Unknown |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **2100 Freedom, Inc., a Delaware corporation** | Case number *(If known)* | **8:15-bk-15315 MW** |
|---|---|---|---|
| | Name | | |

16.    Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1
        Describe:

17.    **Total of Part 4.**

        Add lines 14 through 16. Copy the total to line 83.

$0.00

**Part 5:**     Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

    ■ No.  Go to Part 6.
    ☐ Yes Fill in the information below.

**Part 6:**     Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:**     Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ■ No.  Go to Part 8.
    ☐ Yes Fill in the information below.

**Part 8:**     Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No.  Go to Part 9.
    ☐ Yes Fill in the information below.

**Part 9:**     Real property

**54. Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:**     Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:**     All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **2100 Freedom, Inc., a Delaware corporation**    Case number (If known)  **8:15-bk-15315 MW**
             Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __2100 Freedom, Inc., a Delaware corporation__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) __8:15-bk-15315 MW__

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A – Amount of claim (Do not deduct the value of collateral.) | Column B – Value of collateral that supports this claim |
|---|---|---|
| **2.1 Pension Benefit Guaranty Corporation**<br>Creditor's Name<br>FBO The Retirement Plan of Freedom Communications Inc<br>1200 K Street NW<br>Washington, DC 20005<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred **Various**<br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>1. Silver Point Financial LLC<br>2. Pension Benefit Guaranty Corporation | Describe debtor's property that is subject to a lien<br>**Personal Property**<br><br>Describe the lien<br>**Pension Benefit Liens**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$15,458,715.00** | **Unknown** |
| **2.2 Silver Point Financial LLC**<br>Creditor's Name<br>Managing Agent, Officer or Director<br>Two Greenwich Plaza<br>Greenwich, CT 06830<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred **11/2013** | Describe debtor's property that is subject to a lien<br>**All assets, whether now owned or hereafter acquired**<br><br>Describe the lien<br>**Financing Statement**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | **$19,461,205.00** | **Unknown** |

Debtor 1  **Richard E. Mirman**
First Name          Middle Name                    Last Name

Case number (if known)    **8:15-bk-15315 MW**

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $34,919,920.00

**Part 2:**  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| CSC Managing Agent, Officer or Director 2710 Gateway Oaks Drive Suite 150N Sacramento, CA 95833 | Line 2.2 | |
| Munger Tolles & Olson LLP Seth Goldman Esq 355 South Grand Avenue Los Angeles, CA 90071 | Line 2.2 | |
| Paul Weiss Rifkind Wharton etc Managing Partner 1285 Avenue of the Americas New York, NY 10019 | Line 2.2 | |
| Pension Benefit Guaranty Corp Marc Pfeuffer Esq Office of the Chief Counsel 1200 K St NW Washington, DC 20005-4026 | Line 2.1 | |

**Fill in this information to identify the case:**

Debtor name: 2100 FREEDOM, INC.

United States Bankruptcy Court for the: Central District of California

Case number (if known): 8:15-bk-15315-MW

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G) .Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☑ No. Go to Part 2.

    ☐ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| 2.1. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| _____ _____ _____ _____ | ☐ Contingent ☐ Unliquidated ☐ Disputed | $_____ | $_____ |
| | | | **Nonpriority amount** $_____ |

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?

☐ No

☐ Yes

Specify Code subsection of PRIORITY unsecured claim:11 U.S.C. § 507(a) (_____)

Debtor  **2100 FREEDOM, INC.**                    Case number (if known) **8:15-bk-15315-MW**

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| 3.1. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|------|------|------|------|
| | ABRAMS & BAYLISS LLP 20 MONTCHANIN RD STE 200 WILMINGTON DE 19807 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $11,106.55 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.2. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|------|------|------|------|
| | ADM INVESTMENT MANAGEMENT LLC 2890 NE 187TH ST AVENTURA FL 33180-2922 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $2,098.53 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.3. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|------|------|------|------|
| | ANGELO GORDON MANAGEMENT LLC 245 PARK AVE 26TH FLOOR NEW YORK NY 10167 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $17,500,000.00 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

---

Debtor  **2100 FREEDOM, INC.**    Case number (if known) **8:15-bk-15315-MW**

| 3.4. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|------|------|------|------|
| | BEST BEST & KRIEGER LLP PO BOX 1028 RIVERSIDE CA 92502-1028 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $16,923.45 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.5. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|------|------|------|------|
| | BOND AND PECARO INC 1990 M ST NW STE 400 WASHINGTON DC 20036 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $295.27 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.6. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|------|------|------|------|
| | BOSTWICK LAW 12400 WILSHIRE BLVD STE 400 LOS ANGELES CA 90025 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,985.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **2100 FREEDOM, INC.**                                              Case number (if known) **8:15-bk-15315-MW**

| 3.7. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|------|-------------------------------------------------|-------------------------------------------------------------------------|-----------------|

**3.7.** **Nonpriority creditor's name and mailing address**

CRA INTERNATIONAL INC
PO BOX 845960
BOSTON MA 02284-5960

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$32,000.00

**3.8.** **Nonpriority creditor's name and mailing address**

CROSSCREDIT CAPITAL LLC
20900 NE 30TH AVE - STE 200
AVENTURA FL 33180

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$400,000.00

**3.9.** **Nonpriority creditor's name and mailing address**

CRYSTAL FINANCIAL SPV LLC
TWO INTERNATIONAL PLACE
17TH FLR
BOSTON MA 02110

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$45,907.70

Debtor    **2100 FREEDOM, INC.**                                          Case number *(if known)* **8:15-bk-15315-MW**

---

| 3.10. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DAVIS WRIGHT TREMAINE LLP
1201 THIRD AVENUE
SUITE 2200
SEATTLE WA 98101

☐ Contingent
☐ Unliquidated
☐ Disputed

$9,658.89

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.11. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 TIMES SQUARE
NEW YORK NY 10036-6516

☐ Contingent
☐ Unliquidated
☐ Disputed

$49,560.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.12. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FTI CONSULTING INC
PO BOX 418178
BOSTON MA 02241-8178

☐ Contingent
☐ Unliquidated
☐ Disputed

$162,968.23

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 5 of 13

Debtor    **2100 FREEDOM, INC.**    Case number *(if known)* **8:15-bk-15315-MW**

| 3.13. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**3.13.** **Nonpriority creditor's name and mailing address**

INGRAM YUZEK GAINEN CARROLL &
BERTOLOTTI LLP
250 PARK AVE 6TH FLR
NEW YORK NY 10177

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$20,958.71

---

**3.14.** **Nonpriority creditor's name and mailing address**

KADING BRIGGS LLP
100 SPECTRUM CENTER DR
SUITE 800
IRVINE CA 92618

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$236,604.18

---

**3.15.** **Nonpriority creditor's name and mailing address**

KNOBBE MARTENS OLSON & BEAR LLP
2040 MAIN ST 14TH FLR
IRVINE CA 92614

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$12,946.99

---

| 3.16. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KRISTIN F GANNON
3500 ROWE PL
LAFAYETTE CA 94549

☐ Contingent
☐ Unliquidated
☐ Disputed

$60,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.17. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LATHAM & WATKINS LLP
PO BOX 7247-8202
PHILADELPHIA PA 19170-8202

☐ Contingent
☐ Unliquidated
☐ Disputed

$974,230.66

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.18. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LEVINE LEE LLP
666 5TH AVE 35TH FLR
NEW YORK NY 10103

☐ Contingent
☐ Unliquidated
☐ Disputed

$232,115.48

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **2100 FREEDOM, INC.**    Case number (if known) **8:15-bk-15315-MW**

---

| 3.19. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|

LEVINE SULLIVAN KOCH & SCHULZ LLP
1899 L ST NW STE 200
WASHINGTON DC 20036

☐ Contingent
☐ Unliquidated
☐ Disputed

$29,748.35

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.20. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|

LORD SECURITIES CORPORATION
48 WALL ST 27TH FLR
NEW YORK NY 10005

☐ Contingent
☐ Unliquidated
☐ Disputed

$15,000.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.21. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|

OGLETREE DEAKINS NASH SMOAK &
POST OFFICE BOX 89
COLUMBIA SC 29202

☐ Contingent
☐ Unliquidated
☐ Disputed

$98,003.75

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **2100 FREEDOM, INC.**                                             Case number *(if known)* **8:15-bk-15315-MW**

| 3.22. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.22. **Nonpriority creditor's name and mailing address**

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE CHIEF COUNSEL
1200 K STREET
SUITE 340
WASHINGTON DC 20005

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PENSION OBLIGATIONS

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$155,000,000.00

---

3.23. **Nonpriority creditor's name and mailing address**

RUTAN & TUCKER LLP
611 ANTON BLVD STE 1400
PO BOX 1950
COSTA MESA CA 92628-1950

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$98,123.33

---

3.24. **Nonpriority creditor's name and mailing address**

SJS SPORTS LLC
125 E 84TH ST
APT 3 A
NEW YORK NY 10028

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$17,500.00

---

Debtor    **2100 FREEDOM, INC.**    Case number *(if known)* **8:15-bk-15315-MW**

| 3.25. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

3.25. **Nonpriority creditor's name and mailing address**

SQUAR MILNER PETERSON MIRANDA &
WILLIAMSON LLP
4100 NEWPORT PL
STE 300
NEWPORT BEACH CA 92660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$32,874.93

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

3.26. **Nonpriority creditor's name and mailing address**

THEODORA ORINGHER PC
1840 CENTURY PARK E STE 500
LOS ANGELES CA 90067-2120

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$108,739.04

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

3.27. **Nonpriority creditor's name and mailing address**

VERITEXT
PO BOX 71303
CHICAGO IL 60694-1303

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,524.90

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **2100 FREEDOM, INC.**                                        Case number *(if known)* **8:15-bk-15315-MW**

| 3.28. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.28.   **Nonpriority creditor's name and mailing address**

WEST PAYMENT CENTER
PO BOX 6292
CAROL STREAM IL 60197-6292

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,486.80

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.29.   **Nonpriority creditor's name and mailing address**

WILMINGTON TRUST FEES AND PAYMENTS
PO BOX 8955
WILMINGTON DE 19899-8955

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$10,000.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| COLE,SCHOTZ, MEISEL, FORMAN & LEOPNARD, P.A.<br>NOLAN E. SHANAHAN<br>900 THIRD AVE. 16TH FLR.<br>NEW YORK NY 10022-4728 | Part 2 line 3.12 | _____ |
| LAW OFFC. OF SEAN A. KADING<br>SEAN. A. KADING<br>30211 AVENIDA BANDERAS, STE 200<br>RANCHO SANTA MARGARITA CA 92688 | Part 2 line 3.14 | _____ |

Debtor    **2100 FREEDOM, INC.**                                    Case number *(if known)* **8:15-bk-15315-MW**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. + | $175,183,361.54 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $175,183,361.54 |

Addendum to Schedule E/F: Creditors Who Have Unsecured Claims

| Company Name | 2100 Freedom, Inc. | Daily Press, LLC | Florida Freedom Newspapers, Inc. | Freedom Arizona Information, Inc. | Freedom Broadcasting of Florida Licensee, LLC | Freedom Broadcasting of Florida, Inc. | Freedom Broadcasting of Michigan Licensee, LLC |
|---|---|---|---|---|---|---|---|
| 2100 Freedom, Inc. | | | | | | | |
| Daily Press, LLC | | | | | | | |
| Florida Freedom Newspapers, Inc. | | | | | | | |
| Freedom Arizona Information, Inc. | | | 0 | | | | |
| Freedom Broadcasting of Florida Licensee, LLC | | | | | | | |
| Freedom Broadcasting of Florida, Inc. | | | | | (984) | 984 | |
| Freedom Broadcasting of Michigan Licensee, LLC | | | | | (93,068) | | 93,068 |
| Freedom Broadcasting of Michigan, Inc. | | | | | | | (24,166) |
| Freedom Broadcasting of New York Licensee, LLC | | | | | (84,098) | | |
| Freedom Broadcasting of New York, Inc. | | | | | | | |
| Freedom Broadcasting of Oregon Licensee, LLC | | | | | (64,453) | | |
| Freedom Broadcasting of Oregon, Inc. | | | | | | | |
| Freedom Broadcasting of Tennessee Licensee, LLC | | | | | (71,998) | | |
| Freedom Broadcasting of Tennessee, Inc. | | | | | | | |
| Freedom Broadcasting of Texas Licensee, LLC | | | | | (51,983) | | |
| Freedom Broadcasting of Texas, Inc. | | | | | | | |
| Freedom Broadcasting, Inc. | | | | | 18,052,203 | 9,839,619 | 471,149 |
| Freedom California Mary Publishing, Inc. (fka Appeal-Democrat, Inc.) | | 8,607 | | | | | |
| Freedom California Ville Publishing Company LP (fka Porterville Recorder Company) | | (25,134) | | | | | |
| Freedom Colorado Information, Inc. | 270,317 | | | | | | |
| Freedom Communications Holdings, Inc. | 1,449,424 | | | | | | |
| Freedom Communications, Inc. (fka Freedom Newspapers, Inc.) | | (49,336,723) | (78,202,569) | (1,094,999) | (74,164,552) | (72,376,669) | (49,172,501) |
| Freedom Eastern North Carolina Communications, Inc | | (610,819) | | | | | |
| Freedom Interactive Newspapers of Texas, Inc. | | | 58 | | | | |
| Freedom Magazines, Inc. | | | | | | | |
| Freedom Newspaper Acquisitions, Inc. | | | | | | | |
| Freedom Newspapers | | | | | | | |
| Freedom Newspapers of Illinois, Inc. | | (12,577) | | | | | |
| Freedom Newspapers of New Mexico, LLC | | 137,765 | | | | | |
| Freedom Newspapers of Southwestern Arizona, Inc. | | | | (20,517) | | | |
| Freedom Newspapers, Inc. | | (4,258,463) | (6,035,972) | | | | |
| Freedom Services, Inc. | 7,140,512 | 32,511,811 | 38,866,154 | 366,011 | 31,780 | 10,641,743 | 79,560 |
| Freedom Shelby Star, Inc. | | | 253 | | | | |
| Freedom SPV I, LLC | | | | | | | |
| Freedom SPV II, LLC | | | | | | | |
| Freedom SPV IV, LLC | | | | | | | |
| Freedom SPV V, LLC | | | | | | | |
| Gaston Gazette, LLP | | | | | | | |
| Illinois Freedom Newspapers, Inc. | | | | | | | |
| Lima News | | | | | | | |
| Missouri Freedom Newspapers, Inc. | | | | | | | |
| OCR Community Publications, Inc. | | | | | | | |
| Odessa American | | (39,318) | | | | | |
| Seymour Tribune Company | | | | | | | |
| The Times - News Publishing Company | | | | | | | |
| Victorville Publishing Company | | | | | | | |
| Grand Total | 8,860,253 | (21,604,851) | (45,372,476) | (749,504) | (56,437,154) | (51,894,323) | (48,552,891) |

Addendum to Schedule E/F: Creditors Who Have Unsecured Claims

| Company Name | Freedom Broadcasting of Michigan, Inc. | Freedom Broadcasting of New York Licensee, L.L.C. | Freedom Broadcasting of New York, Inc. | Freedom Broadcasting of Oregon Licensee, L.L.C. | Freedom Broadcasting of Oregon, Inc. | Freedom Broadcasting of Tennessee Licensee, L.L.C. | Freedom Broadcasting of Tennessee, Inc. |
|---|---|---|---|---|---|---|---|
| 2100 Freedom, Inc. | | | | | | | |
| Daily Press, LLC | | | | | | | |
| Florida Freedom Newspapers, Inc. | | | | | | | |
| Freedom Arizona Information, Inc. | | | | | | | |
| Freedom Broadcasting of Florida Licensee, L.L.C. | | 84,098 | | 64,453 | | 71,998 | |
| Freedom Broadcasting of Florida, Inc. | | | | | | | |
| Freedom Broadcasting of Michigan Licensee, LLC | 24,165 | | | | | | |
| Freedom Broadcasting of Michigan, Inc. | - | | 2,457 | | | | |
| Freedom Broadcasting of New York Licensee, L.L.C. | (2,457) | | | | | | (14,075,622) |
| Freedom Broadcasting of New York, Inc. | | | - | | (4,058,553) | | |
| Freedom Broadcasting of Oregon Licensee, L.L.C. | | | | | | | (396,589) |
| Freedom Broadcasting of Oregon, Inc. | 4,058,553 | | | | | | |
| Freedom Broadcasting of Tennessee Licensee, L.L.C. | | | | | | | |
| Freedom Broadcasting of Tennessee, Inc. | 14,075,622 | | 396,589 | | | 571 | (571) |
| Freedom Broadcasting of Texas Licensee, L.L.C. | 11,592,781 | | | | | | |
| Freedom Broadcasting of Texas, Inc. | (1,832,754) | (7,655,951) | (14,292,315) | 813,716 | 4,692,013 | (474,683) | (2,673,246) |
| Freedom Broadcasting, Inc. | | | | | | (1,066) | (367,767) |
| Freedom California Mary Publishing, Inc. (fka Appeal-Democrat, Inc.) | | | | | | | |
| Freedom California Ville Publishing Company LP (fka Porterville Recorder Company) | | | | | | | |
| Freedom Colorado Information, Inc. | | | | | | | |
| Freedom Communications Holdings, Inc. | | | | | | | |
| Freedom Communications, Inc. (fka Freedom Newspapers, Inc.) | (98,571,670) | (23,960,843) | (66,310,470) | (1,919,238) | (12,487,136) | (10,520,513) | (42,318,541) |
| Freedom Eastern North Carolina Communications, Inc | | | | | | | |
| Freedom Interactive Newspapers of Texas, Inc. | | | | | | | |
| Freedom Magazines, Inc. | | | | | | | |
| Freedom Newspaper Acquisitions, Inc. | | | | | | | |
| Freedom Newspapers | | | | | | | |
| Freedom Newspapers of Illinois, Inc. | | | | | | | |
| Freedom Newspapers of New Mexico, LLC | | | | | | | |
| Freedom Newspapers of Southwestern Arizona, Inc. | | | | | | | |
| Freedom Newspapers, Inc. | | | | | | | |
| Freedom Services, Inc. | 14,475,668 | 58,018 | 12,353,210 | 21,250 | 3,044,248 | 51,675 | 7,083,249 |
| Freedom Shelby Star, Inc. | | | | | | | |
| Freedom SPV I, LLC | | | | | | | |
| Freedom SPV II, LLC | | | | | | | |
| Freedom SPV IV, LLC | | | | | | | |
| Freedom SPV V, LLC | | | | | | | |
| Gaston Gazette, LLP | | | | | | | |
| Illinois Freedom Newspapers, Inc. | | | | | | | |
| Lima News | | | | | | | |
| Missouri Freedom Newspapers, Inc. | | | | | | | |
| OCR Community Publications, Inc. | | | | | | | |
| Odessa American | | | | | | | |
| Seymour Tribune Company | | | | | | | |
| The Times - News Publishing Company | | | | | | | |
| Victorville Publishing Company | | | | | | | |
| Grand Total | (55,180,090) | (31,475,688) | (67,840,529) | (1,019,820) | (8,899,428) | (10,872,018) | (52,751,089) |

Addendum to Schedule E/F: Creditors Who Have Unsecured Claims

| Company Name | Freedom Broadcasting of Texas Licensee, LLC. | Freedom Broadcasting of Texas, Inc. | Freedom Broadcasting, Inc. | Freedom California Mary Publishing, Inc. (f/ka Appeal-Democrat, Inc.) | Freedom California Ville Publishing Company LP (f/ka Porterville Recorder Company) | Freedom Colorado Information, Inc. | Freedom Communications Holdings, Inc. |
|---|---|---|---|---|---|---|---|
| 2100 Freedom, Inc. | | | | | | | (270,317) |
| Daily Press, LLC | | | | 25,134 | | | |
| Florida Freedom Newspapers, Inc. | | | | | | | |
| Freedom Arizona Information, Inc. | 51,583 | | | | | | |
| Freedom Broadcasting of Florida Licensee, LLC. | | | (18,062,203) | | | | |
| Freedom Broadcasting of Florida, Inc. | | | (9,839,019) | | | | |
| Freedom Broadcasting of Michigan Licensee, LLC. | | | (471,149) | | | | |
| Freedom Broadcasting of Michigan, Inc. | | (11,592,781) | 1,832,754 | | | | |
| Freedom Broadcasting of New York Licensee, LLC. | | | 7,656,961 | | | | |
| Freedom Broadcasting of New York, Inc. | | | 14,292,315 | | | | |
| Freedom Broadcasting of Oregon Licensee, LLC. | | | (813,716) | | | | |
| Freedom Broadcasting of Oregon, Inc. | | | (4,602,013) | | | | |
| Freedom Broadcasting of Tennessee Licensee, LLC. | 1,066 | | 476,683 | | | | |
| Freedom Broadcasting of Tennessee, Inc. | | 367,767 | 2,675,245 | | | | |
| Freedom Broadcasting of Texas Licensee, LLC. | (7,042) | 7,042 | 2,094,533 | | | | |
| Freedom Broadcasting of Texas, Inc. | (2,094,533) | (7,275,536) | 7,275,536 | | | | |
| Freedom Broadcasting, Inc. | | | | | - | | |
| Freedom California Mary Publishing, Inc. (f/ka Appeal-Democrat, Inc.) | | | | | | | |
| Freedom California Ville Publishing Company LP (f/ka Porterville Recorder Company) | | | | | | | |
| Freedom Colorado Information, Inc. | | | | | | | |
| Freedom Communications Holdings, Inc. | | | | | | | |
| Freedom Communications, Inc. (f/ka Freedom Newspaper, Inc.) | (8,721,296) | (31,583,624) | (2,462,583) | (27,312,603) | (8,575,012) | (85,613,667) | 47,945,771 |
| Freedom Eastern North Carolina Communications, Inc | | | | (334,349) | (57,893) | | |
| Freedom Interactive Newspapers of Texas, Inc. | | | | | | | |
| Freedom Magazines, Inc. | | | | | | | |
| Freedom Newspaper Acquisitions, Inc. | | | | | | | |
| Freedom Newspapers | | | | (194) | 7,880 | 2,043 | |
| Freedom Newspapers of Illinois, Inc. | | | | | | | |
| Freedom Newspapers of New Mexico, LLC. | | | | | | | |
| Freedom Newspapers of Southwestern Arizona, Inc. | | | | 43,821 | 65,213 | 20 | |
| Freedom Newspapers, Inc. | | | | (3,198,555) | (789,590) | 573,338 | |
| Freedom Services, Inc. | 52,226 | 5,194,522 | 3,263,096 | 20,965,612 | 6,376,377 | 59,757,556 | 74,263,132 |
| Freedom Shelby Star, Inc. | | | | | | | |
| Freedom SPV I, LLC | | | | | | | 1,980,578 |
| Freedom SPV II, LLC | | | | | | | 18,021,973 |
| Freedom SPV IV, LLC | | | | | | | |
| Freedom SPV V, LLC | | | | | | | |
| Gaston Gazette, LLP | | | | | | | |
| Illinois Freedom Newspapers, Inc. | | | | | | | |
| Lima News | | | | | | (1,793) | |
| Missouri Freedom Newspapers, Inc. | | | | | | | |
| OCR Community Publications, Inc. | | | | | | | |
| Odessa American | | | | 339 | | 1,585 | |
| Seymour Tribune Company | | | | | | | |
| The Times - News Publishing Company | | | | | (3,320) | | |
| Victorville Publishing Company | | | | | | | |
| Grand Total | (10,717,595) | (44,681,609) | 3,315,028 | (9,844,875) | (2,950,873) | (25,280,917) | 141,941,137 |

Addendum to Schedule E/F: Creditors Who Have Unsecured Claims

| Company Name | Freedom Communications, Inc. (fka Freedom Newspaper, Inc.) | Freedom Eastern North Carolina Communications, Inc | Freedom Interactive Newspapers of Texas, Inc. | Freedom Magazines, Inc. | Freedom Newspaper Acquisitions, Inc. | Freedom Newspapers | Freedom Newspapers of Illinois, Inc. |
|---|---|---|---|---|---|---|---|
| 2100 Freedom, Inc. | (1,449,424) | | | | | | |
| Daily Press, LLC | 49,316,723 | 610,819 | | | | | |
| Florida Freedom Newspapers, Inc. | 78,202,969 | | | | | | |
| Freedom Arizona Information, Inc. | 1,094,999 | | (58) | | | | |
| Freedom Broadcasting of Florida Licensee, L.L.C. | 74,164,552 | | | | | | |
| Freedom Broadcasting of Florida, Inc. | 72,376,669 | | | | | | |
| Freedom Broadcasting of Michigan Licensee, L.L.C. | 49,172,501 | | | | | | |
| Freedom Broadcasting of Michigan, Inc. | 98,571,670 | | | | | | |
| Freedom Broadcasting of New York Licensee, L.L.C. | 23,950,843 | | | | | | |
| Freedom Broadcasting of New York, Inc. | 66,310,470 | | | | | | |
| Freedom Broadcasting of Oregon Licensee, L.L.C. | 1,919,238 | | | | | | |
| Freedom Broadcasting of Oregon, Inc. | 12,487,136 | | | | | | |
| Freedom Broadcasting of Tennessee Licensee, L.L.C. | 10,520,513 | | | | | | |
| Freedom Broadcasting of Tennessee, Inc. | 42,318,541 | | | | | | |
| Freedom Broadcasting of Texas Licensee, L.L.C. | 8,721,296 | | | | | | |
| Freedom Broadcasting of Texas, Inc. | 31,592,624 | | | | | | |
| Freedom Broadcasting, Inc. | 2,462,583 | | | | | | |
| Freedom California Mary Publishing, Inc.(fka Appeal-Democrat, Inc.) | 27,312,603 | 334,349 | | | | (7,880) | 194 |
| Freedom California Ville Publishing Company LP (fka Porterville Recorder Company) | 8,575,012 | 57,893 | | | | (2,043) | |
| Freedom Colorado Information, Inc. | 85,613,657 | | | | | | |
| Freedom Communications Holdings, Inc. | (47,944,771) | | | | | | |
| Freedom Communications, Inc. (fka Freedom Newspapers, Inc.) | - | (33,381,227) | 255,529 | (0) | 127,985 | (102,264,343) | (24,752,368) |
| Freedom Eastern North Carolina Communications, Inc | 33,381,227 | 23,033,349 | | | | | |
| Freedom Interactive Newspapers of Texas, Inc. | (255,529) | (7,112) | | | | 2,447,188 | |
| Freedom Magazines, Inc. | 0 | | | 0 | | | |
| Freedom Newspaper Acquisitions, Inc. | (127,985) | | (2,447,188) | 0 | | (0) | |
| Freedom Newspapers | 102,264,343 | | | | | | |
| Freedom Newspapers of Illinois, Inc. | 24,752,368 | | | | | (2,807) | |
| Freedom Newspapers of Southwestern Arizona, Inc. | 7,296,203 | | | | | | |
| Freedom Newspapers, Inc. | 33,526,110 | | 87 | | | (3,172,769) | (2,982,912) |
| Freedom Services, Inc. | 41,660,865 | (38,022) | 1,327,165 | | | 36,640,790 | 10,167,336 |
| Freedom Shelby Star, Inc. | (482,385,103) | 27,411 | | | | | |
| Freedom SPV I, LLC | 6,980,668 | | | | | | |
| Freedom SPV II, LLC | (1,982,979) | | | | | | |
| Freedom SPV IV, LLC | 4,178,759 | | | | | | |
| Freedom SPV V, LLC | 1,663,973 | | | | | | |
| Gaston Gazette, LLP | 1,888,947 | | | | | 272 | |
| Illinois Freedom Newspapers, Inc. | 28,421,116 | | | | | | |
| Lima News | 7,564,097 | | | | | | |
| Missouri Freedom Newspapers, Inc. | 31,975,226 | | | | | | |
| OCR Community Publications, Inc. | 9,190,551 | | | | | (131) | |
| Odessa American | 7,504,140 | 96 | | | | | |
| Seymour Tribune Company | 24,703,289 | (34) | | | | (2,073) | |
| The Times - News Publishing Company | 3,833,505 | 284,244 | | | (2,326) | | (3,748) |
| Victorville Publishing Company | 20,635,484 | | | | | | |
| Grand Total | 601,940,650 | (12,331,591) | (864,464) | (0) | 125,659 | (66,363,794) | (17,571,499) |

Addendum to Schedule E/F: Creditors Who Have Unsecured Claims

| Company Name | Freedom Newspapers of New Mexico, L.L.C. | Freedom Newspapers of Southwestern Arizona, Inc. | Freedom Newspapers, Inc. | Freedom Services, Inc. | Freedom Shelby Star, Inc. | Freedom SPV II, LLC | Freedom SPV IV, LLC |
|---|---|---|---|---|---|---|---|
| 2100 Freedom, Inc. | | | | (7,140,512) | | | |
| Daily Press, LLC | 12,577 | (137,765) | | (32,511,811) | | | |
| Florida Freedom Newspapers, Inc. | | | 4,258,463 | (38,866,154) | | | |
| Freedom Arizona Information, Inc. | | | 6,035,972 | (866,011) | | | |
| Freedom Broadcasting of Florida Licensee, L.L.C. | | | 20,517 | (31,780) | | | |
| Freedom Broadcasting of Florida, Inc. | | | | (10,641,743) | | | |
| Freedom Broadcasting of Michigan Licensee, L.L.C. | | | | (779,500) | | | |
| Freedom Broadcasting of Michigan, Inc. | | | | (14,475,668) | | | |
| Freedom Broadcasting of New York Licensee, L.L.C. | | | | (58,018) | | | |
| Freedom Broadcasting of New York, Inc. | | | | (12,363,210) | | | |
| Freedom Broadcasting of Oregon Licensee, L.L.C. | | | | (21,250) | | | |
| Freedom Broadcasting of Oregon, Inc. | | | | (3,044,248) | | | |
| Freedom Broadcasting of Tennessee Licensee, L.L.C. | | | | (51,675) | | | |
| Freedom Broadcasting of Tennessee, Inc. | | | | (7,083,249) | | | |
| Freedom Broadcasting of Texas Licensee, L.L.C. | | | | (52,226) | | | |
| Freedom Broadcasting of Texas, Inc. | | | | (5,194,322) | | | |
| Freedom Broadcasting, Inc. | | | | (3,263,096) | | | |
| Freedom California Mary Publishing, Inc. (fka Appeal-Democrat, Inc.) | | (43,821) | (1,187) | (20,905,613) | | | |
| Freedom California Ville Publishing Company LP (fka Porterville Recorder Company) | | (65,213) | 3,198,555 | (6,376,377) | | | |
| Freedom Colorado Information, Inc. | | (20) | 789,590 | (59,757,556) | | | |
| Freedom Communications Holdings, Inc. | | | (573,338) | (74,263,132) | | | |
| Freedom Communications, Inc. (fka Freedom Newspaper, Inc.) | (7,296,203) | (33,526,110) | (41,660,865) | 482,385,103 | (6,980,668) | (18,021,973) | (1,663,973) |
| Freedom Eastern North Carolina Communications, Inc | | | 3,253,355 | (23,033,349) | 7,112 | (4,178,759) | |
| Freedom Interactive Newspapers of Texas, Inc. | | | (87) | (1,327,165) | | | |
| Freedom Magazines, Inc. | | | | | | | |
| Freedom Newspaper Acquisitions, Inc. | 2,807 | | 3,172,769 | (36,640,790) | | | |
| Freedom Newspapers | | | 2,982,912 | (10,167,356) | | | |
| Freedom Newspapers of Illinois, Inc. | | (14,437) | 410,176 | (5,048,449) | | | |
| Freedom Newspapers of New Mexico, L.L.C. | 14,437 | | 2,495,637 | (19,132,227) | | | |
| Freedom Newspapers of Southwestern Arizona, Inc. | | (2,495,637) | | (14,852,047) | | | |
| Freedom Newspapers, Inc. | (410,176) | | | | (935,541) | | |
| Freedom Services, Inc. | 5,048,449 | 19,132,227 | 14,852,047 | | 5,053,343 | | |
| Freedom Shelby Star, Inc. | | | 935,541 | (5,053,343) | | | |
| Freedom SPV I, LLC | | | | | | | |
| Freedom SPV II, LLC | | | | | | | |
| Freedom SPV IV, LLC | | | | | | | |
| Freedom SPV V, LLC | | | | | | | |
| Freedom SPV VI, LLC | | | | | | | |
| Gaston Gazette, LLP | | | 2,416,835 | (21,954,287) | 695,620 | | |
| Illinois Freedom Newspapers, Inc. | | | 1,965,456 | (6,494,301) | | | |
| Lima News | | | 4,471,952 | (15,418,587) | | | |
| Missouri Freedom Newspapers, Inc. | | | 822,567 | (7,660,733) | | | |
| OCR Community Publications, Inc. | | | | (7,375,535) | | | |
| Odessa American | | | 1,433,167 | (10,674,717) | | | |
| Seymour Tribune Company | | | 553,692 | (2,528,300) | 65 | | |
| The Times - News Publishing Company | | | 2,222,767 | (11,453,978) | | | |
| Victorville Publishing Company | | | | | | | |
| Grand Total | (2,628,109) | (17,150,777) | 14,056,903 | (13,037,449) | (2,160,068) | (22,200,732) | (1,663,973) |

Addendum to Schedule E/F: Creditors Who Have Unsecured Claims

| Company Name | Freedom SPV V, LLC | FTMG (CURR) | Gaston Gazette, LLP | Illinois Freedom Newspapers, Inc. | Lima News | Missouri Freedom Newspapers, Inc. | OCR Community Publications, Inc. |
|---|---|---|---|---|---|---|---|
| 2100 Freedom, Inc. | | | | | | | |
| Daily Press, LLC | | | | | | | |
| Florida Freedom Newspapers, Inc. | | | | | | | |
| Freedom Arizona Information, Inc. | | | | | | | |
| Freedom Broadcasting of Florida Licensee, L.L.C. | | | | | | | |
| Freedom Broadcasting of Florida, Inc. | | | | | | | |
| Freedom Broadcasting of Michigan Licensee, L.L.C. | | | | | | | |
| Freedom Broadcasting of Michigan, Inc. | | | | | | | |
| Freedom Broadcasting of New York Licensee, L.L.C. | | | | | | | |
| Freedom Broadcasting of New York, Inc. | | | | | | | |
| Freedom Broadcasting of Oregon Licensee, L.L.C. | | | | | | | |
| Freedom Broadcasting of Oregon, Inc. | | | | | | | |
| Freedom Broadcasting of Tennessee Licensee, L.L.C. | | | | | | | |
| Freedom Broadcasting of Tennessee, Inc. | | | | | | | |
| Freedom Broadcasting of Texas Licensee, L.L.C. | | | | | | | |
| Freedom Broadcasting of Texas, Inc. | | | | | | | |
| Freedom Broadcasting, Inc. | | | | | | | |
| Freedom California Mary Publishing, Inc. (fka Appeal-Democrat, Inc.) | | | | | | | |
| Freedom California Ville Publishing Company LP (fka Porterville Recorder Company) | | | | | | | |
| Freedom Colorado Information, Inc. | | | | | 1,793 | | |
| Freedom Communications Holdings, Inc. | | | | | | | |
| Freedom Communications, Inc. (fka Freedom Newspapers, Inc.) | (1,868,947) | | (28,421,116) | (7,564,859) | (31,975,226) | (9,190,551) | (7,504,140) |
| Freedom Eastern North Carolina Communications, Inc | | | 38,022 | (27,411) | | | |
| Freedom Interactive Newspapers of Texas, Inc. | | | | | | | |
| Freedom Magazines, Inc. | | | | | | | |
| Freedom Newspaper Acquisitions, Inc. | | (0) | | | | | |
| Freedom Newspapers | | | (272) | 3,748 | | 131 | |
| Freedom Newspapers of Illinois, Inc. | | | | | | | |
| Freedom Newspapers of New Mexico, L.L.C. | | | | | | | |
| Freedom Newspapers of Southwestern Arizona, Inc. | | | | | | | |
| Freedom Newspapers, Inc. | | | | (1,965,456) | (4,471,962) | (822,597) | |
| Freedom Services, Inc. | | | 21,954,287 | 6,494,301 | 15,418,587 | 7,660,733 | 7,375,535 |
| Freedom Shelby Star, Inc. | | | (695,620) | | | | |
| Freedom SPV I, LLC | | | | | | | |
| Freedom SPV II, LLC | | | | | | | |
| Freedom SPV IV, LLC | | | | | | | |
| Freedom SPV V, LLC | | | | | | | |
| Freedom SPV VI, LLC | | | | | | | |
| Gaston Gazette, LLP | | | | | | | |
| Illinois Freedom Newspapers, Inc. | | | | | | | |
| Lima News | | | (178) | | 178 | | |
| Missouri Freedom Newspapers, Inc. | | | | | | | |
| OCR Community Publications, Inc. | | | | | | | |
| Odessa American | | | | | | | |
| Seymour Tribune Company | | | (14,881) | | | | |
| The Times - News Publishing Company | | | (91,653) | | | | |
| Victorville Publishing Company | | | | | | | |
| Grand Total | (1,868,947) | (0) | (9,648,246) | (3,059,677) | (21,026,630) | (2,352,255) | (129,605) |

Addendum to Schedule E/F: Creditors Who Have Unsecured Claims

| Company Name | Odessa American | Seymour Tribune Company | SPV I, LLC | The Times - News Publishing Company | Undefined | Victorville Publishing Company | Grand Total |
|---|---|---|---|---|---|---|---|
| 2100 Freedom, Inc. | | | | | | | (8,860,253) |
| Daily Press, LLC | 39,318 | | | | | | 21,604,851 |
| Florida Freedom Newspapers, Inc. | | | | | | | 45,372,729 |
| Freedom Arizona Information, Inc. | | | | | | | 749,504 |
| Freedom Broadcasting of Florida Licensee, L.L.C. | | | | | | | 56,437,154 |
| Freedom Broadcasting of Florida, Inc. | | | | | | | 51,694,323 |
| Freedom Broadcasting of Michigan Licensee, L.L.C. | | | | | | | 48,552,891 |
| Freedom Broadcasting of Michigan, Inc. | | | | | | | 56,180,090 |
| Freedom Broadcasting of New York Licensee, L.L.C. | | | | | | | 31,475,688 |
| Freedom Broadcasting of New York, Inc. | | | | | | | 67,840,529 |
| Freedom Broadcasting of Oregon Licensee, L.L.C. | | | | | | | 1,019,820 |
| Freedom Broadcasting of Oregon, Inc. | | | | | | | 8,899,428 |
| Freedom Broadcasting of Tennessee Licensee, L.L.C. | | | | | | | 10,872,018 |
| Freedom Broadcasting of Tennessee, Inc. | | | | | | | 52,751,089 |
| Freedom Broadcasting of Texas Licensee, L.L.C. | | | | | | | 10,717,595 |
| Freedom Broadcasting of Texas, Inc. | | | | | | | 44,881,609 |
| Freedom Broadcasting, Inc. | | | | | | | (3,315,028) |
| Freedom California Mary Publishing, Inc. (fka Appeal-Democrat, Inc.) | | (3,833,505) | | | | | 9,804,875 |
| Freedom California Ville Publishing Company LP (fka Porterville Recorder Company) | (339) | | | | | | 2,950,073 |
| Freedom Colorado Information, Inc. | (1,585) | | | | | | 25,280,937 |
| Freedom Communications Holdings, Inc. | | | (1,980,578) | | | | (141,940,137) |
| Freedom Communications, Inc. (fka Freedom Newspaper, Inc.) | (24,703,289) | 1,982,979 | | (20,635,484) | (1,252) | | (601,940,703) |
| Freedom Eastern North Carolina Communications, Inc | (96) | 34 | | (284,244) | | | 12,331,591 |
| Freedom Interactive Newspapers of Texas, Inc. | | | | | | | 864,464 |
| Freedom Magazines, Inc. | | | | | | | |
| Freedom Newspaper Acquisitions, Inc. | | | | | | 2,326 | (125,659) |
| Freedom Newspapers | 2,073 | | | | | | 66,363,794 |
| Freedom Newspapers of Illinois, Inc. | | | | | | | 17,571,499 |
| Freedom Newspapers of New Mexico, L.L.C. | | | | 3,320 | | | 2,638,109 |
| Freedom Newspapers of Southwestern Arizona, Inc. | | | | | | | 17,150,777 |
| Freedom Newspapers, Inc. | (1,433,167) | (553,692) | | (2,222,767) | | | (14,056,503) |
| Freedom Services, Inc. | 10,674,717 | 2,528,300 | | 11,453,978 | | | 13,037,449 |
| Freedom Shelby Star, Inc. | | | | (65) | | | 2,160,068 |
| Freedom SPV I, LLC | | | | | | | (2,401) |
| Freedom SPV II, LLC | | | | | | | 22,200,732 |
| Freedom SPV IV, LLC | | | | | | | 1,663,973 |
| Freedom SPV V, LLC | | | | | | | 1,868,947 |
| Gaston Gazette, LLP | | 14,881 | | 91,653 | | | 9,648,246 |
| Illinois Freedom Newspapers, Inc. | | | | | | | 3,055,677 |
| Lima News | | | | | | | 21,026,630 |
| Missouri Freedom Newspapers, Inc. | | | | | | | 2,352,255 |
| OCR Community Publications, Inc. | | | | | | | 128,605 |
| Odessa American | | | | | | | 15,422,622 |
| Seymour Tribune Company | | | | | | | 1,843,981 |
| The Times - News Publishing Company | | | | | | | 11,593,609 |
| Victorville Publishing Company | | | | | | | (2,326) |
| Grand Total | (15,422,368) | (1,843,981) | 2,401 | (11,593,609) | (1,252) | 2,326 | 1 |

| Fill in this information to identify the case: |
| --- |

Debtor name   **2100 Freedom, Inc., a Delaware corporation**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **8:15-bk-15315 MW**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1.  **Gross revenue from business**

    ■ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | 2100 Freedom, Inc., a Delaware corporation | | Case number (if known) | 8:15-bk-15315 MW |
|---|---|---|---|---|

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | SEE ATTACHED ADDENDUM | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

| Debtor | 2100 Freedom, Inc., a Delaware corporation | Case number (if known) 8-bk-15315 MW |
|---|---|---|

■ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

Debtor   **2100 Freedom, Inc., a Delaware corporation**             Case number *(if known)*  **8:15-bk-15315 MW**

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

---

Debtor    **2100 Freedom, Inc., a Delaware corporation**      Case number *(if known)*  **8:15-bk-15315 MW**

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.   **Freedom Communications Holdings, Inc.** 625 N Grand Avenue Santa Ana, CA 92701 | **Information and Entertainment Company** | **Dates business existed** EIN:   33-0942814 From-To   12/28/2000 to Present |

**26. Books, records, and financial statements**
 26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Chris Dahl** 625 N Grand Avenue Santa Ana, CA 92701 | **11/1/2013 to Present** |
| 26a.2.   **Randy Ings** 625 N Grand Avenue Santa Ana, CA 92701 | **11/1/2013 to Present** |

 26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.
   ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Sensiba San Filippo LLP** 2929 Campus Drive Suite 225 San Mateo, CA 94403 | **12/31/2012 to Present** |

 26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.
   ☐ None

Debtor   **2100 Freedom, Inc., a Delaware corporation**_____   Case number (if known) **8:15-bk-15315 MW**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Debtor's Possession** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.   **Silver Point Capital, LP**
2 Greenwich Plaza
Greenwich, CT 06830

26d.2.   **Pension Benefit Guaranty Corporation**
PO Box 105758
Atlanta, GA 30348-5758

26d.3.   **Marsh Risk & Insurance Services**
PO Box 846112
Dallas, TX 75284-6112

26d.4.   **City National Bank**
18111 Von Karman Ave
Irvine, CA 92612

26d.5.   **Suntrust Merchant Services**
PO Box 2025
Englewood, CO 80150

26d.6.   **American Express**
2975 W Corporate Lakes Blvd
Fort Lauderdale, FL 33331-3626

26d.7.   **Various financial institutions in conjunction with refinancing**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

Debtor    **2100 Freedom, Inc., a Delaware corporation**                Case number *(if known)*  **8:15-bk-15315 MW**

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Aaron Kushner | PO Box 81386<br>Wellesley Hills, MA 02481 | Director, Chief Executive Officer, Secretary, Treasurer | 7/25/2012 to 3/10/2015 |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ■ No
- ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☐ No
- ■ Yes. Identify below.

| Name of the parent corporation | Employer identification number of the parent corporation |
|---|---|
| 2100 Freedom, Inc. | EIN:   46-3867300 |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     12/21/205

Signature of individual signing on behalf of the debtor          Richard E. Mirman
                                                                 Printed name

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# ADDENDUM TO SOFA PART 3.7

# (LEGAL ACTIONS, ADMINISTRATIVE PROCEEDINGS, COURT ACTIONS, ETC/)

| Entity | Plaintiff | Plaintiff's Counsel | Defendant | Nature of Case | Court | Case # | Status of Case |
|---|---|---|---|---|---|---|---|
| Orange County Register Communications, Inc. | Peter S. Kravitz, Litigation Trustee For the LHI Liquidation Co., Inc. et al. Litigation Trust | Joseph L. Stanford, ASK LLP, 2800 Eagan Woods Drive, Ste 400, St. Paul, MN 55121 651-406-9665 | Orange County Register Communications, Inc. dba The Orange County Register, etc., Dft. | Preferential Transfer | United States Bankruptcy Court for the District of Delaware | 15011949MG | Pending |
| 2100 FREEDOM, INC. | Abbey Financial, LLC and Old Colony 2012 Investment Fund, LLC, Pltfs. | Stephen M. Ferguson, Benesch, Friedlander, Coplan & Aronoff LLP, 222 Delaware Avenue, Ste 801, Wilmington, DE 19801-1611, 302-442-7056 | 2100 Freedom, Inc., Dft. | Breach of Contract | Court of Chancery, State of Delaware | 10297VCL | Pending |
| 2100 FREEDOM, INC. | Abbey Financial, LLC and Old Colony 2012 Investment Fund, LLC, Pltfs. | Same as above | 2100 Freedom, Inc., Dft. | Breach of Contract | Court of Chancery, State of Delaware | 10297 | Pending |
| 2100 FREEDOM, INC. | Abbey Financial, LLC and Old Colony 2012 Investment Fund, LLC, Pltfs. | Same as above | Erin Spitz, etc., and 1 other officers and/or directors, et al., Dfts. | Breach of Contract | Court of Chancery, State of Delaware | 10183VCL | Pending |
| 2100 FREEDOM, INC. | Abbey Financial, LLC and Old Colony 2012 Investment Fund, LLC, Pltfs. | Same as above | Aaron Kushner, etc., and 1 other officers and/or directors, et al., Dfts. | Breach of Contract | Court of Chancery, State of Delaware | 10183VCL | Pending |
| 2100 FREEDOM, INC. | Abbey Financial, LLC and Old Colony 2012 Investment Fund, LLC, Pltfs. | Same as above | Silver Point Finance, LLC, et al., Dfts. // To: 2100 Freedom, Inc. | Breach of Contract | Court of Chancery, State of Delaware | 10183TBD | Pending |
| 2100 FREEDOM, INC. | Abbey Financial, LLC and Old Colony 2012 Investment Fund, LLC, Pltfs. | Same as above | Silver Point Finance, LLC, et al. including 2100 Freedom, Inc., Dfts. | Breach of Contract | Court of Chancery, State of Delaware | 10183VCL | Pending |
| 2100 FREEDOM, INC. | Abbey Financial, LLC, and Old Colony 2012 Investment Fund, LLC, Pltfs. | Same as above | Silver Point Finance, LLC, et al. including 2100 Freedom, Inc., Dfts. | Breach of Contract | Court of Chancery, State of Delaware | 10183VCL | Pending |
| 2100 FREEDOM, INC. | Abbey Financial, LLC, and Old Colony 2012 Investment Fund, LLC, Pltfs. | Same as above | Silver Point Finance, LLC, et al. including 2100 Freedom, Inc., Dfts. | Breach of Contract | Court of Chancery, State of Delaware | 10183VCL | Pending |
| Orange County Register Communications, Inc. | Advanced Courier Concepts, Inc., etc., Pltf. | Gregory L. Bosse, 840 W. 17th Street, Suite F, Santa Ana, CA 92705, 714-550-9655 | Freedom Communications, Inc., etc., et al. including Orange County Register Communications, Inc., etc., Dfts. | Breach of Contract | O.C. Superior Court, Central Justice Center | 302015007823342 CLBCCJC | Pending |
| Orange County Register Communications, Inc. | Advanced Courier Concepts, Inc., etc., Pltf. | Same as above | Freedom Communications, Inc., etc., et al. including Orange County Register Communications, Inc., etc., Dfts. | Breach of Contract | O.C. Superior Court, Central Justice Center | 302015007823342 CLBCCJC | Pending |
| Orange County Register Communications, Inc. | Advanced Courier Concepts, Inc., etc., Pltf. | Same as above | Freedom Communications, Inc., etc., et al. including Orange County Register Communications, Inc., etc., Dfts. | Breach of Contract | O.C. Superior Court, Central Justice Center | 302015007823342 CLBCCJC | Pending |

| Entity | Plaintiff | Plaintiff's Counsel | Defendant | Nature of Case | Court | Case # | Status of Case |
|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Delia A Garcia, Claimant | | Freedom Communications Inc | | Unknown | - | Pending |
| Freedom Communications, Inc. | Denise Deutscho, etc., Pltf. | Damien M. Moos, Kang Spence & Moos LLP, 120 Vantis, Suite 5353, Aliso Viejo, CA 92656, 949-556-3276 | Freedom Communications, Inc., etc., et al., Dfts. | Employment | O.C. Superior Court, Central Justice Center | 302015007 79346 CUOEOJC | Pending |
| Orange County Register Communications, Inc. | Fisher Printing, Inc., Pltf. | Katherine K. Liner, Tressler LLP 18100 Von Karmen Ave, Suite 800, Irvine, CA 92612, 949-338-1200 | Orange County Register Communications, Inc., Dft. | Damages | United States District Court, Central District of California | 8:15-CV00800-JVSS-SS | Judgment |
| Freedom Communications Holdings, Inc. | FTI Consulting, Inc., Pltf. | Nolan E. Shanahan, Cole, Scholz, Meisel, Forman & Leopnard, P. A., 900 Third Ave., 16th Floor, New York, NY, 10022-4728, 212-752-8000 | Freedom Communications Holdings, Inc., Dft. | Collection for Professional Services Rendered | New York Superior Court | 1568122014 | Dismissed |
| Freedom Communications, Inc. | Jerry Asencio, Complainant | Raymond E. Hane III, California Employment Consel, APC, 900 Anton Boulevard, Suite 1100, Costa Mesa, CA 92626, 714-462-5376 | Freedom Communications, Inc., Respondent | Employment | | 614065172413 | Pending |
| Freedom Communications, Inc. | Jerry Asencio, Pltf./Employee | Same as above | Freedom Communications, Inc., Dft. | | | 614065172413 | Pending |
| Freedom Communications, Inc. | Juan Almanza, etc., Pltf. | D. Aaron Brock, JML Law, A Professional Law Corporation, 21052 Oxnard Street, Woodland Hills, CA 91367, 818-610-8800 | Freedom Communications, Inc., etc., et al., Dfts. | Claim for Wrongful Termination | O.C. Superior Court, Central Justice Center | 302014007 27940 CUWTCJC | Pending |
| Freedom Communications, Inc. | Juan Almanza, etc., Pltf. | Same as above | Freedom Communications, Inc., etc., et al., Dfts. | Claim for Wrongful Termination | O.C. Superior Court, Central Justice Center | 302014007 27940 CUWTCJC | Pending |
| Freedom Communications, Inc. | Kading Briggs LLP, etc., Pltf. | Sean A. Kading, Law Offices of Sean A. Kading, 30211 Avenida Banderas, Suite 200, Rancho Santa Margarita, CA 92688, 949-766-5742 | Freedom Communications, Inc., etc., et al., Dfts. | Breach of Contract/Warranty | O.C. Superior Court, Central Justice Center | 302015007 97434 CUBCJC | Pending |

| Entity | Plaintiff | Plaintiff's Counsel | Defendant | Nature of Case | Court | Case # | Status of Case |
|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Los Angeles Times Communications LLC, etc., Pltf. | Kevin L. Vick, Jassy Vick Carolan LLP, 8605 Hollywood Boulevard, Suite 100, Los Angeles, CA 90028, 310-870-7048 | Orange County Register Communications, Inc., Dfts. // To: Freedom Communications, Inc. | Breach of Contract | LA Superior Court | BC560509 | Pending |
| Orange County Register Communications, Inc. | Los Angeles Times Communications LLC, etc., Pltf. | Same as above | Orange County Register Communications, Inc., etc., et al., Dfts. | Breach of Contract | LA Superior Court | BC560509 | Pending |
| Orange County Register Communications, Inc. | Los Angeles Times Communications LLC, etc., Pltf. | Same as above | Orange County Register Communications, Inc., etc., et al., Dfts. | Breach of Contract | LA Superior Court | BC560509 | Pending |
| Orange County Register Communications, Inc. | Los Angeles Times Communications LLC, etc., Pltf. | Same as above | Orange County Register Communications, Inc., etc., et al., Dfts. | Breach of Contract | LA Superior Court | BC560509 | Pending |
| Orange County Register Communications, Inc. | Los Angeles Times Communications LLC, etc., Pltf. | Same as above | Orange County Register Communications, Inc., etc., et al., Dfts. | Breach of Contract | LA Superior Court | BC560509 | Pending |
| Orange County Register Communications, Inc. | Los Angeles Times Communications LLC, etc., Pltf. | Same as above | Orange County Register Communications, Inc., etc., et al., Dfts. | Breach of Contract | LA Superior Court | BC560509 | Pending |
| Orange County Register Communications, Inc. | Los Angeles Times Communications LLC, etc., Pltf. | Same as above | Orange County Register Communications, Inc., etc., et al., Dfts. | Breach of Contract | LA Superior Court | BC560509 | Pending |
| Orange County Register Communications, Inc. | Los Angeles Times Communications LLC, etc., Pltf. | Same as above | Orange County Register Communications, Inc., etc., et al., Dfts. | Breach of Contract | LA Superior Court | BC560509 | Pending |
| Freedom Communications Holdings, Inc. | Los Angeles Times Communications LLC, Pltf. | Same as above | Orange County Register Communications, Inc., Dft., Freedom Communications Inc., Garnishee | Breach of Contract | LA Superior Court | BC560509 | Pending |
| Orange County Register Communications, Inc. | Los Angeles Times Communications LLC, Pltf. | Same as above | Orange County Register Communications, Inc., et al., Dfts., Orange County Register Communications, Inc., Garnishee | Breach of Contract | LA Superior Court | BC560509 | Pending |
| Freedom Communications, Inc. | Matthew A. Law, Pltf. | Tracy Ann Smith, Perry R. Young, P.A., 201 Harrison Avenue, Panama City, FL 32401, 850-215-7777 | Billie Jean Wiiner, et al. including Freedom Communications, Inc., Dfts. | Personal Injury | Bay County Circuit Court | 2013CA185 | Pending |

# CORPORATE RESOLUTION AUTHORIZING FILING OF THE PETITION

ACTION BY WRITTEN CONSENT
OF THE
BOARD OF DIRECTORS,
BOARD OF MANAGERS,
INDEPENDENT MANAGERS,
MANAGERS,
MEMBERS
AND
PARTNERS
OF EACH OF
FREEDOM SERVICES, INC.,
FREEDOM NEWSPAPERS, INC.,
FREEDOM NEWSPAPERS,
ORANGE COUNTY REGISTER COMMUNICATIONS, INC.,
OCR COMMUNITY PUBLICATIONS, INC.,
OCR INFORMATION MARKETING, INC.,
FREEDOM NEWSPAPERS OF SOUTHWESTERN ARIZONA, INC.,
FREEDOM COLORADO INFORMATION, INC.,
FREEDOM INTERACTIVE NEWSPAPERS, INC.,
FREEDOM INTERACTIVE NEWSPAPERS OF TEXAS, INC.,
VICTOR VALLEY PUBLISHING COMPANY,
FREEDOM NEWSPAPER ACQUISITIONS, INC.,
FREEDOM CALIFORNIA VILLE PUBLISHING COMPANY LP,
DAILY PRESS, LLC,
VICTORVILLE PUBLISHING COMPANY,
FREEDOM SPV I, LLC,
FREEDOM SPV II, LLC,
FREEDOM SPV IV, LLC,
FREEDOM SPV V, LLC,
FREEDOM SPV VI, LLC,
FREEDOM CALIFORNIA MARY PUBLISHING, INC.,
AND
ODESSA AMERICAN

The undersigned, being all of the directors, managers, Independent Managers (as defined

in the organizational documents of the applicable Entities (as defined below), members or

partners (in each case, the persons who manage the business and affairs of the Entity, the

"Board") of each of Freedom Services, Inc., a Delaware corporation ("FSI"), Freedom

Newspapers, Inc., a Delaware corporation ("FNI"), Freedom Newspapers, a Texas general

partnership ("FN"), Orange County Register Communications, Inc., a California corporation

9001689

("OCRC"), OCR Community Publications, Inc., a California corporation ("OCRCP"), OCR

Information Marketing, Inc., a California corporation ("OCRIM"), Freedom Newspapers of

Southwestern Arizona, Inc., a California corporation ("FNSA"), Freedom Colorado Information,

Inc., a Delaware corporation ("FCII"), Freedom Interactive Newspapers, Inc., a California

corporation ("Freedom Interactive"), Freedom Interactive Newspapers of Texas, Inc., a Delaware

corporation ("Freedom Interactive Texas"), Victor Valley Publishing Company, a California

corporation ("Victor Valley"), Freedom Newspaper Acquisitions, Inc., a Delaware corporation

("FNAI"), Freedom California Ville Publishing Company LP, a California limited partnership

("Ville," and formerly known as Porterville Recorder Company), Daily Press, LLC, a California

limited liability company ("Daily"), Victorville Publishing Company, a California limited

partnership ("Victorville"), Freedom SPV I, LLC, a Delaware limited liability company ("SPV

I"), Freedom SPV II, LLC, a Delaware limited liability company ("SPV II"), Freedom SPV IV,

LLC, a Delaware limited liability company ("SPV IV"), Freedom SPV V, LLC, a Delaware

limited liability company ("SPV V"), Freedom SPV VI, LLC, a Delaware limited liability

company ("SPV VI"), Freedom California Mary Publishing, Inc., a California corporation

("FCMP"), and Odessa American, a Texas general partnership ("Odessa," and collectively, the

"Entities"), pursuant to the laws applicable to each of the Entities, do hereby consent to the

adoption of, and do hereby adopt, the following resolutions:

**Bankruptcy Petition**

WHEREAS, the Board has consulted the legal and financial advisors of the each Entity, as applicable, regarding the liabilities and liquidity situation of the Entity, strategic alternatives, and the impact of the foregoing on the Entity's business, its creditors and its equity holders;

WHEREAS, a strategic process was conducted, pursuant to which potential debt and equity financing and potential buyers of the equity or assets of the Entities were sought;

WHEREAS, the strategic process did not result in a potential transaction that would create greater value for the stockholders and creditors outside of bankruptcy court than in bankruptcy court;

WHEREAS, the outstanding liabilities of the Entities severely hinder the operation of the Entities and the failure to extinguish such liabilities and to resolve existing loan defaults and past due payments with trade creditors will destroy any existing value of the Entities for common stockholders, preferred stockholders and creditors; and

WHEREAS, as a result of the foregoing, each Board has determined that it is desirable and in the best interests of the applicable Entity, its creditors, and equity holders to file a voluntary petition for relief under the provisions of chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ U.S.C. 101 et seq. (the "Bankruptcy Code") and perform other actions contemplated thereby.

NOW THEREFORE BE IT RESOLVED, that, in the judgment of each Board, it is desirable and in the best interests of each Entity, its equity holders and its creditors that each Entity be authorized to file a voluntary petition (the "Petition") for relief under chapter 11 of the Bankruptcy Code and that such filing be, and hereby is, authorized by each Board;

FURTHER RESOLVED, that Richard E. Mirman, Eric Spitz and the applicable members and partners of the Entities are, and each of them hereby is, authorized, empowered and directed by each of the Entities to, on behalf of and in the name of each of the Entities (including, as applicable, on behalf of any Entity acting in its capacity as a member, managing member, manager, managing general or partner of an Entity), execute, verify and file on behalf of the Entities a petition in the name of each Entity under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court;

FURTHER RESOLVED, that Richard E. Mirman, Eric Spitz and the applicable members and partners of the Entities are, and each of them hereby is, authorized, empowered and directed by each of the Entities to, on behalf of and in the name of each of the Entities (including, as applicable, on behalf of any Entity acting in its capacity as a member, managing member, manager, managing general or partner of an Entity), execute, verify and file all necessary documents, including, without limitation, a plan support agreement, all petitions, affidavits, statements, schedules, motions, lists, applications, pleadings and other papers;

FURTHER RESOLVED, that Richard E. Mirman, Eric Spitz and the applicable members and partners of the Entities are, and each of them hereby is, authorized, empowered and directed by each of the Entities to, on behalf of and in

the name of each of the Entities (including, as applicable, on behalf of any Entity acting in its capacity as a member, managing member, manager, managing general or partner of an Entity), employ and retain all assistance by legal counsel, including Lobel Weiland Golden Friedman LLP and Rutan & Tucker, LLP, accountants or other professionals, and to take any and all actions to advance each Entity's rights and obligations, and in connection therewith, Richard E. Mirman, Eric Spitz and the applicable members and partners of the Entities are, and each of them hereby is, authorized, empowered and directed by each of the Entities to, on behalf of and in the name of each of the Entities (including on behalf of any Entity acting in its capacity as a member, managing member, manager, managing general or partner of an Entity), execute and deliver appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case, and cause to be filed an appropriate application with the bankruptcy court for authority to retain the services of any other professionals, as necessary;

FURTHER RESOLVED, that Richard E. Mirman, Eric Spitz and the applicable members and partners of the Entities are, and each of them hereby is, authorized, empowered and directed, on behalf of and in the name of the Entities (including, as applicable, on behalf of any Entity acting in its capacity as a member, managing member, manager, managing general or partner of an Entity), to obtain post-petition financing, including debtor-in-possession credit facilities, and to execute and deliver an agreement regarding the use of cash collateral on the terms and conditions presented to the Entities and that the execution and delivery of any agreement or instrument by Richard E. Mirman, Eric Spitz and the applicable members and partners of the Entities, in the name and on behalf of any of the Entities (including on behalf of any Entity acting in its capacity as a member, managing member, manager, managing general or partner of an Entity), shall be conclusive evidence of the due authorization by each Entity to consummate the transactions contemplated by such agreements or instruments;

FURTHER RESOLVED, that Richard E. Mirman, Eric Spitz and the applicable members and partners of the Entities are, and each of them hereby is, authorized, empowered and directed, in the name and on behalf of the Entities (including, as applicable, on behalf of any Entity acting in its capacity as a member, managing member, manager, managing general or partner of an Entity), to cause each Entity to enter into, execute, deliver, certify, file and record and perform such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates or other documents, and to take such other action, as in the judgment of such officer, member, managing member, manager, managing general partner or partner shall be or become necessary, proper and desirable to prosecute to a successful completion the chapter 11 case, including a sale of the any or all of the Entities' assets, to effectuate the restructuring of debt, other obligations, organizational form and structure and ownership of each Entity and to carry out and put into effect the purposes of the foregoing resolutions and the transactions contemplated by these resolutions; and

FURTHER RESOLVED that Richard E. Mirman and Eric Spitz are, and each of them hereby is, authorized, empowered and directed, in the name and on behalf of the Entities (including, as applicable, on behalf of any Entity acting in its capacity as a member, managing member, manager, managing general or partner of an Entity), to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing resolutions, including any documents, certificates, instruments, agreements or other writings that were heretofore negotiated, executed and/or delivered.

**General**

FURTHER RESOLVED, that any and all actions of Richard E. Mirman and Eric Spitz by, on behalf of and in the name of the Entities (including, as applicable, on behalf of any Entity acting in its capacity as a member, managing member, manager, managing general or partner of an Entity) for the purposes of the foregoing resolutions, taken prior to the adoption of these resolutions be, and they hereby are approved, ratified, confirmed and adopted in all respects and for all purposes; and

FURTHER RESOLVED, that Richard E. Mirman and Eric Spitz be, and each of them hereby is, authorized, empowered and directed, for and on behalf of each of the Entities (including, as applicable, on behalf of any Entity acting in its capacity as a member, managing member, manager, managing general or partner of an Entity), to take any and all actions, to negotiate for and enter into agreements and amendments to agreements, to perform all such acts and things, to execute, file, deliver or record in the name and on behalf of any Entity (including, as applicable, on behalf of any Entity acting in its capacity as a member, managing member, manager, managing general or partner of an Entity), all such certificates, instruments, agreements or other documents, and to make all such payments as they, in their judgment, or in the judgment of any one or more of them, may deem necessary, advisable or appropriate in order to carry out the purpose and intent of, or consummate the transactions contemplated by, the foregoing resolutions and/or all of the transactions contemplated therein or thereby, the authorization therefor to be conclusively evidenced by the taking of such action or the execution and delivery of such certificates, instruments, agreements or documents.

[SIGNATURE PAGE FOLLOWS]

9001689                          -5-

This Consent may be executed in counterparts.

The Secretary of FSI is hereby directed to file a signed copy of this Consent in the minute book of FSI

IN WITNESS WHEREOF, the undersigned, being all of the members of the board of directors of FSI, do hereby consent to the foregoing resolutions on the date(s) set forth below.


FREEDOM SERVICES, INC.


Name:  Richard E. Minman
Date:  November __, 2015


Name:  Eric Spitz
Date:  November __, 2015

This Consent may be executed in counterparts.

The Secretary of FNI is hereby directed to file a signed copy of this Consent in the minute book of FNI.

IN WITNESS WHEREOF, the undersigned, being all of the members of the board of directors of FNI, do hereby consent to the foregoing resolutions on the date(s) set forth below.

FREEDOM NEWSPAPERS, INC.

Name: Richard E. Mirman
Date: November ⅃, 2015

Name: Eric Spitz
Date: November ⅃, 2015

This Consent may be executed in counterparts.

FN is hereby directed to file a signed copy of this Consent in the minute book of FN.

IN WITNESS WHEREOF, the undersigned, being the managing partner of FN, does hereby consent to the foregoing resolutions on the date set forth below.

FREEDOM NEWSPAPERS
By: Freedom Communications, Inc., its
managing partner

By: _____
Name:  Richard E. Mirman
Title: Chief Executive Officer
Date:  November 1 , 2015

This Consent may be executed in counterparts.

The Secretary of OCRC is hereby directed to file a signed copy of this Consent in the minute book of OCRC.

IN WITNESS WHEREOF, the undersigned, being all of the members of the board of directors of OCRC, do hereby consent to the foregoing resolutions on the date(s) set forth below.

ORANGE COUNTY REGISTER
COMMUNICATIONS, INC.

Name: Richard E. Mirman
Date: November ___, 2015

Name: Eric Spitz
Date: November ___, 2015

-9-
[Signature Page of Orange County Register Communications, Inc.]

This Consent may be executed in counterparts.

The Secretary of OCRCP is hereby directed to file a signed copy of this Consent in the minute book of OCRCP.

IN WITNESS WHEREOF, the undersigned, being all of the members of the board of directors of OCRCP, do hereby consent to the foregoing resolutions on the date(s) set forth below.

OCR COMMUNITY PUBLICATIONS, INC.

Name: Richard E. Mirman
Date: November ___, 2015

Name: Eric Spitz
Date: November ___, 2015

This Consent may be executed in counterparts.

The Secretary of OCRIM is hereby directed to file a signed copy of this Consent in the minute book of OCRIM.

IN WITNESS WHEREOF, the undersigned, being all of the members of the board of directors of OCRIM, do hereby consent to the foregoing resolutions on the date(s) set forth below.

OCR INFORMATION MARKETING INC.

Name: Richard E. Mirman

Date: November 1, 2015

Name: Eric Spitz

Date: November 1, 2015

This Consent may be executed in counterparts.

The Secretary of FNSA is hereby directed to file a signed copy of this Consent in the minute book of FNSA.

IN WITNESS WHEREOF, the undersigned, being all of the members of the board of directors of FNSA, do hereby consent to the foregoing resolutions on the date(s) set forth below.

FREEDOM NEWSPAPERS OF
SOUTHWESTERN ARIZONA, INC.

Name: Richard E. Mirman
Date: November 1, 2015

Name: Eric Spitz
Date: November 1, 2015

9001689

-12-

[Signature Page of Freedom Newspapers of Southwestern Arizona, Inc.]

This Consent may be executed in counterparts.

The Secretary of FCII is hereby directed to file a signed copy of this Consent in the minute book of FCII.

IN WITNESS WHEREOF, the undersigned, being all of the members of the board of directors of FCII, do hereby consent to the foregoing resolutions on the date(s) set forth below.

**FREEDOM COLORADO
INFORMATION, INC.**

Name: Richard E. Mirman
Date: November __, 2015

Name: Eric Spitz
Date: November __, 2015

This Consent may be executed in counterparts.

The Secretary of Freedom Interactive is hereby directed to file a signed copy of this Consent in the minute book of Freedom Interactive.

IN WITNESS WHEREOF, the undersigned, being all of the members of the board of directors of Freedom Interactive, do hereby consent to the foregoing resolutions on the date(s) set forth below.

FREEDOM INTERACTIVE
NEWSPAPERS, INC.

Name: Richard E. Mirman
Date: November 1, 2015

Name: Eric Spitz
Date: November 1, 2015

This Consent may be executed in counterparts.

The Secretary of Freedom Interactive Texas is hereby directed to file a signed copy of this Consent in the minute book of Freedom Interactive Texas.

IN WITNESS WHEREOF, the undersigned, being all of the members of the board of directors of Freedom Interactive Texas, do hereby consent to the foregoing resolutions on the date(s) set forth below.


FREEDOM INTERACTIVE
NEWSPAPERS OF TEXAS, INC.

Name: Richard E. Mirman
Date: November 1, 2015

Name: Eric Spitz
Date: November 1, 2015

This Consent may be executed in counterparts.

The Secretary of Victor Valley is hereby directed to file a signed copy of this Consent in the minute book of Victor Valley.

IN WITNESS WHEREOF, the undersigned, being all of the members of the board of directors of Victor Valley, do hereby consent to the foregoing resolutions on the date(s) set forth below.

VICTOR VALLEY PUBLISHING COMPANY

Name:  Richard E. Mirman
Date:  November �857, 2015

Name:  Eric Spitz
Date:  November �857, 2015

9001689

-16-

This Consent may be executed in counterparts.

The Secretary of FNAI is hereby directed to file a signed copy of this Consent in the minute book of FNAI.

IN WITNESS WHEREOF, the undersigned, being all of the members of the board of directors of FNAI, do hereby consent to the foregoing resolutions on the date(s) set forth below.

**FREEDOM NEWSPAPER
ACQUISITIONS, INC.**

Name: Richard E. Mirman
Date: November 1, 2015

Name: Eric Spitz
Date: November 1, 2015

This Consent may be executed in counterparts.

Ville is hereby directed to file a signed copy of this Consent in the minute book of Ville.

IN WITNESS WHEREOF, the undersigned, being the Managing General Partner (as defined in the Agreement of Limited Partnership of Ville, as amended), does hereby consent to the foregoing resolutions on the date set forth below.

**FREEDOM CALIFORNIA VILLE**
**PUBLISHING COMPANY LP**

By: Freedom Communications, Inc., its
Managing General Partner

By: _____
Name:  Richard E. Mirman
Title: Chief Executive Officer
Date: November __, 2015

.

This Consent may be executed in counterparts.

Daily is hereby directed to file a signed copy of this Consent in the minute book of Daily.

IN WITNESS WHEREOF, the undersigned, being the Managing Member (as defined in the Operating Agreement of Daily), does hereby consent to the foregoing resolutions on the date set forth below.

DAILY PRESS, LLC

By: Victorville Publishing Company, its
Managing Member

By: Freedom Communications, Inc.,
its Managing General Partner

By: _____
Name: Richard E. Mirman
Title: Chief Executive
Officer
Date: November ___, 2015

This Consent may be executed in counterparts.

Victorville is hereby directed to file a signed copy of this Consent in the minute book of Victorville.

IN WITNESS WHEREOF, the undersigned, being the Managing General Partner (as defined in the Amended and Restated Agreement of Limited Partnership of Victorville, as amended), does hereby consent to the foregoing resolutions on the date set forth below.

VICTORVILLE PUBLISHING
COMPANY

By: Freedom Communications, Inc.,
its Managing General Partner

By: _____
Name: Richard E. Mirman
Title: Chief Executive
Officer
Date: November 1 , 2015

This Consent may be executed in counterparts.

SPV I is hereby directed to file a signed copy of this Consent in the minute book of SPV I.

IN WITNESS WHEREOF, the undersigned, being all of the Members and the Independent Managers (each as defined in the Limited Liability Company Agreement of SPV I, as amended), do hereby consent to the foregoing resolutions on the date set forth below.

MEMBERS:

FREEDOM COMMUNICATIONS, INC.

FREEDOM COLORADO INFORMATION, INC.

VICTOR VALLEY PUBLISHING, INC.

By: _____
Name: Richard E. Mirman
Title: Chief Executive Officer
Date: November ___, 2015

VICTORVILLE PUBLISHING COMPANY

By: Freedom Communications, Inc., its
Managing General Partner

By: _____
Name: Richard E. Mirman
Title: Chief Executive Officer
Date: November ___, 2015

INDEPENDENT MANAGERS:

_____
Albert J. Fioravanti
Date: November ___, 2015

_____
Steven Novack
Date: November ___, 2015

This Consent may be executed in counterparts.

SPV II is hereby directed to file a signed copy of this Consent in the minute book of SPV II.

IN WITNESS WHEREOF, the undersigned, being the sole Member and the Independent Managers (each as defined in the Limited Liability Company Agreement of SPV II, as amended), do hereby consent to the foregoing resolutions on the date set forth below.

MEMBER

FREEDOM SPV I, LLC

FREEDOM COMMUNICATIONS, INC.

FREEDOM COLORADO INFORMATION, INC.

VICTOR VALLEY PUBLISHING, INC.

By: _____
Name: Richard E. Mirman
Title: Chief Executive Officer
Date: November 1, 2015

VICTORVILLE PUBLISHING COMPANY

By: Freedom Communications, Inc.,
its Managing General Partner

By: _____
Name: Richard E. Mirman
Title: Chief Executive Officer
Date: November 1, 2015

INDEPENDENT MANAGERS:

_____
Albert J. Fioravanti
Date: November ___, 2015

Steven Novack
Date: November ___, 2015

This Consent may be executed in counterparts.

SPV IV is hereby directed to file a signed copy of this Consent in the minute book of SPV IV.

IN WITNESS WHEREOF, the undersigned, being the sole Member and the Independent Managers (each as defined in the Limited Liability Company Agreement of SPV IV, as amended), do hereby consent to the foregoing resolutions on the date set forth below.

MEMBER

FREEDOM SPV I, LLC

    FREEDOM COMMUNICATIONS, INC.

    FREEDOM COLORADO
    INFORMATION, INC.

    VICTOR VALLEY PUBLISHING, INC.

    By:
    Name: Richard E. Mirman
    Title: Chief Executive Officer
    Date: November 1, 2015

    VICTORVILLE PUBLISHING
    COMPANY

    By: Freedom Communications, Inc.,
    its Managing General Partner

    By:
    Name: Richard E. Mirman
    Title: Chief Executive
    Officer
    Date: November 1, 2015

INDEPENDENT MANAGERS:

Albert J. Fioravanti
Date: November ___, 2015

_Steven Novack_
Steven Novack
Date:  November ___, 2015

This Consent may be executed in counterparts.

SPV V is hereby directed to file a signed copy of this Consent in the minute book of SPV V.

IN WITNESS WHEREOF, the undersigned, being the sole Member and the Independent Managers (each as defined in the Limited Liability Company Agreement of SPV V, as amended), do hereby consent to the foregoing resolutions on the date set forth below.

**MEMBER**

FREEDOM SPV I, LLC

    FREEDOM COMMUNICATIONS, INC.

    FREEDOM COLORADO
    INFORMATION, INC.

    VICTOR VALLEY PUBLISHING, INC.

    By: _____
    Name: Richard E. Mirman
    Title: Chief Executive Officer
    Date: November _1_, 2015

    VICTORVILLE PUBLISHING
    COMPANY

    By: Freedom Communications, Inc.,
    its Managing General Partner

    By: _____
    Name: Richard E. Mirman
    Title: Chief Executive
    Officer
    Date: November _1_, 2015

**INDEPENDENT MANAGERS:**

_____
Albert J. Fioravanti
Date: November ___, 2015

Steven Novack
Date: November ___, 2015

This Consent may be executed in counterparts.

SPV VI is hereby directed to file a signed copy of this Consent in the minute book of SPV VI.

IN WITNESS WHEREOF, the undersigned, being the sole Member and the Independent Managers (each as defined in the Limited Liability Company Agreement of SPV VI, as amended), do hereby consent to the foregoing resolutions on the date set forth below.

MEMBER

FREEDOM COMMUNICATIONS HOLDINGS, INC.

By: _____
Name: Richard E. Mirman
Title: Chief Executive Officer
Date: November ⸻, 2015

INDEPENDENT MANAGERS:

_____
Albert J. Fioravanti
Date: November ___, 2015

_____
Steven Novack
Date: November ___, 2015

9001589

This Consent may be executed in counterparts.

The Secretary of FCMP is hereby directed to file a signed copy of this Consent in the minute book of FCMP.

IN WITNESS WHEREOF, the undersigned, being all of the members of the board of directors of FCMP, do hereby consent to the foregoing resolutions on the date(s) set forth below.

FREEDOM CALIFORNIA MARY
PUBLISHING, INC.

Name: Richard E. Mirman
Date: November ⎵, 2015

Name: Eric Spitz
Date: November ⎵, 2015

This Consent may be executed in counterparts.

Odessa is hereby directed to file a signed copy of this Consent in the minute book of Odessa.

IN WITNESS WHEREOF, the undersigned, being the Managing Partner (as defined in the Amended and Restated Agreement of Partnership of Odessa), of Odessa, does hereby consent to the foregoing resolutions on the date set forth below.

ODESSA AMERICAN

By: Freedom Communications, Inc.,
its Managing Partner

By: _____
Name: Richard E. Mirman
Title: Chief Executive
Officer
Date: November __, 2015

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

### Central District of California

**In re**  FREEDOM COMMUNICATIONS, INC., a Delaware
corporation, et al.,

Case No. 8:15-bk-15311-MW

**Debtor**  [and its related jointly administered cases]

Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above
    named debtor(s) and that compensation paid to me within one year before the filing of the petition in
    bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in
    contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . $_____

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

    See Following Page

2.  The source of the compensation paid to me was:

    ☑ Debtor          ☐ Other (specify)          PAID BY FREEDOM SERVICES, INC. (general operating account)

3.  The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify)          The Operating Debtors {fn 1} are to be jointly and severally liable for payment (see following page for further disclosures)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are
    members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not
    members or associates of my law firm. A copy of the agreement, together with a list of the names of the
    people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy
    case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to
        file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned
        hearings thereof;

[Fn 1] The Operating Debtors are: (1) Freedom Communications, Inc., (2) Freedom Communications Holdings, Inc., (3) Freedom Services, Inc., (4) 2100 Freedom, Inc., (5) OCR Community Publications, Inc., (6) Freedom SPV II, LLC, and (7) Freedom SPV VI, LLC

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

RETAINER. In connection with workout and restructuring services, on October 15, 2015, Freedom Services, Inc. paid the Firm, from its general operating account, a $301,819.95 retainer (the "Initial Retainer"), all of which was applied pre-petition. On October 30, 2015, Freedom Services, Inc. paid the Firm, from its general operating account, a $550,000.00 retainer (the "Second Retainer" and together with the Initial Retainer, the "Retainer"), also in connection with workout and restructuring services, $517,269.60 of which was applied pre-petition. The balance of the Retainer ($32,730.40) is maintained in the Firm's retainer trust account. The Operating Debtors will be jointly and severally liable for all of the administrative professional fees and expenses incurred in the Debtors' cases. All fees and costs will be charged to the lead case and only one joint fee application will be filed by the Firm.

COMPENSATION. The Firm has agreed to accept compensation for its services at its customary hourly rates and to be paid pursuant to the Budget in accordance with the modified fee application procedures set forth in its employment application [Dkt. #130] and the Court's Order approving same [Dkt. #238]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

The Firm has not agreed to undertake nor will it be responsible for any of the following (i) appearances before any court or agency other than the Bankruptcy Court and the Office of the United States Trustee; or (ii) the provision of substantive legal advise outside the insolvency area, such as corporate law, partnership law, non-bankruptcy taxation, securities law, torts, environmental law, non-bankruptcy labor issues, criminal law, or real estate law, or the rendering of any opinions in connection therewith.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

12/21/2015
Date

Signature of Attorney

Lobel Weiland Golden Friedman LLP
Name of law firm

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>**LOBEL WEILAND GOLDEN FRIEDMAN LLP**<br>**William N. Lobel (SBN 93202) - wlobel@lwgfllp.com**<br>**Alan J. Friedman (SBN 132580) - afriedman@lwgfllp.com**<br>**Beth E. Gaschen (SBN 245894) - bgaschen@lwgfllp.com**<br>**Christopher J. Green (SBN 295874) - cgreen@lwgfllp.com**<br>**650 Town Center Drive, Suite 950**<br>**Costa Mesa, CA 92626**<br>**Telephone: (714) 966-1000**<br>**Fax: (714) 966-1002** | FOR COURT USE ONLY |
| ☑ *Attorneys for Debtor and Debtor-in-Possession* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>     **2100 Freedom, Inc., a Delaware corporation**<br><br>Debtor(s).<br><br>Plaintiff(s),<br><br><br><br><br><br>Defendant(s). | CASE NO.: **8:15-bk-15315 MW**<br>ADVERSARY NO.:<br>CHAPTER:   **11**<br><br>**CORPORATE OWNERSHIP STATEMENT**<br>**PURSUANT TO FRBP 1007(a)(1)**<br>**and 7007.1, and LBR 1007-4**<br><br>**[No hearing]** |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Richard E. Mirman**   , the undersigned in the above-captioned case, hereby declare
         *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                         **F 1007-4.CORP.OWNERSHIP.STMT**

[Check the appropriate boxes and, if applicable, provide the required information.]

1.         I have personal knowledge of the matters set forth in this Statement because:

☑ I am the president or other officer or an authorized agent of the Debtor corporation
☐ I am a party to an adversary proceeding
☐ I am a party to a contested matter
☐ I am the attorney for the Debtor corporation

2.a.   ☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

**See Addendum**

b.   ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

__12/21/2015__                                                        By: _____
Date                                                                          Signature of Debtor, or attorney for Debtor

                                                                          Name:   __Richard E. Freeman__
                                                                                        Printed name of Debtor, or attorney for
                                                                                        Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                            **F 1007-4.CORP.OWNERSHIP.STMT**

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

Abbey Financial LLC
The Abbey Group
575 Boylston Street
8th Floor
Boston, MA 02116
_____

New England Media Holdings LLC
396 Washington Street
PO Box
Wellesley Hills, MA 02481
_____

Old Colony 2012 Investment Fund LLC
c/o Fernwood Advisors Inc
88 Broad Street
2nd Floor
Boston, MA 02110
_____

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                        F 1007-4.CORP.OWNERSHIP.STMT

# United States Bankruptcy Court
## Central District of California

| In re | 2100 Freedom, Inc., a Delaware corporation | Case No. | 8:15-bk-15315 MW |
|-------|---------------------------------------------|----------|-------------------|
|       | Debtor(s) | Chapter | 11 |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**See Addendum**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   12/21/2015                                    Signature   Richard E. Mirman, CEO

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders
Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Addendum to
List of Equity Security Holders

| Shareholder | MAIL TO: | Common A | Common F | Total Common | Preferred A | Preferred B | Preferred C | Preferred D | Preferred E | Total Pref | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbey Financial, LLC | Abbey Financial, LLC, c/o The Abbey Group, 575 Boylston Street, 8th Floor, Boston, MA 02116 | | | - | | | 50,916 | 1,018,330 | | 1,069,246 | 1,069,246 |
| Abbiati, Tony | 128 Avalon Road, Newton, MA 02468 | | | - | | | | 40,733 | | 40,733 | 40,733 |
| Arthur Leslie Stein MD, a medical corporation Pension and Profit Sharing Plan Trust | 145 S. Anita Avenue, Los Angeles, CA 90049 | 117,647 | | 117,647 | | | | | | - | 117,647 |
| Bernstein, Edward | 5 Pleasant Plains Road, Basking Ridge NJ 07920 | | 13,774 | 13,774 | | | | 15,275 | 13,774 | 29,049 | 42,823 |
| BET Trust | 107 Via Florence #2, Newport Beach, CA 92663 | | 9,183 | 9,183 | | | | | 9,183 | 9,183 | 18,366 |
| BFI L LLC | 58 Plainfield Street, Waban MA. 02468 | | | | | | | 30,550 | | 30,550 | 30,550 |
| C&C Marketing, LLC | 814 Tyvola Road, Suite 107, Charlotte, NC 28217 | | 183,655 | 183,655 | | | | | 183,655 | 183,655 | 367,310 |
| Christopher M. Harte 1992 Family Exempt Trust | c/o David Sinak, Gibson, Dunn & Crutcher LLP, 2100 McKinney Ave., Suite 1100, Dallas, TX 75201-6911 | | | - | 900,000 | 1,050,000 | | | | 1,950,000 | 1,950,000 |
| Daniel J. Callahan, Trustee of the Daniel J. Callahan Trust | CALLAHAN & BLAINE, 3 Hutton Center Drive, 9th Floor, Santa Ana, CA 92707 | | 41,322 | 41,322 | | | | | 41,322 | 41,322 | 82,644 |
| Ehrgott, Richard | Rev1 Power Services, 1440 Bloomingdale Ave,Valrico FL 33596/15513 Starling Crossing, Lithia, FL 33547 | | | - | | | | 20,367 | | 20,367 | 20,367 |
| Ellis Jr., U. Bertram | 888 3rd Street NW, Atlanta, Ga 30327 | | | - | | | | 50,916 | | 50,916 | 50,916 |
| FC Register Investment | c/o S&A Management LLC, 129 W. Wilson Street, Suite 100, Costa Mesa, CA 92627 | | 91,827 | 91,827 | | | | | 91,827 | 91,827 | 183,654 |
| Freedom Preferred Investors LLC | Freedom Preferred Investors, LLC., Attn: Fred Taylor, 2 Witherspoon, Irvine, CA 92603 | | 459,137 | 459,137 | | | | | 459,137 | 459,137 | 918,274 |
| Gannon, Kristin | 3500 Rowe Place, Lafayette, CA 94549 | | 22,957 | 22,957 | | | | 25,458 | 22,957 | 48,415 | 71,372 |
| Grayson, Robert C. | 682 lake ave, greenwich, ct 06830 | | | - | | | | 40,733 | | 40,733 | 40,733 |
| Halpern, Baruch | 9601 Collins Ave., PH 303, Bal Harbour, FL 33154 | | 9,183 | 9,183 | | | | | 9,183 | 9,183 | 18,366 |
| Hooker, Mark | 73 Erie Ave, Newton MA, 02461 | | | - | | | | 20,367 | | 20,367 | 20,367 |
| Hummel, Paul | 272 Lake Ave, Newton, MA 02461 | | | - | | | | 10,183 | | 10,183 | 10,183 |
| Jacobus, Gary | 2 Virginia Place, Larchmont, NY, 10538 | | | - | | | | 10,183 | | 10,183 | 10,183 |
| Joseph, Monu | 650 Town Center Drive, Suite 1750, Costa Mesa, CA 92626 | 117,647 | | 117,647 | | | | | | - | 117,647 |
| Kelly, Devin | 11 Seaview Drive, Barrington, RI 02809 | 58,824 | 4,592 | 63,416 | | | | 5,091 | 4,592 | 9,683 | 73,099 |
| Kortz, Tim | 2203 Aberdeen Drive, Trophy Club, TX. 76262 | | 4,592 | 4,592 | | | | 5,091 | 4,592 | 9,683 | 14,275 |
| Lodish, Leonard M. | 301 Kent Rd, Wynnewood PA 19096 | 470,588 | 68,870 | 539,458 | | | 12,729 | 68,870 | | 81,599 | 621,057 |
| Lodish, Mark | Solon Meck Capital, 411 West Putnam Ave, Suite 450, Greenwich, CT 06830 | | | - | | | | 10,183 | | 10,183 | 10,183 |
| Los Angeles Holdings, LLC ; Jay Amos | Los Angeles Holdings, LLC, P.O. Box 460535, Fort Lauderdale, FL 33346 | | | - | | | | 5,092 | | 5,092 | 5,092 |
| McCaffrey, James | Eastdil Secured, Two International Place 5th Floor, Boston, MA 02110 | | | - | | | | 61,100 | | 61,100 | 61,100 |
| Michael A. and Nancy D. Green, HW | 3 Ainsley Court, Newton, PA 18940 | | 9,182 | 9,182 | | | | | 9,182 | 9,182 | 18,364 |

Addendum to
List of Equity Security Holders

| Name | Address | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Michael Ray – Sibling Account | Sanderson Ray Corp., 2699 White Road, Ste. 150, Irvine, CA 92614 | | 18,365 | 18,365 | | | | | 18,365 | 18,365 | 36,730 |
| Milman, Richard E. | The Milman Group, LLC, 1225 Muscato Court, Las Vegas, NV 89144 | 588,235 | 45,914 | 634,149 | | | | | 45,914 | 45,914 | 680,063 |
| Morgan Scott - 2100 Series D, LLC; Andy Slumer | Morgan Scott -2100 Series D, LLC and Orange Island Ventures, 2890 NE 187th Street [2nd Floor, Aventura, FL 33180 | 117,647 | 9,182 | 126,829 | | | | 10,183 | 9,182 | 19,365 | 146,194 |
| New England Media Holdings, LLC | 396 Washington Street, Box 307, Wellesley, MA 02481 | 13,564,706 | 151,056 | 13,715,762 | | | | | 151,056 | 151,056 | 13,866,818 |
| New Resources; Chase Family or Yossi Hollander | Paicoley Trust Management AG, Kaspar-Fenner-Strasse 5, Postfach 1432, 8700 Küsnacht, Switzerland (tele: +41 43 222 31 60) | | 91,827 | 91,827 | | | | | 91,827 | 91,827 | 183,654 |
| OCJ Inc.; Kevin McGovern | 230 West 56th Street, Penthouse, New York, NY 10019 | | 6,887 | 6,887 | | | | 7,638 | 6,887 | 14,525 | 21,412 |
| Old Colony 2012 Investment Fund, LLC | c/o Fenwood Advisors, Inc., 88 Broad Street, 2nd Floor, Boston, MA 02110 | | | - | | 20,367 | 1,018,330 | | | 1,038,697 | 1,038,697 |
| Orange Island Ventures, LLC | Orange Island Ventures, 2890 NE 187th Street [2nd Floor, Aventura, FL 33180 (same as Morgan Scott above) | 117,647 | | 117,647 | | | | | | | 117,647 |
| Ralph Stem and Suzanne Stem Charitable Remainder Unitrust | Ralph Stem and Suzanne Stem Charitable Remainder Unitrust, Attn: Ralph Stem, 1 Inverness Lane, Newport Beach CA 92660 | | 91,827 | 91,827 | | | | | 91,827 | 91,827 | 183,654 |
| Robert P. Spitz and Gloria | 301 Kent Road, Wynnewood, PA 19096 | | 27,548 | 27,548 | | | | 10,183 | 27,548 | 37,731 | 65,279 |
| Shuman, Michael | 281 Winter St., Suite 301, Waltham, MA 02451 | | | - | | | | 40,733 | | 40,733 | 40,733 |
| Solomon, Stephen | 125 East 84th Street #3A, New York, N.Y. 10028 | 117,647 | 18,365 | 136,012 | | | | 10,184 | 18,365 | 28,549 | 164,561 |
| Spiegel Partners Freedom 2014, LLC | Jordy Spiegel, Spiegel Partners, 32932 Pacific Coast Highway #14-163, Dana Point, CA 92629 | | 135,446 | 135,446 | | | | | 135,446 | 135,446 | 270,892 |
| Spitz, Dan | 155 Washington Blvd, Marina del Rey, CA 90292 | 58,824 | 9,182 | 68,006 | | | | | 9,182 | 9,182 | 77,188 |
| Spitz, Eric | 1100 Somerset Lane, Newport Beach, CA 92660 | | 9,182 | 9,182 | | | | 10,184 | 9,182 | 19,366 | 28,548 |
| Spivak, Stephen | PO Box 2787, Rancho Santa Fe, CA 92067 | 117,647 | | 117,647 | | | | 61,100 | | 61,100 | 178,747 |
| Stone, Harlan | 20 Highland Ave, Norwalk CT 06820 | 29,412 | 3,399 | 32,811 | | | | 6,414 | 3,399 | 9,813 | 42,624 |
| The Bank of New York Mellon as Master Trustee of the Freedom Communications, Inc. Master Trust - Pension Plan | The Retirement Plan of Freedom Communications, Inc. 625 N Grand Ave Santa Ana, CA 92701 | | 606,288 | 606,288 | | | | | 606,288 | 606,288 | 1,212,576 |
| Typha Partners, LLC; Stuart Brown | Typha Partners, LLC, Cambridge Innovation Center, One Broadway, 14th FL, Cambridge, MA 02142 | | 9,182 | 9,182 | | | | 40,733 | 9,182 | 49,915 | 59,097 |
| Ueberroth Family Trust | Contrarian Group, 23 Corporate Plaza, Suite 240, Newport Beach, CA 92660 | | 45,914 | 45,914 | | | | | 45,914 | 45,914 | 91,828 |
| Yaffe, Lou | 83 Dartmouth St., #1, Boston, MA 02116 | 23,529 | 23,529 | 23,529 | | | | | | | 23,529 |
| | | 15,500,000 | 2,197,838 | 17,697,838 | 900,000 | 1,050,000 | 2,575,150 | 94,196 | 2,197,838 | 6,817,184 | 24,515,022 |

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

N/A

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

N/A

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

See Annex 2

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

N/A

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at __Santa Ana_____, California.

Date: ____December 21, 2015_____

Richard E. Mirman, Chief Executive Officer
Signature of Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                          F 1015-2.1.STMT.RELATED.CASES

**ANNEX 2**

**ASSOCIATED CASES**

**(Including the Debtor in this Chapter 11)**

| Case No. | Title | Date Filed | Nature of Proceeding | Judge | Court | Status | Type |
|---|---|---|---|---|---|---|---|
| 09-13046-BLS | Freedom Communications Holdings, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Lead Case |
| 09-13047-BLS | Freedom Communications, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13048-BLS | Freedom Broadcasting, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13049-BLS | Freedom Broadcasting of Florida, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13050-BLS | Freedom Broadcasting of Florida Licensee, LLC | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13051-BLS | Freedom Broadcasting of Michigan, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13052-BLS | Freedom Broadcasting of Michigan Licensee, LLC | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13053-BLS | Freedom Broadcasting of New York, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13054-BLS | Freedom Broadcasting of New York Licensee, LLC | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13055-BLS | Freedom Broadcasting of Oregon, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13056-BLS | Freedom Broadcasting of Oregon Licensee, LLC | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13057-BLS | Freedom Broadcasting of Southern New England, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13058-BLS | Freedom Broadcasting of Southern New England Licensee, LLC | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13059-BLS | Freedom Broadcasting of Texas, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13061-BLS | Freedom Broadcasting of Texas Licensee, LLC | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13062-BLS | Freedom Broadcasting of Tennessee, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13063-BLS | Freedom Broadcasting of Tennessee Licensee, LLC | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13064-BLS | Freedom Magazines, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13065-BLS | Freedom Metro Information, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13066-BLS | Freedom Newspapers, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13067-BLS | Orange County Register Communications, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13068-BLS | OCR Community Publications, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13069-BLS | OCR Information Marketing, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13070-BLS | Appeal-Democrat, Inc | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13071-BLS | Florida Freedom Newspapers, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13072-BLS | Freedom Arizona Information, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13073-BLS | Freedom Colorado Information, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13074-BLS | Freedom Eastern North Carolina Communications, Inc | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13075-BLS | Freedom Newspapers of Illinois, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13076-BLS | Freedom Newspapers of Southwestern Arizona, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13077-BLS | Freedom Shelby Star, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13078-BLS | Illinois Freedom Newspapers, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13079-BLS | Missouri Freedom Newspapers, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13080-BLS | Odessa American | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13081-BLS | The Times - News Publishing Company | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13082-BLS | Victor Valley Publishing Company | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |

| Case No. | Title | Date Filed | Nature of Proceeding | Judge | Court | Status | Type |
|---|---|---|---|---|---|---|---|
| 09-13083-BLS | Daily Press | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13084-BLS | Freedom Newspaper Acquisitions, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13085-BLS | The Clovis News Journal | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13086-BLS | Freedom Newspapers of New Mexico, L.L.C. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13087-BLS | Gaston Gazette, LLP | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13088-BLS | Lima News | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13089-BLS | Porterville Recorder Company | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13090-BLS | Seymour Tribune Company | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13091-BLS | Victorville Publishing Company | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13092-BLS | Freedom Newspapers | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13093-BLS | The Creative Spot, L.L.C. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13094-BLS | Freedom Interactive Newspapers, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13095-BLS | Freedom Interactive Newspapers of Texas, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13096-BLS | Freedom Services, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |

<u>Attachment to Statement of Related Cases
Information Required by LBR 1015-2</u>

(List of real property included in Schedule A as filed
with prior proceedings)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Appeal-Democrat, Inc.**

**Case No. 09-13070**

**Amended and Restated Exhibit A-1**

**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|---|
| 101 AIRPORT ROAD, WILLOWS, CA | OWNERSHIP | | $405,000 | |
| 1530 ELLIS LAKE DRIVE, MARYSVILLE, CA 95901 | OWNERSHIP | | $4,690,289 | |
| **TOTALS:** | | | $5,095,289 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Daily Press**

**Case No. 09-13083**

**Amended and Restated Exhibit A-1**

**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|
| 130 COOLWATER LANE, BARSTOW, CA 92311 | OWNERSHIP | $426,669 | |
| 13843 PARK AVENUE, VICTORVILLE, CA 92392 | OWNERSHIP | $155,820 | |
| 13829 PARK AVENUE, VICTORVILLE, CA 92392 | OWNERSHIP | $657,181 | |
| 13875 PARK AVENUE, VICTORVILLE, CA 92392 | OWNERSHIP | $1,955,739 | |
| TOTALS: | | $3,195,409 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Florida Freedom Newspapers, Inc.**
Case No. 09-13071
Amended and Restated Exhibit A-1
*Real Property*

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|---|
| 112 E. VIRGINIA STREET, BONIFAY, FL 32425 | OWNERSHIP | | $20,001 | |
| 1364 N. RAILROAD AVENUE, CHIPLEY, FL 32428 | OWNERSHIP | | $84,803 | |
| 295 WEST JAMES LEE BOULEVARD, CRESTVIEW, FL 32536 | OWNERSHIP | | $792,563 | |
| 1225 AIRPORT ROAD, DESTIN, FL 32541 | OWNERSHIP | | $1,231,121 | |
| 200 RACETRACK ROAD, FT. WALTON BEACH, FL 32549 | OWNERSHIP | | $2,575,234 | |
| 501 W. 11TH STREET, PANAMA CITY, FL 32402 | OWNERSHIP | | $2,523,935 | |
| 6629 ELVA STREET, MILTON, FL 32428 | OWNERSHIP | | $235,132 | |
| TOTALS: | | | $7,462,789 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Freedom Arizona Information, Inc.**

**Case No. 09-13072**

**Amended and Restated Exhibit A-1**

**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|---|
| 10102 SANTA FE DRIVE, SUN CITY, AZ 85351 | OWNERSHIP | | $619,451 | |
| 120 W. FIRST AVENUE, MESA, AZ 85210 | OWNERSHIP | | $163,028 | |
| 124 W. FIRST AVENUE, MESA, AZ 85210 | OWNERSHIP | | $1,216,086 | |
| | TOTALS: | | $1,998,565 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Freedom Broadcasting of Florida, Inc.**

**Case No. 09-13049**

**Amended and Restated Exhibit A-1**

**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|---|
| 1100 FAIRFIELD DR. NO. BLDG., MANGONIA PARK, FL 33407 | OWNERSHIP | | $2,431,694 | |
| 1100 FAIRFIELD DR. SO. BLDG., MANGONIA PARK, FL 33407 | OWNERSHIP | | $1,706,131 | |
| AUSTRALIAN AVE., MANGONIA PARK, FL 33407 | OWNERSHIP | | $974,602 | |
| TOTALS: | | | $5,112,427 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Freedom Broadcasting of Michigan, Inc.**

**Case No. 09-13051**

**Amended and Restated Exhibit A-1**

**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|---|
| 12672 CHIEF NOONDAY RD., YANKEE SPRINGS, MI 49017 | OWNERSHIP | | $245,000 | |
| 5815 S. PENNSYLVANIA AVE., LANSING, MI 48911 | OWNERSHIP | | $668,900 | |
| 590 W. MAPLE STREET, KALAMAZOO, MI 49008 | OWNERSHIP | | $947,600 | |
| TOTALS: | | | $1,861,500 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Freedom Broadcasting of New York, Inc.**

**Case No. 09-13053**

**Amended and Restated Exhibit A-1**

**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|
| 1400 BALLTOWN ROAD, SCHENECTADY, NY  12309 | OWNERSHIP | $3,460,000 | |
| ONE HELDEBERG ST, ALBANY, NY  12260 | OWNERSHIP | $0 | |
| 269 BEAVER DAM ROAD, VOORHEESVILLE, NY  12186 | OWNERSHIP | $835,200 | |
| TOTALS: | | $4,295,200 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Freedom Broadcasting of Oregon, Inc.**

**Case No. 09-13055**
**Amended and Restated Exhibit A-1**
**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|
| 12447 HUGHES ROAD MT BALDY , PHOENIX CH - 16, OR  97535 | OWNERSHIP | $94,340 | |
| 12447 HUGHES ROAD MT BALDY , PHOENIX CH - 4, OR  97535 | OWNERSHIP | $0 | |
| 12447 HUGHES ROAD MT BALDY , PHOENIX DTV - 47, OR  97535 | OWNERSHIP | $0 | |
| 1440 ROSSANLEY DRIVE, MEDFORD, OR  97501 | OWNERSHIP | $482,160 | |
| TOTALS: | | $576,500 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Freedom Broadcasting of Tennessee, Inc.**

**Case No. 09-13062**

**Amended and Restated Exhibit A-1**

**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|
| 2417 TAFT HIGHWAY, CHATTANOOGA, TN 37377 | OWNERSHIP | $65,140 | |
| 4279 BENTON DRIVE, CHATTANOOGA, TN 37406 | OWNERSHIP | $1,603,680 | |
| TOTALS: | | $1,668,820 | |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

**Freedom Broadcasting of Texas, Inc.**

**Case No. 09-13059**

**Amended and Restated Exhibit A-1**

**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|---|
| 100 LAKESIDE DRIVE, VIDOR, TX 77662 | OWNERSHIP | | $101,361 | |
| 2955 INTERSTATE 10 E., BEAUMONT, TX 77702 | OWNERSHIP | | $803,403 | |
| TOTALS: | | | $904,764 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Freedom Colorado Information, Inc.**

**Case No. 09-13073**
**Amended and Restated Exhibit A-1**
**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|
| 30 S. PROSPECT STREET, COLORADO SPRINGS, CO 80903 | OWNERSHIP | $1,093,020 | |
| 704,708,712,716,720 COLORADO AVE EAST, COLORADO SPRINGS, CO 80903 | OWNERSHIP | $18,920 | |
| 727 E. PIKES PEAK AVE., COLORADO SPRINGS, CO 80903 | OWNERSHIP | $15,790 | |
| 735 E. PIKES PEAK AVENUE, COLORADO SPRINGS, CO 80903 | OWNERSHIP | $60,850 | |
| 739 E. PIKES PEAK AVENUE, COLORADO SPRINGS, CO 80903 | OWNERSHIP | $37,490 | |
| 745 E. PIKES PEAK AVENUE, COLORADO SPRINGS, CO 80903 | OWNERSHIP | $49,840 | |
| 749 E. PIKES PEAK AVENUE, COLORADO SPRINGS, CO 80903 | OWNERSHIP | $18,880 | |
| TOTALS: | | $1,294,790 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Freedom Communications, Inc.**

Case No. 09-13047
Amended and Restated Exhibit A-1
Real Property

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|---|
| 1300 E. FRUIT ST., SANTA ANA, CA 92701 | OWNERSHIP | | $511,630 | |
| 1310 S COMMERCE, HARLINGEN, TX 78550 | OWNERSHIP | | $1,148,964 | |
| 1340 E. FRUIT ST., SANTA ANA, CA 92701 | OWNERSHIP | | $513,470 | |
| 1345 E. FRUIT ST., SANTA ANA, CA 92701 | OWNERSHIP | | $175,449 | |
| 1349 E. FRUIT ST., SANTA ANA, CA 92701 | OWNERSHIP | | $175,517 | |
| 1353 E. FRUIT ST., SANTA ANA, CA 92701 | OWNERSHIP | | $175,517 | |
| 1357 E. FRUIT ST., SANTA ANA, CA 92701 | OWNERSHIP | | $172,005 | |
| 1400 EAST NOLANA, MCALLEN, TX 78504 | OWNERSHIP | | $9,143,747 | |
| 1401 E. FRUIT ST., SANTA ANA, CA 92701 | OWNERSHIP | | $150,943 | |
| 1402 E. FRUIT ST., SANTA ANA, CA 92701 | OWNERSHIP | | $2,545,168 | |
| 1405 E. FRUIT ST., SANTA ANA, CA 92701 | OWNERSHIP | | $127,250 | |
| 1409 E. FRUIT ST., SANTA ANA, CA 92701 | OWNERSHIP | | $107,079 | |
| 1410 E. FRUIT ST., SANTA ANA, CA 92701 | OWNERSHIP | | $1,278,437 | |
| 1413 E. FRUIT ST., SANTA ANA, CA 92701 | OWNERSHIP | | $132,550 | |
| 1425 E. FRUIT ST., SANTA ANA, CA 92701 | OWNERSHIP | | $49,900 | |
| 17666 FITCH, IRVINE, CA 92614 | OWNERSHIP | | $3,927,000 | |
| 17702 COWAN, IRVINE, CA 92614 | OWNERSHIP | | $2,582,858 | |
| 3841 EAST ROAD, LIMA, OH 45807 | OWNERSHIP | | $19,890 | |
| 501 W. 11TH ST, PANAMA CITY, FL 32401 | OWNERSHIP | | $0 | |
| 515 N. GRAND AVE, SANTA ANA, CA 92701 | OWNERSHIP | | $403,881 | |
| 523 N. GRAND, SANTA ANA, CA 92701 | OWNERSHIP | | $2,522,043 | |
| 625 N. GRAND AVE, SANTA ANA, CA 92701 | OWNERSHIP | | $33,482,245 | |
| 729 N. GRAND AVE, SANTA ANA, CA 92701 | OWNERSHIP | | $34,680,000 | |
| 731 E. COLORADO AVE, COLORADO SPRINGS, CO 80903 | OWNERSHIP | | $36,810 | |
| 737 E. COLORADO AVE, COLORADO SPRINGS, CO 80903 | OWNERSHIP | | $18,050 | |
| 749 E. COLORADO AVENUE, COLORADO SPRINGS, CO 80903 | OWNERSHIP | | $15,810 | |
| 839 N. GRAND AVE, SANTA ANA, CA 92701 | OWNERSHIP | | $313,993 | |
| ABANDONED PART OF 6TH ST., SANTA ANA, CA 92701 | OWNERSHIP | | $19,903 | |
| ALLEY PARCEL ON E. FRUIT ST., SANTA ANA, CA 92701 | OWNERSHIP | | $154,006 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

Freedom Communications, Inc.

**Case No. 09-13047**
**Amended and Restated Exhibit A-1**
**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|---|
| E. FRUIT ST., SANTA ANA, CA  92701 - NO SITUS | OWNERSHIP | | $21,129 | |
| TOTALS: | | | $94,605,244 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

__Freedom Eastern North Carolina Communications, Inc.__

**Case No. 09-13074**
**Amended and Restated Exhibit A-1**
**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|
| 1300 GUM BRANCH ROAD, JACKSONVILLE, NC 28540 | OWNERSHIP | $382,568 | |
| 2103 N. QUEEN STREET, KINSTON, NC 28501 | OWNERSHIP | $660,072 | |
| 230 STONEBRIDGE ST., HAVELOCK, NC 28532 | OWNERSHIP | $237,300 | |
| 3200 WELLONS BOULEVARD,  NEW BERN, NC 28562 | OWNERSHIP | $2,727,500 | |
| 724 BELLFORK ROAD, JACKSONVILLE, NC 28540 | OWNERSHIP | $1,440,317 | |
| TOTALS: | | $5,447,757 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Freedom Newspapers**
**Case No. 09-13092**
**Amended and Restated Exhibit A-1**
**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|---|
| 1135 E VAN BUREN, BROWNSVILLE, TX 78520 | OWNERSHIP | | $716,758 | |
| 401 S. IOWA, WESLACO, TX 78596 | OWNERSHIP | | $377,384 | |
| TOTALS: | | | $1,094,142 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Freedom Newspapers, Inc.**
**Case No. 09-13066**
**Amended and Restated Exhibit A-1**
**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|---|
| 270 UNION SQ. COMMON,  HICKORY, NC  28601 | OWNERSHIP | | $292,400 | |
| | TOTALS: | | $292,400 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Freedom Newspapers of Illinois, Inc.**
**Case No. 09-13075**
**Amended and Restated Exhibit A-1**
**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|
| 10 BLOCK OF E BROADWAY, ALTON, IL 62002 | OWNERSHIP | $15,330 | |
| 100 & 200 BLOCK OF E BROADWAY, ALTON, IL 62002 | OWNERSHIP | $370,860 | |
| 100 BLOCK OF ALBY STREET, ALTON, IL 62002 | OWNERSHIP | $1,110 | |
| TOTALS: | | $387,300 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

Freedom Newspapers of New Mexico L.L.C.

**Case No. 09-13086**
**Amended and Restated Exhibit A-1**
**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|---|
| 101 E. FIRST STREET, PORTALES, NM 88130 | OWNERSHIP | | $42,607 | |
| 105 N. ABILENE, PORTALES, NM 88130 | OWNERSHIP | | $38,140 | |
| 520 GIDDING, CLOVIS, NM 88101 | OWNERSHIP | | $57,804 | |
| 521 PILE, CLOVIS, NM 88101 | OWNERSHIP | | $40,949 | |
| 601 GIDDING STREET, CLOVIS, NM 88101 | OWNERSHIP | | $3,504 | |
| 902 S. FIRST STREET, TUCUMCARI, NM 88401 | OWNERSHIP | | $22,790 | |
| TOTALS: | | | $205,794 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

<u>Freedom Newspapers of Southwestern Arizona, Inc.</u>

**Case No. 09-13076**

**Amended and Restated Exhibit A-1**

**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|---|
| 2055 S. ARIZONA AVENUE, YUMA, AZ 85364 | OWNERSHIP | | $487,650 | |
| TOTALS: | | | $487,650 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Freedom Shelby Star, Inc.**
**Case No. 09-13077**
**Amended and Restated Exhibit A-1**
**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|---|
| 315 E GRAHAM ST, SHELBY, NC  28150 | OWNERSHIP | | $1,713,025 | |
| TOTALS: | | | $1,713,025 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Gaston Gazette LLP**

**Case No. 09-13087**

**Amended and Restated Exhibit A-1**

**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|---|
| 1893 REMOUNT ROAD, GASTONIA, NC 28054 | OWNERSHIP | | $4,198,969 | |
| | TOTALS: | | $4,198,969 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Illinois Freedom Newspapers, Inc.**
**Case No. 09-13078**
**Amended and Restated Exhibit A-1**
**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|
| 109 SOUTH WEST STREET, JACKSONVILLE, IL 62650 | OWNERSHIP | $4,100 | |
| 150 DUNLAP, JACKSONVILLE, IL 62650 | OWNERSHIP | $17,330 | |
| 235 W. STATE ST, JACKSONVILLE, IL 62650 | OWNERSHIP | $216,020 | |
| TOTALS: | | $237,450 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Lima News**

**Case No. 09-13088**

**Amended and Restated Exhibit A-1**

**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|---|
| 3515 ELIDA ROAD, LIMA, OH  45807 | OWNERSHIP | | $1,138,840 | |
| TOTALS: | | | $1,138,840 | |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

**Missouri Freedom Newspapers, Inc.**
**Case No. 09-13079**
**Amended and Restated Exhibit A-1**
**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|---|
| 2501 W. MAIN, SEDALIA, MO 65301 | OWNERSHIP | | $35,370 | |
| 700 S. MASSACHUSETTS, SEDALIA, MO 65301 | OWNERSHIP | | $155,450 | |
| 301 & 309 E 7TH STREET, SEDALIA, MO 65301 | OWNERSHIP | | $11,390 | |
| TOTALS: | | | $202,210 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Odessa American**

**Case No. 09-13080**

**Amended and Restated Exhibit A-1**

**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|---|
| 222 E 4TH STREET, ODESSA, TX 79761 | OWNERSHIP | | $513,118 | |
| 307 E 4TH STREET, ODESSA, TX 79761 (PARKING LOTS) | OWNERSHIP | | $31,605 | |
| 406 N. JACKSON, ODESSA, TX 79761 (PARKING LOTS) | OWNERSHIP | | $96,128 | |
| | TOTALS: | | $640,851 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Porterville Recorder Company**

**Case No. 09-13089**

**Amended and Restated Exhibit A-1**

**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|---|
| 115 E. OAK, PORTERVILLE, CA 93257 | OWNERSHIP | | $422,759 | |
| TOTALS: | | | $422,759 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Seymour Tribune Company**

**Case No. 09-13090**

**Amended and Restated Exhibit A-1**

**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|
| 100 ST. LOUIS AVE, SEYMOUR, IN 47274 | OWNERSHIP | $296,200 | |
| **TOTALS:** | | $296,200 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

<u>The Times-News Publishing Company</u>

**Case No. 09-13081**

**Amended and Restated Exhibit A-1**

**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|---|
| 604 S. WORTH STREET, BURLINGTON, NC 27215 | OWNERSHIP | | $101,005 | |
| 707 MAIN STREET, BURLINGTON, NC 27215 | OWNERSHIP | | $2,575,965 | |
| | TOTALS: | | $2,676,970 | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 8:15-15311-MW[1] |
| | ) | |
| FREEDOM COMMUNICATIONS, INC., | ) | |
| a Delaware corporation, et al., | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtors and Debtors-in-Possession | ) | |
| | ) | |
| | ) | |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS[2]

**GENERAL**

The Schedules of Assets and Liabilities (collectively, the "Schedules") and the Statements of Financial Affairs (collectively, the "Statements," and together with the Schedules, the "Schedules and Statements") filed by Freedom Communications, Inc. ("FCI") and each of its affiliated Debtors and Debtors-in-Possession in these jointly administered chapter 11 cases (each a "Debtor" and collectively, the "Debtors") pending in the United States Bankruptcy Court for the Central District of California, Santa Ana Division (the "Bankruptcy Court"), including the above-captioned Debtor, were prepared pursuant to section 521 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure, by management of the Debtors, with the assistance of the Debtors' advisors, and are unaudited.

While the Debtors' management has made every reasonable effort to ensure that the Schedules and Statements are accurate and complete as possible under the circumstances, based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors or omissions may exist. Because the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that these Schedules and Statements are complete, without inadvertent errors, omissions or inaccuracies.

The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or otherwise assert offsets or defenses to any claim that may or may not be reflected in the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent,"

---

[1] Jointly administered with Case Nos. 8:15-bk-15312-MW; 8:15-bk-15313-MW; 8:15-bk-15315-MW; 8:15-bk-15316-MW; 8:15-bk-15317-MW; 8:15-bk-15318-MW; 8:15-bk-15319-MW; 8:15-bk-15320-MW; 8:15-bk-15321-MW; 8:15-bk-15322-MW; 8:15-bk-15323-MW; 8:15-bk-15324-MW; 8:15-bk-15325-MW; 8:15-bk-15326-MW; 8:15-bk-15327-MW; 8:15-bk-15328-MW; 8:15-bk-15329-MW; 8:15-bk-15330-MW; 8:15-bk-15332-MW; 8:15-bk-15337-MW; 8:15-bk-15339-MW; 8:15-bk-15340-MW; 8:15-bk-15342-MW; and 8:15-bk-15343-MW.

[2] These notes are in addition to the specific notes contained in the Debtors' Schedules and Statements. The fact that the Debtors have prepared a General Note with respect to a particular Schedule (or Statement) and not to others does not reflect and should not be interpreted as a decision by the Debtors to exclude the applicability of such General Note to any or all of the Debtors' remaining Schedules (or Statements), as appropriate.

or "unliquidated." Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the chapter 11 cases, including, but not limited to, issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers.

The Schedules and Statements have been signed by Richard E. Mirman, the Chief Executive Officer of 2100 Freedom, Inc., the ultimate parent company of the Debtors, who is either a director, officer, or authorized person acting on behalf of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Mirman necessarily relied upon the efforts, statements, and representations of the Debtors' other personnel and professionals. Mr. Mirman has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors, classification of such amounts, and their addresses.

These Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding the Debtors' Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, the Schedules and Statements. These Global Notes should be referred to, and reviewed in connection with, any review of the Schedules and Statements.

## Description of the Cases
On November 1, 2015, and November 2, 2015 (the "Petition Dates"), the Debtors filed voluntary petitions in this Bankruptcy Court under chapter 11 of the Bankruptcy Code. The cases are being jointly administered under Case No. 8:15-15311-MW. The Debtors currently are operating their businesses and managing their properties as debtors in possession pursuant to the Bankruptcy Code.

## Basis of Presentation
For financial reporting purposes, prior to the Petition Dates, the Debtors generally prepared consolidated financial statements that were audited annually and including financial information for the parent and all subsidiaries. Unlike the consolidated financial information used for the Debtors' financial reporting purposes, the Schedules reflect the assets and liabilities of each Debtor on the basis of such Debtor's accounting records, except if otherwise stated. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP") nor are they intended to fully reconcile to the financial statements the Debtors may have prepared and issued to financial institutions or other parties-in-interest. Information contained in the Schedules and Statements have been derived from the Debtors' books and records and historical financial statements.

## Accuracy
Although every effort has been made to file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and/or supplement their Schedules and Statements as is necessary and appropriate. The financial information disclosed in the Schedules and Statements has not been required to be prepared in accordance with federal or state securities law or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons or entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared. The Debtors are not liable for and undertake no responsibility to indicate variations between any information and reports prepared for any other disclosure purpose or for any evaluations of the Debtors based on this financial information or any other information.

## Reporting Date
Unless otherwise indicated, the Schedules have been prepared as of the close of business on October 31, 2015,

which represented the close of the Debtors' October accounting period, and is the day immediately prior to the Petition Dates.

## Undetermined Amounts
The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

## Disputed, Contingent and/or Unliquidated Claims
Certain claims listed on the Schedules may be designated as contingent, unliquidated, and/or disputed. A failure to designate a claim on the Schedules as contingent, unliquidated, and/or disputed does not constitute an admission that such claim is not subject to objection. The Debtors reserve the right to dispute, or assert offsets or defenses to, any claim reflected on the Schedules as to nature, amount, liability, or status, either by amending the Schedules or, if permitted by the Bankruptcy Court, filing an objection to the claim.

## Recharacterization
The Debtors reserve all rights to recharacterize, reclassify, recategorize or redesignate items reported in the Schedules and Statements at a later time as is necessary or appropriate.

## Causes of Action
Certain of the Debtors have set forth on the Schedules causes of action or litigation rights that they may have against third parties. Each of the Debtors reserves all of its rights with respect to any and all causes of action and litigation rights it may have, whether or not such cause of action or litigation right has been listed on the Schedules. Neither these General Notes nor the Schedules and Statements shall be deemed a waiver by any of the Debtors of any cause of action, litigation right, or of any other right.

## Insiders
The Debtors have included all payments made during the one-year period preceding the Petition Dates to any individual deemed an "insider." Persons listed as "insiders" have been included for informational purposes only. The Debtors do not take any position with respect to (a) such persons' influence over the control of the Debtors, (b) the management responsibilities or function of such individuals, (c) the decision-making or corporate authority of such individuals or (d) whether such individuals could successfully argue that they are not "insiders" under applicable law.

## Setoffs
During the 90 days prior to the Petition Dates, the Debtors may have been involved in certain transactions that could be construed as setoffs. Such transactions could take the form of payment setoff. The Debtors are in the process of reviewing all transactions in the 90 days prior to the Petition Dates to determine if any of the transactions should be challenged under any of the provisions of the Bankruptcy Code.

## Current Market Value
It would be prohibitively expensive, unduly burdensome and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets. Accordingly, unless otherwise indicated, cost values are reflected on the Debtors' Schedules and Statements. For this reason, amounts ultimately realized will vary and such variance may be material. In addition, the amounts shown for liabilities exclude items identified as "Unknown" or "Undetermined" and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

## Property and Equipment – Leased
In the ordinary course of their businesses, the Debtors may lease equipment from third-party lessors for use in the daily operation of their businesses. Any such leases are set forth in Schedule B. Nothing in the Schedules is or shall be construed as an admission or determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to any of such issues.

**Totals**
All totals that are included in the Schedules represent totals of all known amounts included in the Debtors' books and records as of the Petition Dates. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

**Claims Paid Under Authority of "First Day Order"**
The Schedules list amounts that were owed as of the Petition Dates but have since been paid in whole or part and, thus, are not owed or are only partially owed as of the date hereof. Such payments were made pursuant to authorizations granted by the Bankruptcy Court in various "first day" orders. Even though paid in whole or part, such amounts are not designated as contingent, unliquidated, and/or disputed, and the absence of such designation is without prejudice to the Debtors' right to assert such amounts have been paid in whole or part and to the extent paid are not entitled to further treatment in these cases.

**Schedule A**
It would be prohibitively expensive and unduly burdensome to obtain current market valuations of the Debtors' property interests. Accordingly, appraisal values completed as of specific prepetition dates are so noted and are reflected on the Schedules, which may not equate to the current market values.

**Schedule B**
The Debtors reserve all of their rights with respect to any and all causes of action, litigation rights, and other rights regardless of whether they have been listed on Schedule B.

**Schedule D – Creditors Holding Secured Claims**
The Debtors reserve their rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any inter-company agreement) related to such creditor's claim. In certain instances, the Debtors may be a co-obligor, co-mortgagor or guarantor with respect to scheduled claims of an affiliate, and no claim set forth on Schedule D of the Debtors is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in the General Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. The Debtors reserve the right to supplement and/or amend their Schedules and Statements to list such amounts on Schedule D.

The Debtors have not listed on Schedule D the claims of certain entities to whom the Debtors provided security deposits and who may have secured claims to the extent of such security deposits. The claims of such entities have been listed on Schedule B. Statutory or inchoate lien rights may exist in favor of certain creditors. The Debtors have not listed on Schedule D any creditors who may have secured claims based on any such statutory or inchoate lien rights.

Schedule D does not include secured tax claims owing to governmental units. All tax claims, if any, are listed on Schedule E without regard to whether they are secured claims, priority claims, priority unsecured claims, or nonpriority unsecured claims. Any listing on Schedule E is without prejudice to the right of the Debtors to recognize any such claim as a secured claim or a nonpriority unsecured claim if so asserted by the applicable taxing authority in a proof of claim. In addition, if applicable, the Debtors reserve the right to amend Schedule E to recharacterize any listed claim as a nonpriority unsecured claim or to object to any proof of claim asserting priority unsecured status if such claim is determined to be a nonpriority unsecured claim.

Except as provided in the amended final cash collateral order dated as of December 17, 2015, the Debtors reserve the right to dispute, or assert offsets or defenses to, any claim reflected on Schedule D as to nature, amount, liability or status.

## Schedule E – Creditors Holding Unsecured Priority Claims
The listing of creditors on Schedule E is preliminary and is subject to reconciliation and, if necessary, amendment by the Debtors.  The Debtors reserve their rights to dispute or challenge whether such creditors are entitled to priority claims.

## Schedule F – Creditors Holding Unsecured Non-priority Claims
On Schedule F, the Debtors have listed amounts payable to general unsecured creditors as of the Petition Dates.  In an attempt to obtain the most accurate and reliable information by allowing adequate time for all pertinent information to be received and reflected in the Debtors' books and records, the Debtors searched their records as of the Petition Dates to determine their unpaid, unsecured obligations as of the Petition Dates.  The claims listed in Schedule F arose or were incurred on various dates.  In certain instances, the date on which a claim arose is an open issue of fact.  While best efforts have been made, determination of each date upon which each claim in Schedule F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors may not list a date for each claim listed on Schedule F.

## Schedule G – Executory Contracts and Unexpired Leases
Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions or over-inclusion may have occurred.  The presence of a contract, agreement or lease on Schedule G does not constitute an admission that such contract, agreement or lease is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Dates or is valid or enforceable.  Any and all of the Debtors' rights, claims and causes of action with respect to the contracts, agreements and leases listed on Schedule G are hereby reserved and preserved, and as such, the Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement such Schedules as necessary.

The Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as indemnity agreements, supplemental agreements, amendments/letter agreements, and confidentiality agreements.  Such documents may not be set forth in Schedule G. Moreover, the contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements which may not be listed on Schedule G.

Portions of some contracts and leases that are listed on Schedule G may have been fully performed, while other portions of the same contracts and leases may remain executory.  The Debtors reserve all of their rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument related to a creditor's claim, including, but not limited to, the contracts, agreements and leases listed on Schedule G.

In some cases the same entity appears multiple times in Schedule G.  This multiple listing is to reflect distinct agreements between the Debtors and such entity.

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>2100 Freedom, Inc., a Delaware corporation</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>CENTRAL DISTRICT OF CALIFORNIA</td></tr>
<tr><td>Case number (if known)</td><td>8:15-bk-15315 MW</td></tr>
</table>

☐ Check if this is an amended filing

### Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___December 21 , 2015___    X _____
                                         Signature of individual signing on behalf of debtor

Richard E. Mirman
Printed name

Chief Executive Officer
Position or relationship to debtor

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy