William N. Lobel, State Bar No. 93202
wlobel@lwgfllp.com
Alan J. Friedman, State Bar No. 132580
afriedman@lwgfllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@lwgfllp.com
Christopher J. Green, State Bar No. 295874
cgreen@lwgfllp.com
**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Proposed Attorneys for
Debtors and Debtors-in-Possession

FILED & ENTERED

NOV 05 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>FREEDOM COMMUNICATIONS, INC., a Delaware corporation, *et al.*,[1]<br><br>　　　　Debtors and<br>　　　　Debtors-in-Possession.<br><br>Affects:<br><br>☒　All Debtors<br><br>☐　Freedom Communications, Inc., a Delaware corporation, ONLY | Case No. 8:15-bk-15311-MW<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 8:15-bk-15312-MW; 8:15-bk-15313-MW; 8:15-bk-15315-MW; 8:15-bk-15316-MW; 8:15-bk-15317-MW; 8:15-bk-15318-MW; 8:15-bk-15319-MW; 8:15-bk-15320-MW; 8:15-bk-15321-MW; 8:15-bk-15322-MW; 8:15-bk-15323-MW; 8:15-bk-15324-MW; 8:15-bk-15325-MW; 8:15-bk-15326-MW; 8:15-bk-15327-MW; 8:15-bk-15328-MW; 8:15-bk-15329-MW; 8:15-bk-15330-MW; 8:15-bk-15332-MW; 8:15-bk-15337-MW; 8:15-bk-15339-MW; 8:15-bk-15340-MW; 8:15-bk-15342-MW; 8:15-bk-15343-MW) |

---

[1] The last four digits of the Debtors' federal tax identification numbers are as follows: Freedom Communications, Inc. (0750); Freedom Communications Holdings, Inc. (2814); Freedom Services, Inc. (3125); 2100 Freedom, Inc. (7300); OCR Community Publications, Inc. (9752); Daily Press, LLC (3610); Freedom California Mary Publishing, Inc. (4121); Freedom California Ville Publishing Company LP (7735); Freedom Colorado Information, Inc. (7806); Freedom Interactive Newspapers, Inc. (9343); Freedom Interactive Newspapers of Texas, Inc. (8187); Freedom Newspaper Acquisitions, Inc. (4322); Freedom Newspapers (7766); Freedom Newspapers, Inc. (3240); Freedom Newspapers of Southwestern Arizona, Inc. (5797); OCR Information Marketing, Inc. (7983); Odessa American (7714); Orange County Register Communications, Inc. (7980); Victor Valley Publishing Company (6082); Victorville Publishing Company (7617); Freedom SPV II, LLC (8253); Freedom SPV VI, LLC (8434); Freedom SPV I, LLC (3293); Freedom SPV IV, LLC (8500); and Freedom SPV V, LLC (9036).

| | | |
|---|---|---|
| 1 | ☐ Freedom Communications Holdings, Inc., a Delaware corporation, ONLY | **ORDER GRANTING EMERGENCY MOTION FOR AN ORDER AUTHORIZING: (1) MAINTENANCE OF EXISTING BANK ACCOUNTS, AND (2) CONTINUED USE OF CASH MANAGEMENT SYSTEM FOR A LIMITED PERIOD PURSUANT TO 11 U.S.C. §§ 105, 345, AND 363** |
| 2 | | |
| 3 | ☐ Freedom Services, Inc., a Delaware corporation, ONLY | |
| 4 | ☐ 2100 Freedom, Inc., a Delaware corporation, ONLY | |
| 5 | | **DATE:    TBD** |
| 6 | ☐ OCR Community Publications, Inc., a California corporation, ONLY | **TIME:    TBD**<br>**PLACE:   Courtroom TBD**<br>             **411 West Fourth Street**<br>             **Santa Ana, CA 92701** |
| 7 | ☐ Daily Press, LLC, a California limited liability company, ONLY | |
| 8 | | |
| 9 | ☐ Freedom California Mary Publishing, Inc., a California corporation, ONLY | |
| 10 | ☐ Freedom California Ville Publishing Company LP, a California limited partnership, ONLY | |
| 11 | | |
| 12 | ☐ Freedom Colorado Information, Inc., a Delaware corporation, ONLY | |
| 13 | | |
| 14 | ☐ Freedom Interactive Newspapers, Inc., a California corporation, ONLY | |
| 15 | ☐ Freedom Interactive Newspapers of Texas, Inc., a Delaware corporation, ONLY | |
| 16 | | |
| 17 | ☐ Freedom Newspaper Acquisitions, Inc., a Delaware corporation, ONLY | |
| 18 | ☐ Freedom Newspapers, a Texas general partnership, ONLY | |
| 19 | | |
| 20 | ☐ Freedom Newspapers, Inc., a Delaware corporation, ONLY | |
| 21 | ☐ Freedom Newspapers of Southwestern Arizona, Inc., a California corporation, ONLY | |
| 22 | | |
| 23 | ☐ OCR Information Marketing, Inc., a California corporation, ONLY | |
| 24 | | |
| 25 | ☐ Odessa American, a Texas general partnership, ONLY | |
| 26 | ☐ Orange County Register Communications, Inc., a California corporation, ONLY | |
| 27 | | |
| 28 | | |

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

☐ Victor Valley Publishing Company, a California corporation, ONLY

☐ Victorville Publishing Company, a California limited partnership, ONLY

☐ Freedom SPV II, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV VI, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV I, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV IV, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV V, LLC, a Delaware limited liability company, ONLY

On November 4, 2015, in Courtroom 6C of the United States Bankruptcy Court located at 411 West Fourth Street, Santa Ana, California, the Court held a hearing on the Emergency Motion for an Order Authorizing: (1) Maintenance of Existing Bank Accounts, (2) Continued Use of Existing Cash Management System for a Limited Period Pursuant to 11 U.S.C. §§ 105, 345, and 363 (the "Motion"), filed by the above-affected debtors and debtors-in-possession (the "Debtors").[2]  Appearances were as noted on the record.

The Court having read and considered the Motion and all papers and evidence filed in support, having heard statements of counsel, the Debtors having provided appropriate notice of the Motion and no other and further noticed needing be provided, and for good cause shown,

**IT IS ORDERED:**

1.  The Motion is granted;

---

[2] Any and all capitalized terms not expressly defined herein shall have the meaning ascribed to them in the Motion.

2.  The Debtors are authorized to maintain and utilize their cash management system and Bank Accounts for a period of thirty (30) days through and including December 2, 2015, pursuant to 11 U.S.C. §§ 105(a), 345, and 363.  As of December 3, 2015, the Debtors will have opened DIP Accounts and will use these DIP Accounts for all future cash management of the Debtors, except for account #2465 at City National Bank and bank account #6350 at Bank of New York Mellon, which the Debtors are authorized to permanently maintain.  The Debtors will sweep these two bank accounts on a daily basis;

4.  Any pre-petition liens on the Bank Accounts will attach to the DIP Accounts to the same extent, priority, and validity, and the Debtors shall execute control agreements in connection therewith to the extent so requested.  All parties, including the PBGC, are hereby barred from asserting that the liens of the Prepetition Loan Parties (as defined in the Cash Collateral Order (defined below)) on the DIP Accounts are of a less priority than their liens in the Debtors' prepetition bank accounts or that the PBGC Prior Lien or PBGC Lien Amount (as defined in the Cash Collateral Order) has any different or additional priority in the DIP Accounts than it has in the prepetition accounts.

5.  The Banks are authorized and directed to honor postpetition checks drawn, if any, and transfers from the Bank Accounts until such time as the Bank Accounts are closed (as provided above).  The Banks are granted limited relief from the automatic stay to continue to offset standard monthly or periodic bank fees against the Bank Accounts in the same manner as such fees were offset prepetition.  The Banks are authorized and directed to debit the Debtors' accounts in the ordinary course of business without the need for further order of this Court for all checks drawn on the Bank Accounts which are cashed at the Banks' counters or exchanged for cashier's checks by the payees thereof prior to the Petition Date.  The Banks are restrained from honoring any check, draft, wire, or electronic funds transfer presented, issued, or drawn on the Bank Accounts on account of a prepetition claim unless (a) authorized in an order of this Court, as represented to the Banks by the Debtors as set forth below; (b) not otherwise prohibited by a "stop payment"

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000    Fax 714-966-1002

1044464.1                                    4                                    ORDER

request received by the Banks from the Debtors; and (c) supported by sufficient funds in the Bank Account in question.

6. The Banks are authorized and directed to rely on the representations of the Debtors with respect to whether any check or other payment order drawn or issued by the Debtors prior to the Petition Date should be honored. The Banks shall not have any liability to any party for relying on such representations.

7. The Debtors are authorized, in their sole discretion (subject to the provision of the Cash Collateral Order) to pay: (a) all undisputed prepetition Cash Management Claims; and (b) any such routine Cash Management Claims that accrue to the Banks during the thirty (30) day period, not to exceed $45,000 (excluding merchant/credit card fees). The Cash Management Claims are granted administrative priority status pursuant to section 503(b) of the Bankruptcy Code.

8. The Debtors maintain blank check stock and will imprint their "Debtor-in-Possession" designation as well as the lead bankruptcy case number on the checks until such time as the DIP Accounts are opened.

9. Notwithstanding anything to the contrary herein, to the extent there is any conflict between this Order and any order approving the Debtors' use of cash collateral (a "Cash Collateral Order"), the terms of the Cash Collateral Order shall govern.

10. Notwithstanding any applicability of Bankruptcy Rule 6004, the terms of this Order shall be immediately effective and enforceable upon its entry.

###

Date: November 5, 2015

*Mark S. Wallace*
United States Bankruptcy Judge