William N. Lobel, State Bar No. 93202
wlobel@lwgfllp.com
Alan J. Friedman, State Bar No. 132580
afriedman@lwgfllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@lwgfllp.com
Christopher J. Green, State Bar No. 295874
cgreen@lwgfllp.com
**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Proposed Attorneys for
Debtors and Debtors-in-Possession

**FILED & ENTERED**

NOV 06 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>FREEDOM COMMUNICATIONS, INC., a Delaware corporation, *et al.*,[1]<br><br>　　　　Debtors and<br>　　　　Debtors-in-Possession.<br><br>Affects:<br><br>☒　All Debtors<br><br>☐　Freedom Communications, Inc., a Delaware corporation, ONLY | Case No. 8:15-bk-15311-MW<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 8:15-bk-15312-MW; 8:15-bk-15313-MW; 8:15-bk-15315-MW; 8:15-bk-15316-MW; 8:15-bk-15317-MW; 8:15-bk-15318-MW; 8:15-bk-15319-MW; 8:15-bk-15320-MW; 8:15-bk-15321-MW; 8:15-bk-15322-MW; 8:15-bk-15323-MW; 8:15-bk-15324-MW; 8:15-bk-15325-MW; 8:15-bk-15326-MW; 8:15-bk-15327-MW; 8:15-bk-15328-MW; 8:15-bk-15329-MW; 8:15-bk-15330-MW; 8:15-bk-15332-MW; 8:15-bk-15337-MW; 8:15-bk-15339-MW; 8:15-bk-15340-MW; 8:15-bk-15342-MW; 8:15-bk-15343-MW) |

---

[1] The last four digits of the Debtors' federal tax identification numbers are as follows: Freedom Communications, Inc. (0750); Freedom Communications Holdings, Inc. (2814); Freedom Services, Inc. (3125); 2100 Freedom, Inc. (7300); OCR Community Publications, Inc. (9752); Daily Press, LLC (3610); Freedom California Mary Publishing, Inc. (4121); Freedom California Ville Publishing Company LP (7735); Freedom Colorado Information, Inc. (7806); Freedom Interactive Newspapers, Inc. (9343); Freedom Interactive Newspapers of Texas, Inc. (8187); Freedom Newspaper Acquisitions, Inc. (4322); Freedom Newspapers (7766); Freedom Newspapers, Inc. (3240); Freedom Newspapers of Southwestern Arizona, Inc. (5797); OCR Information Marketing, Inc. (7983); Odessa American (7714); Orange County Register Communications, Inc. (7980); Victor Valley Publishing Company (6082); Victorville Publishing Company (7617); Freedom SPV II, LLC (8253); Freedom SPV VI, LLC (8434); Freedom SPV I, LLC (3293); Freedom SPV IV, LLC (8500); and Freedom SPV V, LLC (9036).

| | |
|---|---|
| 1  ☐ Freedom Communications Holdings, Inc., a Delaware corporation, ONLY | **ORDER SCHEDULING HEARING ON MOTION FOR ORDER APPROVING STIPULATION BETWEEN DEBTORS, PREPETITION LOAN PARTIES AND PENSION BENEFIT GUARANTY COMPANY** |
| 2 | |
| 3  ☐ Freedom Services, Inc., a Delaware corporation, ONLY | |
| 4  ☐ 2100 Freedom, Inc., a Delaware corporation, ONLY | |
| 5 | |
| 6  ☐ OCR Community Publications, Inc., a California corporation, ONLY | **DATE:** November 13, 2015<br>**TIME:** 9:00 a.m. |
| 7  ☐ Daily Press, LLC, a California limited liability company, ONLY | **PLACE:** Courtroom 6C<br>411 West Fourth Street<br>Santa Ana, CA 92701 |
| 8 | |
| 9  ☐ Freedom California Mary Publishing, Inc., a California corporation, ONLY | |
| 10  ☐ Freedom California Ville Publishing Company LP, a California limited partnership, ONLY | |
| 11 | |
| 12  ☐ Freedom Colorado Information, Inc., a Delaware corporation, ONLY | |
| 13 | |
| 14  ☐ Freedom Interactive Newspapers, Inc., a California corporation, ONLY | |
| 15  ☐ Freedom Interactive Newspapers of Texas, Inc., a Delaware corporation, ONLY | |
| 16 | |
| 17  ☐ Freedom Newspaper Acquisitions, Inc., a Delaware corporation, ONLY | |
| 18  ☐ Freedom Newspapers, a Texas general partnership, ONLY | |
| 19 | |
| 20  ☐ Freedom Newspapers, Inc., a Delaware corporation, ONLY | |
| 21  ☐ Freedom Newspapers of Southwestern Arizona, Inc., a California corporation, ONLY | |
| 22 | |
| 23  ☐ OCR Information Marketing, Inc., a California corporation, ONLY | |
| 24 | |
| 25  ☐ Odessa American, a Texas general partnership, ONLY | |
| 26  ☐ Orange County Register Communications, Inc., a California corporation, ONLY | |
| 27 | |
| 28 | |

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1045757-1

| | |
|---|---|
| 1 | ☐ Victor Valley Publishing Company, a California corporation, ONLY |
| 2 | |
| 3 | ☐ Victorville Publishing Company, a California limited partnership, ONLY |
| 4 | ☐ Freedom SPV II, LLC, a Delaware limited liability company, ONLY |
| 5 | |
| 6 | ☐ Freedom SPV VI, LLC, a Delaware limited liability company, ONLY |
| 7 | ☐ Freedom SPV I, LLC, a Delaware limited liability company, ONLY |
| 8 | |
| 9 | ☐ Freedom SPV IV, LLC, a Delaware limited liability company, ONLY |
| 10 | ☐ Freedom SPV V, LLC, a Delaware limited liability company, ONLY |

On November 4, 2015, in Courtroom 6C of the United States Bankruptcy Court located at 411 West Fourth Street, Santa Ana, California (the "Court"), the Court held a hearing on *Debtors' Motion for Entry of: (I) Interim Order (A) Authorizing Debtors to (1) Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (2) Provide Adequate Protection to Prepetition Secured Parties; (3) and Grant Related Relief; and (B) Setting Final Hearing; and (II) Final Order Authorizing Debtors to (A) Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, (C) Provide Adequate Protection to Prepetition Secured Parties; (D) Repay Certain Prepetition Secured Debt, and (E) Grant Related Relief* (the "Cash Collateral Motion")[2].

The Court, on its own motion, scheduled November 13, 2015 at 9:00 am in courtroom 6C of the Court to consider a [signature] ulation (the "Motion") between the Debtors, the Pet_____ l to the use of cash collateral.

Date: November 6, 2015

Mark S. Wallace
United States Bankruptcy Judge

---

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meaning ascribed to them in the Cash Collateral Motion.

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

1045757-1

**IT IS ORDERED:**

1. The hearing to approve the Motion is scheduled for November 13, 2015 at 9:00 am;

2. The Motion shall be filed no later than November 6, 2015;

3. Any opposition to the Motion shall be filed no later than November 10, 2015.

### 

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1045757-1