United States Bankruptcy Court
Central District of California

In re:
Freedom Communications, Inc.
    Debtor

Case No. 15-15311-MW
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0973-8     User: nbolteC     Page 1 of 2     Date Rcvd: Nov 05, 2015
                       Form ID: pdf042    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 07, 2015.
db         +Freedom Communications, Inc.,   625 N Grand Ave,   Santa Ana, CA 92701-4347

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2015                                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2015 at the address(es) listed below:
         Aaron J Malo   on behalf of Interested Party   Courtesy NEF amalo@sheppardmullin.com,
          jsummers@sheppardmullin.com
         Alan J Friedman   on behalf of Debtor   Freedom Communications, Inc. afriedman@wgllp.com,
          nlockwood@wgllp.com;jokeefe@wgllp.com;banavim@wgllp.com
         Beth Gaschen   on behalf of Debtor   Freedom Communications, Inc. bgaschen@wgllp.com,
          kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
         Beth Ann R Young   on behalf of Interested Party   Courtesy NEF bry@lnbyb.com
         Brian L Davidoff   on behalf of Interested Party   Courtesy NEF bdavidoff@greenbergglusker.com,
          calendar@greenbergglusker.com;jking@greenbergglusker.com
         Christopher E Prince   on behalf of Interested Party   Courtesy NEF cprince@lesnickprince.com
         Christopher J Green   on behalf of Debtor   Freedom Communications, Inc. cgreen@wgllp.com,
          chrisgreen@ucla.com;kadele@wgllp.com
         Courtney E Pozmantier   on behalf of Interested Party   Courtesy NEF
          cpozmantier@greenbergglusker.com,
          kwoodson@greenbergglusker.com;jking@greenbergglusker.com;calendar@greenbergglusker.com
         David P Simonds   on behalf of Creditor   Angelo, Gordon Management, LLC dsimonds@akingump.com,
          tsouthwell@akingump.com
         David W. Meadows   on behalf of Interested Party   Courtesy NEF david@davidwmeadowslaw.com
         Frank Cadigan   on behalf of U.S. Trustee   United States Trustee (SA) frank.cadigan@usdoj.gov
         James C Behrens   on behalf of Interested Party   Courtesy NEF jbehrens@greenbergglusker.com,
          kwoodson@ggfirm.com;calendar@ggfirm.com
         Leonard M Shulman   on behalf of Interested Party   Caribou Industries, Inc. lshulman@shbllp.com
         M Jonathan Hayes   on behalf of Interested Party   Courtesy NEF jhayes@srhlawfirm.com,
          roksana@srhlawfirm.com;matthew@srhlawfirm.com;rosarioz@srhlawfirm.com;jfisher@srhlawfirm.com;mari
          a@srhlawfirm.com;staci@srhlawfirm.com;jhayesecf@gmail.com;sevan@srhlawfirm.com;carolyn@srhlawfirm
          .com;mike@s
         Peter J Rudinskas   on behalf of Interested Party   Courtesy NEF pjr.legal@gmail.com
         Ron Bender   on behalf of Interested Party   Courtesy NEF rb@lnbyb.com
         United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov
         William N Lobel   on behalf of Debtor   Freedom Interactive Newspapers, Inc. wlobel@lwgfllp.com,
          nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@wgllp.com
         William N Lobel   on behalf of Debtor   Freedom Newspaper Acquisitions, Inc. wlobel@lwgfllp.com,
          nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@wgllp.com
         William N Lobel   on behalf of Debtor   Freedom SPV V, LLC wlobel@lwgfllp.com,
          nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@wgllp.com
         William N Lobel   on behalf of Debtor   Freedom Newspapers of Southwestern Arizona, Inc.
          wlobel@lwgfllp.com,   nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@wgllp.com
         William N Lobel   on behalf of Debtor   Freedom California Mary Publishing, Inc.
          wlobel@lwgfllp.com,   nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@wgllp.com
         William N Lobel   on behalf of Debtor   Freedom Colorado Information, Inc. wlobel@lwgfllp.com,
          nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@wgllp.com
         William N Lobel   on behalf of Debtor   2100 Freedom, Inc. wlobel@lwgfllp.com,
          nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@wgllp.com

```
District/off: 0973-8          User: nbolteC              Page 2 of 2                   Date Rcvd: Nov 05, 2015
                              Form ID: pdf042            Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              William N Lobel    on behalf of Debtor    Freedom Communications, Inc. wlobel@lwgfllp.com,
               nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@wgllp.com
              William N Lobel    on behalf of Debtor    Daily Press, LLC wlobel@lwgfllp.com,
               nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@wgllp.com
              William N Lobel    on behalf of Debtor    Freedom Communications Holdings, Inc. wlobel@lwgfllp.com,
               nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@wgllp.com
              William N Lobel    on behalf of Debtor    Victorville Publishing Company wlobel@lwgfllp.com,
               nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@wgllp.com
              William N Lobel    on behalf of Debtor    Victor Valley Publishing Company wlobel@lwgfllp.com,
               nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@wgllp.com
              William N Lobel    on behalf of Debtor    Freedom Services Inc. wlobel@lwgfllp.com,
               nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@wgllp.com
              William N Lobel    on behalf of Debtor    Freedom Newspapers wlobel@lwgfllp.com,
               nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@wgllp.com
              William N Lobel    on behalf of Debtor    Orange County Register Communications, Inc.
               wlobel@lwgfllp.com,    nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@wgllp.com
              William N Lobel    on behalf of Debtor    Freedom Newspapers, Inc wlobel@lwgfllp.com,
               nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@wgllp.com
              William N Lobel    on behalf of Debtor    Freedom California Ville Publishing Company LP.
               wlobel@lwgfllp.com,    nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@wgllp.com
              William N Lobel    on behalf of Debtor    Freedom SPV IV, LLC wlobel@lwgfllp.com,
               nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@wgllp.com
              William N Lobel    on behalf of Debtor    OCR Community Publications, Inc. wlobel@lwgfllp.com,
               nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@wgllp.com
              William N Lobel    on behalf of Debtor    Odessa American wlobel@lwgfllp.com,
               nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@wgllp.com
              William N Lobel    on behalf of Debtor    Freedom Interactive Newspapers of Texas, Inc.
               wlobel@lwgfllp.com,    nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@wgllp.com
              William N Lobel    on behalf of Debtor    OCR Information Marketing, Inc. wlobel@lwgfllp.com,
               nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@wgllp.com
              William N Lobel    on behalf of Debtor    Freedom SPV I, LLC wlobel@lwgfllp.com,
               nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@wgllp.com
              William N Lobel    on behalf of Debtor    Freedom SPV VI, LLC wlobel@lwgfllp.com,
               nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@wgllp.com
              William N Lobel    on behalf of Debtor    Freedom SPV II, LLC wlobel@lwgfllp.com,
               nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@wgllp.com
                                                                                              TOTAL: 42
```

1  William N. Lobel, State Bar No. 93202
   wlobel@lwgfllp.com
2  Alan J. Friedman, State Bar No. 132580
   afriedman@lwgfllp.com
3  Beth E. Gaschen, State Bar No. 245894
   bgaschen@lwgfllp.com
4  Christopher J. Green, State Bar No. 295874
   cgreen@lwgfllp.com
5  **LOBEL WEILAND GOLDEN FRIEDMAN LLP**
   650 Town Center Drive, Suite 950
6  Costa Mesa, California 92626
   Telephone    714-966-1000
7  Facsimile    714-966-1002

8  Proposed Attorneys for
   Debtors and Debtors-in-Possession
9

**FILED & ENTERED**

**NOV 05 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

10                **UNITED STATES BANKRUPTCY COURT**

11                **CENTRAL DISTRICT OF CALIFORNIA**

12                        **SANTA ANA DIVISION**

| | |
|---|---|
| 13  In re | Case No. 8:15-bk-15311-MW |
| 14  FREEDOM COMMUNICATIONS, INC., a Delaware corporation, *et al.*, | Chapter 11 |
| 15           Debtors and | (Jointly Administered with Case Nos. 8:15-bk-15312-MW; 8:15-bk-15313-MW; |
| 16           Debtors-in-Possession. | 8:15-bk-15315-MW; 8:15-bk-15316-MW; 8:15-bk-15317-MW; 8:15-bk-15318-MW; |
| 17  Affects: | 8:15-bk-15319-MW; 8:15-bk-15320-MW; 8:15-bk-15321-MW; 8:15-bk-15322-MW; |
| 18  ☒  All Debtors | 8:15-bk-15323-MW; 8:15-bk-15324-MW; 8:15-bk-15325-MW; 8:15-bk-15326-MW; |
| 19  ☐  Freedom Communications, Inc., a Delaware corporation, ONLY | 8:15-bk-15327-MW; 8:15-bk-15328-MW; 8:15-bk-15329-MW; 8:15-bk-15330-MW; |
| 20-21  ☐  Freedom Communications Holdings, Inc., a Delaware corporation, ONLY | 8:15-bk-15332-MW; 8:15-bk-15337-MW; 8:15-bk-15339-MW; 8:15-bk-15340-MW; 8:15-bk-15342-MW; 8:15-bk-15343-MW) |
| 22-23  ☐  Freedom Services, Inc., a Delaware corporation, ONLY | **ORDER EXTENDING TIME WITHIN WHICH DEBTORS MUST FILE SCHEDULES OF ASSETS AND** |
| 24  ☐  2100 Freedom, Inc., a Delaware corporation, ONLY | **LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS AND OTHER REQUIRED DOCUMENTS AS LISTED IN** |
| 25  ☐  OCR Community Publications, Inc., a California corporation, ONLY | **THE COURT'S DEFICIENCY NOTICE PURSUANT TO FEDERAL RULE OF** |
| 26-27  ☐  Daily Press, LLC, a California limited liability company, ONLY | **BANKRUPTCY PROCEDURE 1007(c) AND LOCAL BANKRUPTCY RULE 1007-1(b)** |
| 28 | |

1038350.1                                1              ORDER EXTENDING TIME TO FILE
                                                        SCHEDULES AND STATEMENT OF
                                                                            AFFAIRS

1  ☐ Freedom California Mary Publishing, Inc., a California corporation, ONLY

2

3  ☐ Freedom California Ville Publishing Company LP, a California limited partnership, ONLY

4

5  ☐ Freedom Colorado Information, Inc., a Delaware corporation, ONLY

6  ☐ Freedom Interactive Newspapers, Inc., a California corporation, ONLY

7

8  ☐ Freedom Interactive Newspapers of Texas, Inc., a Delaware corporation, ONLY

9  ☐ Freedom Newspaper Acquisitions, Inc., a Delaware corporation, ONLY

10

11  ☐ Freedom Newspapers, a Texas general partnership, ONLY

12  ☐ Freedom Newspapers, Inc., a Delaware corporation, ONLY

13

14  ☐ Freedom Newspapers of Southwestern Arizona, Inc., a California corporation, ONLY

15

16  ☐ OCR Information Marketing, Inc., a California corporation, ONLY

17  ☐ Odessa American, a Texas general partnership, ONLY

18

19  ☐ Orange County Register Communications, Inc., a California corporation, ONLY

20

21  ☐ Victor Valley Publishing Company, a California corporation, ONLY

22  ☐ Victorville Publishing Company, a California limited partnership, ONLY

23

24  ☐ Freedom SPV II, LLC, a Delaware limited liability company, ONLY

25  ☐ Freedom SPV VI, LLC, a Delaware limited liability company, ONLY

26

27  ☐ Freedom SPV I, LLC, a Delaware limited liability company, ONLY

28

**Lobel Weiland Golden Friedman LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 • Fax 714-966-1002

1038350.1

2

ORDER EXTENDING TIME TO FILE SCHEDULES AND STATEMENT OF AFFAIRS

☐ Freedom SPV IV, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV V, LLC, a Delaware limited liability company, ONLY

The Court having considered the Ex Parte Motion for an Order Extending Time Within Which Debtors Must File Schedules of Assets and Liabilities and Statements of Financial Affairs and Other Required Documents as Listed in the Court's Deficiency Notice Pursuant to Federal Rule of Bankruptcy Procedure 1007(c) and Local Bankruptcy Rule 1007-1(b) (the "Motion"), filed by the above-affected debtors and debtors-in-possession (the "Debtors"), the Debtors having provided appropriate notice of the Motion and no other or further notice needing be provided, and good cause appearing therefrom,

**IT IS ORDERED** that:

1. The Motion is granted.

2. The deadline set forth under Bankruptcy Rule 1007(c) for the Debtors to file their Documents[1] is hereby extended through and including December 15, 2015.

3. This order is without prejudice to the Debtors' right to seek a further extension of the time to file the Documents.

###

Date: November 5, 2015

Mark S. Wallace
United States Bankruptcy Judge

---

[1] Any and all capitalized terms not expressly defined herein shall have the meaning ascribed to them in the Motion.

1038350.1    3    ORDER EXTENDING TIME TO FILE SCHEDULES AND STATEMENT OF AFFAIRS

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002