PETER C. ANDERSON
United States Trustee
Michael Hauser (Bar No. 140165)
Attorney for the U.S. Trustee
Ronald Reagan Federal Building
411 West Fourth Street, Suite 9041
Santa Ana, CA  92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Email:   Michael.Hauser@usdoj.gov

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>FREEDOM COMMUNICATIONS, INC., a Delaware corporation, *et al.*,<br><br>　　　　　Debtors and<br>　　　　　Debtors-in-Possession.<br><br>Affects:<br><br>**x**  All Debtors<br><br>❑  Freedom Communications, Inc., a Delaware corporation, ONLY<br><br>❑  Freedom Communications Holdings, Inc., a Delaware corporation, ONLY<br><br>❑  Freedom Services, Inc., a Delaware corporation, ONLY<br><br>❑  2100 Freedom, Inc., a Delaware corporation, ONLY<br><br>❑  OCR Community Publications, Inc., a California corporation, ONLY<br><br>❑  Daily Press, LLC, a California limited liability company, ONLY | Case No. 8:15-bk-15311-MW<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 8:15-bk-15312-MW; 8:15-bk-15313-MW; 8:15-bk-15315-MW; 8:15-bk-15316-MW; 8:15-bk-15317-MW; 8:15-bk-15318-MW; 8:15-bk-15319-MW; 8:15-bk-15320-MW; 8:15-bk-15321-MW; 8:15-bk-15322-MW; 8:15-bk-15323-MW; 8:15-bk-15324-MW; 8:15-bk-15325-MW; 8:15-bk-15326-MW; 8:15-bk-15327-MW; 8:15-bk-15328-MW; 8:15-bk-15329-MW; 8:15-bk-15330-MW; 8:15-bk-15332-MW; 8:15-bk-15337-MW; 8:15-bk-15339-MW; 8:15-bk-15340-MW; 8:15-bk-15342-MW; 8:15-bk-15343-MW)<br><br>STIPULATION TO EXTEND THE DEADLINE FOR THE UNITED STATES TRUSTEE AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO OBJECT TO MOTION TO APPROVE STIPULATION REGARDING USE OF CASH COLLATERAL [RELATES TO DOCKET #55]<br><br>DATE:　November 13, 2015<br>TIME:　 9:00 A.M.<br>CTRM:　 6C |

1

- ❏ Freedom California Mary Publishing, Inc., a California corporation, ONLY
- ❏ Freedom California Ville Publishing Company LP, a California limited partnership, ONLY
- ❏ Freedom Colorado Information, Inc., a Delaware corporation, ONLY
- ❏ Freedom Interactive Newspapers, Inc., a California corporation, ONLY
- ❏ Freedom Interactive Newspapers of Texas, Inc., a Delaware corporation, ONLY
- ❏ Freedom Newspaper Acquisitions, Inc., a Delaware corporation, ONLY
- ❏ Freedom Newspapers, a Texas general partnership, ONLY
- ❏ Freedom Newspapers, Inc., a Delaware corporation, ONLY
- ❏ Freedom Newspapers of Southwestern Arizona, Inc., a California corporation, ONLY
- ❏ OCR Information Marketing, Inc., a California corporation, ONLY
- ❏ Odessa American, a Texas general partnership, ONLY
- ❏ Orange County Register Communications, Inc., a California corporation, ONLY
- ❏ Victor Valley Publishing Company, a California corporation, ONLY
- ❏ Victorville Publishing Company, a California limited partnership, ONLY
- ❏ Freedom SPV II, LLC, a Delaware limited liability company, ONLY

❏ Freedom SPV VI, LLC, a Delaware limited liability company, ONLY

❏ Freedom SPV I, LLC, a Delaware limited liability company, ONLY

❏ Freedom SPV IV, LLC, a Delaware limited liability company, ONLY

❏ Freedom SPV V, LLC, a Delaware limited liability company, ONLY

**WHEREAS,** on November 6, 2015, the Debtors' filed a Motion to Approve Stipulation between the Debtors, the Prepetition Loan Parties and the PBGC, (" the Parties") for use of Cash Collateral, [Docket # 55]; and

**WHEREAS,** the hearing on the Debtors' Motion is set for Friday, November 13, 2015 at 9:00 a.m.; and

**WHEREAS,** the last day to timely file objections to the Motion is Tuesday, November 10, 2015; and

**WHEREAS,** the deadline for unsecured creditors to express an interest in becoming members of an Official Committee of Unsecured Creditors was 12:00 o'clock p.m., Monday, November 9, 2015; and

**WHEREAS,** the U.S. Trustee is in the process of forming an Official Committee of Unsecured Creditors, which should be formed by November 10, 2015; and

**WHEREAS,** any Committee formed will not have an opportunity to retain counsel and assess the merits of the Motion prior to the expiration of the date to object to the Motion; and

**WHEREAS,** in order to afford the U.S. Trustee and any Official Committee of Unsecured Creditors, additional time to assess the merits of the Motion, the Debtors' desire to extend the deadline for the U.S. Trustee and the Committee of Unsecured Creditors to file objections.

**NOW WHEREFORE,** and subject to the approval of this Court, the parties stipulate as follows:

1. The United States Trustee and any Official Committee of Unsecured Creditors, appointed in these jointly administered cases, shall have until Thursday, November 12, 2015 at 12:00 o'clock p.m. to object to the Motion to Approve Stipulation, [Docket #55].

**IT SO STIPULATED:**

Dated:  November 9, 2015         LOBEL WEILAND GOLDEN FRIEDMAN, LLP


By: */s/ Alan J. Friedman*
     William N. Lobel
     Alan J. Friedman


Dated:  November 9, 2015         PETER C. ANDERSON
                                 UNITED STATES TRUSTEE-REGION 16


By: */s/ Frank M. Cadigan*
     Frank M. Cadigan
     Assistant United States Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

OFFICE OF THE U.S. TRUSTEE, 411 W. 4th St., #9041, Santa Ana, CA  92701

A true and correct copy of the foregoing document entitled (*specify*)**:**  STIPULATION TO EXTEND THE DEADLINE FOR THE UNITED STATES TRUSTEE AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO OBJECT TO MOTION TO APPROVE STIPULATION REGARDING USE OF CASH COLLATERAL will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO  BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling  General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 9, 2015,** checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

James C Behrens     jbehrens@greenbergglusker.com, kwoodson@ggfirm.com;calendar@ggfirm.com
•Ron Bender     rb@lnbyb.com
•Frank Cadigan     frank.cadigan@usdoj.gov
•Brian L Davidoff     bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
•Alan J Friedman     afriedman@wgllp.com, nlockwood@wgllp.com;jokeefe@wgllp.com;banavim@wgllp.com
•Beth Gaschen     bgaschen@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
•Seth Goldman     seth.goldman@mto.com
•Christopher J Green     cgreen@wgllp.com, chrisgreen@ucla.com;kadele@wgllp.com
•M Jonathan Hayes     jhayes@srhlawfirm.com, roksana@srhlawfirm.com;matthew@srhlawfirm.com;rosarioz@srhlawfirm.com;jfisher@srhlawfirm.com;maria@srhlawfirm.com;staci@srhlawfirm.com;jhayesecf@gmail.com;sevan@srhlawfirm.com;carolyn@srhlawfirm.com;mike@s
•Elan S Levey     elan.levey@usdoj.gov, louisa.lin@usdoj.gov
•William N Lobel     wlobel@lwgfllp.com, nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@wgllp.com
•Aaron J Malo     amalo@sheppardmullin.com, jsummers@sheppardmullin.com
•David W. Meadows     david@davidwmeadowslaw.com
•Courtney E Pozmantier     cpozmantier@greenbergglusker.com, kwoodson@greenbergglusker.com;jking@greenbergglusker.com;calendar@greenbergglusker.com
•Christopher E Prince     cprince@lesnickprince.com
•Peter J Rudinskas     pjr.legal@gmail.com
•Leonard M Shulman     lshulman@shbllp.com
•David P Simonds     dsimonds@akingump.com, tsouthwell@akingump.com
• United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
•Beth Ann R Young     bry@lnbyb.com


//
//
//

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                      **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**: On **November 9, 2015,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Freedom Communications, Inc., et al
a Delaware Corporation
625 N Grand Ave
Santa Ana, CA 92701

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 9, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Mark Wallace—bin on the 6th fl.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/9/15 | Tari King | /s/ Tari King |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**