1  PETER C. ANDERSON
United States Trustee
2  Frank Cadigan (Bar no. 95666)
Assistant U.S. Trustee
3  Ronald Reagan Federal Building
411 West Fourth Street, Suite 9041
4  Santa Ana, CA  92701-8000
Telephone: (714) 338-3400
5  Facsimile: (714) 338-3421
Email:  Frank.Cadigan@usdoj.gov
6

7              UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
8                SANTA ANA DIVISION

9                                              Case No. 8:15-bk-15311-MW

10  In re:                                        Chapter 11

11  FREEDOM COMMUNICATIONS, INC., a               (Jointly Administered with Case Nos.
Delaware corporation, *et al.*,               8:15-bk-15312-MW; 8:15-bk-15313-MW;
12                                              8:15-bk-15315-MW; 8:15-bk-15316-MW;
13                                              8:15-bk-15317-MW; 8:15-bk-15318-MW;
Debtors and                       8:15-bk-15319-MW; 8:15-bk-15320-MW;
14          Debtors-in-Possession.            8:15-bk-15321-MW; 8:15-bk-15322-MW;
8:15-bk-15323-MW; 8:15-bk-15324-MW;
15  Affects:                                      8:15-bk-15325-MW; 8:15-bk-15326-MW;
8:15-bk-15327-MW; 8:15-bk-15328-MW;
16  ❏  All Debtors                                8:15-bk-15329-MW; 8:15-bk-15330-MW;
8:15-bk-15332-MW; 8:15-bk-15337-MW;
17                                              8:15-bk-15339-MW; 8:15-bk-15340-MW;
■  Freedom Communications, Inc., a        8:15-bk-15342-MW; 8:15-bk-15343-MW)
18  Delaware corporation, ONLY

19                                              **APPOINTMENT AND NOTICE OF**
■  Freedom Communications Holdings,       **APPOINTMENT OF JOINTLY**
20  Inc., a Delaware corporation, ONLY           **ADMINISTERED COMMITTEE OF**
**CREDITORS HOLDING UNSECURED**
21                                              **CLAIMS IN THE CASES OF:**
■  Freedom Services, Inc., a Delaware
22  corporation, ONLY                            **FREEDOM COMMUNICATIONS, INC.**
**8:15-bk-15311-MW**
23  ❏  2100 Freedom, Inc., a Delaware            **FREEDOM COMMUNICATIONS, HOLDINGS,**
corporation, ONLY                          **INC.**
24                                              **8:15-bk-15312-MW**
**FREEDOM SERVICES, INC.**
25  ■ OCR Community Publications, Inc., a        **8:15-bk-15313-MW**
California corporation, ONLY                **OCR COMMUNITY PUBLICATIONS, INC.**
26                                              **8:15-bk-15316-MW**
27  ❏  Daily Press, LLC, a California limited
liability company, ONLY
28

1

❑  Freedom California Mary Publishing, Inc., a California corporation, ONLY

❑  Freedom California Ville Publishing Company LP, a California limited partnership, ONLY

❑  Freedom Colorado Information, Inc., a Delaware corporation, ONLY

❑  Freedom Interactive Newspapers, Inc., a California corporation, ONLY

❑  Freedom Interactive Newspapers of Texas, Inc., a Delaware corporation, ONLY

❑  Freedom Newspaper Acquisitions, Inc., a Delaware corporation, ONLY

❑  Freedom Newspapers, a Texas general partnership, ONLY

❑  Freedom Newspapers, Inc., a Delaware corporation, ONLY

❑  Freedom Newspapers of Southwestern Arizona, Inc., a California corporation, ONLY

❑  OCR Information Marketing, Inc., a California corporation, ONLY

❑  Odessa American, a Texas general partnership, ONLY

❑  Orange County Register Communications, Inc., a California corporation, ONLY

❑  Victor Valley Publishing Company, a California corporation, ONLY

❑  Victorville Publishing Company, a California limited partnership, ONLY

❑ Freedom SPV II, LLC, a Delaware limited liability company, ONLY

❑  Freedom SPV VI, LLC, a Delaware limited liability company, ONLY

❑ Freedom SPV I, LLC, a Delaware limited liability company, ONLY

❑  Freedom SPV IV, LLC, a Delaware limited liability company, ONLY

❑  Freedom SPV V, LLC, a Delaware limited liability company, ONLY

**TO THE HONORABLE MARK WALLACE, DEBTORS, DEBTORS' ATTORNEY AND OTHER PARTIES IN INTEREST:**

Pursuant to 11 U.S.C. §1102(a)(1), the undersigned hereby appoints the following seven members to serve on a Joint Committee of Creditors holding unsecured claims in the cases of

FREEDOM COMMUNICATIONS, INC., 8:15-bk-15311-MW
FREEDOM COMMUNICATIONS, HOLDINGS, INC., 8:15-bk-15312-MW
FREEDOM SERVICES, INC., 8:15-bk-15313-MW
OCR COMMUNITY PUBLICATIONS, INC., 8:15-bk-15316-MW

**SEE EXHIBIT "A" ATTACHED**

DATED:  November 10, 2015                        PETER C. ANDERSON
                                                 UNITED STATES TRUSTEE

                                                 /s/ Frank Cadigan
                                                 By: Frank Cadigan
                                                     Assistant U.S. Trustee

3

**Freedom Communications, Inc. et al (Lead Case No. 8: 15-bk-15311-MW)**

| CREDITOR Company Name | CONTACT PERSON | PHONE | ADDRESS |
|---|---|---|---|
| **Associated Press** | Alan Swain | 917/ 525-5720 | 450 West 33rd Street NY, NY    10001 |
| **Pension Benefit Guaranty Corporation** | John J. Butler | 202/ 326-4000 Ext. 3471 | 1200 K Street, NW Washington, DC 20005-4026 |
| **Electronic Business Solutions** | Hany El Tamami | 949/ 212-2473 | 19800 MacArthur Blvd. Suite 300 Irvine, CA 92612 |
| **Newscycle Solutions** | Brian Cornelius | 651/639-0662 | 7900 International Dr. Suite 800 Bloomington, MN 55425 |
| **Inland Empire Paper Company** | Lori McMahon | 509/ 924-1911 | 3320 N. Argonne Spokane, WA 99212 |
| **Ponderay Newsprint Company** | Lina Miniaci OR Pierre Pharand | 514/394-3258 514/207-9921 | 111 Duke Street, Suite 5000 Montreal, Quebec, Canada, H3CQH1 |
| **ACI California, LLC** | Keith Somers | 310/233-2750 | 330 Golden Shore, Suite 410 Long Beach, CA 90802 |

EXHIBIT "A"

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

OFFICE OF THE U.S. TRUSTEE, 411 W. 4th St., #9041, Santa Ana, CA  92701

A true and correct copy of the foregoing document entitled (*specify*): APPOINTMENT AND NOTICE OF APPOINTMENT OF JOINTLY ADMINISTERED COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 10, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

•James C Behrens    jbehrens@greenbergglusker.com, kwoodson@ggfirm.com;calendar@ggfirm.com
•Ron Bender    rb@lnbyb.com
•Frank Cadigan    frank.cadigan@usdoj.gov
•Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
•Alan J Friedman    afriedman@wgllp.com, nlockwood@wgllp.com;jokeefe@wgllp.com;banavim@wgllp.com
•Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
•Seth Goldman    seth.goldman@mto.com
•Christopher J Green    cgreen@wgllp.com, chrisgreen@ucla.com;kadele@wgllp.com
•M Jonathan Hayes    jhayes@srhlawfirm.com, roksana@srhlawfirm.com;matthew@srhlawfirm.com;rosarioz@srhlawfirm.com;jfisher@srhlawfirm.com;maria@srhlawfirm.com;staci@srhlawfirm.com;jhayesecf@gmail.com;sevan@srhlawfirm.com;carolyn@srhlawfirm.com;mike@s
•Elan S Levey    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
•William N Lobel    wlobel@lwgfllp.com, nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@wgllp.com
•Aaron J Malo    amalo@sheppardmullin.com, jsummers@sheppardmullin.com
•David W. Meadows    david@davidwmeadowslaw.com
•Courtney E Pozmantier    cpozmantier@greenbergglusker.com, kwoodson@greenbergglusker.com;jking@greenbergglusker.com;calendar@greenbergglusker.com
•Christopher E Prince    cprince@lesnickprince.com
•Peter J Rudinskas    pjr.legal@gmail.com
•Leonard M Shulman    lshulman@shbllp.com
•David P Simonds    dsimonds@akingump.com, tsouthwell@akingump.com
• United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
•Beth Ann R Young    bry@lnbyb.com


**//**
**//**
**//**

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                   **F 9013-3.1.PROOF.SERVICE**

**2.  SERVED BY UNITED STATES MAIL**:  On **November 10, 2015,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Freedom Communications, Inc.,
Attn: Rich Mirman, CEO
a Delaware Corporation
625 N Grand Ave
Santa Ana, CA 92701

**SEE ATTACHED EXHIBIT "A"**

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 10, 2015,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Mark Wallace--- bin on the 6th fl.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/10/15 | Tari King | /s/ Tari King |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**