PETER C. ANDERSON
United States Trustee
Michael Hauser (Bar No. 140165)
Attorney for the U.S. Trustee
Ronald Reagan Federal Building
411 West Fourth Street, Suite 9041
Santa Ana, CA  92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Email:   Michael.Hauser@usdoj.gov



**FILED & ENTERED**

**NOV 10 2015**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte     DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

In re:

FREEDOM COMMUNICATIONS, INC., a Delaware corporation, *et al.*,

Debtors and
Debtors-in-Possession.

Affects:

☐  All Debtors

☐  Freedom Communications, Inc., a Delaware corporation, ONLY

☐  Freedom Communications Holdings, Inc., a Delaware corporation, ONLY

☐  Freedom Services, Inc., a Delaware corporation, ONLY

☐  2100 Freedom, Inc., a Delaware corporation, ONLY

☐  OCR Community Publications, Inc., a California corporation, ONLY

☐  Daily Press, LLC, a California limited liability company, ONLY

Case No. 8:15-bk-15311-MW

Chapter 11

(Jointly Administered with Case Nos.
8:15-bk-15312-MW; 8:15-bk-15313-MW;
8:15-bk-15315-MW; 8:15-bk-15316-MW;
8:15-bk-15317-MW; 8:15-bk-15318-MW;
8:15-bk-15319-MW; 8:15-bk-15320-MW;
8:15-bk-15321-MW; 8:15-bk-15322-MW;
8:15-bk-15323-MW; 8:15-bk-15324-MW;
8:15-bk-15325-MW; 8:15-bk-15326-MW;
8:15-bk-15327-MW; 8:15-bk-15328-MW;
8:15-bk-15329-MW; 8:15-bk-15330-MW;
8:15-bk-15332-MW; 8:15-bk-15337-MW;
8:15-bk-15339-MW; 8:15-bk-15340-MW;
8:15-bk-15342-MW; 8:15-bk-15343-MW)

ORDER ON AMENDED STIPULATION BETWEEN UNITED STATES TRUSTEE AND DEBTORS TO EXTEND THE DEADLINE FOR THE UNITED STATES TRUSTEE AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO OBJECT TO MOTION TO APPROVE STIPULATION REGARDING USE OF CASH COLLATERAL

Date:  November 13, 2015
Time:  9:00 a.m.
Crtm:  6C

- ❏ Freedom California Mary Publishing, Inc., a California corporation, ONLY

- ❏ Freedom California Ville Publishing Company LP, a California limited partnership, ONLY

- ❏ Freedom Colorado Information, Inc., a Delaware corporation, ONLY

- ❏ Freedom Interactive Newspapers, Inc., a California corporation, ONLY

- ❏ Freedom Interactive Newspapers of Texas, Inc., a Delaware corporation, ONLY

- ❏ Freedom Newspaper Acquisitions, Inc., a Delaware corporation, ONLY

- ❏ Freedom Newspapers, a Texas general partnership, ONLY

- ❏ Freedom Newspapers, Inc., a Delaware corporation, ONLY

- ❏ Freedom Newspapers of Southwestern Arizona, Inc., a California corporation, ONLY

- ❏ OCR Information Marketing, Inc., a California corporation, ONLY

- ❏ Odessa American, a Texas general partnership, ONLY

- ❏ Orange County Register Communications, Inc., a California corporation, ONLY

- ❏ Victor Valley Publishing Company, a California corporation, ONLY

- ❏ Victorville Publishing Company, a California limited partnership, ONLY

- ❏ Freedom SPV II, LLC, a Delaware limited liability company, ONLY

❏ Freedom SPV VI, LLC, a Delaware limited liability company, ONLY

❏ Freedom SPV I, LLC, a Delaware limited liability company, ONLY

❏ Freedom SPV IV, LLC, a Delaware limited liability company, ONLY

❏ Freedom SPV V, LLC, a Delaware limited liability company, ONLY

**TO THE HONORABLE MARK S. WALLACE AND INTERESTED PARTIES:**

The Court having read and considered the *Amended Stipulation* to extend the deadline to object to motion to approve stipulation regarding use of cash collateral, filed on November 10, 2015 at Docket entry no. 78 ("Amended Stipulation"), and with good cause shown,

**IT IS ORDERED**.

1. The U.S. Trustee and any Official Committee of Unsecured Creditors appointed in these jointly administered cases shall have to and through Thursday, November 12, 2015 at 12:00 p.m. to Object to the Motion to Approve Stipulation [Docket entry no. 55].

###

Date: November 10, 2015

Mark S. Wallace
United States Bankruptcy Judge