```
Court Name: U.S. District Court
Division: 8
Receipt Number: SA012055
Cashier ID: mbcash
Transaction Date: 11/10/2015
Payer Name: CLERK US DISTRICT COURT
-----------------------------------
PRO HAC VICE
 For: Kenneth P. Kansa
 Case/Party: D-CAC-2-15-AT-002015-001
 Amount:       $325.00
-----------------------------------
CHECK
 Check/Money Order Num: 9364
 Amt Tendered: $325.00
-----------------------------------
Total Due:     $325.00
Total Tendered: $325.00
Change Amt:    $0.00
```

8:15-bk-15311-MW

Kenneth P. Kansa

Sidley Austin LLP

One South Dearborn Street

Chicago, IL 60603
213-896-6000

No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.