| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**LOBEL WEILAND GOLDEN FRIEDMAN LLP**<br>**William N. Lobel (SBN 93202)** - wlobel@lwgfllp.com<br>**Alan J. Friedman (SBN 132580)** - afriedman@lwgfllp.com<br>**Beth E. Gaschen (SBN 245894)** - bgaschen@lwgfllp.com<br>**Christopher J. Green (SBN 295874)** - cgreen@lwgfllp.com<br>**650 Town Center Drive, Suite 950**<br>**Costa Mesa, CA 92626**<br>**Telephone: (714) 966-1000**<br>**Fax: (714) 966-1002**<br><br>☐ *Individual appearing without attorney*<br>☒ *(Proposed) Attorney for Debtor and Debtor-in-Possession* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**NOV 12 2015**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bolte    **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Freedom Communications, Inc., a Delaware corporation, et al.,**<br><br>Affects:<br><br>☒ All Debtors<br><br><br><br>Debtor(s) | CASE NO.: **8:15-bk-15311 MW (Jointly Administered with Case Nos. 8:15-bk-15312-MW; 8:15-bk-15313-MW; 8:15-bk-15315-MW; 8:15-bk-15316-MW; 8:15-bk-15317-MW; 8:15-bk-15318-MW; 8:15-bk-15319-MW; 8:15-bk-15320-MW; 8:15-bk-15321-MW; 8:15-bk-15322-MW; 8:15-bk-15323-MW; 8:15-bk-15324-MW; 8:15-bk-15325-MW; 8:15-bk-15326-MW; 8:15-bk-15327-MW; 8:15-bk-15328-MW; 8:15-bk-15329-MW; 8:15-bk-15330-MW; 8:15-bk-15332-MW; 8:15-bk-15337-MW; 8:15-bk-15339-MW; 8:15-bk-15340-MW; 8:15-bk-15342-MW; 8:15-bk-15343-MW)**<br><br>CHAPTER: **11**<br><br>**ORDER:**<br>☒ **GRANTING APPLICATION IN PART AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 1    **F 9075-1.1.ORDER.SHORT.NOTICE**

**Movant** : **Freedom Communications, Inc., et al.**

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion:* **Emergency Motion for an Order Authorizing Payment of Limited Prepetition Commission Obligations that Exceed $12,475 Pursuant to 11 U.S.C. §§ 105(a), 363(b), 1107(a), and 1108 and Federal Rule of Bankruptcy Procedure 6003**

    b. *Date of filing of motion:* **11/12/2015**

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application:* **11/12/2015**

3. Generally, the Court's approach to applications for orders shortening time ("OST") is to focus on two factors:
    1. The extent to which prompt action is necessary to prevent significant and irreparable damage to the moving party and where such damage is likely to occur before a hearing can be held on regular 21 days' notice.
    2. The extent to which the need for Court action on less than 21 days' notice is attributable to the moving party's failure to exercise reasonable diligence that, if exercised, would have permitted hearing on regular 21 days' notice.

    Applications for orders shortening time are disfavored in general because of their negative effect on due process of law by reducing the amount of notice to potentially adverse parties and the time available for potentially adverse parties to analyze the law and the facts and to draft, finalize and file an opposition pleading.  In the worst cases, applications for OSTs can become an intentional litigation tactic to disable the opposition by limiting the time available to oppose a motion.

    Here, the Debtors have made a strong showing that significant and irreparable damage is likely to occur before a hearing can be held on 21 days' notice.  That damage is likely to consist of the permanent loss of skilled and valuable employees and independent contractors.

    The Court is at a loss to understand why this matter could not have been incorporated in the first day motions.  The excuse that the Debtors had not fully calculated all commissions owed under the Commission Programs and were not aware that any particular employee would be owed more than the statutory cap begs the question of why this was allowed to occur.  One would imagine that if such dire results attributable to a failure to timely pay key personnel were so likely to result, this matter would have been at the top of the Debtors' agenda in drafting first day motions rather than not being on the agenda at all.

    Based upon the court's review of the application, it is ordered that**:**

    a. ☐ The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

    b. ☒ The Application is granted in part, and it is further ordered that**:**

(1) ☒ A hearing on the motion will take place as follows:

| Hearing Date: | November 30, 2015 | Place: |
|---|---|---|
| | | ☐ 255 East Temple Street, Los Angeles, CA 90012 |
| Time: | 2:00 p.m. | |
| | | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |
| Courtroom: | 6C | |
| | | ☐ 3420 Twelfth Street, Riverside, CA 92501 |
| | | ☒ 411 West Fourth Street, Santa Ana, CA 92701 |
| | | ☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☐ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| (A) *Deadlines:* | (B) *Persons/entities to be provided with telephonic notice:* |
|---|---|
| Date: | |
| Time: | |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 9075-1.1.ORDER.SHORT.NOTICE**

|  |
|---|
| ☐ See attached page |
| (C) *Telephonic notice is also required upon* the United States trustee |

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☒ Personal Delivery ☒ Overnight Mail ☐ First class mail ☒ Facsimile* ☒ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with written notice and a copy of this order:* |
|---|---|
| Date: **November 13, 2015** | **Secured creditors and counsel, if any** |
| | **Official Committee of Creditors Holding Unsecured Claims** |
| Time: **6:00 p.m.** | **Consolidated list of 30 largest creditors holding unsecured claims** |
| | **Parties requesting special notice** |
| | ☐ See attached page |
| | (D) *Service is also required upon*: |
| | -- United States trustee (*electronic service is not permitted*) |
| | -- Judge's copy personally delivered to chambers |
| |   (*see Court Manual for address*) |

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☒ Personal Delivery ☒ Overnight Mail ☐ First class mail ☒ Facsimile* ☒ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with motion, declarations, supporting documents:* |
|---|---|
| Date: **November 13, 2015** | **Secured creditors and counsel, if any** |
| | **Official Committee of Creditors Holding Unsecured Claims** |
| Time: **6:00 p.m.** | **Consolidated list of 30 largest creditors holding unsecured claims** |
| | **Parties requesting special notice** |
| | ☐ See attached page |
| | (D) *Service is also required upon*: |
| | -- United States trustee (*no electronic service is permitted*) |
| | -- Judge's copy personally delivered to chambers |
| |   (*see Court Manual for address*) |

(5) ☒ Regarding **opposition to the motion:**

☐ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all person/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☒ Personal Delivery ☒ Overnight Mail ☐ First class mail ☒ Facsimile* ☒ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with written opposition to the motion:* |
|---|---|
| | -- movant's attorney (or movant, if movant is not represented by an attorney) |
| **To be received by** | |
| Date: **November 24, 2015** | |
| Time: **12:00 p.m.** | |
| | (D) *Service is also required upon*: |
| | -- United States trustee (*electronic service is not permitted*) |
| | -- Judge's copy personally delivered to chambers (*see Court Manual for address*) |

(6) ☒ Regarding a **reply to an opposition:**

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*      Page 3      **F 9075-1.1.ORDER.SHORT.NOTICE**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all person/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A)    ☐ Personal Delivery    ☐ Overnight Mail    ☐ First class mail    ☐ Facsimile*    ☐ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with written reply to opposition:* |
|---|---|
| Date: | -- All person/entities who filed a written opposition |
| Time: | |
| | (D) *Service is also required upon:* |
| | -- United States trustee (*electronic service is not permitted*) |
| | -- Judge's copy personally delivered to chambers |
| | (*see Court Manual for address*) |

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the Judge's chambers:

☒ at least 2 days before the hearing.
☐ no later than:    Date:    Time:

*Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P.5(b)(2)(E).

###

Date: November 12, 2015

*[signature: Mark S. Wallace]*
Mark S. Wallace
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 4    **F 9075-1.1.ORDER.SHORT.NOTICE**