Robert J. Feinstein (NY SBN 1767805) (*to be admitted pro hac vice*)
Jeffrey W. Dulberg (CA SBN 181200)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:   rfeinstein@pszjlaw.com
          jdulberg@pszjlaw.com

[Proposed] Attorneys for
Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>FREEDOM COMMUNICATIONS, INC., *et al.*,[1]<br><br>　　　　Debtors and<br>　　　　Debtors in Possession. | Chapter 11<br><br>Case No.: 8-15-bk-15311-MW<br><br>(Jointly Administered with Case Nos.<br>8:15-bk-15312-MW; 8:15-bk-15313-MW;<br>8:15-bk-15315-MW; 8:15-bk-15316-MW;<br>8:15-bk-15317-MW; 8:15-bk-15318-MW;<br>8:15-bk-15319-MW; 8:15-bk-15320-MW;<br>8:15-bk-15321-MW; 8:15-bk-15322-MW;<br>8:15-bk-15323-MW; 8:15-bk-15324-MW;<br>8:15-bk-15325-MW; 8:15-bk-15326-MW;<br>8:15-bk-15327-MW; 8:15-bk-15328-MW;<br>8:15-bk-15329-MW; 8:15-bk-15330-MW;<br>8:15-bk-15332-MW; 8:15-bk-15337-MW;<br>8:15-bk-15339-MW; 8:15-bk-15340-MW;<br>8:15-bk-15342-MW; 8:15-bk-15343-MW) |

---

[1] The last four digits of the Debtors' federal tax identification numbers are as follows: Freedom Communications, Inc. (0750); Freedom Communications Holdings, Inc. (2814); Freedom Services, Inc. (3125); 2100 Freedom, Inc. (7300); OCR Community Publications, Inc. (9752); Daily Press, LLC (3610); Freedom California Mary Publishing, Inc. (4121); Freedom California Ville Publishing Company LP (7735); Freedom Colorado Information, Inc. (7806); Freedom Interactive Newspapers, Inc. (9343); Freedom Interactive Newspapers of Texas, Inc. (8187); Freedom Newspaper Acquisitions, Inc. (4322); Freedom Newspapers (7766); Freedom Newspapers, Inc. (3240); Freedom Newspapers of Southwestern Arizona, Inc. (5797); OCR Information Marketing, Inc. (7983); Odessa American (7714); Orange County Register Communications, Inc. (7980); Victor Valley Publishing Company (6082); Victorville Publishing Company (7617); Freedom SPV II, LLC (8253); Freedom SPV VI, LLC (8434); Freedom SPV I, LLC (3293); Freedom SPV IV, LLC (8500); and Freedom SPV V, LLC (9036).  The Debtors' mailing address is 625 N. Grand Avenue, Santa Ana, California 92701.

1

DOCS_LA:294290.4 29266/002

| | |
|---|---|
| Affects:<br><br>☐ All Debtors<br>☒ Freedom Communications, Inc., a Delaware corporation, ONLY<br>☒ Freedom Communications Holdings, Inc., a Delaware corporation, ONLY<br>☒ Freedom Services, Inc., a Delaware corporation, ONLY<br>☐ 2100 Freedom, Inc., a Delaware corporation, ONLY<br>☒ OCR Community Publications, Inc., a California corporation, ONLY<br>☐ Daily Press, LLC, a California limited liability company, ONLY<br>☐ Freedom California Mary Publishing, Inc., a California corporation, ONLY<br>☐ Freedom California Ville Publishing Company LP, a California limited partnership, ONLY<br>☐ Freedom Colorado Information, Inc., a Delaware corporation, ONLY<br>☐ Freedom Interactive Newspapers, Inc., a California corporation, ONLY<br>☐ Freedom Interactive Newspapers of Texas, Inc., a Delaware corporation, ONLY<br>☐ Freedom Newspaper Acquisitions, Inc., a Delaware corporation, ONLY<br>☐ Freedom Newspapers, a Texas general partnership, ONLY<br>☐ Freedom Newspapers, Inc., a Delaware corporation, ONLY<br>☐ Freedom Newspapers of Southwestern Arizona, Inc., a California corporation, ONLY<br>☐ OCR Information Marketing, Inc., a California corporation, ONLY<br>☐ Odessa American, a Texas general partnership, ONLY<br>☐ Orange County Register Communications, Inc., a California corporation, ONLY<br>☐ Victor Valley Publishing Company, a California corporation, ONLY<br>☐ Victorville Publishing Company, a California limited partnership, ONLY | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**<br><br>[No Hearing Required] |

DOCS_LA:294290.4 29266/002

☐ Freedom SPV II, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV VI, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV I, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV IV, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV V, LLC, a Delaware limited liability company, ONLY

**PLEASE TAKE NOTICE** that Pachulski Stang Ziehl & Jones LLP ("PSZJ"), proposed attorneys for the Official Committee of Unsecured Creditors (the "Committee") in the above referenced chapter 11 case (the "Case") hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that the undersigned be added to the official mailing matrix and service lists in these Cases. PSZJ requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these Cases and copies of all papers served or required to be served in these Cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements and all other matters arising herein or in any related adversary proceeding, be given and served upon PSZJ, at the address, telephone, and facsimile number set forth below:

> Pachulski Stang Ziehl & Jones LLP
> Attn: Jeffrey W. Dulberg
> 10100 Santa Monica Blvd., 13th Floor
> Los Angeles, CA 90067
> Telephone: (310) 277-6910
> Facsimile: (310) 201-0760
> Email: jdulberg@pszjlaw.com
> Email: rfeinstein@pszjlaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy

DOCS_LA:294290.4 29266/002

Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these Cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

DATED: November 13, 2015           PACHULSKI STANG ZIEHL & JONES LLP

By: /s/ *Jeffrey W. Dulberg*
    Robert J. Feinstein (NY SBN 1767805)
    Jeffrey W. Dulberg

[Proposed] Attorneys for
Official Committee of Unsecured Creditors

DOCS_LA:294290.4 29266/002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067

A true and correct copy of the foregoing document entitled (*specify*): __**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE PURSUANT TO FED.R.BANKR.P. 2002**__
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **November 13, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **November 13, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Freedom Communications, Inc.,
Attn: Rich Mirman, CEO
625 N. Grand Ave.
Santa Ana, CA 92701

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **November 13, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL**
Honorable Mark S. Wallace
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 6135 / Courtroom 6C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 13, 2015 | MARY DE LEON | /s/ Mary de Leon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**ADDITIONAL SERVICE LIST**
**Case No.: 8-15-bk-15311-MW**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- James C Behrens    jbehrens@greenbergglusker.com, kwoodson@ggfirm.com;calendar@ggfirm.com
- Ron Bender    rb@lnbyb.com
- Frank Cadigan    frank.cadigan@usdoj.gov
- Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Alan J Friedman    afriedman@wgllp.com, nlockwood@wgllp.com;jokeefe@wgllp.com;banavim@wgllp.com
- Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
- Seth Goldman    seth.goldman@mto.com
- Christopher J Green    cgreen@wgllp.com, chrisgreen@ucla.com;kadele@wgllp.com
- M Jonathan Hayes    jhayes@srhlawfirm.com, roksana@srhlawfirm.com;matthew@srhlawfirm.com;rosarioz@srhlawfirm.com;jfisher@srhlawfirm.com;maria@srhlawfirm.com;staci@srhlawfirm.com;jhayesecf@gmail.com;sevan@srhlawfirm.com;carolyn@srhlawfirm.com;mike@s
- James O Johnston    jjohnston@jonesday.com
- Elan S Levey    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- William N Lobel    wlobel@lwgfllp.com, nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@wgllp.com
- Aaron J Malo    amalo@sheppardmullin.com, jsummers@sheppardmullin.com
- Ashley M McDow    amcdow@bakerlaw.com, mdelaney@bakerlaw.com;lhua@bakerlaw.com;rojeda@bakerlaw.com;ffarivar@bakerlaw.com
- David W. Meadows    david@davidwmeadowslaw.com
- Courtney E Pozmantier    cpozmantier@greenbergglusker.com, kwoodson@greenbergglusker.com;jking@greenbergglusker.com;calendar@greenbergglusker.com
- Christopher E Prince    cprince@lesnickprince.com
- Jeremy E Rosenthal    jrosenthal@sidley.com
- Peter J Rudinskas    pjr.legal@gmail.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                             **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:294318.1 29266/002

- Leonard M Shulman     lshulman@shbllp.com
- David P Simonds     dsimonds@akingump.com, tsouthwell@akingump.com
- Helena Tseregounis     htseregounis@sidley.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
- Monika S Wiener     mwiener@jonesday.com, kfloyd@jonesday.com
- Beth Ann R Young     bry@lnbyb.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**F 9013-3.1.PROOF.SERVICE**
DOCS_LA:294318.1 29266/002