William N. Lobel, State Bar No. 93202
wlobel@lwgfllp.com
Alan J. Friedman, State Bar No. 132580
afriedman@lwgfllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@lwgfllp.com
Christopher J. Green, State Bar No. 295874
cgreen@lwgfllp.com
**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Proposed Attorneys for
Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>FREEDOM COMMUNICATIONS, INC., *et al.*,[1]<br><br>        Debtors and<br>        Debtors-in-Possession.<br><br>Affects:<br><br>☒ All Debtors<br><br>☐ Freedom Communications, Inc., a Delaware corporation, ONLY<br><br>☐ Freedom Communications Holdings, Inc., a Delaware corporation, ONLY | Case No. 8:15-bk-15311-MW<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 8:15-bk-15312-MW; 8:15-bk-15313-MW; 8:15-bk-15315-MW; 8:15-bk-15316-MW; 8:15-bk-15317-MW; 8:15-bk-15318-MW; 8:15-bk-15319-MW; 8:15-bk-15320-MW; 8:15-bk-15321-MW; 8:15-bk-15322-MW; 8:15-bk-15323-MW; 8:15-bk-15324-MW; 8:15-bk-15325-MW; 8:15-bk-15326-MW; 8:15-bk-15327-MW; 8:15-bk-15328-MW; 8:15-bk-15329-MW; 8:15-bk-15330-MW; 8:15-bk-15332-MW; 8:15-bk-15337-MW; 8:15-bk-15339-MW; 8:15-bk-15340-MW; 8:15-bk-15342-MW; 8:15-bk-15343-MW) |

---

[1] The last four digits of the Debtors' federal tax identification numbers are as follows: Freedom Communications, Inc. (0750); Freedom Communications Holdings, Inc. (2814); Freedom Services, Inc. (3125); 2100 Freedom, Inc. (7300); OCR Community Publications, Inc. (9752); Daily Press, LLC (3610); Freedom California Mary Publishing, Inc. (4121); Freedom California Ville Publishing Company LP (7735); Freedom Colorado Information, Inc. (7806); Freedom Interactive Newspapers, Inc. (9343); Freedom Interactive Newspapers of Texas, Inc. (8187); Freedom Newspaper Acquisitions, Inc. (4322); Freedom Newspapers (7766); Freedom Newspapers, Inc. (3240); Freedom Newspapers of Southwestern Arizona, Inc. (5797); OCR Information Marketing, Inc. (7983); Odessa American (7714); Orange County Register Communications, Inc. (7980); Victor Valley Publishing Company (6082); Victorville Publishing Company (7617); Freedom SPV II, LLC (8253); Freedom SPV VI, LLC (8434); Freedom SPV I, LLC (3293); Freedom SPV IV, LLC (8500); and Freedom SPV V, LLC (9036). The Debtors' mailing address is 625 N. Grand Avenue, Santa Ana, California 92701.

1049436.4

SUPPLEMENTAL DECLARATION OF WILLIAM N. LOBEL

| | |
|---|---|
| 1  ☐ Freedom Services, Inc., a Delaware corporation, ONLY<br>2<br>   ☐ 2100 Freedom, Inc., a Delaware<br>3  corporation, ONLY<br>4  ☐ OCR Community Publications, Inc., a California corporation, ONLY<br>5<br>   ☐ Daily Press, LLC, a California limited<br>6  liability company, ONLY<br>7  ☐ Freedom California Mary Publishing, Inc., a California corporation, ONLY<br>8<br>   ☐ Freedom California Ville Publishing<br>9  Company LP, a California limited partnership, ONLY<br>10<br>   ☐ Freedom Colorado Information, Inc., a<br>11 Delaware corporation, ONLY<br>12 ☐ Freedom Interactive Newspapers, Inc., a California corporation, ONLY<br>13<br>   ☐ Freedom Interactive Newspapers of<br>14 Texas, Inc., a Delaware corporation, ONLY<br>15 ☐ Freedom Newspaper Acquisitions, Inc., a Delaware corporation, ONLY<br>16<br>   ☐ Freedom Newspapers, a Texas general<br>17 partnership, ONLY<br>18 ☐ Freedom Newspapers, Inc., a Delaware corporation, ONLY<br>19<br>   ☐ Freedom Newspapers of Southwestern<br>20 Arizona, Inc., a California corporation, ONLY<br>21<br>   ☐ OCR Information Marketing, Inc., a<br>22 California corporation, ONLY<br>23 ☐ Odessa American, a Texas general partnership, ONLY<br>24<br>   ☐ Orange County Register<br>25 Communications, Inc., a California corporation, ONLY<br>26<br>   ☐ Victor Valley Publishing Company, a<br>27 California corporation, ONLY<br>28 | **SUPPLEMENTAL DECLARATION OF WILLIAM N. LOBEL IN SUPPORT OF APPLICATION OF DEBTORS AND DEBTORS-IN-POSSESSION TO EMPLOY LOBEL WEILAND GOLDEN FRIEDMAN LLP AS REORGANIZATION COUNSEL** |

**Lobel Weiland Golden Friedman LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1049436.4

SUPPLEMENTAL DECLARATION OF
WILLIAM N. LOBEL

1 | ☐ Victorville Publishing Company, a California limited partnership, ONLY

2

3 | ☐ Freedom SPV II, LLC, a Delaware limited liability company, ONLY

4 | ☐ Freedom SPV VI, LLC, a Delaware limited liability company, ONLY

5

6 | ☐ Freedom SPV I, LLC, a Delaware limited liability company, ONLY

7 | ☐ Freedom SPV IV, LLC, a Delaware limited liability company, ONLY

8

9 | ☐ Freedom SPV V, LLC, a Delaware limited liability company, ONLY

I, William N. Lobel, hereby declare that, if called as a witness in this matter, I could and would testify competently of my own personal knowledge as follows:

1. I am a partner in Lobel Weiland Golden Friedman LLP (the "Firm" or "LWGF"), located at 650 Town Center Drive, Suite 950, Costa Mesa, California. I am an attorney at law, admitted to practice in all the courts of the State of California and in the United States District Court for the Central District of California.

2. Except where noted, I have personal knowledge of the facts stated herein, and would competently testify thereto if sworn as a witness, except as to those matters stated on information and belief, which I believe to be true.

3. I offer this Supplemental Declaration in support of the Application of the Debtors and Debtors-in-Possession to Employ Lobel Weiland Golden Friedman LLP as Reorganization Counsel (the "Application")[2]. The Application seeks an order authorizing the retention of the Firm as the Debtors' counsel in these cases, effective as of the Petition Date.

---

[2] Any and all capitalized terms not expressly defined herein shall have the meaning ascribed to them in the Application.

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

4. The Debtors first engaged Lobel, Neue & Till ("LNT") to represent them on May 15, 2015 in connection with a financial restructuring and issues with their primary secured lender, Silver Point Financial.  At the time of the engagement it was hoped that a restructuring or sale could be accomplished without the need commence chapter 11 proceedings, but the possibility of having to file for the Debtors was very real.

5. In addition, the services provided to the Debtors represented a substantial portion of the total services rendered by LNT on a monthly basis for all of its clients.

6. The combination of the risk of bankruptcies being filed and the potential cash flow issues created by having such a substantial portion of LNT's monthly billings represented by one client resulted in LNT agreeing to give the Debtors a 10% discount on the monthly invoices provided that the invoices were paid in full within 10 days of receipt. In accordance with this agreement, all of the prepetition invoices sent by LNT to the Debtors were paid within 10 days of receipt.

7. When I withdrew from LNT and joined LWGF as a partner on September 1, 2015, LWGF continued to honor the agreement to give the Debtors a 10% discount off the rate that LWGF normally charges its clients in return for receiving payment of all invoices within ten days of their receipt by the Debtors.

8. The commencement of the chapter 11 cases changed the process by which LWGF will be paid for its services.  In accordance with the rules and regulations governing payment of professionals in chapter 11 cases, the payment of LWGF will be governed by the provisions of the Court order authorizing employment of LWGF as general insolvency counsel for the Debtors.

9. I have in the past given clients small discounts for timely payment of monthly invoices in circumstances in which a bankruptcy filing was likely.  In none of those cases has the discount been given for any services provided post petition.

10. Pursuant to the applicable rules and regulations governing payment of professionals a firm seeking to represent a chapter 11 debtor must declare under oath that the rates being charged to that debtor in its chapter 11 case are no higher than rates

1049436.4                            SUPPLEMENTAL DECLARATION OF WILLIAM N. LOBEL

charged to other clients at the Firm. The Debtors are being charged the same, or lower, rates that LWGF charges to virtually all of its other clients. The Firm does not have separate tiers of rates. All clients are charged the same rates for all matters. Continuing to provide the Debtors with the prepetition discount would result in the Debtors being charged at lower rates than LWGF's other clients.

11. Moreover, if LWGF gave the Debtors a 10% discount on LWGF's fees during its chapter 11 case, that would have the effect of forcing LWGF to honor those lower rates in every subsequent chapter 11 in which it was general insolvency counsel in order to be able to give the declaration referred to in paragraph 10 hereof. LWGFG is not willing to give the 10% discount to the Debtors in this case, nor will it give any such discount to other chapter 11 clients in the future for services provided in pending chapter 11 cases.[3]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 2nd day of December, at Costa Mesa, California.

_____
WILLIAM N. LOBEL

---

[3] I am aware of one matter in which LWGF, as a courtesy, has provided an upfront discount off its standard rates.

1049436.4

SUPPLEMENTAL DECLARATION OF WILLIAM N. LOBEL

| In re: | CHAPTER: **11** |
|---|---|
| **Freedom Communications, Inc., a Delaware corporation, Inc., et al.**              Debtor(s). | CASE NUMBER: **8:15-bk-15311-MW** **(Jointly Administered)** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

650 Town Center Drive, Suite 950
Costa Mesa, CA  92626

A true and correct copy of the foregoing document entitled **SUPPLEMENTAL DECLARATION OF WILLIAM N. LOBEL IN SUPPORT OF APPLICATION OF DEBTORS AND DEBTORS-IN-POSSESSION TO EMPLOY LOBEL WEILAND GOLDEN FRIEDMAN LLP AS REORGANIZATION COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 2, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 2, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

 (Attorney Service)
The Honorable Mark S. Wallace
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Courtesy Bin
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/2/2015 | Nancy Lockwood | /s/ Nancy Lockwood |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                              **9013-3.1.PROOF.SERVICE**

| In re: **Freedom Communications, Inc., a Delaware corporation, Inc., et al.** Debtor(s). | CHAPTER **11** <br> CASE NUMBER **8:15-bk-15311-MW (Jointly Administered)** |
|---|---|

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- James C Behrens   jbehrens@greenbergglusker.com, kwoodson@ggfirm.com;calendar@ggfirm.com
- Ron Bender   rb@lnbyb.com
- J Scott Bovitz   bovitz@bovitz-spitzer.com
- Frank Cadigan   frank.cadigan@usdoj.gov
- Brian L Davidoff   bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- Jeffrey W Dulberg   jdulberg@pszjlaw.com
- Robert J Feinstein   rfeinstein@pszjlaw.com
- Alan J Friedman   afriedman@wgllp.com, nlockwood@wgllp.com;jokeefe@wgllp.com;banavim@wgllp.com
- Beth Gaschen   bgaschen@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
- Seth Goldman   seth.goldman@mto.com
- Christopher J Green   cgreen@wgllp.com, chrisgreen@ucla.com;kadele@wgllp.com
- M Jonathan Hayes   jhayes@srhlawfirm.com, roksana@srhlawfirm.com;matthew@srhlawfirm.com;rosarioz@srhlawfirm.com;jfisher@srhlawfirm.com;maria@srhlawfirm.com;staci@srhlawfirm.com;jhayesecf@gmail.com;sevan@srhlawfirm.com;carolyn@srhlawfirm.com
- James O Johnston   jjohnston@jonesday.com
- Elan S Levey   elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- William N Lobel   wlobel@lwgfllp.com, nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@wgllp.com
- Aaron J Malo   amalo@sheppardmullin.com, jsummers@sheppardmullin.com
- Ashley M McDow   amcdow@bakerlaw.com, mdelaney@bakerlaw.com;lhua@bakerlaw.com;rojeda@bakerlaw.com;ffarivar@bakerlaw.com
- David W. Meadows   david@davidwmeadowslaw.com
- Ernie Zachary Park   ernie.park@bewleylaw.com
- Courtney E Pozmantier   cpozmantier@greenbergglusker.com, kwoodson@greenbergglusker.com;jking@greenbergglusker.com;calendar@greenbergglusker.com
- Christopher E Prince   cprince@lesnickprince.com
- Jeremy E Rosenthal   jrosenthal@sidley.com
- Peter J Rudinskas   pjr.legal@gmail.com
- Leonard M Shulman   lshulman@shbllp.com
- David P Simonds   dsimonds@akingump.com, tsouthwell@akingump.com
- Helena Tseregounis   htseregounis@sidley.com
- United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov
- Monika S Wiener   mwiener@jonesday.com, kfloyd@jonesday.com
- Beth Ann R Young   bry@lnbyb.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1**