ROBERT J. FEINSTEIN (*Admitted Pro Hac Vice*)
JEFFREY W. DULBERG (CA SBN 181200)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:   rfeinstein@pszjlaw.com
           jdulberg@pszjlaw.com

[Proposed] Attorneys for
Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case Nos.: 8:15-bk-15311-MW |
| FREEDOM COMMUNICATIONS, INC., a Delaware corporation, et al.,[1] | Chapter 11 |
| Debtors and Debtors-in-Possession. | (Jointly Administered with Case Nos. 8:15-bk-15312-MW; 8:15-bk-15313-MW; 8:15-bk-15315-MW; 8:15-bk-15316-MW; 8:15-bk-15317-MW; 8:15-bk-15318-MW; 8:15-bk-15319-MW; 8:15-bk-15320-MW; 8:15-bk-15321-MW; 8:15-bk-15322-MW; 8:15-bk-15323-MW; 8:15-bk-15324-MW; 8:15-bk-15325-MW; 8:15-bk-15326-MW; 8:15-bk-15327-MW; 8:15-bk-15328-MW; 8:15-bk-15329-MW; 8:15-bk-15330-MW; 8:15-bk-15332-MW; 8:15-bk-15337-MW; 8:15-bk-15339-MW; 8:15-bk-15340-MW; 8:15-bk-15342-MW; 8:15-bk-15343-MW) |

[1] The last four digits of the Debtors' federal tax identification numbers are as follows: Freedom Communications, Inc. (0750); Freedom Communications Holdings, Inc. (2814); Freedom Services, Inc. (3125); 2100 Freedom, Inc. (7300); OCR Community Publications, Inc. (9752); Daily Press, LLC (3610); Freedom California Mary Publishing, Inc. (4121); Freedom California Ville Publishing Company LP (7735); Freedom Colorado Information, Inc. (7806); Freedom Interactive Newspapers, Inc. (9343); Freedom Interactive Newspapers of Texas, Inc. (8187); Freedom Newspaper Acquisitions, Inc. (4322); Freedom Newspapers (7766); Freedom Newspapers, Inc. (3240); Freedom Newspapers of Southwestern Arizona, Inc. (5797); OCR Information Marketing, Inc. (7983); Odessa American (7714); Orange County Register Communications, Inc. (7980); Victor Valley Publishing Company (6082); Victorville Publishing Company (7617); Freedom SPV II, LLC (8253); Freedom SPV VI, LLC (8434); Freedom SPV I, LLC (3293); Freedom SPV IV, LLC (8500); and Freedom SPV V, LLC (9036). The Debtors' mailing address is 625 N. Grand Avenue, Santa Ana, California 92701.

DOCS_LA:294794.1 29266/002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Affects:

☐ All Debtors

☒ Freedom Communications, Inc., a Delaware corporation, ONLY

☒ Freedom Communications Holdings, Inc., a Delaware corporation, ONLY

☒ Freedom Services, Inc., a Delaware corporation, ONLY

☐ 2100 Freedom. Inc., a Delaware corporation, ONLY

☒ OCR Community Publications, Inc., a California corporation, ONLY

☐ Daily Press, LLC, a California limited liability company, ONLY

☐ Freedom California Mary Publishing, Inc., a California corporation, ONLY

☐ Freedom California Ville Publishing Company LP, a California limited partnership, ONLY

☐ Freedom Colorado Information, Inc., a Delaware corporation, ONLY

☐ Freedom Interactive Newspapers, Inc., a California corporation, ONLY

☐ Freedom Interactive Newspapers of Texas, Inc., a Delaware corporation, ONLY

☐ Freedom Newspaper Acquisitions, Inc., a Delaware corporation, ONLY

☐ Freedom Newspapers, a Texas general partnership, ONLY

☐ Freedom Newspapers, Inc., a Delaware corporation, ONLY

☐ Freedom Newspapers of Southwestern Arizona, Inc., a California corporation, ONLY

☐ OCR Information Marketing, Inc., a California corporation, ONLY

☐ Odessa American, a Texas general partnership, ONLY

**APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO SECTION 1103(A) OF THE BANKRUPTCY CODE FOR AUTHORITY TO EMPLOY ALVAREZ & MARSAL NORTH AMERICA, LLC AS FINANCIAL ADVISOR TO THE COMMITTEE, EFFECTIVE AS OF NOVEMBER 13, 2015; DECLARATION OF KELLY BEAUDIN STAPLETON IN SUPPORT THEREOF**

[No hearing required pursuant to Local Bankruptcy Rule 2014-1(b)(1)]

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:294794.1 29266/002

☐ Orange County Register Communications, Inc., a California corporation, ONLY

☐ Victor Valley Publishing Company, a California corporation, ONLY

☐ Victorville Publishing Company, a California limited partnership, ONLY

☐ Freedom SPV II, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV VI, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV I, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV IV, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV V, LLC, a Delaware limited liability company, ONLY

**TO THE HONORABLE MARK WALLACE, UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS AND DEBTORS IN POSSESSION, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES REQUESTING SPECIAL NOTICE:**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the bankruptcy case of Freedom Communications, Inc. *et al* ( the "Debtors"), submits this application to employ Alvarez & Marsal North America, LLC ("A&M"), effective as of November 13, 2015 as its financial advisor (the "Application").  This Application is brought pursuant to section 1103(a) of title 11 of the United States Code (the "Bankruptcy Code"),[2] Rule 2014 of the Federal Rules of Bankruptcy Procedure,[3] and Local Bankruptcy Rule 2014-1 for an order, in the form attached hereto as Exhibit A, authorizing the employment of A&M In support of this Application, the Committee respectfully represents as follows:

---

[2] All references to "sections" herein are to sections of the Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.*, as amended, unless otherwise noted.

[3] All references to "Bankruptcy Rules" herein are to the provisions of the Federal Rules of Bankruptcy Procedure.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:294794.1 29266/002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

### Jurisdiction and Venue

This United States Bankruptcy Court for the Central District of California (Santa Ana Division) (the "Court") has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  Venue lies properly in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding pursuant to 28 U.S.C. § 157.

The relief sought with this Application is based upon sections 328, 330, and 1103 of Title 11 of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure.

### Statement of Facts

1.      On November 1 and 2, 2015 (the "Petition Dates"), the Debtors commenced cases under chapter 11 of the Bankruptcy Code, which cases are being jointly administered as Case No. 15-15311-MW (the "Chapter 11 Cases") before this Court.

2.      On November 10, 2015, the United States Trustee appointed the Committee to represent the interests of all unsecured creditors for the Debtors pursuant to section 1102 of the Bankruptcy Code.  The members appointed to the Committee are: (i) Associated Press; (ii) Pension Benefit Guaranty Corporation; (iii) Electronic Business Solutions; (iv) Newscycle Solutions, (v) Inland Empire Paper Company; (vi) Ponderay Newsprint Company; and (vii) ACI California, LLC.

### Relief Requested

3.      On November 13, 2015, the Committee elected to retain A&M to serve as its financial advisors.  The Committee submits that the retention of A&M is appropriate under sections 328(a) and 1103 of the Bankruptcy Code. Section 1103 if the Bankruptcy Code, empowers the Committee, with the Court's approval to employ attorneys, accountants or other professional persons so long as such professionals do not represent any other entity having an adverse interest in connection with the case.  11 U.S.C. §1103(a)-(b).

4       Section 328(a) of the Bankruptcy Code authorizes the employment of a professional person "on any reasonable terms and conditions of employment."  11 U.S.C. §328(a). Section 328(a) of the Bankruptcy Code, makes clear that committees may retain, subject to bankruptcy court approval, a professional on an hourly fee basis such as the fee structure proposed by the Committee

4

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

regarding the compensation of A&M, subject to the Court's review and approval of such compensation under section 330 of the Bankruptcy Code.

5.    A&M is a global professional services firm notable for its work in turnaround management and performance improvement of a number of large, high profile businesses both in the USA and internationally. A&M has a wealth of experience in providing financial advisory services in restructurings and reorganizations and enjoys an excellent reputation for services it has rendered in chapter 11 cases on behalf of debtors and creditors throughout the United States.  With the full power of unique depth of thought combined with the global expertise of leading professionals, A&M is committed to protecting and enhancing the enterprise value of its clients.  The Committee believes that under the facts and circumstances of these cases, the retention of A&M as financial advisor is reasonable, appropriate, and in the best interests of the Committee and the Debtors' estates.  With its experience as a financial advisor, A&M fulfills a critical role that compliments the services offered by the Committee's counsel. The Committee further believes that the value to the Committee of such services and the amount of compensation is reasonable given the services to be provided by A&M to the Committee.

### Scope of Services

6.    A&M's services are necessary to enable the Committee to evaluate the condition of the Debtors, evaluate the Debtors' restructuring alternatives and potentially assist in executing a refinancing or other form of recapitalization or transaction.  Subject to further order of this Court, A&M is expected to render the following services, among others, to the Committee:

    a.    gather, review, analyze and provide reporting regarding the immediate cash position, condition of the operations, staffing and general activities of the businesses of the Debtors;

    b.    analyzing the Debtors' capital structure, including assets and liabilities, particularly accounts receivable, secured debts and trade debt for purposes of evaluating short-term liquidity and reorganization alternatives;

    c.    reviewing various alternatives for restructuring and assisting the Debtors and Committee with execution, including but not limited to a recapitalization, or the sale of one or more facilities;

5

1               d.     assisting and advising the Committee in its participation in the negotiation,

2 formulation and drafting of a plan of reorganization;

3               e.     assisting, advising and representing the Committee in the evaluation of claims

4 and on any litigation matters; and

5               f.     providing such other services to the Committee as may be necessary in these

6 cases.

### Compensation

7.     A&M will charge its normal and customary hourly rates for the services to be provided hereunder, which hourly rates are as follows:

| Managing Directors | $750-$950 |
| Directors | $550-$750 |
| Associates | $400-$550 |
| Analysts | $350- $400 |

8.     The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions. A&M will also seek reimbursement of actual and necessary expenses incurred. Actual and necessary expenses would include any reasonable legal fees incurred in defense of its retention application and fee applications in this matter subject to Court approval.

9.     The Committee and A&M understand that any compensation or reimbursement of expenses paid to A&M must be approved by this Court upon application consistent with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of this Court, and any administrative or other order concerning professional compensation and reimbursement entered in this proceeding.

10.     No compensation will be paid to A&M except as ordered by the Bankruptcy Court pursuant to any interim compensation procedures or upon application to, and approval by, the Bankruptcy Court after notice and a hearing. A&M has not received a retainer in the Chapter 11 Cases.

11.     Every effort will be made to ensure that A&M's services are rendered in the most cost-effective manner possible.

12.     A&M has no agreement with any other person (other than customary arrangement

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

among the partners of A&M) for the sharing of compensation to be received by A&M in connection with services rendered in these cases.

### Additional Terms of Retention

13.    In order for A&M to perform the services set forth above, it will be necessary for A&M personnel to have access to certain books, records and reports of the Debtors and to have discussions with the Debtors' personnel.  Accordingly, it is understood by the Committee that, to the extent A&M is not given the Debtors' cooperation or access to the Debtors' personnel, books and records and other sources of data, A&M's ability to provide the services detailed herein will be limited.

14.    Because of the limitations in this proposed retention, the depth of A&M's analysis and verification of the data are limited.  It is understood by the Committee that A&M is not being requested to perform an audit and that A&M is entitled to rely on the accuracy and validity of the data disclosed to A&M or supplied to A&M by, or on behalf of, employees and representatives of the Debtors or the Committee.  A&M is not updating, nor is A&M under any obligation to update data submitted to A&M or review any other areas unless specifically requested by the Committee to do so.

15.    The Committee understands that the services to be rendered may include a review and assessment or preparation of projections and other forward-looking statements and that numerous factors can affect the actual results of the Debtors' operations, which may materially and adversely differ from those projections and other forward-looking statements.

16.    All advice (written or oral) provided by A&M to the Committee in connection with this engagement is intended solely for the benefit and use of the Committee in considering the matters to which this engagement relates.

17.    From time to time A&M may utilize the services of the employees of its affiliates in the performance of services hereunder.  Such affiliates are wholly-owned by A&M's parent company and certain employees.

18.    The Committee has agreed that neither A&M nor any of its agents, representatives, members or employees shall have any liability (whether direct or indirect, in contract or tort or

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

otherwise), to the Committee for or in connection with the engagement of A&M contemplated hereunder except for any such liability for losses, claims, damages or liabilities incurred by the Committee that are finally judicially determined by the Court to have primarily resulted from the gross negligence or willful misconduct of A&M.

19.     As part of the overall compensation payable to A&M, subject to paragraphs 21 and 22 below and the terms of the order approving this Application, the Committee has agreed to request that the Court require the Debtors to indemnify and hold harmless A&M and its affiliates and their respective personnel ("Indemnified Parties") for any claims arising from, related to, or in connection with A&M's engagement and to request that this Court enter an order approving such indemnification obligation.

20.     In addition,  subject to paragraphs 21 and 22 below, in the event that, at any time whether before or after termination of the engagement or the Agreement, as a result of or in connection with the A&M's engagement and its personnel's role under hereunder, A&M or any Indemnified Party is required to produce any of its personnel (including former employees) for examination, deposition or other written, recorded or oral presentation, or A&M or any of its personnel (including former employees) or any other Indemnified Party is required to produce or otherwise review, compile, submit, duplicate, search for, organize or report on any material within such Indemnified Party's possession or control pursuant to a subpoena or other legal (including administrative) process, the Committee requests that the Court approve the Debtor's obligation to reimburse the Indemnified Party for its out of pocket expenses, including the reasonable fees and expenses of its counsel, and to compensate the Indemnified Party for the time expended by its personnel based on such personnel's then current hourly rate.

21.     The Debtors shall have no obligation to indemnify A&M for any claim or expense that is either (i) judicially determined (the determination having become final) to have arisen primarily from A&M's bad faith, gross negligence or willful misconduct, or (ii) settled prior to a judicial determination as to A&M's bad faith, gross negligence or willful misconduct but determined by the Court, after notice and a hearing pursuant to paragraph 22 below, to be a claim or expense for which A&M is not entitled to receive indemnity under the terms of this Application.

8

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

22.    If, before the earlier of (i) the entry of an order confirming a chapter 11 plan in the Chapter 11 Cases (that order having become a final order no longer subject to appeal), and (ii) the entry of an order closing the Chapter 11 Cases, A&M believes that it is entitled to the payment of any amounts by the Debtors on account of the Debtor's indemnification, contribution and/or reimbursement obligations described above, including, without limitation, the advancement of defense costs, A&M must file an application therefore in this Court, and the Debtors may not pay any such amounts to A&M before the entry of an order by this Court approving the payment.  This paragraph 22 is intended only to specify the period of time under which the Court shall have jurisdiction over any request for fees and expenses by A&M for indemnification, contribution or reimbursement and not a provision limiting the duration of the Debtors' obligation to indemnify A&M.

23.    A&M and the Committee believe that the terms of engagement described herein are reasonable and market based.

### No Adverse Interest and Disclosure of Connections

24.    To the best of the Committee's knowledge and based upon the declaration of Kelly B. Stapleton included herewith (the "Stapleton Declaration"), neither A&M nor any of its partners, associates or staff thereof has any connection with the Debtors', the Committee, any creditors of the estates, any party in interest, the United States Trustee, or any person employed in the Office of the United States Trustee, except to the extent set forth in the Stapleton Declaration.

25.    To the best of the Committee's knowledge and based upon the attached Stapleton Declaration neither A&M nor any of its partners, associates or staff thereof is a creditor, equity security holder, or an "insider" of the Debtor as that term is defined in section 101(31) of the Bankruptcy Code.

26.    To the best of the Committee's knowledge and based upon the attached Stapleton Declaration, neither A&M nor any of its partners, associates or staff is or was, within two years before the date of the filing of the petition, a director, officer or employee of the Debtors.

27.    A&M has not provided and will not provide any professional services to the Debtors, any of the creditors, other parties-in-interest or their respective attorneys and accountants with regard

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

9

to any matter related to this chapter 11 case.

28.     A&M acts as financial advisor to other Committees in other bankruptcy cases, the members of which may be creditors of the Debtors.  However, A&M will not provide services to any members of those Committees with respect to any claims that they may have collectively or individually against the Debtors.

29.     Similarly, A&M may provide, or may have provided, services to creditors, Committees, or Trustees in cases or proceedings against creditors of the Debtors that are unrelated to the case.

30.     To the best of the Committee's and A&M's knowledge, A&M has no interest adverse to the estate.

31.     The Committee is informed and believes that A&M has conducted a conflict check and thus far has not encountered any creditors of the Debtors with which an actual conflict exists between A&M and such creditors in matters related to these cases or the Debtors. If, at any subsequent time during the course of these proceedings, A&M learns of any other representation which may give rise to such a conflict, A&M will promptly file with the Court and the Office of the United States Trustee an amended declaration identifying and specifying such involvement.

32.     Pursuant to Local Bankruptcy Rule 2014-1(b)(4), a hearing is not required in connection with the Application unless requested by the United States Trustee, a party in interest, or otherwise ordered by the Court. Pursuant to Local Bankruptcy Rule 2014-l(b)(3), any response to the Application and request for hearing must be in the form prescribed by Local Bankruptcy Rule 2014-1(b)(3), any response to the Application and request for hearing must be in the form prescribed by Local Bankruptcy Rule 9013-1(o)(1) and must be filed with the Court and served upon the Committee, its proposed counsel, and the United States Trustee no later than fourteen (14) days from the date of service of notice of the filing of the Application.

33.     Notice of filing of this Application (the "Notice") was provided to (1) counsel for the Office of the United States Trustee, (2) counsel for the Debtors, and (3) any party who filed and

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:294794.1 29266/002

1    served a request for special notice as of the date of service of the Notice.

2    **WHEREFORE**, the Committee requests that this Court approve the employment of A&M,

3    effective as of November 13, 2015, as its financial advisor to render services as described above with

4    compensation to be paid as an administrative expense in such amounts as this Court may hereafter

5    determine and allow.

6    Dated: December___, 2015

7    OFFICIAL COMMITTEE OF UNSECURED
     CREDITORS

8    Pension Benefit Guaranty Corporation

9

10   By: _____
     By:      Jack Butler

11   Its:     Authorized Agent
     Solely in its capacity as Chair of the

12   Committee and not in any other capacity

13   Submitted by:

14   PACHULSKI STANG ZIEHL & JONES LLP

15

16   By:    /s/ Jeffrey W. Dulberg
     [Proposed] Attorneys for the Official

17   Committee of Unsecured Creditors

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

11

DOCS_LA:294794.1 29266/002

**DECLARATION OF KELLY BEAUDIN STAPLETON**

I, Kelly Beaudin Stapleton, declare and state as follows:

1.      I am a Managing Director of Alvarez & Marshal North America, LLC ("A&M") and maintain an office at 600 Madison Avenue, 8th Floor, New York, NY 10022.

2.      I make this declaration in support of the application (the "Application") filed by the Official Committee of Unsecured Creditors (the "Committee") to employ A&M as its financial advisors to the Committee.

3.      A&M has a wealth of experience in providing financial advisory services in restructurings and reorganizations and enjoys an excellent reputation for services it has rendered in chapter 11 cases on behalf of Debtors and creditors throughout the United States.  With the full power of unique depth of thought combined with the global expertise of leading professionals, A&M is committed to protecting and enhancing the enterprise value of its clients.  Subject to the Court's approval of A&M retention, A&M proposes to provide financial advisory services to the Committee. The services that the Committee or its professionals may request include but are not limited to, the following services:

a.      gather, review, analyze and provide reporting regarding the immediate cash position, condition of the operations, staffing and general activities of the businesses of the Debtors;

b.      analyzing the Debtors' capital structure, including assets and liabilities, particularly accounts receivable, secured debts and trade debt for purposes of evaluating short-term liquidity and reorganization alternatives;

c.      reviewing various alternatives for restructuring and assisting the Debtors and Committee with execution, including but not limited to a recapitalization, or the sale of one or more facilities;

d.      assisting and advising the Committee in its participation in the negotiation, formulation and drafting of a plan of reorganization;

e.      assisting, advising and representing the Committee in the evaluation of claims and on any litigation matters; and

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CA

1

f.    providing such other services to the Committee as may be necessary in these cases.

4.    Subject to Court approval and in accordance with Sections 330 and 331 of the Bankruptcy Code, A&M will be compensated at its regular and customary hourly rates plus reimbursement of actual and necessary expenses and other charges incurred by A&M.  A&M's regular and customary rates which are subject to periodical adjustments are as follows:[4]

| | |
|---|---|
| Managing Directors | $750 - $950 |
| Directors | $550 - $750 |
| Associates | $400- $550 |
| Analysts | $350- $400 |

5.    A&M understands that any compensation or reimbursement of expenses to A&M must be approved by this Court upon application consistent with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of this Court and any administration or other concerning professional compensation and reimbursement entered in this proceeding.

6.    No compensation will be paid to A&M except as ordered by the Bankruptcy Court pursuant to any interim compensation procedures or upon application to and approval by the Bankruptcy Court after notice and a hearing.  A&M has not received a retainer in the Cases.

7.    Every effort will be made to ensure that A&M services are rendered in the most cost effective manner possible.

8.    A&M has no agreement with any other person (other than customary arrangement amount the partners of A&M) for the sharing of compensation to be received by A&M in connection with services rendered in this case.

9.    A&M together with its professional service provider affiliates (the "Firm") utilize certain procedures to determine the Firm's relationships, if any, to the parties that may have a connection to the Debtors.  In implementing the Firm Procedures, the following actions were taken to identify the Firm's relationships with such parties:

---

[4]  Resumes of those professionals expected to work on this case are attached hereto as Exhibit "B."

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CA

DOCS_LA:294794.1 29266/002

a.  In connection with the preparation of this Declaration, A&M requested and obtained from the Committee's counsel lists of interested parties in the Debtors chapter 11 cases. The Committee provided A&M with a list of the Debtors' names, the names of Debtors' owners, pre-petition secured lenders, the twenty (20) largest unsecured creditors of the Debtors, among others, which list is attached as Schedule A hereto (the "Potential Parties in Interest").

b.  A&M then compared the names of each of the Potential Parties in Interest to the names in its master electronic database of the Firm's current and recent clients (the "**Client Database**"). The Client Database generally includes the name of each client of the Firm, the name of each party who is or was known to be adverse to the client of the Firm in connection with the matter in which the Firm is representing such client, the name of each party that has, or had, a substantial role with regard to the subject matter of the Firm's retention, and the names of the Firm professionals who are, or were, primarily responsible for matters for such clients.

c.  An email was issued to all Firm professionals requesting disclosure of information regarding: (i) any known personal connections between the respondent and/or the Firm on the one hand, and either the Potential Parties in Interest or the Debtors, on the other hand,[5] (ii) any known connections or representation by the respondent and/or the Firm of any of the Potential Parties in Interest in matters relating to the Debtors; and (iii) any other conflict or reason why A&M may be unable to represent the Committee.

d.  Based on such review, known connections between the Firm and the Potential Parties in Interest were compiled for purposes of preparing this Declaration.

---

5  In reviewing its records and the relationships of its professionals, A&M did not seek information as to whether any A&M professional or member of his/her immediate. family: (a) indirectly owns, through a public mutual fund or through partnerships in which certain A&M professionals have invested but as to which such professionals have no control over or knowledge of investment decisions, securities of the Debtors or other parties in interest; or (b) has engaged in any ordinary course consumer transaction with any party in interest. If any such relationship does exist, I do not believe it would impact A&M's disinterestedness or otherwise give rise to a finding that A&M holds or represents an interest adverse to the Debtors' estates. In addition, it is expected that A&M personnel have invested in de minimis amounts of public securities issued by various parties in interest. In particular we have learned that such interests include securities related to AT&T and Yahoo.

DOCS_LA:294794.1 29266/002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CA

10.     Based on the results of its review, except as may otherwise be provided herein, A&M does not have a relationship with any of the parties on Schedule A in matters related to these proceedings.  A&M has provided and reasonably expects to continue to provide services unrelated to the Debtors' cases for the various entities shown on Schedule B.  A&M's assistance to these parties has been, and will be, related to providing various business advisory, performance improvement, financial restructuring, interim management, litigation support investigatory or other consulting services in matters unrelated to the Debtors' chapter 11 cases.  To the best of my knowledge, no services have been provided to these parties in interest which are adverse to the rights of the Committee, nor does A&M's involvement in these cases compromise its ability to continue such consulting services.

11.     A&M represented, represents, and in the future will likely represent many committees in matters unrelated to the Debtors and these cases whose members may be creditors and/or committee members in these cases.  A&M, however, is not representing any of those entities in these cases and will not represent any members of these committees in any claims that they may have collectively or individually against the Debtors.

12.     Further, as part of its diverse practice, A&M appears in numerous cases, proceedings and transactions that involve many different professionals, including attorneys, accountants and financial consultants, who may represent claimants and parties-in-interest in the Debtors' cases.  Also, A&M has performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and has been represented by several attorneys, law firms and financial institutions, some of whom may be involved in these proceedings. In addition, A&M has in the past, currently is and will likely in the future be working with or against other professionals involved in these cases in matters unrelated to the Debtors' chapter 11 cases.  Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create any interest materially adverse to the Committee herein in matters upon which A&M is to be employed, and none are in connection with these cases.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CA

4

13.     In addition to the matters described above and on Schedule B, we note that A&M (including certain personnel on the A&M engagement team in this matter) provided restructuring and financial advisory services to Tribune Company and its affiliated debtors and debtors and possession ("Tribune") in connection with matters related to their Chapter 11 bankruptcy cases. A&M's current role for Tribune is limited to assisting in claims administration.   In 2014 Tribune Company (now known as Tribune Media) sold its interest in Tribune Publishing. It is my understanding that Tribune Publishing may be a part in interest in these Chapter 11 cases and that previously Tribune considered investments in certain of the Debtors and/or their subsidiaries.  A&M was not directly involved on behalf of Tribune in any dealings between Tribune and the Debtors.

14.     A&M is not believed to be a "Creditor" with respect to fees and expenses of any of the Debtors within the meaning of Section 101(10) of the Bankruptcy Code.  Further, neither I nor any other member of the A&M engagement team serving this Committee, to the best of my knowledge, is a holder of any outstanding debt instruments or shares of the Debtors' stock.

15.     To the best of my knowledge, A&M does not have any connection with the employees within the U.S. Trustee's office in this District; however, I was the United States Trustee for Region 3 from January 2005 through May 2008.

16.     As such to the best of my knowledge, A&M does not hold or represent any interest materially adverse to the interests of the estate or any class of creditor or equity security holders in connection with this case and therefore believes it is eligible to represent the Committee under Section 1103(b) of the Bankruptcy code.

17.     A&M is familiar with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules and shall comply with them.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CA

5

1    I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct[6].

3    Executed on the ___ day of ___, 2015 at ___

4

5    Kelly Beaudin Stapleton

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27    _____
     6    Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at A&M and are based on information
28    provided by them.

DOCS_LA:294794.1 29266/002

*PACHULSKI STANG ZIEHL & JONES LLP*
*ATTORNEYS AT LAW*
*LOS ANGELES, CA*

# SCHEDULE A

**Schedule A**

Aaron Kushner

| | | |
|---|---|---|
| LOS ANGELES TIMES | KNOBBE MARTENS OLSON & BEAR | PHAZ2 INC |
| ORANGE COUNTY TAX COLLECTOR | CRONIN COMPRESSOR PRODUCTS LLC | POULOS, JAMES |
| LATHAM & WATKINS LLP | OGLETREE DEAKINS NASH SMOAK & STEWART PC | HOME NEWS ENTERPRISES LLC |
| EDIWISE a Division RESOLUTE FP CANAD | THOMPSON INDUSTRIAL SUPPLY INC | LOS ANGELES UNIVERSAL PRESCHOOL, |
| AMERICAN EXPRESS - Corporate Lakes Blv | DYNARIC INC | BOSTWICK, GARY dba BOSTWICK LAW |
| LINDENMEYR CENTRAL | MATHER ECONOMICS LLC | CASPIO INC |
| NEWSCYCLE SOLUTIONS INC | FUJIFILM NORTH AMERICA CORP | UNISAN PRODUCTS LLC |
| FISHER PRINTING INC | AFTERCOLLEGE | ECLIPSE MESSENGER SERVICE INC |
| SOUTHERN CALIFORNIA EDISON - BOX 3 | TREND OFFSET PRINTING SERVICES INC | KANTAR MEDIA |
| PRESS ONE CUSTOMER CARE INC | ORINGHER, THEODORA PC | B&K ELECTRIC WHOLESALE |
| INLAND EMPIRE PAPER CO | ANSCHUTZ CORPORATION, THE dba CO SPRINGS GAZETTE | DURO ROLLER CO INC |
| HAPPIEST MINDS TECHNOLOGIES PRIVA | STARWOOD HOTELS & RESORTS, | DTZ INC |
| ELECTRONIC BUSINESS SOLUTIONS AND CONSUL | CARIBUSI INDUSTRIES INC | NELA TERNES REGISTER GROUP INC |
| MIDLAND PAPER | MANSFIELD OIL COMPANY | QUADTECH US |
| NORTH PACIFIC PAPER CORPORATION | SUNESYS LLC | BRIGHTCOVE INC |
| ACI CALIFORNIA LLC | CENTURY BUSINESS SERVICES INC | GAS COMPANY, THE |
| SOUTHERN LITHOPLATE INC | RIVERSIDE PUBLIC UTILITIES | NIKON INC |
| B&D LITHO CALIFORNIA INC | SIGNODE SERVICE BUSINESS | KATELLA HS BOYS BASKETBALL, |
| LA OPINION - Acct on HOLD | SILVERPOP SYSTEMS INC | JENCO PRODUCTIONS INC |
| OC MEDIA TOWER LP | LUMEN LEGAL  (AMERICLERK INC) | PI ASSOCIATES |
| CENTRAL INK CORP | PAPEX INC | DOW JONES & COMPANY INC |
| CCI EUROPE INC | UNITED FEATURE SYNDICATE | ADVANCED COURIER CONCEPTS INC |
| INFOSYS BPO LIMITED | BORBOA DISTRIBUTION | BROOKS, PATRICIA A |
| ASSOCIATED PRESS | PETROLEUM BUILDING LLC | DEMETRIOU, DEL GUERCIO, SPRINGER & FRANCIS, LLP |
| CENTRAL INK CORP - 4% NET45 | CALIFORNIA STATE CONTROLLER | EVENTFUL INC |
| DEPARTMENT OF INDUSTRIAL RELATIO | BOND AND PECARO | METRO CREATIVE GRAPHICS INC |
| GABRIELS TECHNOLOGY SOLUTIONS | BALDWIN GRAPHIC SYSTEMS INC. | LOCAL MEDIA CONSORTIUM |
| CIPS MARKETING GROUP INC | KUBRA DATA TRANSFER LTD | ORANGE COUNTY  DEPT OF EDUCATION |
| RIVERSIDE COUNTY TREASURER | MERCHANTS BUILDING MAINTENANCE LLC | CHRIST, KIRK |
| ONE STOP PRINTING & DESIGN CO | BRAINTREE PAYMENT SOLUTIONS LLC | BEALL, DIANE T |
| FTI CONSULTING INC | GULF PACKAGING | APPLIED INDUSTRIAL TECHNOLOGIES INC |
| LEVINE LEE LLP | TURN KEY SOLUTIONS | OROZCO, CELESTINO |
| GOODWILL INDUSTRIES OF ORANGE CO | GOOGLE INC | QUALITY INDUSTRY REPAIR INC |
| HOWE SOUND PULP & PAPER CORPORA | AMERIPRIDE - 5950 ALCOA ONLY | IMPERIAL RUBBER PRODUCTS INC |
| MIRMAN GROUP, THE | AGGREKO LLC | YAHOO SEARCH MARKETING INC |
| CRAVATH SWAINE & MOORE LLP | GETTY IMAGES (US) INC | TREASURE, RICHARD |
| UNIVERSAL PROTECTION SERVICE LP | HUNSAKER & ASSOCIATES | GRAPHIC INNOVATORS INC |
| WALLACE, DICK dba RAYMAB | SCHINDLER ELEVATOR CORPORATION | CBRE INC |
| AFCO | NEWPORT STATIONERS | INLAND EMPIRE KOMEN RACE FOR THE CURE |
| APPLIED COMPUTER SOLUTIONS dba AC | POLYCHEM CORPORATION | SURFLINE |
| BROADSPIRE SERVICES INC | LORD SECURITIES CORPORATION | CENTURYLINK - BOX 52187 |
| GENERAL NEWSPRINT INC | PRICEWATERHOUSE COOPERS LLP | CAPITOL MACHINE CO |
| LOS ANGELES TIMES | ORACLE USA INC | BOLSA GRANDE HS MEN'S LEAGUE, |
| UNCLAIMED PROPERTY RECOVERY & REPORTING | ACE MOBI | DYC SUPPLY COMPANY |
| INK SYSTEMS INC | MOTION INDUSTRIES INC (1%10 NET 30) | BNE PLASTIC PRODUCTS INC |
| MARSH RISK & INSURANCE SERVICES | WASHINGTON POST CO dba WRITERS GROUP | SANTA ANA HS MUSIC BOOSTER FOUNDATION, |
| ADM INVESTMENT MANAGEMENT LLC | MACHINERY COMPONENT SALES & SERVICE | KAANGO INC |
| OWN LOCAL.COM INC | ONTARIO REFRIGERATION | ACCUWEATHER INC |
| BANK OF NEW YORK MELLON | LAGUNA BEACH LUXERY HOTEL LLC dba MONTAGE LAGUNA BEACH | CASPER, THOMAS dba TDB PRODUCTS LLC |
| BLOOMBERG BNA | BLOOMBERG FINANCE LP | GREAT WESTERN INK |
| YAHOO INC -  ACCOUNTS RECEIVABLE | MERLIN ONE, INC | SECOND STREET MEDIA |
| MONSTER WORLDWIDE INC | E&L ELECTRIC INC | MERRILL COMMUNICATIONS LLC |
| KENNY THE PRINTER | CITY OF SANTA ANA - BOX 1964 TREAS DIV | THREE EIGHT INVESTMENTS LLC |
| XPEDX a Veritiv Company | AUTO CLUB SPEEDWAY | TECHNOTRANS AMERICA INC |
| ADOBE SYSTEMS INCORPORATED | HILL, DOUGLAS P dba XPRESS GRAPHIC SERVICES | GRAPHIC TECH ELECTRIC INC |
| CCA FINANCIAL LLC | SALES TRAINING CONSULTANTS INC | HANTAL CORP |
| DELOITTE TAX LLP | LOCALEDGE INC  A HEARST MEDIA SERVICES CO | LUCAS FLYER & DISTRIBUTION SERVICES |
| CHICAGO GATEWAY LLC | INTEGRATED DIGITAL STRATEGIES | GRAINGER - 832983928 |
| OPTIMUS GROUP INC | HEWITT ENNISKNUPP INC | DIETRICH, TOM |
| AMERICAN QUALITY MAIL MEDIA INC | SIMPLEXGRINNELL LP | MCCLATCHY NEWSPAPERS INC |
| CENTRO INC | WHITE BUFFALO HOLDINGS LLC | REED BRENNAN MEDIA ASSOCIATES |
| SENSIBA SAN FILIPPO LLP | MARKETING G2 LLC | K&M NEWSPAPER SERVICES INC |
| CITY OF ANAHEIM | YATES, MICHAEL L | LAFFER ASSOCIATES |
| ABM BUILDING SOLUTIONS | HALL CONTRACTING SERVICES INC. | DELI PLATTER |
| SOURCE ONE STAFFING LLC | GARY R EDWARDS INC | THE WEATHER CHANNEL LLC |
| BURT TECHNOLOGIES INC | NXTBOOKMEDIA.COM | UPLATION INC dba WEBPUBLISHED.COM |
| SOURCECORP | APPLIED PRODUCTS INC | TRELLEBORG COATED SYSTEMS US INC |
| BOTTOMLEY & ASSOCIATES LLC | THOMSON REUTERS | SANTIZO, EDNA L |

## Schedule A

| | | |
|---|---|---|
| PRESSROOM CLEANERS | UPS - CONSOLIDATED BILLING ACCOUNT | EDELSTEIN DIVERSIFIED SPECIALTIES LTD |
| AVAYA INC | PETES ROAD SERVICE INC | MOBILE MERCHANDISERS INC |
| HELPMATES STAFFING SERVICES | BRANDT BROTHERS - PROFESSIONAL COURIER | PRINTERS SERVICE |
| SOFTWARE AG USA INC | PRECISION REFURBISHING | NEW PROIMAGE AMERICA INC |
| LEVINE SULLIVAN KOCH & SCHULZ LLP | ANITA GRACE ADVERTISING LLC | SHOOM INC |
| CRYSTAL CAPITAL FINANCIAL HOLDINC | FLITE INC | AAM REPORT SERVICES LLC |
| SCARBOROUGH RESEARCH | LAKE ELSINORE STORM INC | WALL, STEPHEN M. |
| ALLIANCE FOR AUDITED MEDIA | ASSOCIATION OF FUNDRAISING PROFESSIONALS | MCHENRY PLANTATION INC |
| SERRA VISTA PARTNERS | GREATER SMC/BIASC | BUTLER AUTOMATIC INC |
| UNIVERSAL UCLICK | LA GALAXY | GROUNDS ELECTRIC COMPANY INC |
| OLIVER WYMAN ACTUARIAL CONSULTI | ESQUIVEL, JOSE A | GRANITE TELECOMMUNICATIONS |
| BEST BEST & KRIEGER, LLP | NEW YORK TIMES SYNDICATION SALES CORP | GOLDENWEST LUBRICANTS INC |
| ACADEMY ELECTRIC INC | RBP CHEMICAL TECHNOLOGY INC | FASTENAL COMPANY - BOX 1286 |
| C&W PRESSROOM PRODUCTS | CITY NEWS SERVICE INC | SENIK, TROY V |
| KADING BRIGGS LLP | HOLLADAY AUCTIONS INC | GOLDEN COMMUNICATIONS INC |
| CONSTELLATION CK LLC | POPMOUNT INC | LOS ANGELES FREIGHTLINER |
| SQUAR, MILNER, PETERSON, MIRANDA & | PUBLICITAS NORTH AMERICA INC | WAVE2 MEDIA SOLUTIONS LLC |
| KELLY, DEVIN | OCDM DIRECT MAIL MARKETING | UN, RICARDO |
| DOCUMOTION RESEARCH INC | MCMASTER CARR SUPPLY CO | SATORI SOFTWARE |
| ONEVISION INC | SWIFTYPE INC | H&H INVESTMENTS |
| RUTAN & TUCKER LLP | PRUDENTIAL OVERALL SUPPLY | BLACK BOX NETWORK SERVICES |
| ARAMARK - BOX 101179 | AEG, | ADVANCED EAR CARE, |
| ADP INC - BOX 31001-1874 | STRATEGY COMPANION CORPORATION | JERICH USA INC |
| CBS PERSONNEL SERVICES LLC dba STAF | GLOBE MARKETING LLC | MACIAS, JORGE LUIS |
| OLIVE SOFTWARE INC | PAMS DELIVERY SERVICE | IRON MOUNTAIN INC |
| MUTUAL OF OMAHA | VINCENT BENJAMIN GROUP LLC | SANFIELD, JUDY |
| ANGELS BASEBALL LP | CHOICE LITHOGRAPHICS | TANAKA, JENNIFER MARIKO |
| EPICMEDIA CONSULTING LLC | DOAPP INC | METHODIST HOSPITAL, |
| FIDUCIARY COUNSELORS INC | DELAWARE SECRETARY OF STATE | LINKEDIN CORPORATION |
| LEXIS NEXIS | SC FUELS - CARDLOCK FUELS SYSTEM INC | VERA, LUIS dba  LUBRECO PRINTING |
| HANDBILL PRINTERS | CALIFORNIA CREDITS GROUP LLC dba  CCG | BARKER, LAURA |
| LEGACY.COM INC | A&W ELECTRIC MOTOR SERVICE INC | PARTS CONNECTION INC |
| PRICING ENGINE INC | CREATORS SYNDICATE INC | REPLICON INC |
| SMS SYSTEMS MAINTENANCE SERVICES | BUSSIAN LAW FIRM PLLC, THE | REGENCY ENTERPRISES INC |
| GOSS INTERNATIONAL AMERICAS INC | UNISOURCE WORLDWIDE INC | QUAKER GARDENS, |
| TRIBUNE MEDIA SERVICES - BOX 10026 | GOSS INTERNATIONAL AMERICAS INC | PIER GROUP LLC dba THE BARTLETT BUILDING |
| K JACK ENGINEERING CO INC | XONTERA CORPORATION | SCR PARTS INC |
| SOURCECORP - POSTAGE | LA GRINDING CO INC | SANTIAGO HS CHOIR, |
| LIFFEY THAMES GROUP LLC dba DISCOV | SOUTHWEST MATERIAL HANDLING INC | SPORTS NETWORK, THE |
| HASBROOK MULTIMEDIA | CALIFORNIA NEWSPAPER PUBLISHERS ASSOCIATION | KOTKIN, JOEL |
| GREEN, A.L. | 24-7 DOCK AND DOOR REPAIR INC | ROMERO, GLORIA J |
| KING FEATURES SYNDICATE | CONTROL AIR CONDITIONING SERVICE CORP | THE WIGWAM RESORT, |
| SIMA ENVIRONMENTAL FUND | MICROSOFT CORPORATION | GOLDEN RAIN FOUNDATION OF LAGUNA WOODS |
| DATA SALES CO INC | INKA SOLUTIONS LLC | SAFETY KLEEN SYSTEMS INC |
| AT&T MOBILITY - BOX 6463 | ISLAND HOTEL | NOVATECH PACKAGING SYSTEMS INC |
| SUPERIOR LITHOPLATE OF INDIANA INC | BIEHL, et al | TIFCO INDUSTRIES INC |
| TRIBUNE COMPANY dba TRIBUNE CONTI | EDGIL ASSOCIATES INC | MR CLEAN UP INC |
| EL PASO COUNTY TREASURER | LION WEB COMPONENTS INC | PARADISE PACKAGING SUPPLIES INC |
| MULLER MARTINI CORP | DELL MARKETING LP | FIELD RESEARCH CORPORATION |
| COURTESY STAFFING INC | CASPIAN PROPERTIES INC | WORLDWIDE RECOVERY SYSTEMS INC |
| ESTEBAN, ANTONIO PABLO dba PABLO TOMAS LA | ACUMEN ENVIRONMENTAL SERVICES LLC | RIGOLI PACIFIC COMPANY INC |
| WAXIE SANITARY SUPPLY | TREXLER COMPRESSOR Sales and Service Inc. | PROACTIVE SOFTWARE LTD |
| The Register Charities, Inc. | Eddy Hartenstein | 2100 Freedom, Inc. |
| The Register Campership Fund | Jassy Vick Carolyn LLP | Freedom Communications, Inc. |
| Freedom Magazines, Inc. | Len Lodish | Freedom Communications Holdings, Inc. |
| Freedom Broadcasting, Inc. | Stephen Solomon | Newspaper National Network, L.P. |
| Freedom Broadcasting of Florida, Inc. | Eric Spitz | Freedom SPV I, LLC |
| Freedom Broadcasting of Michigan, Inc. | Richard E. Mirman | Freedom SPV II, LLC |
| Freedom Broadcasting of New York, Inc. | Chris Dahl | Freedom SPV III, LLC |
| Freedom Broadcasting of Oregon, Inc. | Esteban Fernandez Davila | Freedom SPV IV, LLC |
| Freedom Broadcasting of Southern New | Sergio Jaramillo Gomez | Freedom SPV V, LLC |
| Freedom Broadcasting of Tennessee, Inc. | Juan Antonio Aguilar Ruiz | Freedom SPV VI, LLC |
| Freedom Broadcasting of Texas, Inc. | Juan Antonio Villarreal Gutierrez | Freedom Services, Inc. |
| Freedom Broadcasting of Florida Licensee, | Roman Cantu Acosta | Freedom Newspapers, Inc. |
| Freedom Broadcasting of Michigan Licensee, | Paula Patton | Freedom California Mary Publishing, Inc. |

**Schedule A**

| | | |
|---|---|---|
| Freedom Broadcasting of New York Licensee, L.L.C. | Albert Frattura | Florida Freedom Newspapers, Inc. |
| Freedom Broadcasting of Oregon Licensee, L.L.C. | Richard (Rick) Sant | Freedom Arizona Information, Inc. |
| Freedom Broadcasting of Southern New England Licensee LLC | Bruce Blair | Freedom Colorado Information, Inc. |
| Freedom Broadcasting of Tennessee Licensee, L.L.C. | Deb Zingales | Freedom Eastern North Carolina Communications, Inc. |
| Freedom Broadcasting of Texas Licensee, L.L.C. | Rev. John H. Taylor | Freedom Newspaper Acquisitions, Inc. |
| Freedom Interactive Newspapers, Inc. | Daily Press, LLC | Freedom Newspapers of New Mexico, L.L.C. |
| Freedom Communications Holdings, Inc. | Victorville Publishing Company | The Clovis News-Journal |
| Freedom Communications, Inc. | Freedom Metro Information, Inc. | Freedom Newspapers |
| Freedom Broadcasting, Inc. | Orange County Register Communications, Inc. | The Creative Spot, L.L.C. |
| Freedom Broadcasting of Florida, Inc. | Freedom Orange County Information, Inc. | Freedom Newspapers of Illinois, Inc. |
| Freedom Broadcasting of Michigan, Inc. | OCR Community Publications, Inc. | Freedom Newspapers of Southwestern Arizona, Inc. |
| Freedom Broadcasting of New York, Inc. | The Orange County Register | Freedom Shelby Star, Inc. |
| Freedom Broadcasting of Oregon, Inc. | Freedom Newspaper Acquisitions, Inc. | Freedom Publicaciones S.A. de C.V. |
| Freedom Broadcasting of Southern New England | Freedom Newspapers of New Mexico, L.L.C. | Gaston Gazette, LLP |
| Freedom Broadcasting of Tennessee, Inc. | Orange County Register Communications, Inc. | Illinois Freedom Newspapers, Inc. |
| Freedom Broadcasting of Texas, Inc. | Freedom Orange County Information, Inc. | Lima News |
| Freedom Newspapers, Inc. | Daily Press, LLC | Missouri Freedom Newspapers, Inc. |
| The Clovis News-Journal | Victor Valley Publishing Company | Odessa American |
| Freedom Newspapers | Freedom Interactive Newspapers, Inc. | Freedom California Ville Publishing Company LP |
| Gaston Gazette, L.L.P. | | The Times – News Publishing Company |
| Lima News | | |
| Odessa American | | |
| Porterville Recorder Company | | |
| Victorville Publishing Company | | |

# SCHEDULE B

Client/Debtor Name

### Current and Former Clients of A&M and/or its Affiliates [1]

Adobe Systems Inc.
ADP Inc.
American Express
Angelo Gordon Management
Applied Industrial Technologies Inc.
Aramark
AT&T Mobility
Avaya Inc.
Bank of New York Mellon
Bloomberg BNA
Broadspire Services Inc.
CBRE Inc.
CenturyLink
Control Air Conditioning Service Corp.
Cravath Swaine & Moore LLP
Dell Marketing
Deloitte Tax LLP
FTI Consulting Inc.
Getty Images (US) Inc.
Goss International Americas Inc.
Grainger
Iron Mountain Inc.
Los Angeles Times
Methodist Hospital
Microsoft Corporation
Midland Paper
Mutual of Omaha
New York Times Syndication Sales Corp.
Oliver Wyman Actuarial Consulting Inc.
Oracle USA Inc.
PricewaterhouseCoopers LLP
Safety Kleen Systems Inc.
Santa Ana, City of
Silverpoint Finance
Software AG USA Inc.
Starwood Hotels & Resorts
Thomson Reuters
Tribune Company

Turn Key Solutions
XpedX, a Veritiv Company
Yahoo! Inc.

### Significant Equity Holders of Current and Former A&M Clients [2]

ADP Inc.
American Express
Angelo Gordon Management
Anschutz Corporation
AT&T Mobility
Bank of New York Mellon
CBRE Inc.
CenturyLink
Dow Jones & Company Inc.
Google Inc.
Legacy.com Inc.
Localedge, a Hearst Media Services Co.
Microsoft Corporation
New York Times Syndication Sales Corp.
Pension Benefit Guaranty Corporation
SimplexGrinnell LP
Starwood Hotels & Resorts
Thomson Reuters
Yahoo! Inc.

### Creditors/Noteholders in A&M Engagements [3]

American Express
Angelo Gordon Management
Aramark
Bank of New York Mellon
Brightcove, Inc.

---

[1] A & M and/ or an affiliate is currently providing or has previously provided certain consulting or interim management services to these parties or their affiliates (or, with respect to those parties that are investment funds or trusts, to their portfolio or asset managers or their affiliates) in wholly unrelated matters..

[2] These parties or their affiliates (or, with respect to those parties that are investment funds or trusts, their portfolio or asset managers or other funds or trusts managed by such managers) are significant equity holders of clients or former clients of A&M or its affiliates in wholly unrelated matters.

[3] A&M is currently advising or has previously advised these parties or their affiliates (or, with respect to those parties that are investment funds or trusts, their portfolio or asset managers or other funds managed by such managers) as creditors or various official creditors' committees in which these parties or their affiliates were members or which represented the interests of these parties or their affiliates.

**Client/Debtor Name**

Iron Mountain Inc.
McMaster Carr Supply Co.
Oringher, Theodora PC
Pension Benefit Guaranty Corporation
Silverpoint Finance

**Professionals & Advisors**[4]
Best Best & Krieger, LLP
CBRE Inc.
Cravath Swaine & Moore LLP
Deloitte Tax LLP
FTI Consulting Inc.
Knobbe Martens Olson & Bear
Latham & Watkins LLP
Lexis Nexis
Ogletree Deakins Nash Smoak & Stewart
Pension Benefit Guaranty Corporation
PricewaterhouseCoopers LLP
Rutan & Tucker LLP

**Significant Joint Venture Partners**[5]
Adobe Systems Inc.
AT&T Mobility
CBRE Inc.
Dow Jones & Company Inc.
Microsoft Corporation

**Board Members**[6]
Eddy Hartenstein

**A&M Vendors**[7]
ABM Building Solutions LLC
ADP Inc.
American Express
Aramark
Associated Press
AT&T Mobility
Bank of New York Mellon
Bloomberg BNA
CBRE Inc.
CBS Personnel Services dba Staffmark
Dow Jones & Company Inc.
Dell Marketing
Deloitte Tax LLP
DTZ Inc.
Getty Images (US) Inc.
Grainger
Iron Mountain Inc.
Kantar Media
Latham & Watkins LLP
LinkedIn Corporation
Merrill Communications LLC
Microsoft Corporation
Monster Inc.
New York Times Syndication Sales Corp.
Oracle USA Inc.
PricewaterhouseCoopers LLP
Squar, Milner, Peterson, Miranda, &
          Williamson LLP
Thomson Reuters
Turn Key Solutions
UPS
Washington Post dba Writers Group

---

[4] These professionals have represented clients in matters where A&M was also an advisor (or provided interim management services) to the same client. In certain cases, these professionals may have engaged A&M on behalf of such client.

[5] These parties or their affiliates are significant joint venture partners of other clients or former clients of A&M or its affiliates in wholly unrelated matters.

[6] These parties or their affiliates are board members of other clients or former clients of A&M or their affiliates in wholly unrelated matters.

[7] These parties or their affiliates provide or have provided products, goods and/or services (including but not limited to legal representation) to A&M and/or its affiliates

# EXHIBIT A

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CA

## EXHIBIT A

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF ALVAREZ & MARSAL NORTH AMERICA, LLC PURSUANT TO BANKRUPTCY CODE SECTIONS 328 AND 1103 AND BANKRUPTCY RULE 2014 AS FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF NOVEMBER 13, 2015**

Upon the application (the "Application")[41] of the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for an order pursuant to sections 328 and 1103 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), authorizing it to retain Alvarez & Marsal North America, LLC as financial advisors; and upon the Stapleton Declaration; and due and adequate notice of the Application having been given; and it appearing that no other notice need be given; and it appearing that A&M is not representing any adverse interest in connection with these cases; and it appearing that the relief requested in the Application is in the best interest of the Committee; after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that:

1. The Application be, and hereby is, GRANTED.

2. In accordance with sections 328 and 1103 of the Bankruptcy Code, the Committee shall employ and retain A&M as of November 13, 2015, as its financial advisors on the terms set forth in the Application without the need for any further action on the part of A&M or the Committee to document such retention.

3. A&M will be paid by the Company for the services of the A&M Professional at their customary hourly billing rates which shall be subject to the following ranges:

   | | |
   |---|---|
   | i. Managing Directors | $750-$950 |
   | ii. Directors | $550-$750 |
   | iii. Associates | $400-$550 |
   | iv. Analysts | $350-$400 |

4.  In addition, A&M will be reimbursed for the reasonable out-of-pocket expenses of the A&M's personnel incurred in connection with this assignment, such as travel, lodging, third party duplications, messenger and telephone charges

5. The indemnification and reimbursement provisions in paragraph 10 of the Application are approved.

6. This court shall retain jurisdiction with respect to all matters arising or related to

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

DOCS_LA:294794.1 29266/002

the implementation of this order or A&M's services for the Committee.

<u>Dated:</u>

/s/_____

DOCS_LA:294794.1 29266/002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CA

# EXHIBIT B

**Kelly Stapleton**

Managing Director



Turnaround and
Restructuring

**New York**



- Kelly Beaudin Stapleton is a Managing Director with Alvarez & Marsal in New York. She is the National Practice Leader for the Unsecured Creditors' Committee Practice, and specializes in creditor representations, fiduciary roles and fraud investigations across various industries.

- With more than 15 years of legal and restructuring experience, Ms. Stapleton began her career as a prosecutor and later worked for a large national law firm before she was appointed by the Bush administration to act as the United States Trustee for Region 3 (Delaware, Pennsylvania and New Jersey), where she oversaw some of the largest restructurings in the country, including New Century Financial, Dura, Owens Corning and Sharper Image.

- Ms. Stapleton has advised numerous Chapter 11 proceedings in the capacity of assisting clients in pre-bankruptcy and post-bankruptcy financial and operational strategies. She provides leadership in out-of-court restructurings, along with assisting clients in evaluating critical operational challenges and developing solutions. Her experience includes numerous engagements spanning a variety of industries, including municipalities, banking, manufacturing, retail, logistics and professional services. She has conducted multiple civil and criminal investigations as a part of her fiduciary duties, has managed significant and complex litigation cases, and has testified as an expert in bankruptcy.

- Ms. Stapleton's notable assignments as a financial advisor include Keywell, Buccaneer Energy, Kodak, Global Aviation, Constar, Inc., Getty, NewPage, Value City, Orchard Supply, Fox & Hound, Greatwide Logistics, Archway and Mother's Cookies, Meadowcraft, Trinsum, Comfort Co (Sleep Innovations), Admiral Wine, International Garden Products, Mt Vernon Monetary Management Corp., and the City of Harrisburg. She is the Liquidating Trustee in Mt Vernon Monetary Management Corp and the Plan Administrator in FKF Madison Park.

- Ms. Stapleton received a bachelor's degree from the University of California, Los Angeles, and a juris doctorate from Georgetown University Law Center. She is a frequent speaker on restructuring nationally and has been featured on Bloomberg and in the WSJ. She has been the Co-Chair of the Ethics Committee for the American Bankruptcy Institute (ABI), and co-founded ABI's Business Writing Competition. She is also a member of the Turnaround Management Association (TMA), the International Women's Insolvency and Restructuring Confederation (IWIRC), and the New York, Pennsylvania and Connecticut bars. Ms. Stapleton is a member of the Forum of Executive Women.

## Brian Whittman

Managing Director



Turnaround and
Restructuring

**Chicago**

- Brian Whittman is a Managing Director with Alvarez & Marsal's restructuring group in Chicago. For the past 20 years he has advised companies requiring performance improvement or financial restructuring across a wide range of industries, including automotive, communications, distribution, manufacturing, media, mining and retail. Mr. Whittman has led complex engagements for companies, secured lenders and creditors, serving in both interim management and advisory roles.

- From March 2014 to February 2015, Mr. Whittman served as interim CFO for PSAV, a event technology services company with $1.4 billion in revenue , where he oversaw the annual budgeting process, the acquisition and integration of a smaller competitor, and restructuring of the accounting and finance organization. Mr. Whittman continued to advise PSAV through its S-1 filing in September 2015. Prior to this role, Mr. Whittman advised a $450 million revenue consumer products company on the restructuring of $250 million of debt and development of an operational restructuring plan including customer and product line rationalization and disposal of excess inventory.

- In 2012, Mr. Whittman completed the successful reorganization of Tribune Company, one of the nation's largest media companies, where he led a team handling all aspects of the restructuring process including business plan development, contract and claim negotiations, and negotiation of a plan of reorganization. Mr. Whittman prepared expert reports and testified on feasibility, intercompany claims and the best interest of creditors test in support of plan confirmation. Previously, Mr. Whittman advised Heartland Automotive Services, a 400 location Jiffy Lube franchisee, on its successful Chapter 11 reorganization, and served as a Restructuring Officer during the successful Chapter 11 reorganization of SLI, a multinational general and automotive lighting manufacturer.

- Prior notable engagements include Appleton Coated, Drug Emporium, Edison Brothers Stores, Electro Motive Diesel, Murray Energy and SkyTel Communications. Mr. Whittman has also advised senior lenders and creditors in various matters including the bankruptcies of Reader's Digest Association, Constar, Fruit of the Loom and Thorn Apple Valley.

- Prior to joining A&M, Mr. Whittman spent seven years in restructuring at a Big Five firm. Mr. Whittman earned bachelor's degrees in finance and accountancy from the University of Illinois. He is a Certified Public Accountant and a Certified Insolvency and Restructuring Advisor.



## Rich Newman

Senior Director



Turnaround and
Restructuring

**Chicago**

- Richard Newman is Senior Director with Alvarez & Marsal Creditor Advisory in Chicago. He specializes in liquidity management, budget planning, cash flow forecasting, business plan review and formulation of reorganization plans.

- With more than ten years of restructuring experience, Mr. Newman has advised healthy and distressed companies in leveraged recapitalizations, mergers and acquisitions, and support of interim management roles.

- Mr. Newman's notable assignments include: Communications Corporation of America, Chesapeake Corporation, Detroit Public Schools, Dresser, Inc., Getty Petroleum, Global Aviation, Keywell LLC, Kimball Hill Homes, Kodak, NewPage, Reader's Digest, Severstal North America, Inc., Tronox Inc., Union Carbide and Visteon Corp. Mr. Newman was responsible for business planning, DIP sizing and bankruptcy preparation at Visteon Corp. He has worked with clients across various industries, including automotive, energy, media, paper, public sector, retail, steel, technology and homebuilding.

- Most recently, he assisted with the business plan review, cash flow review and plan negotiations at NewPage
  - NewPage is the largest coated paper manufacturer in North America and is headquartered in Miamisburg, Ohio
  - Assisted counsel to UCC in assessing the DIP financing arrangement to assure appropriate terms, structure, flex concessions, position on avoidance actions and voting provisions
  - Review and assessment of the Company's existing business plan

- Prior to joining A&M, Mr. Newman spent six years with Citigroup in Washington, D.C., where he served as an Associate. He was part of a team responsible for marketing and investing $200 million in client assets.

- Mr. Newman earned a bachelor's degree in economics from George Washington University and a master's degree in business administration from The University of Texas. He passed all three levels of the CIRA exam and received the Kroll Zolfo Cooper / Randy Waits Award for excellence on the CIRA exam.



# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA  90067

A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO SECTION 1103(A) OF THE BANKRUPTCY CODE FOR AUTHORITY TO EMPLOY ALVAREZ & MARSAL NORTH AMERICA, LLC  AS FINANCIAL ADVISOR TO THE COMMITTEE, EFFECTIVE AS OF NOVEMBER 13, 2015; DECLARATION OF KELLY BEAUDIN STAPLETON IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 7, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*), _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **December 7, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL**
Honorable Mark S. Wallace
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 6135 / Courtroom 6C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 7, 2015 | Nancy H. Brown | /s/ Nancy H. Brown |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:294873.6 29266/002

# F 9013-3.1.PROOF.SERVICE

## ADDITIONAL SERVICE LIST
**Case No.: 8-15-bk-15311-MW**

**1.      TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- James C Behrens    jbehrens@greenbergglusker.com, kwoodson@ggfirm.com;calendar@ggfirm.com
- Ron Bender    rb@lnbyb.com
- J Scott Bovitz    bovitz@bovitz-spitzer.com
- Frank Cadigan    frank.cadigan@usdoj.gov
- Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- Caroline Djang    cdjang@rutan.com, csolorzano@rutan.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Robert J Feinstein    rfeinstein@pszjlaw.com
- Alan J Friedman    afriedman@wgllp.com, nlockwood@wgllp.com;jokeefe@wgllp.com;banavim@wgllp.com
- Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
- Seth Goldman    seth.goldman@mto.com
- Christopher J Green    cgreen@wgllp.com, chrisgreen@ucla.com;kadele@wgllp.com
- M Jonathan Hayes    jhayes@srhlawfirm.com, roksana@srhlawfirm.com;matthew@srhlawfirm.com; rosarioz@srhlawfirm.com;jfisher@srhlawfirm.com;maria@srhlawfirm.com;staci@srhlawfirm.com;jhayesecf@gmail.com;sevan@srhlawfirm.com;carolyn@srhlawfirm.com
- James O Johnston    jjohnston@jonesday.com
- Elan S Levey    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- William N Lobel    wlobel@lwgfllp.com, nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@wgllp.com
- Aaron J Malo    amalo@sheppardmullin.com, jsummers@sheppardmullin.com
- Ashley M McDow    amcdow@bakerlaw.com, mdelaney@bakerlaw.com;lhua@bakerlaw.com;rojeda@bakerlaw.com;ffarivar@bakerlaw.com
- David W. Meadows    david@davidwmeadowslaw.com
- Ernie Zachary Park    ernie.park@bewleylaw.com
- Courtney E Pozmantier    cpozmantier@greenbergglusker.com, kwoodson@greenbergglusker.com;jking@greenbergglusker.com;calendar@greenbergglusker.com
- Christopher E Prince    cprince@lesnickprince.com
- Jeremy E Rosenthal    jrosenthal@sidley.com
- Peter J Rudinskas    pjr.legal@gmail.com
- Leonard M Shulman    lshulman@shbllp.com
- David P Simonds    dsimonds@akingump.com, tsouthwell@akingump.com
- Helena Tseregounis    htseregounis@sidley.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Monika S Wiener    mwiener@jonesday.com, kfloyd@jonesday.com
- Beth Ann R Young    bry@lnbyb.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.