ROBERT J. FEINSTEIN (*Admitted Pro Hac Vice*)
JEFFREY W. DULBERG (CA SBN 181200)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:  rfeinstein@pszjlaw.com
         jdulberg@pszjlaw.com

[Proposed] Attorneys for
Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>FREEDOM COMMUNICATIONS, INC., a Delaware corporation, et al.,[1]<br><br>Debtors and Debtors-in-Possession. | Case Nos.: 8:15-bk-15311-MW<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 8:15-bk-15312-MW; 8:15-bk-15313-MW; 8:15-bk-15315-MW; 8:15-bk-15316-MW; 8:15-bk-15317-MW; 8:15-bk-15318-MW; 8:15-bk-15319-MW; 8:15-bk-15320-MW; 8:15-bk-15321-MW; 8:15-bk-15322-MW; 8:15-bk-15323-MW; 8:15-bk-15324-MW; 8:15-bk-15325-MW; 8:15-bk-15326-MW; 8:15-bk-15327-MW; 8:15-bk-15328-MW; 8:15-bk-15329-MW; 8:15-bk-15330-MW; 8:15-bk-15332-MW; 8-15-bk-15337-MW; 8:15-bk-15339-MW; 8-15-bk-15340-MW; 8:15-bk-15342-MW; 8:15-bk-15343-MW) |

---

[1] The last four digits of the Debtors' federal tax identification numbers are as follows: Freedom Communications, Inc. (0750); Freedom Communications Holdings, Inc. (2814); Freedom Services, Inc. (3125); 2100 Freedom, Inc. (7300); OCR Community Publications, Inc. (9752); Daily Press, LLC (3610); Freedom California Mary Publishing, Inc. (4121); Freedom California Ville Publishing Company LP (7735); Freedom Colorado Information, Inc. (7806); Freedom Interactive Newspapers, Inc. (9343); Freedom Interactive Newspapers of Texas, Inc. (8187); Freedom Newspaper Acquisitions, Inc. (4322); Freedom Newspapers (7766); Freedom Newspapers, Inc. (3240); Freedom Newspapers of Southwestern Arizona, Inc. (5797); OCR Information Marketing, Inc. (7983); Odessa American (7714); Orange County Register Communications, Inc. (7980); Victor Valley Publishing Company (6082); Victorville Publishing Company (7617); Freedom SPV II, LLC (8253); Freedom SPV VI, LLC (8434); Freedom SPV I, LLC (3293); Freedom SPV IV, LLC (8500); and Freedom SPV V, LLC (9036). The Debtors' mailing address is 625 N. Grand Avenue, Santa Ana, California 92701.

DOCS_LA:294833.1 29266/002

| | |
|---|---|
| Affects:<br>☐ All Debtors<br><br>☒ Freedom Communications, Inc., a Delaware corporation, ONLY<br><br>☒ Freedom Communications Holdings, Inc., a Delaware corporation, ONLY<br><br>☒ Freedom Services, Inc., a Delaware corporation, ONLY<br><br>☐ 2100 Freedom. Inc., a Delaware corporation, ONLY<br><br>☒ OCR Community Publications, Inc., a California corporation, ONLY<br><br>☐ Daily Press, LLC, a California limited liability company, ONLY<br><br>☐ Freedom California Mary Publishing, Inc., a California corporation, ONLY<br><br>☐ Freedom California Ville Publishing Company LP, a California limited partnership, ONLY<br><br>☐ Freedom Colorado Information, Inc., a Delaware corporation, ONLY<br><br>☐ Freedom Interactive Newspapers, Inc., a California corporation, ONLY<br><br>☐ Freedom Interactive Newspapers of Texas, Inc., a Delaware corporation, ONLY<br><br>☐ Freedom Newspaper Acquisitions, Inc., a Delaware corporation, ONLY<br><br>☐ Freedom Newspapers, a Texas general partnership, ONLY<br><br>☐ Freedom Newspapers, Inc., a Delaware corporation, ONLY<br><br>☐ Freedom Newspapers of Southwestern Arizona, Inc., a California corporation, ONLY<br><br>☐ OCR Information Marketing, Inc., a California corporation, ONLY<br><br>☐ Odessa American, a Texas general partnership, ONLY | **SUPPLEMENT TO APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO SECTION 1103(A) OF THE BANKRUPTCY CODE FOR AUTHORITY TO EMPLOY ALVAREZ & MARSAL NORTH AMERICA, LLC AS FINANCIAL ADVISOR TO THE COMMITTEE, EFFECTIVE AS OF NOVEMBER 13, 2015**<br><br>[No hearing required pursuant to Local Bankruptcy Rule 2014-1(b)(1)] |

2

DOCS_LA:294833.1 29266/002

☐ Orange County Register Communications, Inc., a California corporation, ONLY

☐ Victor Valley Publishing Company, a California corporation, ONLY

☐ Victorville Publishing Company, a California limited partnership, ONLY

☐ Freedom SPV II, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV VI, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV I, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV IV, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV V, LLC, a Delaware limited liability company, ONLY

**TO THE HONORABLE MARK WALLACE, UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS AND DEBTORS IN POSSESSION, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES REQUESTING SPECIAL NOTICE:**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the bankruptcy case of Freedom Communications, Inc. *et al* (the "Debtors") hereby files this supplement to its application to employ Alvarez & Marsal North America, LLC ("A&M"), as the Committee's financial advisor to include a request for a modified fee application procedure as set forth below ("Fee Application Procedure"):[2]

In compliance with the Guide to Applications for Employment of Professionals and Treatment of Retainers promulgated by the Office of the United States Trustee each month, or as soon thereafter as is practicable, A&M will file with the Court and serve on both the Office of the United States Trustee and general counsel for the Debtors, a Professional Fee Statement and/or a

---

[2] A&M, through Committee counsel, has discussed this Fee Application Procedure with both the Debtors and the Office of the United States Trustee, each of whom have approved it for these Cases. It is identical to the procedure in each application to employ a professional filed by the Debtors, other than the "hold back" provisions. A&M understands that similar holdback provisions will be enforced with respect to each hourly professional employed in these cases.

3

DOCS_LA:294833.1 29266/002

Monthly Fee Statement and an invoice ("Fee Statement") for services rendered and expenses incurred in connection with these cases, redacting any attorney-client privileged and other privileged information. A&M will submit with the Fee Statement documentation supporting the charges for the professional services and expenses. The Committee requests the Court order that, if no written objection is filed with the Court and served on A&M with respect to the amount set forth in the Fee Statement within ten (10) days after the service of the Fee Statement, then, as applicable, the Debtors shall promptly pay an amount equal to eighty percent (80%) of the fees sought and one hundred percent (100%) of the expenses. If an objection is timely filed and served, then the Debtors shall pay to A&M only the undisputed amount of the Fee Statement until such time as the objection has been resolved by the Court.

No portion of any monthly payments made to A&M pursuant to the Fee Application Procedure will be deemed to have been allowed by the Court unless and until such time as the Court enters an order expressly allowing the fees and costs in accordance with the requirements of Bankruptcy Code sections 328, 330, and/or 331. During these cases, A&M will file applications seeking interim allowance of its fees and costs incurred to that date and paid pursuant to the Fee Application Procedure provided for herein. Also, at the conclusion of these cases, A&M will file an application seeking final allowance of its total fees and costs incurred in connection with these cases, whether or not interim compensation has been paid to A&M.

Dated: December 7, 2015                    PACHULSKI STANG ZIEHL & JONES LLP

By: ___/s/ *Jeffrey W. Dulberg*___
[Proposed] Attorneys for the Official
Committee of Unsecured Creditors

4

DOCS_LA:294833.1 29266/002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **SUPPLEMENT TO APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO SECTION 1103(A) OF THE BANKRUPTCY CODE FOR AUTHORITY TO EMPLOY ALVAREZ & MARSAL NORTH AMERICA, LLC AS FINANCIAL ADVISOR TO THE COMMITTEE, EFFECTIVE AS OF NOVEMBER 13, 2015** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 7, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **December 7, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL**
Honorable Mark S. Wallace
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 6135 / Courtroom 6C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 7, 2015 | Nancy H. Brown | /s/ *Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:294873.4 29266/002

**ADDITIONAL SERVICE LIST**
**Case No.: 8-15-bk-15311-MW**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- James C Behrens    jbehrens@greenbergglusker.com, kwoodson@ggfirm.com;calendar@ggfirm.com
- Ron Bender    rb@lnbyb.com
- J Scott Bovitz    bovitz@bovitz-spitzer.com
- Frank Cadigan    frank.cadigan@usdoj.gov
- Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- Caroline Djang    cdjang@rutan.com, csolorzano@rutan.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Robert J Feinstein    rfeinstein@pszjlaw.com
- Alan J Friedman    afriedman@wgllp.com, nlockwood@wgllp.com;jokeefe@wgllp.com;banavim@wgllp.com
- Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
- Seth Goldman    seth.goldman@mto.com
- Christopher J Green    cgreen@wgllp.com, chrisgreen@ucla.com;kadele@wgllp.com
- M Jonathan Hayes    jhayes@srhlawfirm.com, roksana@srhlawfirm.com;matthew@srhlawfirm.com; rosarioz@srhlawfirm.com;jfisher@srhlawfirm.com;maria@srhlawfirm.com;staci@srhlawfirm.com;jhayesecf@gmail.com;sevan@srhlawfirm.com;carolyn@srhlawfirm.com
- James O Johnston    jjohnston@jonesday.com
- Elan S Levey    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- William N Lobel    wlobel@lwgfllp.com, nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@wgllp.com
- Aaron J Malo    amalo@sheppardmullin.com, jsummers@sheppardmullin.com
- Ashley M McDow    amcdow@bakerlaw.com, mdelaney@bakerlaw.com;lhua@bakerlaw.com;rojeda@bakerlaw.com;ffarivar@bakerlaw.com
- David W. Meadows    david@davidwmeadowslaw.com
- Ernie Zachary Park    ernie.park@bewleylaw.com
- Courtney E Pozmantier    cpozmantier@greenbergglusker.com, kwoodson@greenbergglusker.com;jking@greenbergglusker.com;calendar@greenbergglusker.com
- Christopher E Prince    cprince@lesnickprince.com
- Jeremy E Rosenthal    jrosenthal@sidley.com
- Peter J Rudinskas    pjr.legal@gmail.com
- Leonard M Shulman    lshulman@shbllp.com
- David P Simonds    dsimonds@akingump.com, tsouthwell@akingump.com
- Helena Tseregounis    htseregounis@sidley.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Monika S Wiener    mwiener@jonesday.com, kfloyd@jonesday.com
- Beth Ann R Young    bry@lnbyb.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:294873.4 29266/002