William N. Lobel, State Bar No. 93202
wlobel@lwgfllp.com
Alan J. Friedman, State Bar No. 132580
afriedman@lwgfllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@lwgfllp.com
Christopher J. Green, State Bar No. 295874
cgreen@lwgfllp.com
**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Proposed Reorganization Counsel for
Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>FREEDOM COMMUNICATIONS, INC., a Delaware corporation, *et al.*,[1]<br><br>    Debtors and<br>    Debtors-in-Possession.<br><br>Affects:<br><br>☒  All Debtors<br><br>☐  Freedom Communications, Inc., a Delaware corporation, ONLY | Case No. 8:15-bk-15311-MW<br>Chapter 11<br><br>(Jointly Administered With Case Nos. 8:15-bk-15312-MW; 8:15-bk-15313-MW; 8:15-bk-15315-MW; 8:15-bk-15316-MW; 8:15-bk-15317-MW; 8:15-bk-15318-MW; 8:15-bk-15319-MW; 8:15-bk-15320-MW; 8:15-bk-15321-MW; 8:15-bk-15322-MW; 8:15-bk-15323-MW; 8:15-bk-15324-MW; 8:15-bk-15325-MW; 8:15-bk-15326-MW; 8:15-bk-15327-MW; 8:15-bk-15328-MW; 8:15-bk-15329-MW; 8:15-bk-15330-MW; 8:15-bk-15332-MW; 8:15-bk-15337-MW; 8:15-bk-15339-MW; 8:15-bk-15340-MW; 8:15-bk-15342-MW; 8:15-bk-15343-MW) |

---

[1] The last four digits of the Debtors' federal tax identification numbers are as follows: Freedom Communications, Inc. (0750); Freedom Communications Holdings, Inc. (2814); Freedom Services, Inc. (3125); 2100 Freedom, Inc. (7300); OCR Community Publications, Inc. (9752); Daily Press, LLC (3610); Freedom California Mary Publishing, Inc. (4121); Freedom California Ville Publishing Company LP (7735); Freedom Colorado Information, Inc. (7806); Freedom Interactive Newspapers, Inc. (9343); Freedom Interactive Newspapers of Texas, Inc. (8187); Freedom Newspaper Acquisitions, Inc. (4322); Freedom Newspapers (7766); Freedom Newspapers, Inc. (3240); Freedom Newspapers of Southwestern Arizona, Inc. (5797); OCR Information Marketing, Inc. (7983); Odessa American (7714); Orange County Register Communications, Inc. (7980); Victor Valley Publishing Company (6082); Victorville Publishing Company (7617); Freedom SPV II, LLC (8253); Freedom SPV VI, LLC (8434); Freedom SPV I, LLC (3293); Freedom SPV IV, LLC (8500); and Freedom SPV V, LLC (9036). The Debtors' mailing address is 625 N. Grand Avenue, Santa Ana, California 92701.

1049855.3                    1                    DECLARATION OF ALAN J. FRIEDMANAPPLICATION TO EMPLOY LOBEL WEILAND GOLDEN FRIEDMAN LLP AS REORGANIZATION COUNSEL

| | |
|---|---|
| 1  ☐ Freedom Communications Holdings, Inc., a Delaware corporation, ONLY | **DECLARATION OF ALAN J. FRIEDMAN IN SUPPORT OF APPLICATION OF DEBTORS AND DEBTORS-IN-POSSESSION TO EMPLOY LOBEL WEILAND GOLDEN FRIEDMAN LLP AS REORGANIZATION COUNSEL** |
| 2  ☐ Freedom Services, Inc., a Delaware corporation, ONLY | |
| 4  ☐ 2100 Freedom, Inc., a Delaware corporation, ONLY | [No hearing required pursuant to Local Bankruptcy Rule 2014-1(b)(1)] |
| 5  ☐ OCR Community Publications, Inc., a California corporation, ONLY | |
| 7  ☐ Daily Press, LLC, a California limited liability company, ONLY | |
| 8  ☐ Freedom California Mary Publishing, Inc., a California corporation, ONLY | |
| 10  ☐ Freedom California Ville Publishing Company LP, a California limited partnership, ONLY | |
| 12  ☐ Freedom Colorado Information, Inc., a Delaware corporation, ONLY | |
| 13  ☐ Freedom Interactive Newspapers, Inc., a California corporation, ONLY | |
| 15  ☐ Freedom Interactive Newspapers of Texas, Inc., a Delaware corporation, ONLY | |
| 16  ☐ Freedom Newspaper Acquisitions, Inc., a Delaware corporation, ONLY | |
| 18  ☐ Freedom Newspapers, a Texas general partnership, ONLY | |
| 19  ☐ Freedom Newspapers, Inc., a Delaware corporation, ONLY | |
| 21  ☐ Freedom Newspapers of Southwestern Arizona, Inc., a California corporation, ONLY | |
| 23  ☐ OCR Information Marketing, Inc., a California corporation, ONLY | |
| 24  ☐ Odessa American, a Texas general partnership, ONLY | |
| 26  ☐ Orange County Register Communications, Inc., a California corporation, ONLY | |

Left margin: **Lobel Weiland Golden Friedman LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

1049855.3

2

DECLARATION OF ALAN J. FRIEDMAN APPLICATION TO EMPLOY LOBEL WEILAND GOLDEN FRIEDMAN LLP AS REORGANIZATION COUNSEL

**Lobel Weiland Golden Friedman LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1  ☐ Victor Valley Publishing Company, a California corporation, ONLY

2
3  ☐ Victorville Publishing Company, a California limited partnership, ONLY

4  ☐ Freedom SPV II, LLC, a Delaware limited liability company, ONLY

5
6  ☐ Freedom SPV VI, LLC, a Delaware limited liability company, ONLY

7  ☐ Freedom SPV I, LLC, a Delaware limited liability company, ONLY

8
9  ☐ Freedom SPV IV, LLC, a Delaware limited liability company, ONLY

10  ☐ Freedom SPV V, LLC, a Delaware limited liability company, ONLY

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1049855.3

3

DECLARATION OF ALAN J. FRIEDMAN APPLICATION TO EMPLOY LOBEL WEILAND GOLDEN FRIEDMAN LLP AS REORGANIZATION COUNSEL

I, Alan J. Friedman, hereby declare that, if called as a witness in this matter, I could and would testify competently of my own personal knowledge as follows:

1. I am a partner in Lobel Weiland Golden Friedman LLP (the "Firm"), located at 650 Town Center Drive, Suite 950, Costa Mesa, California. I am an attorney at law, admitted to practice in all the courts of the State of California and in the United States District Court for the Central District of California.

2. The Firm has been retained as counsel in the chapter 11 cases of Freedom Communications, Inc., a Delaware corporation ("Freedom Communications") and each of its related debtors and debtors-in-possession in the above-captioned chapter 11 cases (the "Debtors" and each a "Debtor").

3. Except where noted, I have personal knowledge of the facts stated herein, and would competently testify thereto if sworn as a witness, except as to those matters stated on information and belief, which I believe to be true.

4. On November 24, 2015 the Debtors filed their *Application of the Debtors and Debtors-in-Possession to Employ Lobel Weiland Golden Friedman LLP as Reorganization Counsel* (the "Application")[2] [Docket No. 130]. I offer this Declaration in support of the Application.

5. On or about December 3, 2015, Nancy Goldenberg, trial attorney for the Office of the United States Trustee (the "OUST"), contacted me to discuss if the Firm would agree to withhold 20% of the fees the Firm incurs for services rendered to the Debtors for each reporting period, subject to applying for payment of the remaining 20% as part of the fee application process.

/ / /

/ / /

---

[2] Any and all capitalized terms not expressly defined herein shall have the meaning ascribed to them in the Application.

1   As confirmed with the OUST, the Firm has agreed to be paid an amount equal to
2   80% of the fees sought for each reporting period.
3   I declare under penalty of perjury under the laws of the United States of America
4   that the foregoing is true and correct.
5   Executed on this 7th day of December, at Costa Mesa, California.

_____
ALAN J. FRIEDMAN

| In re: | CHAPTER: **11** |
|---|---|
| **Freedom Communications, Inc., a Delaware corporation, Inc., et al.**                                     Debtor(s). | CASE NUMBER: **8:15-bk-15311-MW** **(Jointly Administered)** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

650 Town Center Drive, Suite 950
Costa Mesa, CA  92626

A true and correct copy of the foregoing document entitled **DECLARATION OF ALAN J. FRIEDMAN IN SUPPORT OF APPLICATION OF DEBTORS AND DEBTORS-IN-POSSESSION TO EMPLOY LOBEL WEILAND GOLDEN FRIEDMAN LLP AS REORGANIZATION COUNSEL**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 7, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 7, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

(Attorney Service)
The Honorable Mark S. Wallace
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Courtesy Bin
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/7/2015 | Nancy Lockwood | /s/ Nancy Lockwood |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re: **Freedom Communications, Inc., a Delaware corporation, Inc., et al.** Debtor(s). | CHAPTER **11** <br> CASE NUMBER **8:15-bk-15311-MW** **(Jointly Administered)** |
|---|---|

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- James C Behrens    jbehrens@greenbergglusker.com, kwoodson@ggfirm.com;calendar@ggfirm.com
- Ron Bender    rb@lnbyb.com
- J Scott Bovitz    bovitz@bovitz-spitzer.com
- Frank Cadigan    frank.cadigan@usdoj.gov
- Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- Caroline Djang    cdjang@rutan.com, csolorzano@rutan.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Robert J Feinstein    rfeinstein@pszjlaw.com
- Alan J Friedman    afriedman@wgllp.com, nlockwood@wgllp.com;jokeefe@wgllp.com;banavim@wgllp.com
- Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Seth Goldman    seth.goldman@mto.com
- Christopher J Green    cgreen@wgllp.com, chrisgreen@ucla.com;kadele@wgllp.com
- M Jonathan Hayes    jhayes@srhlawfirm.com, roksana@srhlawfirm.com;matthew@srhlawfirm.com;rosarioz@srhlawfirm.com;jfisher@srhlawfirm.com;maria@srhlawfirm.com;staci@srhlawfirm.com;jhayesecf@gmail.com;sevan@srhlawfirm.com;carolyn@srhlawfirm.com
- James O Johnston    jjohnston@jonesday.com
- Elan S Levey    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- William N Lobel    wlobel@lwgfllp.com, nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@wgllp.com
- Aaron J Malo    amalo@sheppardmullin.com, jsummers@sheppardmullin.com
- Ashley M McDow    amcdow@bakerlaw.com, mdelaney@bakerlaw.com;bmidgal@bakerlaw.com;rojeda@bakerlaw.com;ffarivar@bakerlaw.com
- David W. Meadows    david@davidwmeadowslaw.com
- Ernie Zachary Park    ernie.park@bewleylaw.com
- Courtney E Pozmantier    cpozmantier@greenbergglusker.com, kwoodson@greenbergglusker.com;jking@greenbergglusker.com;calendar@greenbergglusker.com
- Christopher E Prince    cprince@lesnickprince.com
- Jeremy E Rosenthal    jrosenthal@sidley.com
- Peter J Rudinskas    pjr.legal@gmail.com
- Leonard M Shulman    lshulman@shbllp.com
- David P Simonds    dsimonds@akingump.com, tsouthwell@akingump.com
- Helena Tseregounis    htseregounis@sidley.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Monika S Wiener    mwiener@jonesday.com, kfloyd@jonesday.com
- Beth Ann R Young    bry@lnbyb.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1**