**Fill in this information to identify the case:**

Debtor name    **Freedom Communications, Inc., a Delaware corporation**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:15-bk-15311 MW**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:    Summary of Assets**

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................    $                    0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................    $            59,368,451.69

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................    $            59,368,451.69

---

**Part 2:    Summary of Liabilities**

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $            34,919,920.00

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*...........................................................    $                890,214.48

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*................................................    +$            158,632,017.59

4.  **Total liabilities** ..............................................................................................
    Lines 2 + 3a + 3b                                                                                                                    $            218,890,683.76

**Fill in this information to identify the case:**

Debtor name     **Freedom Communications, Inc., a Delaware corporation**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **8:15-bk-15311 MW**

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**   **Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

  ☐ No.  Go to Part 2.
  ☑ Yes Fill in the information below.
  All cash or cash equivalents owned or controlled by the debtor

|     |     | Current value of debtor's interest |
|-----|-----|-----:|
| 2. | Cash on hand | $1,200.00 |

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---:|
| 3.1. | Concentration Account<br>Last 4 digits of Acc# : 9602<br>City National Bank | Concentration Account | 9602 | $88,290.09 |
| 3.2. | OCR Lockbox Account<br>Last 4 digits of Acc# : 2465<br>City National Bank | OCR Lockbox Account | 2465 | $351,370.78 |
| 3.3. | OCR ACH/CC Account<br>Last 4 digits of Acc# : 2473<br>City National Bank | OCR ACH/CC Account | 2473 | $773,588.89 |
| 3.4. | Collateral Reserve Account<br>Last 4 digits of Acc# : 7181<br>City National Bank | Collateral Reserve Account | 7181 | $500,000.00 |
| 3.5. | OCR Lockbox<br>Last 4 digits of Acc# : 6350<br>BNY Mellon | OCR Lockbox | 6350 | $68,980.27 |

4. Other cash equivalents *(Identify all)*

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Freedom Communications, Inc., a Delaware corporation** | Case number (If known) **8:15-bk-15311 MW** |
|---|---|---|
| | Name | |

**5.**     **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$1,783,430.03

### Part 2: Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

**7.**     **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

    7.1..    REFER TO ATTACHED ADDENDUM

**8.**     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

    8.1..    REFER TO ATTACHED ADDENDUM

**9.**     **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$9,130,400.24

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

**11.**     **Accounts receivable**

| 11a. 90 days old or less: | 10,672,290.09 | - | 537,872.47 | = .... | $10,134,417.62 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 1,522,137.65 | - | 1,333,286.67 | =.... | $188,850.98 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.**     **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$10,323,268.60

### Part 4: Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.**     **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15.**     **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC,**

Debtor   **Freedom Communications, Inc., a Delaware corporation**                     Case number (If known) **8:15-bk-15311 MW**
_____
Name

partnership, or joint venture
Name of entity:                                    % of ownership

| | % of ownership | | | |
|---|---|---|---|---|
| 15.1.. **% Ownership : 100%** <br> **Freedom Services Inc** | 100.00 | % | | Unknown |
| 15.2.. **% Ownership : 1.48** <br> **Newspaper National Network LP** | 1.48 | % | | Unknown |
| 15.3.. **% Ownership : 79.00** <br> **Freedom SPV I LLC** | 79.00 | % | | Unknown |
| 15.4.. **% Ownership : 100** <br> **Freedom Newspapers Inc** | 100.00 | % | | Unknown |
| 15.5.. **% Ownership : 100** <br> **Freedom Broadcasting Inc** | 100.00 | % | | Unknown |
| 15.6.. **% Ownership : 100** <br> **Freedom Metro Information Inc** | 100.00 | % | | Unknown |
| 15.7.. **% Ownership : 100** <br> **Freedom Magazines Inc** | 100.00 | % | | Unknown |
| 15.8.. **% Ownership : 1.0** <br> **Clovis News Journal** | 1.00 | % | | Unknown |
| 15.9.. **% Ownership : 4.41** <br> **Victorville Publishing Company** | 4.41 | % | | Unknown |
| 15.10.. **% Ownership : 72.68** <br> **Freedom California Ville Publishing Company LP** | 72.68 | % | | Unknown |
| 15.11.. **% Ownership : 59.60** <br> **Odessa American** | 59.60 | % | | Unknown |
| 15.12.. **% Ownership : 78.45** <br> **Lima News** | 78.45 | % | | Unknown |
| 15.13.. **% Ownership : 80.00** <br> **Freedom Newspapers** | 80.00 | % | | Unknown |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Freedom Communications, Inc., a Delaware corporation** | | | Case number *(If known)* **8:15-bk-15311 MW** |
| | Name | | | |

16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1
Describe:

| 17. | Total of Part 4. | | | | $0.00 |
| | Add lines 14 through 16. Copy the total to line 83. | | | | |

**Part 5:    Inventory, excluding agriculture assets**

18. Does the debtor own any inventory (excluding agriculture assets)?

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials **Paper** | 9/30/2015 | $2,149,629.90 | Cost | $2,149,629.90 |
| 20. | Work in progress | | | | |
| 21. | Finished goods, including goods held for resale | | | | |
| 22. | Other inventory or supplies **Ink plates and other production supplies** | 9/30/2015 | $356,771.41 | Cost | $356,771.41 |

| 23. | Total of Part 5. | | | | $2,506,401.31 |
| | Add lines 19 through 22. Copy the total to line 84. | | | | |

24. Is any of the property listed in Part 5 perishable?
☑ No
☐ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?
☑ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| | General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 39. | Office furniture | | | | |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page **4**

| Debtor | Freedom Communications, Inc., a Delaware corporation | Case number (if known) 8:15-bk-15311 MW |
|---|---|---|
| | Name | |

| Office Furniture and Fixtures | $432,779.61 | | $432,779.61 |
|---|---|---|---|

40.  Office fixtures

41.  Office equipment, including all computer equipment and communication systems equipment and software
**General Office Equipment, Computer Equipment, Software, and Leased Mail Meters (Pitney Bowes)**          $841,755.91          $841,755.91

42.  Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.          $1,274,535.52

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:     Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1..  **2007 Freightliner Semi Tractor Trailor (1FUJC5CY67HY39638)** | $9,733.33 | | $9,733.33 |
| 47.2..  **2007 Freightliner Semi Tractor Trailor (1FUJC5CY67HY39636)** | $9,733.33 | | $9,733.33 |
| 47.3..  **2007 Freightliner Semi Tractor Trailor (1FUJC5CY67HY39637)** | $9,733.33 | | $9,733.33 |
| 47.4..  **2007 Freightliner Semi Tractor Trailor (1FUJC5CY67HY39643)** | $9,733.33 | | $9,733.33 |
| 47.5..  **2007 Freightliner Semi Tractor Trailor (1FUJC5CY67HY39634)** | $9,733.33 | | $9,733.33 |
| 47.6..  **2007 Freightliner Semi Tractor Trailor (1FUJC5CY67HY39639)** | $9,733.33 | | $9,733.33 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Freedom Communications, Inc., a Delaware corporation** | | Case number *(If known)* **8:15-bk-15311 MW** |
| | Name | | |

| | | | |
|---|---|---|---|
| 47.7.. | **2007 Freightliner Semi Tractor Trailer (1FUJC5CY67HY39642)** | $9,733.33 | $9,733.33 |
| 47.8.. | **2007 Freightliner Semi Tractor Trailer (1FUJC5CY67HY39635)** | $9,733.33 | $9,733.33 |
| 47.9.. | **2007 Freightliner Semi Tractor Trailer (1FUJC5CY67HY39640)** | $9,733.33 | $9,733.33 |
| 47.10.. | **2007 Freightliner Semi Tractor Trailer (1FUJC5CY67HY39641)** | $9,733.33 | $9,733.33 |
| 47.11.. | **2007 Freightliner Bobtail Truck (1FHCYCSX7HY39644)** | $25,653.09 | $25,653.09 |
| 47.12.. | **2007 Freightliner Bobtail Truck (1FHCYCS17HY39645)** | $25,653.09 | $25,653.09 |
| 47.13.. | **2007 Freightliner Bobtail Truck (1FHCYCS37HY39646)** | $25,634.09 | $25,634.09 |
| 47.14.. | **2007 Freightliner Bobtail Truck (1FVHCYCS77HY39648)** | $25,634.09 | $25,634.09 |
| 47.15.. | **2007 Freightliner Bobtail Truck (1FVHCYCS97HY39649)** | $25,634.09 | $25,634.09 |
| 47.16.. | **2007 Freightliner Bobtail Truck (1FVHCYCS57HY39647)** | $25,729.25 | $25,729.25 |
| 47.17.. | **2007 Freightliner Bobtail Truck (1FVHCYCS97HY39652)** | $25,729.09 | $25,729.09 |
| 47.18.. | **2007 Freightliner Bobtail Truck (1FVHCYCS67HY39565)** | $25,729.09 | $25,729.09 |
| 47.19.. | **2007 Freightliner Bobtail Truck (1FVHCYCS47HY39655)** | $25,757.06 | $25,757.06 |
| 47.20.. | **2007 Freightliner Bobtail Truck (1FVHCYCS57HY39650)** | $25,729.09 | $25,729.09 |
| 47.21.. | **2007 Freightliner Bobtail Truck (1FVHCYCS77HY39651)** | $15,906.00 | $15,906.00 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 6

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Freedom Communications, Inc., a Delaware corporation | Case number *(if known)* | 8:15-bk-15311 MW |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 47.22 | 2007 Freightliner Bobtail Truck (1FVHCYCSX7HY39658) | $15,906.00 | $15,906.00 |
| 47.23 | 2003 Toyota Tacoma Pickup Truck (5TENL42N93Z230654) | $1,697.00 | $1,697.00 |
| 47.24 | 2006 Isuzu Truck (4KLC4B1U66J802702) | $3,017.00 | $3,017.00 |
| 47.25 | 2006 Isuzu Truck (4KLC4B1U66J803148) | $3,017.00 | $3,017.00 |
| 47.26 | 1999 Chevrolet Pickup Truck | $1,059.67 | $1,059.67 |
| 47.27 | 2003 Chevrolet Express 2500 Cargo Van | $72.41 | $72.41 |
| 47.28 | 2006 GMC Sierra 1500 Crew Cab Truck | $125.09 | $125.09 |

48.  Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  Aircraft and accessories

50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| | | | |
|---|---|---|---|
| Leased Water Cooling System (Connext Financial) | $0.00 | | $0.00 |
| Machinery and Equipment | $7,810,843.23 | Cost | $7,810,843.23 |
| Leased Forklifts (Toyota) - No Value | $0.00 | | $0.00 |

51.  **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| $8,205,858.73 |
|---|

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor **Freedom Communications, Inc., a Delaware corporation**
_____
Name

Case number *(if known)* **8:15-bk-15311 MW**

55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  700 Civic Center Drive W Santa Ana, CA 92701 (Reporter Room) | Licensee | $0.00 | | Unknown |
| 55.2.  1701 S. Lewis St Anaheim, CA 92805 | Lease | $0.00 | | Unknown |
| 55.3.  1771 S. Lewis St Anaheim, CA 92805 | Lease | $0.00 | | Unknown |
| 55.4.  714 W. Olympic Blvd, Suite 300, Los Angeles, CA 90015 | Lease | $0.00 | | Unknown |
| 55.5.  2883 E. Spring St #250, Long Beach, CA 90806 | Lease | $0.00 | | Unknown |
| 55.6.  Sun Post - (Sales Office) - 95 Avenida del Mar, San Clemente, CA 94563 | Lease | $0.00 | | Unknown |
| 55.7.  Laguna Woods Village Community Center, 24351 El Toro Rd, Laguna Woods, CA 92637 | Lease | $0.00 | | Unknown |
| 55.8.  625 N. Grand (5 story office bldg.) Santa Ana, CA 92701 - KDOC | Sub-Lessor | $0.00 | | Unknown |
| 55.9.  Section of OCR land off of Fruit Street | Sub-Lessor | $0.00 | | Unknown |

| Debtor | **Freedom Communications, Inc., a Delaware corporation** | | Case number *(if known)* **8:15-bk-15311 MW** | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 55.10 | **625 N. Grand, Santa Ana, CA 92701** | Sub-Lessor | $0.00 | Unknown |
| 55.11 | **0.02 acre parcel - no situs** | Equitable interest | $0.00 | Unknown |

**56.** Total of Part 9.

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

> Unknown

**57.** Is a depreciation schedule available for any of the property listed in Part 9?
☐ No
☑ Yes

**58.** Has any of the property listed in Part 9 been appraised by a professional within the last year?
☑ No
☐ Yes

---

**Part 10**   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** Patents, copyrights, trademarks, and trade secrets | | | |
| **61.** Internet domain names and websites | | | |
| **62.** Licenses, franchises, and royalties | | | |
| **63.** Customer lists, mailing lists, or other compilations **Customer Lists and Base** | $11,862,140.00 | Cost | $11,862,140.00 |
| **64.** Other intangibles, or intellectual property **Mastheads** | $13,457,915.00 | Cost | $13,457,915.00 |
| Income Leases | $536,162.00 | Cost | $536,162.00 |
| **65.** Goodwill | | | |

**66.** Total of Part 10.

Add lines 60 through 65. Copy the total to line 89.

> $25,856,217.00

**67.** Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?
☑ No
☐ Yes

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor    **Freedom Communications, Inc., a Delaware**     Case number *(If known)*  **8:15-bk-15311 MW**
          **corporation**
          _____
                          Name

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

| Part 11. | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ☑ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Trade/Barter contracts/assets - counter liability**<br>**representing obligation to perform not included** | $232,543.09 |
|  | **Officer receivable** | $10,000.00 |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $242,543.09 |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Debtor | **Freedom Communications, Inc., a Delaware corporation** | Case number *(If known)* **8:15-bk-15311 MW** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $1,783,430.03 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $9,176,197.41 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $10,323,268.60 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $2,506,401.31 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $1,274,535.52 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $8,205,858.73 | |
| 88. Real property. *Copy line 56, Part 9.*..................................................> | | Unknown |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $25,856,217.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $242,543.09 | |
| 91. Total. Add lines 80 through 90 for each column | $59,368,451.69 | + 91b. Unknown |
| 92. Total of all property on Schedule A/B. Add lines 91a+91b=92 | | $59,368,451.69 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Freedom Communications, Inc., a Delaware corporation** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **8:15-bk-15311 MW** |

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|

**2.1** **Pension Benefit Guaranty Corporation**
Creditor's Name

**FBO The Retirement Plan of Freedom Communications Inc
1200 K Street NW
Washington, DC 20005**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**Various**
Last 4 digits of account number ____

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Silver Point Financial LLC
2. Pension Benefit Guaranty Corporation**

Describe debtor's property that is subject to a lien
**Personal property**

Describe the lien
**Pension Benefit Liens**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$15,458,715.00** | **$59,368,451.69**

---

**2.2** **Silver Point Financial LLC**
Creditor's Name

**Managing Agent, Officer or Director
Two Greenwich Plaza
Greenwich, CT 06830**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Describe debtor's property that is subject to a lien
**All assets, whether now owned or hereafter acquired**

Describe the lien
**Financing Statement**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No

**$19,461,205.00** | **(Amount listed on line 2.1)**

Debtor 1  **Richard E. Mirman**

    First Name           Middle Name           Last Name            Case number (if know)    **8:15-bk-15311 MW**

**2013**
Last 4 digits of account number

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  **$34,919,920.00**

**Part 2:**  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **CSC**<br>**Managing Agent, Officer or Director**<br>**2710 Gateway Oaks Drive**<br>**Suite 150N**<br>**Sacramento, CA 95833** | Line **2.2** | |
| **Munger Tolles & Olson LLP**<br>**Seth Goldman Esq**<br>**355 South Grand Avenue**<br>**Los Angeles, CA 90071** | Line **2.2** | |
| **Paul Weiss Rifkind Wharton etc**<br>**Managing Partner**<br>**1285 Avenue of the Americas**<br>**New York, NY 10019** | Line **2.2** | |
| **Pension Benefit Guaranty Corp**<br>**Marc Pfeuffer Esq**<br>**Office of the Chief Counsel**<br>**1200 K St NW**<br>**Washington, DC 20005-4026** | Line **2.1** | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** FREEDOM COMMUNICATIONS, INC. |
| **United States Bankruptcy Court for the:** Central District of California |
| **Case number (if known):** 8:15-bk-15311-MW |

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G) .Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** | List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.
    ☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| 2.1. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |
| | Name and Address Intentionally Omitted | ☐ Contingent | $6,928.67 | $6,928.67 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | **Nonpriority amount** |
| | | | | $0.00 |

| **Date or dates debt was incurred** | **Basis for the claim:** |
| --- | --- |
| VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB |

**Last 4 digits of account number:** 8248

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.2. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $194,124.35 | $12,475.00 |
| | | ☐ Unliquidated | | |
| | | | | **Nonpriority amount** |
| | | ☐ Disputed | | $181,649.35 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8597

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.3. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $2,410.94 | $2,410.94 |
| | | ☐ Unliquidated | | |
| | | | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9003

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.4. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $6,841.53 | $6,841.53 |
| | | ☐ Unliquidated | | |
| | | | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7897

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.5. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|------|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $7,080.81
Priority amount: $7,080.81

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7770

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.6. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|------|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,226.50
Priority amount: $1,226.50

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9620

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.7. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|------|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $5,926.72
Priority amount: $5,926.72

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9649

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **FREEDOM COMMUNICATIONS, INC**    Case number *(if known)* **8:15-bk-15311-MW**

---

| 2.8. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|------|-----------------------------------------------|----------------------------------------------------------------------|-------------|-----------------|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|-------------|-----------------|
| $2,488.97 | $2,488.97 |

| Nonpriority amount |
|--------------------|
| $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8623

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.9. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|------|-----------------------------------------------|----------------------------------------------------------------------|-------------|-----------------|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|-------------|-----------------|
| $220.95 | $220.95 |

| Nonpriority amount |
|--------------------|
| $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0018

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.10. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|-------|-----------------------------------------------|----------------------------------------------------------------------|-------------|-----------------|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|-------------|-----------------|
| $3,232.06 | $3,232.06 |

| Nonpriority amount |
|--------------------|
| $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0293

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.11. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $6,667.94 | $6,667.94 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2605

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.12. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $3,475.76 | $3,475.76 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9761

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.13. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $10,574.94 | $10,574.94 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 5235

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor  **FREEDOM COMMUNICATIONS, INC**                                      Case number *(if known)* **8:15-bk-15311-MW**

| 2.14. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent

☐ Unliquidated

☐ Disputed

| | | | $3,672.05 | $3,672.05 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 9082

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| 2.15. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent

☐ Unliquidated

☐ Disputed

| | | | $1,030.46 | $1,030.46 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 9766

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| 2.16. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent

☐ Unliquidated

☐ Disputed

| | | | $707.70 | $707.70 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 8984

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| 2.17. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $352.64 | $352.64 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8908

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.18. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $903.85 | $903.85 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8170

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.19. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $3,517.94 | $3,517.94 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9085

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.20. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $8,665.07 | $8,665.07 |

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 1621

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.21. | **Priority creditor's name and mailing address** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $2,737.81 | $2,737.81 |

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8855

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.22. | **Priority creditor's name and mailing address** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $1,323.72 | $1,323.72 |

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9609

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor  **FREEDOM COMMUNICATIONS, INC**                                        Case number *(if known)* **8:15-bk-15311-MW**

| 2.23. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

**2.23.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 5774

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,393.23 | $2,393.23 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.24.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1788

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $7,264.81 | $7,264.81 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.25.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 9703

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $853.75 | $853.75 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor  **FREEDOM COMMUNICATIONS, INC.**    Case number *(if known)* **8:15-bk-15311-MW**

| 2.26. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

**2.26.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | Total claim | Priority amount |
|---|---|---|
| | $3,005.29 | $3,005.29 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8690

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.27.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | Total claim | Priority amount |
|---|---|---|
| | $1,626.05 | $1,626.05 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7070

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.28.**

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | Total claim | Priority amount |
|---|---|---|
| | $281.59 | $281.59 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0183

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **FREEDOM COMMUNICATIONS, INC.**                    Case number *(if known)* **8:15-bk-15311-MW**

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.29.** | **Priority creditor's name and mailing address** | $2,040.06 | $2,040.06 |

**2.29.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,040.06 | $2,040.06 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 3532

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.30.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,409.24 | $2,409.24 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8458

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.31.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $334.89 | $334.89 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 1173

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.32. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $4,042.47
Priority amount: $4,042.47

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8518

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.33. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $633.86
Priority amount: $633.86

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8496

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.34. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $2,380.74
Priority amount: $2,380.74

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9049

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.35. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $5,428.81 | $5,428.81 |
| | Name and Address Intentionally Omitted | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB |

**Last 4 digits of account number:** 7793

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.36. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $1,442.50 | $1,442.50 |
| | Name and Address Intentionally Omitted | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB |

**Last 4 digits of account number:** 8496

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.37. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $2,788.21 | $2,788.21 |
| | Name and Address Intentionally Omitted | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB |

**Last 4 digits of account number:** 9060

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.38. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,566.69    $8,566.69

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 2205**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.39. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,238.94    $6,238.94

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 4955**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.40. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$328.95    $328.95

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 0196**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.41. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $282.34 | $282.34 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8268

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.42. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $930.35 | $930.35 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9004

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.43. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $2,244.71 | $2,244.71 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8607

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.44. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,521.71 — $1,521.71

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9112

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.45. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,585.58 — $5,585.58

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8646

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.46. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$857.14 — $857.14

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2245

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.47. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

**2.47.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $2,759.51

Priority amount: $2,759.51

Nonpriority amount
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8770

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.48.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $4,761.33

Priority amount: $4,761.33

Nonpriority amount
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 3258

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.49.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $5,995.84

Priority amount: $5,995.84

Nonpriority amount
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9063

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.50. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

2.50. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $9,030.63 | $9,030.63 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8841

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.51. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $10,133.69 | $10,133.69 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8877

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.52. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $4,179.97 | $4,179.97 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2640

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.53. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $2,328.38 | $2,328.38 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8980

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.54. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $32.25 | $32.25 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9639

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.55. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $1,304.64 | $1,304.64 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9191

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor  **FREEDOM COMMUNICATIONS, INC**    Case number *(if known)* **8:15-bk-15311-MW**

| 2.56. | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|---|

**2.56.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $4,800.60 | $4,800.60 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9283

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.57.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $904.77 | $904.77 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8809

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.58.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $5,893.35 | $5,893.35 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7885

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.59. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $245.43 | $245.43 |

| | | | **Nonpriority amount** |
|---|---|---|---|
| | | ☐ Unliquidated | |
| | | ☐ Disputed | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9827

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.60. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $1,555.29 | $1,555.29 |

| | | | **Nonpriority amount** |
|---|---|---|---|
| | | ☐ Unliquidated | |
| | | ☐ Disputed | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 4563

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.61. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $1,954.61 | $1,954.61 |

| | | | **Nonpriority amount** |
|---|---|---|---|
| | | ☐ Unliquidated | |
| | | ☐ Disputed | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8162

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|

**2.62.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,647.33

**Priority amount** $1,647.33

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9124

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.63.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $930.84

**Priority amount** $930.84

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9815

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.64.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,858.07

**Priority amount** $2,858.07

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8943

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.65. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $157.37 | $157.37 |

□ Contingent
□ Unliquidated
□ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9641

**Is the claim subject to offset?**
☑ No
□ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.66. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $1,527.00 | $1,527.00 |

□ Contingent
□ Unliquidated
□ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0107

**Is the claim subject to offset?**
☑ No
□ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.67. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $2,177.41 | $2,177.41 |

□ Contingent
□ Unliquidated
□ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8608

**Is the claim subject to offset?**
☑ No
□ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.68. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $4,409.44 | $4,409.44 |

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $4,409.44

Priority amount: $4,409.44

Nonpriority amount: $0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8400

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.69. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $635.72

Priority amount: $635.72

Nonpriority amount: $0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9678

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.70. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $6,414.06

Priority amount: $6,414.06

Nonpriority amount: $0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0384

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.71. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $7,972.53 | $7,972.53 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | Nonpriority amount |
|---|---|---|
| | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9228

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.72. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $235.30 | $235.30 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | Nonpriority amount |
|---|---|---|
| | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 3136

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.73. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $5,184.18 | $5,184.18 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | Nonpriority amount |
|---|---|---|
| | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8644

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.74. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $11,879.69 | $11,879.69 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8014

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.75. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $8,503.00 | $8,503.00 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9041

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.76. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $2,085.43 | $2,085.43 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9152

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.77.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 5074

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,207.03 | $1,207.03 |
| | **Nonpriority amount** |
| | $0.00 |

**2.78.** **Priority creditor's name and mailing address**

BOARD OF EQUALIZATION
PO BOX 942879
SACRAMENTO CA 94279-6001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 5483

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $128,236.59 | $128,236.59 |
| | **Nonpriority amount** |
| | $0.00 |

**2.79.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 8735

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $8,920.33 | $8,920.33 |
| | **Nonpriority amount** |
| | $0.00 |

| 2.80. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $5,100.46 | $5,100.46 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 0385**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.81. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $4,384.56 | $4,384.56 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 8785**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.82. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $1,261.58 | $1,261.58 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 9695**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.83. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $1,509.38 | $1,509.38 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9730

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.84. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $6,782.49 | $6,782.49 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 1128

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.85. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $3,324.01 | $3,324.01 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8858

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.86. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $10,494.90 | $10,494.90 |

| | | | Nonpriority amount |
|---|---|---|---|
| | | ☐ Unliquidated | |
| | | ☐ Disputed | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 6233

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.87. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $6,006.70 | $6,006.70 |

| | | | Nonpriority amount |
|---|---|---|---|
| | | ☐ Unliquidated | |
| | | ☐ Disputed | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 3149

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.88. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $1,921.57 | $1,921.57 |

| | | | Nonpriority amount |
|---|---|---|---|
| | | ☐ Unliquidated | |
| | | ☐ Disputed | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9048

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.89.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $632.29 | $632.29 |
| ☐ Unliquidated | | |
| ☐ Disputed | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 1221

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.90.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $698.59 | $698.59 |
| ☐ Unliquidated | | |
| ☐ Disputed | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7081

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.91.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $918.85 | $918.85 |
| ☐ Unliquidated | | |
| ☐ Disputed | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9768

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.92. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $1,784.97
Priority amount $1,784.97

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0368

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.93. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $13,718.95
Priority amount $12,475.00

**Nonpriority amount**
$1,243.95

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 3802

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.94. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $2,132.25
Priority amount $2,132.25

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8414

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.95. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $800.24 | $800.24 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| | **Last 4 digits of account number:** 9816 | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

| 2.96. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $4,064.24 | $4,064.24 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| | **Last 4 digits of account number:** 8199 | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

| 2.97. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $4,197.81 | $4,197.81 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| | **Last 4 digits of account number:** 8826 | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

Debtor  **FREEDOM COMMUNICATIONS, INC.**                    Case number *(if known)* **8:15-bk-15311-MW**

| 2.98. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,328.70
Priority amount: $1,328.70

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8804

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.99. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,367.60
Priority amount: $1,367.60

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8223

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.100. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $206.05
Priority amount: $206.05

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9682

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.101. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

**2.101.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,868.60 | $1,868.60 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7820

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.102.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $12,433.77 | $12,433.77 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 3851

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.103.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $8,576.64 | $8,576.64 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0332

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.104. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $246.90 | $246.90 |

Name and Address Intentionally Omitted

☐ Contingent

☐ Unliquidated

| | | | Nonpriority amount |
|---|---|---|---|

☐ Disputed

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9946

**Is the claim subject to offset?**

☑ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Yes

---

| 2.105. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $369.56 | $369.56 |

Name and Address Intentionally Omitted

☐ Contingent

☐ Unliquidated

| | | | Nonpriority amount |
|---|---|---|---|

☐ Disputed

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 3323

**Is the claim subject to offset?**

☑ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Yes

---

| 2.106. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $4,930.56 | $4,930.56 |

Name and Address Intentionally Omitted

☐ Contingent

☐ Unliquidated

| | | | Nonpriority amount |
|---|---|---|---|

☐ Disputed

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8903

**Is the claim subject to offset?**

☑ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Yes

| 2.107. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $3,040.89 | $3,040.89 |

| | | Nonpriority amount |
|---|---|---|
| ☐ Unliquidated | | |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 9805

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.108. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $1,171.81 | $1,171.81 |

| | | Nonpriority amount |
|---|---|---|
| ☐ Unliquidated | | |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 0099

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.109. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $176.69 | $176.69 |

| | | Nonpriority amount |
|---|---|---|
| ☐ Unliquidated | | |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 9133

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor  **FREEDOM COMMUNICATIONS, INC**                Case number *(if known)* **8:15-bk-15311-MW**

| 2.110. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

**2.110.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $10,190.21

**Priority amount** $10,190.21

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7539

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.111.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $277.39

**Priority amount** $277.39

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0328

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.112.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $669.26

**Priority amount** $669.26

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9798

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.113.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $620.25 | $620.25 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 3518**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.114.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $255.55 | $255.55 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 8609**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.115.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $9,480.73 | $9,480.73 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 1904**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor  **FREEDOM COMMUNICATIONS, INC** Case number *(if known)* **8:15-bk-15311-MW**

---

**2.116.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $4,175.24 | $4,175.24 |
| ☐ Unliquidated | | |
| ☐ Disputed | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9152

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.117.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $4,813.07 | $4,813.07 |
| ☐ Unliquidated | | |
| ☐ Disputed | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0518

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.118.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $4,733.54 | $4,733.54 |
| ☐ Unliquidated | | |
| ☐ Disputed | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8221

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.119. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $13,659.34 | $12,475.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $1,184.34 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2071

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.120. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $1,170.31 | $1,170.31 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9822

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.121. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $5,457.30 | $5,457.30 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8628

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.122. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

**2.122.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

| Total claim | Priority amount |
|---|---|
| $8,513.59 | $8,513.59 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8679

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.123.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,943.08 | $1,943.08 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9656

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.124.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

| Total claim | Priority amount |
|---|---|
| $7,849.98 | $7,849.98 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2517

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.125. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $6,626.55 | $6,626.55 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 3375

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.126. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $3,274.59 | $3,274.59 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 5571

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.127. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $11,461.15 | $11,461.15 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 3259

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor  **FREEDOM COMMUNICATIONS, INC**  Case number *(if known)* **8:15-bk-15311-MW**

---

**2.128.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $551.15 | $551.15 |

☐ Contingent

☐ Unliquidated

☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8607

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.129.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $2,007.90 | $2,007.90 |

☐ Contingent

☐ Unliquidated

☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 3379

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.130.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $5,275.21 | $5,275.21 |

☐ Contingent

☐ Unliquidated

☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 5923

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.131. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $2,028.65 | $2,028.65 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9316

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.132. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $23,438.77 | $12,475.00 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $10,963.77 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2033

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.133. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $5,713.21 | $5,713.21 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9106

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.134. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $3,418.56 | $3,418.56 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | **Nonpriority amount** | |
| | | | $0.00 | |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8853

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.135. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $7,492.53 | $7,492.53 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | **Nonpriority amount** | |
| | | | $0.00 | |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 1397

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.136. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $2,371.32 | $2,293.90 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | **Nonpriority amount** | |
| | | | $77.42 | |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9074

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.137. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,119.30 | $2,119.30 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7749

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.138. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

| Total claim | Priority amount |
|---|---|
| $4,843.12 | $4,843.12 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9019

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.139. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

| Total claim | Priority amount |
|---|---|
| $5,928.67 | $5,928.67 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8451

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.140. Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,502.70 | $2,502.70 |
| | | | **Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 5063

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.141. Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,724.19 | $2,724.19 |
| | | | **Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9693

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.142. Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,606.06 | $4,606.06 |
| | | | **Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9723

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.143. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $11,047.54 | $11,047.54 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8768

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.144. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $10,146.39 | $10,146.39 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 1815

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.145. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $425.89 | $425.89 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 3343

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor  **FREEDOM COMMUNICATIONS, INC.**                              Case number *(if known)* **8:15-bk-15311-MW**

---

| 2.146. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent

☐ Unliquidated

☐ Disputed

$1,109.00      $1,109.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 7748**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.147. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

COUNTY OF ORANGE
PO BOX 4005
SANTA ANA CA 92702

☐ Contingent

☐ Unliquidated

☐ Disputed

$462.28      $462.28

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAXES

**Last 4 digits of account number: 8177**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.148. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

COUNTY OF ORANGE
1241 E DYER RD
SUITE 120
SANTA ANA CA 92705-5611

☐ Contingent

☐ Unliquidated

☐ Disputed

$4,081.00      $4,081.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAXES

**Last 4 digits of account number: 3573**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.149. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | COUNTY OF SAN BERNARDINO 268 W HOSPITALITY LN 1ST FLR SAN BERNARDINO CA 92415-0360 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $199.04 | $199.04 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAXES

**Last 4 digits of account number:** 1871

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.150. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent ☐ Unliquidated ☐ Disputed | $3,605.14 | $3,605.14 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 1121

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.151. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent ☐ Unliquidated ☐ Disputed | $169.47 | $169.47 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9762

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.152. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $817.56 | $817.56 |

|  |  |  | Nonpriority amount |
|---|---|---|---|
|  |  |  | $0.00 |

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB |

**Last 4 digits of account number:** 8802

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.153. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $749.42 | $749.42 |

|  |  |  | Nonpriority amount |
|---|---|---|---|
|  |  |  | $0.00 |

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB |

**Last 4 digits of account number:** 9793

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.154. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,893.54 | $7,893.54 |

|  |  |  | Nonpriority amount |
|---|---|---|---|
|  |  |  | $0.00 |

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB |

**Last 4 digits of account number:** 8026

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.155. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent

$3,846.74    $3,846.74

☐ Unliquidated

**Nonpriority amount**

☐ Disputed

$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7825

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.156. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent

$7,962.99    $7,962.99

☐ Unliquidated

**Nonpriority amount**

☐ Disputed

$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9315

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.157. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent

$7,682.71    $7,682.71

☐ Unliquidated

**Nonpriority amount**

☐ Disputed

$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8153

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **FREEDOM COMMUNICATIONS, INC.**                                    Case number *(if known)* **8:15-bk-15311-MW**

| 2.158. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $3,967.50 | $3,967.50 |

**2.158.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $3,967.50 | $3,967.50 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2047

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.159.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $4,776.13 | $4,776.13 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9695

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.160.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $5,640.94 | $5,590.94 |

| Nonpriority amount |
|---|
| $50.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8954

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor  **FREEDOM COMMUNICATIONS, INC.**    Case number *(if known)* **8:15-bk-15311-MW**

| 2.161. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

**2.161. Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | ☐ Contingent | $2,703.13 | $2,703.13 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 8558

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.162. Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | ☐ Contingent | $4,322.66 | $4,322.66 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 3074

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.163. Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| | | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | ☐ Contingent | $5,432.08 | $5,432.08 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 6679

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☑ No
☐ Yes

**2.164.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 9615

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☑ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,820.82 | $2,820.82 |

**Nonpriority amount**

$0.00

---

**2.165.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 8773

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☑ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $7,637.86 | $7,637.86 |

**Nonpriority amount**

$0.00

---

**2.166.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 8289

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☑ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $5,053.82 | $5,053.82 |

**Nonpriority amount**

$0.00

**2.167** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $6,424.65
Priority amount: $6,424.65

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9220

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.168** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $4,736.63
Priority amount: $4,736.63

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 5898

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.169** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $22,395.66
Priority amount: $12,475.00

**Nonpriority amount**
$9,920.66

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7390

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.170. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $2,951.50 | $2,951.50 |

☐ Unliquidated

☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8999

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

| 2.171. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $2,383.88 | $2,383.88 |

☐ Unliquidated

☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2296

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

| 2.172. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $2,360.59 | $2,360.59 |

☐ Unliquidated

☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 5758

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**2.173.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $485.51 | $485.51 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9802

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.174.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $1,898.89 | $1,898.89 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8782

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.175.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $8,525.51 | $8,525.51 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7735

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **FREEDOM COMMUNICATIONS, INC.**                    Case number (if known) **8:15-bk-15311-MW**

---

| 2.176. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|--------|---------|---------|---------|---------|
| | | *Check all that apply.* | $2,543.47 | $2,543.47 |

Name and Address Intentionally Omitted

☐ Contingent

☐ Unliquidated                                    **Nonpriority amount**

☐ Disputed                                        $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                        WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9697      **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**       ☒ No
**unsecured claim:** 11 U.S.C. § 507(a) (4)    ☐ Yes

---

| 2.177. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|--------|---------|---------|---------|---------|
| | | *Check all that apply.* | $311.52 | $311.52 |

Name and Address Intentionally Omitted

☐ Contingent

☐ Unliquidated                                    **Nonpriority amount**

☐ Disputed                                        $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                        WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 5665      **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**       ☒ No
**unsecured claim:** 11 U.S.C. § 507(a) (4)    ☐ Yes

---

| 2.178. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|--------|---------|---------|---------|---------|
| | | *Check all that apply.* | $7,085.77 | $7,085.77 |

Name and Address Intentionally Omitted

☐ Contingent

☐ Unliquidated                                    **Nonpriority amount**

☐ Disputed                                        $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                        WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8500      **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**       ☒ No
**unsecured claim:** 11 U.S.C. § 507(a) (4)    ☐ Yes

---

| 2.179. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

2.179. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 7989

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No
☐ Yes

**Total claim** $4,041.64

**Priority amount** $4,041.64

**Nonpriority amount** $0.00

---

2.180. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 8577

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No
☐ Yes

**Total claim** $10,027.63

**Priority amount** $10,027.63

**Nonpriority amount** $0.00

---

2.181. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 9817

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No
☐ Yes

**Total claim** $592.23

**Priority amount** $592.23

**Nonpriority amount** $0.00

| 2.182. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $3,070.71 | $3,070.71 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | **Nonpriority amount** |
| | | | $0.00 |
| **Date or dates debt was incurred** | **Basis for the claim:** | | |
| VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| **Last 4 digits of account number:** 8101 | **Is the claim subject to offset?** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No  ☐ Yes | | |

| 2.183. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $1,479.33 | $1,479.33 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | **Nonpriority amount** |
| | | | $0.00 |
| **Date or dates debt was incurred** | **Basis for the claim:** | | |
| VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| **Last 4 digits of account number:** 3129 | **Is the claim subject to offset?** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No  ☐ Yes | | |

| 2.184. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $2,052.34 | $2,052.34 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | **Nonpriority amount** |
| | | | $0.00 |
| **Date or dates debt was incurred** | **Basis for the claim:** | | |
| VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| **Last 4 digits of account number:** 8002 | **Is the claim subject to offset?** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No  ☐ Yes | | |

**2.185.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $11,362.67 | $11,362.67 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 7877**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.186.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $4,210.61 | $4,210.61 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 8074**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.187.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $7,204.67 | $7,204.67 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 9103**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.188.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $11,048.72 | $11,048.72 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 8725**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.189.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $1,043.44 | $1,043.44 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 8606**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.190.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $3,546.14 | $3,546.14 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 8788**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.191. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $1,946.15 | $1,946.15 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9304

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.192. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $640.21 | $640.21 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2461

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.193. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $6,243.14 | $6,243.14 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2961

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor  **FREEDOM COMMUNICATIONS, INC**                                    Case number *(if known)* **8:15-bk-15311-MW**

---

2.194. **Priority creditor's name and mailing address**

DELAWARE SECRETARY OF STATE
POST OFFICE BOX 5509
BINGHAMTON NY 13902-5509

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $4,130.00 | $4,130.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAXES

**Last 4 digits of account number:** LA.S

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

2.195. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $246.47 | $246.47 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 1805

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.196. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $856.93 | $856.93 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7929

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.197. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $5,740.72 | $5,740.72 |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8837

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.198. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $2,012.97 | $2,012.97 |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9176

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.199. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $5,832.79 | $5,832.79 |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8749

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.200. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $3,635.72 | $3,635.72 |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 6756

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.201. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $2,161.46 | $2,161.46 |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2798

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.202. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $4,718.87 | $4,718.87 |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8290

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.203. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| | DEPARTMENT OF MOTOR VEHICLES PO BOX 932370 SACRAMENTO CA 94232-3700 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $325.00 | $325.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAXES

**Last 4 digits of account number:** 4660

**Nonpriority amount**

$0.00

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.204. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| | DEPARTMENT OF MOTOR VEHICLES PO BOX 825339 SACRAMENTO CA 94232-5339 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $508.00 | $508.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAXES

**Last 4 digits of account number:** 4148

**Nonpriority amount**

$0.00

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.205. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent ☐ Unliquidated ☐ Disputed | $5,008.93 | $5,008.93 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8359

**Nonpriority amount**

$0.00

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.206. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $15,835.89 | $12,475.00 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | **Nonpriority amount** |
| | | | | $3,360.89 |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB |

**Last 4 digits of account number:** 8457

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 2.207. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $2,233.24 | $2,233.24 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | **Nonpriority amount** |
| | | | | $0.00 |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB |

**Last 4 digits of account number:** 7836

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 2.208. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $237.18 | $237.18 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | **Nonpriority amount** |
| | | | | $0.00 |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB |

**Last 4 digits of account number:** 1395

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| 2.209. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

**Priority creditor's name and mailing address** — 2.209.

Name and Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $4,061.37 | $4,061.37 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7062

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.210. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $5,594.33 | $5,594.33 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7824

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.211. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $14,441.83 | $12,475.00 |
| | **Nonpriority amount** |
| | $1,966.83 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8668

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.212.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $1,469.86 | $1,469.86 |
| ☐ Unliquidated | | |
| ☐ Disputed | | Nonpriority amount |
| | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0871

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.213.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $3,030.32 | $3,030.32 |
| ☐ Unliquidated | | |
| ☐ Disputed | | Nonpriority amount |
| | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9796

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.214.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $3,401.94 | $3,401.94 |
| ☐ Unliquidated | | |
| ☐ Disputed | | Nonpriority amount |
| | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8456

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.215. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $5,073.20 | $5,073.20 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | **Nonpriority amount** | |
| | | | $0.00 | |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 8708**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.216. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $682.58 | $682.58 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | **Nonpriority amount** | |
| | | | $0.00 | |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 9192**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.217. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $8,043.49 | $8,043.49 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | **Nonpriority amount** | |
| | | | $0.00 | |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 3460**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.218. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $274.02 | $274.02 |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 1280

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.219. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $1,367.86 | $1,367.86 |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8676

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.220. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $3,203.92 | $3,203.92 |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7133

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.221.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $1,472.41 | $1,472.41 |
| ☐ Unliquidated | | Nonpriority amount |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9101

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.222.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $2,463.08 | $2,463.08 |
| ☐ Unliquidated | | Nonpriority amount |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7904

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.223.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $2,058.85 | $2,058.85 |
| ☐ Unliquidated | | Nonpriority amount |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0251

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.224. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | EL PASO COUNTY TREASURER PO BOX 2018 COLORADO SPRINGS CO 80901-2018 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $5,377.09 | $5,377.09 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAXES

**Last 4 digits of account number:** A050

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.225. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,523.12 | $1,523.12 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8217

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.226. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent ☐ Unliquidated ☐ Disputed | $179.89 | $179.89 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 4974

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.227** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $3,125.90 | $3,125.90 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8040

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.228** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $2,188.48 | $2,188.48 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9276

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.229** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $278.33 | $278.33 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2658

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.230. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,182.07 | $12,182.07 |
| | | | | **Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 6000

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.231. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,544.66 | $11,544.66 |
| | | | | **Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8878

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.232. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,694.78 | $2,694.78 |
| | | | | **Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 6288

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.233.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $5,977.58 | $5,977.58 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8729

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.234.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $1,874.99 | $1,874.99 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0790

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.235.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $7,791.06 | $7,791.06 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 3126

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.236.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $1,792.81 | $1,792.81 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 9105

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.237.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $533.62 | $533.62 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 7979

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.238.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $27,105.88 | $12,475.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $14,630.88 |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 5516

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**
☑ No
☐ Yes

| 2.239. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $8,484.95 | $8,484.95 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

| | | Nonpriority amount |
|---|---|---|
| | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 1760

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.240. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $33,211.06 | $12,475.00 |

☐ Contingent

☐ Unliquidated

☐ Disputed

| | | Nonpriority amount |
|---|---|---|
| | | $20,736.06 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8599

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.241. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $6,660.12 | $6,660.12 |

☐ Contingent

☐ Unliquidated

☐ Disputed

| | | Nonpriority amount |
|---|---|---|
| | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 6361

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.242. | **Priority creditor's name and mailing address** | $6,019.17 | $6,019.17 |

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9600

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.243. | **Priority creditor's name and mailing address** | $6,416.15 | $6,416.15 |

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 1283

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.244. | **Priority creditor's name and mailing address** | $1,736.85 | $1,736.85 |

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9800

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.245. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $3,184.83 | $3,184.83 |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0033

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.246. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $914.23 | $914.23 |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9114

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.247. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $279.71 | $279.71 |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2209

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.248. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $299.41 | $299.41 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 3564

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.249. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $60,622.02 | $12,475.00 |

**Nonpriority amount**

$48,147.02

**Date or dates debt was incurred**

VARIOUS

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9001

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.250. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $8,595.66 | $8,595.66 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0633

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

| 2.251. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $13,076.28 | $12,475.00 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $601.28 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8071

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.252. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $1,430.55 | $1,430.55 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9821

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.253. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $637.60 | $637.60 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8344

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor  **FREEDOM COMMUNICATIONS, INC.**                                    Case number *(if known)* **8:15-bk-15311-MW**

| 2.254. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

**2.254.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Total claim: $619.62

Priority amount: $619.62

Nonpriority amount
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 3519

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.255.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Total claim: $1,606.84

Priority amount: $1,606.84

Nonpriority amount
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8257

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.256.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Total claim: $248.58

Priority amount: $248.58

Nonpriority amount
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8605

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.257. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,395.59 | $3,395.59 |
| | | | | **Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| | **Last 4 digits of account number:** 8886 | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.258. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,424.62 | $2,424.62 |
| | | | | **Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| | **Last 4 digits of account number:** 8723 | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.259. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,805.29 | $12,475.00 |
| | | | | **Nonpriority amount**<br>$330.29 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| | **Last 4 digits of account number:** 9525 | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.260. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $2,826.33 | $2,826.33 |

**Priority amount**

Nonpriority amount

$0.00

2.260. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,826.33 | $2,826.33 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9076

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.261. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $6,319.68 | $6,319.68 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9622

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.262. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $354.91 | $354.91 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8038

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.263. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $247.72 | $247.72 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 1538

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.264. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $904.17 | $904.17 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8317

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.265. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $253.53 | $253.53 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 3267

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.266. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $654.27 | $654.27 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9314

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.267. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $1,627.69 | $1,627.69 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8914

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.268. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $2,689.23 | $2,689.23 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8886

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **FREEDOM COMMUNICATIONS, INC.**                                     Case number *(if known)* **8:15-bk-15311-MW**

| | | |
|---|---|---|
| **2.269** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

| | | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |
| | | $7,636.33 | $7,636.33 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0627

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| | | |
|---|---|---|
| **2.270** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

| | | |
|---|---|
| **Total claim** | **Priority amount** |
| $16,436.62 | $12,475.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $3,961.62 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2194

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| | | |
|---|---|---|
| **2.271** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

| | | |
|---|---|
| **Total claim** | **Priority amount** |
| $2,567.82 | $2,567.82 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8041

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.272. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $2,444.36 | $2,444.36 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9660

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.273. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $340.94 | $340.94 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2268

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.274. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $6,229.43 | $6,229.43 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7902

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor  **FREEDOM COMMUNICATIONS, INC.**            Case number *(if known)* **8:15-bk-15311-MW**

---

**2.275.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**

Name and Address Intentionally Omitted

☐ Contingent                              $2,448.38          $2,448.38

☐ Unliquidated

☐ Disputed                                **Nonpriority amount**

                                          $0.00

**Date or dates debt was incurred**      **Basis for the claim:**

VARIOUS                                   WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9829   **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**   ☒ No
**unsecured claim:** 11 U.S.C. § 507(a) (4)   ☐ Yes

---

**2.276.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**

Name and Address Intentionally Omitted

☐ Contingent                              $3,384.43          $3,384.43

☐ Unliquidated

☐ Disputed                                **Nonpriority amount**

                                          $0.00

**Date or dates debt was incurred**      **Basis for the claim:**

VARIOUS                                   WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8745   **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**   ☒ No
**unsecured claim:** 11 U.S.C. § 507(a) (4)   ☐ Yes

---

**2.277.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**

Name and Address Intentionally Omitted

☐ Contingent                              $3,269.03          $3,269.03

☐ Unliquidated

☐ Disputed                                **Nonpriority amount**

                                          $0.00

**Date or dates debt was incurred**      **Basis for the claim:**

VARIOUS                                   WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9663   **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**   ☒ No
**unsecured claim:** 11 U.S.C. § 507(a) (4)   ☐ Yes

---

**2.278.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| | |
|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** $6,297.49 |
| | **Priority amount** $6,297.49 |
| ☐ Contingent | |
| ☐ Unliquidated | **Nonpriority amount** |
| ☐ Disputed | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 7739

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.279.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| | |
|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** $1,084.99 |
| | **Priority amount** $1,084.99 |
| ☐ Contingent | |
| ☐ Unliquidated | **Nonpriority amount** |
| ☐ Disputed | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 2216

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.280.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| | |
|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** $561.72 |
| | **Priority amount** $561.72 |
| ☐ Contingent | |
| ☐ Unliquidated | **Nonpriority amount** |
| ☐ Disputed | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 8803

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.281. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $16,009.54 | $12,475.00 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | **Nonpriority amount** |
| | | | | $3,534.54 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| | **Last 4 digits of account number:** 9266 | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

| 2.282. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $5,357.08 | $5,357.08 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | **Nonpriority amount** |
| | | | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| | **Last 4 digits of account number:** 8209 | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

| 2.283. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $5,248.87 | $5,248.87 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | **Nonpriority amount** |
| | | | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| | **Last 4 digits of account number:** 7967 | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

Debtor  **FREEDOM COMMUNICATIONS, INC.**                    Case number *(if known)* **8:15-bk-15311-MW**

| 2.284. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $2,000.15 | $2,000.15 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 7988

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.285. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $1,981.84 | $1,981.84 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 9424

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.286. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $1,684.63 | $1,684.63 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 5373

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.287. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $299.67 | $299.67 |
| | | ☐ Unliquidated | | |
| | | | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9132

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.288. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $1,694.22 | $1,694.22 |
| | | ☐ Unliquidated | | |
| | | | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8174

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.289. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $1,759.71 | $1,759.71 |
| | | ☐ Unliquidated | | |
| | | | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0382

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.290. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $1,371.31 | $1,371.31 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 3602

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.291. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $395.09 | $395.09 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 3380

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.292. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $7,705.48 | $7,705.48 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 5501

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor  **FREEDOM COMMUNICATIONS, INC.**                                    Case number *(if known)* **8:15-bk-15311-MW**

| 2.293. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $1,884.19 | $1,884.19 |

| | | | Nonpriority amount |
|---|---|---|---|
| | ☐ Unliquidated | | $0.00 |
| | ☐ Disputed | | |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9206

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.294. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $709.60 | $709.60 |

| | | | Nonpriority amount |
|---|---|---|---|
| | ☐ Unliquidated | | $0.00 |
| | ☐ Disputed | | |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0924

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.295. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $177.77 | $177.77 |

| | | | Nonpriority amount |
|---|---|---|---|
| | ☐ Unliquidated | | $0.00 |
| | ☐ Disputed | | |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8606

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.296. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $14,312.65 | $12,475.00 |
| | Name and Address Intentionally Omitted | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $1,837.65 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8712

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.297. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $12,076.11 | $12,076.11 |
| | Name and Address Intentionally Omitted | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9135

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.298. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $1,286.80 | $1,286.80 |
| | Name and Address Intentionally Omitted | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 1114

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.299. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $174.04 | $174.04 |

**2.299. Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $174.04 | $174.04 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 4972

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.300. Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $81.89 | $81.89 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2766

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.301. Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $687.73 | $687.73 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0271

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.302. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $2,266.83 | $2,266.83 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | $2,266.83 | $2,266.83 |
| | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9404

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.303.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | $850.68 | $850.68 |
| | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0377

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.304.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | $7,778.29 | $7,778.29 |
| | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9771

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor **FREEDOM COMMUNICATIONS, INC.**                    Case number *(if known)* **8:15-bk-15311-MW**

| 2.305. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

**2.305.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

| Total claim | Priority amount |
|---|---|
| $8,386.11 | $8,386.11 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7842

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.306.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,411.58 | $1,411.58 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9711

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.307.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

| Total claim | Priority amount |
|---|---|
| $256.07 | $256.07 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9679

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.308. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $3,393.24 | $3,393.24 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9661

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.309. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $5,629.25 | $5,629.25 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9930

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.310. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $738.78 | $738.78 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9134

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.311. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $5,121.43 | $5,121.43 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 8888**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.312. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $3,597.36 | $3,597.36 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 9148**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.313. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $11,857.64 | $11,857.64 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 7783**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **FREEDOM COMMUNICATIONS, INC.**                                    Case number *(if known)* **8:15-bk-15311-MW**

| 2.314. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

**2.314.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $1,109.89 | $1,109.89 |
| ☐ Unliquidated | | |
| ☐ Disputed | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 3400

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.315.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $7,259.51 | $7,259.51 |
| ☐ Unliquidated | | |
| ☐ Disputed | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 3077

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.316.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $1,361.53 | $1,361.53 |
| ☐ Unliquidated | | |
| ☐ Disputed | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0238

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.317. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,880.95 — Total claim
$1,880.95 — Priority amount

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2307

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.318. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,568.59 — Total claim
$7,568.59 — Priority amount

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9718

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.319. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,371.94 — Total claim
$1,371.94 — Priority amount

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0377

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.320. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $1,473.49 | $1,473.49 |

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,473.49
Priority amount: $1,473.49

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8679

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.321. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $4,391.75
Priority amount: $4,391.75

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7848

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.322. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $3,036.40
Priority amount: $3,036.40

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7761

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.323. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $1,070.86 | $1,070.86 |

Name and Address Intentionally Omitted

☐ Contingent

☐ Unliquidated          **Nonpriority amount**

☐ Disputed               $0.00

**Date or dates debt was incurred**     **Basis for the claim:**

VARIOUS                                  WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9251     **Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)     ☐ Yes

| 2.324. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $2,811.38 | $2,811.38 |

Name and Address Intentionally Omitted

☐ Contingent

☐ Unliquidated          **Nonpriority amount**

☐ Disputed               $0.00

**Date or dates debt was incurred**     **Basis for the claim:**

VARIOUS                                  WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9080     **Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)     ☐ Yes

| 2.325. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $854.35 | $854.35 |

Name and Address Intentionally Omitted

☐ Contingent

☐ Unliquidated          **Nonpriority amount**

☐ Disputed               $0.00

**Date or dates debt was incurred**     **Basis for the claim:**

VARIOUS                                  WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9828     **Is the claim subject to offset?**

☒ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)     ☐ Yes

Debtor  **FREEDOM COMMUNICATIONS, INC.**                                      Case number *(if known)* **8:15-bk-15311-MW**

| 2.326. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

**2.326.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,831.71

Priority amount: $1,831.71

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 3287

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.327.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $4,143.20

Priority amount: $4,143.20

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7769

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.328.** **Priority creditor's name and mailing address**

INTERNAL REVENUE SERVICE
DEPARTMENT OF TREASURY
1973 N RULON WHITE BLVD
MAIL STOP 6732
OGDEN UT 84404

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Total claim: $1,661,913.00

Priority amount: $1,661,913.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAXES

**Last 4 digits of account number:** 2598

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.329.** Priority creditor's name and mailing address

INTERNAL REVENUE SERVICE
DEPARTMENT OF TREASURY
1973 N RULON WHITE BLVD
MAIL STOP 6732
OGDEN UT 84404

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2598**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $84,010.12 | $84,010.12 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.330.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9761**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $260.26 | $260.26 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.331.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 8048**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,976.78 | $2,976.78 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor **FREEDOM COMMUNICATIONS, INC.**    Case number *(if known)* **8:15-bk-15311-MW**

| 2.332. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent

☐ Unliquidated

☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,926.59 | $2,926.59 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9157

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.333. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent

☐ Unliquidated

☐ Disputed

| Total claim | Priority amount |
|---|---|
| $4,750.05 | $4,750.05 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 6934

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.334. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent

☐ Unliquidated

☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,542.40 | $1,542.40 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8803

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor  **FREEDOM COMMUNICATIONS, INC.**                                    Case number *(if known)* **8:15-bk-15311-MW**

| | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| **2.335.** **Priority creditor's name and mailing address** | | $8,271.48 | $8,271.48 |

Name and Address Intentionally Omitted

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0471

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| **2.336.** **Priority creditor's name and mailing address** | | $2,846.10 | $2,846.10 |

Name and Address Intentionally Omitted

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9139

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| **2.337.** **Priority creditor's name and mailing address** | | $12,602.60 | $12,475.00 |

Name and Address Intentionally Omitted

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nonpriority amount**

$127.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9517

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.338. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $5,517.08 | $5,517.08 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 8916**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.339. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $919.40 | $919.40 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 1236**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.340. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $6,120.14 | $6,120.14 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 9604**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.341. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $85.71 | $85.71 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | **Nonpriority amount** | |
| | | | $0.00 | |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9358

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.342. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $5,797.09 | $5,797.09 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | **Nonpriority amount** | |
| | | | $0.00 | |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8103

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.343. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $83.62 | $83.62 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | **Nonpriority amount** | |
| | | | $0.00 | |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8733

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.344. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $3,550.60 | $3,550.60 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7985

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.345. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $96.19 | $96.19 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 3808

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.346. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $1,214.11 | $1,214.11 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7862

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.347. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $8,185.63 | $8,185.63 |

**2.347.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $8,185.63 | $8,185.63 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8195

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.348.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,241.17 | $2,241.17 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7799

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.349.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $3,236.73 | $3,236.73 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9121

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.350. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $11,036.71 | $11,036.71 |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9465

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.351. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $2,265.40 | $2,265.40 |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0152

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.352. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $8,111.59 | $8,111.59 |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8815

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.353. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,710.89 | $8,710.89 |

**Priority creditor's name and mailing address**
Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8842

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.354. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,857.14 | $6,857.14 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8664

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.355. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,078.95 | $1,078.95 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9214

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.356. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $4,032.00 | $4,032.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8692

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.357. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $11,622.10 | $11,622.10 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8698

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.358. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,168.14 | $2,168.14 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 6079

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **FREEDOM COMMUNICATIONS, INC.**                    Case number *(if known)* **8:15-bk-15311-MW**

| | | | |
|---|---|---|---|
| 2.359. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** $2,869.01 | **Priority amount** $2,869.01 |

2.359.

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,869.01

**Priority amount** $2,869.01

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9039

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.360.

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $12,686.77

**Priority amount** $12,475.00

**Nonpriority amount** $211.77

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9352

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.361.

**Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $23,746.45

**Priority amount** $12,475.00

**Nonpriority amount** $11,271.45

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0127

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.362. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $4,335.72 | $4,285.72 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $50.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8769

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.363. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $3,122.03 | $3,122.03 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2493

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.364. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $5,053.20 | $5,053.20 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9818

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.365. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $5,890.25 | $5,890.25 |

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0741

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Total claim: $5,890.25
Priority amount: $5,890.25
Nonpriority amount: $0.00

---

2.366. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7741

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Total claim: $2,929.85
Priority amount: $2,929.85
Nonpriority amount: $0.00

---

2.367. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7744

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Total claim: $4,287.38
Priority amount: $4,287.38
Nonpriority amount: $0.00

| 2.368. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $1,518.25 | $1,518.25 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7066

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.369. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $321.80 | $321.80 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 3563

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.370. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $4,468.72 | $4,468.72 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8350

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.371. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

2.371. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**As of the petition filing date, the claim is:** *Check all that apply.*

| Total claim | Priority amount |
|---|---|
| $2,595.62 | $2,595.62 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7535

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.372. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**As of the petition filing date, the claim is:** *Check all that apply.*

| Total claim | Priority amount |
|---|---|
| $3,300.78 | $3,300.78 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8760

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.373. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**As of the petition filing date, the claim is:** *Check all that apply.*

| Total claim | Priority amount |
|---|---|
| $6,078.19 | $6,078.19 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9757

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.374. Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $1,894.12 | $1,894.12 |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| **Last 4 digits of account number:** 9765 | **Is the claim subject to offset?**<br>☒ No | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.375. Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $2,389.15 | $2,389.15 |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| **Last 4 digits of account number:** 9014 | **Is the claim subject to offset?**<br>☒ No | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.376. Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $3,984.95 | $3,984.95 |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| **Last 4 digits of account number:** 4956 | **Is the claim subject to offset?**<br>☒ No | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

Debtor  **FREEDOM COMMUNICATIONS, INC.**    Case number *(if known)* **8:15-bk-15311-MW**

---

**2.377.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $2,722.90 | $2,722.90 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 8864**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.378.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $228.00 | $228.00 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 9788**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.379.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $2,518.65 | $2,518.65 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 8426**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.380. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

**2.380.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Total claim**
$11,210.91

**Priority amount**
$11,210.91

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2527

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.381.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Total claim**
$5,142.86

**Priority amount**
$5,142.86

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8813

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.382.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Total claim**
$5,097.91

**Priority amount**
$5,097.91

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8569

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.383. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $13,334.44 | $12,475.00 |
| | | ☐ Unliquidated | | |
| | | | | Nonpriority amount |
| | | ☐ Disputed | | $859.44 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8981

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.384. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $15,019.52 | $12,475.00 |
| | | ☐ Unliquidated | | |
| | | | | Nonpriority amount |
| | | ☐ Disputed | | $2,544.52 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8342

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.385. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $4,024.65 | $4,024.65 |
| | | ☐ Unliquidated | | |
| | | | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 6250

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.386.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,114.89 | $1,114.89 |

Nonpriority amount

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 9063

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.387.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $3,486.52 | $3,486.52 |

Nonpriority amount

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 8958

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.388.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,353.67 | $2,353.67 |

Nonpriority amount

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 5481

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No
☐ Yes

**2.389.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $3,743.99 | $3,743.99 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2782

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.390.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $518.58 | $518.58 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9076

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.391.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $929.78 | $929.78 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9814

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.392.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $2,254.54 | $2,254.54 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 8134

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.393.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $3,360.95 | $3,360.95 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 8892

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.394.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $1,279.90 | $1,279.90 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 0252

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No
☐ Yes

**2.395** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
---|---|---|---|---

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,172.69
Priority amount: $1,172.69

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8868

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.396** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
---|---|---|---|---

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,549.80
Priority amount: $1,549.80

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9131

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.397** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
---|---|---|---|---

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $4,323.07
Priority amount: $4,323.07

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7742

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.398. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $138.86 | $138.86 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7096

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.399. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $1,432.28 | $1,432.28 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 1718

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.400. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $2,195.73 | $2,195.73 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 1190

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.401. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $1,252.87 | $1,252.87 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9116

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.402. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $1,699.59 | $1,699.59 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8904

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.403. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $597.22 | $597.22 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9815

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.404. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $4,472.85 | $4,472.85 |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8727

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.405. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $5,804.58 | $5,804.58 |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8777

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.406. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $1,013.44 | $1,013.44 |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8673

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.407. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $2,601.41 | $2,601.41 |
| | Name and Address Intentionally Omitted | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8826

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.408. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $3,344.69 | $3,344.69 |
| | Name and Address Intentionally Omitted | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8354

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.409. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $2,802.50 | $2,802.50 |
| | Name and Address Intentionally Omitted | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9374

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.410. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $559.80 | $559.80 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8548

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.411. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $1,623.68 | $1,623.68 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7858

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.412. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $10,124.90 | $10,124.90 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8513

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.413. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $2,411.55 | $2,411.55 |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB |

**Last 4 digits of account number:** 9162

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.414. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $5,142.86 | $5,142.86 |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB |

**Last 4 digits of account number:** 8648

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.415. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $7,947.80 | $7,947.80 |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB |

**Last 4 digits of account number:** 8805

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.416. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $6,830.54 | $6,830.54 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $6,830.54 | $6,830.54 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8468

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.417. | Priority creditor's name and mailing address |
|---|---|
| | Name and Address Intentionally Omitted |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,264.76 | $2,264.76 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9016

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.418. | Priority creditor's name and mailing address |
|---|---|
| | Name and Address Intentionally Omitted |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,555.41 | $2,555.41 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8892

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **FREEDOM COMMUNICATIONS, INC.**                              Case number *(if known)* **8:15-bk-15311-MW**

| 2.419. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

**2.419.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$4,945.09

**Priority amount**
$4,945.09

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8898

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.420.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$2,244.65

**Priority amount**
$2,244.65

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9171

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.421.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$2,668.40

**Priority amount**
$2,668.40

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 3421

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.422. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $1,814.91 | $1,814.91 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9764

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.423. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $4,332.19 | $4,332.19 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0435

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.424. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $5,110.73 | $5,110.73 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8055

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.425. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $2,238.29 | $2,238.29 |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8959

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.426. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $2,400.52 | $2,400.52 |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8251

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.427. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $5,887.90 | $5,887.90 |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8258

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.428** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $3,381.41 | $3,381.41 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 2480

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.429** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $314.17 | $314.17 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 1854

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.430** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $252.40 | $252.40 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 8893

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   **FREEDOM COMMUNICATIONS, INC.**                               Case number *(if known)* **8:15-bk-15311-MW**

| | |
|---|---|
| **2.431.** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

| Total claim | Priority amount |
|---|---|
| $1,787.74 | $1,787.74 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7868

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| | |
|---|---|
| **2.432.** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

| Total claim | Priority amount |
|---|---|
| $2,126.02 | $2,126.02 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9755

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| | |
|---|---|
| **2.433.** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

| Total claim | Priority amount |
|---|---|
| $15,754.13 | $12,475.00 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $3,279.13 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 5025

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.434. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $12,401.33 | $12,401.33 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | Nonpriority amount |
| | | | | $0.00 |

**Date or dates debt was incurred**  VARIOUS

**Basis for the claim:** WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8664

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.435. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $7,094.70 | $7,094.70 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | Nonpriority amount |
| | | | | $0.00 |

**Date or dates debt was incurred**  VARIOUS

**Basis for the claim:** WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8724

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.436. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $1,854.16 | $1,854.16 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | Nonpriority amount |
| | | | | $0.00 |

**Date or dates debt was incurred**  VARIOUS

**Basis for the claim:** WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 6992

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.437. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $9,376.92 | $9,376.92 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| | **Last 4 digits of account number:** 2097 | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.438. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $5,253.68 | $5,253.68 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| | **Last 4 digits of account number:** 8242 | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.439. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $6,058.29 | $6,058.29 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| | **Last 4 digits of account number:** 8661 | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.440. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $4,286.92 | $4,286.92 |

| | | | Nonpriority amount |
|---|---|---|---|
| | ☐ Unliquidated | | $0.00 |
| | ☐ Disputed | | |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9936

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.441. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $6,885.30 | $6,885.30 |

| | | | Nonpriority amount |
|---|---|---|---|
| | ☐ Unliquidated | | $0.00 |
| | ☐ Disputed | | |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2879

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.442. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $3,063.55 | $3,063.55 |

| | | | Nonpriority amount |
|---|---|---|---|
| | ☐ Unliquidated | | $0.00 |
| | ☐ Disputed | | |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8974

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.443. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $1,318.26 | $1,318.26 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9161

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.444. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $2,080.81 | $2,080.81 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9795

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.445. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $4,822.27 | $4,822.27 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8844

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.446. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $503.62 | $299.97 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $203.65 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8617

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.447. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $5,241.74 | $5,241.74 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 5215

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.448. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $2,794.44 | $2,794.44 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9118

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.449. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $4,815.59 | $4,815.59 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | **Nonpriority amount** | |
| | | | $0.00 | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| | **Last 4 digits of account number:** 1330 | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.450. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $4,817.81 | $4,817.81 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | **Nonpriority amount** | |
| | | | $0.00 | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| | **Last 4 digits of account number:** 2633 | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.451. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $2,347.17 | $2,347.17 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | **Nonpriority amount** | |
| | | | $0.00 | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| | **Last 4 digits of account number:** 8937 | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.452. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $2,113.90 | $2,113.90 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9736

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.453. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $4,795.45 | $4,795.45 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9125

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.454. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $1,977.03 | $1,977.03 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 1155

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.455. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $5,217.60 | $5,217.60 |

☐ Contingent

☐ Unliquidated

☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0042

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.456. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $4,375.79 | $4,375.79 |

☐ Contingent

☐ Unliquidated

☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2787

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.457. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $3,042.66 | $3,042.66 |

☐ Contingent

☐ Unliquidated

☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8901

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.458. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $5,364.18 | $5,364.18 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| | **Last 4 digits of account number:** 1717 | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.459. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $5,132.83 | $5,132.83 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| | **Last 4 digits of account number:** 9941 | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.460. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $5,070.68 | $5,070.68 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| | **Last 4 digits of account number:** 7943 | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.461. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent — **Total claim** $3,173.72 — **Priority amount** $3,173.72

☐ Unliquidated

☐ Disputed — **Nonpriority amount** $0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8360

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.462. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent — **Total claim** $0.65 — **Priority amount** $0.65

☐ Unliquidated

☐ Disputed — **Nonpriority amount** $0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9792

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.463. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent — **Total claim** $5,299.85 — **Priority amount** $5,299.85

☐ Unliquidated

☐ Disputed — **Nonpriority amount** $0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8951

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.464. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $4,879.20 | $4,879.20 |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9717

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.465. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $11,482.85 | $11,482.85 |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9223

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.466. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $1,274.42 | $1,274.42 |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9138

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.467. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $1,627.18 | $1,627.18 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9752

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.468. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $10,976.51 | $10,976.51 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7801

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.469. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $11,840.75 | $11,840.75 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 3045

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.470. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $1,067.36 | $1,067.36 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9133

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.471. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $7,226.59 | $7,226.59 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 1972

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.472. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $4,700.92 | $4,700.92 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0098

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.473. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $7,920.89 | $7,920.89 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9040

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.474. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $3,710.26 | $3,710.26 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8415

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.475. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $674.68 | $674.68 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 4741

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.476. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $1,390.78 | $1,390.78 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9354

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.477. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $2,945.52 | $2,945.52 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8281

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.478. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $4,597.06 | $4,597.06 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9154

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.479. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $636.42 | $636.42 |

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $636.42 | $636.42 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2331

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.480.**  **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $113.28 | $113.28 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0938

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.481.**  **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $300.43 | $300.43 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7211

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.482. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $399.08 | $399.08 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 1117

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.483. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $1,077.71 | $1,077.71 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 4754

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.484. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $1,609.13 | $1,609.13 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9169

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.485.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $7,482.21 | $7,482.21 |
| ☐ Unliquidated | | |
| ☐ Disputed | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2579

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.486.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $5,749.09 | $5,749.09 |
| ☐ Unliquidated | | |
| ☐ Disputed | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8556

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.487.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $1,033.20 | $1,033.20 |
| ☐ Unliquidated | | |
| ☐ Disputed | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9804

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor  **FREEDOM COMMUNICATIONS, INC.**                          Case number *(if known)* **8:15-bk-15311-MW**

| 2.488. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $5,563.86 | $5,563.86 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | **Nonpriority amount** |
| | | | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0354

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.489. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $6,705.55 | $6,705.55 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | **Nonpriority amount** |
| | | | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8361

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.490. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $3,371.49 | $3,371.49 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | **Nonpriority amount** |
| | | | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9102

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.491. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $4,522.29 | $4,522.29 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9845

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.492. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $2,359.32 | $2,359.32 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8907

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.493. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $4,806.80 | $4,806.80 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2483

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.494.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 9030

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,648.08 | $2,648.08 |

| Nonpriority amount |
|---|
| $0.00 |

**2.495.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 7123

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,030.20 | $1,030.20 |

| Nonpriority amount |
|---|
| $0.00 |

**2.496.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 3130

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,260.37 | $1,260.37 |

| Nonpriority amount |
|---|
| $0.00 |

| 2.497. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$967.54 — Total claim
$967.54 — Priority amount

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9807

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.498. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,631.96 — Total claim
$2,631.96 — Priority amount

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0722

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.499. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,754.36 — Total claim
$7,754.36 — Priority amount

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0366

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.500. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $293.17 | $293.17 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0298

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.501. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $5,850.92 | $5,850.92 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9197

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.502. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $5,335.52 | $5,335.52 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8994

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.503. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $3,593.53 | $3,593.53 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 2877**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.504. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $6,424.48 | $6,424.48 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 7881**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.505. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $5,803.72 | $5,803.72 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 8328**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.506. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $2,729.48 | $2,729.48 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| | **Last 4 digits of account number:** 7934 | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☒ No  ☐ Yes | | |

| 2.507. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $873.38 | $873.38 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| | **Last 4 digits of account number:** 8267 | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☒ No  ☐ Yes | | |

| 2.508. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $1,347.05 | $1,307.05 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $40.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| | **Last 4 digits of account number:** 0378 | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☒ No  ☐ Yes | | |

**2.509.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $10,926.83 | $10,926.83 |
| ☐ Unliquidated | | |
| ☐ Disputed | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0256

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.510.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $1,305.85 | $1,305.85 |
| ☐ Unliquidated | | |
| ☐ Disputed | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 5282

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.511.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $3,217.06 | $3,217.06 |
| ☐ Unliquidated | | |
| ☐ Disputed | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8775

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.512. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $372.89 | $372.89 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 3324

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.513. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $182.70 | $182.70 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8622

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.514. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $505.82 | $505.82 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9677

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.515. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent

☐ Unliquidated

☐ Disputed

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $1,144.85 | $1,144.85 |
| | | | | **Nonpriority amount** |
| | | | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8537

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.516. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent

☐ Unliquidated

☐ Disputed

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $285.41 | $285.41 |
| | | | | **Nonpriority amount** |
| | | | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8600

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.517. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent

☐ Unliquidated

☐ Disputed

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $293.38 | $293.38 |
| | | | | **Nonpriority amount** |
| | | | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 1175

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor **FREEDOM COMMUNICATIONS, INC.**                                    Case number *(if known)* **8:15-bk-15311-MW**

| 2.518. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $212.29 | $212.29 |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**  
VARIOUS

**Basis for the claim:**  
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8424

**Is the claim subject to offset?**  
☒ No  
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.519. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $385.57 | $385.57 |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**  
VARIOUS

**Basis for the claim:**  
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 1473

**Is the claim subject to offset?**  
☒ No  
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.520. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $309.82 | $309.82 |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**  
VARIOUS

**Basis for the claim:**  
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 1174

**Is the claim subject to offset?**  
☒ No  
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor **FREEDOM COMMUNICATIONS, INC.**    Case number *(if known)* **8:15-bk-15311-MW**

| 2.521. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$397.07    $397.07

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 1105

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.522. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$248.27    $248.27

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0638

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.523. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$302.47    $302.47

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 1203

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.524. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $283.91 | $283.91 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 4916

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.525. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $301.76 | $301.76 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 3840

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.526. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $726.14 | $726.14 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0336

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor  **FREEDOM COMMUNICATIONS, INC.**                    Case number *(if known)* **8:15-bk-15311-MW**

| | | |
|---|---|---|
| **2.527.** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim**   **Priority amount** |

| | | | |
|---|---|---|---|
| **2.527.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** $246.16    **Priority amount** $246.16 |

**2.527.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$246.16

**Priority amount**
$246.16

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 2210**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.528.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$0.15

**Priority amount**
$0.15

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 3551**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.529.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$1,161.06

**Priority amount**
$1,161.06

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 9636**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.530. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $5,231.03 | $5,231.03 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 2190**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.531. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $298.01 | $298.01 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 4557**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.532. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $10,982.84 | $10,982.84 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 8487**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.533. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $389.57 | $389.57 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 3393

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.534. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $607.06 | $607.06 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2098

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.535. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $3,237.66 | $3,237.66 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0388

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.536. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $1,661.51 | $1,661.51 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 5374

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.537. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $1,784.92 | $1,784.92 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2885

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.538. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $4,473.06 | $4,473.06 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9560

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.539. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

**2.539.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $4,339.82 | $4,339.82 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8099

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.540.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $9,047.77 | $9,047.77 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9042

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.541.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $9,992.75 | $9,992.75 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9299

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.542. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $7,720.40 | $7,720.40 |

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $7,720.40

**Priority amount** $7,720.40

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8150

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.543.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $5,054.06

**Priority amount** $5,054.06

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9187

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.544.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $8,719.90

**Priority amount** $8,719.90

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9217

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.545. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $7,438.30 | $7,438.30 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9306

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.546. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $1,444.77 | $1,444.77 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2723

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.547. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $2,581.41 | $2,581.41 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 5954

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.548. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $2,877.71 | $2,877.71 |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8341

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.549. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $8,967.82 | $8,967.82 |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7869

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.550. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $6,994.46 | $6,994.46 |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0091

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.551. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

**2.551. Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,745.03 | $2,745.03 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8706

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.552. Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,328.67 | $2,328.67 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9006

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.553. Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $8,139.98 | $8,139.98 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8081

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.554. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $1,425.35 | $1,425.35 |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7866

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.555. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $2,048.11 | $2,048.11 |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2029

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.556. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $8,672.81 | $8,672.81 |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8178

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.557. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,279.67 | $1,279.67 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9702

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.558. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $82.35 | $82.35 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9635

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.559. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $337.65 | $337.65 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2439

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.560.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $3,403.37 | $3,403.37 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 8961

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.561.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $2,572.12 | $2,572.12 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 0747

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.562.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $642.71 | $642.71 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 9104

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.563.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $5,017.03 | $5,017.03 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8313

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.564.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $4,357.29 | $4,357.29 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8579

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.565.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $2,097.17 | $1,884.30 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $212.87 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9005

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.566.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 8956

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,240.15 | $2,240.15 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.567.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 8185

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $6,823.18 | $6,823.18 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.568.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 3705

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $13,757.09 | $12,475.00 |

| Nonpriority amount |
|---|
| $1,282.09 |

| 2.569. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $363.31 | $363.31 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8905

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.570. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $833.10 | $833.10 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7609

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.571. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $8,804.76 | $8,804.76 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8924

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.572. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $7,193.95 | $7,193.95 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB |

**Last 4 digits of account number:** 2713

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.573. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $2,840.33 | $2,840.33 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB |

**Last 4 digits of account number:** 8944

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.574. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $8,779.58 | $8,779.58 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB |

**Last 4 digits of account number:** 8252

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.575. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $8,247.76 | $8,247.76 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8131

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.576. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $6,376.93 | $6,376.93 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7938

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.577. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $2,434.45 | $2,434.45 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9211

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.578. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $6,252.60 | $6,252.60 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2158

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.579. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $8,588.63 | $8,588.63 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 1051

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.580. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $1,459.62 | $1,459.62 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9115

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.581. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $4,148.61 | $4,148.61 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 3367

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.582. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $8,279.19 | $8,279.19 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9339

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.583. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $1,564.76 | $1,564.76 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9801

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.584. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $13,444.82 | $12,475.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $969.82 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8308

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.585. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $3,972.68 | $3,972.68 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8112

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.586. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $4,458.30 | $4,458.30 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8376

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.587. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,157.40 | $1,157.40 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2104

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.588. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $15,210.53 | $12,475.00 |

**Nonpriority amount**

$2,735.53

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7879

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.589. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $7,630.48 | $7,630.48 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9332

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.590. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.590.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,298.66

**Priority amount** $1,298.66

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9067

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.591.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $897.35

**Priority amount** $897.35

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8386

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.592.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $9,612.68

**Priority amount** $9,612.68

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8927

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.593. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $8,487.98 | $8,487.98 |

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $8,487.98 | $8,487.98 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9054

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.594. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $6,040.11 | $6,040.11 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2390

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.595. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $3,075.70 | $3,075.70 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2142

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.596. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,251.32 | $4,251.32 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 3436

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.597. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,818.35 | $1,818.35 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9691

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.598. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,295.35 | $1,295.35 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8270

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.599. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $18,273.46 | $12,475.00 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $5,798.46 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 6915

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.600. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $1,612.08 | $1,612.08 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9774

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.601. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $1,869.44 | $1,869.44 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9621

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor  **FREEDOM COMMUNICATIONS, INC.**                                    Case number (if known) **8:15-bk-15311-MW**

| 2.602. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $2,831.51 | $2,831.51 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                         WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8592          **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)          ☑ No          ☐ Yes

| 2.603. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $6,736.25 | $6,736.25 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                         WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8684          **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)          ☑ No          ☐ Yes

| 2.604. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $1,231.61 | $1,231.61 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                         WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9713          **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)          ☑ No          ☐ Yes

| 2.605. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $1,430.47 | $1,430.47 |
| | ☐ Unliquidated | | Nonpriority amount |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**  VARIOUS

**Basis for the claim:**  WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8965

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.606. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $1,631.23 | $1,631.23 |
| | ☐ Unliquidated | | Nonpriority amount |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**  VARIOUS

**Basis for the claim:**  WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9032

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.607. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $528.46 | $528.46 |
| | ☐ Unliquidated | | Nonpriority amount |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**  VARIOUS

**Basis for the claim:**  WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9826

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.608. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $1,202.02 | $1,202.02 |

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,202.02 | $1,202.02 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 5904

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.609.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,830.48 | $2,830.48 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 0387

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.610.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $610.06 | $610.06 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 2201

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   **FREEDOM COMMUNICATIONS, INC.**                                  Case number *(if known)* **8:15-bk-15311-MW**

| 2.611. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $2,780.56
Priority amount: $2,780.56

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 1319

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.612. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $3,197.57
Priority amount: $3,197.57

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0725

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.613. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

ORANGE COUNTY TAX COLLECTOR
PO BOX 1438
SANTA ANA CA 92702-1438

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $829,974.11
Priority amount: $829,974.11

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAXES

**Last 4 digits of account number:** 1893

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| 2.614. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $1,394.00 | $1,394.00 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7424

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.615. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $4,013.65 | $4,013.65 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0503

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.616. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $887.89 | $887.89 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2978

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.617. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $5,346.32 | $5,346.32 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8368

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.618. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $2,735.83 | $2,735.83 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8172

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.619. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $3,513.52 | $3,513.52 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8643

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.620. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $2,449.60
Priority amount: $2,449.60

Nonpriority amount
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 5161

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.621. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $3,223.50
Priority amount: $3,223.50

Nonpriority amount
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8764

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.622. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $4,033.47
Priority amount: $4,033.47

Nonpriority amount
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7819

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.623.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $8,084.72 | $8,084.72 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9087

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.624.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $17,882.93 | $12,475.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $5,407.93 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2575

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.625.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $5,401.82 | $5,401.82 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0325

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.626. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $7,055.26
Priority amount: $7,055.26

Nonpriority amount
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8979

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.627. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $3,347.94
Priority amount: $3,347.94

Nonpriority amount
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9451

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.628. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $7,606.97
Priority amount: $7,606.97

Nonpriority amount
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8145

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.629. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent

☐ Unliquidated

☐ Disputed

Total claim: $6,086.85    Priority amount: $6,086.85

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9272

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.630. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent

☐ Unliquidated

☐ Disputed

Total claim: $3,234.53    Priority amount: $3,234.53

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9756

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.631. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent

☐ Unliquidated

☐ Disputed

Total claim: $3,660.78    Priority amount: $3,660.78

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8082

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.632. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $7,272.87 | $7,272.87 |
| | Name and Address Intentionally Omitted | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 2581**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.633. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $6,928.29 | $6,928.29 |
| | Name and Address Intentionally Omitted | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 8862**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.634. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $5,765.94 | $5,765.94 |
| | Name and Address Intentionally Omitted | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 8384**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.635. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $4,359.53 | $4,359.53 |

☐ Contingent
☐ Unliquidated
☐ Disputed

|  | Nonpriority amount |
|---|---|
|  | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 8775**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.636. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $8,089.14 | $8,089.14 |

☐ Contingent
☐ Unliquidated
☐ Disputed

|  | Nonpriority amount |
|---|---|
|  | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9062**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.637. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $4,217.85 | $4,217.85 |

☐ Contingent
☐ Unliquidated
☐ Disputed

|  | Nonpriority amount |
|---|---|
|  | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7952**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No
☐ Yes

| 2.638. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $8,256.18 | $8,256.18 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9452

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.639. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $246.35 | $246.35 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2196

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.640. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $4,655.35 | $4,655.35 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7828

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.641.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $3,275.43 | $3,275.43 |
| ☐ Unliquidated | | |
| ☐ Disputed | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8879

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.642.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $347.20 | $347.20 |
| ☐ Unliquidated | | |
| ☐ Disputed | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0026

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.643.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $14,578.96 | $12,475.00 |
| ☐ Unliquidated | | |
| ☐ Disputed | | **Nonpriority amount** |
| | | $2,103.96 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2022

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor  **FREEDOM COMMUNICATIONS, INC.**                                              Case number *(if known)* **8:15-bk-15311-MW**

| 2.644. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

**2.644.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| | | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | ☐ Contingent | $6,092.98 | $6,092.98 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9121

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.645.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| | | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | ☐ Contingent | $3,415.82 | $3,415.82 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2952

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.646.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| | | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | ☐ Contingent | $1,341.56 | $1,341.56 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9787

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.647. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $7,875.98 | $7,875.98 |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9100

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.648. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $1,395.77 | $1,395.77 |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2270

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.649. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $2,731.53 | $2,731.53 |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8302

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.650. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $6,916.99 | $6,916.99 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8717

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.651. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $151.63 | $151.63 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2095

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.652. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $6,145.23 | $6,145.23 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8669

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.653. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $101,261.41 | $12,475.00 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | **Nonpriority amount** |
| | | | | $88,786.41 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7776

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.654. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $3,897.77 | $3,897.77 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | **Nonpriority amount** |
| | | | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 1348

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.655. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $20,604.18 | $12,475.00 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | **Nonpriority amount** |
| | | | | $8,129.18 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9729

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.656. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $52.67 | $52.67 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9008

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.657. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $4,461.16 | $4,461.16 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2399

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.658. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $3,180.80 | $3,180.80 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7815

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.659. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $5,435.84 | $5,435.84 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9122

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.660. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $5,666.58 | $5,666.58 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8083

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.661. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $1,785.97 | $1,785.97 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9735

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.662. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $8,072.59 | $8,072.59 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 3093

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.663. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $5,338.87 | $5,338.87 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2018

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.664. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $3,603.53 | $3,603.53 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9119

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.665. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $2,751.25
Priority amount: $2,751.25

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9201

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.666. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $2,590.13
Priority amount: $2,590.13

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8686

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.667. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $4,346.86
Priority amount: $4,346.86

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9328

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.668. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $24,893.10 | $12,475.00 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | **Nonpriority amount** |
| | | | | $12,418.10 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| | **Last 4 digits of account number:** 8631 | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

| 2.669. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $11,103.20 | $11,103.20 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | **Nonpriority amount** |
| | | | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| | **Last 4 digits of account number:** 7832 | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

| 2.670. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $1,715.62 | $1,715.62 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | **Nonpriority amount** |
| | | | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| | **Last 4 digits of account number:** 7951 | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

| 2.671. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $4,955.05 | $4,955.05 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 2203**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.672. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $8,800.93 | $8,800.93 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 9825**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.673. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $2,252.74 | $2,252.74 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 8211**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor  **FREEDOM COMMUNICATIONS, INC.**                                    Case number *(if known)* **8:15-bk-15311-MW**

| | | | |
|---|---|---|---|
| **2.674.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** |

**2.674.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,977.42 | $1,977.42 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 5122**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.675.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,644.24 | $1,644.24 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 8380**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.676.** | **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,752.39 | $1,752.39 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number: 9258**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.677. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $611.32 | $611.32 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8850

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.678. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $4,457.65 | $4,457.65 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0717

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.679. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $264.51 | $264.51 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2375

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.680. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $339.07 | $339.07 |

Name and Address Intentionally Omitted

☐ Contingent

☐ Unliquidated

☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0403

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.681. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $2,838.70 | $2,440.38 |

Name and Address Intentionally Omitted

☐ Contingent

☐ Unliquidated

☐ Disputed

| | Nonpriority amount |
|---|---|
| | $398.32 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8396

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.682. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $2,190.36 | $2,190.36 |

Name and Address Intentionally Omitted

☐ Contingent

☐ Unliquidated

☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0418

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor  **FREEDOM COMMUNICATIONS, INC.**                    Case number *(if known)* **8:15-bk-15311-MW**

| 2.683. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

**2.683.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,100.81 | $2,100.81 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9712

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.684.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $4,570.83 | $4,570.83 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8104

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.685.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $388.68 | $388.68 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 1298

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.686. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $389.29 | $389.29 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2617

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.687. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $571.04 | $571.04 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8624

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.688. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $1,026.53 | $1,026.53 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 3164

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.689.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $4,787.16 | $4,787.16 |
| ☐ Unliquidated | | |
| ☐ Disputed | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8715

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.690.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $5,456.42 | $5,456.42 |
| ☐ Unliquidated | | |
| ☐ Disputed | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8746

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.691.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $5,743.03 | $5,743.03 |
| ☐ Unliquidated | | |
| ☐ Disputed | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8089

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.692. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $784.45 | $784.45 |
| | Name and Address Intentionally Omitted | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 1979

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.693. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $3,451.75 | $3,451.75 |
| | Name and Address Intentionally Omitted | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9685

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.694. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $5,486.36 | $5,486.36 |
| | Name and Address Intentionally Omitted | ☐ Contingent | | |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 1401

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor  **FREEDOM COMMUNICATIONS, INC.**                    Case number *(if known)* **8:15-bk-15311-MW**

---

| 2.695. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent

☐ Unliquidated

☐ Disputed

**Total claim:** $6,238.91  **Priority amount:** $6,238.91

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8506

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.696. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent

☐ Unliquidated

☐ Disputed

**Total claim:** $5,487.96  **Priority amount:** $5,487.96

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 1159

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.697. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent

☐ Unliquidated

☐ Disputed

**Total claim:** $862.60  **Priority amount:** $862.60

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9830

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.698. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $1,460.03 | $1,460.03 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9770

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.699. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $4,170.91 | $4,170.91 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 1620

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.700. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $4,993.87 | $4,993.87 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8453

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.701 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $2,037.11 | $2,037.11 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| | **Last 4 digits of account number:** 8207 | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

| 2.702 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $2,094.31 | $2,094.31 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| | **Last 4 digits of account number:** 2960 | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

| 2.703 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $4,225.48 | $4,225.48 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| | **Last 4 digits of account number:** 8405 | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

| 2.704. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $2,019.35 | $2,019.35 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | **Nonpriority amount** |
| | | | $0.00 |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       WAGES, PTO, COMMISSIONS,
                                              SEVERANCE, EXP REIMB

**Last 4 digits of account**                  **Is the claim subject to offset?**
**number: 8036**
                                              ☒ No
**Specify Code subsection of PRIORITY**       ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.705. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $2,585.83 | $2,585.83 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | **Nonpriority amount** |
| | | | $0.00 |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       WAGES, PTO, COMMISSIONS,
                                              SEVERANCE, EXP REIMB

**Last 4 digits of account**                  **Is the claim subject to offset?**
**number: 9788**
                                              ☒ No
**Specify Code subsection of PRIORITY**       ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.706. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $1,823.01 | $1,823.01 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | **Nonpriority amount** |
| | | | $0.00 |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       WAGES, PTO, COMMISSIONS,
                                              SEVERANCE, EXP REIMB

**Last 4 digits of account**                  **Is the claim subject to offset?**
**number: 6052**
                                              ☒ No
**Specify Code subsection of PRIORITY**       ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.707 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $1,548.42 | $1,548.42 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | Nonpriority amount | |
| | | | $0.00 | |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9737

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.708 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $1,688.36 | $1,688.36 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | Nonpriority amount | |
| | | | $0.00 | |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2077

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.709 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $3,526.93 | $3,526.93 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | Nonpriority amount | |
| | | | $0.00 | |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9731

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.710. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|
| | $3,730.89 | $3,730.89 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9059

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.711. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|
| | $1,621.52 | $1,621.52 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0650

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.712. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|
| | $5,326.69 | $5,326.69 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7838

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.713. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $15,825.66 | $12,475.00 |
| | | ☐ Unliquidated | | |
| | | | | Nonpriority amount |
| | | ☐ Disputed | | $3,350.66 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9595

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.714. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $3,451.40 | $3,451.40 |
| | | ☐ Unliquidated | | |
| | | | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 3078

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.715. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $6,621.58 | $6,621.58 |
| | | ☐ Unliquidated | | |
| | | | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9732

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.716. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| SECRETARY OF STATE<br>PO BOX 944230<br>SACRAMENTO CA 94244-2300 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20.00 | $20.00 |
| | | | **Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAXES

**Last 4 digits of account number:** 3925

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.717. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $511.12 | $511.12 |
| | | | **Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9763

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.718. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,705.18 | $1,705.18 |
| | | | **Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8471

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.719. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $636.10 | $636.10 |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9020

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.720. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $1,505.96 | $1,505.96 |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8713

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.721. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $1,990.54 | $1,990.54 |
| | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8565

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.722. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $6,646.30 | $6,646.30 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2055

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.723. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $18,023.26 | $12,475.00 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $5,548.26 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0476

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.724. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $1,766.93 | $1,766.93 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8649

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.725. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $5,344.94 | $5,344.94 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | **Nonpriority amount** |
| | | | $0.00 |
| **Date or dates debt was incurred** | **Basis for the claim:** | | |
| VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| **Last 4 digits of account number:** 0671 | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.726. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $6,684.79 | $6,684.79 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | **Nonpriority amount** |
| | | | $0.00 |
| **Date or dates debt was incurred** | **Basis for the claim:** | | |
| VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| **Last 4 digits of account number:** 9727 | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.727. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent | $761.61 | $761.61 |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | **Nonpriority amount** |
| | | | $0.00 |
| **Date or dates debt was incurred** | **Basis for the claim:** | | |
| VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| **Last 4 digits of account number:** 8959 | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.728. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent

☐ Unliquidated

☐ Disputed

Total claim: $199.81

Priority amount: $199.81

Nonpriority amount

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 8602

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| 2.729. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent

☐ Unliquidated

☐ Disputed

Total claim: $104.84

Priority amount: $104.84

Nonpriority amount

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 9820

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| 2.730. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent

☐ Unliquidated

☐ Disputed

Total claim: $2,374.93

Priority amount: $2,374.93

Nonpriority amount

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 9653

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| 2.731. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

**2.731.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $7,761.96 | $7,761.96 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8829

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.732.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $8,571.42 | $8,571.42 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8800

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.733.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $8,308.87 | $8,308.87 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8865

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.734. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $273,428.50 | $12,475.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $260,953.50 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| | **Last 4 digits of account number: 8823** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.735. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $4,896.87 | $4,896.87 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| | **Last 4 digits of account number: 9780** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.736. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $940.64 | $940.64 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| | **Last 4 digits of account number: 8678** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.737. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $4,787.15 | $4,787.15 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| | **Last 4 digits of account number:** 8025 | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

| 2.738. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $1,543.76 | $1,543.76 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| | **Last 4 digits of account number:** 9797 | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

| 2.739. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $2,285.93 | $2,285.93 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| | **Last 4 digits of account number:** 1145 | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

**2.740.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| | |
|---|---|
| **Total claim** | **Priority amount** |
| $7,546.45 | $7,546.45 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7966

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.741.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| | |
|---|---|
| **Total claim** | **Priority amount** |
| $3,673.93 | $3,673.93 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9827

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.742.** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

| | |
|---|---|
| **Total claim** | **Priority amount** |
| $1,579.90 | $1,579.90 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7931

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.743.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $8,714.36 | $8,714.36 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 8693

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.744.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $2,926.66 | $2,926.66 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 8020

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.745.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $213.94 | $213.94 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 8620

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No
☐ Yes

| 2.746. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $1,064.00 | $1,064.00 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 3884

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.747. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $3,383.17 | $3,383.17 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9229

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.748. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $2,977.89 | $2,977.89 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9824

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.749. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $3,974.05 | $3,974.05 |

| | | | Nonpriority amount |
|---|---|---|---|
| | ☐ Unliquidated | | |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9663

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.750. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $1,530.21 | $1,530.21 |

| | | | Nonpriority amount |
|---|---|---|---|
| | ☐ Unliquidated | | |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0363

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.751. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $8,877.76 | $8,877.76 |

| | | | Nonpriority amount |
|---|---|---|---|
| | ☐ Unliquidated | | |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9100

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.752. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $8,096.77 | $8,096.77 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 2714

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**
☒ No
☐ Yes

2.753. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $918.59 | $918.59 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 9015

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**
☒ No
☐ Yes

2.754. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $3,020.68 | $3,020.68 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 9054

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.755. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $16,401.87
Priority amount: $12,475.00

Nonpriority amount
$3,926.87

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2045

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.756. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $11,893.02
Priority amount: $11,893.02

Nonpriority amount
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0767

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.757. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,840.93
Priority amount: $1,840.93

Nonpriority amount
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8790

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.758. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,070.50 — $5,963.50

| | Nonpriority amount |
|---|---|

$107.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 2324

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.759. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,644.97 — $2,644.97

Nonpriority amount

$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9072

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.760. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,978.71 — $3,978.71

Nonpriority amount

$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7201

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.761. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $64.29 | $64.29 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9563

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.762. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $5,312.50 | $5,312.50 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0852

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.763. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $9,589.41 | $9,589.41 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0350

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.764. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $3,507.33 | $3,507.33 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | **Nonpriority amount** | |
| | | | $0.00 | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| | **Last 4 digits of account number:** 9204 | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.765. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $3,677.20 | $3,677.20 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | **Nonpriority amount** | |
| | | | $0.00 | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| | **Last 4 digits of account number:** 8843 | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.766. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $15,040.52 | $12,475.00 |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | **Nonpriority amount** | |
| | | | $2,565.52 | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| | **Last 4 digits of account number:** 0321 | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

2.767. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $4,121.70 | $4,121.70 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8057

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.768. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $4,696.26 | $4,696.26 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 0366

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.769. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $3,929.14 | $3,929.14 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 3385

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.770. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $2,260.36 | $2,260.36 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,260.36
**Priority amount** $2,260.36

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8467

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.771. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,975.83
**Priority amount** $2,975.83

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8722

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.772. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $325.30
**Priority amount** $325.30

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8189

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.773. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent

☐ Unliquidated

☐ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | $2,851.75 | $2,851.75 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 8963

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 2.774. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent

☐ Unliquidated

☐ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | $671.50 | $671.50 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 8810

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 2.775. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent

☐ Unliquidated

☐ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | $2,703.90 | $2,703.90 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 5048

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor  **FREEDOM COMMUNICATIONS, INC.**                    Case number *(if known)* **8:15-bk-15311-MW**

| 2.776. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

2.776. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $7,483.51 | $7,483.51 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 9218

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.777. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $647.97 | $647.97 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 5050

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.778. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,889.22 | $2,889.22 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 9077

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor **FREEDOM COMMUNICATIONS, INC.**                        Case number *(if known)* **8:15-bk-15311-MW**

| 2.779. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

2.779. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $2,385.80
Priority amount: $2,385.80

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9823

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.780. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,437.49
Priority amount: $1,437.49

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8435

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.781. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,499.82
Priority amount: $1,499.82

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8666

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.782. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $1,708.73 | $1,708.73 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 3715

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.783. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $546.59 | $546.59 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8929

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.784. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $1,839.83 | $1,839.83 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8044

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.785. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $1,511.03 | $1,511.03 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7480

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.786. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $6,955.78 | $6,955.78 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 1229

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.787. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $898.53 | $898.53 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8047

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.788. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $1,680.16 | $1,680.16 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8737

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.789. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $246.59 | $246.59 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 1568

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.790. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | | | $1,698.17 | $1,698.17 |

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7976

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.791. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $4,573.89 | $4,573.89 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| | **Last 4 digits of account number:** 8366 | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

| 2.792. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $7,713.79 | $7,663.79 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $50.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| | **Last 4 digits of account number:** 2123 | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

| 2.793. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | | $4,647.84 | $4,647.84 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB | | |
| | **Last 4 digits of account number:** 9739 | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

| 2.794. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $4,187.39 | $4,187.39 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9109

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.795. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $473.06 | $473.06 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 1115

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.796. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $11,112.06 | $11,112.06 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8294

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.797. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

2.797. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $10,521.33

**Priority amount** $10,521.33

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 9196

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**
☒ No
☐ Yes

---

2.798. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $9,058.01

**Priority amount** $9,058.01

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 0463

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**
☒ No
☐ Yes

---

2.799. **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $3,805.13

**Priority amount** $3,805.13

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 8896

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.800** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 9739

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,853.72 | $1,853.72 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.801** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 9764

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $171.79 | $171.79 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.802** Priority creditor's name and mailing address

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 7863

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $375.54 | $375.54 |
| | **Nonpriority amount** |
| | $0.00 |

**2.803.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $4,401.81 | $4,401.81 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 7831

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.804.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $3,130.93 | $3,130.93 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8432

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.805.** **Priority creditor's name and mailing address**

Name and Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $1,903.92 | $1,903.92 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9238

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.806. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $6,864.33 | $6,864.33 |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 1851

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.807. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $1,155.63 | $1,155.63 |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 8629

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.808. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent | $468.54 | $468.54 |
| | | ☐ Unliquidated | | Nonpriority amount |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Last 4 digits of account number:** 9806

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **FREEDOM COMMUNICATIONS, INC.**                                    Case number *(if known)* **8:15-bk-15311-MW**

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.**    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors
with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| 3.1. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | 24-7 DOCK AND DOOR REPAIR INC 6966 GARDEN DR SAN BERNARDINO CA 92404 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $38,936.50 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.2. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | 2656 MARKETING 5254 MELROSE AVE #41 LOS ANGELES CA 90038 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $3,782.20 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.3. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | 3-D THEATRICALS 1255 N KNOLLWOOD CIR ANAHEIM CA 92801 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $300.00 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.4. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

3.4. **Nonpriority creditor's name and mailing address**

5P - SOCIETY
LAURA CASTILLO
PO BOX 268
LAKEWOOD CA 90714

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$180.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.5. **Nonpriority creditor's name and mailing address**

8U CHINO HILLS DIRT DAWGS
MATT GRAY
16653 QUAIL COUNTRY AVE
CHINO HILLS CA 91709

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$273.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.6. **Nonpriority creditor's name and mailing address**

A T & T MOBILITY
PO BOX 6463
CAROL STREAM IL 60197-6463

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,854.62

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.7. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.7.

**Nonpriority creditor's name and mailing address**

A TO Z CIRCUIT BREAKERS INC
1170 E GENE AUTRY WAY
ANAHEIM CA 92805

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.8.

**Nonpriority creditor's name and mailing address**

AARON KUSHNER
BOX 81386
WELLESLEY MA 02481

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,754.95

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.9.

**Nonpriority creditor's name and mailing address**

ABBEY FINANCIAL, LLC
C/O THE ABBEY GROUP
575 BOYLSTON STREET
8TH FLOOR
BOSTON MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.10. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.10.** **Nonpriority creditor's name and mailing address**

ABM BUILDING SOLUTIONS LLC
PO BOX 79049
CITY OF INDUSTRY CA 91716-9049

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$28,408.76

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.11.** **Nonpriority creditor's name and mailing address**

ACACIAWOOD PREP ACADEMY
DANIELLE ALLISON
2530 W LA PALMA AVE
ANAHEIM CA 92801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$803.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.12.** **Nonpriority creditor's name and mailing address**

ACADEMY ELECTRIC INC
PO BOX 2364
864 S WINTHROPE ST
ORANGE CA 92859-0364

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$12,972.71

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

3.13.    **Nonpriority creditor's name and mailing address**

ACADEMY OF CLASSICAL EDUCATION
LINDA LARSON
18170 SANTA LAURETTA CIR
FOUNTAIN VALLEY CA 92708

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $20.00 |

---

3.14.    **Nonpriority creditor's name and mailing address**

ACCRAPLY INCORPORATED
25240 NETWORK PL
CHICAGO IL 60673-1252

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $171.40 |

---

3.15.    **Nonpriority creditor's name and mailing address**

ACE MOBI
PO BOX 7651
LAGUNA NIGUEL CA 92607-7651

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $17,145.00 |

| 3.16. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.16.  **Nonpriority creditor's name and mailing address**

ACI CA LLC
330 GOLDEN SHORE STE 410
LONG BEACH CA 90802

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$390,746.42

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.17.  **Nonpriority creditor's name and mailing address**

ACTEGA KELSTAR INC
26537 NETWORK PL
CHICAGO IL 60673-1265

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,804.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.18.  **Nonpriority creditor's name and mailing address**

ACTION FOURS INC
123 S MCCLAY ST
SUITE C
SANTA ANA CA 92701

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$50.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **FREEDOM COMMUNICATIONS, INC.**                     Case number *(if known)* **8:15-bk-15311-MW**

---

3.19.   **Nonpriority creditor's name and mailing address**

ADELPHIA CLASSICAL CHRISTIAN ACADEMY
IRENE BASDAKIS
710 S CAMBRIDGE ST
ORANGE CA 92866

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $857.00 |

---

3.20.   **Nonpriority creditor's name and mailing address**

ADIOVA LAUREN
9250 IRONGATE LN
SAN DIEGO CA 92126

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $100.00 |

---

3.21.   **Nonpriority creditor's name and mailing address**

ADM INVESTMENT MANAGEMENT LLC
2890 NE 187TH ST
AVENTURA FL 33180-2922

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $70,000.00 |

---

Debtor  **FREEDOM COMMUNICATIONS, INC.**                                   Case number (if known) **8:15-bk-15311-MW**

3.22.  **Nonpriority creditor's name and mailing address**

ADOBE SYSTEMS INCORPORATED
75 REMITANCE DR STE 1025
CHICAGO IL 60675-1025

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $10,000.00 |

3.23.  **Nonpriority creditor's name and mailing address**

ADP INC
PO BOX 31001-1874
PASADENA CA 91110-1874

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

HEALTH & WELFARE BENEFIT CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $5,400.00 |

3.24.  **Nonpriority creditor's name and mailing address**

ADRIAN PINEDA
1132 W VALENCIA DR APT E
FULLERTON CA 92833

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $1,245.00 |

| 3.25. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.25.    **Nonpriority creditor's name and mailing address**

ADVANCED COURIER CONCEPTS INC
940 W 17TH ST #F
SANTA ANA CA 92701

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$8,866.10

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.26.    **Nonpriority creditor's name and mailing address**

ADVANCED LIFT MOTORS
12345 FLORENCE AVE
SANTA FE SPRINGS CA 90670-3807

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$442.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.27.    **Nonpriority creditor's name and mailing address**

ADVANCED ROLLER CO
212 LEWIS CT
CORONA CA 92882

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$774.96

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| | | |
|---|---|---|
| **3.28.** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| AFCO <br> DEPT LA 21315 <br> PASADENA CA 91185-1315 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $203,306.32 |
| **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| | | |
|---|---|---|
| **3.29.** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| AFFLUENT STAFFING LLC <br> PO BOX 743451 <br> LOS ANGELES CA 90074-3451 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $32,812.67 |
| **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| | | |
|---|---|---|
| **3.30.** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| AFSCME LOCAL 619 CITY OF CERRITOS <br> EMPLOYEES <br> MARY ANN CAMACHO <br> PO BOX 3603 <br> CERRITOS CA 90703 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $587.65 |
| **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

**3.31.** **Nonpriority creditor's name and mailing address**

AFTERCOLLEGE
1804 GARNET AVE
BOX #453
SAN DIEGO CA 92109

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Amount of claim** |
| --- |
| $9,692.50 |

**3.32.** **Nonpriority creditor's name and mailing address**

AGGREKO LLC
PO BOX 972562
DALLAS TX 75397-2562

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Amount of claim** |
| --- |
| UNDETERMINED |

**3.33.** **Nonpriority creditor's name and mailing address**

ALAN BELL
428 PASEO MIRMAR
PACIFIC PALISADES CA 90272

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Amount of claim** |
| --- |
| $900.00 |

| 3.34. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

ALAN HUERTA
715 W SOUTH ST
ANAHEIM CA 92805

☐ Contingent
☐ Unliquidated
☐ Disputed

$200.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.35. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

ALD LLC
814 TYVOLA RD STE 107-A
CHARLOTTE NC 28217

☐ Contingent
☐ Unliquidated
☐ Disputed

$662,121.90

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.36. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

ALEXANDER ROBINSON
17 VIOLA
IRVINE CA 92620

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,000.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **FREEDOM COMMUNICATIONS, INC.**                                    Case number *(if known)* **8:15-bk-15311-MW**

| 3.37. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALISO NIGUEL HS GIRLS WATER POLO
ERICK LYNCH
28000 WOLVERINE WAY
ALISO VIEJO CA 92656

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,598.41

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.38. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALL SEASONS LANDSCAPE & MAINTENANCE INC
2478 E FENDER AVE STE C
FULLERTON CA 92831

☐ Contingent
☐ Unliquidated
☐ Disputed

$833.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.39. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALLEN TIRE COMPANY
2401 N TUSTIN AVE
SANTA ANA CA 92705-1604

☐ Contingent
☐ Unliquidated
☐ Disputed

$250.75

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 283 of 594

| 3.40. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

ALLIANCE FOR AUDITED MEDIA
DEPT 20-8026
PO BOX 5998
CAROL STREAM IL 61097-5998

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,266.94

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.41. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

ALLIANCE FOR AUDITED MEDIA
DEPT 20-8026
PO BOX 5998
CAROL STREAM IL 60197-5998

☐ Contingent
☐ Unliquidated
☐ Disputed

$21,541.44

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.42. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

ALOHA GRAPHICS & PRINTING
500 W SECOND ST
TUSTIN CA 92780-4381

☐ Contingent
☐ Unliquidated
☐ Disputed

$984.96

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor  **FREEDOM COMMUNICATIONS, INC.**                                    Case number *(if known)* **8:15-bk-15311-MW**

---

3.43. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

ALVAN UNG
19362 SPRINGPORT DR
ROWLAND HEIGHTS CA 91748

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,400.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.44. **Nonpriority creditor's name and mailing address**

AMERICAN ALARM SYSTEMS
PO BOX 10520
SANTA ANA CA 92711-0520

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$390.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.45. **Nonpriority creditor's name and mailing address**

AMERICAN EXPRESS
2975 W CORPORATE LAKES BLVD
WESTON FL 33331-3626

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,889,449.54

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.46. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.46. **Nonpriority creditor's name and mailing address**

AMERICAN QUALITY MAIL MEDIA INC
3118 W ALPINE ST
SANTA ANA CA 92704

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$50,892.57

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.47. **Nonpriority creditor's name and mailing address**

AMERIPRIDE SERVICES INC
PO BOX 908
BEMIDJI MN 56619-0908

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,284.54

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.48. **Nonpriority creditor's name and mailing address**

AMY BENTLEY
41805 CORTE MONTIA
TEMECULA CA 92592

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$900.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **FREEDOM COMMUNICATIONS, INC.**    Case number *(if known)* **8:15-bk-15311-MW**

| 3.49. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.49.    **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$56.67

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9185**

Basis for the claim:

WAGES, PTO, COMMISSIONS,
SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.50.    **Nonpriority creditor's name and mailing address**

AMY NING
3966 GAVIOTA AVE
LONG BEACH CA 90807

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$500.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Basis for the claim:

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.51.    **Nonpriority creditor's name and mailing address**

AMY SENK
PO BOX 824
CORONA DEL MAR CA 92625

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$600.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Basis for the claim:

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 287 of 594

| 3.52. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

AN COMPANY
1431 ADELIA AVE
SO EL MONTE CA 91733

☐ Contingent
☐ Unliquidated
☐ Disputed

$937.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.53. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

ANAHEIM ARENA MANAGEMENT LLC
2695 E KATELLA AVE
ANAHEIM CA 92806

☐ Contingent
☐ Unliquidated
☐ Disputed

$150.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.54. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

ANAHEIM CIRCUIT BREAKERS ELECTRIC INC
1509 N KRAEMER BLVD
SUITE A
ANAHEIM CA 92806

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,392.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

3.55. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
---|---|---|---

3.55.

**Nonpriority creditor's name and mailing address**

ANAHEIM HS BOYS BASKETBALL
OSCAR HERRERA
344 S LIBERTY WAY
ORANGE CA 92869

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$1,594.00

---

3.56.

**Nonpriority creditor's name and mailing address**

ANDREA D MANES
115 W STUECKLE AVE APT 6
ANAHEIM CA 92805-4634

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$250.00

---

3.57.

**Nonpriority creditor's name and mailing address**

ANDREA MILLS
9642 VILLA WOODS DR
VILLA PARK CA 92861

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$640.00

| 3.58. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

3.58.  **Nonpriority creditor's name and mailing address**

ANDREAS M BRENNER
6795 STANTON AVE
UNIT A
BUENA PARK CA 90621

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.59.  **Nonpriority creditor's name and mailing address**

ANDRES CARDENAS
602 S WALNUT AVE #6
BREA CA 92821

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$150.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.60.  **Nonpriority creditor's name and mailing address**

ANDREW TURNER
5438 VISTA FORTUNA
CYPRESS CA 90630

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,660.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **FREEDOM COMMUNICATIONS, INC.**    Case number *(if known)* **8:15-bk-15311-MW**

| 3.61. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.61.    **Nonpriority creditor's name and mailing address**

ANGEL FEBUS
PO BOX 145
PLACENTIA CA 92871

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,425.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.62.    **Nonpriority creditor's name and mailing address**

ANGELICA O SALAZAR
PO BOX 10382
NEWPORT BEACH CA 92658

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

3/20/2004

**Last 4 digits of account number:** 7796

**Basis for the claim:**

WORKMAN'S COMP CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.63.    **Nonpriority creditor's name and mailing address**

ANGELICA SALAZAR
PO BOX 10382
NEWPORT BEACH CA 92658

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

11/30/2004

**Last 4 digits of account number:** 3366

**Basis for the claim:**

WORKMAN'S COMP CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

3.64.  **Nonpriority creditor's name and mailing address**

ANITA GRACE ADVERTISING LLC
12959 196TH LN NW
ELK RIVER MN 55330

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| **Amount of claim** |
| --- |
| $2,739.80 |

3.65.  **Nonpriority creditor's name and mailing address**

ANNA G BROWN
711 SIGNAL MOUNTAIN RD #232
CHATTANOOGA TN 37405

**Date or dates debt was incurred**

12/12/2006

**Last 4 digits of account number:** 6795

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

WORKMAN'S COMP CLAIM

**Is the claim subject to offset?**

☒ No

☐ Yes

| **Amount of claim** |
| --- |
| UNDETERMINED |

3.66.  **Nonpriority creditor's name and mailing address**

ANNE GILLETTE
3517 ELKER RD
CORONA CA 92882

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| **Amount of claim** |
| --- |
| $482.25 |

3.67.  **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9657**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$234.39

---

3.68.  **Nonpriority creditor's name and mailing address**

ANTHEM BLUE CROSS
DEPARTMENT 5812
LOS ANGELES CA 90074-5812

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$36,423.00

---

3.69.  **Nonpriority creditor's name and mailing address**

AON HEWITT INVESTMENT CONSULTING INC
39584 TREASURY CENTER
CHICAGO IL 60694-9500

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$10,600.48

---

3.70.   **Nonpriority creditor's name and mailing address**

AP BOOKS
PO BOX 415458
BOSTON MA 02241-5458

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$140.00

---

3.71.   **Nonpriority creditor's name and mailing address**

APA DANCE GUILD
1905 MAIN ST
HUNTINGTON BEACH CA 92648

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$551.40

---

3.72.   **Nonpriority creditor's name and mailing address**

APARTMENT ASSOCIATION OF OC
525 CABRILLO PARK DR
STE 125
SANTA ANA CA 92701-5076

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$80.00

---

| 3.73. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.73. **Nonpriority creditor's name and mailing address**

APPLIED COMPUTER SOLUTIONS
PO BOX 31001-2098
PASADENA CA 91110-2098

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$96,650.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.74. **Nonpriority creditor's name and mailing address**

ARAMARK
22512 NETWORK PL
CHICAGO IL 60673-1225

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$128.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.75. **Nonpriority creditor's name and mailing address**

ARAMARK UNIFORM SERVICES
PO BOX 101179
PASADENA CA 91189-0005

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$19,538.44

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **FREEDOM COMMUNICATIONS, INC.**    Case number (if known) **8:15-bk-15311-MW**

| | | |
|---|---|---|
| 3.76. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| ARI LAMBERT 2 DIANTHUS RANCHO SANTA MARGARITA CA 92688 | ☒ Contingent ☒ Unliquidated ☒ Disputed | UNDETERMINED |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| 5/12/2015 | WORKMAN'S COMP CLAIM | |
| **Last 4 digits of account number: 5163** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| | | |
|---|---|---|
| 3.77. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| ARIZONA MIDDLE SCHOOL BONNIE HILLIER 11045 ARIZONA AVE RIVERSIDE CA 92503-5999 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $561.40 |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| VARIOUS | TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| | | |
|---|---|---|
| 3.78. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| ARMANDO BROWN 1865 W 38TH PL LOS ANGELES CA 90062 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,762.00 |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| VARIOUS | TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.79. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ARROWHEAD ELECTRIC COMPANY
13965 STAGE ROAD - UNIT F
SANTA FE SPRINGS CA 90670

☐ Contingent
☐ Unliquidated
☐ Disputed

$169.35

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.80. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ASSOCIATED PRESS
PO BOX 414212
BOSTON MA 02241-4212

☐ Contingent
☐ Unliquidated
☐ Disputed

$292,429.31

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.81. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ATEX INC
6767 N WICKHAM RD
STE 111
MELBOURNE FL 32940-2024

☐ Contingent
☐ Unliquidated
☐ Disputed

$11,500.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.82. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Amount of claim |
|---|---|---|---|
| | ATHLON MEDIA GROUP<br>75 REMITTANCE DR<br>STE 1211<br>CHICAGO IL 60675-1211 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,195.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.83. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Amount of claim |
|---|---|---|---|
| | B&K ELECTRIC WHOLESALE<br>PO BOX 31001-1768<br>PASADENA CA 91110-1768 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,593.10 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.84. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Amount of claim |
|---|---|---|---|
| | BALDWIN AMERICAS CORPORATION<br>26211 NETWORK PL<br>CHICAGO IL 60673-1262 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,354.91 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

3.85.   **Nonpriority creditor's name and mailing address**

BALEMASTER
980 CROWN COURT
CROWN POINT IN 46307

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $227.46 |

3.86.   **Nonpriority creditor's name and mailing address**

BALIBRERA VERONICA
4751 BELMONT PL
CHINO CA 91710

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $175.00 |

3.87.   **Nonpriority creditor's name and mailing address**

BASIC ENERGY INC
2818 S HALLADAY ST
SANTA ANA CA 92705

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $1,033.00 |

| 3.88. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **Amount of claim** |
|---|---|---|---|

BATBUSTERS WATSON
TAMMY DEDEN
26792 ESTANCIERO DR
MISSION VIEJO CA 92691

☐ Contingent
☐ Unliquidated
☐ Disputed

$481.87

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.89. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **Amount of claim** |
|---|---|---|---|

BECKMAN HS BOYS SOCCER
ADEELA SYED
28 GALENA
IRVINE CA 92602

☐ Contingent
☐ Unliquidated
☐ Disputed

$140.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.90. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **Amount of claim** |
|---|---|---|---|

BELL PIPE & SUPPLY CO
PO BOX 151
ANAHEIM CA 92815-0151

☐ Contingent
☐ Unliquidated
☐ Disputed

$203.87

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor  **FREEDOM COMMUNICATIONS, INC.**                                    Case number *(if known)* **8:15-bk-15311-MW**

---

3.91. **Nonpriority creditor's name and mailing address**

BELLCHEM WATER CONSULTANTS INC
2913 EL CAMINO REAL
# 565
TUSTIN RANCH CA 92782

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $216.00 |

---

3.92. **Nonpriority creditor's name and mailing address**

BENEFIT CONCEPTS
20 RISHO AVE
EAST PROVIDENCE RI 02914-1287

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

HEALTH & WELFARE BENEFIT CLAIMS

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $1,834.23 |

---

3.93. **Nonpriority creditor's name and mailing address**

BEST BEST & KRIEGER LLP
PO BOX 1028
RIVERSIDE CA 92502-1028

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $18,774.79 |

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 301 of 594

| 3.94. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

3.94.    **Nonpriority creditor's name and mailing address**

BETHANY CHRISTIAN ACADEMY
AMIE CHIKAMI
13431 EDWARDS ST
WESTMINSTER CA 92683

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$129.28

---

3.95.    **Nonpriority creditor's name and mailing address**

BLACK BOX NETWORK SERVICES
SDS 12-3079
PO BOX 86
MINNEAPOLIS MN 55486-3079

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$55.00

---

3.96.    **Nonpriority creditor's name and mailing address**

BLESSED SACRAMENT SCHOOL
ROISIN MCAREE
14146 OLIVE ST
WESTMINSTER CA 92683

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$661.00

---

3.97. **Nonpriority creditor's name and mailing address**

BLOOMBERG LP
PO BOX 415946
BOSTON MA 02241-5946

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,117.74

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.98. **Nonpriority creditor's name and mailing address**

BLUE WATERS
3701 OLD SANTA RITA RD #17
PLEASANTON CA 94588

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,623.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.99. **Nonpriority creditor's name and mailing address**

BNE PLASTIC PRODUCTS INC
205 COLLIE RD
CALHOUN LA 71225

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,541.61

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.100. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

**3.100.** **Nonpriority creditor's name and mailing address**

BOLSA GRANDE HS MEN'S LEAGUE
ROB ENGLE
9401 WESTMINSTER
GARDEN GROVE CA 92844

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$9,660.95

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.101.** **Nonpriority creditor's name and mailing address**

BOLSA GRANDE VARSITY GIRLS BASKETBALL
ROB ENGLE
9401 WESTMINSTER AVE
GARDEN GROVE CA 92844

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$20.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.102.** **Nonpriority creditor's name and mailing address**

BOND AND PECARO INC
1990 M ST NW STE 400
WASHINGTON DC 20036

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$11,387.18

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.103.** **Nonpriority creditor's name and mailing address**

BORBOA DISTRIBUTION
120 N MAGNOLIA AVE # 33
ANAHEIM CA 92801-6461

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$700.29

---

**3.104.** **Nonpriority creditor's name and mailing address**

BOTTOMLEY & ASSOCIATES LLC
PO BOX 7399 PMB# 382
400 N PARK AVE STE 10B
BRECKENRIDGE CO 80424-7399

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$28,857.50

---

**3.105.** **Nonpriority creditor's name and mailing address**

BOY SCOUT OF AMERICA - NOAC
LINH TERRY
12997 IMPALA CT
GARDEN GROVE CA 92840

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$1,344.00

---

Debtor    **FREEDOM COMMUNICATIONS, INC.**                    Case number (if known) **8:15-bk-15311-MW**

---

3.106. **Nonpriority creditor's name and mailing address**

BOY SCOUT TROOP 93
GRET MILLIGAN
2616 E MAVERICK AVE
ANAHEIM CA 92806

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$2,764.00

---

3.107. **Nonpriority creditor's name and mailing address**

BOYS & GIRLS CLUB OF SANTA ANA
KRISTLE BARTOLME
250 N GOLDEN CIRCLE #104
SANTA ANA CA 92705

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$1,962.75

---

3.108. **Nonpriority creditor's name and mailing address**

BOYS & GIRLS CLUB OF WESTMINSTER
HELEN ORTEGAR
14400 CHESTNUT ST
WESTMINSTER CA 92683

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$666.00

---

| 3.109. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

BOYS & GIRLS CLUB STANTON
TIMOTHY SCHOONOVER
11050 CEDAR ST
STANTON CA 90680

$216.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.110. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

BOYS WESTERN HS BASKETBALL
JOSEPH ALHERA
501 S WESTERN AVE
ANAHEIM CA 92804

$1,998.01

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.111. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

BRAINTREE
PO BOX 45950
OMAHA NE 68145-0950

$13,455.46

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.112. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

**3.112.** Nonpriority creditor's name and mailing address

BRAMUCCI STEPHEN
891 LAGUNA CANYON RD
LAGUNA BEACH CA 92651

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$300.00

---

**3.113.** Nonpriority creditor's name and mailing address

BRANDERSCOM
9320 NW 13TH ST #11
MIAMI FL 33172

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$405.00

---

**3.114.** Nonpriority creditor's name and mailing address

BRANDT BROTHERS - PROFESSIONAL COURIER
472 S TEILMAN
FRESNO CA 93706

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$6,125.00

---

Debtor  **FREEDOM COMMUNICATIONS, INC.**                                    Case number (if known) **8:15-bk-15311-MW**

---

3.115. **Nonpriority creditor's name and mailing address**

BRENDEN SASSER
13012 ROSWELL AVE
CHINO CA 91710

**Date or dates debt was incurred**

5/30/2013

**Last 4 digits of account number: 2367**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKMAN'S COMP CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.116. **Nonpriority creditor's name and mailing address**

BRENT SHAVER
9 WINTERHAVEN
IRVINE CA 92614

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$710.00

---

3.117. **Nonpriority creditor's name and mailing address**

BRIAN BAIOTTO
235 LA QUINTA
GLENDORA CA 91741

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$3,050.00

---

| 3.118. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

BRIGHTCOVE INC
PO BOX 83318
WOBURN MA 01813-3318

$2,562.73

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.119. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

BROADSPIRE
12874 COLLECTIONS CENTER DR
CHICAGO IL 60693

$119,130.19

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.120. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

BROADSPIRE SERVICES INC
PO BOX 404325
ATLANTA GA 30384-4325

$6,599.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.121.** **Nonpriority creditor's name and mailing address**

BROKERAGE CONCEPTS INC DBA HEALTHNOW
ADMINISTRATIVE SERVICES
PO BOX 742
BLUE BELL PA 19422

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $2,085.12 |

---

**3.122.** **Nonpriority creditor's name and mailing address**

BROOKHAVEN PTA
1851 BROOKHAVEN
PLACENTIA CA 92870

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $822.71 |

---

**3.123.** **Nonpriority creditor's name and mailing address**

BROOKHURST PTA
JENNIFER BORGMAN
9821 CATHERINE AVE
GARDEN GROVE CA 92841

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $559.00 |

| 3.124. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.124. **Nonpriority creditor's name and mailing address**

BUENA PARK HS CHEERLEADING
CARMEN MACALL
8833 ACADEMY DR
BUENA PARK CA 90621

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,154.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.125. **Nonpriority creditor's name and mailing address**

BUENA PARK HS GIRLS TENNIS
SUZAN GUBA
8833 ACADEMY DR
BUENA PARK CA 90621

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$386.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.126. **Nonpriority creditor's name and mailing address**

BULKLEY DUNTON PUBLISHING GROUP
PO BOX 31001-1382
PASADENA CA 91110-1382

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$29,062.45

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **FREEDOM COMMUNICATIONS, INC.**                    Case number *(if known)* **8:15-bk-15311-MW**

| | | |
|---|---|---|
| 3.127. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| BURNS JAMES M<br>31726 RANCHO VIEJO RD<br>STE 123<br>SAN JUAN CAPISTRANO CA 92675 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $200.00 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.128. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| BUTTERFIELD RANCH ELEMENTARY<br>SHAWNA CELELLO<br>6350 MYSTIC CANYON DR<br>CHINO HILLS CA 91709 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $230.10 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.129. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| BYSC CORONA UNITIED B98W<br>SALLY GEHLBACH<br>PO BOX 78214<br>CORONA CA 92877 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,497.00 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.130. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

BYSC CORONA UNITIED B99
HECTOR CUEVAS
426 W KENDAL ST
CORONA CA 92882

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$246.81

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.131. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

C&W PRESSROOM PRODUCTS
PO BOX 547
WEST CHICAGO IL 60186

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$22,437.91

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.132. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

CAGLE CARTOONS INC
PO BOX 22342
SANTA BARBARA CA 93121

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$348.57

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

3.133. **Nonpriority creditor's name and mailing address**

CAITLIN YOSHIKO BUYSSE
4301 TELMO
IRVINE CA 92618

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $200.00 |

3.134. **Nonpriority creditor's name and mailing address**

CAL TEK CHEM LUBE
PO BOX 2559
CASTRO VALLEY CA 94546-0559

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $2,674.39 |

3.135. **Nonpriority creditor's name and mailing address**

CALIFORNIA AIR CONVEYING CORP
16260 MINNESOTA AVE
PARAMOUNT CA 90723

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $888.48 |

Debtor  **FREEDOM COMMUNICATIONS, INC.**                    Case number (if known) **8:15-bk-15311-MW**

3.136. **Nonpriority creditor's name and mailing address**

CALIFORNIA CPA EDUCATION FOUNDATION
PO BOX 45066
SAN FRANCISCO CA 94145-0066

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$249.50

---

3.137. **Nonpriority creditor's name and mailing address**

CALIFORNIA NEWS PARTNERSHIP DBA SAN
GABRIEL VALLEY TRIBUNE
605 E HUNTINGTON DR STE 100
MONROVIA CA 91016-6353

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$3,869.07

---

3.138. **Nonpriority creditor's name and mailing address**

CALIFORNIA NEWSPAPER PUBLISHERS
ASSOCIATION
2701 K ST
SACRAMENTO CA 95816

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$26,530.20

---

3.139. **Nonpriority creditor's name and mailing address**

CALIFORNIA SCHOOL PTA
CLARISSA JASSO
3232 CALIFORNIA ST
COSTA MESA CA 92626

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$137.00

---

3.140. **Nonpriority creditor's name and mailing address**

CALIFORNIA STATE CONTROLLER
UNCLAIMED PROPERTY DIVISION
PO BOX 942850
SACRAMENTO CA 94250-5873

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$66,462.41

---

3.141. **Nonpriority creditor's name and mailing address**

CALIFORNIA TRUCKING ASSOCIATION
4148 E COMMERCE WY
SACRAMENTO CA 95834

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$44.17

---

Debtor    **FREEDOM COMMUNICATIONS, INC.**    Case number *(if known)* **8:15-bk-15311-MW**

---

**3.142.** **Nonpriority creditor's name and mailing address**

CALIFORNIA WAVE
CHRISTIN GONZALES
241 S LA PAZ ST
ANAHEIM CA 92807

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$1,292.83

---

**3.143.** **Nonpriority creditor's name and mailing address**

CALLSOURCE
PO BOX 60280
LOS ANGELES CA 90060-0280

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$1,638.53

---

**3.144.** **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 8834**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES, PTO, COMMISSIONS,
SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$15.13

---

| 3.145. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**3.145.** **Nonpriority creditor's name and mailing address**

CAMBRIDGE ELEMENTARY PTA
CARRIE OR PTA PRESIDENT
425 N CAMBRIDGE
ORANGE CA 92866

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$570.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.146.** **Nonpriority creditor's name and mailing address**

CANNON BUILDING SERVICES INC
1640 SIERRA MADRE CIR
PLACENTIA CA 92870-6626

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,500.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.147.** **Nonpriority creditor's name and mailing address**

CAPISTRANO VALLEY HS WRESTLING
BOOSTERS
RICH B
26301 VIA ESCOLAR
MISSION VIEJO CA 92692

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,214.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.148. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|
| CAPITOL MACHINE CO<br>1642 E EDINGER AVE<br>UNIT A<br>SANTA ANA CA 92705-5002 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,503.38 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.149. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|
| CAPO FC<br>PETER CAREY<br>32158 CAMINO CAPISTRANO STE210<br>SAN JUAN CAPISTRANO CA 92675 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,918.14 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.150. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|
| CARCANO STEPHAN<br>14364 CARNELL ST<br>WHITTIER CA 90603 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $65.00 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.151. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| CARIBOU INDUSTRIES INC<br>1103 N BROADWAY<br>SANTA ANA CA 92701 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $24,873.00 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.152. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| CARL M CANNON<br>6014 N 9TH RD<br>ARLINGTON VA 22205 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,500.00 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.153. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| CARLOS CARRILLO<br>12502 CITRUSWOOD AVE<br>GARDEN GROVE CA 92840 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED |
| **Date or dates debt was incurred**<br>10/14/2014 | **Basis for the claim:**<br>WORKMAN'S COMP CLAIM | |
| **Last 4 digits of account number:** 9474 | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.154. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Amount of claim |
|---|---|---|---|
| | CAROL VERAVANICH<br>25075 PORTSMOUTH<br>MISSION VIEJO CA 92692 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $720.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.155. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Amount of claim |
|---|---|---|---|
| | CAROLYN BADGER<br>1180 LA SUBIDA CT<br>RIVERSIDE CA 92507 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,230.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.156. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Amount of claim |
|---|---|---|---|
| | CARR KATHERINE<br>14351 MIRO CT<br>IRVINE CA 92606 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $320.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.157. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

**3.157.** **Nonpriority creditor's name and mailing address**

CASE PAPER CO
11728-201 GOLDRING RD
ARCADIA CA 91006

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$9,032.65

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.158.** **Nonpriority creditor's name and mailing address**

CASPIO INC
2953 BUNKER HILL LN STE 201
SANTA CLARA CA 94054

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$13.45

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.159.** **Nonpriority creditor's name and mailing address**

CASTILLE ELEMENTARY
TINA MESSINEO
24042 VIA LA CORUNA
MISSION VIEJO CA 92691

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$330.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.160. **Nonpriority creditor's name and mailing address**

CATHI DOUGLAS COMMUNICATIONS
2110 CATALINA AVE
SANTA ANA CA 92705

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $2,550.00 |

---

3.161. **Nonpriority creditor's name and mailing address**

CATHY LOPEZ
1544 W. OLIVE AVENUE
FULLERTON CA 92833

**Date or dates debt was incurred**

1/17/2011

**Last 4 digits of account number: 0275**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

WORKMAN'S COMP CLAIM

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.162. **Nonpriority creditor's name and mailing address**

CBRE INC
400 S HOPE ST 25TH FLR
LOS ANGELES CA 90071-1549

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $5,000.00 |

---

| 3.163. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| CCA FINANCIAL LLC<br>PO BOX 758760<br>BALTIMORE MD 21275-8760 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $66,832.16 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.164. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| CCI EUROPE INC<br>600 TOWNPARK LN NW STE 350<br>KENNESAW GA 30144 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $284,657.07 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.165. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| CDC NELSON<br>MAGGIE MATTHEY<br>14392 BROWNING AVE<br>TUSTIN CA 92780 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $140.00 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>PARTNERSHIP COMMISSIONS | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

3.166. **Nonpriority creditor's name and mailing address**

CELESTE G SCANLON
934 RUBY DRIVE
VISTA CA 92083

**Date or dates debt was incurred**

5/2/1999

**Last 4 digits of account number: 6624**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

WORKMAN'S COMP CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.167. **Nonpriority creditor's name and mailing address**

CELTIC HIBS B99
RICHARD WOJTASIAK
16440 PATINA CT
CHINO HILLS CA 91709

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $340.01 |

---

3.168. **Nonpriority creditor's name and mailing address**

CENTENNIAL HS ABS
BARBARA BUFFINGTON
1820 RIMPAU AVE
CORONA CA 92881

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $1,705.00 |

3.169. **Nonpriority creditor's name and mailing address**

CENTENNIEL HS BAND BOOSTERS -
COLORGUARD
LACY SANDELL
PO BOX 78941
CORONA CA 92877

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$589.00

---

3.170. **Nonpriority creditor's name and mailing address**

CENTRAL INK CORPORATION
DEPT 20-7019
PO BOX 5997
CAROL STREAM IL 60197-5997

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$333,516.80

---

3.171. **Nonpriority creditor's name and mailing address**

CENTRAL NATIONAL-GOTTESMAN INC
PO BOX 100431
ATLANTA GA 30384-0431

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$1,124,929.98

---

| 3.172. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CENTRO INC
222 W HUBBARD ST STE 400
CHICAGO IL 60654

☐ Contingent
☐ Unliquidated
☐ Disputed

$71,646.37

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.173. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CENTURY BUSINESS SERVICES INC
1675 SCENIC AVE STE 250
COSTA MESA CA 92626

☐ Contingent
☐ Unliquidated
☐ Disputed

$32,953.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.174. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CENTURY HIGH SCHOOL GIRLS VOLLEBALL
1401 S GRAND AVE
SANTA ANA CA 92705

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,657.17

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

3.175. **Nonpriority creditor's name and mailing address**

CENTURY HS BOYS BASKETBALL
JEFF YOUNG
1401 S GRAND AVE
SANTA ANA CA 92705

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $1,269.32 |

3.176. **Nonpriority creditor's name and mailing address**

CENTURY HS GIRLS TENNIS
MATT CAVANAUGH
1401 S GRAND AVE
SANTA ANA CA 92701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $210.50 |

3.177. **Nonpriority creditor's name and mailing address**

CERRITOS ELEMENTARY PTA
MARIBEL
3731 W CERRITOS AVE
ANAHEIM CA 92804

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $372.60 |

Debtor  **FREEDOM COMMUNICATIONS, INC.**                    Case number *(if known)* **8:15-bk-15311-MW**

---

**3.178.** **Nonpriority creditor's name and mailing address**

CERRITOS TRAVEL AGENCY
13293 S ST
CERRITOS CA 90703

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$29,412.69

---

**3.179.** **Nonpriority creditor's name and mailing address**

CERTIFIED LABORATORIES
23261 NETWORK PL
CHICAGO IL 60673-1232

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$263.05

---

**3.180.** **Nonpriority creditor's name and mailing address**

CESAR GAMBOA
433 N LOCUST DR
FULLERTON CA 92833

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$90.00

---

3.181. **Nonpriority creditor's name and mailing address**

CFA/ELITE SOCCER
SORAYA ECHEVRRIA - TEAM MGR
2857 PENASCO
SAN CLEMENTE CA 92673

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$442.00

3.182. **Nonpriority creditor's name and mailing address**

CHAPMAN UNIVERSITY WOMENS LACROSSE
DANIEL KIRKPATRICK
1 UNIVERSITY DR
ORANGE CA 92867

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$1,102.90

3.183. **Nonpriority creditor's name and mailing address**

CHARLES CARROLL
18685 A MAIN ST
# 142
HUNTINGTON BEACH CA 92648

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$800.00

3.184. **Nonpriority creditor's name and mailing address**

CHARLOTTE LERNER
22 KAMALII COURT
NEWPORT BEACH CA 92663

**Date or dates debt was incurred**

9/29/2014

**Last 4 digits of account number: 6901**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

WORKMAN'S COMP CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

3.185. **Nonpriority creditor's name and mailing address**

CHARTBEAT INC
826 BROADWAY - 6TH FLR
NEW YORK NY 10003

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| $1,896.77 |

---

3.186. **Nonpriority creditor's name and mailing address**

CHELSEA SC
C/O MATTHEW NEWBILL
18700 YORBA LINDA BLVD #83
YORBA LINDA CA 92886

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| $2,373.00 |

3.187. **Nonpriority creditor's name and mailing address**

CHERYL RUSSELL
303 BROADWAY - STE 104 PMB 17
LAGUNA BEACH CA 92651

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$50.00

---

3.188. **Nonpriority creditor's name and mailing address**

CHIN RAYMONA
128 WOODCREST LN
ALISO VIEJO CA 92656

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$200.00

---

3.189. **Nonpriority creditor's name and mailing address**

CHINO HILLS HS SPIRITLEADERS BOOSTERS
ALICIA MYERS
3714 GARAT CT
CHINO CA 91710

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$727.00

---

| 3.190. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|

CHINO HILLS STORM
JORGE JUAREZ
6844 JOY ST
CHINO HILLS CA 91709

☐ Contingent
☐ Unliquidated
☐ Disputed

$18.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.191. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|

CHOICE LITHOGRAPHICS
6951 ORAN CIRCLE
BUENA PARK CA 90621

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,897.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.192. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|

CHRISTON LAWRENCE
8208 6TH ST
DOWNEY CA 90241

☐ Contingent
☐ Unliquidated
☐ Disputed

$300.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **FREEDOM COMMUNICATIONS, INC.**                    Case number *(if known)* **8:15-bk-15311-MW**

---

**3.193.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CIRCULATION SALES UNLIMITED LLC
1 VIA VILLARO
RANCHO SANTA MARGARITA CA 92688-8532

☐ Contingent
☐ Unliquidated
☐ Disputed

$527.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.194.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CIRCULATION TECHNICIANS INC
459 N GILBERT RD STE B100
GILBERT AZ 85234

☐ Contingent
☐ Unliquidated
☐ Disputed

$55,926.92

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.195.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CITRIX ONLINE DIVISION
FILE 50264
LOS ANGELES CA 90074-0264

☐ Contingent
☐ Unliquidated
☐ Disputed

$276.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.196. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

CITY NATIONAL BANK
18111 VON KARMAN AVE
IRVINE CA 92612

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,220.74

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.197. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

CITY NEWS SERVICE INC
11400 W OLYMPIC BLVD
SUITE 780
LOS ANGELES CA 90064

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,119.90

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.198. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

CITY OF ANAHEIM
201 S ANAHEIM BLVD
PO BOX 3069
ANAHEIM CA 92803-3069

☐ Contingent
☐ Unliquidated
☐ Disputed

$161,354.79

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

3.199. **Nonpriority creditor's name and mailing address**

CITY OF SANTA ANA
PO BOX 1964
SANTA ANA CA 92702-1964

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $16,143.28 |

3.200. **Nonpriority creditor's name and mailing address**

CLEAN DIESEL SPECIALISTS
220 W SANTA ANA ST
ANAHEIM CA 92805

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $2,700.00 |

3.201. **Nonpriority creditor's name and mailing address**

CLEGG ELEMENTARY SCHOOL
JOHN STAGGS
6311 LARCHWOOD BLVD
HUNTINGTON BEACH CA 92647

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $130.00 |

| 3.202. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CLIMATEC BUILDING TECHNOLOGIES GROUP
2851 W KATHLEEN RD
PHOENIX AZ 85053

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,806.12

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.203. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CLR MARKETING PARTNERS
5416 BLUFF ST
NORCO CA 92860

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,085.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.204. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COLOR CORRECT SOLUTIONS
PO BOX 1497
TEMPLETON CA 93465

☐ Contingent
☐ Unliquidated
☐ Disputed

$46.68

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.205.** **Nonpriority creditor's name and mailing address**

COMMUNITY DISCOUNT CARD
2521 W LA PALMA AVE #A
ANAHEIM CA 92801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $3,000.00 |

---

**3.206.** **Nonpriority creditor's name and mailing address**

CONNEY SAFETY PRODUCTS LLC
PO BOX 44575
MADISON WI 53744-4575

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $118.08 |

---

**3.207.** **Nonpriority creditor's name and mailing address**

CONOR FRIEDERSDORF
2947 JAVA RD
COSTA MESA CA 92626

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $500.00 |

| 3.208. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

**3.208.** **Nonpriority creditor's name and mailing address**

CONSTELLATION CK LLC
333 TWIN DOLPHIN DR STE 230
REDWOOD CITY CA 94065-1416

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$21,867.60

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.209.** **Nonpriority creditor's name and mailing address**

CONTROL AIR CONDITIONING SERVICE CORP
5200 E LA PALMA AVE
ANAHEIM CA 92807-2019

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$7,263.82

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.210.** **Nonpriority creditor's name and mailing address**

COREY ROSS
3835 TRIESTE DR
CARLSBAD CA 92010

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$700.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| 3.211. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.211.** **Nonpriority creditor's name and mailing address**

CORONA CHARGERS JPW BLACK
SHANNON CHIAVERINI
2386 MC MACKIN DR
CORONA CA 92881

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$564.14

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.212.** **Nonpriority creditor's name and mailing address**

CORONA CHARGERS MICRO BLUE
ATTN: KHRISTEN CARTER
1915 SAN REMO DR APT 203
CORONA CA 92882

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$987.25

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.213.** **Nonpriority creditor's name and mailing address**

CORONA EAGLES
MIRIAM MACIAS
13432 RUNNING DEER CIR
CORONA CA 9288

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$382.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.214. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

**3.214.** | **Nonpriority creditor's name and mailing address**

CORONA KINGS
CHRISTIAN ALVAREZ
27451 PACOS RDG
CORONA CA 92883

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,034.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.215.** | **Nonpriority creditor's name and mailing address**

CORONA PANTHERS
MELONIE HUTCHINS
12142 BRIARWOOD DR
RIVERSIDE CA 92503

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$91.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.216.** | **Nonpriority creditor's name and mailing address**

COSTA MESA CHAMBER OF COMMERCE
1700 ADAMS AVE
STE 101
COSTA MESA CA 92626-4865

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$156.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.217.** **Nonpriority creditor's name and mailing address**

COX COMMUNICATIONS
PO BOX 53280
PHOENIX AZ 85072

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$47.06

---

**3.218.** **Nonpriority creditor's name and mailing address**

CRAVATH SWAINE & MOORE LLP
825 EIGHT AVE
NEW YORK NY 10019-7475

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$126,443.05

---

**3.219.** **Nonpriority creditor's name and mailing address**

CREATORS SYNDICATE
737 3RD ST
HERMOSA BEACH CA 90254

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$3,561.32

---

| 3.220. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| CRF SOLUTIONS<br>PO BOX 1389<br>SIMI VALLEY CA 93062 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,634.67 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.221. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| CRMLS INC<br>180 VIA VERDE - STE 200<br>SAN DIMAS CA 91773 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,500.00 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.222. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| CROWN EQUIPMENT CORP<br>PO BOX 641173<br>CINCINNATI OH 45264-1173 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,938.16 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.223. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

CROWN INDUSTRIAL LLC
PO BOX 471
WILLOW GROVE PA 19090

$1,861.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.224. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

CUB SCOUT PACK 1123
2616 E MAVERICK AVE
ANAHEIM CA 92803

$200.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.225. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

CUBBERLEY SCHOOL CHEER
KATHY-LEE MILLER
3200 MONOGRAM AVE
LONG BEACH CA 90808

$815.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.226. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| CURTIS VISCA PO BOX 3104 SAN CLEMENTE CA 92674-3104 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $450.00 |
| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.227. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| DALE RUHE 11070 LORENE ST WHITTIER CA 90601-2608 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $200.00 |
| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.228. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| DALLAS SUTTON 3385 KENNEDY HOME ROAD LA GRANGE NC 28551 | ☒ Contingent ☒ Unliquidated ☒ Disputed | UNDETERMINED |
| **Date or dates debt was incurred** 8/10/2011 | **Basis for the claim:** WORKMAN'S COMP CLAIM | |
| **Last 4 digits of account number: 0947** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

3.229. **Nonpriority creditor's name and mailing address**

DAN ARRITT
751 N GLASSELL ST
ORANGE CA 92867

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $1,300.00 |

3.230. **Nonpriority creditor's name and mailing address**

DANIEL ARREOLA
3915 N MORADA AVE
COVINA CA 91722

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $300.00 |

3.231. **Nonpriority creditor's name and mailing address**

DANIEL HERNANDEZ
217 N TUSTIN AVE
UNIT A
ANAHEIM CA 92807

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $300.00 |

| 3.232. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

DATA SALES CO INC
NW 7305
PO BOX 1450
MINNEAPOLIS MN 55485-7305

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,858.16

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.233. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

DATA-DYNAMIX INC
PO BOX 140118
EDGEWATER CO 80214-9998

☐ Contingent
☐ Unliquidated
☐ Disputed

$81,576.85

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.234. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

DAVE BERG
25726 ALTA DR
VALENCIA CA 91355

☐ Contingent
☐ Unliquidated
☐ Disputed

$300.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.235. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

DAVID DELGADO
2616 N BOURBON ST
ORANGE CA 92865

$350.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.236. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

DAVID JEROME
412 W BROOKDALE PL
FULLERTON CA 92832

$375.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.237. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

DAVID MEDZERIAN
388 E OCEAN BLVD NO 809
LONG BEACH CA 90802

$1,296.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **FREEDOM COMMUNICATIONS, INC.**                                    Case number *(if known)* **8:15-bk-15311-MW**

| 3.238. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.238.** **Nonpriority creditor's name and mailing address**

DAVID STEINBERG
5947 ARMAGA SPRING RD
UNIT K
RANCHO PALOS VERDES CA 90275

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$125.00

---

**3.239.** **Nonpriority creditor's name and mailing address**

DECKERT CHARLES DBA EPG ENTERPRISES
700 E LAKE DR
# 141
ORANGE CA 92866

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$242.51

---

**3.240.** **Nonpriority creditor's name and mailing address**

DEL OBISPO ELEMENTARY
TONI ROBLETO
25591 CAMINO DEL AVION
SAN JUAN CAPISTRANO CA 92675

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$1,050.07

---

| 3.241. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|

DELI PLATTER
4817 BINDEWALD RD
TORRANCE CA 90505

☐ Contingent
☐ Unliquidated
☐ Disputed

$568.73

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.242. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|

DELIVERY SURFERS INC
13042 CARAVEL ST
CERRITOS CA 90703

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,100.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.243. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|

DELL MARKETING LP
PO BOX 910916
PASADENA CA 91110-0916

☐ Contingent
☐ Unliquidated
☐ Disputed

$329.32

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.244. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | DELOITTE TAX LLP<br>PO BOX 2079<br>CAROL STREAM IL 60132-2079 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $60,100.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.245. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | DELSON JENNIFER<br>253 ATTICA DR<br>LONG BEACH CA 90803 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $525.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.246. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | DELTA DENTAL INSURANCE CO<br>100 FIRST STREET<br>SAN FRANCISCO CA 94105 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,046.83 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

HEALTH & WELFARE BENEFIT CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

3.247. **Nonpriority creditor's name and mailing address**

DELTA DENTAL PLAN OF CALIFORNIA
PO BOX 677006
DALLAS TX 75267-7006

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$3,391.52

---

3.248. **Nonpriority creditor's name and mailing address**

DEMETRIOU DEL GUERCIO SPRINGER &
FRANCIS LLP
36005 EAGLE WAY
CHICAGO IL 60678-1360

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$5,610.00

---

3.249. **Nonpriority creditor's name and mailing address**

DENISE DIANE DEUTSCH
27937 REDONDELA
MISSION VIEJO CA 92692

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

| 3.250. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**3.250.** **Nonpriority creditor's name and mailing address**

DETROIT TRADING COMPANY
2000 TOWN CENTER STE 1300
SOUTHFIELD MI 48075

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$10,329.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.251.** **Nonpriority creditor's name and mailing address**

DEVIN KELLY
11 SEAVIEW DR
BARRINGTON RI 02806

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$44,821.24

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.252.** **Nonpriority creditor's name and mailing address**

DEVIN UGLAND
5522 EDINGER AVE
HUNTINGTON BEACH CA 92649

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$200.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.253.** **Nonpriority creditor's name and mailing address**

DIAMOND GLASS
3037 EDINGER AVE
TUSTIN CA 92780

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $340.00 |

**3.254.** **Nonpriority creditor's name and mailing address**

DICK WALLACE
11792 LOMA LINDA WAY
SANTA ANA CA 92705

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $300.00 |

**3.255.** **Nonpriority creditor's name and mailing address**

DIRECTV
PO BOX 60036
LOS ANGELES CA 90060-0036

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $75.99 |

| 3.256. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.256. **Nonpriority creditor's name and mailing address**

DISCOVERY BENEFITS
PO BOX 9528
FARGO ND 58106-9528

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$805.45

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

HEALTH & WELFARE BENEFIT CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.257. **Nonpriority creditor's name and mailing address**

DIXON ROGERS LLC
6617 GALLENTRY WAY
# 11
SALT LAKE CITY UT 84121

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$300.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.258. **Nonpriority creditor's name and mailing address**

DOCUMOTION RESEARCH INC
2020 S EASTWOOD AVE
SANTA ANA CA 92705

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$16,198.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

3.259. **Nonpriority creditor's name and mailing address**

DOVE CANYON COUNTRY CLUB
22682 GOLF CLUB DR
DOVE CANYON CA 92679

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $3,900.34 |

---

3.260. **Nonpriority creditor's name and mailing address**

DPS COMMUNCIATIONS
2036 FLAMINGO DR
COSTA MESA CA 92626

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $85.00 |

---

3.261. **Nonpriority creditor's name and mailing address**

DREW KELLEY
350 CHERRY AVE
LONG BEACH CA 90802

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $2,417.00 |

| 3.262. **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|
| DTI INTERNATIONAL TRANSPORTATION 4021 AVENIDA DE LA PLATA # 502 OCEANSIDE CA 92056 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $275.00 |
| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.263. **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|
| DURHAM JANET 13301 CLINTON ST GARDEN GROVE CA 92843-3054 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $65.09 |
| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.264. **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|
| DURO ROLLER CO INC 13006 PARK ST SANTA FE SPRINGS CA 90670 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,159.20 |
| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

Debtor  **FREEDOM COMMUNICATIONS, INC.**                    Case number *(if known)* **8:15-bk-15311-MW**

---

**3.265.** **Nonpriority creditor's name and mailing address**

DWYER PTSA
FELICIA YOUNG - COMMUNITY PART
1502 PALM AVE
HUNTINGTON BEACH CA 92648

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $20.00 |

---

**3.266.** **Nonpriority creditor's name and mailing address**

DYC SUPPLY COMPANY
PO BOX 824226
PHILADELPHIA PA 19182-4226

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $1,355.04 |

---

**3.267.** **Nonpriority creditor's name and mailing address**

DYNARIC INC
PO BOX 824226
PHILADELPHIA PA 19182-4226

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $4,200.34 |

---

Debtor    **FREEDOM COMMUNICATIONS, INC.**    Case number (if known) **8:15-bk-15311-MW**

| 3.268. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | **Amount of claim** |
|---|---|---|---|

DYSINGER ELEMENTARY PTA
CHERYL ARMSTRONG
7770 CAMELIA DR
BUENA PARK CA 90620

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

$432.10

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.269. **Nonpriority creditor's name and mailing address**

EASTMAN KODAK COMPANY
1778 SOLUTIONS CENTER
CHICAGO IL 60677-1007

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$4,733.55

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.270. **Nonpriority creditor's name and mailing address**

EASTWOOD PTA
APRIL GOODE
13552 UNIVERSITY AVE
WESTMINSTER CA 92683

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$517.13

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

| 3.271. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

ECLIPSE MESSENGER SERVICE INC
3400 IRVINE AVE
STE 113
NEWPORT BEACH CA 92660

☐ Contingent
☐ Unliquidated
☐ Disputed

$188.32

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.272. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

EDELSTEIN DIVERSIFIED SPECIALTIES LTD
PO BOX 2095
CHAMPLAIN NY 12919

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,525.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.273. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

EDGIL ASSOCIATES INC
222 ROSEWOOD DR
STE 210
DANVERS MA 01923

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,801.71

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

3.274. **Nonpriority creditor's name and mailing address**

EDNA L SANTIZO
637 RANDOLPH ST
POMONA CA 91768

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $1,217.64 |

3.275. **Nonpriority creditor's name and mailing address**

EISENHOWER ELEMENTARY SCHOOL
KATIE FIELDS
3355 MOUNTAIN GATE
CORONA CA 92882

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $164.54 |

3.276. **Nonpriority creditor's name and mailing address**

EL DORADO HS ATHLETICS
1651 N VALENCIA AVE
PLACENTIA CA 92870

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $225.00 |

3.277. **Nonpriority creditor's name and mailing address**

EL DORADO HS DANCE TEAM
SHAN LAWSON
1651 N VALENCIA AVE
PLACENTIA CA 92870

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $669.92 |

3.278. **Nonpriority creditor's name and mailing address**

EL MODENA FOOTBALL BOOSTERS
JULIE BENTLEY
1325 NORTH SARITA PL
ORANGE CA 92869

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $1,257.57 |

3.279. **Nonpriority creditor's name and mailing address**

EL MODENA HS SOFTBALL
ANNA MARZOLINO
1128 LINDA VISTA
ORANGE CA 92869

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $90.30 |

| 3.280. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

**3.280.** **Nonpriority creditor's name and mailing address**

ELAINA FRANCIS
1120 QUAIL MEADOWS
IRVINE CA 92603

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$600.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.281.** **Nonpriority creditor's name and mailing address**

ELECTRONIC BUSINESS SOLUTIONS AND
19800 MACARTHUR BLVD
STE 300
IRVINE CA 92612

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$568,664.98

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.282.** **Nonpriority creditor's name and mailing address**

ELECTRONIC DESIGN GROUP INC
18 NEVILLE ST
UNIT C
NEW HAMBURG ONTARIO N3A 4G7

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,738.55

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.283. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

EM PROWORKS
2645 LEE AVE UNIT 9
SOUTH EL MONTE CA 91733

☐ Contingent
☐ Unliquidated
☐ Disputed

$279.23

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.284. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

EMC CORPORATION
4246 COLLECTIONS CENTER DR
CHICAGO IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

$55,900.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.285. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

EMERSON NETWORK POWER
PO BOX 70474
CHICAGO IL 60673-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,202.19

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **FREEDOM COMMUNICATIONS, INC.**    Case number *(if known)* **8:15-bk-15311-MW**

| | | |
|---|---|---|
| 3.286. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

EMILY RASMUSSEN
5346 E SCRIVENER ST
LONG BEACH CA 90808

☐ Contingent
☐ Unliquidated
☐ Disputed

$640.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.287. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

EMMANUEL PRESCHOOL
1145 W VALENCIA MESA DR
FULLERTON CA 92833

☐ Contingent
☐ Unliquidated
☐ Disputed

$10.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.288. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

ENSIMINGER CELIA
24701 RAYMOND WAY SPC 74
LAKE FOREST CA 92630-4725

☐ Contingent
☐ Unliquidated
☐ Disputed

$75.22

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.289. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

EPICMEDIA CONSULTING LLC
PO BOX 9790
RANCHO SANTA FE CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

$37,500.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.290. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

ERHS CHEER BOOSTERS
LINDA DEL TORO
1225 W 8TH ST #85
CORONA CA 92882

☐ Contingent
☐ Unliquidated
☐ Disputed

$202.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.291. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

ERIC CARPENTER
13283 CORTLAND ST
CORONA CA 92880

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,600.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

3.292. **Nonpriority creditor's name and mailing address**

ERIC MARCHESE
921 N LACY ST
APT 6
SANTA ANA CA 92701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $1,750.00 |

3.293. **Nonpriority creditor's name and mailing address**

ERIC MOLLER
95 ENTERPRISE STE 300
ALISO VIEJO CA 92656

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $1,650.00 |

3.294. **Nonpriority creditor's name and mailing address**

ERNST HOTZ
12436 MARVA AVE
GRANADA HILLS CA 91344

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $250.00 |

**3.295.** **Nonpriority creditor's name and mailing address**

ESPERANZA ENTERTAINMENT UNIT
JOY MAU
1830 N KELLOGG DR
ANAHEIM CA 92807

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $20.00 |

---

**3.296.** **Nonpriority creditor's name and mailing address**

ESPERANZA HS SOFTBALL
ED TUNSTALL
6355 ST FRANCIS CT
YORBA LINDA CA 92886

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $2,562.15 |

---

**3.297.** **Nonpriority creditor's name and mailing address**

ESPERANZA HS WOMEN'S BASKETBALL
TODD SORENSON
6421 N CORNET CIR
ANAHEIM CA 92807

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $2,021.51 |

| 3.298. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**3.298.** **Nonpriority creditor's name and mailing address**

ESPERANZA VILLALOBOS
12171 TRASK AVE APT #4
GARDEN GROVE CA 92843

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

5/25/2013

**Basis for the claim:**

WORKMAN'S COMP CLAIM

**Last 4 digits of account number: 9684**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.299.** **Nonpriority creditor's name and mailing address**

EVENTFUL
PO BOX 5216
NEW YORK NY 10087-5216

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$33,156.12

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.300.** **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4.07

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9619**

**Basis for the claim:**

WAGES, PTO, COMMISSIONS,
SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☑ No
☐ Yes

---

---

| 3.301 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EXPERIAN INFORMATION SOLUTIONS INC
21221 NETWORK PL
CHICAGO IL 60673-1212

$200.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.302 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EXPRESS CARD AND LABEL CO INC
PO BOX 4247
TOPEKA KS 66604-0247

$486.35

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.303 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EXPRESS PIPE & SUPPLY CO INC
1235 S LEWIS ST
ANAHEIM CA 92805

$1,802.43

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.304. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EXPRESS SCRIPTS HOLDING CO
100 PARSONS POND DRIVE
FRANKLIN LAKES NJ 07417

☐ Contingent
☐ Unliquidated
☐ Disputed

$28,659.44

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

HEALTH & WELFARE BENEFIT CLAIMS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.305. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FEDEX
PO BOX 7221
PASADENA CA 91109-7321

☐ Contingent
☐ Unliquidated
☐ Disputed

$86.62

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.306. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FIDELITY INVESTMENTS
ONE DESTINY WAY
WESTLAKE TX 76262

☐ Contingent
☐ Unliquidated
☐ Disputed

$121,060.39

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

401K LOANS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

3.307. **Nonpriority creditor's name and mailing address**

FIRE SAFETY FIRST
1170 E FRUIT ST
SANTA ANA CA 92701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$2,696.12

---

3.308. **Nonpriority creditor's name and mailing address**

FIRST BAPTIST CHURCH OF CORONA
PASTOR SHAWN
155 W 8TH ST
CORONA CA 92882

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$193.00

---

3.309. **Nonpriority creditor's name and mailing address**

FIRST CHOICE SERVICES
2909 CRODDY WY
SANTA ANA CA 92704

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$330.46

---

3.310. **Nonpriority creditor's name and mailing address**

FISHER PRINTING INC
2257 N PACIFIC ST
ORANGE CA 92865

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.311. **Nonpriority creditor's name and mailing address**

FIVEPOINT COMMUNITIES (LAPTOP PROGRAM)
25 ENTERPRISE
SUITE 400
ALISO VIEJO CA 92656

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $116,411.55 |

---

3.312. **Nonpriority creditor's name and mailing address**

FLINT GROUP
1455 PAYSPHERE CIR
CHICAGO IL 60674

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $2,392.26 |

**3.313.** **Nonpriority creditor's name and mailing address**

FOSTER CARE AUXILIARY OF ORANGE COUNTY
KATHY HARVEY
333 S BROOKHURST AVE
ANAHEIM CA 92804

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $721.70 |

**3.314.** **Nonpriority creditor's name and mailing address**

FOSTER SNELL
16872 SIMS LN APT C
HUNTINGTON BEACH CA 92649

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $1,505.00 |

**3.315.** **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9160**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES, PTO, COMMISSIONS,
SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $569.28 |

| 3.316. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| FOUNTAIN VALLEY KIWIN'S 10042 TREEBARK CIR WESTMINSTER CA 92683 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $290.40 |
| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.317. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| FOUNTAIN VALLEY ROYAL REGIMENT KERI GAYDOS PO BOX 20168 FOUNTAIN VALLEY CA 92728 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $661.60 |
| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.318. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| FRANCHISE TAX BOARD PO BOX 942857 SACRAMENTO CA 94257-0531 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $10.00 |
| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** HEALTH & WELFARE BENEFIT CLAIMS | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

Debtor  **FREEDOM COMMUNICATIONS, INC.**                                   Case number (if known) **8:15-bk-15311-MW**

---

**3.319.** **Nonpriority creditor's name and mailing address**

FRANCISCO ARAIZA
P.O.BOX 11016
SANTA ANA CA 92711

**Date or dates debt was incurred**

4/10/2014

**Last 4 digits of account number: 9526**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKMAN'S COMP CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.320.** **Nonpriority creditor's name and mailing address**

FRANCISCO LOPEZ
20451 EL NIDO AVE
PERRIS CA 92571-8700

**Date or dates debt was incurred**

7/9/1997

**Last 4 digits of account number: 3232**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKMAN'S COMP CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.321.** **Nonpriority creditor's name and mailing address**

FRANK D'AMATO
2708 VIA COLINA
FULLERTON CA 92835

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$585.00

---

Debtor  **FREEDOM COMMUNICATIONS, INC.**                    Case number *(if known)* **8:15-bk-15311-MW**

| 3.322. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FREE THE CHILDREN
LOGAN PAYNE
282 SAN ANTONIO RD
MOUNTAIN VIEW CA 94040

☐ Contingent
☐ Unliquidated
☐ Disputed

$500.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.323. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FTI CONSULTING, INC.
PO BOX 418178
BOSTON MA 02241-8178

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.324. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FUJIFILM NORTH AMERICA CORP
DEPT LA 22221
PASADENA CA 91185-2221

☐ Contingent
☐ Unliquidated
☐ Disputed

$21,419.73

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

3.325. **Nonpriority creditor's name and mailing address**

FULL BLOWN EVENTS
2151 S DUPONT DR
ANAHEIM CA 92806

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $2,461.20 |

3.326. **Nonpriority creditor's name and mailing address**

FULLERTON HS NEWSPAPER
KIMBERLY HARRIS
201 E CHAPMAN AVE
FULLERTON CA 92832

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $350.00 |

3.327. **Nonpriority creditor's name and mailing address**

FULLERTON UNION HS DRAMA BOOSTER CLUB
DAWN LAVERDE
15847 LAS PALMERAS AVE
LA MIRADA CA 90638

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $434.86 |

| 3.328. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

3.328. **Nonpriority creditor's name and mailing address**

FULMER MELINDA
1530 HIGHGATE AVE
LOS ANGELES CA 90042

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$914.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.329. **Nonpriority creditor's name and mailing address**

FUTURE LOGISTICS INC
PO BOX 20068
PORTLAND OR 97294-0068

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,655.05

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.330. **Nonpriority creditor's name and mailing address**

GABRIEL SALDANA
1408 E COMMONWEALTH AVE
FULLERTON CA 92831

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$760.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.331. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.331. Nonpriority creditor's name and mailing address**

GABRIELS TECHNOLOGY SOLUTIONS
9 EAST 40TH ST 2ND FLR
NEW YORK NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$320,730.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.332. Nonpriority creditor's name and mailing address**

GAHR BAND BOOSTERS
DARREN LONEY
11111 ARTESIA BLVD
CERRITOS CA 90703

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$571.90

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.333. Nonpriority creditor's name and mailing address**

GARAVENTA (CANADA) LTD
PO BOX 1769
BLAINE WA 98231-1769

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,165.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.334. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GARDEN GROVE BULLDOGS FOOTBALL INC
TRACEE WORKS
8111 STANFORD AVE #60
GARDEN GROVE CA 92841

☐ Contingent

☐ Unliquidated

☐ Disputed

$580.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| 3.335. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GARDEN GROVE HIGH SCHOOL ASB
ROBERT NGUYEN
11271 STANFORD AVE
GARDEN GROVE CA 92840

☐ Contingent

☐ Unliquidated

☐ Disputed

$732.68

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| 3.336. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GARDEN GROVE POP WARNER FOOTBALL INC
MARGARET DUMADAG
1774 W NIOBE AVE
ANAHEIM CA 92804

☐ Contingent

☐ Unliquidated

☐ Disputed

$340.84

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

3.337. **Nonpriority creditor's name and mailing address**

GARRETT JOHNSTON
5637 WALNUT AVE # 34
ORANGEVALE CA 95662

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $1,050.00 |

3.338. **Nonpriority creditor's name and mailing address**

GARY R EDWARDS INC
3930 UTAH ST
STE A
SAN DIEGO CA 92104-2995

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $12,259.25 |

3.339. **Nonpriority creditor's name and mailing address**

GAYLE CARLINE
706 HOLLYHOCK LANE
PLACENTIA CA 92870

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $325.00 |

| 3.340. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GE MOBILE WATER INC
FILE 30494
PO BOX 60000
SAN FRANCISCO CA 94160

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,414.96

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.341. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GENA LOUQUE
29159 OBSIDIAN CT
NUEVO CA 92567

☐ Contingent
☐ Unliquidated
☐ Disputed

$100.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.342. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GENERAL NEWSPRINT INC
888 WEST CROWTHER AVE
PLACENTIA CA 92870-6348

☐ Contingent
☐ Unliquidated
☐ Disputed

$71,745.62

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.343.** **Nonpriority creditor's name and mailing address**

GEORGE ALLEN PAUL
3283 VALLEJO ST
RIVERSIDE CA 92503-5222

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $225.00 |

**3.344.** **Nonpriority creditor's name and mailing address**

GERRARD OVAL STRAPPING
PO BOX 673042
DETROIT MI 48267-3042

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $34.50 |

**3.345.** **Nonpriority creditor's name and mailing address**

GETTY IMAGES
PO BOX 953604
ST LOUIS MO 63195-3604

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $665.60 |

| 3.346. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|
| GILBERT ELEMENTARY 9551 ORANGEWOOD AVE GARDEN GROVE CA 92841 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,786.45 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.347. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|
| GLENMEADE ELEMENTARY ERICA EWING 1500 WHIRLAWAY LN CHINO HILLS CA 91709 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $482.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.348. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|
| GLENVIEW ELEMENTARY PTA JENNIFER BEU 1775 GLENVIEW AVE ANAHEIM CA 92807 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $228.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.349. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

GLORIA ROMERO
4315 RAYNOL ST
LOS ANGELES CA 90032

$750.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLES

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.350. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

GODINEZ HS DRAMA DEPARTMENT
GABRIELLA RIOS
3002 W CENTENNIAL RD
SANTA ANA CA 92704

$329.08

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      PARTNERSHIP COMMISSIONS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.351. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

GOLDEN COMMUNICATIONS INC
3420 IRVINE AVE
NEWPORT BEACH CA 92660

$10,500.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLES

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

| 3.352. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

GOLDEN RAIN FOUNDATION OF LAGUNA WOODS
FILE 55248
LOS ANGELES CA 90074-5248

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$1,740.49

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.353. **Nonpriority creditor's name and mailing address**

GOLDEN WEST MEDICAL CENTER
1000 S ANAHEIM BLVD - STE 200
ANAHEIM CA 92805

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$38.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.354. **Nonpriority creditor's name and mailing address**

GOLDENWEST LUBRICANTS INC
1937 MOUNT VERNON AVE
POMONA CA 91768-3312

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$12,942.81

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

3.355. **Nonpriority creditor's name and mailing address**

GOLF WORLD
PO BOX 37069
BOONE IA 50037-0069

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| $10.00 |

3.356. **Nonpriority creditor's name and mailing address**

GOODWILL INDUSTRIES OF ORANGE COUNTY
410 N FAIRVIEW
SANTA ANA CA 92703

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| $136,983.84 |

3.357. **Nonpriority creditor's name and mailing address**

GOOGLE INC
GOOGLE - DEPT 33654
3440 WALNUT AVE BLDG A 2ND FL
FREMONT CA 94538

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| $13,743.77 |

| 3.358. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| GOON KYLE 350 S 200 WEST APT C 216 SALT LAKE CITY UT 84101 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $125.00 |
| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.359. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| GOSS INTERNATIONAL AMERICAS INC PO BOX 535055 ATLANTA GA 30353-5055 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $10,714.42 |
| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.360. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| GRACE CHRISTIAN SCHOOLS KIM WININGER 26052 TRABUCO RD LAKE FOREST CA 92630 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $716.93 |
| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

Debtor   **FREEDOM COMMUNICATIONS, INC.**                    Case number (if known) **8:15-bk-15311-MW**

---

**3.361.** **Nonpriority creditor's name and mailing address**

GRAINGER INC
DEPT 853720621
PALATINE IL 60038-0001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

**3.362.** **Nonpriority creditor's name and mailing address**

GRAINGER INC
DEPT 832983928
PALATINE IL 60038-0001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $2,493.28 |

---

**3.363.** **Nonpriority creditor's name and mailing address**

GRANITE TELECOMMUNICATIONS
CLIENT CODE 311
PO BOX 983119
BOSTON MA 02298

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $4,092.90 |

---

| 3.364. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GRAPHIC FINISHERS INC
635 W ANGUS AVE
ORANGE CA 92868

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,745.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.365. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GRAPHIC TECH ELECTRIC INC
1743 FLORADALE AVE
SO EL MONTE CA 91733

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,814.43

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.366. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GREAT WESTERN INK
2100 NW 22ND AVE
PORTLAND OR 97210

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,126.12

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.367. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GREG ANDERSEN
6222 E CLIFFWAY DR
ORANGE CA 92869

☐ Contingent
☐ Unliquidated
☐ Disputed

$465.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.368. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GREG HARDESTY
PO BOX 232
SILVERADO CA 92676

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,500.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.369. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GULF ARIZONA PACKAGING CORP
PO BOX 2420
HUNTINGTON BEACH CA 92647

☐ Contingent
☐ Unliquidated
☐ Disputed

$10,034.26

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.370.** **Nonpriority creditor's name and mailing address**

GULF PACIFIC PACKAGING CORPORATION
PO BOX 2420
HUNTINGTON BEACH CA 92647

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $10,047.82 |

---

**3.371.** **Nonpriority creditor's name and mailing address**

H WEST EQUIPMENT INC
645 N MAIN ST
ORANGE CA 92868-1103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $4,503.39 |

---

**3.372.** **Nonpriority creditor's name and mailing address**

HALL KATHERINE AKA KASIA
281 HAYES AVE
SANTA CLARA CA 95051

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $100.00 |

Debtor  **FREEDOM COMMUNICATIONS, INC.**                                    Case number (if known) **8:15-bk-15311-MW**

---

3.373. **Nonpriority creditor's name and mailing address**

HANTAL CORP
9135 ALABAMA AVE STE E
CHATSWORTH CA 91311

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| $7,929.99 |

---

3.374. **Nonpriority creditor's name and mailing address**

HAPPIEST MINDS
VELANKANI TECH PARK 43
ELECTRONICS CITY HOSUR RD
BANGALORE 560 100

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| $305,040.56 |

---

3.375. **Nonpriority creditor's name and mailing address**

HARBOR SPRINGS CHARTER QUEST ACADEMY
MARLEN TIERRABLANCA
2121 N GRAND AVE
SANTA ANA CA 92705

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| $240.50 |

---

| 3.376. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

3.376. **Nonpriority creditor's name and mailing address**

HASCO OIL COMPANY INC
PO BOX 92559
LONG BEACH CA 90809

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,567.34

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.377. **Nonpriority creditor's name and mailing address**

HEALTHNOW ADMINISTRATIVE SERVICES
PO BOX 70868-C
PHILADELPHIA PA 19176-5868

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$255,453.69

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

HEALTH & WELFARE BENEFIT CLAIMS

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.378. **Nonpriority creditor's name and mailing address**

HEALTHPOINTE MEDICAL GROUP INC
16702 VALLEY VIEW AVE
LA MIRADA CA 90638-5824

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$200.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

3.379. **Nonpriority creditor's name and mailing address**

HEATHER YOUMANS
17022 CANTARA ST
LAKE BALBOA CA 91406

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$535.00

3.380. **Nonpriority creditor's name and mailing address**

HECTOR BAZAVILVAZO
16821 EAST NEWBURGH ST
AZUSA CA 91702

**Date or dates debt was incurred**

8/17/2015

**Last 4 digits of account number: 9715**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

WORKMAN'S COMP CLAIM

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

UNDETERMINED

3.381. **Nonpriority creditor's name and mailing address**

HELPMATES STAFFING SERVICES
1200 MAIN ST STE A
IRVINE CA 92614

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$15,890.60

Debtor    **FREEDOM COMMUNICATIONS, INC.**                                    Case number *(if known)* **8:15-bk-15311-MW**

| 3.382. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.382.** **Nonpriority creditor's name and mailing address**

HEROES HALL VETERANS FOUNDATION
88 FAIR DR
COSTA MESA CA 92626

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.383.** **Nonpriority creditor's name and mailing address**

HIGBEE & ASSOCIATES TRUST ACCOUNT
1504 BROOKHOLLOW STE 112
SANTA ANA CA 92705

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,200.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.384.** **Nonpriority creditor's name and mailing address**

HIT VOLLEYBALL
BRENDA HANSEN
1059 PLACID DR
CORONA CA 92880

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$150.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.385. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

3.385. **Nonpriority creditor's name and mailing address**

HODSDON LUKE ADAM
1605 ELK GROVE
IRVINE CA 92618-4032

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$150.00

---

3.386. **Nonpriority creditor's name and mailing address**

HOLLADAY AUCTIONS INC
9792 QUAIL TRL
JUPITER FL 33478

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$368.00

---

3.387. **Nonpriority creditor's name and mailing address**

HOLLY GRIFFITH
3060 KIPS KORNER RD
NORCO CA 92860

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$1,805.00

---

| 3.388. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HOME DEPOT CREDIT SERVICES
PO BOX 9055
DES MOINES IA 50368-9055

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,171.74

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.389. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HOME NEWS ENTERPRISES LLC
333 2ND ST
COLUMBUS IN 47201

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,888.26

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.390. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HORIZON SOFTWARE INC
PO BOX 735
GLASTONBURY CT 06033-0735

☐ Contingent
☐ Unliquidated
☐ Disputed

$530.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **FREEDOM COMMUNICATIONS, INC.**                    Case number *(if known)* **8:15-bk-15311-MW**

| 3.391. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.391. **Nonpriority creditor's name and mailing address**

HOT APPLE PIE LLC
PO BOX 183
WYNCOTE PA 19095-0183

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$900.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.392. **Nonpriority creditor's name and mailing address**

HUKE ALLISON
29161 LATIGO CANYON RD
SILVERADO CA 92676

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$100.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.393. **Nonpriority creditor's name and mailing address**

HUNSAKER & ASSOCIATES
THREE HUGHES
IRVINE CA 92618-2021

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$15,218.60

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.394. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

**3.394.** Nonpriority creditor's name and mailing address

HUNTINGTON BEACH CHAMBER OF COMMERCE
2134 MAIN ST STE 100
HUNTINGTON BEACH CA 92648

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$578.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.395.** Nonpriority creditor's name and mailing address

HUSTLE BBC
AMBER SOLIS
12292 NELSON ST
GARDEN GROVE CA 92840

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,038.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.396.** Nonpriority creditor's name and mailing address

HYATT LEGAL PLANS INC
DEPT 781523
PO BOX 78000
DETROIT MI 48278-1523

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,275.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.397. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|
| IGLESIA NUEVA VIDA<br>BRENDA SANTOS<br>622 N GILBERT ST<br>ANAHEIM CA 92801 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $506.00 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.398. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|
| INFINITY ASSEMBLY IORG<br>RACHEL SNYDER<br>31872 JOSHUA DR #18H<br>TRABUCO CANYON CA 92679 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $322.00 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.399. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|
| INFOSYS BPO LIMITED<br>BANK OF AMERICA LOCKBOX SVCS<br>13539 COLLECTIONS CENTER DR<br>CHICAGO IL 60693 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $287,708.80 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.400. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

INIS MONZON DBA MISSION TAXES
27432 VIA GARCIA
MISSION VIEJO CA 92692

☐ Contingent
☐ Unliquidated
☐ Disputed

$800.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.401. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

INKA SOLUTIONS LLC
PO BOX 2526
MINDEN NV 89423

☐ Contingent
☐ Unliquidated
☐ Disputed

$10,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.402. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

INLAND EMPIRE PAPER CO
3320 N ARGONNE RD
SPOKANE WA 99212

☐ Contingent
☐ Unliquidated
☐ Disputed

$570,695.59

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.403. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

3.403. **Nonpriority creditor's name and mailing address**

INTEGRATED DIGITAL STRATEGIES
95 PARKER ST
NEWBURYPORT MA 01950

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$5,916.80

---

3.404. **Nonpriority creditor's name and mailing address**

INTERSTATE BATTERIES OF CALIFORNIA
10891 FORBES AVE STE A
GARDEN GROVE CA 92843

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$458.18

---

3.405. **Nonpriority creditor's name and mailing address**

INVESTIGATIVE REPORTERS AND EDITORS INC
141 NEFF ANNEX
COLUMBIA MO 65211

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$150.00

---

| 3.406. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

**3.406.** **Nonpriority creditor's name and mailing address**

INVOCA
1025 CHAPALA ST 1ST FLR
SANTA BARBARA CA 93101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$2,818.00

---

**3.407.** **Nonpriority creditor's name and mailing address**

IRON MOUNTAIN INC
PO BOX 601002
PASADENA CA 91189-1002

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$10,895.13

---

**3.408.** **Nonpriority creditor's name and mailing address**

IRVINE VALLEY COLLEGE
DR GARY RYBOLD
550 IRVINE CENTER DR
IRVINE CA 92618

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$2,832.47

| 3.409. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**3.409.** **Nonpriority creditor's name and mailing address**

ISSAC T PALMER
6602 SAN HUGO WAY
BUENA PARK CA 90620

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

1/28/1998

**Last 4 digits of account number: 3256**

**Basis for the claim:**

WORKMAN'S COMP CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.410.** **Nonpriority creditor's name and mailing address**

IVY JELDEN
24502 QUINTANA DR
MISSION VIEJO CA 92691

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$120.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.411.** **Nonpriority creditor's name and mailing address**

JAIMEE FLETCHER-BLASHAW
25 HOLLOWGLEN
IRVINE CA 92604

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$200.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **FREEDOM COMMUNICATIONS, INC.**    Case number *(if known)* **8:15-bk-15311-MW**

| 3.412. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.412. **Nonpriority creditor's name and mailing address**

JAKE D MOORE
10654 MAPLE ST
CYPRESS CA 90630

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$330.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.413. **Nonpriority creditor's name and mailing address**

JAMES GUINN ELEMENTARY
EMMA GRANADOS VICE PRINCIPAL
1051 S SUNKIST ST
ANAHEIM CA 92806

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$303.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.414. **Nonpriority creditor's name and mailing address**

JAMES LITHO
4462 E AIRPORT DR
ONTARIO CA 91761

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,524.02

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.415.** **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9710**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $1,132.21 |

**3.416.** **Nonpriority creditor's name and mailing address**

JANET WHITCOMB
10 CARMESI
RANCHO SANTA MARGARITA CA 92688

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $200.00 |

**3.417.** **Nonpriority creditor's name and mailing address**

JANICE G ROSSE
78 LAKEVIEW
IRVINE CA 92604

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $900.00 |

| 3.418. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

JAY'S ROOFING
1117 COUNTRY CLUB LN
CORONA CA 92880

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,750.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.419. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

JEAN LENIHAN
3476 BEN LOMOND PLACE
LOS ANGELES CA 90027

☐ Contingent
☐ Unliquidated
☐ Disputed

$300.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.420. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

JEFFERSON WELLS & OTHERS
24091 NETWORK PL
CHICAGO IL 60673-1240

☐ Contingent
☐ Unliquidated
☐ Disputed

$23,172.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.421. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.421.** Nonpriority creditor's name and mailing address

JEFFREY ANTENORE
4261 VALE ST
IRVINE CA 92604

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,004.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.422.** Nonpriority creditor's name and mailing address

JENCO PRODUCTIONS INC
401 S J ST
SAN BERNARDINO CA 92410

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,918.88

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.423.** Nonpriority creditor's name and mailing address

JENELYN RUSSO
12892 BUBBLING WELL RD
SANTA ANA CA 92705

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,375.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

3.424. **Nonpriority creditor's name and mailing address**

JENNIFER HYLAND
18400 GIFFORD ST
FOUNTAIN VALLEY CA 92708

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$125.00

---

3.425. **Nonpriority creditor's name and mailing address**

JENNIFER J MEYER
26631 PARISO DR
MISSION VIEJO CA 92691

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$100.00

---

3.426. **Nonpriority creditor's name and mailing address**

JERICH USA INC
1 INDUSTRIAL RD STE 102
DAYTON NJ 08810

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$712.00

---

| 3.427. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

JERRY ASENCIO
10571 FLOWER ST.
STANTON CA 90680

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.428. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$182.70

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 9180

**Basis for the claim:**
WAGES, PTO, COMMISSIONS,
SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.429. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

JESUS BECERRA
959 BURR
CORONA CA 92882

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**
9/15/2012

**Last 4 digits of account number:** 5111

**Basis for the claim:**
WORKMAN'S COMP CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **FREEDOM COMMUNICATIONS, INC.**                                    Case number (if known) **8:15-bk-15311-MW**

---

| 3.430. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

3.430.   **Nonpriority creditor's name and mailing address**

JESUS VELAZQUEZ
2315 W ALMOND
ORANGE CA 92868

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

5/24/1995

**Basis for the claim:**

WORKMAN'S COMP CLAIM

**Last 4 digits of account number: 3156**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.431.   **Nonpriority creditor's name and mailing address**

JFK BOOSTER CLUB
TRACY IMAI PRESIDENT
2385 CORNELL CIR
CORONA CA 92881

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$366.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.432.   **Nonpriority creditor's name and mailing address**

JILL HAMILTON
3109 KAREN AVE
LONG BEACH CA 90808

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$400.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.433. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

**3.433.** **Nonpriority creditor's name and mailing address**

JIM DRUMMOND
17832 MONTEREY CIR
YORBA LINDA CA 92886

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$450.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.434.** **Nonpriority creditor's name and mailing address**

JIM THORPE FUNDAMENTAL SCHOOL
CAROLINE RAUSCH
2450 W ALTON AVE
SANTA ANA CA 92704

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,469.12

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.435.** **Nonpriority creditor's name and mailing address**

JIM'S MUSIC
14061 NEWPORT AVE
TUSTIN CA 92780

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,100.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.436.** **Nonpriority creditor's name and mailing address**

JMG SECURITY SYSTEMS INC
17150 NEWHOPE ST
# 109
FOUNTAIN VALLEY CA 92708

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$182.00

---

**3.437.** **Nonpriority creditor's name and mailing address**

JOANNA HAUGEN
7120 WONDERBERRY ST
LAS VEGAS NV 89131

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$200.00

---

**3.438.** **Nonpriority creditor's name and mailing address**

JOANNE HARDIE
3716 CYPRESS CLUB DR
APT C405
CHARLOTTE NC 28210-2488

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$900.00

---

**3.439.** **Nonpriority creditor's name and mailing address**

JOEL KOTKIN ASSOCIATES
17853 SANTIAGO BLVD
STE 107-342
VILLA PARK CA 92861

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$6,000.00

---

**3.440.** **Nonpriority creditor's name and mailing address**

JOELLE CASTEIX
18 STARFISH CT
NEWPORT BEACH CA 92663

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$200.00

---

**3.441.** **Nonpriority creditor's name and mailing address**

JOHN DUNPHY
12750 CENTRALIA ST UNIT 76
LAKEWOOD CA 90715

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$300.00

---

| 3.442. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

JOHN O. TYNES ELEMENTARY
735 STANFORD DRIVE
PLACENTIA CA 92870

$211.55

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| 3.443. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

JOHN PHILLIPS
8300 DELONGPRE AVE #108
LOS ANGELES CA 90069

$1,200.00

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| 3.444. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

JOHN SCAFETTA
2656 ASSOCIATED RD B29
FULLERTON CA 92835

$50.00

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor   **FREEDOM COMMUNICATIONS, INC.**                          Case number *(if known)* **8:15-bk-15311-MW**

| | | |
|---|---|---|
| 3.445. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| JOHNNY NAVARRETTE 15034 STARBUCK ST WHITTIER CA 90603 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $220.00 |
| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| | | |
|---|---|---|
| 3.446. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| JON ENCARNACION 21171 SERRA VISTA LAKE FOREST CA 92630 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $450.00 |
| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| | | |
|---|---|---|
| 3.447. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| JORDAN INTERMEDIATE SCHOOL WILLIAM GUTASKUS 9821 WOODBURY AVE GARDEN GROVE CA 92844 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $532.00 |
| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

Debtor   **FREEDOM COMMUNICATIONS, INC.**                              Case number *(if known)* **8:15-bk-15311-MW**

| | | |
|---|---|---|
| 3.448. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| JORDAN R YOUNG 271 N MILFORD RD ORANGE CA 92867 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $500.00 |
| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| | | |
|---|---|---|
| 3.449. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| JORGE LUIS MACIAS 1701 NEIL ARMSTRONG ST # 108 MONTEBELLO CA 90640 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $2,537.52 |
| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| | | |
|---|---|---|
| 3.450. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| JOSE A ESQUIVEL DISTRIBUTIOIN 1147 VIA SANTIAGO CORONA CA 92882 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $600.00 |
| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

**3.451.** **Nonpriority creditor's name and mailing address**

JOSE DELGADO
2930 VAQUERO AVE
LOS ANGELES CA 90032

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $1,320.00 |

---

**3.452.** **Nonpriority creditor's name and mailing address**

JOSE LOPEZ
2918 DUNES ST
ONTARIO CA 91761

**Date or dates debt was incurred**

9/5/2013

**Last 4 digits of account number:** 1302

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

WORKMAN'S COMP CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

**3.453.** **Nonpriority creditor's name and mailing address**

JOSEPH ANDERSON
26603 PURPLE MARTIN CT
SANTA CLARITA CA 91351

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $50.00 |

| 3.454. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**3.454.** **Nonpriority creditor's name and mailing address**

JR MICRO BLUE (CORONA CHARGERS)
KARINA RENFRO
22574 SECRET WAY
CORONA CA 92883

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$1,739.44

---

**3.455.** **Nonpriority creditor's name and mailing address**

JR MICRO GOLD
DELMA CASTANEDE
2077 RIDGEVIEW TERRACE
CORONA CA 92882

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$167.00

---

**3.456.** **Nonpriority creditor's name and mailing address**

JR MIDGET ORANGE POP WARNER FOOTBALL
OF GARDEN GROVE
VEENA HAMBRICK
15068 ROSECRANS AVE #159
LA MIRADA CA 90638

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$23.51

| 3.457. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | JUAN ALMANZA<br>16342 DUBESOR ST.<br>LA PUENTE CA 91744 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.458. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | JUAN BARRIENTOS<br>68 BAY VIEW DR<br>BUENA PARK CA 90621 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,002.79 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.459. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | JUDD SPICER<br>38469 RED CEDAR DR<br>PALM DESERT CA 92211 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,000.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.460. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| JUDY KANCIGOR 1949 SUNSET LN FULLERTON CA 92833 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $100.00 |
| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.461. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| JUDY SANFIELD 5409 SUNNYVIEW ST TORRANCE CA 90505 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $3,250.00 |
| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.462. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| JULIE GALLEGO 1126 QUALL MEADOWS IRVINE CA 92603 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $750.00 |
| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

3.463. **Nonpriority creditor's name and mailing address**

JULIET MORRIS ELEMENTARY SCHOOL
ANGELA CARSWELL
9952 GRAHAM ST
CYPRESS CA 90620

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $377.00 |

3.464. **Nonpriority creditor's name and mailing address**

JUST PLAIN DANCIN
MARY KUNKLE
1780 GALLOWAY LN
CORONA CA 92881

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $52.00 |

3.465. **Nonpriority creditor's name and mailing address**

K & M NEWSPAPER SERVICES INC
45 GILBERT ST EXT
MONROE NY 10950

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $1,712.01 |

Debtor   **FREEDOM COMMUNICATIONS, INC.**                                    Case number (if known) **8:15-bk-15311-MW**

| 3.466. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

K JACK ENGINEERING CO INC
PO BOX 2320
GARDENA CA 90247

☐ Contingent
☐ Unliquidated
☐ Disputed

$637.09

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.467. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

KAANGO
7900 INTERNATIONAL DR
8TH FLR
BLOOMINGTON MN 55425

☐ Contingent
☐ Unliquidated
☐ Disputed

$10,227.77

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.468. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

KADING BRIGGS LLP
100 SPECTRUM CENTER DR
SUITE 800
IRVINE CA 92618

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.469. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

3.469.  **Nonpriority creditor's name and mailing address**

KAISER WOODLAND PFO
MANDY DELUCIA
2130 SANTA ANA AVE
COSTA MESA CA 92627

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$921.10

---

3.470.  **Nonpriority creditor's name and mailing address**

KAMAN INDUSTRIAL TECHNOLOGIES
FILE 25356
LOS ANGELES CA 90074-5356

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$2,317.61

---

3.471.  **Nonpriority creditor's name and mailing address**

KAREN TAPIA
6222 E CLIFFWAY DR
ORANGE CA 92869

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$585.00

**3.472.** **Nonpriority creditor's name and mailing address**

KARI HALL
PO BOX 5519
NEWPORT BEACH CA 92662

**Date or dates debt was incurred**

3/27/2008

**Last 4 digits of account number: 1788**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKMAN'S COMP CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

**3.473.** **Nonpriority creditor's name and mailing address**

KATE GUARINO
3335 S FIGUEROA ST APT 357
LOS ANGELES CA 90007

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $500.00 |

**3.474.** **Nonpriority creditor's name and mailing address**

KATELLA HS BOYS BASKETBALL
JEFF CLEMENT
2200 E WAGNER AVE
ANAHEIM CA 92806

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $8,850.00 |

| 3.475. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|
| KATHERINE V RIOS<br>4908 E GERDA DR<br>ANAHEIM CA 92807 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED |

**Date or dates debt was incurred**

4/15/2001

**Last 4 digits of account number: 5545**

**Basis for the claim:**

WORKMAN'S COMP CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.476. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|
| Name and Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $938.06 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5315**

**Basis for the claim:**

WAGES, PTO, COMMISSIONS,
SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.477. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|
| KDOC - PREPAID RENT<br>625 GRAND AVE<br>SANTA ANA CA 92701 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14,097.60 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

---

**3.478.** **Nonpriority creditor's name and mailing address**

KELLY ST JOHN REGIER
10 ALONDA
FOOTHILL RANCH CA 92610

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $225.00 |

---

**3.479.** **Nonpriority creditor's name and mailing address**

KELLY SWIFT
9131 GUSS DR
HUNTINGTON BEACH CA 92646

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $696.00 |

---

**3.480.** **Nonpriority creditor's name and mailing address**

KENNEDY CROSS COUNTRY
JULIA WADA-MAR
8012 LANCASHIRE CIR
LA PALMA CA 90623

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $1,163.55 |

---

| 3.481. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.481. Nonpriority creditor's name and mailing address**

KENNEDY HIGH SCHOOL CHEER
MONICA BUI
12582 STRATHMORE DR
GARDEN GROVE CA 92840

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,708.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.482. Nonpriority creditor's name and mailing address**

KENNY THE PRINTER
17931 SKY PARK CIR
IRVINE CA 92614-6312

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.483. Nonpriority creditor's name and mailing address**

KENNY THE PRINTER
17931 SKYPARK CIR
IRVINE CA 92614

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$31,694.26

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.484. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KEVIN CHRISTIAN
1340 SANCHEZ AVE
BURLINGAME CA 94010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS    TRADE PAYABLES

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☒ No
☐ Yes

$50.00

---

| 3.485. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KEVIN WARN
16601 ALLIANCE AVE APT 1
TUSTIN CA 92780

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS    TRADE PAYABLES

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☒ No
☐ Yes

$1,245.00

---

| 3.486. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KIDS HOOKED UP
STANFORD KANJA
1525 AVIATION BLVDSTE 152
REDONDO BEACH CA 90278

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS    PARTNERSHIP COMMISSIONS

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☒ No
☐ Yes

$80.00

| 3.487. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|
| KILGORE EVA 16971 CONCORD LN HUNTINGTON BEACH CA 92649 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $230.00 |
| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.488. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|
| KING FEATURES SYNDICATE PO BOX 26498 LEHIGH VALLEY PA 18002-6498 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $9,152.90 |
| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.489. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|
| KIWANIS CLUB OF HUNGTINGTON BEACH MARIANA KIWIN'S 14512 RIATA ST MIDWAY CITY CA 92655 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $240.00 |
| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** PARTNERSHIP COMMISSIONS | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.490. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.490. **Nonpriority creditor's name and mailing address**

KNIGHTS OF COLUMBUS ASSEMBLY 2305
MICHAEL FERRELL
32072 CAMINO CAPISTRANO 2ND FL
SAN JUAN CAPISTRANO CA 92675

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$3,878.48

---

3.491. **Nonpriority creditor's name and mailing address**

KNOBBE MARTENS OLSON & BEAR LLP
2040 MAIN ST 14TH FLR
IRVINE CA 92614

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$13.40

---

3.492. **Nonpriority creditor's name and mailing address**

KOLBUS AMERICA INC
PO BOX 72446
CLEVELAND OH 44192

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$446.29

---

| 3.493. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| KOPKASH MICHELLE 22 CUERVO DR ALISO VIEJO CA 92656 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $375.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.494. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| KYLE INFANTE 5205 PASEO PANORAMA YORBA LINDA CA 92887 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $820.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.495. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| LA GALAXY 18400 AVALON BLVD STE 200 CARSON CA 90746 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $10,000.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.496.** **Nonpriority creditor's name and mailing address**

LA GRINDING CO INC
PO BOX 7855
BURBANK CA 91510-7855

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $4,514.55 |

**3.497.** **Nonpriority creditor's name and mailing address**

LA HABRA CHAMBER OF COMMERCE
321 E LA HABRA BLVD
LA HABRA CA 90631

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $275.00 |

**3.498.** **Nonpriority creditor's name and mailing address**

LA HABRA HIGH SCHOOL AP ENVIRONMENTAL
SCIENCE
801 WEST HIGHLANDER AVE
LA HABRA CA 90631

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $1,187.05 |

| 3.499. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| LA MIRADA HS FOOTBALL BOOSTER CLUB<br>MIRIAM ANDERSON<br>PO BOX 72<br>LA MIRADA CA 90637 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,876.00 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.500. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| LA SERNA HS JV SOFTBALL<br>AMANDA PEREZ<br>15127 LAS FLORES AVE<br>LA MIRADA CA 90638 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $235.00 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.501. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| LAGUNA BEACH HS BAND BOOSTERS<br>KAREN KANNER<br>1021 MIRAMAR ST<br>LAGUNA BEACH CA 92651 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $150.00 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>PARTNERSHIP COMMISSIONS | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

3.502. **Nonpriority creditor's name and mailing address**

LAGUNA NIGUEL CHAMBER OF COMMERCE
28062 FORBES RD
STE C
LAGUNA NIGUEL CA 92677-2043

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $335.00 |

3.503. **Nonpriority creditor's name and mailing address**

LAHS - NOTEABLE
RACHEL GOOCH
12321 CHIANTE DR
LOS ALAMITOS CA 90720

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $574.00 |

3.504. **Nonpriority creditor's name and mailing address**

LAKEWOOD HIGH SCHOOL COLOR GUARDS
CORA VOLKOFF
4400 BRIERCREST AVE
LAKEWOOD CA 90713

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $1,735.00 |

| 3.505. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

3.505. **Nonpriority creditor's name and mailing address**

LAKEWOOD VILLAGE SCHOOL PTSA
18730 GRAND AVE
LAKELAND VILLAGE SCHOOL PTSA
LAKE ELSINORE CA 92530

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$117.53

---

3.506. **Nonpriority creditor's name and mailing address**

LAMPSON ELEMENTARY
13321 LAMPSON AVE
GARDEN GROVE CA 92840

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$317.33

---

3.507. **Nonpriority creditor's name and mailing address**

LARRY URISH
2332 FAIRMONT AVE
SANTA ANA CA 92706

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$245.00

---

| 3.508. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|
| LATHAM & WATKINS LLP<br>PO BOX 7247-8202<br>PHILADELPHIA PA 19170-8202 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $336,306.03 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.509. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|
| LAURA BARKER<br>1114 W RIVER LN<br>SANTA ANA CA 92706 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,720.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.510. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|
| LAURA SOSA<br>186 N. FELDNER RD.<br>ORANGE CA 92868 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED |

**Date or dates debt was incurred**

2/1/2014

**Basis for the claim:**

WORKMAN'S COMP CLAIM

**Last 4 digits of account number:** 3323

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.511. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

LAURENS ONG
5270 LA FIESTA
YORBA LINDA CA 92887-4008

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,310.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.512. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

LEE PARKS
PO BOX 2575
PEORIA AZ 85830

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

6/15/2001

**Basis for the claim:**

WORKMAN'S COMP CLAIM

**Last 4 digits of account number: 7553**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.513. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

LEGACYCOM INC
820 DAVIS ST
STE 210
EVANSTON IL 60201

☐ Contingent
☐ Unliquidated
☐ Disputed

$46,727.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.514. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|
| | LEGION INSURANCE COMPANY<br>PO BOX 641959<br>CINCINNATI OH 45264-1959 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $112,500.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.515. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|
| | LEMONAIDE MAGAZINE<br>IVY JELDEN<br>24502 QUINTANA DR<br>MISSION VIEJO CA 92691 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $211.55 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.516. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|
| | LEONARD M LODISH<br>301 KENT RD<br>WYNNEWOOD PA 19096 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $968.05 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.517. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.517.** **Nonpriority creditor's name and mailing address**

LEONARD WILLIAMS
818 CLAIRBORNE DR
FORT WAYNE IN 46818

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$25.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.518.** **Nonpriority creditor's name and mailing address**

LEONARDO DELGADO
2519 E. 135TH
COMPTON CA 92022

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

8/11/2010

**Last 4 digits of account number: 2930**

**Basis for the claim:**

WORKMAN'S COMP CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.519.** **Nonpriority creditor's name and mailing address**

LESLIE ANN BERKMAN
29652 ELLENDALE DR
LAGUNA NIGUEL CA 92677

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$275.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

3.520. **Nonpriority creditor's name and mailing address**

LEXIS NEXIS
PO BOX 894166
LOS ANGELES CA 90189-4166

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $23,879.79 |

3.521. **Nonpriority creditor's name and mailing address**

LIBERTY CHRISTIAN SCHOOL
TRAVIS FARNSWORTH - ATHLETIC D
7661 WARNER AVE
HUNTINGTON BEACH CA 92647

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $708.00 |

3.522. **Nonpriority creditor's name and mailing address**

LINCO CASTERS
PO BOX 3163
EL MONTE CA 91733

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $376.27 |

| 3.523. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

LINDENMEYR CENTRAL
DIV OF CENTRAL NATL-GOTTESMAN
PO BOX 100431
ATLANTA GA 30384-0431

☐ Contingent
☐ Unliquidated
☐ Disputed

$33,446.99

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.524. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

LION WEB COMPONENTS INC
7838 W 47TH ST
LYONS IL 60534

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,070.71

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.525. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

LISA FUNG
2338 PEARL ST
SANTA MONICA CA 90405

☐ Contingent
☐ Unliquidated
☐ Disputed

$150.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

3.526. **Nonpriority creditor's name and mailing address**

LLOYD ALEXANDER
6555 KEMPTON ST
NAVARRE CA 32566

**Date or dates debt was incurred**

3/21/2007

**Last 4 digits of account number: 5907**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

WORKMAN'S COMP CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.527. **Nonpriority creditor's name and mailing address**

LOARA ELEMENTARY
KEVIN MOORE/MAGGIE BARRY
1601 W BROADWAY
ANAHEIM CA 92802

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $1,907.00 |

---

3.528. **Nonpriority creditor's name and mailing address**

LOARA HS BOYS BASKETBALL
EDWARD PRANGE
1765 W CERRITOS AVE
ANAHEIM CA 92804

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
| --- |
| $1,422.11 |

3.529. **Nonpriority creditor's name and mailing address**

LOCAL MEDIA CONSORTIUM
PO BOX 349
RALEIGH NC 27602-0349

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| **Amount of claim** |
| --- |
| $1,739.91 |

3.530. **Nonpriority creditor's name and mailing address**

LOGAN & COMPANY INC
546 VALLEY RD
UPPER MONTCLAIR NJ 07043

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| **Amount of claim** |
| --- |
| $645.10 |

3.531. **Nonpriority creditor's name and mailing address**

LOOMIS
DEPT 0757 PO BOX 120001
DALLAS TX 75312-0757

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| **Amount of claim** |
| --- |
| $199.88 |

| 3.532. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|

LOS ALISOS INTERMEDIATE SCHOOL YMCA
TERRY PALHIDAI
27341 TRABUCO CIR
MISSION VIEJO CA 92692

$1,341.30

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.533. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|

LOS AMIGOS HS BAND
FRANK GARCIA
16582 BROOKHURST ST
FOUNTAIN VALLEY CA 92708

$811.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.534. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|

LOS ANGELES FREIGHTLINER
PO BOX 101284
PASADENA CA 91189-1284

$4,150.24

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

3.535. **Nonpriority creditor's name and mailing address**

LOS ANGELES TIMES COMMUNICATIONS LLC
PO BOX 79151
PHOENIX AZ 85062-9151

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

3.536. **Nonpriority creditor's name and mailing address**

LOT318
536 DARTMOUTH DR
PLACENTIA CA 92870

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $200.00 |

3.537. **Nonpriority creditor's name and mailing address**

LUBRECO PRINTING
313 W GROVE AVE
ORANGE CA 92865

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $2,319.84 |

3.538. **Nonpriority creditor's name and mailing address**

LUMEN LEGAL
1025 N CAMPBELL RD
ROYAL OAK MI 48067-1519

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $16,977.47 |

3.539. **Nonpriority creditor's name and mailing address**

MACRES FLORIST
419 N BROADWAY
SANTA ANA CA 92701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $281.68 |

3.540. **Nonpriority creditor's name and mailing address**

MADISON DESLER
6118 GREENMEADOW RD
LAKEWOOD CA 90713

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $625.00 |

| 3.541. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | MAGDALENA LISZEWSKA<br>2110 ARTESIA BLVD # 888<br>REDONDO BEACH CA 90278 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $375.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.542. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | MAGNOLIA HS AVID<br>GREG SENGLAUB<br>2450 W BALL RD<br>ANAHEIM CA 92804 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,513.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.543. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|---|
| | MAGNOLIA HS BAND<br>AARON YIM<br>2450 W BALL RD<br>ANAHEIM CA 92804 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $971.30 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.544. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|

MAGNOLIA HS BASEBALL
JADE HANEY
2460 W ORANGE AVE #2
ANAHEIM CA 92804

☐ Contingent
☐ Unliquidated
☐ Disputed

$190.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.545. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|

MALCOLM S MANBER
495 D CALLE CADIZ
LAGUNA WOODS CA 92637

☐ Contingent
☐ Unliquidated
☐ Disputed

$660.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.546. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|

MANSFIELD OIL COMPANY
PO BOX 638544
CINCINNATI OH 45263-8544

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,041.71

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **FREEDOM COMMUNICATIONS, INC.**    Case number (if known) **8:15-bk-15311-MW**

---

**3.547.** **Nonpriority creditor's name and mailing address**

MANUEL AYALA
2044 N SANTIAGO
SANTA ANA CA 92706

**Date or dates debt was incurred**

5/26/2013

**Last 4 digits of account number: 4079**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKMAN'S COMP CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.548.** **Nonpriority creditor's name and mailing address**

MANUEL GUTIERREZ
1407 PERA ST
CORONA CA 92882

**Date or dates debt was incurred**

5/28/2014

**Last 4 digits of account number: 2355**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKMAN'S COMP CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.549.** **Nonpriority creditor's name and mailing address**

MANUGRAPH DGM INC
PO BOX 573
ELIZABETHVILLE PA 17023

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,742.82

---

| 3.550. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|

MARCELINO ORTIZ
3294 PONTIAC AVE
RIVERSIDE CA 92509

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

11/2/2006

**Basis for the claim:**

WORKMAN'S COMP CLAIM

**Last 4 digits of account number: 7564**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.551. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|

MARGOT ROOSEVELT
20621 ELIZABETH LANE
HUNTINGTON BEACH CA 92646

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

8/24/2015

**Basis for the claim:**

WORKMAN'S COMP CLAIM

**Last 4 digits of account number: 6028**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.552. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|

MARIA M RODRIGUEZ FREGOSO
417 N. ROSE STREET
ANAHEIM CA 92805

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

4/10/2010

**Basis for the claim:**

WORKMAN'S COMP CLAIM

**Last 4 digits of account number: 9336**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.553. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|
| MARIA SAUCEDO<br>10624 CERES AVE<br>WHITTIER CA 90604 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| **Date or dates debt was incurred**<br>6/11/2013 | **Basis for the claim:**<br>WORKMAN'S COMP CLAIM | |
| **Last 4 digits of account number:** 8187 | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.554. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|
| MARIA T GUTIERREZ<br>209 E. RAMONA ST<br>SANTA ANA CA 92707 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| **Date or dates debt was incurred**<br>5/16/2013 | **Basis for the claim:**<br>WORKMAN'S COMP CLAIM | |
| **Last 4 digits of account number:** 2829 | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.555. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|
| MARIA T GUTIERREZ<br>209 E. RAMONA ST<br>SANTA ANA CA 92707 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED |
| **Date or dates debt was incurred**<br>11/27/2013 | **Basis for the claim:**<br>WORKMAN'S COMP CLAIM | |
| **Last 4 digits of account number:** 7607 | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

3.556. **Nonpriority creditor's name and mailing address**

MARIAN BERGESON ELEMENTARY BESF
BESF
25302 RANCHO NIGUEL RD
LAGUNA NIGUEL CA 92677

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $516.00 |

3.557. **Nonpriority creditor's name and mailing address**

MARIE E PADILLA
73 TRUMPET VINE ST
LADERA RANCH CA 92694

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $5,660.00 |

3.558. **Nonpriority creditor's name and mailing address**

MARINA HS CHEER
LAUREN SPEEGLE
9551 POLLACK DR
HUNTINGTON BEACH CA 92646

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $2,045.00 |

3.559. **Nonpriority creditor's name and mailing address**

MARINA KEY CLUB
JESSICA CAO
13682 OLIVE ST
WESTMINSTER CA 92683

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$30.00

3.560. **Nonpriority creditor's name and mailing address**

MARINA KIWINS
KEVIN VU NGUYEN
16331 ANGLER LN
HUNTINGTON BEACH CA 92647

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$280.30

3.561. **Nonpriority creditor's name and mailing address**

MARIO M MENDOZA
3421 N MANGUM
BALDWIN PARK CA 91706

**Date or dates debt was incurred**

7/3/2015

**Last 4 digits of account number: 9569**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

WORKMAN'S COMP CLAIM

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

UNDETERMINED

| 3.562. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| MARIPOSA PTA<br>TINA DELUCA-GOSS<br>1111 MARIPOSA DR<br>BREA CA 92821 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $310.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.563. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| MARK CARLISLE<br>401 W LA VETA AVE #78<br>ORANGE CA 92866 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,550.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.564. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| MARK CHODZKO<br>632 BLENFIELD PL<br>DIAMOND BAR CA 91765 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $260.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

3.565. **Nonpriority creditor's name and mailing address**

MARK LANDSBAUM
2701 DRYDEN DR
MCKINNEY TX 75070

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $400.00 |

---

3.566. **Nonpriority creditor's name and mailing address**

MARKETING G2 LLC
PO BOX 275
SPRING HOUSE PA 19477

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $22,277.90 |

---

3.567. **Nonpriority creditor's name and mailing address**

MARNA J KORTA
811 BASS DRIVE, APT A
HENDERSON NV 89014

**Date or dates debt was incurred**

2/18/1999

**Last 4 digits of account number:** 6623

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

WORKMAN'S COMP CLAIM

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

| 3.568. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

MARSH USA INC
PO BOX 846112
DALLAS TX 75284-6112

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,129.36

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.569. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,068.73

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5195**

**Basis for the claim:**

WAGES, PTO, COMMISSIONS, SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.570. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

MARVELIA ALPIZAR
PO BOX 4013
BURBANK CA 91503

☐ Contingent
☐ Unliquidated
☐ Disputed

$550.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.571. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | MARVIN F POER & COMPANY<br>PO BOX 674300<br>DALLAS TX 75267-4300 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $221,523.45 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.572. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | MARY DECKER<br>2341-B AVE SEVILLA<br>LAGUNA WOODS CA 92637 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $150.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.573. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | MATHER ECONOMICS LLC<br>1215 HIGHTOWER TRL<br>BLDG A STE 100<br>ATLANTA GA 30350 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,700.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor    **FREEDOM COMMUNICATIONS, INC.**                    Case number (if known) **8:15-bk-15311-MW**

---

3.574. **Nonpriority creditor's name and mailing address**

MATT HANLON
19902 LURES LN
HUNTINGTON BEACH CA 92646

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $150.00 |

---

3.575. **Nonpriority creditor's name and mailing address**

MATTHEW A. LAW
C/O PERRY FT YOUNG, P.A. ATTN: TRACY ANN SMITH
200 HARRISON AVENUE
PANAMA CITY FL 32401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.576. **Nonpriority creditor's name and mailing address**

MATTHEW CORCORAN
2536 W GREENBRIER AVE
ANAHEIM CA 92801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $620.00 |

---

3.577. **Nonpriority creditor's name and mailing address**

MAURO GONZALEZ
416 W WALNUT ST
SANTA ANA CA 92701

**Date or dates debt was incurred**

8/11/2015

**Last 4 digits of account number: 0797**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

WORKMAN'S COMP CLAIM

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

3.578. **Nonpriority creditor's name and mailing address**

MAXON LIFT CORP
PO BOX 678434
DALLAS TX 75267-8434

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$168.24

---

3.579. **Nonpriority creditor's name and mailing address**

MB INTERIM LEADERS INC
2 VENTURE STE 100
IRVINE CA 92618

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$10,500.00

---

3.580. **Nonpriority creditor's name and mailing address**

MCFADDEN-DALE INDUSTRIAL HARDWARE CO
129 N MAPLE ST
UNIT C
CORONA CA 92880-1735

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $42.24 |

3.581. **Nonpriority creditor's name and mailing address**

MCGRANN PAPER CORPORATION
DEPT # 5523
PO BOX 11407
BIRMINGHAM AL 35246-5523

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $51,418.57 |

3.582. **Nonpriority creditor's name and mailing address**

MCHENRY PLANTATION INC
3303 HARBOR BLVD
STE B7
COSTA MESA CA 92626-1517

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $598.50 |

3.583. **Nonpriority creditor's name and mailing address**

MCMASTER CARR SUPPLY CO
PO BOX 7690
CHICAGO IL 60680-7690

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $5,447.63 |

3.584. **Nonpriority creditor's name and mailing address**

MECHANICAL DRIVES & BELTING
PO BOX 848434
LOS ANGELES CA 90084-8434

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $1,076.42 |

3.585. **Nonpriority creditor's name and mailing address**

MELLON BANK TELEREP INC
PO BOX 777-W9575
PHILADELPHIA PA 19175-9575

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $21,000.00 |

---

3.586. **Nonpriority creditor's name and mailing address**

MERLIN ONE
17 WHITNEY RD
QUINCY MA 02169

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $3,217.00 |

---

3.587. **Nonpriority creditor's name and mailing address**

METRO CREATIVE GRAPHICS INC
519 8TH AVE - 18TH FLR
NEW YORK NY 10018-6506

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $2,794.10 |

---

3.588. **Nonpriority creditor's name and mailing address**

MICHAEL AMBROSE
700 W LAVETA UNIT K1
ORANGE CA 92868

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $250.00 |

| 3.589. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Amount of claim |
|---|---|---|---|

MICHAEL FERNANDEZ
8272 TALBERT AVE
HUNTINGTON BEACH CA 92646

☐ Contingent
☐ Unliquidated
☐ Disputed

$90.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.590. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Amount of claim |
|---|---|---|---|

MICHAEL HUNTLEY
28165 CASITAS CT
LAGUNA NIGUEL CA 92677

☐ Contingent
☐ Unliquidated
☐ Disputed

$520.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.591. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Amount of claim |
|---|---|---|---|

MICHAEL J MEDLEY
10135 FRONTIER TRAIL
CHERRY VALLEY CA 92223

☐ Contingent
☐ Unliquidated
☐ Disputed

$400.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    **FREEDOM COMMUNICATIONS, INC.**    Case number *(if known)* **8:15-bk-15311-MW**

| 3.592. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.592. **Nonpriority creditor's name and mailing address**

MICHAEL JONES
1454 EVANS LANE
PLACENTIA CA 92870

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

3/18/2014

**Last 4 digits of account number: 2627**

**Basis for the claim:**

WORKMAN'S COMP CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.593. **Nonpriority creditor's name and mailing address**

MICHAEL KITADA
408 LARRY LN
PLACENTIA CA 92870

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,445.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.594. **Nonpriority creditor's name and mailing address**

MICHAEL L YATES
2584 AMHERST AVE
LOS ANGELES CA 90064-2712

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$11,250.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **FREEDOM COMMUNICATIONS, INC.**                                    Case number *(if known)* **8:15-bk-15311-MW**

| 3.595. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Amount of claim** |
|---|---|---|---|

3.595.  **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,168.26

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 8745**

**Basis for the claim:**

WAGES, PTO, COMMISSIONS,
SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.596.  **Nonpriority creditor's name and mailing address**

MICHELLE RAFTER
4420 SW 55TH PL
PORTLAND OR 97221

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,000.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.597.  **Nonpriority creditor's name and mailing address**

MICROSOFT CORPORATION
PO BOX 842103
DALLAS TX 75282-2103

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$61,810.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor  **FREEDOM COMMUNICATIONS, INC.**                                    Case number *(if known)* **8:15-bk-15311-MW**

| 3.598. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

3.598. **Nonpriority creditor's name and mailing address**

MIDLAND PAPER
1140 PAYSPHERE CIR
CHICAGO IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$124,134.32

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.599. **Nonpriority creditor's name and mailing address**

MIKE LEDNOVICH
4317 E TOWNSEND AVE
ORANGE CA 92867

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$600.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.600. **Nonpriority creditor's name and mailing address**

MILLIKAN HS MBA
LINDA DRAKE
2800 SNOWDEN AVE
LONG BEACH CA 90815

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$10.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.601. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.601.** **Nonpriority creditor's name and mailing address**

MILLIKAN HS MBA
LINDA DRAKE
2800 SNOWDEN AVE
LONG BEACH CA 90815

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$89.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.602.** **Nonpriority creditor's name and mailing address**

MIRANDA GENESIS
542 S HAMBLEDON AVE
LA PUENTE CA 91744

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$391.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.603.** **Nonpriority creditor's name and mailing address**

MISSION VIEJO HIGH SCHOOL BAND
25025 CHRISTANA DR
MISSION VIEJO CA 92691

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$10.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.604. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MISSION VIEJO YMCA
TERRY PALHIDAI
27341 TRABUCO CIRCLE
MISSION VIEJO CA 92692

☐ Contingent
☐ Unliquidated
☐ Disputed

$10.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.605. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MITCHELL ELEMENTARY
MONICA DEANDA
13451 TAFT AVE
GARDEN GROVE CA 92843

☐ Contingent
☐ Unliquidated
☐ Disputed

$287.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.606. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MOBILE FLEET WASH
PO BOX 3312
LA HABRA CA 90631

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,746.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

3.607. **Nonpriority creditor's name and mailing address**

MOLLY BROOKS
303 W AVENIDA VALENCIA
SAN CLEMENTE CA 92672

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$360.00

---

3.608. **Nonpriority creditor's name and mailing address**

MONSTER WORLDWIDE INC
FILE 70104
LOS ANGELES CA 90074-0104

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$146,861.65

---

3.609. **Nonpriority creditor's name and mailing address**

MONTAGE LAGUNA BEACH
30801 S COAST HWY
LAGUNA BEACH CA 92651

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$13,176.00

---

| 3.610. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

**3.610.** **Nonpriority creditor's name and mailing address**

MONTE VISTA ELEMENTARY
MEG GREENE
2116 MONTA VISTA AVE
SANTA ANA CA 92704

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,530.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.611.** **Nonpriority creditor's name and mailing address**

MORINO DOUGLAS
4204 VIA ALONDRA
PALOS VERDES ESTATES CA 90274

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$200.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.612.** **Nonpriority creditor's name and mailing address**

MORNINGSIDE ELEMENTARY PTA
BETSY MORAN
10521 MORNINGSIDE DR
GARDEN GROVE CA 92843

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$440.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor  **FREEDOM COMMUNICATIONS, INC.**                                    Case number (if known) **8:15-bk-15311-MW**

| 3.613. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

MOSQUEDA SARAH
552 S 'B' ST
TUSTIN CA 92780

$500.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLES

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☒ No
☐ Yes

| 3.614. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

MOTION INDUSTRIES
10887 COMMERCE WAY STE C
FONTANA CA 92337

$298.79

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLES

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☒ No
☐ Yes

| 3.615. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

MR CLEAN UP INC
PO BOX 5932
ORANGE CA 92863

$2,981.46

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLES

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☒ No
☐ Yes

| 3.616. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.616.** **Nonpriority creditor's name and mailing address**

MULLER MARTINI CORP
LOCKBOX 7196
PO BOX 8500
PHILADELPHIA PA 19178-7196

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$8,291.86

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.617.** **Nonpriority creditor's name and mailing address**

MULTI-AD SERVICE INC
PO BOX 4697
CAROL STREAM IL 60197-4697

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,400.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.618.** **Nonpriority creditor's name and mailing address**

MURDY ELEMENTARY STUDENT COUNCIL
CARESSA FLINN
14851 DONEGAL DR
GARDEN GROVE CA 92844

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$462.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.619. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

**3.619.** Nonpriority creditor's name and mailing address

MUTUAL OF OMAHA
PO BOX 2147
OMAHA NE 68103-2147

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$58,243.07

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.620.** Nonpriority creditor's name and mailing address

MUTUAL PROPANE
17117 S BROADWAY
GARDENA CA 90248-3115

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$539.63

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.621.** Nonpriority creditor's name and mailing address

MVHS FOOTBALL
JAMI RUSSELL
25108 MARGUERITE PKWY STE A-50
MISSION VIEJO CA 92692

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,454.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

3.622. **Nonpriority creditor's name and mailing address**

MVPW HAWKS FOOTBALL
JENNIFER WILLIAMS
33720 WILLOW HAVEN LN #104
MURRIETA CA 92563

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $492.50 |

3.623. **Nonpriority creditor's name and mailing address**

MYLES MELLOR THEME CROSSWORDS
10428 JIMENEZ ST
SYLMAR CA 91342

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $35.00 |

3.624. **Nonpriority creditor's name and mailing address**

NADINE ANDERTON
2400 N WILBUR RD APT 96
SPOKANE VALLEY WA 99206

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $50.00 |

| 3.625. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NAPA AUTO AND TRUCK PARTS
515 E 1ST ST
SANTA ANA CA 92701

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,018.78

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.626. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NATIONAL GEOGRAPHIC CREATIVE
PO BOX 417120
BOSTON MA 02241-7120

☐ Contingent
☐ Unliquidated
☐ Disputed

$125.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.627. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NEATLY CHISELED FEATURES- MARIE MARTIN
PO BOX 4790
WILMINGTON NC 28406

☐ Contingent
☐ Unliquidated
☐ Disputed

$376.90

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.628. **Nonpriority creditor's name and mailing address**

NELA
610 WHITETAIL BLVD
RIVER FALLS WI 54022

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $1,160.25 |

3.629. **Nonpriority creditor's name and mailing address**

NEW HOPE ACADEMY
TERESA RECHNITZER - PROGAM DIR
13333 RAMONA AVE
CHINO CA 91710

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $554.20 |

3.630. **Nonpriority creditor's name and mailing address**

NEW PROIMAGE AMERICA INC
103 CARNEGIE CENTER
STE 300
PRINCETON NJ 08540

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $4,868.00 |

Debtor   **FREEDOM COMMUNICATIONS, INC.**                                    Case number (if known) **8:15-bk-15311-MW**

| 3.631. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

**3.631.** **Nonpriority creditor's name and mailing address**

NEWARK
PO BOX 94151
PALATINE IL 60094 4151

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$265.07

---

**3.632.** **Nonpriority creditor's name and mailing address**

NEWPORT CHRISTIAN
JOANNE MCMAINS
1000 BISON AVE
NEWPORT BEACH CA 92660

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$382.00

---

**3.633.** **Nonpriority creditor's name and mailing address**

NEWPORT STATIONERS
17681 MITCHELL N STE 120
IRVINE CA 92614

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$4,967.15

---

| 3.634. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**3.634.** Nonpriority creditor's name and mailing address

NEWS MARKET ENTERPRISE INC
4111 E S ST STE B
LAKEWOOD CA 90712

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$9,658.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Basis for the claim:

TRADE PAYABLES

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.635.** Nonpriority creditor's name and mailing address

NEWSCYCLE SOLUTIONS INC
DEPT CH 19691
PALATINE IL 60055-9691

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$269,654.13

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Basis for the claim:

TRADE PAYABLES

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.636.** Nonpriority creditor's name and mailing address

NEWSPAPER SUBSCRIPTION SERVICES LP
2450 LOUISANA BOX 400-612
HOUSTON TX 77006

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$37,728.53

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Basis for the claim:

TRADE PAYABLES

Is the claim subject to offset?

☒ No
☐ Yes

3.637. **Nonpriority creditor's name and mailing address**

NHB FUTBOL CLUB GIRLS U10FC
MAYA DAWOOD
18220 OLYMPIC CT
FOUNTAIN VALLEY CA 92708

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $351.00 |

3.638. **Nonpriority creditor's name and mailing address**

NHB G0203
KRISTIN HALPIN
8312 SEAPORT DR
HUNTINGTON BEACH CA 92646

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $639.00 |

3.639. **Nonpriority creditor's name and mailing address**

Name and Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9113**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES, PTO, COMMISSIONS,
SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $462.35 |

| 3.640. **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|
| NICOLE GREGORY<br>14328 MIRANDA ST<br>SHERMAN OAKS CA 91401 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,250.00 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.641. **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|
| NOHL CANYON ELEMENTARY<br>CATHY SIMMONS<br>1767 N LINDENHOLZ ST<br>ORANGE CA 92865 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $587.64 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.642. **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|
| NORCO ELEMENTARY SCHOOL<br>JENNIFER / EVA<br>1700 TEMESCAL AVE<br>NORCO CA 92860 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $231.70 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

**3.643.** **Nonpriority creditor's name and mailing address**

NORTH ORANGE COUNTY LACROSSE
KYLEE MOORE
401 W LA VETA AVE #180
ORANGE CA 92866

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$250.30

---

**3.644.** **Nonpriority creditor's name and mailing address**

NORTH PACIFIC PAPER CORPORATION
PO BOX 742944
LOS ANGELES CA 90074-2944

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$61,061.27

---

**3.645.** **Nonpriority creditor's name and mailing address**

NORTHWOOD HS DRAMA
DANYELLE DUNAVOLD
4515 PORTOLA PKWY
IRVINE CA 92620

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$1,091.50

---

3.646. **Nonpriority creditor's name and mailing address**

NOVATECH PACKAGING SYSTEMS INC
19665 DESCARTES
FOOTHILL RANCH CA 92610

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $199.22 |

3.647. **Nonpriority creditor's name and mailing address**

NTVB MEDIA INC
213 PARK ST
TROY MI 48083

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $3,977.19 |

3.648. **Nonpriority creditor's name and mailing address**

OAKWOOD WORLDWIDE
PO BOX 515454
LOS ANGELES CA 90051-6754

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $186.81 |

3.649. **Nonpriority creditor's name and mailing address**

OC ALL STARS CHEER & DANCE
MICHELL CHARNITOKI
19531 PAULING #200
FOOTHILL RANCH CA 92610

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| **Amount of claim** |
| --- |
| $170.40 |

3.650. **Nonpriority creditor's name and mailing address**

OC BATBUSTER
ELIZABETH PEETERS
10831 CULLMAN AVE
WHITTIER CA 90603

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Is the claim subject to offset?**

☒ No

☐ Yes

| **Amount of claim** |
| --- |
| $1,128.29 |

3.651. **Nonpriority creditor's name and mailing address**

OC BOOK FESTIVAL
BARRY ACKERMAN
14752 FOXCROFT RD
TUSTIN CA 92780

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| **Amount of claim** |
| --- |
| $164.54 |

**3.652.** **Nonpriority creditor's name and mailing address**

OC CHILDREN'S BOOK FESTIVAL
BARRY ACKERMAN
3857 BIRCH ST SUITE 414
NEWPORT BEACH CA 92660

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $705.18 |

---

**3.653.** **Nonpriority creditor's name and mailing address**

OCDM DIRECT MAIL MARKETING
3400 S SUSAN ST
SANTA ANA CA 92704

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $12,747.02 |

---

**3.654.** **Nonpriority creditor's name and mailing address**

OCEANVIEW HS GIRLS BASKETBALL
KIM MORRIS
17071 GOTHARD ST
HUNTINGTON BEACH CA 92647

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $2,257.00 |

| 3.655. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

OCEANVIEW HS SOFTBALL
CHRISTIE RUSS
10225 VIREO CIR
FOUNTAIN VALLEY CA 92708

☐ Contingent
☐ Unliquidated
☐ Disputed

$383.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.656. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ODILON AGUILAR
320 N. PARK VISTA ST APT # 67
ANAHEIM CA 92806

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

5/7/2015

**Basis for the claim:**

WORKMAN'S COMP CLAIM

**Last 4 digits of account number: 0018**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.657. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

OGLETREE DEAKINS NASH SMOAK &
POST OFFICE BOX 89
COLUMBIA SC 29202

☐ Contingent
☐ Unliquidated
☐ Disputed

$49.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.658. **Nonpriority creditor's name and mailing address**

OKVIST BOB
2348 REDLANDS DR
NEWPORT BEACH CA 92660

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Amount of claim** |
| --- |
| $90.00 |

3.659. **Nonpriority creditor's name and mailing address**

OLD COLONY 2012 INVESTMENT FUND, LLC
C/O FERNWOOD ADVISORS, INC.
88 BROAD STREET
2ND FLOOR
BOSTON MA 02210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Amount of claim** |
| --- |
| UNDETERMINED |

3.660. **Nonpriority creditor's name and mailing address**

OLETA DISTRIBUTION
168 S ARROWHEAD AV
SAN BERNARDINO CA 92220

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Amount of claim** |
| --- |
| $420.17 |

| 3.661. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

OLIVE ELEMENTARY SCHOOL
KATHERINE RIZZO
3038 N MAGNOLIA AVE
ORANGE CA 92865

☐ Contingent
☐ Unliquidated
☐ Disputed

$240.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.662. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

OLIVE SOFTWARE INC
3033 S PARKER RD STE 502
AURORA CO 80014

☐ Contingent
☐ Unliquidated
☐ Disputed

$19,933.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.663. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

OLIVER WYMAN ACTUARIAL CONSULTING INC
PO BOX 5160
NEW YORK NY 10087-5160

☐ Contingent
☐ Unliquidated
☐ Disputed

$43,400.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.664. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|

OLYMPIC WIRE & EQUIPMENT CO INC
PO BOX 3227
NEWPORT BEACH CA 92659

☐ Contingent

☐ Unliquidated

☐ Disputed

$2,021.76

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| 3.665. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|

ON SCENE VIDEO PRODUCTIONS INC
PO BOX 17836
LONG BEACH CA 90807-7836

☐ Contingent

☐ Unliquidated

☐ Disputed

$150.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| 3.666. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|

ONE STOP PRINTING
2141 E LAMBERT RD
# 202
LA HABRA CA 90631

☐ Contingent

☐ Unliquidated

☐ Disputed

$18,367.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| 3.667. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

OPTIMUS GROUP INC
120 W CERRITO
BLDG # 3
ANAHEIM CA 92805

☐ Contingent
☐ Unliquidated
☐ Disputed

$12,242.29

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.668. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

ORANGE COAST DISTRIBUTION
LUIS RODAS
15868 MAIN ST
CHINO CA 91708

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,002.79

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.669. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

ORANGE COAST MOTHERS OF MULTIPLES
JUDY NGUYEN
12065 SYCAMORE LANE
GARDEN GROVE CA 92843

☐ Contingent
☐ Unliquidated
☐ Disputed

$611.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor  **FREEDOM COMMUNICATIONS, INC.**                    Case number *(if known)* **8:15-bk-15311-MW**

3.670. **Nonpriority creditor's name and mailing address**

ORANGE COUNTY BUSINESS COUNCIL
2 PARK PLAZA STE 100
IRVINE CA 92614

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$2,500.00

---

3.671. **Nonpriority creditor's name and mailing address**

ORANGE COUNTY CLERK RECORDER
12 CIVIC CENTER PLAZA
ROOM 106
SANTA ANA CA 92701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$23.00

---

3.672. **Nonpriority creditor's name and mailing address**

ORANGE COUNTY DEPT OF EDUCATION
PO BOX 9050
COSTA MESA CA 92628-9050

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$4,000.00

---

---

3.673. **Nonpriority creditor's name and mailing address**

ORANGE COUNTY PUMP
655 E BALL RD
ANAHEIM CA 92805

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $7,922.12 |

---

3.674. **Nonpriority creditor's name and mailing address**

ORANGE INDUSTRIAL HARDWARE
960 N MAIN ST
ORANGE CA 92867

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $229.83 |

---

3.675. **Nonpriority creditor's name and mailing address**

ORANGE PRE-K/K
JENNY HULL
5125 E GERDA DR
ANAHEIM CA 92807

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $561.40 |

---

3.676. **Nonpriority creditor's name and mailing address**

ORCH-A-BAND MILLIKAN HS
RENEE BHATIA
2800 SNOWDEN AVE
LONG BEACH CA 90815

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $4,326.70 |

3.677. **Nonpriority creditor's name and mailing address**

OTTILLIA BIER
4970 ROCK COURT
MIRA LOMA CA 91752

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $200.00 |

3.678. **Nonpriority creditor's name and mailing address**

OTTKE ADAM
2157 W PAMI CIR
ORANGE CA 92867

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $1,180.00 |

**3.679.** **Nonpriority creditor's name and mailing address**

OWN LOCALCOM INC
701 BRAZOS ST STE 1613
AUSTIN TX 78701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| $8,313.75 |

---

**3.680.** **Nonpriority creditor's name and mailing address**

OXFORD ACADEMY GIRLS TENNIS
JIN YOUNG CHANG
5172 ORANGE AVE
CYPRESS CA 90630

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| $812.00 |

---

**3.681.** **Nonpriority creditor's name and mailing address**

OXFORD PREPARATORY ACADEMY
VICKI HATZ
23000 VIA SANTA MARIA
MISSION VIEJO CA 92691

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| $1,891.90 |

**3.682.** **Nonpriority creditor's name and mailing address**

OXFORD PREPARATORY ACADEMY HONOR
SOCIETY
VICKI HATZ
23000 VIA SANTA MARIA
MISSION VIEJO CA 92691

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$10.00

---

**3.683.** **Nonpriority creditor's name and mailing address**

PACER SERVICE CENTER
PO BOX 71364
PHILADELPHIA PA 19176-1364

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$1,239.10

---

**3.684.** **Nonpriority creditor's name and mailing address**

PACIFIC COAST BINDERY INC
12250 COAST DR
WHITTIER CA 90601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$692.00

---

**3.685.** **Nonpriority creditor's name and mailing address**

PACIFIC DRIVE ELEMENTARY PTA
CHERYLYNN PETERSON
1506 W SOUTHGATE AVE
FULLERTON CA 92833

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $198.00 |

**3.686.** **Nonpriority creditor's name and mailing address**

PACIFIC PLUMBING CO OF SANTA ANA
PO BOX 1494
SANTA ANA CA 92702

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $1,443.00 |

**3.687.** **Nonpriority creditor's name and mailing address**

PACIFICA HS CONNECTIONS CLUB
MELODY RESENDEZ
6851 LAMPSON AVE
GARDEN GROVE CA 92845

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $210.90 |

Debtor  **FREEDOM COMMUNICATIONS, INC.**                Case number *(if known)* **8:15-bk-15311-MW**

---

3.688. **Nonpriority creditor's name and mailing address**

PAGE ONE MARKETING
PO BOX 8523
MORENO VALLEY CA 92552

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$20,023.00

---

3.689. **Nonpriority creditor's name and mailing address**

PAMELA CHAN
21182 FOXCROFT LN
WALNUT CA 91789

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$200.00

---

3.690. **Nonpriority creditor's name and mailing address**

PAM'S DELIVERY SERVICE
733 W TAFT AVE
ORANGE CA 92865-4229

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$3,761.73

---

Debtor    **FREEDOM COMMUNICATIONS, INC.**                                    Case number *(if known)* **8:15-bk-15311-MW**

---

3.691. **Nonpriority creditor's name and mailing address**

PAPEX INC
230 WATLINE AVE
MISSISSAUGA ONTARIO L4Z 1P4

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $20,666.91 |

---

3.692. **Nonpriority creditor's name and mailing address**

PARKRIDGE ELEMENTARY
JUAN MEJIA
750 CORONA AVE
CORONA CA 92879

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $420.40 |

---

3.693. **Nonpriority creditor's name and mailing address**

PARTS CONNECTION INC
60-E CORBIN AVE
BAY SHORE NY 11706

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $345.95 |

---

3.694. **Nonpriority creditor's name and mailing address**

PAT CONWAY & ASSOCIATES INC
1200 S FEDERAL HWY
STE 302
BOYNTON BEACH FL 33435

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$5,800.00

---

3.695. **Nonpriority creditor's name and mailing address**

PATRICK KINMARTIN
PO BOX 10171
FULLERTON CA 92835

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$250.00

---

3.696. **Nonpriority creditor's name and mailing address**

PC CONNECTION SALES CORP
PO BOX 536472
PITTSBURGH PA 15253-5906

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$230.20

**3.697.** **Nonpriority creditor's name and mailing address**

PEGGY HARMON
6648 O'HARE CT.
FONTANA CA 92336

**Date or dates debt was incurred**

11/5/2014

**Last 4 digits of account number: 5977**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKMAN'S COMP CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

**3.698.** **Nonpriority creditor's name and mailing address**

PENN RECORDS MANAGEMENT
2551 S GARNSEY ST
SANTA ANA CA 92707

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $2,550.77 |

---

**3.699.** **Nonpriority creditor's name and mailing address**

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE CHIEF COUNSEL
1200 K STREET
SUITE 340
WASHINGTON DC 20005

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PENSION OBLIGATIONS

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $155,000,000.00 |

---

| 3.700. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|
| PETER HELLER<br>2002 OSCEOLA ST<br>DENVER CO 80212 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $170.40 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.701. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|
| PETER S. KRAVITZ, LITIGATION TRUSTEE FOR THE LHI LIQUIDATION CO., INC. ET AL. LITIGATION TRUST<br>C/O ASK LLP ATTN JOSEPH STENFELD<br>2600 EAGAN WOODS DRIVE, STE 400<br>ST. PAUL MN 55121 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>LITIGATION | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.702. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|
| PETES ROAD SERVICE INC<br>2230 E ORANGETHORPE AVE<br>FULLERTON CA 92831-5329 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,032.28 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

3.703. **Nonpriority creditor's name and mailing address**

PETROLEUM BUILDING LLC
714 W OLYMPIC BLVD STE 1131
LOS ANGELES CA 90015

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $392,115.30 |

---

3.704. **Nonpriority creditor's name and mailing address**

PHENOM BASEBALL
RON NOVELLO
PO BOX 78352
CORONA CA 92877

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $202.10 |

---

3.705. **Nonpriority creditor's name and mailing address**

PHI THETA KAPPA HONOR SOCIETY
SAL ADDOTTA
1530 W 17TH ST
SANTA ANA CA 92706

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $45.00 |

Debtor    **FREEDOM COMMUNICATIONS, INC.**    Case number *(if known)* **8:15-bk-15311-MW**

| 3.706. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PHI THETA KAPPA HONOR SOCIETY
SAL ADDOTTA
1530 W 17TH ST
SANTA ANA CA 92706

☐ Contingent
☐ Unliquidated
☐ Disputed

$349.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.707. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PHILIP COSORES
7600 CORONADO DR
BUENA PARK CA 90621

☐ Contingent
☐ Unliquidated
☐ Disputed

$240.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.708. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PITNEY BOWES RESERVE ACCOUNT
PO BOX 223648
PITTSBURGH PA 15250-2648

☐ Contingent
☐ Unliquidated
☐ Disputed

$11,146.26

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.709. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

Nonpriority creditor's name and mailing address

POLYCHEM CORPORATION
PO BOX 901716
CLEVELAND OH 44190-1716

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,451.04

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.710. **Nonpriority creditor's name and mailing address**

PONDERAY NEWSPRINT COMPANY
PO BOX 515070
LOS ANGELES CA 90051-5070

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,081,093.51

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.711. **Nonpriority creditor's name and mailing address**

PRESS-ONE CUSTOMER CARE INC
123 N COLLEGE AVE STE 120
FT COLLINS CO 80524

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$299,538.56

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.712. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

PRESSROOM CLEANERS INC
5709 SO 60TH ST
OHAMA NE 68117

☐ Contingent
☐ Unliquidated
☐ Disputed

$62,004.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.713. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

PRICEWATERHOUSE COOPERS LLP
PO BOX 514038
LOS ANGELES CA 90051-4038

☐ Contingent
☐ Unliquidated
☐ Disputed

$14,904.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.714. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

PRINT2WEB LLC
2600 M LUTHER KING JR ST N
STE 301
ST PETERSBURG FL 33704

☐ Contingent
☐ Unliquidated
☐ Disputed

$17.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

3.715. **Nonpriority creditor's name and mailing address**

PRINTERS' SERVICE
26 BLANCHARD ST
NEWARK NJ 07105-4702

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $1,036.41 |

---

3.716. **Nonpriority creditor's name and mailing address**

PRINTING TECHNIC CORP
200 N CRESCENT WY UNIT L
ANAHEIM CA 92801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $10,000.00 |

---

3.717. **Nonpriority creditor's name and mailing address**

PRO PHOTO CONNECTION INC
17671 FITCH
IRVINE CA 92614

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $2,057.72 |

3.718. **Nonpriority creditor's name and mailing address**

PROFORMA
PO BOX 51925
LOS ANGELES CA 90051-6225

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $4,042.42 |

3.719. **Nonpriority creditor's name and mailing address**

PUBLICITAS NORTH AMERICA INC
330 7TH AVE
5TH FLR
NEW YORK NY 10001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $2,045.40 |

3.720. **Nonpriority creditor's name and mailing address**

QCHIEF LLC
123 N COLLEGE AVE STE 120
FT COLLINS CO 80524

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $6,500.00 |

| 3.721. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

QUAD/GRAPHICS INC
500 1ST AVE
PITTSBURGH PA 15264-4840

☐ Contingent
☒ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.722. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

QUADTECH US
PO BOX 644996
PITTSBURGH PA 15264-4996

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,684.24

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.723. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

QUALITY INDUSTRY REPAIR INC
1815 N POTRERO AVE
SOUTH EL MONTE CA 91733

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,146.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.724. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| RACHAEL GARCIA<br>1064 MORENO WAY<br>PLACENTIA CA 92870 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.725. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| RALPH PALUMBO<br>22702 PACIFIC PARK DR<br>B-28<br>ALISO VIEJO CA 92656 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $450.00 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.726. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| RAMON OCHOA<br>10648 VILLA ST<br>ADELANTO CA 92301-3846 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED |
| **Date or dates debt was incurred**<br>1/18/2003 | **Basis for the claim:**<br>WORKMAN'S COMP CLAIM | |
| **Last 4 digits of account number: 9214** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

**3.727.** **Nonpriority creditor's name and mailing address**

RANCHO ALAMITOS CHEER BOOSTERS
LEANNE HOLGUIN
28245 LA PLUMOSA
LAGUNA NIGUEL CA 92677

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $1,175.00 |

---

**3.728.** **Nonpriority creditor's name and mailing address**

RANCHO ALAMITOS HS NHS
SUE BLANDFORD
11351 DALE ST
GARDEN GROVE CA 92841

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $716.00 |

---

**3.729.** **Nonpriority creditor's name and mailing address**

RANDY WILLIAMS
2118 WILSHIRE BLVD
# 405
SANTA MONICA CA 90403

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $1,000.00 |

3.730. **Nonpriority creditor's name and mailing address**

RANDY YOUNGMAN
3203 SANGRE DE TORO
SAN CLEMENTE CA 92673

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $1,150.00 |

---

3.731. **Nonpriority creditor's name and mailing address**

RAUL ACEVES
13262 STEPHENS AVE.
GARDEN GROVE CA 92843

**Date or dates debt was incurred**

3/17/2015

**Last 4 digits of account number: 2819**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

WORKMAN'S COMP CLAIM

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| UNDETERMINED |

---

3.732. **Nonpriority creditor's name and mailing address**

RAYMAB LLC
11792 LOMA LINDA WAY
SANTA ANA CA 92705

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $109,358.84 |

Debtor    **FREEDOM COMMUNICATIONS, INC.**                                    Case number *(if known)* **8:15-bk-15311-MW**

| 3.733. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.733. **Nonpriority creditor's name and mailing address**

RAYMOND TEMPLE PTA
HAFSA SHEIKH
7800 HOLDER ST
BUENA PARK CA 90620

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,003.60

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.734. **Nonpriority creditor's name and mailing address**

RBP CHEMICAL TECHNOLOGY INC
PO BOX 8488
CAROL STREAM IL 60197-8488

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,678.95

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.735. **Nonpriority creditor's name and mailing address**

RDI MARKETING SERVICES INC
4350 GLENDALE-MILFORD RD
STE 250
CINCINNATI OH 45242

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$51,858.76

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.736. **Nonpriority creditor's name and mailing address**

READY REFRESH BY NESTLE
PO BOX 856158
LOUISVILLE KY 40285-6158

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$1,370.14

---

3.737. **Nonpriority creditor's name and mailing address**

REED BRENNAN MEDIA ASSOCIATES
628 VIRGINIA DR
ORLANDO FL 32803

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$998.00

---

3.738. **Nonpriority creditor's name and mailing address**

REGENCY ENTERPRISES INC
PO BOX 205325
DALLAS TX 75320-5325

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$3,498.33

---

**3.739.** **Nonpriority creditor's name and mailing address**

REGISTER OF COPYRIGHTS
101 INDEPENDENCE AVE SE
WASHINGTON DC 20559-6000

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $960.00 |

---

**3.740.** **Nonpriority creditor's name and mailing address**

REPLICON INC
DEPT CH 19113
PALATINE IL 60055-9113

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $192.00 |

---

**3.741.** **Nonpriority creditor's name and mailing address**

RICHARD DUNN
20201 SPRUCE AVE
NEWPORT BEACH CA 92660

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $700.00 |

3.742. **Nonpriority creditor's name and mailing address**

RICHARD KOEHLER
306 ALVA LANE
COSTA MESA CA 92627

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $575.00 |

---

3.743. **Nonpriority creditor's name and mailing address**

RICHARD TREASURE
24921 MUIRLAND- SPC 25
LAKE FOREST CA 92630

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $6,000.00 |

---

3.744. **Nonpriority creditor's name and mailing address**

RICHARD WALLACE
11792 LOMA LINDA WY
SANTA ANA CA 92705

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $600.00 |

3.745. **Nonpriority creditor's name and mailing address**

RICHMAN ELEMENTARY
OFFICE MANAGER
700 S RICHMAN
FULLERTON CA 92832

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $10.00 |

---

3.746. **Nonpriority creditor's name and mailing address**

RIGOLI PACIFIC COMPANY INC
1983 POTRERO GRANDE DR
# A
MONTEREY PARK CA 91755-7420

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $2,993.00 |

---

3.747. **Nonpriority creditor's name and mailing address**

RIVERDALE ELEMENTARY PFO
TRACI BECK
13222 LEWIS ST
GARDEN GROVE CA 92843

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $1,244.10 |

| 3.748. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

**3.748. Nonpriority creditor's name and mailing address**

ROADRUNNERS BAND BOOSTER
DYLAND HARLAN - BAND DIRECTOR
2802 S FLOWER ST
SANTA ANA CA 92707

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$441.80

---

**3.749. Nonpriority creditor's name and mailing address**

ROBERT DAVID THRESHIE
18142 ESTES WY
SANTA ANA CA 92705

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$900.00

---

**3.750. Nonpriority creditor's name and mailing address**

ROBERT KAUFMAN
305 D ST
SAN RAFAEL CA 94901

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$275.00

---

| 3.751. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

ROBERT KINSLER
5722 E STILLWATER AVE
#115
ORANGE CA 92869

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$75.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.752. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

ROBERT NILES
315 S SIERRA MADRE BLVD
UNIT C
PASADENA CA 91107

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$800.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.753. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

Name and Address Intentionally Omitted

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$777.19

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 9207

**Basis for the claim:**

WAGES, PTO, COMMISSIONS,
SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No
☐ Yes

3.754. **Nonpriority creditor's name and mailing address**

ROBERT ZALESKI
1502 BUENA VISTA
UNIT C
SAN CLEMENTE CA 92672

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$250.00

---

3.755. **Nonpriority creditor's name and mailing address**

ROBIN BALLARD
409 TROY CT
TURLOCK CA 95382

**Date or dates debt was incurred**

11/29/1993

**Last 4 digits of account number: 6851**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

WORKMAN'S COMP CLAIM

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

3.756. **Nonpriority creditor's name and mailing address**

RODDIE CHALLENGE
39 CLOVER HILL LN
LAGUNA HILLS CA 92653

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$1,850.00

---

3.757. **Nonpriority creditor's name and mailing address**

ROSE PALMISANO
614 1/2 W BALBOA BLVD
NEWPORT BEACH CA 92661

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$360.00

3.758. **Nonpriority creditor's name and mailing address**

ROSEMEAD OIL PRODUCTS INC
PO BOX 2645
SANTA FE SPRINGS CA 90670-2645

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$1,134.78

3.759. **Nonpriority creditor's name and mailing address**

ROSS MIDDLE SCHOOL
LINDA STOCKWELL
17873 SAN GABRIEL AVE
CERRITOS CA 90703

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$460.00

3.760. **Nonpriority creditor's name and mailing address**

RYAN POSNER
5057 54TH ST
SAN DIEGO CA 92115

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$320.00

---

3.761. **Nonpriority creditor's name and mailing address**

SAAVEDRA CARLOS EDUARDO
440 W SAN YSIDRO BLVD
SAN YSIDRO CA 92143-4803

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$325.00

---

3.762. **Nonpriority creditor's name and mailing address**

SADDLE BACK VALLEY POP WARNER
MIKE MEYERS - PEE WEE CHEER
28216 CLOVERBROOK
MISSION VIEJO CA 92692

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$916.73

| 3.763. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| SADDLEBACK HS BOYS BASKETBALL JOEL SIMONDS 2802 S FLOWER ST SANTA ANA CA 92707 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $2,268.33 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.764. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| SAINT BARBARA SCHOOL CAROL LOPEZ 5306 W MCFADDEN AVE SANTA ANA CA 92704 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $210.40 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.765. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| SALES TRAINING CONSULTANTS INC 7900 GLADES RD # 430 BOCA RATON FL 33434 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $12,324.72 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

3.766. **Nonpriority creditor's name and mailing address**

SAN DIEGO GAS & ELECTRIC
PO BOX 25111
SANTA ANA CA 92799-5111

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $137.02 |

---

3.767. **Nonpriority creditor's name and mailing address**

SANTA ANA BAND BOOSTERS
VICTOR DE LOS SANTOS
520 W WALNUT
SANTA ANA CA 92701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $560.00 |

---

3.768. **Nonpriority creditor's name and mailing address**

SANTA ANA HS NJROTC
TOM OSSECK
520 W WALNUT ST
SANTA ANA CA 92701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $305.58 |

| 3.769. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

**3.769.** Nonpriority creditor's name and mailing address

SANTA ANA VALLEY WRESTLING
ASB OFFICE
1801 S GREENVILLE ST
SANTA ANA CA 92704

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$202.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.770.** Nonpriority creditor's name and mailing address

SANTIAGO GIRLS BASKETBALL BOOSTERS
KERRI ZIMMERMAN
2287 MARY CLARE ST
CORONA CA 92882

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,422.11

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.771.** Nonpriority creditor's name and mailing address

SANTIAGO HIGH SCHOOL GIRLS VOLLEYBALL
COACH ELVIK
1395 FOOTHILL PARKWAY
CORONA CA 92881

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,080.28

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.772. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

**3.772.** **Nonpriority creditor's name and mailing address**

SANTIAGO HIGHSCHOOL CHOIR
DANIELLE SHIELDS
13985 FOOTHILL PKWY
CORONA CA 92881

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,727.69

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.773.** **Nonpriority creditor's name and mailing address**

SANTIAGO HS BOYS SOCCER
ATTN: SEAN REDMOND
3689 VIA ZUMAYA ST
CORONA CA 92881

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$942.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.774.** **Nonpriority creditor's name and mailing address**

SANTIAGO HS TRACK & FIELD (CORONA)
KENT LINDSAY
1395 FOOTHILL PKWY
CORONA CA 92881

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$552.40

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **FREEDOM COMMUNICATIONS, INC.**    Case number *(if known)* **8:15-bk-15311-MW**

---

3.775. **Nonpriority creditor's name and mailing address**

SAPPHIRE PRINTING GROUP INC
PO BOX 29338
PHOENIX AZ 85038-9338

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $8,254.28 |

---

3.776. **Nonpriority creditor's name and mailing address**

SATORI SOFTWARE
1301 5TH AVE
STE 2200
SEATTLE WA 98101-2878

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $282.50 |

---

3.777. **Nonpriority creditor's name and mailing address**

SC FUELS
PO BOX 14014
ORANGE CA 92863-1414

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $3,864.04 |

---

3.778. **Nonpriority creditor's name and mailing address**

SCARBOROUGH RESEARCH
PO BOX 88990
CHICAGO IL 60695-1997

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $20,680.82 |

3.779. **Nonpriority creditor's name and mailing address**

SCHINDLER ELEVATOR CORPORATION
PO BOX 93050
CHICAGO IL 60673-3050

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $6,022.06 |

3.780. **Nonpriority creditor's name and mailing address**

SCHROEDER ELEMENTARY
BARBARA GRIFFITH
15151 COLUMBIA LN
HUNTINGTON BEACH CA 92647

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $261.30 |

Debtor   **FREEDOM COMMUNICATIONS, INC.**                                   Case number (if known) **8:15-bk-15311-MW**

| 3.781. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

3.781. **Nonpriority creditor's name and mailing address**

SCHULTZ RICK
1322 HOLMBY AVE
LOS ANGELES CA 90024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$150.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.782. **Nonpriority creditor's name and mailing address**

SCOTT FRENCH
6471 SANTA RITA AVE
GARDEN GROVE CA 92845

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$950.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.783. **Nonpriority creditor's name and mailing address**

SCR PARTS INC
9829 CARMENITA
STE F
WHITTIER CA 90605

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,378.59

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.784. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

SECOND STREET MEDIA
1017 OLIVE ST
ST LOUIS MO 63101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,935.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.785. **Nonpriority creditor's name and mailing address**

SEGERSTROM CHEER
KIM RODRIQUEZ
2418 N POPLAR ST
SANTA ANA CA 92706

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,409.36

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.786. **Nonpriority creditor's name and mailing address**

SEGERSTROM FOOTBALL
MIKE MACERANKA
2301 W MACARTHUR
SANTA ANA CA 92704

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,424.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

3.787. **Nonpriority creditor's name and mailing address**

SEGERSTROM HIGH BOYS BASKETBALL
ADRIAN GOMEZ
2301 W MACARTHUR
SANTA ANA CA 92704

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $1,396.60 |

---

3.788. **Nonpriority creditor's name and mailing address**

SELF INSURERS SECURITY FUND
PO BOX 742047 (LOCKBOX #)
LOS ANGELES CA 90074-2047

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $15,475.00 |

---

3.789. **Nonpriority creditor's name and mailing address**

SEMPER INTERNATIONAL LLC
607 BOYLSTON ST 3RD FLR
BOSTON MA 02116

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $480.00 |

| 3.790. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| SENSIBA SAN FILIPPO LLP<br>PO BOX 11897<br>PLEASANTON CA 94588 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $164,803.00 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.791. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| SERRANO ELEMENTARY<br>JULIE LANDICHO<br>17741 SERRANO<br>VILLA PARK CA 92861 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,001.40 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.792. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| SHARON HLAPCICH<br>7380 AVENIDA JUAREZ<br>ANAHEIM CA 92808 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $450.00 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.793. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Amount of claim |
|---|---|---|---|
| | SHELBY BARONE<br>4 STONE PINE<br>ALISO VIEJO CA 92656 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $450.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.794. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Amount of claim |
|---|---|---|---|
| | SIGNODE SERVICE BUSINESS<br>PO BOX 71057<br>CHICAGO IL 60694 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,369.88 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.795. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Amount of claim |
|---|---|---|---|
| | SILVERPOP SYSTEMS INC<br>PO BOX 347925<br>PITTSBURGH PA 15251-4925 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $26,000.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor **FREEDOM COMMUNICATIONS, INC.**                                      Case number (if known) **8:15-bk-15311-MW**

| 3.796. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |

3.796. **Nonpriority creditor's name and mailing address**

SIMA ENVIRONMENTAL FUND
27831 LA PAZ RD
LAGUNA NIGUEL CA 92677

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$15,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.797. **Nonpriority creditor's name and mailing address**

SIMPLEXGRINNELL LP
DEPT CH 10320
PALATINE IL 60055-0320

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$4,811.26

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.798. **Nonpriority creditor's name and mailing address**

SIMPLIFI HOLDINGS INC
DEPT 3113
PO BOX 123113
DALLAS TX 75312-3113

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$237,805.10

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

3.799. **Nonpriority creditor's name and mailing address**

SKYLINE SAFETY AND SUPPLY
4513 NIPOMO AVE
LAKEWOOD CA 90713

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$4,865.94

3.800. **Nonpriority creditor's name and mailing address**

SLAMMERS FC
DANA POTTS
3780 WALLOWA CIR
CORONA CA 92881

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$140.00

3.801. **Nonpriority creditor's name and mailing address**

SMARTSIGN
300 CADMAN PLAZA W STE 1303
BROOKLYN NY 11201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$583.20

| 3.802. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SMITH PRESSROOM PRODUCTS INC
9215 BOND
OVERLAND PARK KS 66214

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,659.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.803. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SMS SYSTEMS MAINTENANCE SERVICES INC
14416 COLLECTIONS CENTER DR
CHICAGO IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

$30,496.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.804. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SOCAL OUTLAWS BASEBALL
SHAWNA CELELLO
6092 PARK CREST DR
CHINO HILLS CA 91709

☐ Contingent
☐ Unliquidated
☐ Disputed

$753.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.805. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

Check all that apply.

SOCAL TRYKERS
JUDY DUNWORTH
3117 SILVA ST
LAKEWOOD CA 90712

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$865.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

| 3.806. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

Check all that apply.

SOFTWARE AG USA INC
PO BOX 910600
DALLAS TX 75391-0600

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$36,440.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

| 3.807. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

Check all that apply.

SOLSPOT
9562 VOLANTE DR
HUNTINGTON BEACH CA 92646

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$2,250.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**3.808.** **Nonpriority creditor's name and mailing address**

SONORA HS SOFTBALL
MICHELLE RODRIQUEZ
401 S PALM
LA HABRA CA 90631

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $434.40 |

**3.809.** **Nonpriority creditor's name and mailing address**

SOURCE ONE STAFFING LLC
PO BOX 79632
CITY OF INDUSTRY CA 91716-9632

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $23,410.89 |

**3.810.** **Nonpriority creditor's name and mailing address**

SOURCEHOV - PHOENIX BCS
PO BOX 142589
DRAWER # 9047
IRVING TX 75014-2589

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $23,975.72 |

Debtor   **FREEDOM COMMUNICATIONS, INC.**                              Case number *(if known)* **8:15-bk-15311-MW**

---

| 3.811. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SOUTH HUNTINGTON BEACH GIRLS FASTPITCH
SOFTBALL
20202 CAPE COTTAGE LN
HUNTINGTON BEACH CA 92647

☐ Contingent

☐ Unliquidated

☐ Disputed

$10.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| 3.812. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SOUTHERN CALIFORNIA EDISON
PO BOX 300
ROSEMEAD CA 91772-0001

☐ Contingent

☐ Unliquidated

☐ Disputed

$165,828.10

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| 3.813. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SOUTHERN COUNTIES NEWS SERVICE
PO BOX 1475
PLACENTIA CA 92871

☐ Contingent

☐ Unliquidated

☐ Disputed

$180.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 541 of 594

3.814. **Nonpriority creditor's name and mailing address**

SOUTHERN LITHOPLATE
PO BOX 741887
ATLANTA GA 30374-1887

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $262,978.92 |

3.815. **Nonpriority creditor's name and mailing address**

SOUTHLAND ENVELOPE CO INC
10111 RIVERFORD RD
LAKESIDE CA 92040

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $1,847.88 |

3.816. **Nonpriority creditor's name and mailing address**

SOUTHWEST MATERIAL HANDLING
PO BOX 1070
MIRA LOMA CA 91752

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $134.60 |

| 3.817. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

SPARE PARTS SOLUTIONS
3374 PRECISION DR
ROCKFORD IL 61109-2768

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,335.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.818. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

SPARKLETTS ALHAMBRA & SIERRA SPRINGS
PO BOX 660579
DALLAS TX 75266-0579

☐ Contingent
☐ Unliquidated
☐ Disputed

$149.06

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.819. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

SPEECH & LANGUAGE PATHOLOGY ASSISTANT
CLUB
JESSICA SPEECH AND LANGUAGE P
1530 W 17TH ST
SANTA ANA CA 92706

☐ Contingent
☐ Unliquidated
☐ Disputed

$202.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor  **FREEDOM COMMUNICATIONS, INC.**    Case number (if known) **8:15-bk-15311-MW**

| | | |
|---|---|---|
| 3.820. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| SPENSER KALNIN<br>5295 STONEWOOD DR<br>RIVERSIDE CA 92506 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| VARIOUS | TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.821. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| SPICERS PAPER INC<br>FILE 749316<br>LOS ANGELES CA 90074-9316 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25,399.57 |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| VARIOUS | TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.822. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| SPOTLIGHT VIDEO<br>22611 REVERE RD<br>LAKE FOREST CA 92630 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,925.00 |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| VARIOUS | TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☑ No<br>☐ Yes | |

Debtor    **FREEDOM COMMUNICATIONS, INC.**          Case number (if known) **8:15-bk-15311-MW**

| | | |
|---|---|---|
| 3.823. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| SPRINGBROOK PTA BRIAN AUBOL 655 SPRINGBROOK NORTH IRVINE CA 92614 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $770.30 |
| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| | | |
|---|---|---|
| 3.824. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| SQUAR MILNER PETERSON MIRANDA & WILLIAMSON LLP 4100 NEWPORT PL STE 300 NEWPORT BEACH CA 92660 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $33,000.00 |
| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| | | |
|---|---|---|
| 3.825. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| SRDS PO BOX 8500-8601 PHILADELPHIA PA 19178-8601 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $2,000.00 |
| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.826. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|
| ST JOHN THE BAPTIST<br>CHRISTINA FORD<br>1015 BAKER ST<br>COSTA MESA CA 92626 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $821.30 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.827. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|
| STAFFMARK<br>PO BOX 952386<br>ST LOUIS MO 63195 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $63,681.70 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.828. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|
| STANLEY ELEMENTARY PTA<br>CONNIE DELEON<br>12201 ELMWOOD ST<br>GARDEN GROVE CA 92840 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $250.40 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.829. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

STAPLES PRINT SOLUTIONS INC
PO BOX 95074
CHICAGO IL 60694-5074

☐ Contingent
☐ Unliquidated
☐ Disputed

$10,120.56

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.830. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

STATS LLC
2775 SHERMER RD
NORTHBROOK IL 60062

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,750.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.831. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

STEPHAN MARTIN
11836 HOLSTON AVE
LA MIRADA CA 90638

☐ Contingent
☐ Unliquidated
☐ Disputed

$250.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

3.832. **Nonpriority creditor's name and mailing address**

STEPHANIE NGUYEN
12143 SYLVAN RIV UNIT145
FOUNTAIN VALLEY CA 92708-1347

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $150.00 |

3.833. **Nonpriority creditor's name and mailing address**

STEPHEN BYDAL
3205 S TOWNSEND ST
SANTA ANA CA 92704

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $600.00 |

3.834. **Nonpriority creditor's name and mailing address**

STEPHENS CHRISTIAN NOE
1956 VOLK AVE
LONG BEACH CA 90815-3633

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $365.68 |

| 3.835. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| STEVEN GEORGES 12611 AMETHYST ST GARDEN GROVE CA 92845 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,045.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.836. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| STEVEN K YONEKURA 14341 MONROE LN WESTMINSTER CA 92683 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $4,985.28 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.837. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| STEWART TAMIRRA 26472 BRIARWOOD LANE SAN JUAN CAPISTRANO CA 92675 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $100.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **FREEDOM COMMUNICATIONS, INC.**                          Case number *(if known)* **8:15-bk-15311-MW**

| 3.838. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STRATABAND INC
PO BOX 81060
RANCHO STA MARGARITA CA 92688-8160

☐ Contingent
☐ Unliquidated
☐ Disputed

$220.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.839. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SUBWAY
2511 N GRAND AVE
SANTA ANA CA 92705

☐ Contingent
☐ Unliquidated
☐ Disputed

$825.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.840. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SUCCESS ADVERTISING INC
26 EASTMANS RD
PARSIPPANY NJ 07054

☐ Contingent
☐ Unliquidated
☐ Disputed

$691.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.841. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|
| SUN CHEMICAL - US INK<br>PO BOX 2193<br>CAROL STREAM IL 60132-2193 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $686.40 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.842. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|
| SUSAN CARPENTER<br>5930 ECHO ST<br>LOS ANGELES CA 90042 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED |

**Date or dates debt was incurred**

7/17/2014

**Basis for the claim:**

WORKMAN'S COMP CLAIM

**Last 4 digits of account number: 7096**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.843. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|
| SUSAN G KOMEN FOR THE CURE<br>3191-A AIRPORT LOOP DR<br>COSTA MESA CA 92626 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $885.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **FREEDOM COMMUNICATIONS, INC.**    Case number *(if known)* **8:15-bk-15311-MW**

| 3.844. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SUSAN K GAEDE
1301 DENISE CT
BREA CA 92821

☐ Contingent
☐ Unliquidated
☐ Disputed

$500.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.845. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

Name and Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$40.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 8824**

**Basis for the claim:**

WAGES, PTO, COMMISSIONS,
SEVERANCE, EXP REIMB

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.846. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SYCAMORE JR HS
TU HOANG
1801 E SYCAMORE ST
ANAHEIM CA 92805

☐ Contingent
☐ Unliquidated
☐ Disputed

$130.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.847.** **Nonpriority creditor's name and mailing address**

SYNTRIO INC
50 CALIFORNIA ST
STE 3260
SAN FRANCISCO CA 94111

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $3,910.00 |

---

**3.848.** **Nonpriority creditor's name and mailing address**

TCHS BAND BOOSTER INC
KURT LANTZ
27434 SANTA FE CT
CORONA CA 92883

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $73.00 |

---

**3.849.** **Nonpriority creditor's name and mailing address**

TCHS FOOTBALL BOOSTER
MICHELLE SUNQUIST
13548 PALOMINO CREEK DR
CORONA CA 92883

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $203.00 |

| 3.850. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TCN INC
560 S VALLEY VIEW DR
STE # 3
ST GEORGE UT 84770

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,875.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.851. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TELEPACIFIC COMMUNICATIONS
PO BOX 509013
SAN DIEGO CA 92150-9013

☐ Contingent
☐ Unliquidated
☐ Disputed

$69,528.71

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.852. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TERENCE LOOSE
59-031 KAHAUOLA ST
HALEIWA HI 96712-9713

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,200.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **FREEDOM COMMUNICATIONS, INC.**    Case number *(if known)* **8:15-bk-15311-MW**

---

**3.853.** **Nonpriority creditor's name and mailing address**

TERESA ALDAY
520 E. TRUSLOW AVENUE
FULLERTON CA 92832

**Date or dates debt was incurred**

6/18/2012

**Last 4 digits of account number: 9167**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKMAN'S COMP CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

**3.854.** **Nonpriority creditor's name and mailing address**

TERESA ALDAY
520 E. TRUSLOW AVENUE
FULLERTON CA 92832

**Date or dates debt was incurred**

7/12/2012

**Last 4 digits of account number: 4159**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

WORKMAN'S COMP CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| UNDETERMINED |

---

**3.855.** **Nonpriority creditor's name and mailing address**

TERESA B DAXON
679 BUTTONWOOD DR
BREA CA 92821

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
|---|
| $150.00 |

---

| 3.856. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| TERESA JIMENEZ 3944 S.FORECASTLE AVE WEST COVINA CA 91792 | ☑ Contingent ☑ Unliquidated ☑ Disputed | UNDETERMINED |
| **Date or dates debt was incurred** 12/29/2013 | **Basis for the claim:** WORKMAN'S COMP CLAIM | |
| **Last 4 digits of account number: 2849** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.857. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| TERMINIX PROCESSING CENTER PO BOX 742592 CINCINNATI OH 45274-2592 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,746.00 |
| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.858. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| TERMINIX PROCESSING CENTER 11552 KNOTT AVE UNITS C-8 & C-9 GARDEN GROVE CA 92841 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,670.00 |
| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

**3.859.** **Nonpriority creditor's name and mailing address**

TESORO TITANS FOOTBALL BOOSTERS
ERIN KING
1 TESORO CREEK RD
LAS FLORES CA 92688

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$771.40

---

**3.860.** **Nonpriority creditor's name and mailing address**

THE BUSSIAN LAW FIRM PLLC
150 FAYETTEVILLE 16TH FL
RALEIGH NC 27601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$47,905.00

---

**3.861.** **Nonpriority creditor's name and mailing address**

THE CALIFORNIA CREDITS GROUP LLC
251 S LAKE AVE STE 400
PASADENA CA 91101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$169,566.01

---

---

| 3.862. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

THE CHAMBER
ONE WORLD TRADE CENTER
STE 206
LONG BEACH CA 90831-0206

☐ Contingent

☐ Unliquidated

☐ Disputed

$1,000.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| 3.863. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

THE GAS COMPANY
PO BOX C
MONTEREY PARK CA 91756-5111

☐ Contingent

☐ Unliquidated

☐ Disputed

$10,702.90

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| 3.864. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

THE ISLAND HOTEL
690 NEWPORT CENTER DR
NEWPORT BEACH CA 92660

☐ Contingent

☐ Unliquidated

☐ Disputed

$7,500.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.865. **Nonpriority creditor's name and mailing address**

THE JOHN KIMBALL GROUP
43597 EMERALD DUNES PL
STE 100
LEESBURG VA 20176

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $750.00 |

3.866. **Nonpriority creditor's name and mailing address**

THE MIRMAN GROUP
1225 MUSCATO CT
LAS VEGAS NV 89144

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $128,941.31 |

3.867. **Nonpriority creditor's name and mailing address**

THE NEW YORK TIMES
PO BOX 371456
PITTSBURGH PA 15250-7456

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $41.30 |

3.868. **Nonpriority creditor's name and mailing address**

THE NEW YORK TIMES SYNDICATED SALES
CORP
PO BOX 392054
PITTSBURGH PA 15251-9054

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$17,464.52

---

3.869. **Nonpriority creditor's name and mailing address**

THEO BLACKBURN
32742 ALIPAZ
SAN JUAN CAPISTRANO CA 92675

**Date or dates debt was incurred**

2/21/2011

**Last 4 digits of account number: 4757**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

WORKMAN'S COMP CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

3.870. **Nonpriority creditor's name and mailing address**

THEODORE ROOSEVELT PTA
1600 E VERMONT AVE
ANAHEIM CA 92805

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$360.00

| 3.871. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**3.871.** Nonpriority creditor's name and mailing address

THOMAS CONNOLLY
13055 MARLETTE DR
LA MIRADA CA 90638

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$750.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.872.** Nonpriority creditor's name and mailing address

THOMAS MEYER
2016-A DELAWARE ST
BERKELEY CA 94709

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$270.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.873.** Nonpriority creditor's name and mailing address

THOMAS STEVEN
846 22ND PLACE
VERO BEACH FL 32960

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$200.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

3.874. **Nonpriority creditor's name and mailing address**

THOMPSON INDUSTRIAL SUPPLY INC
PO BOX 1029
RANCHO CUCAMONGA CA 91729-1299

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$9,254.34

---

3.875. **Nonpriority creditor's name and mailing address**

THOMSON REUTERS
PO BOX 6016
CAROL STREAM IL 60197-6016

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$605.21

---

3.876. **Nonpriority creditor's name and mailing address**

THUNDER 0506
NICKOLE SOLIS
1054 AMBER GLEN ST
CORONA CA 92881

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$380.00

---

| 3.877. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|
| TIDLAND CORPORATION #774276<br>4276 SOLUTIONS CENTER<br>CHICAGO IL 60677-4002 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,293.62 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.878. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|
| TIGERDIRECT INC<br>PO BOX 935313<br>ATLANTA GA 31193-5313 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,209.78 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.879. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|
| TIM TUTTLE<br>1001 W LAMBERT RD SPC 124<br>LA HABRA CA 90631 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $700.00 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.880. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|

**3.880.** Nonpriority creditor's name and mailing address

TIME WARNER CABLE
PO BOX 60074
CITY OF INDUSTRY CA 91716-0074

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$495.67

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.881.** Nonpriority creditor's name and mailing address

TIMELESS LEARNING
BARRY ACKERMAN
14752 FOXCROFT RD
TUSTIN CA 92780

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,851.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.882.** Nonpriority creditor's name and mailing address

TIMSONS INC
1455 PAYNE RD
SCHAUMBURG IL 60173-4513

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,614.75

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

3.883. **Nonpriority creditor's name and mailing address**

TITAN CHEER BOOSTER CLUB
MARTHA ARELLANO
41002 WATERFORD ST
LAKE ELSINORE CA 92532

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $174.00 |

3.884. **Nonpriority creditor's name and mailing address**

T-MOBILE
PO BOX 51843
LOS ANGELES CA 90051-6143

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $15,918.36 |

3.885. **Nonpriority creditor's name and mailing address**

TONYS LOCK & SAFE SERVICE
1537 E MCFADDEN AVE STE B
SANTA ANA CA 92705-4317

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $45.36 |

Debtor    **FREEDOM COMMUNICATIONS, INC.**                    Case number (if known) **8:15-bk-15311-MW**

3.886. **Nonpriority creditor's name and mailing address**

TOYOTA FINANCIAL SERVICES
DEPT 2431
CAROL STREAM IL 60132-2431

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $1,325.02 |

---

3.887. **Nonpriority creditor's name and mailing address**

TRABUCO HILLS HIGH SHOOL
JOSE GUILLEN
27501 MUSTANG RUN
MISSION VIEJO CA 92691

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $120.00 |

---

3.888. **Nonpriority creditor's name and mailing address**

TRAIL LIFE USA TROOP 317
ANGELA SLOUP
14614 MAGNOLIA ST
WESTMINSTER CA 92683

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $638.00 |

3.889. **Nonpriority creditor's name and mailing address**

TRAVIS MEWHIRTER
2697 E OJAI DR
BREA CA 92821

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $250.00 |

3.890. **Nonpriority creditor's name and mailing address**

TRAVIS WEST
4531 STREAM PORT DR
RIVERSIDE CA 92595

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $1,250.00 |

3.891. **Nonpriority creditor's name and mailing address**

TRELLEBORG COATED SYSTEMS US INC
PO BOX 277245
ATLANTA GA 30384-7245

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $3,919.08 |

| 3.892. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

TREVOR BANGMA
8110 SURFLINE DR UNIT C
HUNTINGTON BEACH CA 92646

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

---

| 3.893. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

TRI COUNTY FIRE
12221 POPLAR ST UNIT 1
HESPERIA CA 92372

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$750.00

---

| 3.894. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

TRIBUNE CONTENT AGENCY LLC
15158 COLLECTIONS CENTER DR
CHICAGO IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,927.91

3.895. **Nonpriority creditor's name and mailing address**

TRIBUNE MEDIA SERVICES INC
PO BOX 415106
BOSTON MA 02241-5106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$16,570.28

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

3.896. **Nonpriority creditor's name and mailing address**

TRINIDAD P CARRILLO
1050 W. MACFADDEN AVE
SANTA ANA CA 92707

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

11/12/2014

**Basis for the claim:**

WORKMAN'S COMP CLAIM

**Last 4 digits of account number:** 9332

**Is the claim subject to offset?**

☒ No
☐ Yes

3.897. **Nonpriority creditor's name and mailing address**

TRIPLE CROWN ES
DENI SEAGRAVE
530 ORANGE AVE
PERRIS CA 92571

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$912.10

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.898. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Amount of claim |
|---|---|---|---|

**3.898.** Nonpriority creditor's name and mailing address

TUSTIN AWARDS INC
1322 BELL AVE
UNIT 1A
TUSTIN CA 92780

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$2,522.56

---

**3.899.** Nonpriority creditor's name and mailing address

TUSTIN HS SCHOOL BOYS VOLLEYBALL
JOANNA JOHNSON
1171 EL CAMINO REAL
TUSTIN CA 92780

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$690.00

---

**3.900.** Nonpriority creditor's name and mailing address

TUSTIN HS SCHOOL INSTRUMENTAL MUSIC
OPERATIONS
MICHAEL FISK
1171 EL CAMINO REAL
TUSTIN CA 92780

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$300.20

| 3.901. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.901. **Nonpriority creditor's name and mailing address**

TUSTIN TOYOTA
38 AUTO CENTER DRIVE
TUSTIN CA 92782

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$675.75

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.902. **Nonpriority creditor's name and mailing address**

ULINE INC
2200 S LAKESIDE DR
WAUKEGAN IL 60085

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$72.55

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.903. **Nonpriority creditor's name and mailing address**

ULTIMATE PRINT SOURCE INC
2070 S HELLMAN
ONTARIO CA 91761

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,437.91

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.904. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|

**3.904.** Nonpriority creditor's name and mailing address

UNIFYHR LLC
105 DECKER CT #540
IRVING TX 75062

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$8,432.00

---

**3.905.** Nonpriority creditor's name and mailing address

UNISAN PRODUCTS LLC
5450 W 83RD ST
LOS ANGELES CA 90045

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$5,106.20

---

**3.906.** Nonpriority creditor's name and mailing address

UNISOURCE A VERITIV COMPANY
FILE 57006
LOS ANGELES CA 90074-7006

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$6,276.75

---

Debtor  **FREEDOM COMMUNICATIONS, INC.**                                    Case number *(if known)* **8:15-bk-15311-MW**

| | | |
|---|---|---|
| 3.907. **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| UNITED FEATURE SYNDICATE<br>PO BOX 843771<br>KANSAS CITY MO 64184-3371 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,825.91 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.908. **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| UNIVERSAL PROTECTION SECURITY SYSTEMS<br>1815 E WILSHIRE AVE # 910<br>SANTA ANA CA 92705 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,417.79 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.909. **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| UNIVERSAL PROTECTION SERVICE LP<br>PO BOX 101034<br>PASADENA CA 91189-1034 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $144,378.92 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor  **FREEDOM COMMUNICATIONS, INC.**                                      Case number *(if known)* **8:15-bk-15311-MW**

---

3.910. **Nonpriority creditor's name and mailing address**

UNIVERSAL UCLICK
PO BOX 843345
KANSAS CITY MO 64184-3345

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $59,537.88 |

---

3.911. **Nonpriority creditor's name and mailing address**

UPS
PO BOX 894820
LOS ANGELES CA 90189-4820

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $9,026.13 |

---

3.912. **Nonpriority creditor's name and mailing address**

US HEALTHWORKS MEDICAL GROUP PC
PO BOX 50042
LOS ANGELES CA 90074

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $195.00 |

---

3.913. **Nonpriority creditor's name and mailing address**

US POSTAL SERVICE
2201 N GRAND AVE
SANTA ANA CA 92711

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| $481.76 |

3.914. **Nonpriority creditor's name and mailing address**

USA WEIGHING SYSTEMS INC
PO BOX 8098
FOUNTAIN VALLEY CA 92728-8008

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| $1,115.00 |

3.915. **Nonpriority creditor's name and mailing address**

VALENCIA PARK ELEMENTARY
ALMA CABALLERO
3441 W VALENCIA DR
FULLERTON CA 92833

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| $480.10 |

| 3.916. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|
| VALLEY COURIERS INC<br>PO BOX 8036<br>CALABASAS CA 91302 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $683.64 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.917. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|
| VALLEY HS FOOTBALL<br>JEANETTE ZOOK<br>1801 S GREENVILLE ST<br>SANTA ANA CA 92704 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,507.50 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.918. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|
| VALOIS ARGUETA<br>1151 W. CASA GRANDE AVE. #E<br>ANAHEIM CA 92802 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNDETERMINED |
| **Date or dates debt was incurred**<br>2/25/2014 | **Basis for the claim:**<br>WORKMAN'S COMP CLAIM | |
| **Last 4 digits of account number: 1438** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.919. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

3.919.  **Nonpriority creditor's name and mailing address**

VANCE DURGIN
18881 JANE CIR
SANTA ANA CA 92705

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$200.00

---

3.920.  **Nonpriority creditor's name and mailing address**

VEBA TRUST
625 N GRAND AVE
SANTA ANA CA 92701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

EST HEALTH & WELFARE BENEFIT CLAIMS
- SELF INSURED

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$302,724.07

---

3.921.  **Nonpriority creditor's name and mailing address**

VENEGAS DISTRIBUTIONS
3419 VIA LIDO
# 330
NEWPORT BEACH CA 92663

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$8,476.99

---

| 3.922. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|

VHS CHEER BOOSTERS
KIM KEEFE
PO BOX 151
PLACENTIA CA 92870

☐ Contingent
☐ Unliquidated
☐ Disputed

$207.90

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.923. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|

VICTOR HUERTA
1605 WEST CUBBORN
SANTA ANA CA 92703

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**

1/15/2012

**Basis for the claim:**

WORKMAN'S COMP CLAIM

**Last 4 digits of account number: 6886**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.924. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|

VICTOR POSADAS VICTOR
10604 PINEHURST AVE APT D
SOUTH GATE CA 90280

☐ Contingent
☐ Unliquidated
☐ Disputed

$490.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.925. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| VILLA PARK HS BASEBALL BOOSTERS HEATHER VAN SKIKE PO BOX 7246 ORANGE CA 92867 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $2,115.10 |
| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.926. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| VIMB ALISON SUH 50 LYNDHURST IRVINE CA 92620 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $491.90 |
| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.927. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| VISION SERVICE PLAN PO BOX 45210 SAN FRANCISCO CA 94145-5210 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $6,582.00 |
| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** HEALTH & WELFARE BENEFIT CLAIMS | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.928. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|

WAGNER SUMMER
1927 NOTTINGHAM PL
FULLERTON CA 92835

☐ Contingent
☐ Unliquidated
☐ Disputed

$100.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.929. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|

WALGREEN'S
1800 IMPERIAL HWY STE 150
BREA CA 92821

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,145.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.930. **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|

WANTED TECHNOLOGIES CORP
400 JEAN-LESAGE BLVD
HALL EST BUREAU 500
QUEBEC CITY QC G1K 8W1

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,499.99

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.931. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| WASHINGTON MIDDLE SCHOOL<br>LAITH AL-JAMIE<br>716 E LA HABRA BLVD<br>LA HABRA CA 90631 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $741.00 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.932. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| WASTE MANAGEMENT<br>PO BOX 541065<br>LOS ANGELES CA 90054-1065 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,940.99 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.933. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| WAYNE MAH<br>9612 HIGHTIDE DR<br>HUNTINGTON BEACH CA 92646 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $90.00 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.934. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | WEBPUBLISHEDCOM<br>13573 ANOCHECER AVE<br>CHINO HILLS CA 91709 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $828.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.935. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | Name and Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.70 |
| | **Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** 8588 | **Basis for the claim:**<br>WAGES, PTO, COMMISSIONS,<br>SEVERANCE, EXP REIMB<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.936. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | WESPAC DANCE<br>JASIEDA MOJICA<br>5915 WESTMINSTER BLVD<br>WESTMINSTER CA 92683 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $686.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

**3.937.** **Nonpriority creditor's name and mailing address**

WEST MICHAEL
2200 RIVERFRONT DR APT 1204
LITTLE ROCK AR 72202

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $1,050.00 |

---

**3.938.** **Nonpriority creditor's name and mailing address**

WEST PAYMENT CENTER
PO BOX 6292
CAROL STREAM IL 60197-6292

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $4,456.54 |

---

**3.939.** **Nonpriority creditor's name and mailing address**

WESTERN HILLS COUNTRY CLUB
1800 CARON CANYON RD
CHINO HILLS CA 91709

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $2,400.00 |

| 3.940. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| WESTMINSTER CHAMBER OF COMMERCE<br>14491 BEACH BLVD<br>WESTMINSTER CA 92683 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $224.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.941. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| WESTMINSTER HS BOOK CLUB - READING<br>CINDY HELLMICH<br>14325 GOLDENWEST ST<br>WESTMINSTER CA 92683 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $791.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.942. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| WESTMINSTER HS CHEER<br>KRISSY BROWNELL<br>11842 PASEO BONITA<br>LOS ALAMITOS CA 90720 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,012.79 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.943. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| WHITE BUFFALO HOLDINGS LLC<br>2801 E SPRING ST<br>STE # 250<br>LONG BEACH CA 90806 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $115,298.02 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.944. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| WILL THEISEN<br>16 THORNTON AVE APT 101<br>VENICE CA 90291-2557 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $325.00 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.945. Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|
| WILLIAM QUINNAN<br>1777 MITCHELL AVE<br># 88<br>TUSTIN CA 92780 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,350.00 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLES | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

**3.946.** **Nonpriority creditor's name and mailing address**

WILLIAMS SQUARE INC
2419 GULF-TO-BAY BLVD # 1121
CLEARWATER FL 33765

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$100.00

---

**3.947.** **Nonpriority creditor's name and mailing address**

WILSON 6TH GRADE BOOSTER CLUB
KIMBERLY BRAVO
1750 SPYGLASS DR
CORONA CA 92883

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$1,540.00

---

**3.948.** **Nonpriority creditor's name and mailing address**

WINDOW SHADES EAST
228 E 17TH ST
SANTA ANA CA 92706

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$179.12

3.949. **Nonpriority creditor's name and mailing address**

WOODBRIDGE HS MUSIC
JOSLYNNE BLASDEL
2 MEADOWBROOK
IRVINE CA 92604

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $1,794.00 |

3.950. **Nonpriority creditor's name and mailing address**

WORLDWIDE RECOVERY SYSTEMS INC
2621 GREEN RIVER RD
# 105 PMB 226
CORONA CA 92882-7454

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $517.60 |

3.951. **Nonpriority creditor's name and mailing address**

WP COMPANY LLC
PO BOX 75442
BALTIMORE MD 21275-5442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $3,595.68 |

**3.952.** **Nonpriority creditor's name and mailing address**

XONTERA CORPORATION
1634 COLUMBIA ST
CHULA VISTA CA 91913

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $5,622.80 |

---

**3.953.** **Nonpriority creditor's name and mailing address**

XPEDX A VERITIV COMPANY
PO BOX 31001-1382
PASADENA CA 91110-1382

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $48,425.87 |

---

**3.954.** **Nonpriority creditor's name and mailing address**

YAHOO SEARCH MARKETING INC
PO BOX 89-4147
LOS ANGELES CA 90189-4147

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $14,167.97 |

Debtor    **FREEDOM COMMUNICATIONS, INC.**                                    Case number (if known) **8:15-bk-15311-MW**

---

3.955. **Nonpriority creditor's name and mailing address**

YAHOO! ACCOUNTS RECEIVABLE
PO BOX 3003
CAROL STREAM IL 90132-3003

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

| **Amount of claim** |
|---|
| $53,200.00 |

---

3.956. **Nonpriority creditor's name and mailing address**

YOLANDA DEL VAL
15631 WILLIAMS ST. APT #8
TUSTIN CA 92780

**Date or dates debt was incurred**

5/16/2012

**Last 4 digits of account number:** 7710

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

WORKMAN'S COMP CLAIM

**Is the claim subject to offset?**

☒ No

☐ Yes

| **Amount of claim** |
|---|
| UNDETERMINED |

---

3.957. **Nonpriority creditor's name and mailing address**

YORBA LINDA HS PTSA
M GOLLINS
1990 BASTANCHURY RD
YORBA LINDA CA 92886

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PARTNERSHIP COMMISSIONS

**Is the claim subject to offset?**

☒ No

☐ Yes

| **Amount of claim** |
|---|
| $80.00 |

---

| 3.958. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

YORBA LINDA HS PTSA
REGINA BERNABE
1990 BASTANCHURY RD
YORBA LINDA CA 92886

$1,715.94

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.959. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

YOUNG CHAMPIONS
CHELSEA BUTER
7791 LAURELTON AVE
GARDEN GROVE CA 92841

$794.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.960. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|

ZACH CAVANAGH
24302 VIA AQUARA
LAGUNA NIGUEL CA 92677

$740.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **FREEDOM COMMUNICATIONS, INC.**    Case number (if known) **8:15-bk-15311-MW**

| 3.961. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | ZEMARC CORPORATION<br>6431 FLOTILLA ST<br>LOS ANGELES CA 90040 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,657.87 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.962. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | ZEYEN PTO<br>DIANE KALLEN<br>12081 MAGNOLIA<br>GARDEN GROVE CA 92841 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $571.80 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.963. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | ZVENTS INC<br>199 FREMONT ST 4TH FLR<br>SAN FRANCISCO CA 94105 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25,420.10 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| ASK LLP<br>JOSEPH STENFELD<br>2600 EAGAN WOODS DRIVE, STE 400<br>ST. PAUL MN 55121 | Part 2 line 3.701 | _____ |
| BENESCH, FRIEDLANDER, COPLAN, & ARONOFF, LLP<br>STEPHEN M. FERGUSON<br>222 DELAWARE AVENUE, STE 801<br>WILMINGTON DE 19801-1611 | Part 2 line 3.9, Part 2 line 3.659 | _____ |
| CALIFORNIA EMPLOYMENT COUNSEL, APC<br>RAYMOND E. HANE III<br>600 ANTON BLVD. STE 1100<br>COSTA MESA CA 92626 | Part 2 line 3.427 | _____ |
| COLE,SCHOTZ, MEISEL, FORMAN & LEOPNARD, P.A.<br>NOLAN E. SHANAHAN<br>900 THIRD AVE. 16TH FLR.<br>NEW YORK NY 10022-4728 | Part 2 line 3.323 | _____ |
| GREGORY L. BOSSE<br>940 W. 17TH STREET, SUITE F<br>SANTA ANA CA 92706 | Part 2 line 3.25 | _____ |
| JASSY VICK CAROLAN LLP<br>KEVIN L. VICK<br>6605 HOLLYWOOD BLVD., STE 100<br>LOS ANGELES CA 90028 | Part 2 line 3.535 | _____ |
| JML LAW, PROF. LAW CORP<br>D. AARON BROCK<br>21052 OXNARD STREET<br>WOODLAND HILLS CA 91367 | Part 2 line 3.457 | _____ |
| JOHN D. GUERRINI<br>106 SOUTH MENTOR AVE. STE 150<br>PASADENA CA 91106 | Part 2 line 3.324 | _____ |
| KANG SPANOS & MOOS LLP<br>DAMIAN M. MOOS<br>120 VANTIS, SUITE 5353<br>ALISO VIEJO CA 92656 | Part 2 line 3.249 | _____ |
| LAMB & KAWAKAMI, LLP<br>SHANE W. TSENGL<br>333 SOUTH GRAND AVE., STE 4200<br>LOS ANGELES CA 90071 | Part 2 line 3.943 | _____ |
| LAW OFFC. OF SEAN A. KADING<br>SEAN. A. KADING<br>30211 AVENIDA BANDERAS, STE 200<br>RANCHO SANTA MARGARITA CA 92688 | Part 2 line 3.468 | _____ |
| PERRY FT YOUNG, P.A.<br>TRACY ANN SMITH<br>200 HARRISON AVENUE<br>PANAMA CITY FL 32401 | Part 2 line 3.575 | _____ |

Debtor  **FREEDOM COMMUNICATIONS, INC.**    Case number (if known) **8:15-bk-15311-MW**

TRESSLER LLP                         Part 2 line 3.310                    _____
KATHERINE K. LINER
18100 VON KARMEN AVE. STE 800
IRVINE CA 92612

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| **5a.** | **Total claims from Part 1** | 5a. | $6,593,144.85 |
| **5b.** | **Total claims from Part 2** | 5b.    **+** | $172,374,265.19 |
| **5c.** | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $178,967,410.04 |

Addendum to Schedule E/F:  Creditors Who Have Unsecured Claims

| Company Name | 2100 Freedom, Inc. | Daily Press, LLC | Florida Freedom Newspapers, Inc. | Freedom Arizona Information, Inc. | Freedom Broadcasting of Florida Licensee, L.L.C. | Freedom Broadcasting of Florida, Inc. | Freedom Broadcasting of Michigan Licensee, L.L.C. |
|---|---|---|---|---|---|---|---|
| 2100 Freedom, Inc. | | | | | | | |
| Daily Press, LLC | | | | | | | |
| Florida Freedom Newspapers, Inc. | | | 0 | | | | |
| Freedom Arizona Information, Inc. | | | | | | | |
| Freedom Broadcasting of Florida Licensee, L.L.C. | | | | | | | |
| Freedom Broadcasting of Florida, Inc. | | | | | | | |
| Freedom Broadcasting of Michigan Licensee, L.L.C. | | | | | (93,068) | | 93,068 |
| Freedom Broadcasting of Michigan, Inc. | | | | | (984) | 984 | |
| Freedom Broadcasting of New York Licensee, L.L.C. | | | | | (84,098) | | (24,166) |
| Freedom Broadcasting of New York, Inc. | | | | | | | |
| Freedom Broadcasting of Oregon Licensee, L.L.C. | | | | | (64,453) | | |
| Freedom Broadcasting of Oregon, Inc. | | | | | | | |
| Freedom Broadcasting of Tennessee Licensee, L.L.C. | | | | | (71,998) | | |
| Freedom Broadcasting of Tennessee, Inc. | | | | | | | |
| Freedom Broadcasting of Texas Licensee, L.L.C. | | | | | (51,983) | | |
| Freedom Broadcasting of Texas, Inc. | | | | | | | |
| Freedom Broadcasting, Inc. | | | | | 18,062,203 | 9,839,619 | 471,149 |
| Freedom California Mary Publishing, Inc. (fka Appeal-Democrat, Inc.) | | 8,607 | | | | | |
| Freedom California Ville Publishing Company LP (fka Porterville Recorder Company) | | (25,194) | | | | | |
| Freedom Colorado Information, Inc. | | | | | | | |
| Freedom Communications Holdings, Inc. | 270,317 | | | | | | |
| Freedom Communications, Inc. (fka Freedom Newspapers, Inc.) | 1,449,424 | (49,316,723) | (78,202,969) | (1,094,999) | (74,164,552) | (72,376,669) | (49,172,501) |
| Freedom Eastern North Carolina Communications, Inc. | | (610,819) | | | | | |
| Freedom Interactive Newspapers of Texas, Inc. | | | 58 | | | | |
| Freedom Magazines, Inc. | | | | | | | |
| Freedom Newspaper Acquisitions, Inc. | | | | | | | |
| Freedom Newspapers | | | | | | | |
| Freedom Newspapers of Illinois, Inc. | | (12,577) | | | | | |
| Freedom Newspapers of New Mexico, L.L.C. | | 137,765 | | | | | |
| Freedom Newspapers of Southwestern Arizona, Inc. | | | | | | | |
| Freedom Newspapers, Inc. | | (4,258,463) | | (20,517) | | | |
| Freedom Services, Inc. | 7,140,512 | 32,511,811 | 38,866,154 | 366,011 | 31,780 | 10,641,743 | 79,560 |
| Freedom Shelby Star, Inc. | | | | | | | |
| Freedom SPV I, LLC | | (39,318) | | | | | |
| Freedom SPV II, LLC | | | | | | | |
| Freedom SPV IV, LLC | | | | | | | |
| Freedom SPV V, LLC | | | | | | | |
| Freedom SPV VI, LLC | | | | | | | |
| Gaston Gazette, LLP | | | | | | | |
| Illinois First Freedom Newspapers, Inc. | | | | | | | |
| Lima News | | | | | | | |
| Missouri Freedom Newspapers, Inc. | | | | | | | |
| OCR Community Publications, Inc. | | | | | | | |
| Odessa American | | | 253 | | | | |
| Seymour Tribune Company | | | | | | | |
| The Times - News Publishing Company | | | | | | | |
| Victorville Publishing Company | | | | | | | |
| Grand Total | 8,860,253 | (21,604,851) | (45,372,476) | (749,504) | (56,437,154) | (51,894,323) | (48,552,891) |

Addendum to Schedule E/F:  Creditors Who Have Unsecured Claims

| Company Name | Freedom Broadcasting of Michigan, Inc. | Freedom Broadcasting of New York Licenses, L.L.C. | Freedom Broadcasting of New York, Inc. | Freedom Broadcasting of Oregon Licensee, L.L.C. | Freedom Broadcasting of Oregon, Inc. | Freedom Broadcasting of Tennessee Licensee, L.L.C. | Freedom Broadcasting of Tennessee, Inc. |
|---|---|---|---|---|---|---|---|
| 2100 Freedom, Inc. | | | | | | | |
| Daily Press, LLC | | | | | | | |
| Florida Freedom Newspapers, Inc. | | | | | | | |
| Freedom Arizona Information, Inc. | | | | | | | |
| Freedom Broadcasting of Florida Licensee, L.L.C. | | 84,098 | | | | | |
| Freedom Broadcasting of Florida, Inc. | | | | 64,453 | | | |
| Freedom Broadcasting of Michigan Licensee, L.L.C. | 24,166 | | | | | 71,998 | |
| Freedom Broadcasting of Michigan, Inc. | | | | | (4,058,553) | | (14,075,622) |
| Freedom Broadcasting of New York Licensee, L.L.C. | | | | | | | |
| Freedom Broadcasting of New York, Inc. | (2,457) | | 2,457 | | | | (396,589) |
| Freedom Broadcasting of Oregon Licensee, L.L.C. | | | - | | | | |
| Freedom Broadcasting of Oregon, Inc. | 4,058,553 | | | | | | |
| Freedom Broadcasting of Tennessee Licensee, L.L.C. | | | | | | 571 | (571) |
| Freedom Broadcasting of Tennessee, Inc. | 14,075,622 | | 396,589 | | | | |
| Freedom Broadcasting of Texas Licensee, L.L.C. | | | | | | | |
| Freedom Broadcasting of Texas, Inc. | 11,592,781 | | | | | (1,066) | (367,767) |
| Freedom Broadcasting, Inc. | (1,832,754) | (7,656,961) | (14,292,315) | 813,716 | 4,600,013 | (474,683) | (2,675,246) |
| Freedom California Mary Publishing, Inc. (fka Appeal-Democrat, Inc.) | | | | | | | |
| Freedom California Ville Publishing Company LP (fka Porterville Recorder Company) | | | | | | | |
| Freedom Colorado Information, Inc. | | | | | | | |
| Freedom Communications Holdings, Inc. | | | | | | | |
| Freedom Communications, Inc. (fka Freedom Newspaper, Inc.) | (90,571,670) | (23,960,843) | (66,310,470) | (1,919,238) | (12,487,136) | (10,520,513) | (42,318,541) |
| Freedom Eastern North Carolina Communications, Inc | | | | | | | |
| Freedom Interactive Newspapers of Texas, Inc. | | | | | | | |
| Freedom Magazines, Inc. | | | | | | | |
| Freedom Newspaper Acquisitions, Inc. | | | | | | | |
| Freedom Newspapers | | | | | | | |
| Freedom Newspapers of Illinois, Inc. | | | | | | | |
| Freedom Newspapers of New Mexico, L.L.C. | | | | | | | |
| Freedom Newspapers of Southwestern Arizona, Inc. | | | | | | | |
| Freedom Newspapers, Inc. | | | | | | | |
| Freedom Services, Inc. | 14,475,668 | 58,018 | 12,363,210 | 21,250 | 3,044,248 | 51,675 | 7,083,269 |
| Freedom Shelby Star, Inc. | | | | | | | |
| Freedom SPV I, LLC | | | | | | | |
| Freedom SPV II, LLC | | | | | | | |
| Freedom SPV IV, LLC | | | | | | | |
| Freedom SPV V, LLC | | | | | | | |
| Gaston Gazette, LLP | | | | | | | |
| Illinois Freedom Newspapers, Inc. | | | | | | | |
| Lima News | | | | | | | |
| Missouri Freedom Newspapers, Inc. | | | | | | | |
| OCR Community Publications, Inc. | | | | | | | |
| Odessa American | | | | | | | |
| Seymour Tribune Company | | | | | | | |
| The Times – News Publishing Company | | | | | | | |
| Victorville Publishing Company | | | | | | | |
| Grand Total | (56,180,090) | (31,475,688) | (67,840,529) | (1,019,820) | (8,899,428) | (10,872,018) | (52,751,089) |

Addendum to Schedule E/F:  Creditors Who Have Unsecured Claims

| Company Name | Freedom Broadcasting of Texas Licensee, LLC | Freedom Broadcasting of Texas, Inc. | Freedom Broadcasting, Inc. | Freedom California Mary Publishing, Inc. (fka Appeal-Democrat, Inc.) | Freedom California Ville Publishing Company LP (fka Porterville Recorder Company) | Freedom Colorado Information, Inc. | Freedom Communications Holdings, Inc. |
|---|---|---|---|---|---|---|---|
| 2100 Freedom, Inc. | | | | (8,607) | 25,134 | | (270,317) |
| Daily Press, LLC | | | | | | | |
| Florida Freedom Newspapers, Inc. | | | | | | | |
| Freedom Arizona Information, Inc. | | | | | | | |
| Freedom Broadcasting of Florida Licensee, LLC | 51,983 | | | | | | |
| Freedom Broadcasting of Florida, Inc. | | | (18,062,203) | | | | |
| Freedom Broadcasting of Michigan Licensee, LLC | | | (9,839,619) | | | | |
| Freedom Broadcasting of Michigan, Inc. | | (11,592,781) | (471,149) | | | | |
| Freedom Broadcasting of New York Licensee, L.L.C. | | | 1,832,754 | | | | |
| Freedom Broadcasting of New York, Inc. | | | 7,656,961 | | | | |
| Freedom Broadcasting of Oregon Licensee, L.L.C. | | | 14,292,315 | | | | |
| Freedom Broadcasting of Oregon, Inc. | | | (813,716) | | | | |
| Freedom Broadcasting of Tennessee Licensee, L.L.C. | | | (4,602,013) | | | | |
| Freedom Broadcasting of Tennessee, Inc. | 1,066 | 367,767 | 474,683 | | | | |
| Freedom Broadcasting of Texas Licensee, L.L.C. | | 7,042 | 2,675,246 | | | | |
| Freedom Broadcasting of Texas, Inc. | (7,042) | | 2,094,533 | | | | |
| Freedom Broadcasting, Inc. | (2,094,533) | (7,275,536) | 7,275,536 | | | | |
| Freedom California Mary Publishing, Inc. (fka Appeal-Democrat, Inc.) | | | - | | | | |
| Freedom California Ville Publishing Company LP (fka Porterville Recorder Company) | | | | | | | |
| Freedom Colorado Information, Inc. | | | | | | | |
| Freedom Communications Holdings, Inc. | | | | | | | |
| Freedom Communications, Inc. (fka Freedom Newspaper, Inc.) | (8,721,296) | (31,582,624) | (2,462,583) | (27,312,603) | (8,575,012) | (85,613,667) | 47,945,771 |
| Freedom Eastern North Carolina Communications, Inc | | | | (334,349) | (57,893) | | |
| Freedom Interactive Newspapers of Texas, Inc. | | | | | | | |
| Freedom Magazines, Inc. | | | | | | | |
| Freedom Newspaper Acquisitions, Inc. | | | | | | | |
| Freedom Newspapers | | | | (194) | 7,880 | 2,043 | |
| Freedom Newspapers of Illinois, Inc. | | | | | | | |
| Freedom Newspapers of New Mexico, L.L.C. | | | | | | | |
| Freedom Newspapers of Southwestern Arizona, Inc. | | | | 43,821 | 65,213 | 20 | |
| Freedom Newspapers, Inc. | | | 1,187 | (3,198,555) | (789,590) | 573,338 | |
| Freedom Services, Inc. | 52,226 | 5,194,522 | 3,263,096 | 20,905,612 | 6,376,377 | 59,757,556 | 74,263,132 |
| Freedom Shelby Star, Inc. | | | | | | | |
| Freedom SPV I, LLC | | | | | | | 1,980,578 |
| Freedom SPV II, LLC | | | | | | | 18,021,973 |
| Freedom SPV IV, LLC | | | | | | | |
| Freedom SPV V, LLC | | | | | | | |
| Gaston Gazette, LLP | | | | | | | |
| Illinois Freedom Newspapers, Inc. | | | | | | | |
| Lima News | | | | | | (1,793) | |
| Missouri Freedom Newspapers, Inc. | | | | | | | |
| OCR Community Publications, Inc. | | | | | | | |
| Odessa American | | | | | 339 | 1,585 | |
| Seymour Tribune Company | | | | | | | |
| The Times - News Publishing Company | | | | | (3,320) | | |
| Victorville Publishing Company | | | | | | | |
| Grand Total | (10,717,595) | (44,881,609) | 3,315,028 | (9,844,875) | (2,950,873) | (25,280,917) | 141,941,137 |

Addendum to Schedule E/F:  Creditors Who Have Unsecured Claims

| Company Name | Freedom Communications, Inc. (fka Freedom Newspaper, Inc) | Freedom Eastern North Carolina Communications, Inc | Freedom Interactive Newspapers of Texas, Inc | Freedom Magazines, Inc. | Freedom Newspaper Acquisitions, Inc. | Freedom Newspapers | Freedom Newspapers of Illinois, Inc. |
|---|---|---|---|---|---|---|---|
| 2100 Freedom, Inc. | (1,449,424) | | | | | | |
| Daily Press, LLC | 49,316,723 | | | | | | |
| Florida Freedom Newspapers, Inc. | 78,202,369 | 610,819 | | | | | |
| Freedom Arizona Information, Inc. | 1,094,999 | | (58) | | | | |
| Freedom Broadcasting of Florida Licensee, L.L.C. | 74,164,552 | | | | | | |
| Freedom Broadcasting of Florida, Inc. | 72,376,669 | | | | | | |
| Freedom Broadcasting of Michigan Licensee, L.L.C. | 49,172,501 | | | | | | |
| Freedom Broadcasting of Michigan, Inc. | 98,571,670 | | | | | | |
| Freedom Broadcasting of New York Licensee, L.L.C. | 23,960,843 | | | | | | |
| Freedom Broadcasting of New York, Inc. | 66,310,470 | | | | | | |
| Freedom Broadcasting of Oregon Licensee, L.L.C. | 1,919,238 | | | | | | |
| Freedom Broadcasting of Oregon, Inc. | 12,487,136 | | | | | | |
| Freedom Broadcasting of Tennessee Licensee, L.L.C. | 10,520,513 | | | | | | |
| Freedom Broadcasting of Tennessee, Inc. | 42,318,541 | | | | | | |
| Freedom Broadcasting of Texas Licensee, L.L.C. | 8,721,296 | | | | | | |
| Freedom Broadcasting of Texas, Inc. | 31,582,624 | | | | | | |
| Freedom Broadcasting, Inc. | 2,402,583 | | | | | | |
| Freedom California Mary Publishing, Inc. (fka Appeal-Democrat, Inc.) | 27,312,603 | 334,249 | | | | (7,880) | 194 |
| Freedom California Ville Publishing Company LP (fka Porterville Recorder Company) | 8,575,012 | 57,893 | | | | | |
| Freedom Colorado Information, Inc. | 85,613,667 | | | | | (2,043) | |
| Freedom Communications Holdings, Inc. | (47,904,771) | | | | | | |
| Freedom Communications, Inc. (fka Freedom Newspapers, Inc.) | 33,381,227 | (33,381,227) | 255,529 | (0) | 127,985 | (102,264,943) | |
| Freedom Eastern North Carolina Communications, Inc | (255,529) | | | | | | |
| Freedom Interactive Newspapers of Texas, Inc. | 0 | | | 0 | | 2,447,188 | |
| Freedom Magazines, Inc. | (127,985) | | | | | [0] | |
| Freedom Newspaper Acquisitions, Inc. | 102,264,943 | | | | | | |
| Freedom Newspapers | 24,752,368 | | (2,447,188) | | | | (24,752,368) |
| Freedom Newspapers of Illinois, Inc. | 7,296,203 | | | | | | |
| Freedom Newspapers of Southwestern Arizona, Inc. | 33,526,110 | | | | | (2,807) | |
| Freedom Newspapers, Inc. | 41,660,865 | | 87 | | | (3,172,769) | (2,982,912) |
| Freedom Services, Inc. | (482,385,103) | | 1,327,165 | | | 36,640,790 | 10,167,336 |
| Freedom Shelby Star, Inc. | 6,980,658 | | | | | | |
| Freedom SPV I, LLC | (1,982,979) | | | | | | |
| Freedom SPV II, LLC | 4,178,759 | | | | | | |
| Freedom SPV IV, LLC | 1,663,973 | | | | | | |
| Freedom SPV V, LLC | 1,868,947 | | | | | | |
| Gaston Gazette, LP | 28,421,116 | (38,022) | | | | | |
| Illinois Freedom Newspapers, Inc. | 7,586,959 | | | | | 272 | (3,748) |
| Lima News | 31,975,226 | 27,411 | | | | | |
| Missouri Freedom Newspapers, Inc. | 9,190,551 | | | | | (131) | |
| OCR Community Publications, Inc. | 7,504,140 | | | | | | |
| Odessa American | 24,703,289 | 96 | | | | | |
| Seymour Tribune Company | 3,833,505 | (34) | | | | (2,073) | |
| The Times - News Publishing Company | 20,635,484 | 284,244 | | | | | |
| Victorville Publishing Company | | | | | (2,326) | | |
| Grand Total | 601,940,450 | (12,331,591) | (864,464) | (0) | 125,659 | (66,363,794) | (17,571,499) |

Addendum to Schedule E/F:  Creditors Who Have Unsecured Claims

| Company Name | Freedom Newspapers of New Mexico, L.L.C. | Freedom Newspapers of Southwestern Arizona, Inc. | Freedom Newspapers, Inc. | Freedom Services, Inc. | Freedom Shelby Star, Inc. | Freedom SPV II, LLC | Freedom SPV IV, LLC |
|---|---|---|---|---|---|---|---|
| 2100 Freedom, Inc. | | | | (7,140,512) | | | |
| Daily Press, LLC | 12,577 | (137,765) | 4,258,463 | (32,511,811) | | | |
| Florida Freedom Newspapers, Inc. | | | 6,035,972 | (38,866,154) | | | |
| Freedom Arizona Information, Inc. | | | 20,517 | (366,011) | | | |
| Freedom Broadcasting of Florida Licensee, L.L.C. | | | | (31,780) | | | |
| Freedom Broadcasting of Florida, Inc. | | | | (10,641,743) | | | |
| Freedom Broadcasting of Michigan Licensee, L.L.C. | | | | (79,560) | | | |
| Freedom Broadcasting of Michigan, Inc. | | | | (14,475,668) | | | |
| Freedom Broadcasting of New York Licensee, L.L.C. | | | | (58,018) | | | |
| Freedom Broadcasting of New York, Inc. | | | | (12,363,210) | | | |
| Freedom Broadcasting of Oregon Licensee, L.L.C. | | | | (21,250) | | | |
| Freedom Broadcasting of Oregon, Inc. | | | | (3,044,248) | | | |
| Freedom Broadcasting of Tennessee Licensee, L.L.C. | | | | (51,675) | | | |
| Freedom Broadcasting of Tennessee, Inc. | | | | (7,083,249) | | | |
| Freedom Broadcasting of Texas Licensee, L.L.C. | | | | (52,226) | | | |
| Freedom Broadcasting of Texas, Inc. | | | (1,187) | (5,194,522) | | | |
| Freedom Broadcasting, Inc. | | | 3,198,555 | (3,265,096) | | | |
| Freedom California Mary Publishing, Inc. (fka Appeal-Democrat, Inc.) | | (43,821) | | (20,965,612) | | | |
| Freedom California Ville Publishing Company LP (fka Porterville Recorder Company) | | (65,213) | 788,590 | (6,376,377) | | | |
| Freedom Colorado Information, Inc. | | (20) | (573,338) | (59,757,556) | | | |
| Freedom Communications Holdings, Inc. | | | | (74,263,132) | | (18,021,973) | |
| Freedom Communications, Inc. (fka Freedom Newspaper, Inc.) | (2,796,203) | (33,526,110) | (41,660,865) | 482,385,103 | (6,380,668) | (4,178,759) | (1,663,973) |
| Freedom Eastern North Carolina Communications, Inc | | | 3,253,355 | (23,033,349) | 7,112 | | |
| Freedom Interactive Newspapers of Texas, Inc. | | | (87) | (1,327,165) | | | |
| Freedom Magazines, Inc. | | | | | | | |
| Freedom Newspaper Acquisitions, Inc. | 2,807 | | 3,172,769 | (86,640,790) | | | |
| Freedom Newspapers | | | 2,982,912 | (10,167,336) | | | |
| Freedom Newspapers of Illinois, Inc. | | (14,437) | 410,176 | (9,048,449) | | | |
| Freedom Newspapers of New Mexico, L.L.C. | | | | | | | |
| Freedom Newspapers of Southwestern Arizona, Inc. | 19,437 | | 2,495,637 | (19,132,227) | | | |
| Freedom Newspapers, Inc. | (410,176) | (2,495,637) | | (14,852,047) | (935,541) | | |
| Freedom Services, Inc. | 5,048,449 | 19,132,227 | 14,852,047 | (5,053,343) | 5,053,343 | | |
| Freedom Shelby Star, Inc. | | | 935,541 | | | | |
| Freedom SPV I, LLC | | | | | | | |
| Freedom SPV II, LLC | | | | | | | |
| Freedom SPV IV, LLC | | | | | | | |
| Freedom SPV V, LLC | | | | | | | |
| Gaston Gazette, LLP | | | 2,416,835 | (21,954,287) | 695,620 | | |
| Illinois Freedom Newspapers, Inc. | | | 1,965,656 | (6,496,301) | | | |
| Lima News | | | 4,471,962 | (15,418,587) | | | |
| Missouri Freedom Newspapers, Inc. | | | 822,567 | (7,660,733) | | | |
| OCR Community Publications, Inc. | | | | (7,375,535) | | | |
| Odessa American | | | 1,433,167 | (10,674,717) | | | |
| Seymour Tribune Company | | | 553,692 | (2,528,300) | | | |
| The Times - News Publishing Company | | | 2,222,767 | (11,453,978) | 65 | | |
| Victorville Publishing Company | | | | | | | |
| Grand Total | (2,628,109) | (17,150,777) | 14,056,503 | (13,037,449) | (2,160,068) | (22,200,732) | (1,663,973) |

Addendum to Schedule E/F:  Creditors Who Have Unsecured Claims

| Company Name | Freedom SPV V, LLC | FTMG (CURT) | Gaston Gazette, LLP | Illinois Freedom Newspapers, Inc. | Lima News | Missouri Freedom Newspapers, Inc. | OCR Community Publications, Inc. |
|---|---|---|---|---|---|---|---|
| 21100 Freedom, Inc. | | | | | | | |
| Daily Press, LLC | | | | | | | |
| Florida Freedom Newspapers, Inc. | | | | | | | |
| Freedom Arizona Information, Inc. | | | | | | | |
| Freedom Broadcasting of Florida Licensee, L.L.C. | | | | | | | |
| Freedom Broadcasting of Florida, Inc. | | | | | | | |
| Freedom Broadcasting of Michigan Licensee, L.L.C. | | | | | | | |
| Freedom Broadcasting of Michigan, Inc. | | | | | | | |
| Freedom Broadcasting of New York Licensee, L.L.C. | | | | | | | |
| Freedom Broadcasting of New York, Inc. | | | | | | | |
| Freedom Broadcasting of Oregon Licensee, L.L.C. | | | | | | | |
| Freedom Broadcasting of Oregon, Inc. | | | | | | | |
| Freedom Broadcasting of Tennessee Licensee, L.L.C. | | | | | | | |
| Freedom Broadcasting of Tennessee, Inc. | | | | | | | |
| Freedom Broadcasting of Texas Licensee, L.L.C. | | | | | | | |
| Freedom Broadcasting of Texas, Inc. | | | | | | | |
| Freedom Broadcasting, Inc. | | | | | | | |
| Freedom California Mary Publishing, Inc. (fka Appeal-Democrat, Inc.) | | | | | | | |
| Freedom California Ville Publishing Company LP (fka Porterville Recorder Company) | | | | | | | |
| Freedom Colorado Information, Inc. | | | | | 1,793 | | |
| Freedom Communications Holdings, Inc. | | | | | | | |
| Freedom Communications, Inc. (fka Freedom Newspapers, Inc.) | (1,868,947) | | (28,421,116) | (7,554,859) | (31,975,226) | (9,190,551) | (7,504,140) |
| Freedom Eastern North Carolina Communications, Inc | | | 38,022 | (27,411) | | | |
| Freedom Interactive Newspapers of Texas, Inc. | | | | | | | |
| Freedom Magazines, Inc. | | (0) | | | | | |
| Freedom Newspaper Acquisitions, Inc. | | | | | | | |
| Freedom Newspapers | | | (272) | 3,748 | | 131 | |
| Freedom Newspapers of Illinois, Inc. | | | | | | | |
| Freedom Newspapers of New Mexico, L.L.C. | | | | | | | |
| Freedom Newspapers of Southwestern Arizona, Inc. | | | | | | | |
| Freedom Newspapers, Inc. | | | (2,416,835) | (1,965,456) | (4,471,962) | (822,567) | |
| Freedom Services, Inc. | | | 21,954,287 | 6,494,301 | 15,418,587 | 7,660,733 | 7,375,535 |
| Freedom Shelby Star, Inc. | | | (695,620) | | | | |
| Freedom SPV I, LLC | | | | | | | |
| Freedom SPV II, LLC | | | | | | | |
| Freedom SPV IV, LLC | | | | | | | |
| Freedom SPV V, LLC | | | | | | | |
| Freedom SPV VI, LLC | | | | | | | |
| Gaston Gazette, LLP | | | | | 178 | | |
| Illinois Freedom Newspapers, Inc. | | | (178) | | | | |
| Lima News | | | | | | | |
| Missouri Freedom Newspapers, Inc. | | | | | | | |
| OCR Community Publications, Inc. | | | | | | | |
| Odessa American | | | | | | | |
| Seymour Tribune Company | | | (14,881) | | | | |
| The Times - News Publishing Company | | | (91,653) | | | | |
| Victorville Publishing Company | | | | | | | |
| Grand Total | (1,868,947) | (0) | (9,648,246) | (3,059,677) | (21,026,630) | (2,352,255) | (128,605) |

Addendum to Schedule E/F: Creditors Who Have Unsecured Claims

| Company Name | Odessa American | Seymour Tribune Company | SPV I, LLC | The Times - News Publishing Company | Undefined | Victorville Publishing Company | Grand Total |
|---|---|---|---|---|---|---|---|
| 2100 Freedom, Inc. | | | | | | | (8,860,253) |
| Daily Press, LLC | 39,318 | | | | | | 21,604,851 |
| Florida Freedom Newspapers, Inc. | | | | | | | 45,377,729 |
| Freedom Arizona Information, Inc. | | | | | | | 749,504 |
| Freedom Broadcasting of Florida Licensee, L.L.C. | | | | | | | 56,437,154 |
| Freedom Broadcasting of Florida, Inc. | | | | | | | 51,894,323 |
| Freedom Broadcasting of Michigan Licensee, L.L.C. | | | | | | | 48,552,891 |
| Freedom Broadcasting of Michigan, Inc. | | | | | | | 56,180,090 |
| Freedom Broadcasting of New York Licensee, L.L.C. | | | | | | | 31,475,688 |
| Freedom Broadcasting of New York, Inc. | | | | | | | 67,940,529 |
| Freedom Broadcasting of Oregon Licensee, L.L.C. | | | | | | | 1,019,820 |
| Freedom Broadcasting of Oregon, Inc. | | | | | | | 8,899,428 |
| Freedom Broadcasting of Tennessee Licensee, L.L.C. | | | | | | | 10,872,018 |
| Freedom Broadcasting of Tennessee, Inc. | | | | | | | 52,751,089 |
| Freedom Broadcasting of Texas Licensee, L.L.C. | | | | | | | 10,717,595 |
| Freedom Broadcasting of Texas, Inc. | | | | | | | 44,881,609 |
| Freedom Broadcasting, Inc. | | | | | | | (3,315,028) |
| Freedom California Mary Publishing, Inc. (fka Appeal-Democrat, Inc.) | | | | | | | 9,844,875 |
| Freedom Californiaville Publishing Company LP (fka Porterville Recorder Company) | (339) | | | 3,320 | | | 2,950,873 |
| Freedom Colorado Information, Inc. | (1,585) | | | | | | 25,280,917 |
| Freedom Communications Holdings, Inc. | | | (1,980,578) | | | | (141,940,137) |
| Freedom Communications, Inc. (fka Freedom Newspapers, Inc.) | (24,703,289) | (3,833,505) | 1,982,979 | (20,635,484) | (1,252) | | (601,940,703) |
| Freedom Eastern North Carolina Communications, Inc | (96) | 34 | | | | | 12,331,591 |
| Freedom Interactive Newspapers of Texas, Inc. | | | | | | | 864,464 |
| Freedom Magazines, Inc. | | | | | | | |
| Freedom Newspaper Acquisitions, Inc. | | | | | | 2,326 | (125,659) |
| Freedom Newspapers | 2,073 | | | | | | 66,363,794 |
| Freedom Newspapers of Illinois, Inc. | | | | | | | 17,571,459 |
| Freedom Newspapers of New Mexico, L.L.C. | | | | | | | 2,628,109 |
| Freedom Newspapers of Southwestern Arizona, Inc. | | | | | | | 12,150,777 |
| Freedom Newspapers, Inc. | (1,433,167) | (553,692) | | | | | (14,056,503) |
| Freedom Services, Inc. | 10,674,717 | 2,528,300 | | 11,453,978 | | | 13,037,449 |
| Freedom Shelby Star, Inc. | | | | (65) | | | 2,160,068 |
| Freedom SPV I, LLC | | | | | | | (2,401) |
| Freedom SPV II, LLC | | | | | | | 22,200,732 |
| Freedom SPV IV, LLC | | | | | | | 1,653,973 |
| Freedom SPV V, LLC | | | | | | | 1,868,947 |
| Gaston Gazette, LLP | | 14,881 | | | | | 9,648,246 |
| Illinois Freedom Newspapers, Inc. | | | | | | | 3,059,677 |
| Lima News | | | | | | | 21,026,630 |
| Missouri Freedom Newspapers, Inc. | | | | 91,653 | | | 2,352,255 |
| OCR Community Publications, Inc. | | | | | | | 128,605 |
| Odessa American | | | | | | | 15,422,622 |
| Seymour Tribune Company | | | | | | | 1,843,981 |
| The Times - News Publishing Company | | | | | | | 11,593,609 |
| Victorville Publishing Company | | | | | | | (2,326) |
| Grand Total | (15,422,368) | (1,843,981) | 2,401 | (11,593,609) | (1,252) | 2,326 | 1 |

**Fill in this information to identify the case:**

Debtor name  **Freedom Communications, Inc., a Delaware corporation**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **8:15-bk-15311 MW**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | SEE ATTACHED ADDENDUM |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# FREEDOM COMMUNICATIONS INC.

# SCHEDULE "G" ATTACHMENT

| DEBTOR ENTITY NAME | Name | Address1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY (if USA, leave blank) | State what the contract or lease is for and the nature of the debtor's interest | Term Remaining |
|---|---|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Blue Waters | 3701 Old Santa Rita Rd #17 | | Pleasanton | CA | 94588 | | Independent Contractor Subscription Marketing Sales Agr.: Independent subscription sales contractor | 07/01/16 |
| Freedom Communications, Inc. | Strategy Companion Corporation | 3240 El Camino Real | Ste 120 | Irvine | CA | 92602 | | Analyzer OEM License Agreement: A database Add On for creating dashboard visualizations | 30 day written notice |
| Freedom Communications, Inc. | Anthem Blue Cross | Department 5812 | | Los Angeles | CA | 90074-5812 | | Administrative Services Agreement: Employee health insurance coverage | NO END DATE |

| Company | Vendor | Address | Address 2 | City | State | Zip | Description | End Date |
|---|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Hyatt Legal Plans Inc | Dept 781523 | Po Box 78000 | Detroit | MI | 48278-1523 | Legal Plan Agreement: MetLife Company affiliated | NO END DATE |
| Freedom Communications, Inc. | Eastman Kodak Company | 1778 Solutions Center | | Chicago | IL | 60677-1007 | Trendsetter New Back-up Unit: Equipment and software – Riverside printing | 180 DAYS WRITTEN NOTICE |
| Freedom Communications, Inc. | Mutual Of Omaha | Po Box 2147 | | Omaha | NE | 68103-2147 | Group Insurance Plan: Life, AD&D and Long term disability insurance plan | 12/31/16 |
| Freedom Communications, Inc. | Theodora Oringher PC | 1840 Century Park E, Ste 500 | | Los Angeles | CA | 90067-2120 | Legal Representation - Letter: Legal services | NO END DATE |
| Freedom Communications, Inc. | Delta Dental Plan Of California | P.O. Box 677006 | | Dallas | TX | 75267-7006 | Dental Benefit Plan: | NO END DATE |

| Debtor | Vendor | Address | City | State | Zip | Description | Date |
|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | King Distribution | 1225 W Beverly Dr | Orange | CA | 92868 | Independent Contractor Delivery Service Agreement: Single copy distributor | 02/01/16 |
| Freedom Communications, Inc. | Black Box Network Services | Sds 12-3079 Po Box 86 | Minneapolis | MN | 55486-3079 | Standard Service Contract: Maintenance provider for telephone systems | 03/21/16 |
| Freedom Communications, Inc. | Pricing Engine Inc | 175 Varick St 4Th Flr | New York City | NY | 10014 | Reseller Services Agreement: Pay-per-click and social media advertising platforms which we resell to advertisers | 10/07/17 |
| Freedom Communications, Inc. | Richard Treasure | 24921 Muirland- Spc 25 | Lake Forest | CA | 92630 | Consulting Services Agreement: Corporate Finance independent contractor | 30 day written notice |
| Freedom Communications, Inc. | Ace Mobi | Po Box 7651 | Laguna Niguel | CA | 92607-7651 | Master Services Agreement: Software to deliver mobile news | 06/25/16 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Aftercollege | 1804 Garnet Ave | Box #453 | San Diego | CA | 92109 | Job Posting and Strategic Marketing Agreement: Recruitment - job posting software | 06/14/16 |
| Freedom Communications, Inc. | Ald LLC | 814 Tyvola Rd, Ste 107-A | | Charlotte | NC | 28217 | Irrevocable Life Insurance Policy Relinquishment and Loan Satisfaction Agreement: Life Insurance Policy Agreement | 03/26/16 |
| Freedom Communications, Inc. | Ald LLC | 814 Tyvola Rd, Ste 107-A | | Charlotte | NC | 28217 | Amended and Restated Promissory Note | 03/11/17 |
| Freedom Communications, Inc. | Aon Hewitt Investment Consulting Inc | 39584 Treasury Center | | Chicago | IL | 60694-9500 | Master Consulting Agreement: Retirement Plan consultants | NO END DATE |

| Debtor | Counterparty | Address | | City | State | Zip | Description | End Date |
|---|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Braintree | Po Box 45950 | | Omaha | NE | 68145-0950 | Payment System Agreement: point of sale software - payment gateway and equipment | 03/31/16 |
| Freedom Communications, Inc. | Broadspire | 12874 Collections Center Dr | | Chicago | IL | 60693 | Medical Management: Workman's Comp | 12/31/16 |
| Freedom Communications, Inc. | Brokerage Concepts Inc Dba Healthnow Administrative Services | Po Box 742 | | Blue Bell | PA | 19422 | Administrative Services Agreement: Medical Plan - PPO | 01/01/17 |
| Freedom Communications, Inc. | CCA Financial LLC | Po Box 758760 | | Baltimore | MD | 21275-8760 | Equipment Lease Financing: Lease No. 1726-001. | 07/25/16 |
| Freedom Communications, Inc. | Constellation Ck LLC | 333 Twin Dolphin Dr Ste 230 | | Redwood City | CA | 94065-1416 | Site Agreement: website builder - service | 06/17/18 |
| Freedom Communications, Inc. | Crystal Financial Spv LLC | Two International Place | 17Th Flr | Boston | MA | 02110 | Term Loan Agreement: Aaron Kushner agreement. | NO END DATE |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Data Sales Co Inc | Nw 7305 | Po Box 1450 | Minneapolis | MN | 55485-7305 | Equipment Lease Financing: Lease No. 1726-02 | 03/01/17 |
| Freedom Communications, Inc. | Data Sales Co Inc | Nw 7305 | Po Box 1450 | Minneapolis | MN | 55485-7305 | Equipment Lease Financing: Lease No. 1726-03 - Tape hardware lease | 09/22/16 |
| Freedom Communications, Inc. | Eventful | Po Box 5216 | | New York | NY | 10087-5216 | Confidential Services License Agreement: Software to access event data on website; mobile devices | 10/01/16 |
| Freedom Communications, Inc. | Eventful | Po Box 5216 | | New York | NY | 10087-5216 | Confidential Services License Agreement: data, tools and services to display local events on the website | 09/20/16 |

| Freedom Communications, Inc. | Gabriels Technology Solutions | 9 East 40Th St, 2Nd Flr | | New York | NY | 10016 | | Software Techology Solutions: Software utilizing internet to provide private-label advertising and content portals | 01/01/16 |
|---|---|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Google Inc | Google - Dept 33654 | 3440 Walnut Ave, Bldg A 2Nd Fl | Fremont | CA | 94538 | | Google Search Appliance: Web search service | 30 day written notice |
| Freedom Communications, Inc. | Happiest Minds | Velankani Tech Park, 43 | Electronics City Hosur Rd | Bangalore | INDIA | 560 100 | INDIA | Master Services Agreement: IT Support - Helpdesk | 90 day written notice |
| Freedom Communications, Inc. | Infosys Bpo Limited | Bank Of America Lockbox Svcs | 13539 Collections Center Dr | Chicago | IL | 60693 | | Master Services Agreement: Outsourced business process support | NO END DATE |

| Debtor | Counterparty | Address | Ste | City | State | Zip | Description | Date |
|---|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Legacycom Inc | 820 Davis St | Ste 210 | Evanston | IL | 60201 | Corporate Newspaper Agreement: Software enabling guests to write tributes or memorials for the deceased. Classified ads | 06/15/16 |
| Freedom Communications, Inc. | Microsoft Corporation | Po Box 842103 | | Dallas | TX | 75282-2103 | Online Subscription Agreement: Office 365 | 12/29/15 |
| Freedom Communications, Inc. | Mutual Of Omaha | Po Box 2147 | | Omaha | NE | 68103-2147 | Group Insurance Plan: Life, accidental death and dismemberment and long-term disability associate policies | 12/31/15 |
| Freedom Communications, Inc. | Newscycle Solutions Inc | Dept Ch 19691 | | Palatine | IL | 60055-9691 | Circulation Software | 11/19/17 |

| Company | Vendor | Address | Suite/Bldg | City | State | Zip | Description | End Date |
|---|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Optimus Group Inc | 120 W Cerrito | Bldg # 3 | Anaheim | CA | 92805 | Customer Service Agreement: They provide temporary employee contract labor in Operations Dept. | No End Date |
| Freedom Communications, Inc. | Own Localcom Inc | 701 Brazos St, Ste 1613 | | Austin | TX | 78701 | Agreement: Provides Search Engine Optimization directory services – we mark up and resell to advertisers. Also, platform for "print to web" ad program. | 01/16/16 |
| Freedom Communications, Inc. | Phaz2 Inc | 5300 Melrose Avenue | Ste 325 | Hollywood | CA | 90038 | Subscription Agreement: mobile marketing platform deploying Recruitment sales team's text messages to subscribers who want to see our weekly "help wanted" ads on mobile devices. | 05/05/16 |

| Freedom Communications, Inc. | Sectran Security Inc | Po Box 227267 | | Los Angeles | CA | 90022-0967 | Armored Service Agreement: Serves Press-Enterprise, Chicago Ave location to City National Bank. | 10/01/16 |
| Freedom Communications, Inc. | Sensiba San Filippo LLP | Po Box 11897 | | Pleasanton | CA | 94588 | Corporate Audit Services | 30 day written notice |
| Freedom Communications, Inc. | Silverpop Systems Inc | Po Box 347925 | | Pittsburgh | PA | 15251-4925 | Email Platform | 08/01/16 |
| Freedom Communications, Inc. | Southern Lithoplate | Po Box 741887 | | Atlanta | GA | 30374-1887 | Capital Equipment Loan Agreement And Consumables Supply Agr: supplier of digital plates used to print the newspaper | 01/31/19 |

| Company | Vendor | Address | Address 2 | City | State | Zip | Country | Description | Date |
|---|---|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Stats LLC | 2775 Shermer Rd | | Northbrook | IL | 60062 | | License Agreement: Sports statistics used for print and online | 02/29/16 |
| Freedom Communications, Inc. | T-Mobile | Po Box 51843 | | Los Angeles | CA | 90051-6143 | | Retail Installment Contract: i-Phone 6's For Associates | 11/10/17 |
| Freedom Communications, Inc. | Unifyhr LLC | 105 Decker Ct #540 | | Irving | TX | 75062 | | Outsourcing Service Agreement: staffing services | 07/29/17 |
| Freedom Communications, Inc. | Wanted Technologies Corp | 400 Jean-Lesage Blvd | Hall Est, Bureau 500 | Quebec City, Qc | CANADA | G1K 8W1 | CANADA | Master Customer Agreement: Employment sourcing software | 03/01/16 |
| Freedom Communications, Inc. | Accuweather Inc | 385 Science Park Rd | | State College | PA | 16803-2215 | | Newspaper Service Agreement: weather content for print publication | 01/31/16 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Axis Capital Inc | Po Box 2555 | | | | Equipment Lease Agreement: | 05/13/17 |
| Freedom Communications, Inc. | Benefit Concepts Inc | 20 Risho Ave | Attn: Accounting Dept | East Providence | RI | 68802 | COBRA Service: COBRA benefits | 12/31/15 |
| Freedom Communications, Inc. | Kaiser Foundation Health Plan | Po Box 80204 | Worldway Postal Center | Los Angeles | CA | 02914 | Employer Group Application: All Employee health care plan | 12/31/16 |
| Freedom Communications, Inc. | Kaiser Foundation Health Plan | Po Box 80204 | Worldway Postal Center | Los Angeles | CA | 90080 | Employee Group Application: Health insurance program for Associates | 12/31/15 |
| Freedom Communications, Inc. | Oc Media Tower LP | 1103 N Broadway | | Santa Ana | CA | 90080 | Lease Agreement: Lease on 625 N. Grand Ave. building | 08/31/34 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Connext Financial | 101 W Washington St | Suite 1140 E | Indianapolis | IN | 46204 | Lease Application: Pressroom Solutions - treated water for presses | No End Date |
| Freedom Communications, Inc. | Epals-Nexify Inc | 13625-A Dulles Technology Dr | | Herndon | VA | 20171 | Service Agreement: e-Pal advertising online software | 12/31/16 |
| Freedom Communications, Inc. | Google Inc Dba Doubleclick | Po Box 7247-7366 | | Philadelphia | PA | PA | Member Adopting Agreement: Ad server platform that keeps our websites running. Ad traffic and ad campaign reporting go through this platform. | NO END DATE |
| Freedom Communications, Inc. | Bottomley & Associates LLC | Po Box 7399 Pmb# 382 | 400 N Park Ave Ste 10B | Breckenridge | CO | 80424-7399 | Newsprint Consulting Agreement: Newsprint broker | 01/31/16 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Express Scripts, Inc. | 100 Parson Pond Dr | | Franklin Lakes | NJ | 07417 | Pharmacy Benefit Management Agreement: prescription drug portion of employee benefits | 01/01/17 |
| Freedom Communications, Inc. | Hcc Life Insurance Company | Po Box 402032 | | Atlanta | GA | 30384-2032 | Stop Loss Insurance: Medical, prescription Stop Loss Insurance for employees | 12/31/15 |
| Freedom Communications, Inc. | Venegas Distributions | 3419 Via Lido | # 330 | Newport Beach | CA | 92663 | Single Copy Distribution Agreement: single copy distribution services | 10/05/16 |
| Freedom Communications, Inc. | Ogletree Deakins Nash Smoak & Stewart PC | Post Office Box 89 | | Columbia | SC | 29202 | General Advice and Counsel: Law firm – employee related legal support | NO END DATE |
| Freedom Communications, Inc. | Ogletree Deakins Nash Smoak & Stewart PC | Post Office Box 89 | | Columbia | SC | 29202 | Engagement Letter: Legal counsel and advice | NO END DATE |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Anita Grace Advertising LLC | 12959 196Th Ln Nw | | Elk River | MN | 55330 | Newspaper Advertising Representative Agreement: Solicit and sale of ad space in UNIDOS | 12/31/15 |
| Freedom Communications, Inc. | Associated Press | Po Box 414212 | | Boston | MA | 02241-4212 | Letter Agreement: News wire service | NO END DATE |
| Freedom Communications, Inc. | White Buffalo Holdings LLC | 2801 E Spring St | Ste # 250 | Long Beach | CA | 90806 | Lease Agreement: 2882 E. Spring St., #250, Long Beach (L.B. Register office) | 07/26/16 |
| Freedom Communications, Inc. | Southern California Public Radio | 1570 East Colorado Blvd | | Pasadena | CA | 91106 | Lease: Office space rental - 625 N. Grand Ave. | 60 day written notice |
| Freedom Communications, Inc. | City of El Cajon | 200 Civic Center Way | | El Cajon | CA | 92020 | Agreement for Professional Services: Printing of products for City of El Cajon (Freedom Printing) | 02/28/16 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Testor Fci Acquisitions, Llc C/O Versa Capital Management, Inc | Cira Centre | 2929 Arch St | Philadelphia | PA | 19104 | Asset Purchase Agreement: Sale of Assets to Testor FCI Acquisitions, LLC. | 05/14/22 |
| Freedom Communications, Inc. | Simplifi Holdings Inc | Dept 3113 | Po Box 123113 | Dallas | TX | 75312-3113 | Master Service Agreement: advertising platform and service | 90 day written notice |
| Freedom Communications, Inc. | Kaango | 7900 International Dr | 8Th Flr | Bloomington | MN | 55425 | Classified Services Agreement: software for printed and online classified ads | 02/14/16 |
| Freedom Communications, Inc. | Centro Inc | 222 W Hubbard St Ste 400 | | Chicago | IL | 60654 | SiteScout Branded Ad Portal Agreement: Ad Portal - digital advertising software | 05/30/16 |
| Freedom Communications, Inc. | Halifax Media Holdings LLC | 111 Center St | Ste 2020 | Little Rock | AR | 72201 | Asset Purchase Agreement: Sale to Halifax Media Holdings LLC | 05/30/22 |

| Freedom Communications, Inc. | Aci Ca LLC | 330 Golden Shore Ste 410 | | Long Beach | CA | 90802 | Distribution Agreement: Newspaper distribution services | 01/25/20 |
|---|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Affluent Staffing LLC | Po Box 743451 | | Los Angeles | CA | 90074-3451 | Staffing : Temporary Staffing for 1701 S. Lewis St., Anaheim | NO END DATE |
| Freedom Communications, Inc. | Data-Dynamix Inc | Po Box 140118 | | Edgewater | CO | 80214-9998 | Services Requirement Agreement : Marketing software | 06/24/17 |
| Freedom Communications, Inc. | Goodwill Industries Of Orange County | 410 N Fairview | | Santa Ana | CA | 92703 | Inserting Project: Sub-contractor providing newspaper insert work | 30 day written notice |
| Freedom Communications, Inc. | Monster Worldwide Inc | File 70104 | | Los Angeles | CA | 90074-0104 | Marketing Agreement: Recruitment advertising revenue generating software | 12/31/15 |

| Freedom Communications, Inc. | Rdi Marketing Services Inc | 4350 Glendale-Milford Rd | Ste 250 | Cincinnati | OH | 45242 | Master Services Areement: Circulation Customer Service Call Center | 05/06/16 |
| Freedom Communications, Inc. | Scarborough Research | Po Box 88990 | | Chicago | IL | 60695-1997 | License Agreement: License to use research data | 02/18/16 |
| Freedom Communications, Inc. | Schindler Elevator Corporation | Po Box 93050 | | Chicago | IL | 60673-3050 | Preventive Maintenance Program: Service of elevators at 625 N. Grand Ave. | 90 day written notice |
| Freedom Communications, Inc. | SRDS | Po Box 8500-8601 | | Philadelphia | PA | 19178-8601 | Advertising Insertion Order: Monthly Dues for Premium Listing in CA | 03/14/16 |
| Freedom Communications, Inc. | Toyota Financial Services | Dept 2431 | | Carol Stream | IL | 60132-2431 | Master Lease Agreement: Financing for Fork-lift; side-shifter equipment | 9/20/2017; 7/4/2018 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Tribune Media Services Inc | Po Box 415106 | | Boston | MA | 02241-5106 | License Agreement: news content provided to include in our print and online news | 03/31/16 |
| Freedom Communications, Inc. | Golden Rain Foundation Of Laguna Woods | File 55248 | | Los Angeles | CA | 90074-5248 | Lease: 24351 El Toro Rd, Laguna Woods - Laguane Woods Content office | 12/31/16 |
| Freedom Communications, Inc. | Edgil Associates Inc | 222 Rosewood Dr | Ste 210 | Danvers | MA | 01923 | NewsCentral End User License: Software to process credit card transactions | 01/03/17 |
| Freedom Communications, Inc. | Pier Group LLC | 6 Del Valle | | Orinda | CA | 94563 | Lease: Sun Post office, 95 Avenida del Mar, San Clemente | 05/16/16 |
| Freedom Communications, Inc. | Associated Press | Po Box 414212 | | Boston | MA | 02241-4212 | Service Agreement: News wire service | 90 DAYS WRITTEN NOTICE |

| Company | Contractor | Address | Ste | City | State | Zip | Description | End Date |
|---|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Caspio Inc | 2953 Bunker Hill Ln Ste 201 | | Santa Clara | CA | 94054 | Service Agreement: Marketing Data Collection | NO END DATE |
| Freedom Communications, Inc. | Circulation Technicians Inc | 459 N Gilbert Rd, Ste B100 | | Gilbert | AZ | 85234 | Client Services Agreement: Contractor - outbound calling to collect money and renew subscriptions | 01/04/16 |
| Freedom Communications, Inc. | Gary R Edwards Inc | 3930 Utah St | Ste A | San Diego | CA | 92104-2995 | Independent Contractor Direct Sales Agr: Independent subscription sales contractor | NO END DATE |
| Freedom Communications, Inc. | Malcolm S Manber | 495 D Calle Cadiz | | Laguna Woods | CA | 92637 | Independent Contractor Subscription Sales Agreement: Independent contractor subscription sales of the Orange County Register | 05/01/16 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Marketing G2 LLC | Po Box 275 | Spring House | PA | 19477 | Subscription Software Agreement: subscription software license | 30 day written notice |
| Freedom Communications, Inc. | Reed Brennan Media Associates | 628 Virginia Dr | Orlando | FL | 32803 | Services Agreement: newsprint pagination service | 30 day written notice |
| Freedom Communications, Inc. | Solspot | 9562 Volante Dr | Huntington Beach | CA | 92646 | Forecast - Content Service Agreement - weather - forecast information service for online | 03/17/16 |
| Freedom Communications, Inc. | Tribune Content Agency LLC | 15158 Collections Center Dr | Chicago | IL | 60693 | Agreement: news content provided to include in our print and online news | 07/14/16 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Burt Technologies Inc | 32156 Castle Ct | Ste 206 | Evergreen | CO | 80439 | Software License Agreement: products used for newpaper and commercial printing | 30 day written notice |
| Freedom Communications, Inc. | Tom'S Truck Center | Po Box 88 | | Santa Ana | CA | 92702 | Lease: Land owned by Freedom - leased to Tom's Truck Center | 30 day written notice |
| Freedom Communications, Inc. | Mader News Inc | 913 Ruberta Avenue | | Glendale | CA | 91201-2346 | Single Copy Distribution Agreement: daily and Sunday delivery of the Orange County Register | 30 day written notice |
| Freedom Communications, Inc. | Oracle Usa Inc | Po Box 44471 | | San Francisco | CA | 94144-4471 | Software License and Service Agreement: The Database Vendor used in CCI and Mactive | NO END DATE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Mactive Inc | 410 N Wickham Rd | Ste 100 | Melbourne | FL | 32935 | AdBase System Purchase: Advertising Order entry, Accounts Receivables, pagination, ad management system | NO END DATE |

| Fill in this information to identify the case: |
| :--- |
| Debtor name: FREEDOM COMMUNICATIONS, INC. |
| United States Bankruptcy Court for the: Central District of California |
| Case number (if known): 8:15-bk-15311-MW |

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively.
Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
| :--- | :--- | :--- | :--- | :--- |
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1. | 2100 FREEDOM, INC. | 625 N. GRAND AVENUE SANTA ANA CA 92701 | SILVER POINT FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.2. | 2100 FREEDOM, INC. | 625 N. GRAND AVENUE SANTA ANA CA 92701 | PENSION BENEFIT GUARANTY CORPORATION | ☑ D ☑ E/F ☐ G |
| 2.3. | DAILY PRESS, LLC | 625 N. GRAND AVENUE SANTA ANA CA 92701 | SILVER POINT FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.4. | DAILY PRESS, LLC | 625 N. GRAND AVENUE SANTA ANA CA 92701 | PENSION BENEFIT GUARANTY CORPORATION | ☑ D ☑ E/F ☐ G |
| 2.5. | FREEDOM CALIFORNIA MARY PUBLISHING, INC. | 625 N. GRAND AVENUE SANTA ANA CA 92701 | SILVER POINT FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.6. | FREEDOM CALIFORNIA VILLE PUBLISHING COMPANY LP | 625 N. GRAND AVENUE SANTA ANA CA 92701 | SILVER POINT FINANCE LLC | ☑ D ☐ E/F ☐ G |

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7.  FREEDOM COLORADO INFORMATION, INC. | 625 N. GRAND AVENUE SANTA ANA CA 92701 | SILVER POINT FINANCE LLC | ☑ D  ☐ E/F  ☐ G |
| 2.8.  FREEDOM COLORADO INFORMATION, INC. | 625 N. GRAND AVENUE SANTA ANA CA 92701 | PENSION BENEFIT GUARANTY CORPORATION | ☑ D  ☑ E/F  ☐ G |
| 2.9.  FREEDOM COMMUNICATIONS HOLDINGS, INC. | 625 N. GRAND AVENUE SANTA ANA CA 92701 | SILVER POINT FINANCE LLC | ☑ D  ☐ E/F  ☐ G |
| 2.10.  FREEDOM COMMUNICATIONS HOLDINGS, INC. | 625 N. GRAND AVENUE SANTA ANA CA 92701 | PENSION BENEFIT GUARANTY CORPORATION | ☑ D  ☑ E/F  ☐ G |
| 2.11.  FREEDOM INTERACTIVE NEWSPAPERS, INC. | 625 N. GRAND AVENUE SANTA ANA CA 92701 | SILVER POINT FINANCE LLC | ☑ D  ☐ E/F  ☐ G |
| 2.12.  FREEDOM NEWSPAPER ACQUISITIONS, INC. | 625 N. GRAND AVENUE SANTA ANA CA 92701 | SILVER POINT FINANCE LLC | ☑ D  ☐ E/F  ☐ G |
| 2.13.  FREEDOM NEWSPAPER ACQUISITIONS, INC. | 625 N. GRAND AVENUE SANTA ANA CA 92701 | PENSION BENEFIT GUARANTY CORPORATION | ☑ D  ☑ E/F  ☐ G |
| 2.14.  FREEDOM NEWSPAPERS | 625 N. GRAND AVENUE SANTA ANA CA 92701 | PENSION BENEFIT GUARANTY CORPORATION | ☑ D  ☑ E/F  ☐ G |
| 2.15.  FREEDOM NEWSPAPERS OF SOUTHWESTERN ARIZONA, INC. | 625 N. GRAND AVENUE SANTA ANA CA 92701 | SILVER POINT FINANCE LLC | ☑ D  ☐ E/F  ☐ G |
| 2.16.  FREEDOM NEWSPAPERS, INC. | 625 N. GRAND AVENUE SANTA ANA CA 92701 | SILVER POINT FINANCE LLC | ☑ D  ☐ E/F  ☐ G |
| 2.17.  FREEDOM NEWSPAPERS, INC. | 625 N. GRAND AVENUE SANTA ANA CA 92701 | PENSION BENEFIT GUARANTY CORPORATION | ☑ D  ☑ E/F  ☐ G |

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.18.  FREEDOM SERVICES, INC. | 625 N. GRAND AVENUE SANTA ANA CA 92701 | SILVER POINT FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.19.  FREEDOM SERVICES, INC. | 625 N. GRAND AVENUE SANTA ANA CA 92701 | PENSION BENEFIT GUARANTY CORPORATION | ☑ D ☑ E/F ☐ G |
| 2.20.  FREEDOM SPV I, LLC | 625 N. GRAND AVENUE SANTA ANA CA 92701 | SILVER POINT FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.21.  FREEDOM SPV I, LLC | 625 N. GRAND AVENUE SANTA ANA CA 92701 | PENSION BENEFIT GUARANTY CORPORATION | ☑ D ☑ E/F ☐ G |
| 2.22.  FREEDOM SPV II, LLC | 625 N. GRAND AVENUE SANTA ANA CA 92701 | SILVER POINT FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.23.  FREEDOM SPV II, LLC | 625 N. GRAND AVENUE SANTA ANA CA 92701 | PENSION BENEFIT GUARANTY CORPORATION | ☑ D ☑ E/F ☐ G |
| 2.24.  FREEDOM SPV IV, LLC | 625 N. GRAND AVENUE SANTA ANA CA 92701 | SILVER POINT FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.25.  FREEDOM SPV IV, LLC | 625 N. GRAND AVENUE SANTA ANA CA 92701 | PENSION BENEFIT GUARANTY CORPORATION | ☑ D ☑ E/F ☐ G |
| 2.26.  FREEDOM SPV V, LLC | 625 N. GRAND AVENUE SANTA ANA CA 92701 | SILVER POINT FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.27.  FREEDOM SPV V, LLC | 625 N. GRAND AVENUE SANTA ANA CA 92701 | PENSION BENEFIT GUARANTY CORPORATION | ☑ D ☑ E/F ☐ G |
| 2.28.  FREEDOM SPV VI, LLC | 625 N. GRAND AVENUE SANTA ANA CA 92701 | SILVER POINT FINANCE LLC | ☑ D ☐ E/F ☐ G |

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.29. FREEDOM SPV VI, LLC | 625 N. GRAND AVENUE SANTA ANA CA 92701 | PENSION BENEFIT GUARANTY CORPORATION | ☑ D ☑ E/F ☐ G |
| 2.30. NEW ENGLAND MEDIA HOLDINGS LLC | 396 WASHINGTON STREET P.O. BOX 307 WELLESLEY MA 02481 | PENSION BENEFIT GUARANTY CORPORATION | ☑ D ☐ E/F ☐ G |
| 2.31. OCR COMMUNITY PUBLICATIONS, INC. | 625 N. GRAND AVENUE SANTA ANA CA 92701 | SILVER POINT FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.32. OCR COMMUNITY PUBLICATIONS, INC. | 625 N. GRAND AVENUE SANTA ANA CA 92701 | PENSION BENEFIT GUARANTY CORPORATION | ☑ D ☑ E/F ☐ G |
| 2.33. OCR INFORMATION MARKETING, INC. | 625 N. GRAND AVENUE SANTA ANA CA 92701 | SILVER POINT FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.34. ORANGE COUNTY REGISTER COMMUNICATIONS, INC. | 625 N. GRAND AVENUE SANTA ANA CA 92701 | SILVER POINT FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.35. ORANGE COUNTY REGISTER COMMUNICATIONS, INC. | 625 N. GRAND AVENUE SANTA ANA CA 92701 | PENSION BENEFIT GUARANTY CORPORATION | ☑ D ☑ E/F ☐ G |
| 2.36. VICTOR VALLEY PUBLISHING COMPANY | 625 N. GRAND AVENUE SANTA ANA CA 92701 | SILVER POINT FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.37. VICTOR VALLEY PUBLISHING COMPANY | 625 N. GRAND AVENUE SANTA ANA CA 92701 | PENSION BENEFIT GUARANTY CORPORATION | ☑ D ☑ E/F ☐ G |
| 2.38. VICTORVILLE PUBLISHING COMPANY | 625 N. GRAND AVENUE SANTA ANA CA 92701 | SILVER POINT FINANCE LLC | ☑ D ☐ E/F ☐ G |
| 2.39. VICTORVILLE PUBLISHING COMPANY | 625 N. GRAND AVENUE SANTA ANA CA 92701 | PENSION BENEFIT GUARANTY CORPORATION | ☑ D ☑ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name   **Freedom Communications, Inc., a Delaware corporation**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **8:15-bk-15311 MW**

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From  1/01/2015 to Filing Date | ☑ Operating a business<br>☐ Other _____ | $109,446,269.00 |
   | For prior year:<br>From  1/01/2014 to 12/31/2014 | ☑ Operating a business<br>☐ Other _____ | $151,449,794.00 |
   | For year before that:<br>From  1/01/2013 to 12/31/2013 | ☑ Operating a business<br>☐ Other _____ | $159,277,167.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

| Debtor | Freedom Communications, Inc., a Delaware corporation | Case number (if known) | 8:15-bk-15311 MW |
|--------|------|------|------|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Loan<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | SEE ATTACHED ADDENDUM | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**Part 4:   Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

Debtor  **Freedom Communications, Inc., a Delaware corporation**            Case number *(if known)*  **8:15-bk-15311 MW**

---

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **SEE ATTACHED ADDENDUM #9 - GIFTS OR CHARITABLE CONTRIBUTIONS** | | | $0.00 |
| Recipients relationship to debtor | | | |

**Part 5:   Certain Losses**

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:   Certain Payments or Transfers**

11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. Transfers not already listed on this statement

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

Debtor    **Freedom Communications, Inc., a Delaware corporation**    Case number *(if known)* **8:15-bk-15311 MW**

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1 | Revival Church of Southern<br>California<br>3000 W. MacArthur Blvd.,<br>Suite 440<br>Santa Ana, CA | Land and building located at 17702<br>Cowan, Irvine, CA 92614 | 12/24/2013 | $1,980,577.87 |
| | Relationship to debtor | | | |
| 13.2 | Impressionss Worldwide, Inc.<br>11656 Knudson Road<br>Burlington, WA | Press Equipment | 1/14/2015 | $375,000.00 |
| | Relationship to debtor | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

   Name, address, phone, credit card bank account, email address
   Does the debtor have a privacy policy about that information?
   ☐ No
   ■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension
or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.

Debtor    **Freedom Communications, Inc., a Delaware corporation**          Case number *(if known)*  **8:15-bk-15311 MW**

■ Yes. Fill in below:
Name of plan
**The 401K Retirement Savings Plan of Freedom
Communications, Inc.**

Employer identification number of the plan
EIN:  **95-1140750**

Has the plan been terminated?
■ No
☐ Yes

☐ No Go to Part 10.
■ Yes. Fill in below:
Name of plan
**The Retirement Plan of Freedom Communications, Inc.**

Employer identification number of the plan
EIN:  **95-1140750**

Has the plan been terminated?
■ No
☐ Yes

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial institution name and Address | Last 4 digits of account number | Type of account or Instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Penn Records Management 2551 South Garnsey Street Santa Ana, CA | Nancy Foltz, Chris Dahl, Randy Ings, Carl Hoover 625 N. Grand, Santa Ana, CA 92701 | Company records | ☐ No ■ Yes |

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

Debtor   **Freedom Communications, Inc., a Delaware corporation**         Case number (if known)  **8-15-bk-15311 MW**

---

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Central National - Gottesman Inc.<br>PO Box 100431<br>Atlanta, GA | Warehouse<br>1771 S. Lewis Street<br>Anaheim, CA | 765 metric tons of Newsprint<br>at $516.56 per ton | $395,168.40 |

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

---

Debtor    **Freedom Communications, Inc., a Delaware corporation**        Case number (if known)  **8:15-bk-15311 MW**

| **Business name address** | **Describe the nature of the business** | **Employer identification number**<br>Do not include Social Security number or ITIN. |
|---|---|---|

| | | **Dates business existed** |
|---|---|---|
| 25.1. | Freedom Services, Inc.<br>625 N Grand Avenue<br>Santa Ana, CA 92701 | **Information and Entertainment Company** | EIN: 33-0873125<br>From-To 9/2/1999 to Present |
| 25.2. | Newspaper National Network, LP<br>4401 Wilson Blvd Suite 900<br>Arlington, VA 22203-1887 | **National Newspaper Network** | EIN: 54-1709303<br>From-To 12/28/2001 |
| 25.3. | Freedom SPV I, LLC<br>625 N Grand Avenue<br>Santa Ana, CA 92701 | **Information and Entertainment Company** | EIN: 46-4123293<br>From-To 11/21/2013 to Present |
| 25.4. | Freedom Newspapers, Inc.<br>625 N Grand Aveneu<br>Santa Ana, CA 92701 | **Information and Entertainment Company** | EIN: 33-0743240<br>From-To 1/27/1997 to Present |
| 25.5. | Freedom Broadcasting, Inc.<br>625 N Grand Avenue<br>Santa Ana, CA 92701 | **Information and Entertainment Company** | EIN: 33-0790025<br>From-To 2/4/1998 to Present |
| 25.6. | Freedom Metro Information, Inc.<br>625 N Grand Avenue<br>Santa Ana, CA 92701 | **Information and Entertainment Company** | EIN: 33-0991604<br>From-To 11/15/2001 to Present |
| 25.7. | Freedom Magazines, Inc.<br>625 N Grand Avenue<br>Santa Ana, CA 92701 | **Information and Entertainment Company** | EIN: 33-0570328<br>From-To 6/17/1993 to Present |
| 25.8. | Clovis News Journal<br>625 N Grand Avenue<br>Santa Ana, CA 92701 | **Information and Entertainment Company** | EIN: 85-0035820<br>From-To 11/9/1935 to Present |
| 25.9. | Victorville Publishing Company<br>825 N Grand Avenue<br>Santa Ana, CA 92701 | **Information and Entertainment Company** | EIN: 33-0047617<br>From-To 1/31/1978 to Present |
| 25.10. | Freedom California Ville Publishing Comp<br>825 N Grand Avenue<br>Santa Ana, CA 92701 | **Information and Entertainment Company** | EIN: 95-3317735<br>From-To 4/1/1974 to Present |
| 25.11. | Odessa American<br>825 N Grand Avenue<br>Santa Ana, CA 92701 | **Information and Entertainment Company** | EIN: 75-0757714<br>From-To 8/13/1948 to Present |
| 25.12. | Lima News<br>625 N Grand Avenue<br>Santa Ana, CA 92701 | **Information and Entertainment Company** | EIN: 34-4466918<br>From-To 4/1/1958 to Present |

Debtor    **Freedom Communications, Inc., a Delaware corporation**    Case number *(if known)*  **8:15-bk-15311 MW**

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.13 **Freedom Newspapers**<br>**625 N Grand Avenue**<br>**Santa Ana, CA 92701** | **Information and Entertainment**<br>**Company** | Dates business existed<br>EIN:    **74-1157766**<br><br>From-To  **11/1/1951 to Present** |
| 25.14 **Gaston Gazette, LLP**<br>**625 N Grand Avenue**<br>**Santa Ana, CA 92701** | **Information and Entertainment**<br>**Company** | EIN:    **56-0904885**<br><br>From-To  **8/31/1968 to 10/20/2014** |
| 25.15 **Seymour Tribune Company**<br>**625 N Grand Avenue**<br>**Santa Ana, CA 92701** | **Information and Entertainment**<br>**Company** | EIN:    **35-1307550**<br><br>From-To  **10/26/1973 to 7/19/2012** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Chris Dahl**<br>**625 N Grand Avenue**<br>**Santa Ana, CA 92701** | **11/1/2013 to Present** |
| 26a.2.  **Randy Ings**<br>**625 N Grand Avenue**<br>**Santa Ana, CA 92701** | **11/1/2013 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **Sensiba San Filippo LLP**<br>**2929 Campus Drive Suite 225**<br>**San Mateo, CA 94403** | **12/31/2012 to**<br>**Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.  **Debtor's Possession** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.  **Included in 2100 Freedom, Inc.'s**
        **consolidated financial statements**

**27. Inventories**

Debtor    **Freedom Communications, Inc., a Delaware corporation**          Case number (if known)  **8:15-bk-15311 MW**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐  No

■  Yes. Give the details about the two most recent inventories.

|  | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1 | Tom Smith | 9/30/2015 | $2,765,501.39<br>Cost |

Name and address of the person who has possession of inventory records

Debtor's Posession
625 N Grand Avenue
Santa Ana, CA 92701

|  | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.2 | Tom Smith | 6/30/2015 | $2,752,277.54<br>Cost |

Name and address of the person who has possession of inventory records

Debtor's Possession
625 N Grand Avenue
Santa Ana, CA 92701

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐  No

■  Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Aaron Kushner | PO Box 81386<br>Wellesley Hills, MA 02481 | Director, Chief Executive Officer, Secretary, Treasurer | 7/25/2012 to 3/10/2015 |

30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■  No

☐  Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☐  No

■  Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| 2100 Freedom, Inc. | EIN:  46-3867300 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   __Freedom Communications, Inc., a Delaware corporation__   Case number (if known) __8:15-bk-15311 MW__

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Freedom Communications Holdings, Inc.** | EIN: **33-0942814** |

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **The Retirement Plan of Freedom Communications, Inc.** | EIN: **95-1140750** |
| **The 401 (k) Retirement Savings Plan of Freedom Communications, Inc.** | EIN: **95-1140750** |

**Part 14:   Signature and Declaration**

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   _____

X _____   __Richard E. Mirman__
Signature of individual signing on behalf of the debtor   Printed name

Position or relationship to debtor   __Chief Executive Officer__

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

# ADDENDUM TO SOFA PART 3.7

# (LEGAL ACTIONS, ADMINISTRATIVE PROCEEDINGS, COURT ACTIONS, ETC/)

| Entity | Plaintiff | Plaintiff's Counsel | Defendant | Nature of Case | Court | Case # | Nature of Claim |
|---|---|---|---|---|---|---|---|
| Orange County Register Communications, Inc. | Peter S. Kravitz, Litigation Trustee For the LHI Liquidation Co., Inc. et al. Litigation Trust | Joseph S. Stenfeld, ASK LLP, 2600 Eagan Woods Drive, Ste 400, St. Paul, MN 55121 651-406-9665 | Orange County Register Communications, Inc. dba The Orange County Register, etc., Dft. | Preferential Transfer | United States Bankruptcy Court for the District of Delaware | 15011194MG | Pending |
| 2100 FREEDOM, INC. | Abbey Financial, LLC and Old Colony 2012 Investment Fund, LLC, Pltfs. | Stephen M. Ferguson, Benesch, Friedlander, Coplan & Aronoff LLP, 222 Delaware Avenue, Ste 801, Wilmington, DE 19801-1611, 302-442-7059 | 2100 Freedom, Inc., Dft. | Breach of Contract | Court of Chancery, State of Delaware | 10287VCL | Pending |
| 2100 FREEDOM, INC. | Abbey Financial, LLC and Old Colony 2012 Investment Fund, LLC, Pltfs. | Same as above | 2100 Freedom, Inc., Dft. | Breach of Contract | Court of Chancery, State of Delaware | 10287 | Pending |
| 2100 FREEDOM, INC. | Abbey Financial, LLC and Old Colony 2012 Investment Fund, LLC, Pltfs. | Same as above | Erin Spitz, etc., and 1 other officers and/or directors, et al., Dfts. | Breach of Contract | Court of Chancery, State of Delaware | 10193VCL | Pending |
| 2100 FREEDOM, INC. | Abbey Financial, LLC and Old Colony 2012 Investment Fund, LLC, Pltfs. | Same as above | Aaron Kushner, etc., and 1 other officers and/or directors, et al., Dfts. | Breach of Contract | Court of Chancery, State of Delaware | 10193VCL | Pending |
| 2100 FREEDOM, INC. | Abbey Financial, LLC and Old Colony 2012 Investment Fund, LLC, Pltfs. | Same as above | Silver Point Finance, LLC, et al., Dfts. // To: 2100 Freedom, Inc. | Breach of Contract | Court of Chancery, State of Delaware | 10193TBD | Pending |
| 2100 FREEDOM, INC. | Abbey Financial, LLC, and Old Colony 2012 Investment Fund, LLC, Pltfs. | Same as above | Silver Point Finance, LLC, et al. including 2100 Freedom, Inc., Dfts. | Breach of Contract | Court of Chancery, State of Delaware | 10193VCL | Pending |
| 2100 FREEDOM, INC. | Abbey Financial, LLC, and Old Colony 2012 Investment Fund, LLC, Pltfs. | Same as above | Silver Point Finance, LLC, et al. including 2100 Freedom, Inc., Dfts. | Breach of Contract | Court of Chancery, State of Delaware | 10193VCL | Pending |
| 2100 FREEDOM, INC. | Abbey Financial, LLC, and Old Colony 2012 Investment Fund, LLC, Pltfs. | Same as above | Silver Point Finance, LLC, et al. including 2100 Freedom, Inc., Dfts. | Breach of Contract | Court of Chancery, State of Delaware | 10193VCL | Pending |
| Orange County Register Communications, Inc. | Advanced Courier Concepts, Inc., etc., Pltf. | Gregory L. Bosse, 940 W. 17th Street, Suite F, Santa Ana, CA 92706, 714-550-9555 | Freedom Communications, Inc., etc., et al. including Orange County Register Communications, Inc., etc., Dfts. | Breach of Contract | O.C. Superior Court, Central Justice Center | 302015007/82842 CLBCCJC | Pending |
| Orange County Register Communications, Inc. | Advanced Courier Concepts, Inc., etc., Pltf. | Same as above | Freedom Communications, Inc., etc., et al. including Orange County Register Communications, Inc., etc., Dfts. | Breach of Contract | O.C. Superior Court, Central Justice Center | 302015007/82842 CLBCCJC | Pending |
| Orange County Register Communications, Inc. | Advanced Courier Concepts, Inc., etc., Pltf. | Same as above | Freedom Communications, Inc., etc., et al. including Orange County Register Communications, Inc., etc., Dfts. | Breach of Contract | O.C. Superior Court, Central Justice Center | 302015007/82842 CLBCCJC | Pending |

| Entity | Plaintiff | Plaintiff's Counsel | Defendant | Nature of Case | Court | Case # | Status of Case |
|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Dalia A Garcia, Claimant | | Freedom Communications Inc | | Unknown | — | Pending |
| Freedom Communications, Inc. | Denise Deutsche, etc., Pltf. | Damien M. Moos, Kang Spanos & Moos LLP, 120 Vantis, Suite 5353, Aliso Viejo, CA 92656, 949-558-3278 | Freedom Communications, Inc., etc., et al., Dfts. | Employment | O.C. Superior Court, Central Justice Center | 302015007779846 CUOECJC | Pending |
| Orange County Register Communications, Inc. | Fisher Printing, Inc., Pltf. | Katherine K. Liner, Tressler LLP 18100 Von Karman Ave, Suite 800, Irvine, CA 92612, 949-336-1200 | Orange County Register Communications, Inc., Dft. | Damages | United States District Court, Central District of California | 8:15-CV00800-JVSS-SS | Judgment |
| Freedom Communications Holdings, Inc. | FTI Consulting, Inc., Pltf. | Nolan E. Shanahan, Cole, Schotz, Meisel, Forman & Leopnard, P. A., 900 Third Ave., 16th Floor, New York, NY, 10022-4728, 212-752-8000 | Freedom Communications, Holdings, Inc., Dft. | Collection for Professional Services Rendered | New York Superior Court | 1698122014 | Dismissed |
| Freedom Communications, Inc. | Jerry Asencio, Complainant | Raymond E. Hane III, California Employment Counsel, APC, 800 Anton Boulevard, Suite 1100, Costa Mesa, CA 92626, 714-462-3376 | Freedom Communications, Inc., Respondent | Employment | | 814065172413 | Pending |
| Freedom Communications, Inc. | Jerry Asencio, Pltf./Employee | Same as above | Freedom Communications, Inc., Dft. | | | 814065172413 | Pending |
| Freedom Communications, Inc. | Juan Almanza, etc., Pltf. | D. Aaron Brock, IMI, Law, A Professional Law Corporation, 21052 Oxnard Street, Woodland Hills, CA 91367, 818-610-8800 | Freedom Communications, Inc., etc., et al., Dfts. | Claim for Wrongful Termination | O.C. Superior Court, Central Justice Center | 302014007271940 CUWTCJC | Pending |
| Freedom Communications, Inc. | Juan Almanza, etc., Pltf. | Same as above | Freedom Communications Inc., etc., et al., Dfts. | Claim for Wrongful Termination | O.C. Superior Court, Central Justice Center | 302014007271940 CUWTCJC | Pending |
| Freedom Communications, Inc. | Koding Briggs LLP, etc., Pltf. | Sean A. Koding, Law Offices of Sean A. Koding, 30211 Avenida Bandoras, Suite 200, Rancho Santa Margarita, CA 92688, 949 766-6742 | Freedom Communications, Inc., etc., et al., Dfts. | Breach of Contract/Warranty | O.C. Superior Court, Central Justice Center | 302015007974434 CUBCCJC | Pending |

| Entity | Plaintiff | Plaintiff's Counsel | Defendant | Nature of Case | Court | Case # | Status of Case |
|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Los Angeles Times Communications LLC, etc., Pltf. | Kevin L. Vick, Jassy Vick Carolan LLP, 6605 Hollywood Boulevard, Suite 100, Los Angeles, CA 90028, 310-870-7048 | Orange County Register Communications, Inc., Dfts. // Tri: Freedom Communications, Inc. | Breach of Contract | L.A. Superior Court | BC590509 | Pending |
| Orange County Register Communications, Inc. | Los Angeles Times Communications LLC, etc., Pltf. | Same as above | Orange County Register Communications, Inc., etc., et al., Dfts. | Breach of Contract | L.A. Superior Court | BC590509 | Pending |
| Orange County Register Communications, Inc. | Los Angeles Times Communications LLC, etc., Pltf. | Same as above | Orange County Register Communications, Inc., etc., et al., Dfts. | Breach of Contract | L.A. Superior Court | BC590509 | Pending |
| Orange County Register Communications, Inc. | Los Angeles Times Communications LLC, etc., Pltf. | Same as above | Orange County Register Communications, Inc., etc., et al., Dfts. | Breach of Contract | L.A. Superior Court | BC590509 | Pending |
| Orange County Register Communications, Inc. | Los Angeles Times Communications LLC, etc., Pltf. | Same as above | Orange County Register Communications, Inc., etc., et al., Dfts. | Breach of Contract | L.A. Superior Court | BC590509 | Pending |
| Orange County Register Communications, Inc. | Los Angeles Times Communications LLC, etc., Pltf. | Same as above | Orange County Register Communications, Inc., etc., et al., Dfts. | Breach of Contract | L.A. Superior Court | BC590509 | Pending |
| Orange County Register Communications, Inc. | Los Angeles Times Communications LLC, etc., Pltf. | Same as above | Orange County Register Communications, Inc., etc., et al., Dfts. | Breach of Contract | L.A. Superior Court | BC590509 | Pending |
| Orange County Register Communications, Inc. | Los Angeles Times Communications LLC, etc., Pltf. | Same as above | Orange County Register Communications, Inc., etc., et al., Dfts. | Breach of Contract | L.A. Superior Court | BC590509 | Pending |
| Freedom Communications Holdings, Inc. | Los Angeles Times Communications LLC, Pltf. | Same as above | Orange County Register Communications, Inc., Dft., Freedom Communications Inc., Garnishee | Breach of Contract | L.A. Superior Court | BC590509 | Pending |
| Orange County Register Communications, Inc. | Los Angeles Times Communications LLC, Pltf. | Same as above | Orange County Register Communications, Inc., et al., Dfts., Orange County Register Communications, Inc., Garnishee | Breach of Contract | L.A. Superior Court | BC590509 | Pending |
| Freedom Communications, Inc. | Matthew A. Liew, Pltf. | Tracy Ann Smith, Perry & Young, P.A., 200 Harrison Avenue, Panama City, FL 32401, 850-215-7777 | Billie Jean Wiher, et al. including Freedom Communications, Inc., Dfts. | Personal Injury | Bay County Circuit Court | 2013CA185 | Pending |

# ADDENDUM TO SOFA # 9

# Gifts or Charitable Contributions

| Recipients Name | Street 1 | City | State | Zip | Description | Dates Given | Value | Relationship |
|---|---|---|---|---|---|---|---|---|
| THE SALVATION ARMY ORANGE COUNTY | 10200 PIONEER ROAD | TUSTIN | CA | 92782 | Subscriber directed donations of advertising to charitable organizations | 11/1/2013 - 7/26/2015 | 204,575.21 | None |
| ORANGE COUNTY RESCUE MISSION INC | 1 HOPE DR | TUSTIN | CA | 92782 | Subscriber directed donations of advertising to charitable organizations | 11/1/2013 - 11/23/2014 | 181,150.77 | None |
| CHILDRENS HOSPITAL OF ORANGE COUNTY | 455 S MAIN ST | ORANGE | CA | 92868 | Subscriber directed donations of advertising to charitable organizations | 11/5/2013 - 9/24/2014 | 141,345.89 | None |
| CATHOLIC CHARITIES OF ORANGE COUNTY | 1820 E 16TH ST | SANTA ANA | CA | 92701 | Subscriber directed donations of advertising to charitable organizations | 11/29/2013 - 8/7/2015 | 113,969.02 | None |
| RED CROSS OF ORANGE COUNTY | 601 N. GOLDEN CIRCLE DRIVE | SANTA ANA | CA | 92705 | Subscriber directed donations of advertising to charitable organizations | 11/27/2013 - 3/31/2015 | 86,134.48 | None |
| SECOND HARVEST FOOD BANK OF ORANGE COUNTY INC | 8014 MARINE WAY | IRVINE | CA | 92618 | Subscriber directed donations of advertising to charitable organizations | 11/1/2013 - 7/20/2015 | 73,893.76 | None |
| MAKE A WISH FOUNDATION OF ORANGE COUNTY | 14232 RED HILL AVE | TUSTIN | CA | 92780 | Subscriber directed donations of advertising to charitable organizations | 11/4/2013 - 7/23/2015 | 68,541.35 | None |
| VETERANS FIRST | 134 WEST 1ST STREET | SANTA ANA | CA | 92703 | Subscriber directed donations of advertising to charitable organizations | 11/8/2013 - 12/20/2014 | 58,313.05 | None |
| ORANGE COUNTY SOCIETY FOR THE PREVENTION OF CRUE | PO BOX 6507 | HUNTINGTON BCH | CA | 92615 | Subscriber directed donations of advertising to charitable organizations | 11/3/2013 - 12/28/2014 | 52,510.46 | None |
| ORANGEWOOD CHILDRENS FOUNDATION | 1575 E 17TH ST | SANTA ANA | CA | 92705 | Subscriber directed donations of advertising to charitable organizations | 11/29/2013 - 1/30/2015 | 51,926.63 | None |

| Name | Address | City | State | Zip | Description | Dates | Amount | |
|---|---|---|---|---|---|---|---|---|
| BOY SCOUTS OF AMERICA | 1211 EAST DYER ROAD | SANTA ANA | CA | 92705 | Subscriber directed donations of advertising to charitable organizations | 11/7/2013 - 10/30/2015 | 51,106.02 | None |
| ST JUDE HOSPITAL INC | 101 E VALENCIA MESA DR | FULLERTON | CA | 92835 | Subscriber directed donations of advertising to charitable organizations | 11/7/2013 - 12/19/2014 | 47,222.29 | None |
| CASA YOUTH SHELTER | 10911 REAGAN ST | LOS ALAMITOS | CA | 90720 | Subscriber directed donations of advertising to charitable organizations | 11/3/2013 - 12/27/2014 | 46,305.98 | None |
| SECOND CHANCE PET ADOPTIONS | PO BOX 11410 | WESTMINSTER | CA | 92685 | Subscriber directed donations of advertising to charitable organizations | 11/17/2013 - 12/29/2014 | 42,751.00 | None |
| FRIENDS OF ORANGE COUNTY HOMELESS PETS | 26423 SCOTT ROAD | MENIFEE | CA | 92584 | Subscriber directed donations of advertising to charitable organizations | 12/9/2013 - 8/29/2015 | 39,346.54 | None |
| WOUNDED WARRIOR PROJECT | 4899 BELFORT RD. SUITE 300 | JACKSONVILLE | FL | 32256 | Subscriber directed donations of advertising to charitable organizations | 11/1/2013 - 7/11/2014 | 36,023.77 | None |
| HOAG MEMORIAL HOSPITAL PRESBYTERIAN | ONE HOAG DR BOX 6100 | NEWPORT BEACH | CA | 92663 | Subscriber directed donations of advertising to charitable organizations | 11/29/2013 - 12/22/2013 | 34,484.58 | None |
| ALZHEIMER'S ASSOCIATION ORANGE COUNTY | 17771 COWAN, STE. 200 | IRVINE | CA | 92614 | Subscriber directed donations of advertising to charitable organizations | 11/4/2013 - 10/25/2015 | 27,736.20 | None |
| AMERICAN CANCER SOCIETY ORANGE COUNTY | 1940 E DEERE AVE STE 100 | SANTA ANA | CA | 92705 | Subscriber directed donations of advertising to charitable organizations | 11/7/2013 - 7/4/2014 | 27,045.61 | None |
| SOMEONE CARES SOUP KITCHEN | PO BOX 11267 | COSTA MESA | CA | 92627 | Subscriber directed donations of advertising to charitable organizations | 12/7/2013 - 12/29/2013 | 24,743.72 | None |
| SHARE OUR SELVES CORPORATION | 1550 SUPERIOR AVE | COSTA MESA | CA | 92627 | Subscriber directed donations of advertising to charitable organizations | 12/2/2013 - 11/9/2014 | 21,447.50 | None |

| Name | Address | City | State | Zip | Description | Dates | Amount | Other |
|---|---|---|---|---|---|---|---|---|
| LAURA'S HOUSE | 999 CORPORATE DR STE 225 | LADERA RANCH | CA | 92694 | Subscriber directed donations of advertising to charitable organizations | 11/7/2013 - 10/30/2015 | 20,937.72 | None |
| JEWISH FEDERATION AND FAMILY SERVICES OF ORANGE | 1 FEDERATION WAY | IRVINE | CA | 92603 | Subscriber directed donations of advertising to charitable organizations | 11/3/2013 - 5/18/2014 | 20,895.40 | None |
| ANIMALS FOR ARMED FORCES FOUNDATION | 1912 N BATAVIA ST STE J | ORANGE | CA | 92865 | Subscriber directed donations of advertising to charitable organizations | 12/30/2013 - 5/17/2015 | 20,376.80 | None |
| FRIENDS OF SANTA ANA ZOO | 1801 E CHESTNUT AVE | SANTA ANA | CA | 92701 | Subscriber directed donations of advertising to charitable organizations | 2/11/2014 - 3/30/2014 | 19,797.86 | None |
| ASSISTANCE LEAGUE OF HUNTINGTON BEACH | 8071 SLATER AVE STE 145 | HUNTINGTON BH | CA | 92647 | Subscriber directed donations of advertising to charitable organizations | 11/6/2013 - 10/12/2015 | 19,755.56 | None |
| SOUTH COUNTY OUTREACH | 28776 VISTA TER | LAKE FOREST | CA | 92630 | Subscriber directed donations of advertising to charitable organizations | 11/4/2013 - 11/27/2014 | 19,643.14 | None |
| OCEAN INSTITUTE | 24200 DANA POINT HARBOR DR | DANA POINT | CA | 92629 | Subscriber directed donations of advertising to charitable organizations | 12/22/2013 - 10/21/2015 | 18,686.00 | None |
| OLIVE CREST | 2130 E 4TH ST STE 200 | SANTA ANA | CA | 92705 | Subscriber directed donations of advertising to charitable organizations | 11/4/2013 - 11/9/2014 | 17,779.54 | None |
| FRIENDS OF SEAL BEACH ANIMAL CARE CENTER INC | 1700 ADOLFO LOPEZ DR | SEAL BEACH | CA | 90740 | Subscriber directed donations of advertising to charitable organizations | 4/29/2014 - 10/29/2015 | 17,394.40 | None |
| HABITAT FOR HUMANITY INTERNATIONAL INC | 2200 RITCHEY ST | SANTA ANA | CA | 92705 | Subscriber directed donations of advertising to charitable organizations | 1/31/2014 - 4/30/2014 | 17,090.95 | None |
| PEDIATRIC CANCER RESEARCH FOUNDATION | 9272 JERONIMO RD STE 122 | IRVINE | CA | 92618 | Subscriber directed donations of advertising to charitable organizations | 12/22/2013 - 3/20/2015 | 16,142.64 | None |

| Organization | Address | City | State | Zip | Description | Dates | Amount | |
|---|---|---|---|---|---|---|---|---|
| ORANGE CATHOLIC FOUNDATION | 2811 E VILLA REAL DR | ORANGE | CA | 92867 | Subscriber directed donations of advertising to charitable organizations | 2/15/2014 - 10/18/2015 | 15,886.60 | None |
| JUVENILE DIABETES RESEARCH FOUNDATION | 17992 MITCHELL SOUTH | IRVINE | CA | 92614 | Subscriber directed donations of advertising to charitable organizations | 11/1/2013 - 11/9/2014 | 15,710.80 | None |
| PBS SOCAL | 3080 BRISTOL STREET | COSTA MESA | CA | 92626 | Subscriber directed donations of advertising to charitable organizations | 11/10/2013 - 9/14/2015 | 15,035.74 | None |
| FREE WHEELCHAIR MISSION | 15279 ALTON PKWY STE 300 | IRVINE | CA | 92618 | Subscriber directed donations of advertising to charitable organizations | 11/17/2013 - 11/9/2014 | 14,918.79 | None |
| CONCORDIA UNIVERSITY | 1530 CONCORDIA | IRVINE | CA | 92612 | Subscriber directed donations of advertising to charitable organizations | 11/23/2013 - 12/30/2013 | 14,500.00 | None |
| CYSTIC FIBROSIS FOUNDATION | 2150 S TOWNE CENTRE PL STE 120 | ANAHEIM | CA | 92806 | Subscriber directed donations of advertising to charitable organizations | 11/17/2013 - 11/9/2014 | 13,180.00 | None |
| AGE WELL SENIOR SERVICES INC | 24300 EL TORO RD STE A-2000 | LAGUNA WOODS | CA | 92637 | Subscriber directed donations of advertising to charitable organizations | 11/7/2013 - 10/1/2015 | 13,070.60 | None |
| COMMUNITY SENIORSERV INC | 1200 N KNOLLWOOD CIR | ANAHEIM | CA | 92801 | Subscriber directed donations of advertising to charitable organizations | 2/6/2014 - 6/8/2014 | 12,160.80 | None |
| AIDS SERVICES FOUNDATION ORANGE COUNTY | 17982 SKY PARK CIR STE J | IRVINE | CA | 92614 | Subscriber directed donations of advertising to charitable organizations | 9/13/2015 - 9/20/2015 | 11,928.00 | None |
| COLETTES CHILDREN HOME INC | 7372 PRINCE DR #106 | HUNTINGTON BEACH | CA | 92647-4574 | Subscriber directed donations of advertising to charitable organizations | 11/17/2013 - 12/23/2013 | 11,861.19 | None |
| ASSISTANCE LEAGUE OF IRVINE | 2452 ALTON PKWY | IRVINE | CA | 92606 | Subscriber directed donations of advertising to charitable organizations | 11/28/2013 - 10/29/2015 | 11,056.84 | None |

| Organization | Address | City | State | Zip | Purpose | Dates | Amount | |
|---|---|---|---|---|---|---|---|---|
| SADDLEBACK MEMORIAL MEDICAL CENTER | 17360 BROOKHURST ST | FOUNTAIN VLY | CA | 92708 | Subscriber directed donations of advertising to charitable organizations | 11/1/2013 - 12/27/2013 | 10,128.04 | None |
| CHARLES W BOWERS MUSEUM CORPORATION | 2002 N MAIN ST | SANTA ANA | CA | 92706 | Subscriber directed donations of advertising to charitable organizations | 1/16/2014 - 2/8/2014 | 10,012.00 | None |
| COURT APPOINTED SPECIAL ADVOCATE | 1505 E 17TH ST SUITE 214 | SANTA ANA | CA | 92705 | Subscriber directed donations of advertising to charitable organizations | 11/4/2013 - 12/28/2014 | 9,556.50 | None |
| GOODWILL INDUSTRIES OF ORANGE COUNTY CA | 410 N FAIRVIEW ST | SANTA ANA | CA | 92703 | Subscriber directed donations of advertising to charitable organizations | 11/17/2013 - 11/9/2014 | 9,352.00 | None |
| ACACIA ADULT DAY SERVICES | 11391 ACACIA PKWY | GARDEN GROVE | CA | 92840 | Subscriber directed donations of advertising to charitable organizations | 11/17/2013 - 12/26/2014 | 9,182.86 | None |
| SERVITE HIGH SCHOOL | LA PALMA AV | ANAHEIM | CA | 92805 | Subscriber directed donations of advertising to charitable organizations | 12/22/2013 - 1/5/2014 | 9,005.60 | None |
| PACIFIC SYMPHONY | 3631 S HARBOR BLVD SUITE 100 | SANTA ANA | CA | 92704 | Subscriber directed donations of advertising to charitable organizations | 5/21/2015 - 10/16/2015 | 8,901.72 | None |
| AMERICAN HEART ASSOCIATION ORANGE COUNTY 'REAL N | 4600 CAMPUS DRIVE | IRVINE | CA | 92617 | Subscriber directed donations of advertising to charitable organizations | 11/25/2013 - 12/30/2013 | 8,861.28 | None |
| CHARITY'S CLOSET | 134 N BRADFORD AVENUE | PLACENTIA | CA | 92870 | Subscriber directed donations of advertising to charitable organizations | 11/7/2013 - 10/28/2015 | 8,547.50 | None |
| SURFRIDER FOUNDATION | PO BOX 6010 | SAN CLEMENTE | CA | 92674 | Subscriber directed donations of advertising to charitable organizations | 12/13/2013 - 12/21/2013 | 8,307.17 | None |
| ORANGE COUNTY RONALD MCDONALD HOUSE | 383 S BATAVIA | ORANGE | CA | 92868 | Subscriber directed donations of advertising to charitable organizations | 11/17/2013 - 6/10/2015 | 7,390.41 | None |

| Name | Address | City | State | Zip | Description | Dates | Amount | |
|---|---|---|---|---|---|---|---|---|
| SANTA MARGARITA CATHOLIC HIGH SCHOOL | 22062 ANTONIO PKWY | RANCHO SANTA MARGARI | CA | 92688 | Subscriber directed donations of advertising to charitable organizations | 11/3/2013 - 10/26/2014 | 7,377.60 | None |
| ASSISTANCE LEAGUE OF ORANGE CALIF INC | 124 S ORANGE ST | ORANGE | CA | 92866 | Subscriber directed donations of advertising to charitable organizations | 11/28/2013 - 10/21/2015 | 7,370.37 | None |
| PROVIDENCE SPEECH AND HEARING CENTER | 1301 W PROVIDENCE AVE | ORANGE | CA | 92868 | Subscriber directed donations of advertising to charitable organizations | 11/17/2013 - 3/13/2015 | 7,322.80 | None |
| ORANGE COUNTRY CONSERVATION CORPS | 1853 N RAYMOND AVE | ANAHEIM | CA | 92801 | Subscriber directed donations of advertising to charitable organizations | 9/27/2015 - 10/18/2015 | 6,649.20 | None |
| ORANGE COUNTYS UNITED WAY | 18012 MITCHELL S | IRVINE | CA | 92614 | Subscriber directed donations of advertising to charitable organizations | 11/15/2013 - 12/25/2013 | 6,400.00 | None |
| THE LAGUNA PLAYHOUSE | 606 LAGUNA CANYON RD | LAGUNA BEACH | CA | 92651 | Subscriber directed donations of advertising to charitable organizations | 1/9/2014 - 3/6/2014 | 6,279.21 | None |
| ACADEMY, THE | 1901 N FAIRVIEW ST | SANTA ANA | CA | 92706 | Subscriber directed donations of advertising to charitable organizations | 9/13/2015 | 6,042.40 | None |
| WISEPLACE | 1411 N BROADWAY | SANTA ANA | CA | 92706 | Subscriber directed donations of advertising to charitable organizations | 12/12/2013 - 7/24/2015 | 5,955.00 | None |
| ORANGE COUNTY HIGH SCHOOL OF THE ARTS | 1010 N MAIN ST | SANTA ANA | CA | 92701 | Subscriber directed donations of advertising to charitable organizations | 11/10/2013 - 12/14/2014 | 5,700.00 | None |
| TALLER SAN JOSE | 480 S BATAVIA ST | ORANGE | CA | 92868 | Subscriber directed donations of advertising to charitable organizations | 8/2/2015 - 8/30/2015 | 5,613.00 | None |
| ANGEL CAT PET ADOPTIONS | 13545 PORTSMOUTH CIR | WESTMINSTER | CA | 92683 | Subscriber directed donations of advertising to charitable organizations | 11/25/2013 - 10/26/2015 | 5,283.00 | None |

| Organization | Address | City | State | Zip | Description | Dates | Amount | |
|---|---|---|---|---|---|---|---|---|
| MOMS ORANGE COUNTY | 1128 W SANTA ANA BLVD | SANTA ANA | CA | 92703 | Subscriber directed donations of advertising to charitable organizations | 11/17/2013 - 11/9/2014 | 5,250.00 | None |
| COUNCIL ON AGING ORANGE COUNTY | 1971 E 4TH ST STE 200 | SANTA ANA | CA | 92705 | Subscriber directed donations of advertising to charitable organizations | 11/24/2014 - 10/30/2015 | 5,090.04 | None |
| HELP FOR BRAIN INJURED CHILDREN INC | 981 N EUCLID ST | LA HABRA | CA | 90631 | Subscriber directed donations of advertising to charitable organizations | 11/17/2013 - 2/28/2014 | 5,048.90 | None |
| TUSTIN COMMUNITY FOUNDATION | PO BOX 352 | TUSTIN | CA | 92781 | Subscriber directed donations of advertising to charitable organizations | 3/2/2014 - 9/24/2015 | 4,908.84 | None |
| PRECIOUS LIFE SHELTER INC | PO BOX 414 | LOS ALAMITOS | CA | 90720 | Subscriber directed donations of advertising to charitable organizations | 11/17/2013 - 11/9/2014 | 4,670.20 | None |
| COVENANT PRESBYTERIAN CHURCH OF ORANGE | 1855 N ORANGE OLIVE RD | ORANGE | CA | 92865 | Subscriber directed donations of advertising to charitable organizations | 7/30/2015 - 8/22/2015 | 4,585.00 | None |
| TUSTIN PUBLIC SCHOOL FOUNDATION | 150 EL CAMINO REAL STE 140 | TUSTIN | CA | 92780 | Subscriber directed donations of advertising to charitable organizations | 10/16/2014 - 10/29/2015 | 4,333.60 | None, |
| ORANGE COUNTY PET RESCUE CENTER INC | 25800 JERONIMO ROAD | MISSION VIEJO | CA | 92691 | Subscriber directed donations of advertising to charitable organizations | 12/22/2013 - 12/29/2014 | 4,295.16 | None |
| ORANGE COUNTY CHILD ABUSE PREVENTION CENTER INC | 500 S MAIN ST 11TH FL STE 1100 | ORANGE | CA | 92868 | Subscriber directed donations of advertising to charitable organizations | 11/30/2013 | 4,257.36 | None |
| BOYS AND GIRLS CLUBS OF HUNTINGTON VALLEY | 18582 BROOKHURST ST | FOUNTAIN VLY | CA | 92708 | Subscriber directed donations of advertising to charitable organizations | 11/24/2013 - 12/8/2013 | 4,255.20 | None |
| FULLERTON FRIENDS OF MUSIC | 1118 STANFORD AVE | FULLERTON | CA | 92831 | Subscriber directed donations of advertising to charitable organizations | 11/26/2013 - 10/11/2015 | 4,169.03 | None |

| Organization | Address | City | State | Zip | Description | Date Range | Amount | |
|---|---|---|---|---|---|---|---|---|
| BOYS AND GIRLS CLUB OF FULLERTON | 348 W COMMONWEALTH AVE | FULLERTON | CA | 92832 | Subscriber directed donations of advertising to charitable organizations | 12/12/2013 - 12/26/2013 | 4,100.00 | None |
| BOYS AND GIRLS CLUBS OF GARDEN GROVE INC | 10540 CHAPMAN AVE | GARDEN GROVE | CA | 92840 | Subscriber directed donations of advertising to charitable organizations | 11/17/2013 - 9/17/2015 | 4,045.40 | None |
| BOYS AND GIRLS CLUB OF THE SOUTH COAST | PO BOX 3042 | SAN CLEMENTE | CA | 92674 | Subscriber directed donations of advertising to charitable organizations | 11/7/2013 - 11/28/2014 | 3,864.50 | None |
| ASSISTANCE LEAGUE OF FULLERTON | 233 W AMERIGE AVE | FULLERTON | CA | 92832 | Subscriber directed donations of advertising to charitable organizations | 11/17/2013 - 11/9/2014 | 3,862.16 | None |
| BIG BROTHERS BIG SISTERS OF ORANGE COUNTY | 14131 YORBA ST STE 200 | TUSTIN | CA | 92780 | Subscriber directed donations of advertising to charitable organizations | 11/17/2013 | 3,750.00 | None |
| VOCATIONAL VISIONS | 26041 PALA | MISSION VIEJO | CA | 92691 | Subscriber directed donations of advertising to charitable organizations | 11/17/2013 - 11/9/2014 | 3,695.00 | None |
| ASSOCIATION OF GERMAN SHEPHERD RESCUERS INC | 177 RIVERSIDE AVE STE F | NEWPORT BEACH | CA | 92663 | Subscriber directed donations of advertising to charitable organizations | 11/25/2013 - 8/31/2015 | 3,410.00 | None |
| PHILHARMONIC SOCIETY OF ORANGE COUNTY | 2082 BUSINESS CENTER DR STE 100 | IRVINE | CA | 92612 | Subscriber directed donations of advertising to charitable organizations | 2/20/2014 - 3/2/2014 | 3,355.58 | None |
| MEALS ON WHEELS OF FULLERTON | 223 W AMERIGE AVE | FULLERTON | CA | 92832 | Subscriber directed donations of advertising to charitable organizations | 11/7/2013 - 2/27/2014 | 3,200.00 | None |
| DOWN SYNDROME ASSOCIATION OF ORANGE COUNTY | 151 KALMUS DRIVE M-5 | COSTA MESA | CA | 92626 | Subscriber directed donations of advertising to charitable organizations | 12/15/2013 - 12/29/2014 | 3,160.50 | None |
| THE SHEEPFOLD | 3170 E LA PALMA AVE | ANAHEIM | CA | 92806 | Subscriber directed donations of advertising to charitable organizations | 11/18/2013 - 12/21/2013 | 3,132.30 | None |

| Organization | Address | City | State | Zip | Description | Dates | Amount | |
|---|---|---|---|---|---|---|---|---|
| BOYS AND GIRLS CLUB OF CAPISTRANO VALLEY | 1 VIA POSITIVA | SAN JUAN CAPO | CA | 92675 | Subscriber directed donations of advertising to charitable organizations | 12/5/2013 - 11/9/2014 | 3,068.50 | None |
| SADDLEBACK MEMORIAL FOUNDATION | 24451 HEALTH CENTER DR STE 100 | LAGUNA HILLS | CA | 92853 | Subscriber directed donations of advertising to charitable organizations | 9/10/2015 - 10/29/2015 | 3,036.60 | None |
| TUSTIN PRESBYTERIAN CHURCH | 225 W MAIN ST | TUSTIN | CA | 92780 | Subscriber directed donations of advertising to charitable organizations | 12/5/2013 - 12/20/2014 | 2,922.54 | None |
| PET PROJECT FOUNDATION INC | PO BOX 5678 | SAN CLEMENTE | CA | 92674 | Subscriber directed donations of advertising to charitable organizations | 11/17/2013 - 9/17/2014 | 2,804.52 | None |
| THE FIRST TEE OF ORANGE COUNTY | 14893 EAST BALL RD | ANAHEIM | CA | 92806 | Subscriber directed donations of advertising to charitable organizations | 9/28/2015 - 10/5/2015 | 2,788.00 | None |
| BOYS CLUB OF THE HARBOR AREA INC | 2131 TUSTIN AVE | COSTA MESA | CA | 92627 | Subscriber directed donations of advertising to charitable organizations | 12/19/2013 - 12/27/2013 | 2,514.80 | None |
| PLANNED PARENTHOOD-ORANGE AND SAN BERNARDINO COU | SAN BERNARDINO COUNTIES | ORANGE COUNTY | CA | 92866 | Subscriber directed donations of advertising to charitable organizations | 11/17/2013 | 2,495.00 | None |
| THOMAS HOUSE TEMPORARY SHELTER | PO BOX 2737 | GARDEN GROVE | CA | 92842 | Subscriber directed donations of advertising to charitable organizations | 11/17/2013 - 11/9/2014 | 2,356.12 | None |
| MISSION HOSPITAL REGIONAL MEDICAL CENTER | 27700 MEDCL CTR RD | MISSION VIEJO | CA | 92691 | Subscriber directed donations of advertising to charitable organizations | 1/9/2014 - 1/17/2014 | 2,300.04 | None |
| PATHWAY TO HOPE INC | 26861 TRABUCO ROAD E49 | MISSION VIEJO | CA | 92691 | Subscriber directed donations of advertising to charitable organizations | 11/17/2013 - 11/9/2014 | 2,300.00 | None |
| HEALTHY SMILES FOR KIDS OF ORANGE COUNTY | 10602 CHAPMAN AVE STE 200 | GARDEN GROVE | CA | 92840 | Subscriber directed donations of advertising to charitable organizations | 12/31/2013 - 11/9/2014 | 2,282.00 | None |

| Name | Address | City | State | Zip | Description | Date | Amount | |
|---|---|---|---|---|---|---|---|---|
| MISSION VIEJO CHRISTIAN CHURCH | 27192 JERONIMO RD | MISSION VIEJO | CA | 92692-1902 | Subscriber directed donations of advertising to charitable organizations | 5/1/2014 | 2,166.00 | None |
| HUMAN OPTIONS INC | 419 E 17TH ST | COSTA MESA | CA | 92627 | Subscriber directed donations of advertising to charitable organizations | 11/11/2013 | 2,165.14 | None |
| MISSION SAN JUAN CAPISTRANO FOUNDATION | 26801 ORTEGA HWY | SAN JUAN CAPO | CA | 92675 | Subscriber directed donations of advertising to charitable organizations | 11/10/2013 | 2,165.13 | None |
| ORANGE COUNTY RESCUE MISSION | 1 HOPE DRIVE | TUSTIN | CA | 92782 | Subscriber directed donations of advertising to charitable organizations | 12/21/2014 | 2,159.40 | None |
| BOYS AND GIRLS CLUB OF STANTON | 11050 CEDAR ST | STANTON | CA | 90680 | Subscriber directed donations of advertising to charitable organizations | 2/12/2014 | 2,100.00 | None |
| CASA TERESA INC | PO BOX 429 | ORANGE | CA | 92856 | Subscriber directed donations of advertising to charitable organizations | 11/30/2013 - 12/18/2013 | 2,100.00 | None |
| GARY CENTER, THE | 341 S HILLCREST ST | LA HABRA | CA | 90631 | Subscriber directed donations of advertising to charitable organizations | 11/15/2013 - 12/29/2013 | 2,077.20 | None |
| O C ANIMAL LEAGUE INC | 19744 BEACH BLVD 139 | HUNTINGTON BEACH | CA | 92648 | Subscriber directed donations of advertising to charitable organizations | 7/10/2015 - 7/27/2015 | 2,024.00 | None |
| RED HILL LUTHERAN CHURCH | 13200 RED HILL AVE | TUSTIN | CA | 92780 | Subscriber directed donations of advertising to charitable organizations | 4/10/2014 - 12/20/2014 | 1,983.00 | None |
| AWAY TO HELP MINISTRIES | 21512 COUNTRYSIDE DR | LAKE FOREST | CA | 92630 | Subscriber directed donations of advertising to charitable organizations | 11/7/2013 - 12/7/2014 | 1,954.05 | None |
| HOMEFRONT AMERICA INC | 27375 PASEO LA SERNA | SAN JUAN CAPO | CA | 92675 | Subscriber directed donations of advertising to charitable organizations | 11/18/2013 - 12/15/2014 | 1,912.92 | None |

| Name | Address | City | State | Zip | Description | Dates | Amount | |
|---|---|---|---|---|---|---|---|---|
| PROJECT INDEPENDENCE | 3505 CADILLAC AVE STE 0103 | COSTA MESA | CA | 92626 | Subscriber directed donations of advertising to charitable organizations | 3/21/2014 - 9/28/2014 | 1,889.00 | None |
| CATS IN NEED OF HUMAN CARE | 404 S SCHUG ST | ORANGE | CA | 92869 | Subscriber directed donations of advertising to charitable organizations | 12/30/2013 - 12/29/2014 | 1,873.00 | None |
| CORNELIA CONNELLY SCHOOL OF THE HOLY CHILD JESUS | 2323 W BROADWAY | ANAHEIM | CA | 92804 | Subscriber directed donations of advertising to charitable organizations | 3/13/2014 - 4/17/2015 | 1,855.50 | None |
| ASSISTANCE LEAGUE OF TUSTIN | PO BOX 86 | TUSTIN | CA | 92781 | Subscriber directed donations of advertising to charitable organizations | 12/12/2013 - 3/5/2015 | 1,817.04 | None |
| GRANDMAS HOUSE OF HOPE | 1505 E 17TH STREET STE 116 | SANTA ANA | CA | 92705 | Subscriber directed donations of advertising to charitable organizations | 11/17/2013 - 11/9/2014 | 1,800.00 | None |
| PADRE PIO ACADEMY | 9821 BIXBY AVE | GARDEN GROVE | CA | 92841 | Subscriber directed donations of advertising to charitable organizations | 2/21/2014 - 2/27/2014 | 1,789.50 | None |
| HOMEAID AMERICA | 9 EXECUTIVE CIR STE 100 | IRVINE | CA | 92614 | Subscriber directed donations of advertising to charitable organizations | 3/24/2014 | 1,750.00 | None |
| FAMILY SUPPORT NETWORK | 181 W ORANGETHORPE AVE STE D | PLACENTIA | CA | 92870 | Subscriber directed donations of advertising to charitable organizations | 3/4/2014 - 10/26/2015 | 1,727.00 | None |
| BOYS AND GIRLS CLUB OF CYPRESS | 10161 MOODY ST | CYPRESS | CA | 90630 | Subscriber directed donations of advertising to charitable organizations | 1/31/2014 - 2/7/2014 | 1,700.00 | None |
| KING OF KINGS LUTHERAN CHURCH | 13431 NEWHOPE ST | GARDEN GROVE | CA | 92843 | Subscriber directed donations of advertising to charitable organizations | 1/16/2014 - 2/9/2014 | 1,700.00 | None |
| HILLS FOR EVERYONE | PO BOX 9835 | BREA | CA | 92822 | Subscriber directed donations of advertising to charitable organizations | 11/21/2013 - 12/26/2014 | 1,675.00 | None |

| Name | Address | City | State | Zip | Description | Date | Amount | |
|---|---|---|---|---|---|---|---|---|
| SEGERSTROM CENTER FOR THE ARTS | 600 TOWN CENTER DR | COSTA MESA | CA | 92626 | Subscriber directed donations of advertising to charitable organizations | 3/10/2015 | 1,650.00 | None |
| CORAL 65 | PO BOX 1622 | SAN JUAN CAPISTRANO | CA | 92693 | Subscriber directed donations of advertising to charitable organizations | 10/3/2015 - 10/9/2015 | 1,633.48 | None |
| IRVINE ADULT DAY HEALTH SERVICES INC | 20 LAKE RD | IRVINE | CA | 92604 | Subscriber directed donations of advertising to charitable organizations | 11/17/2013 - 1/20/2014 | 1,600.00 | None |
| MISSION HOSPITAL REGIONAL MEDICAL CENTER FOUNDAT | 27700 MEDICAL CENTER RD | MISSION VIEJO | CA | 92691 | Subscriber directed donations of advertising to charitable organizations | 1/13/2014 | 1,600.00 | None |
| GLOBAL OPERATIONS AND DEVELOPMENT- GIVING CHILDR DBA GIVING CHILDREN HOPE | BUENA PARK | CA | 90621 | Subscriber directed donations of advertising to charitable organizations | 2/28/2014 - 11/9/2014 | 1,550.00 | None |
| WOMEN HELPING WOMEN | 1800 E MCFADDEN AVE STE 1A | SANTA ANA | CA | 92705 | Subscriber directed donations of advertising to charitable organizations | 11/9/2014 | 1,550.00 | None |
| ASSISTANCE LEAGUE OF CAPISTRANO VALLEY INC | PO BOX 133 | SAN JUAN CAPO | CA | 92693 | Subscriber directed donations of advertising to charitable organizations | 11/14/2013 - 12/12/2013 | 1,521.00 | None |
| BARKS OF LOVE ANIMAL RESCUE AND PLACEMENT SERVIC | PO BOX 4156 | FULLERTON | CA | 92834 | Subscriber directed donations of advertising to charitable organizations | 2/24/2014 - 1/26/2015 | 1,515.00 | None |
| PRETEND CITY THE CHILDRENS MUSEUM OF ORANGE COUN | 29 HUBBLE | IRVINE | CA | 92618 | Subscriber directed donations of advertising to charitable organizations | 5/30/2015 - 6/13/2015 | 1,510.00 | None |
| TUSTIN AREA HISTORICAL SOCIETY | PO BOX 185 | TUSTIN | CA | 92781 | Subscriber directed donations of advertising to charitable organizations | 12/26/2013 - 3/26/2015 | 1,452.00 | None |
| ORANGE COUNTY CALIFORNIA GENEALOGICAL SOCIETY | 7111 TALBERT AVE | HUNTINGTN BCH | CA | 92648 | Subscriber directed donations of advertising to charitable organizations | 3/5/2015 - 3/31/2015 | 1,445.00 | None |

| Organization | Address | City | State | Zip | Description | Dates | Amount | |
|---|---|---|---|---|---|---|---|---|
| EASTSIDE CHRISTIAN CHURCH OF FULLERTON CALIFORNI | 3370 E MIRALOMA AVE | ANAHEIM | CA | 92806 | Subscriber directed donations of advertising to charitable organizations | 12/29/2013 | 1,418.40 | None |
| TRAUMA INTERVENTION PROGRAMS INC | 24301 AIRPORTER WAYNE | LAGUNA NIGUEL | CA | 92677 | Subscriber directed donations of advertising to charitable organizations | 1/8/2015 - 1/11/2015 | 1,416.00 | None |
| SERVING PEOPLE IN NEED INC | 151 KALMUS DRIVE | COSTA MESA | CA | 92626 | Subscriber directed donations of advertising to charitable organizations | 11/17/2013 - 1/20/2014 | 1,400.00 | None |
| THE ELI HOME INC | 1175 N EAST ST | ANAHEIM | CA | 92805 | Subscriber directed donations of advertising to charitable organizations | 11/17/2013 - 6/23/2014 | 1,396.00 | None |
| FAMILY ASSISTANCE MINISTRIES | 929 CALLE NEGOCIO STE G | SAN CLEMENTE | CA | 92673 | Subscriber directed donations of advertising to charitable organizations | 11/14/2013 - 11/30/2013 | 1,382.00 | None |
| A WISH FOR ANIMALS | PO BOX 4054 | DANA POINT | CA | 92629 | Subscriber directed donations of advertising to charitable organizations | 11/17/2013 - 11/9/2014 | 1,369.00 | None |
| BOLSA CHICA CONSERVANCY | 3842 WARNER AVE | HUNTINGTN BCH | CA | 92649 | Subscriber directed donations of advertising to charitable organizations | 7/3/2014 | 1,331.10 | None |
| ASSISTANCE LEAGUE OF SADDLEBACK VAL LEY | 26111 ANTONIO PKWY # 500 | RCHO STA MARG | CA | 92688 | Subscriber directed donations of advertising to charitable organizations | 11/29/2013 - 1/31/2014 | 1,316.25 | None |
| ABIDING SAVIOR LUTHERAN CHURCH | 23262 EL TORO RD | LAKE FOREST | CA | 92630 | Subscriber directed donations of advertising to charitable organizations | 11/1/2013 - 12/20/2014 | 1,301.52 | None |
| COMMUNITY ACTION PARTNERSHIP OF ORANGE COUNTY | 11870 MONARCH ST | GARDEN GROVE | CA | 92841 | Subscriber directed donations of advertising to charitable organizations | 12/8/2013 | 1,300.00 | None |
| COMMUNITY SERVICES PROGRAM INC | 1221 E DYER RD STE 120 | SANTA ANA | CA | 92705-5634 | Subscriber directed donations of advertising to charitable organizations | 11/17/2013 - 1/21/2014 | 1,300.00 | None |

| Organization | Address | City | State | Zip | Description | Date Range | Amount | |
|---|---|---|---|---|---|---|---|---|
| SPEECH AND LANGUAGE DEVELOPMENT CENTER INC | 8699 HOLDER ST | BUENA PARK | CA | 90620 | Subscriber directed donations of advertising to charitable organizations | 12/14/2013 - 12/28/2013 | 1,300.00 | None |
| INTERVAL HOUSE | PO BOX 3356 | SEAL BEACH | CA | 90740 | Subscriber directed donations of advertising to charitable organizations | 12/21/2013 - 12/23/2013 | 1,252.92 | None |
| MOUNT OF OLIVES CHURCH | 24772 CHRISANTA DR | MISSION VIEJO | CA | 92691 | Subscriber directed donations of advertising to charitable organizations | 1/31/2014 - 12/20/2014 | 1,250.00 | None |
| KNOTS-OF-LOVE INC | 2973 HARBOR BLVD 822 | COSTA MESA | CA | 92626 | Subscriber directed donations of advertising to charitable organizations | 11/17/2013 - 1/22/2015 | 1,201.80 | None |
| MARYS SHELTER | PO BOX 10433 | SANTA ANA | CA | 92711 | Subscriber directed donations of advertising to charitable organizations | 9/28/2014 | 1,182.00 | None |
| OC SOUTHERN BAPTIST ASSN | 250 N GOLDEN CIRCLE DR STE 104 | SANTA ANA | CA | 92705-4022 | Subscriber directed donations of advertising to charitable organizations | 4/17/2014 | 1,182.00 | None |
| THREADS OF LOVE-ORANGE COUNTY CHAPTER | 1240 ARUBA DR | PLACENTIA | CA | 92870 | Subscriber directed donations of advertising to charitable organizations | 11/11/2013 - 10/24/2015 | 1,153.00 | None |
| IMMAUEL EVANGELICAL LUTHERAN CHURCH | 802 E CHAPMAN AVE | ORANGE | CA | 92866 | Subscriber directed donations of advertising to charitable organizations | 12/9/2013 - 7/21/2014 | 1,136.76 | None |
| ST FRANCIS HOME OF THE FRANCISCAN MISSIONARY SIS | 1718 W 6TH ST | SANTA ANA | CA | 92703 | Subscriber directed donations of advertising to charitable organizations | 11/16/2013 - 11/15/2014 | 1,100.00 | None |
| THE BLIND CHILDRENS LEARNING CENTER OF ORANGE CO | 18542 VANDERLIP AVE STE B | SANTA ANA | CA | 92705 | Subscriber directed donations of advertising to charitable organizations | 12/8/2013 | 1,099.60 | None |
| LAGUNA NIGUEL MILITARY SUPPORT FOUNDATION | 30111 CROWN VALLEY PKWY | LAGUNA NIGUEL | CA | 92677 | Subscriber directed donations of advertising to charitable organizations | 4/17/2014 - 4/9/2015 | 1,081.00 | None |

| | | | | | | |
|---|---|---|---|---|---|---|
| PLACENTIA PRESBYTERIAN CHURCH/H.I.S. HOUSE | 907 N. BRADFORD AVENUE | PLACENTIA | CA | 92870 | Subscriber directed donations of advertising to charitable organizations | 12/12/2013 - 11/4/2014 | 1,076.25 None |
| SANTA ANA COLLEGE FOUNDATION | 1530 W 17TH ST | SANTA ANA | CA | 92706 | Subscriber directed donations of advertising to charitable organizations | 12/15/2013 - 3/4/2015 | 1,050.00 None |
| EMANUEL EVANGELICAL LUTHERAN CHURCH | 150 N PALM ST | LA HABRA | CA | 90631 | Subscriber directed donations of advertising to charitable organizations | 12/22/2013 - 12/31/2014 | 1,000.88 None |
| TRINITY UNITED PRESBYTERIAN CHURCH | 13922 PROSPECT AVENUE | SANTA ANA | CA | 92705 | Subscriber directed donations of advertising to charitable organizations | 12/21/2013 - 12/20/2014 | 1,000.00 None |

# CORPORATE RESOLUTION AUTHORIZING FILING OF THE PETITION

ACTION BY WRITTEN CONSENT
OF THE
BOARD OF DIRECTORS,
BOARD OF MANAGERS,
INDEPENDENT MANAGERS,
MANAGERS,
MEMBERS
AND
PARTNERS
OF EACH OF
FREEDOM SERVICES, INC.,
FREEDOM NEWSPAPERS, INC.,
FREEDOM NEWSPAPERS,
ORANGE COUNTY REGISTER COMMUNICATIONS, INC.,
OCR COMMUNITY PUBLICATIONS, INC.,
OCR INFORMATION MARKETING, INC.,
FREEDOM NEWSPAPERS OF SOUTHWESTERN ARIZONA, INC.,
FREEDOM COLORADO INFORMATION, INC.,
FREEDOM INTERACTIVE NEWSPAPERS, INC.,
FREEDOM INTERACTIVE NEWSPAPERS OF TEXAS, INC.,
VICTOR VALLEY PUBLISHING COMPANY,
FREEDOM NEWSPAPER ACQUISITIONS, INC.,
FREEDOM CALIFORNIA VILLE PUBLISHING COMPANY LP,
DAILY PRESS, LLC,
VICTORVILLE PUBLISHING COMPANY,
FREEDOM SPV I, LLC,
FREEDOM SPV II, LLC,
FREEDOM SPV IV, LLC,
FREEDOM SPV V, LLC,
FREEDOM SPV VI, LLC,
FREEDOM CALIFORNIA MARY PUBLISHING, INC.,
AND
ODESSA AMERICAN

The undersigned, being all of the directors, managers, Independent Managers (as defined in the organizational documents of the applicable Entities (as defined below), members or partners (in each case, the persons who manage the business and affairs of the Entity, the "Board") of each of Freedom Services, Inc., a Delaware corporation ("FSI"), Freedom Newspapers, Inc., a Delaware corporation ("FNI"), Freedom Newspapers, a Texas general partnership ("FN"), Orange County Register Communications, Inc., a California corporation

9001689

("OCRC"), OCR Community Publications, Inc., a California corporation ("OCRCP"), OCR Information Marketing, Inc., a California corporation ("OCRIM"), Freedom Newspapers of Southwestern Arizona, Inc., a California corporation ("FNSA"), Freedom Colorado Information, Inc., a Delaware corporation ("FCII"), Freedom Interactive Newspapers, Inc., a California corporation ("Freedom Interactive"), Freedom Interactive Newspapers of Texas, Inc., a Delaware corporation ("Freedom Interactive Texas"), Victor Valley Publishing Company, a California corporation ("Victor Valley"), Freedom Newspaper Acquisitions, Inc., a Delaware corporation ("FNAI"), Freedom California Ville Publishing Company LP, a California limited partnership ("Ville," and formerly known as Porterville Recorder Company), Daily Press, LLC, a California limited liability company ("Daily"), Victorville Publishing Company, a California limited partnership ("Victorville"), Freedom SPV I, LLC, a Delaware limited liability company ("SPV I"), Freedom SPV II, LLC, a Delaware limited liability company ("SPV II"), Freedom SPV IV, LLC, a Delaware limited liability company ("SPV IV"), Freedom SPV V, LLC, a Delaware limited liability company ("SPV V"), Freedom SPV VI, LLC, a Delaware limited liability company ("SPV VI"), Freedom California Mary Publishing, Inc., a California corporation ("FCMP"), and Odessa American, a Texas general partnership ("Odessa," and collectively, the "Entities"), pursuant to the laws applicable to each of the Entities, do hereby consent to the adoption of, and do hereby adopt, the following resolutions:

## Bankruptcy Petition

WHEREAS, the Board has consulted the legal and financial advisors of the each Entity, as applicable, regarding the liabilities and liquidity situation of the Entity, strategic alternatives, and the impact of the foregoing on the Entity's business, its creditors and its equity holders;

WHEREAS, a strategic process was conducted, pursuant to which potential debt and equity financing and potential buyers of the equity or assets of the Entities were sought;

WHEREAS, the strategic process did not result in a potential transaction that would create greater value for the stockholders and creditors outside of bankruptcy court than in bankruptcy court;

WHEREAS, the outstanding liabilities of the Entities severely hinder the operation of the Entities and the failure to extinguish such liabilities and to resolve existing loan defaults and past due payments with trade creditors will destroy any existing value of the Entities for common stockholders, preferred stockholders and creditors; and

WHEREAS, as a result of the foregoing, each Board has determined that it is desirable and in the best interests of the applicable Entity, its creditors, and equity holders to file a voluntary petition for relief under the provisions of chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ U.S.C. 101 et seq. (the "Bankruptcy Code") and perform other actions contemplated thereby.

NOW THEREFORE BE IT RESOLVED, that, in the judgment of each Board, it is desirable and in the best interests of each Entity, its equity holders and its creditors that each Entity be authorized to file a voluntary petition (the "Petition") for relief under chapter 11 of the Bankruptcy Code and that such filing be, and hereby is, authorized by each Board;

FURTHER RESOLVED, that Richard E. Mirman, Eric Spitz and the applicable members and partners of the Entities are, and each of them hereby is, authorized, empowered and directed by each of the Entities to, on behalf of and in the name of each of the Entities (including, as applicable, on behalf of any Entity acting in its capacity as a member, managing member, manager, managing general or partner of an Entity), execute, verify and file on behalf of the Entities a petition in the name of each Entity under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court;

FURTHER RESOLVED, that Richard E. Mirman, Eric Spitz and the applicable members and partners of the Entities are, and each of them hereby is, authorized, empowered and directed by each of the Entities to, on behalf of and in the name of each of the Entities (including, as applicable, on behalf of any Entity acting in its capacity as a member, managing member, manager, managing general or partner of an Entity), execute, verify and file all necessary documents, including, without limitation, a plan support agreement, all petitions, affidavits, statements, schedules, motions, lists, applications, pleadings and other papers;

FURTHER RESOLVED, that Richard E. Mirman, Eric Spitz and the applicable members and partners of the Entities are, and each of them hereby is, authorized, empowered and directed by each of the Entities to, on behalf of and in

the name of each of the Entities (including, as applicable, on behalf of any Entity acting in its capacity as a member, managing member, manager, managing general or partner of an Entity), employ and retain all assistance by legal counsel, including Lobel Weiland Golden Friedman LLP and Rutan & Tucker, LLP, accountants or other professionals, and to take any and all actions to advance each Entity's rights and obligations, and in connection therewith, Richard E. Mirman, Eric Spitz and the applicable members and partners of the Entities are, and each of them hereby is, authorized, empowered and directed by each of the Entities to, on behalf of and in the name of each of the Entities (including on behalf of any Entity acting in its capacity as a member, managing member, manager, managing general or partner of an Entity), execute and deliver appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case, and cause to be filed an appropriate application with the bankruptcy court for authority to retain the services of any other professionals, as necessary;

FURTHER RESOLVED, that Richard E. Mirman, Eric Spitz and the applicable members and partners of the Entities are, and each of them hereby is, authorized, empowered and directed, on behalf of and in the name of the Entities (including, as applicable, on behalf of any Entity acting in its capacity as a member, managing member, manager, managing general or partner of an Entity), to obtain post-petition financing, including debtor-in-possession credit facilities, and to execute and deliver an agreement regarding the use of cash collateral on the terms and conditions presented to the Entities and that the execution and delivery of any agreement or instrument by Richard E. Mirman, Eric Spitz and the applicable members and partners of the Entities, in the name and on behalf of any of the Entities (including on behalf of any Entity acting in its capacity as a member, managing member, manager, managing general or partner of an Entity), shall be conclusive evidence of the due authorization by each Entity to consummate the transactions contemplated by such agreements or instruments;

FURTHER RESOLVED, that Richard E. Mirman, Eric Spitz and the applicable members and partners of the Entities are, and each of them hereby is, authorized, empowered and directed, in the name and on behalf of the Entities (including, as applicable, on behalf of any Entity acting in its capacity as a member, managing member, manager, managing general or partner of an Entity), to cause each Entity to enter into, execute, deliver, certify, file and record and perform such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates or other documents, and to take such other action, as in the judgment of such officer, member, managing member, manager, managing general partner or partner shall be or become necessary, proper and desirable to prosecute to a successful completion the chapter 11 case, including a sale of the any or all of the Entities' assets, to effectuate the restructuring of debt, other obligations, organizational form and structure and ownership of each Entity and to carry out and put into effect the purposes of the foregoing resolutions and the transactions contemplated by these resolutions; and

FURTHER RESOLVED that Richard E. Mirman and Eric Spitz are, and each of them hereby is, authorized, empowered and directed, in the name and on behalf of the Entities (including, as applicable, on behalf of any Entity acting in its capacity as a member, managing member, manager, managing general or partner of an Entity), to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing resolutions, including any documents, certificates, instruments, agreements or other writings that were heretofore negotiated, executed and/or delivered.

<u>General</u>

FURTHER RESOLVED, that any and all actions of Richard E. Mirman and Eric Spitz by, on behalf of and in the name of the Entities (including, as applicable, on behalf of any Entity acting in its capacity as a member, managing member, manager, managing general or partner of an Entity) for the purposes of the foregoing resolutions, taken prior to the adoption of these resolutions be, and they hereby are approved, ratified, confirmed and adopted in all respects and for all purposes; and

FURTHER RESOLVED, that Richard E. Mirman and Eric Spitz be, and each of them hereby is, authorized, empowered and directed, for and on behalf of each of the Entities (including, as applicable, on behalf of any Entity acting in its capacity as a member, managing member, manager, managing general or partner of an Entity), to take any and all actions, to negotiate for and enter into agreements and amendments to agreements, to perform all such acts and things, to execute, file, deliver or record in the name and on behalf of any Entity (including, as applicable, on behalf of any Entity acting in its capacity as a member, managing member, manager, managing general or partner of an Entity), all such certificates, instruments, agreements or other documents, and to make all such payments as they, in their judgment, or in the judgment of any one or more of them, may deem necessary, advisable or appropriate in order to carry out the purpose and intent of, or consummate the transactions contemplated by, the foregoing resolutions and/or all of the transactions contemplated therein or thereby, the authorization therefor to be conclusively evidenced by the taking of such action or the execution and delivery of such certificates, instruments, agreements or documents.

[SIGNATURE PAGE FOLLOWS]

9001689                           -5-

This Consent may be executed in counterparts.

The Secretary of FSI is hereby directed to file a signed copy of this Consent in the minute book of FSI

IN WITNESS WHEREOF, the undersigned, being all of the members of the board of directors of FSI, do hereby consent to the foregoing resolutions on the date(s) set forth below.

FREEDOM SERVICES, INC.

Name: Richard E. Minnan

Date: November __, 2015

Name: Eric Spitz

Date: November __, 2015

This Consent may be executed in counterparts.

The Secretary of FNI is hereby directed to file a signed copy of this Consent in the minute book of FNI.

IN WITNESS WHEREOF, the undersigned, being all of the members of the board of directors of FNI, do hereby consent to the foregoing resolutions on the date(s) set forth below.

FREEDOM NEWSPAPERS, INC.

Name:  Richard E. Mirman
Date:  November ⌊__⌋, 2015

Name:  Eric Spitz
Date:  November ⌊__⌋, 2015

This Consent may be executed in counterparts.

FN is hereby directed to file a signed copy of this Consent in the minute book of FN.

IN WITNESS WHEREOF, the undersigned, being the managing partner of FN, does hereby consent to the foregoing resolutions on the date set forth below.

FREEDOM NEWSPAPERS

By: Freedom Communications, Inc., its managing partner

By: _____
Name:  Richard E. Mirman
Title: Chief Executive Officer
Date:  November 1, 2015

This Consent may be executed in counterparts.

The Secretary of OCRC is hereby directed to file a signed copy of this Consent in the minute book of OCRC.

IN WITNESS WHEREOF, the undersigned, being all of the members of the board of directors of OCRC, do hereby consent to the foregoing resolutions on the date(s) set forth below.

**ORANGE COUNTY REGISTER COMMUNICATIONS, INC.**

Name: Richard E. Mirman
Date: November 1, 2015

Name: Eric Spitz
Date: November 1, 2015

[Signature Page of Orange County Register Communications, Inc.]

This Consent may be executed in counterparts.

The Secretary of OCRCP is hereby directed to file a signed copy of this Consent in the minute book of OCRCP.

IN WITNESS WHEREOF, the undersigned, being all of the members of the board of directors of OCRCP, do hereby consent to the foregoing resolutions on the date(s) set forth below.

OCR COMMUNITY PUBLICATIONS, INC.

Name: Richard E. Mirman
Date: November ___, 2015

Name: Eric Spitz
Date: November ___, 2015

This Consent may be executed in counterparts.

The Secretary of OCRIM is hereby directed to file a signed copy of this Consent in the minute book of OCRIM .

IN WITNESS WHEREOF, the undersigned, being all of the members of the board of directors of OCRIM , do hereby consent to the foregoing resolutions on the date(s) set forth below.

OCR INFORMATION MARKETING INC.

Name: Richard E. Mirman
Date: November 1 , 2015

Name: Eric Spitz
Date: November 1 , 2015

This Consent may be executed in counterparts.

The Secretary of FNSA is hereby directed to file a signed copy of this Consent in the minute book of FNSA.

IN WITNESS WHEREOF, the undersigned, being all of the members of the board of directors of FNSA, do hereby consent to the foregoing resolutions on the date(s) set forth below.

**FREEDOM NEWSPAPERS OF SOUTHWESTERN ARIZONA, INC.**

Name: Richard E. Mirman
Date: November 1, 2015

Name: Eric Spitz
Date: November 1, 2015

9001689

-12-

[Signature Page of Freedom Newspapers of Southwestern Arizona, Inc.]

This Consent may be executed in counterparts.

The Secretary of FCII is hereby directed to file a signed copy of this Consent in the minute book of FCII.

IN WITNESS WHEREOF, the undersigned, being all of the members of the board of directors of FCII, do hereby consent to the foregoing resolutions on the date(s) set forth below.

FREEDOM COLORADO
INFORMATION, INC.

Name: Richard E. Mirman
Date: November __, 2015

Name: Eric Spitz
Date: November __, 2015

This Consent may be executed in counterparts.

The Secretary of Freedom Interactive is hereby directed to file a signed copy of this Consent in the minute book of Freedom Interactive.

IN WITNESS WHEREOF, the undersigned, being all of the members of the board of directors of Freedom Interactive, do hereby consent to the foregoing resolutions on the date(s) set forth below.

FREEDOM INTERACTIVE
NEWSPAPERS, INC.

Name: Richard E. Mirman
Date: November 1, 2015

Name: Eric Spitz
Date: November 1, 2015

-14-

[Signature Page of Freedom Interactive Newspapers, Inc.]

9001689

This Consent may be executed in counterparts.

The Secretary of Freedom Interactive Texas is hereby directed to file a signed copy of this Consent in the minute book of Freedom Interactive Texas.

IN WITNESS WHEREOF, the undersigned, being all of the members of the board of directors of Freedom Interactive Texas, do hereby consent to the foregoing resolutions on the date(s) set forth below.

**FREEDOM INTERACTIVE
NEWSPAPERS OF TEXAS, INC.**

Name: Richard E. Mirman
Date: November 1, 2015

Name: Eric Spitz
Date: November 1, 2015

This Consent may be executed in counterparts.

The Secretary of Victor Valley is hereby directed to file a signed copy of this Consent in the minute book of Victor Valley.

IN WITNESS WHEREOF, the undersigned, being all of the members of the board of directors of Victor Valley, do hereby consent to the foregoing resolutions on the date(s) set forth below.

VICTOR VALLEY PUBLISHING
COMPANY

Name: Richard E. Mirman
Date: November ⊥, 2015

Name: Eric Spitz
Date: November ⊥, 2015

This Consent may be executed in counterparts.

The Secretary of FNAI is hereby directed to file a signed copy of this Consent in the minute book of FNAI.

IN WITNESS WHEREOF, the undersigned, being all of the members of the board of directors of FNAI, do hereby consent to the foregoing resolutions on the date(s) set forth below.

**FREEDOM NEWSPAPER
ACQUISITIONS, INC.**

Name: Richard E. Mirman
Date: November ___, 2015

Name: Eric Spitz
Date: November ___, 2015

This Consent may be executed in counterparts.

Ville is hereby directed to file a signed copy of this Consent in the minute book of Ville.

IN WITNESS WHEREOF, the undersigned, being the Managing General Partner (as defined in the Agreement of Limited Partnership of Ville, as amended), does hereby consent to the foregoing resolutions on the date set forth below.


          **FREEDOM CALIFORNIA VILLE
PUBLISHING COMPANY LP**

               By: Freedom Communications, Inc., its
               Managing General Partner

               By:_____
               Name: Richard E. Mirman
               Title: Chief Executive Officer
               Date: November ⅃ , 2015

-18-
[Signature Page of Freedom California Ville Publishing Company LP]

This Consent may be executed in counterparts.

Daily is hereby directed to file a signed copy of this Consent in the minute book of Daily.

IN WITNESS WHEREOF, the undersigned, being the Managing Member (as defined in the Operating Agreement of Daily), does hereby consent to the foregoing resolutions on the date set forth below.

DAILY PRESS, LLC

By: Victorville Publishing Company, its Managing Member

By: Freedom Communications, Inc., its Managing General Partner

By: _____
Name: Richard E. Mirman
Title: Chief Executive Officer
Date: November ___, 2015

-19-
[Signature Page of Daily Press, LLC]

This Consent may be executed in counterparts.

Victorville is hereby directed to file a signed copy of this Consent in the minute book of Victorville.

IN WITNESS WHEREOF, the undersigned, being the Managing General Partner (as defined in the Amended and Restated Agreement of Limited Partnership of Victorville, as amended), does hereby consent to the foregoing resolutions on the date set forth below.

> VICTORVILLE PUBLISHING
> COMPANY
>
> By: Freedom Communications, Inc.,
> its Managing General Partner
>
> By: _____
> Name: Richard E. Mirman
> Title: Chief Executive
> Officer
> Date: November 1, 2015

This Consent may be executed in counterparts.

SPV I is hereby directed to file a signed copy of this Consent in the minute book of SPV I.

IN WITNESS WHEREOF, the undersigned, being all of the Members and the Independent Managers (each as defined in the Limited Liability Company Agreement of SPV I, as amended), do hereby consent to the foregoing resolutions on the date set forth below.

**MEMBERS:**

FREEDOM COMMUNICATIONS, INC.

FREEDOM COLORADO INFORMATION, INC.

VICTOR VALLEY PUBLISHING, INC.

By: _____
Name: Richard E. Mirman
Title: Chief Executive Officer
Date: November ___, 2015

VICTORVILLE PUBLISHING COMPANY

By: Freedom Communications, Inc., its
Managing General Partner

By: _____
Name: Richard E. Mirman
Title: Chief Executive Officer
Date: November ___, 2015

**INDEPENDENT MANAGERS:**

_____
Albert J. Fioravanti
Date: November ___, 2015

_____
Steven Novack
Date: November ___, 2015

9081689

This Consent may be executed in counterparts.

SPV II is hereby directed to file a signed copy of this Consent in the minute book of SPV II.

IN WITNESS WHEREOF, the undersigned, being the sole Member and the Independent Managers (each as defined in the Limited Liability Company Agreement of SPV II, as amended), do hereby consent to the foregoing resolutions on the date set forth below.

**MEMBER**

FREEDOM SPV I, LLC

FREEDOM COMMUNICATIONS, INC.

FREEDOM COLORADO INFORMATION, INC.

VICTOR VALLEY PUBLISHING, INC.

By: _____
Name: Richard E. Mirman
Title: Chief Executive Officer
Date: November  1 , 2015

VICTORVILLE PUBLISHING COMPANY

By: Freedom Communications, Inc.,
its Managing General Partner

By: _____
Name: Richard E. Mirman
Title: Chief Executive Officer
Date: November  1 , 2015

**INDEPENDENT MANAGERS:**

_____
Albert J. Fioravanti
Date: November ____, 2015

-22-
[Signature Page of Freedom SPV II, LLC]

Steven Novack
Date: November ___, 2015

This Consent may be executed in counterparts.

SPV IV is hereby directed to file a signed copy of this Consent in the minute book of SPV IV.

IN WITNESS WHEREOF, the undersigned, being the sole Member and the Independent Managers (each as defined in the Limited Liability Company Agreement of SPV IV, as amended), do hereby consent to the foregoing resolutions on the date set forth below.

MEMBER

FREEDOM SPV I, LLC

    FREEDOM COMMUNICATIONS, INC.

    FREEDOM COLORADO
    INFORMATION, INC.

    VICTOR VALLEY PUBLISHING, INC.

    By: _____
    Name: Richard E. Mirman
    Title: Chief Executive Officer
    Date: November __1__, 2015

    VICTORVILLE PUBLISHING
    COMPANY

    By: Freedom Communications, Inc.,
    its Managing General Partner

    By: _____
    Name: Richard E. Mirman
    Title: Chief Executive
    Officer
    Date: November __1__, 2015

INDEPENDENT MANAGERS:

_____
Albert J. Fioravanti
Date: November ___, 2015

[Signature Page of Freedom SPV IV, LLC]

_____

Steven Novack
Date: November ____, 2015

-25-

[Signature Page of Freedom SPV IV, LLC]

This Consent may be executed in counterparts.

SPV V is hereby directed to file a signed copy of this Consent in the minute book of SPV V.

IN WITNESS WHEREOF, the undersigned, being the sole Member and the Independent Managers (each as defined in the Limited Liability Company Agreement of SPV V, as amended), do hereby consent to the foregoing resolutions on the date set forth below.

MEMBER

FREEDOM SPV I, LLC

     FREEDOM COMMUNICATIONS, INC.

     FREEDOM COLORADO
     INFORMATION, INC.

     VICTOR VALLEY PUBLISHING, INC.

     By: _____
     Name: Richard E. Mirman
     Title: Chief Executive Officer
     Date: November _1_, 2015

     VICTORVILLE PUBLISHING
     COMPANY

     By: Freedom Communications, Inc.,
     its Managing General Partner

     By: _____
     Name: Richard E. Mirman
     Title: Chief Executive
     Officer
     Date: November _1_, 2015

INDEPENDENT MANAGERS:

_____
Albert J. Fioravanti
Date: November ___, 2015

_____
Steven Novack
Date: November ___, 2015

This Consent may be executed in counterparts.

SPV VI is hereby directed to file a signed copy of this Consent in the minute book of SPV VI.

IN WITNESS WHEREOF, the undersigned, being the sole Member and the Independent Managers (each as defined in the Limited Liability Company Agreement of SPV VI, as amended), do hereby consent to the foregoing resolutions on the date set forth below.

MEMBER

FREEDOM COMMUNICATIONS HOLDINGS, INC.

By: _____
Name: Richard E. Mirman
Title: Chief Executive Officer
Date: November 1, 2015

INDEPENDENT MANAGERS:

_____
Albert J. Fioravanti
Date: November ___, 2015

_____
Steven Novack
Date: November ___, 2015

This Consent may be executed in counterparts.

The Secretary of FCMP is hereby directed to file a signed copy of this Consent in the minute book of FCMP.

IN WITNESS WHEREOF, the undersigned, being all of the members of the board of directors of FCMP, do hereby consent to the foregoing resolutions on the date(s) set forth below.

FREEDOM CALIFORNIA MARY
PUBLISHING, INC.

Name: Richard E. Mirman
Date: November 1, 2015

Name: Eric Spitz
Date: November 1, 2015

This Consent may be executed in counterparts.

Odessa is hereby directed to file a signed copy of this Consent in the minute book of Odessa.

IN WITNESS WHEREOF, the undersigned, being the Managing Partner (as defined in the Amended and Restated Agreement of Partnership of Odessa), of Odessa, does hereby consent to the foregoing resolutions on the date set forth below.

<div align="center">

ODESSA AMERICAN

By: Freedom Communications, Inc.,
its Managing Partner

By: _____
Name: Richard E. Mirman
Title:  Chief Executive Officer
Date:  November \_\_, 2015

</div>

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

## Central District of California

**In re**  FREEDOM COMMUNICATIONS, INC., a Delaware
corporation, et al.,

Case No. <u>8:15-bk-15311-MW</u>

**Debtor**  [and its related jointly administered cases]

Chapter <u>11</u>

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

See
Following
Page

2.  The source of the compensation paid to me was:

☑ Debtor        ☐ Other (specify)    PAID BY FREEDOM SERVICES, INC. (general
operating account)

3.  The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify)    The Operating Debtors {fn 1} are to be jointly and
severally liable for payment (see following page for
further disclosures)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

[Fn 1] The Operating Debtors are:  (1) Freedom Communications, Inc., (2) Freedom Communications Holdings, Inc., (3) Freedom Services, Inc., (4) 2100 Freedom, Inc., (5) OCR Community Publications, Inc., (6) Freedom SPV II, LLC, and (7) Freedom SPV VI, LLC

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

RETAINER. In connection with workout and restructuring services, on October 15, 2015, Freedom Services, Inc. paid the Firm, from its general operating account, a $301,819.95 retainer (the "Initial Retainer"), all of which was applied pre-petition. On October 30, 2015, Freedom Services, Inc. paid the Firm, from its general operating account, a $550,000.00 retainer (the "Second Retainer" and together with the Initial Retainer, the "Retainer"), also in connection with workout and restructuring services, $517,269.60 of which was applied pre-petition. The balance of the Retainer ($32,730.40) is maintained in the Firm's retainer trust account. The Operating Debtors will be jointly and severally liable for all of the administrative professional fees and expenses incurred in the Debtors' cases. All fees and costs will be charged to the lead case and only one joint fee application will be filed by the Firm.

COMPENSATION. The Firm has agreed to accept compensation for its services at its customary hourly rates and to be paid pursuant to the Budget in accordance with the modified fee application procedures set forth in its employment application [Dkt. #130] and the Court's Order approving same [Dkt. #238].

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

The Firm has not agreed to undertake nor will it be responsible for any of the following (i) appearances before any court or agency other than the Bankruptcy Court and the Office of the United States Trustee; or (ii) the provision of substantive legal advise outside the insolvency area, such as corporate law, partnership law, non-bankruptcy taxation, securities law, torts, environmental law, non-bankruptcy labor issues, criminal law, or real estate law, or the rendering of any opinions in connection therewith.

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

12/21/2015

_Date_

_Signature of Attorney_

Lobel Weiland Golden Friedman LLP

_Name of law firm_

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **LOBEL WEILAND GOLDEN FRIEDMAN LLP**<br>**William N. Lobel** (SBN 93202) - wlobel@lwgfllp.com<br>**Alan J. Friedman** (SBN 132580) - afriedman@lwgfllp.com<br>**Beth E. Gaschen** (SBN 245894) - bgaschen@lwgfllp.com<br>**Christopher J. Green** (SBN 295874) - cgreen@lwgfllp.com<br>**650 Town Center Drive, Suite 950**<br>**Costa Mesa, CA 92626**<br>**Telephone: (714) 966-1000**<br>**Fax: (714) 966-1002** | |

☑ *Attorneys for Debtor and Debtor-in-Possession*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>        **Freedom Communications, Inc., a Delaware**<br>        **corporation**<br><br><div align="right">Debtor(s),</div><br>Plaintiff(s),<br><br><br><br><br><br><div align="right">Defendant(s).</div> | CASE NO.: 8:15-bk-15311 MW<br>ADVERSARY NO.:<br>CHAPTER:   11<br><br>**CORPORATE OWNERSHIP STATEMENT**<br>**PURSUANT TO FRBP 1007(a)(1)**<br>**and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.

I,   **Richard E. Mirman**                        , the undersigned in the above-captioned case, hereby declare
        *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

Freedom Communications Holdings Inc
625 N Grand Avenue
Santa Ana, CA 92701

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                    F 1007-4.CORP.OWNERSHIP.STMT

# United States Bankruptcy Court
## Central District of California

In re    Freedom Communications, Inc., a Delaware corporation     Case No.    8:15-bk-15311 MW
_____
                                   Debtor(s)    Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Freedom Communications Holdings Inc<br>625 N Grand Avenue<br>Santa Ana, CA 92701 | Common | 100 | Equity |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    12/21/2015                              Signature    _____
                                                             Richard E. Mirman, CEO

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.



# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**N/A**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**N/A**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**See Annex 2**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**N/A**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Santa Ana** , California.

Date: December 2~1~ , 2015

Richard E. Minnan, Chief Executive Officer
Signature of Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012     Page 1     **F 1015-2.1.STMT.RELATED.CASES**

**ANNEX 2**

**ASSOCIATED CASES**

**(Including the Debtor in this Chapter 11)**

| Case No. | Title | Date Filed | Nature of Proceeding | Judge | Court | Status | Type |
|---|---|---|---|---|---|---|---|
| 09-13046-BLS | Freedom Communications Holdings, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Lead Case |
| 09-13047-BLS | Freedom Communications, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13048-BLS | Freedom Broadcasting, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13049-BLS | Freedom Broadcasting of Florida, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13050-BLS | Freedom Broadcasting of Florida Licensee, LLC | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13051-BLS | Freedom Broadcasting of Michigan, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13052-BLS | Freedom Broadcasting of Michigan Licensee, LLC | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13053-BLS | Freedom Broadcasting of New York, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13054-BLS | Freedom Broadcasting of New York Licensee, LLC | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13055-BLS | Freedom Broadcasting of Oregon, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13056-BLS | Freedom Broadcasting of Oregon Licensee, LLC | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13057-BLS | Freedom Broadcasting of Southern New England, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13058-BLS | Freedom Broadcasting of Southern New England Licensee, LLC | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13059-BLS | Freedom Broadcasting of Texas, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13061-BLS | Freedom Broadcasting of Texas Licensee, LLC | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13062-BLS | Freedom Broadcasting of Tennessee, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13063-BLS | Freedom Broadcasting of Tennessee Licensee, LLC | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13064-BLS | Freedom Magazines, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13065-BLS | Freedom Metro Information, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13066-BLS | Freedom Newspapers, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13067-BLS | Orange County Register Communications, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13068-BLS | OCR Community Publications, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13069-BLS | OCR Information Marketing, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13070-BLS | Appeal-Democrat, Inc | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13071-BLS | Florida Freedom Newspapers, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13072-BLS | Freedom Arizona Information, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13073-BLS | Freedom Colorado Information, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13074-BLS | Freedom Eastern North Carolina Communications, Inc | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13075-BLS | Freedom Newspapers of Illinois, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13076-BLS | Freedom Newspapers of Southwestern Arizona, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13077-BLS | Freedom Shelby Star, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13078-BLS | Illinois Freedom Newspapers, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13079-BLS | Missouri Freedom Newspapers, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13080-BLS | Odessa American | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13081-BLS | The Times - News Publishing Company | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13082-BLS | Victor Valley Publishing Company | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |

| Case No. | Title | Date Filed | Nature of Proceeding | Judge | Court | Status | Type |
|---|---|---|---|---|---|---|---|
| 09-13083-BLS | Daily Press | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13084-BLS | Freedom Newspaper Acquisitions, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13085-BLS | The Clovis News Journal | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13086-BLS | Freedom Newspapers of New Mexico, L.L.C. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13087-BLS | Gaston Gazette, LLP | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13088-BLS | Lima News | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13089-BLS | Porterville Recorder Company | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13090-BLS | Seymour Tribune Company | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13091-BLS | Victorville Publishing Company | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13092-BLS | Freedom Newspapers | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13093-BLS | The Creative Spot, L.L.C. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13094-BLS | Freedom Interactive Newspapers, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13095-BLS | Freedom Interactive Newspapers of Texas, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |
| 09-13096-BLS | Freedom Services, Inc. | 09/01/2009 | Voluntary Chapter 11 | Brendan Shannon | District of Delaware | Closed | Jointly Adm. |

<u>Attachment to Statement of Related Cases
Information Required by LBR 1015-2</u>

(List of real property included in Schedule A as filed
with prior proceedings)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Appeal-Democrat, Inc.**

**Case No. 09-13070**

**Amended and Restated Exhibit A-1**

**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|---|
| 101 AIRPORT ROAD, WILLOWS, CA | OWNERSHIP | | $405,000 | |
| 1530 ELLIS LAKE DRIVE, MARYSVILLE, CA 95901 | OWNERSHIP | | $4,690,289 | |
| TOTALS: | | | $5,095,289 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Daily Press**

**Case No. 09-13083**

**Amended and Restated Exhibit A-1**

**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|---|
| 130 COOLWATER LANE,  BARSTOW, CA  92311 | OWNERSHIP | | $426,669 | |
| 13843 PARK AVENUE,  VICTORVILLE, CA  92392 | OWNERSHIP | | $155,820 | |
| 13829 PARK AVENUE, VICTORVILLE, CA  92392 | OWNERSHIP | | $657,181 | |
| 13875 PARK AVENUE, VICTORVILLE, CA  92392 | OWNERSHIP | | $1,955,739 | |
| | **TOTALS:** | | $3,195,409 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

<u>Florida Freedom Newspapers, Inc.</u>

**Case No. 09-13071**
**Amended and Restated Exhibit A-1**
**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|
| 112 E. VIRGINIA STREET,  BONIFAY, FL  32425 | OWNERSHIP | $20,001 | |
| 1364 N. RAILROAD AVENUE,  CHIPLEY, FL  32428 | OWNERSHIP | $84,803 | |
| 295 WEST JAMES LEE BOULEVARD,  CRESTVIEW, FL  32536 | OWNERSHIP | $792,563 | |
| 1225 AIRPORT ROAD, DESTIN, FL  32541 | OWNERSHIP | $1,231,121 | |
| 200 RACETRACK ROAD, FT. WALTON BEACH, FL  32549 | OWNERSHIP | $2,575,234 | |
| 501 W. 11TH STREET, PANAMA CITY, FL  32402 | OWNERSHIP | $2,523,935 | |
| 6629 ELVA STREET, MILTON, FL  32428 | OWNERSHIP | $235,132 | |
| TOTALS: | | $7,462,789 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Freedom Arizona Information, Inc.**

**Case No. 09-13072**
**Amended and Restated Exhibit A-1**
**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|
| 10102 SANTA FE DRIVE, SUN CITY, AZ 85351 | OWNERSHIP | $619,451 | |
| 120 W. FIRST AVENUE, MESA, AZ 85210 | OWNERSHIP | $163,028 | |
| 124 W. FIRST AVENUE, MESA, AZ 85210 | OWNERSHIP | $1,216,086 | |
| TOTALS: | | $1,998,565 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Freedom Broadcasting of Florida, Inc.**

**Case No. 09-13049**
**Amended and Restated Exhibit A-1**
**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|---|
| 1100 FAIRFIELD DR. NO. BLDG., MANGONIA PARK, FL 33407 | OWNERSHIP | | $2,431,694 | |
| 1100 FAIRFIELD DR. SO. BLDG., MANGONIA PARK, FL 33407 | OWNERSHIP | | $1,706,131 | |
| AUSTRALIAN AVE., MANGONIA PARK, FL 33407 | OWNERSHIP | | $974,602 | |
| TOTALS: | | | $5,112,427 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

<u>Freedom Broadcasting of Michigan, Inc.</u>

**Case No. 09-13051**
**Amended and Restated Exhibit A-1**
**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|
| 12672 CHIEF NOONDAY RD., YANKEE SPRINGS, MI 49017 | OWNERSHIP | $245,000 | |
| 5815 S. PENNSYLVANIA AVE., LANSING, MI 48911 | OWNERSHIP | $668,900 | |
| 590 W. MAPLE STREET, KALAMAZOO, MI 49008 | OWNERSHIP | $947,600 | |
| TOTALS: | | $1,861,500 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Freedom Broadcasting of New York, Inc.**

**Case No. 09-13053**
**Amended and Restated Exhibit A-1**
**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|
| 1400 BALLTOWN ROAD, SCHENECTADY, NY 12309 | OWNERSHIP | $3,460,000 | |
| ONE HELDEBERG ST, ALBANY, NY 12260 | OWNERSHIP | $0 | |
| 269 BEAVER DAM ROAD, VOORHEESVILLE, NY 12186 | OWNERSHIP | $835,200 | |
| TOTALS: | | $4,295,200 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Freedom Broadcasting of Oregon, Inc.**

**Case No. 09-13055**

**Amended and Restated Exhibit A-1**

**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|---|
| 12447 HUGHES ROAD MT BALDY , PHOENIX CH - 16, OR  97535 | OWNERSHIP | | $94,340 | |
| 12447 HUGHES ROAD MT BALDY , PHOENIX CH - 4, OR  97535 | OWNERSHIP | | $0 | |
| 12447 HUGHES ROAD MT BALDY , PHOENIX DTV - 47, OR  97535 | OWNERSHIP | | $0 | |
| 1440 ROSSANLEY DRIVE, MEDFORD, OR  97501 | OWNERSHIP | | $482,160 | |
| | TOTALS: | | $576,500 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Freedom Broadcasting of Tennessee, Inc.**

**Case No. 09-13062**

**Amended and Restated Exhibit A-1**

**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|---|
| 2417 TAFT HIGHWAY, CHATTANOOGA, TN 37377 | OWNERSHIP | | $65,140 | |
| 4279 BENTON DRIVE, CHATTANOOGA, TN 37406 | OWNERSHIP | | $1,603,680 | |
| TOTALS: | | | $1,668,820 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Freedom Broadcasting of Texas, Inc.**

**Case No. 09-13059**
**Amended and Restated Exhibit A-1**
**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|---|
| 100 LAKESIDE DRIVE, VIDOR, TX 77662 | OWNERSHIP | | $101,361 | |
| 2955 INTERSTATE 10 E., BEAUMONT, TX 77702 | OWNERSHIP | | $803,403 | |
| TOTALS: | | | $904,764 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

Freedom Colorado Information, Inc.

Case No. 09-13073
Amended and Restated Exhibit A-1
Real Property

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|---|
| 30 S. PROSPECT STREET, COLORADO SPRINGS, CO  80903 | OWNERSHIP | | $1,093,020 | |
| 704,708,712,716,720 COLORADO AVE EAST, COLORADO SPRINGS, CO  80903 | OWNERSHIP | | $18,920 | |
| 727 E. PIKES PEAK AVE. , COLORADO SPRINGS, CO  80903 | OWNERSHIP | | $15,790 | |
| 735 E. PIKES PEAK AVENUE, COLORADO SPRINGS, CO  80903 | OWNERSHIP | | $60,850 | |
| 739 E. PIKES PEAK AVENUE, COLORADO SPRINGS, CO  80903 | OWNERSHIP | | $37,490 | |
| 745 E. PIKES PEAK AVENUE, COLORADO SPRINGS, CO  80903 | OWNERSHIP | | $49,840 | |
| 749 E. PIKES PEAK AVENUE, COLORADO SPRINGS, CO  80903 | OWNERSHIP | | $18,880 | |
| TOTALS: | | | $1,294,790 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Freedom Communications, Inc.**

Case No. 09-13047
Amended and Restated Exhibit A-1
Real Property

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|---|
| 1300 E. FRUIT ST., SANTA ANA, CA 92701 | OWNERSHIP | | $511,630 | |
| 1310 S COMMERCE, HARLINGEN, TX 78550 | OWNERSHIP | | $1,148,964 | |
| 1340 E. FRUIT ST., SANTA ANA, CA 92701 | OWNERSHIP | | $513,470 | |
| 1345 E. FRUIT ST., SANTA ANA, CA 92701 | OWNERSHIP | | $175,449 | |
| 1349 E. FRUIT ST., SANTA ANA, CA 92701 | OWNERSHIP | | $175,517 | |
| 1353 E. FRUIT ST., SANTA ANA, CA 92701 | OWNERSHIP | | $175,517 | |
| 1357 E. FRUIT ST., SANTA ANA, CA 92701 | OWNERSHIP | | $172,005 | |
| 1400 EAST NOLANA, MCALLEN, TX 78504 | OWNERSHIP | | $9,143,747 | |
| 1401 E. FRUIT ST., SANTA ANA, CA 92701 | OWNERSHIP | | $150,943 | |
| 1402 E. FRUIT ST., SANTA ANA, CA 92701 | OWNERSHIP | | $2,545,168 | |
| 1405 E. FRUIT ST., SANTA ANA, CA 92701 | OWNERSHIP | | $127,250 | |
| 1409 E. FRUIT ST., SANTA ANA, CA 92701 | OWNERSHIP | | $107,079 | |
| 1410 E. FRUIT ST., SANTA ANA, CA 92701 | OWNERSHIP | | $1,278,437 | |
| 1413 E. FRUIT ST., SANTA ANA, CA 92701 | OWNERSHIP | | $132,550 | |
| 1425 E. FRUIT ST., SANTA ANA, CA 92701 | OWNERSHIP | | $49,900 | |
| 17666 FITCH, IRVINE, CA 92614 | OWNERSHIP | | $3,927,000 | |
| 17702 COWAN, IRVINE, CA 92614 | OWNERSHIP | | $2,582,858 | |
| 3841 EAST ROAD, LIMA, OH 45807 | OWNERSHIP | | $19,890 | |
| 501 W. 11TH ST, PANAMA CITY, FL 32401 | OWNERSHIP | | $0 | |
| 515 N. GRAND AVE, SANTA ANA, CA 92701 | OWNERSHIP | | $403,881 | |
| 523 N. GRAND, SANTA ANA, CA 92701 | OWNERSHIP | | $2,522,043 | |
| 625 N. GRAND AVE, SANTA ANA, CA 92701 | OWNERSHIP | | $33,482,245 | |
| 729 N. GRAND AVE, SANTA ANA, CA 92701 | OWNERSHIP | | $34,680,000 | |
| 731 E. COLORADO AVE, COLORADO SPRINGS, CO 80903 | OWNERSHIP | | $36,810 | |
| 737 E. COLORADO AVE, COLORADO SPRINGS, CO 80903 | OWNERSHIP | | $18,050 | |
| 749 E. COLORADO AVENUE, COLORADO SPRINGS, CO 80903 | OWNERSHIP | | $15,810 | |
| 839 N. GRAND AVE, SANTA ANA, CA 92701 | OWNERSHIP | | $313,993 | |
| ABANDONED PART OF 6TH ST., SANTA ANA, CA 92701 | OWNERSHIP | | $19,903 | |
| ALLEY PARCEL ON E. FRUIT ST., SANTA ANA, CA 92701 | OWNERSHIP | | $154,006 | |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

**Freedom Communications, Inc.**

**Case No. 09-13047**

**Amended and Restated Exhibit A-1**

**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|---|
| E. FRUIT ST., SANTA ANA, CA  92701 - NO SITUS | OWNERSHIP | | $21,129 | |
| TOTALS: | | | $94,605,244 | |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

Freedom Eastern North Carolina Communications, Inc.

Case No. 09-13074
Amended and Restated Exhibit A-1
Real Property

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|---|
| 1300 GUM BRANCH ROAD, JACKSONVILLE, NC  28540 | OWNERSHIP | | $382,568 | |
| 2103 N. QUEEN STREET, KINSTON, NC  28501 | OWNERSHIP | | $660,072 | |
| 230 STONEBRIDGE ST., HAVELOCK, NC  28532 | OWNERSHIP | | $237,300 | |
| 3200 WELLONS BOULEVARD,  NEW BERN, NC  28562 | OWNERSHIP | | $2,727,500 | |
| 724 BELLFORK ROAD, JACKSONVILLE, NC  28540 | OWNERSHIP | | $1,440,317 | |
| | TOTALS: | | $5,447,757 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Freedom Newspapers, Inc.**

**Case No. 09-13066**

**Amended and Restated Exhibit A-1**

**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|---|
| 270 UNION SQ. COMMON, HICKORY, NC 28601 | OWNERSHIP | | $292,400 | |
| TOTALS: | | | $292,400 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

Freedom Newspapers of Illinois, Inc.

Case No. 09-13075
Amended and Restated Exhibit A-1
Real Property

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|---|
| 10 BLOCK OF E BROADWAY, ALTON, IL  62002 | OWNERSHIP | | $15,330 | |
| 100 & 200 BLOCK OF E BROADWAY, ALTON, IL 62002 | OWNERSHIP | | $370,860 | |
| 100 BLOCK OF ALBY STREET, ALTON, IL  62002 | OWNERSHIP | | $1,110 | |
| TOTALS: | | | $387,300 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Freedom Newspapers of New Mexico L.L.C.**

**Case No. 09-13086**
**Amended and Restated Exhibit A-1**
**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|
| 101 E. FIRST STREET, PORTALES, NM  88130 | OWNERSHIP | $42,607 | |
| 105 N. ABILENE, PORTALES, NM  88130 | OWNERSHIP | $38,140 | |
| 520 GIDDING, CLOVIS, NM  88101 | OWNERSHIP | $57,804 | |
| 521 PILE, CLOVIS, NM  88101 | OWNERSHIP | $40,949 | |
| 601 GIDDING STREET, CLOVIS, NM  88101 | OWNERSHIP | $3,504 | |
| 902 S. FIRST STREET, TUCUMCARI, NM  88401 | OWNERSHIP | $22,790 | |
| TOTALS: | | $205,794 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

__Freedom Newspapers of Southwestern Arizona, Inc.__

**Case No. 09-13076**
**Amended and Restated Exhibit A-1**
**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|
| 2055 S. ARIZONA AVENUE, YUMA, AZ 85364 | OWNERSHIP | $487,650 | |
| TOTALS: | | $487,650 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Freedom Shelby Star, Inc.**

**Case No. 09-13077**

**Amended and Restated Exhibit A-1**

**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|
| 315 E GRAHAM ST, SHELBY, NC  28150 | OWNERSHIP | $1,713,025 | |
| TOTALS: | | $1,713,025 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Freedom Newspapers**

**Case No. 09-13092**

**Amended and Restated Exhibit A-1**

**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|---|
| 1135 E VAN BUREN, BROWNSVILLE, TX  78520 | OWNERSHIP | | $716,758 | |
| 401 S. IOWA, WESLACO, TX  78596 | OWNERSHIP | | $377,384 | |
| TOTALS: | | | $1,094,142 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Gaston Gazette LLP**

**Case No. 09-13087**
**Amended and Restated Exhibit A-1**
**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|---|
| 1893 REMOUNT ROAD, GASTONIA, NC 28054 | OWNERSHIP | | $4,198,969 | |
| TOTALS: | | | $4,198,969 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Illinois Freedom Newspapers, Inc.**

**Case No. 09-13078**

**Amended and Restated Exhibit A-1**

**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|---|
| 109 SOUTH WEST STREET, JACKSONVILLE, IL 62650 | OWNERSHIP | | $4,100 | |
| 150 DUNLAP, JACKSONVILLE, IL 62650 | OWNERSHIP | | $17,330 | |
| 235 W. STATE ST, JACKSONVILLE, IL 62650 | OWNERSHIP | | $216,020 | |
| TOTALS: | | | $237,450 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Lima News**

**Case No. 09-13088**

**Amended and Restated Exhibit A-1**

**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|---|
| 3515 ELIDA ROAD, LIMA, OH  45807 | OWNERSHIP | | $1,138,840 | |
| TOTALS: | | | $1,138,840 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Missouri Freedom Newspapers, Inc.**

**Case No. 09-13079**

**Amended and Restated Exhibit A-1**

**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|
| 2501 W. MAIN, SEDALIA, MO 65301 | OWNERSHIP | $35,370 | |
| 700 S. MASSACHUSETTS, SEDALIA, MO 65301 | OWNERSHIP | $155,450 | |
| 301 & 309 E 7TH STREET, SEDALIA, MO 65301 | OWNERSHIP | $11,390 | |
| TOTALS: | | $202,210 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Odessa American**

**Case No. 09-13080**
**Amended and Restated Exhibit A-1**
**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|
| 222 E 4TH STREET, ODESSA, TX 79761 | OWNERSHIP | $513,118 | |
| 307 E 4TH STREET, ODESSA, TX 79761 (PARKING LOTS) | OWNERSHIP | $31,605 | |
| 406 N. JACKSON, ODESSA, TX 79761 (PARKING LOTS) | OWNERSHIP | $96,128 | |
| TOTALS: | | $640,851 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

Porterville Recorder Company

Case No. 09-13089

Amended and Restated Exhibit A-1

Real Property

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|---|
| 115 E. OAK, PORTERVILLE, CA 93257 | OWNERSHIP | | $422,759 | |
| TOTALS: | | | $422,759 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**Seymour Tribune Company**

**Case No. 09-13090**

**Amended and Restated Exhibit A-1**

**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|---|
| 100 ST. LOUIS AVE, SEYMOUR, IN  47274 | OWNERSHIP | | $296,200 | |
| TOTALS: | | | $296,200 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**The Times-News Publishing Company**

**Case No. 09-13081**

**Amended and Restated Exhibit A-1**

**Real Property**

| LOCATION ADDRESS | NATURE OF DEBTOR'S INTEREST IN PROPERTY | | TAX ASSESSED VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | NOTE |
|---|---|---|---|---|
| 604 S. WORTH STREET, BURLINGTON, NC 27215 | OWNERSHIP | | $101,005 | |
| 707 MAIN STREET, BURLINGTON, NC 27215 | OWNERSHIP | | $2,575,965 | |
| TOTALS: | | | $2,676,970 | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 8:15-15311-MW[1] |
| | ) | |
| FREEDOM COMMUNICATIONS, INC., | ) | |
| a Delaware corporation, et al., | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtors and Debtors-in-Possession | ) | |
| | ) | |

GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER
REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF
FINANCIAL AFFAIRS[2]

**GENERAL**

The Schedules of Assets and Liabilities (collectively, the "Schedules") and the Statements of Financial Affairs (collectively, the "Statements," and together with the Schedules, the "Schedules and Statements") filed by Freedom Communications, Inc. ("FCI") and each of its affiliated Debtors and Debtors-in-Possession in these jointly administered chapter 11 cases (each a "Debtor" and collectively, the "Debtors") pending in the United States Bankruptcy Court for the Central District of California, Santa Ana Division (the "Bankruptcy Court"), including the above-captioned Debtor, were prepared pursuant to section 521 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure, by management of the Debtors, with the assistance of the Debtors' advisors, and are unaudited.

While the Debtors' management has made every reasonable effort to ensure that the Schedules and Statements are accurate and complete as possible under the circumstances, based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors or omissions may exist. Because the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that these Schedules and Statements are complete, without inadvertent errors, omissions or inaccuracies.

The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or otherwise assert offsets or defenses to any claim that may or may not be reflected in the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent,"

---

[1] Jointly administered with Case Nos. 8:15-bk-15312-MW; 8:15-bk-15313-MW; 8:15-bk-15315-MW; 8:15-bk-15316-MW; 8:15-bk-15317-MW; 8:15-bk-15318-MW; 8:15-bk-15319-MW; 8:15-bk-15320-MW; 8:15-bk-15321-MW; 8:15-bk-15322-MW; 8:15-bk-15323-MW; 8:15-bk-15324-MW; 8:15-bk-15325-MW; 8:15-bk-15326-MW; 8:15-bk-15327-MW; 8:15-bk-15328-MW; 8:15-bk-15329-MW; 8:15-bk-15330-MW; 8:15-bk-15332-MW; 8:15-bk-15337-MW; 8:15-bk-15339-MW; 8:15-bk-15340-MW; 8:15-bk-15342-MW; and 8:15-bk-15343-MW.

[2] These notes are in addition to the specific notes contained in the Debtors' Schedules and Statements. The fact that the Debtors have prepared a General Note with respect to a particular Schedule (or Statement) and not to others does not reflect and should not be interpreted as a decision by the Debtors to exclude the applicability of such General Note to any or all of the Debtors' remaining Schedules (or Statements), as appropriate.

or "unliquidated." Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the chapter 11 cases, including, but not limited to, issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers.

The Schedules and Statements have been signed by Richard E. Mirman, the Chief Executive Officer of 2100 Freedom, Inc., the ultimate parent company of the Debtors, who is either a director, officer, or authorized person acting on behalf of the Debtors.   In reviewing and signing the Schedules and Statements, Mr. Mirman necessarily relied upon the efforts, statements, and representations of the Debtors' other personnel and professionals.   Mr. Mirman has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors, classification of such amounts, and their addresses.

These Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding the Debtors' Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, the Schedules and Statements.   These Global Notes should be referred to, and reviewed in connection with, any review of the Schedules and Statements.

## Description of the Cases
On November 1, 2015, and November 2, 2015 (the "Petition Dates"), the Debtors filed voluntary petitions in this Bankruptcy Court under chapter 11 of the Bankruptcy Code.   The cases are being jointly administered under Case No. 8:15-15311-MW.   The Debtors currently are operating their businesses and managing their properties as debtors in possession pursuant to the Bankruptcy Code.

## Basis of Presentation
For financial reporting purposes, prior to the Petition Dates, the Debtors generally prepared consolidated financial statements that were audited annually and including financial information for the parent and all subsidiaries.   Unlike the consolidated financial information used for the Debtors' financial reporting purposes, the Schedules reflect the assets and liabilities of each Debtor on the basis of such Debtor's accounting records, except if otherwise stated.   The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP") nor are they intended to fully reconcile to the financial statements the Debtors may have prepared and issued to financial institutions or other parties-in-interest.   Information contained in the Schedules and Statements have been derived from the Debtors' books and records and historical financial statements.

## Accuracy
Although every effort has been made to file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist.   The Debtors reserve all rights to amend and/or supplement their Schedules and Statements as is necessary and appropriate.   The financial information disclosed in the Schedules and Statements has not been required to be prepared in accordance with federal or state securities law or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons or entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared.   The Debtors are not liable for and undertake no responsibility to indicate variations between any information and reports prepared for any other disclosure purpose or for any evaluations of the Debtors based on this financial information or any other information.

## Reporting Date
Unless otherwise indicated, the Schedules have been prepared as of the close of business on October 31, 2015,

which represented the close of the Debtors' October accounting period, and is the day immediately prior to the Petition Dates.

## Undetermined Amounts
The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

## Disputed, Contingent and/or Unliquidated Claims
Certain claims listed on the Schedules may be designated as contingent, unliquidated, and/or disputed. A failure to designate a claim on the Schedules as contingent, unliquidated, and/or disputed does not constitute an admission that such claim is not subject to objection. The Debtors reserve the right to dispute, or assert offsets or defenses to, any claim reflected on the Schedules as to nature, amount, liability, or status, either by amending the Schedules or, if permitted by the Bankruptcy Court, filing an objection to the claim.

## Recharacterization
The Debtors reserve all rights to recharacterize, reclassify, recategorize or redesignate items reported in the Schedules and Statements at a later time as is necessary or appropriate.

## Causes of Action
Certain of the Debtors have set forth on the Schedules causes of action or litigation rights that they may have against third parties. Each of the Debtors reserves all of its rights with respect to any and all causes of action and litigation rights it may have, whether or not such cause of action or litigation right has been listed on the Schedules. Neither these General Notes nor the Schedules and Statements shall be deemed a waiver by any of the Debtors of any cause of action, litigation right, or of any other right.

## Insiders
The Debtors have included all payments made during the one-year period preceding the Petition Dates to any individual deemed an "insider." Persons listed as "insiders" have been included for informational purposes only. The Debtors do not take any position with respect to (a) such persons' influence over the control of the Debtors, (b) the management responsibilities or function of such individuals, (c) the decision-making or corporate authority of such individuals or (d) whether such individuals could successfully argue that they are not "insiders" under applicable law.

## Setoffs
During the 90 days prior to the Petition Dates, the Debtors may have been involved in certain transactions that could be construed as setoffs. Such transactions could take the form of payment setoff. The Debtors are in the process of reviewing all transactions in the 90 days prior to the Petition Dates to determine if any of the transactions should be challenged under any of the provisions of the Bankruptcy Code.

## Current Market Value
It would be prohibitively expensive, unduly burdensome and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets. Accordingly, unless otherwise indicated, cost values are reflected on the Debtors' Schedules and Statements. For this reason, amounts ultimately realized will vary and such variance may be material. In addition, the amounts shown for liabilities exclude items identified as "Unknown" or "Undetermined" and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

## Property and Equipment – Leased
In the ordinary course of their businesses, the Debtors may lease equipment from third-party lessors for use in the daily operation of their businesses. Any such leases are set forth in Schedule B. Nothing in the Schedules is or shall be construed as an admission or determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to any of such issues.

**Totals**

All totals that are included in the Schedules represent totals of all known amounts included in the Debtors' books and records as of the Petition Dates. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

**Claims Paid Under Authority of "First Day Order"**

The Schedules list amounts that were owed as of the Petition Dates but have since been paid in whole or part and, thus, are not owed or are only partially owed as of the date hereof. Such payments were made pursuant to authorizations granted by the Bankruptcy Court in various "first day" orders. Even though paid in whole or part, such amounts are not designated as contingent, unliquidated, and/or disputed, and the absence of such designation is without prejudice to the Debtors' right to assert such amounts have been paid in whole or part and to the extent paid are not entitled to further treatment in these cases.

**Schedule A**

It would be prohibitively expensive and unduly burdensome to obtain current market valuations of the Debtors' property interests. Accordingly, appraisal values completed as of specific prepetition dates are so noted and are reflected on the Schedules, which may not equate to the current market values.

**Schedule B**

The Debtors reserve all of their rights with respect to any and all causes of action, litigation rights, and other rights regardless of whether they have been listed on Schedule B.

**Schedule D – Creditors Holding Secured Claims**

The Debtors reserve their rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any inter-company agreement) related to such creditor's claim. In certain instances, the Debtors may be a co-obligor, co-mortgagor or guarantor with respect to scheduled claims of an affiliate, and no claim set forth on Schedule D of the Debtors is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in the General Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. The Debtors reserve the right to supplement and/or amend their Schedules and Statements to list such amounts on Schedule D.

The Debtors have not listed on Schedule D the claims of certain entities to whom the Debtors provided security deposits and who may have secured claims to the extent of such security deposits. The claims of such entities have been listed on Schedule B. Statutory or inchoate lien rights may exist in favor of certain creditors. The Debtors have not listed on Schedule D any creditors who may have secured claims based on any such statutory or inchoate lien rights.

Schedule D does not include secured tax claims owing to governmental units. All tax claims, if any, are listed on Schedule E without regard to whether they are secured claims, priority claims, priority unsecured claims, or nonpriority unsecured claims. Any listing on Schedule E is without prejudice to the right of the Debtors to recognize any such claim as a secured claim or a nonpriority unsecured claim if so asserted by the applicable taxing authority in a proof of claim. In addition, if applicable, the Debtors reserve the right to amend Schedule E to recharacterize any listed claim as a nonpriority unsecured claim or to object to any proof of claim asserting priority unsecured status if such claim is determined to be a nonpriority unsecured claim.

Except as provided in the amended final cash collateral order dated as of December 17, 2015, the Debtors reserve the right to dispute, or assert offsets or defenses to, any claim reflected on Schedule D as to nature, amount, liability or status.

**Schedule E – Creditors Holding Unsecured Priority Claims**
The listing of creditors on Schedule E is preliminary and is subject to reconciliation and, if necessary, amendment by the Debtors. The Debtors reserve their rights to dispute or challenge whether such creditors are entitled to priority claims.

**Schedule F – Creditors Holding Unsecured Non-priority Claims**
On Schedule F, the Debtors have listed amounts payable to general unsecured creditors as of the Petition Dates. In an attempt to obtain the most accurate and reliable information by allowing adequate time for all pertinent information to be received and reflected in the Debtors' books and records, the Debtors searched their records as of the Petition Dates to determine their unpaid, unsecured obligations as of the Petition Dates. The claims listed in Schedule F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. While best efforts have been made, determination of each date upon which each claim in Schedule F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors may not list a date for each claim listed on Schedule F.

**Schedule G – Executory Contracts and Unexpired Leases**
Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions or over-inclusion may have occurred. The presence of a contract, agreement or lease on Schedule G does not constitute an admission that such contract, agreement or lease is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Dates or is valid or enforceable. Any and all of the Debtors' rights, claims and causes of action with respect to the contracts, agreements and leases listed on Schedule G are hereby reserved and preserved, and as such, the Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement such Schedules as necessary.

The Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as indemnity agreements, supplemental agreements, amendments/letter agreements, and confidentiality agreements. Such documents may not be set forth in Schedule G. Moreover, the contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements which may not be listed on Schedule G.

Portions of some contracts and leases that are listed on Schedule G may have been fully performed, while other portions of the same contracts and leases may remain executory. The Debtors reserve all of their rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument related to a creditor's claim, including, but not limited to, the contracts, agreements and leases listed on Schedule G.

In some cases the same entity appears multiple times in Schedule G. This multiple listing is to reflect distinct agreements between the Debtors and such entity.

Fill in this information to identify the case:

Debtor name    **Freedom Communications, Inc., a Delaware corporation**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **8:15-bk-15311 MW**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended Schedule
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   December 2 , 2015        X _____
                                        Signature of individual signing on behalf of debtor

                                        **Richard E. Mirman**
                                        Printed name

                                        **Chief Executive Officer**
                                        Position or relationship to debtor

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy