William N. Lobel, State Bar No. 93202
wlobel@lwgfllp.com
Alan J. Friedman, State Bar No. 132580
afriedman@lwgfllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@lwgfllp.com
Christopher J. Green, State Bar No. 295874
cgreen@lwgfllp.com
**LOBEL WEILAND GOLDEN FRIEDMAN**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:15-bk-15311 MW |
| FREEDOM COMMUNICATIONS, INC., a Delaware corporation et al.[1], | Chapter 11 |
| Debtors and Debtors-in-Possession. | (Jointly Administered with Case Nos. 8:15-bk-15312-MW; 8:15-bk-15313-MW; 8:15-bk-15315-MW; 8:15-bk-15316-MW; 8:15-bk-15317-MW; 8:15-bk-15318-MW; 8:15-bk-15319-MW; 8:15-bk-15320-MW; 8:15-bk-15321-MW; 8:15-bk-15322-MW; 8:15-bk-15323-MW; 8:15-bk-15324-MW; 8:15-bk-15325-MW; 8:15-bk-15326-MW; 8:15-bk-15327-MW; 8:15-bk-15328-MW; 8:15-bk-15329-MW; 8:15-bk-15330-MW; 8:15-bk-15332-MW; 8:15-bk-15337-MW; 8:15-bk-15339-MW; 8:15-bk-15340-MW; 8:15-bk-15342-MW; 8:15-bk-15343-MW) |
| Affects: | |
| ☒  All Debtors | |
| ☐  Freedom Communications, Inc., a Delaware corporation, ONLY | |
| ☐  Freedom Communications Holdings, Inc., a Delaware corporation, ONLY | |

---

[1] The last four digits of the Debtors' federal tax identification numbers are as follows: Freedom Communications, Inc. (0750); Freedom Communications Holdings, Inc. (2814); Freedom Services, Inc. (3125); 2100 Freedom, Inc. (7300); OCR Community Publications, Inc. (9752); Daily Press, LLC (3610); Freedom California Mary Publishing, Inc. (4121); Freedom California Ville Publishing Company LP (7735); Freedom Colorado Information, Inc. (7806); Freedom Interactive Newspapers, Inc. (9343); Freedom Interactive Newspapers of Texas, Inc. (8187); Freedom Newspaper Acquisitions, Inc. (4322); Freedom Newspapers (7766); Freedom Newspapers, Inc. (3240); Freedom Newspapers of Southwestern Arizona, Inc. (5797); OCR Information Marketing, Inc. (7983); Odessa American (7714); Orange County Register Communications, Inc. (7980); Victor Valley Publishing Company (6082); Victorville Publishing Company (7617); Freedom SPV II, LLC (8253); Freedom SPV VI, LLC (8434); Freedom SPV I, LLC (3293); Freedom SPV IV, LLC (8500); and Freedom SPV V, LLC (9036).  The Debtors' mailing address is 625 N. Grand Avenue, Santa Ana, California 92701.

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

☐ Freedom Services, Inc., a Delaware corporation, ONLY

☐ 2100 Freedom, Inc., a Delaware corporation, ONLY

☐ OCR Community Publications, Inc., a California corporation, ONLY

☐ Daily Press, LLC, a California limited liability company, ONLY

☐ Freedom California Mary Publishing, Inc., a California corporation, ONLY

☐ Freedom California Ville Publishing Company LP, a California limited partnership, ONLY

☐ Freedom Colorado Information, Inc., a Delaware corporation, ONLY

☐ Freedom Interactive Newspapers, Inc., a California corporation, ONLY

☐ Freedom Interactive Newspapers of Texas, Inc., a Delaware corporation, ONLY

☐ Freedom Newspaper Acquisitions, Inc., a Delaware corporation, ONLY

☐ Freedom Newspapers, a Texas general partnership, ONLY

☐ Freedom Newspapers, Inc., a Delaware corporation, ONLY

☐ Freedom Newspapers of Southwestern Arizona, Inc., a California corporation, ONLY

☐ OCR Information Marketing, Inc., a California corporation, ONLY

☐ Odessa American, a Texas general partnership, ONLY

☐ Orange County Register Communications, Inc., a California corporation, ONLY

☐ Victor Valley Publishing Company, a California corporation, ONLY

☐ Victorville Publishing Company, a California limited partnership, ONLY

**CHAPTER 11 STATUS CONFERENCE REPORT; AND DECLARATION OF CHRIS D. DAHL**

**DATE:    January 13, 2016**
**TIME:     9:00 a.m.**
**Place:    Courtroom 6C**
**411 West Fourth Street**
**Santa Ana, California 92701**

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

1051726.1

1  ☐  Freedom SPV II, LLC, a Delaware limited liability company, ONLY

2

3  ☐  Freedom SPV VI, LLC, a Delaware limited liability company, ONLY

4  ☐  Freedom SPV I, LLC, a Delaware limited liability company, ONLY

5

6  ☐  Freedom SPV IV, LLC, a Delaware limited liability company, ONLY

7  ☐  Freedom SPV V, LLC, a Delaware limited liability company, ONLY

8

9  **TO THE HONORABLE MARK S. WALLACE, UNITED STATES BANKRUPTCY JUDGE,**

10 **THE OFFICE OF THE UNITED STATES TRUSTEE, THE COMMITTEE OF CREDITORS**

11 **HOLDING UNSECURED CLAIMS, AND OTHER PARTIES-IN-INTEREST:**

12      On November 1, 2015 and November 2, 2015 (the "Petition Dates"), the jointly

13 administered debtors and debtors-in-possession (the "Debtors") commenced the above-

14 captioned cases (the "Cases") under chapter 11 of title 11 of the United States Code (the

15 "Bankruptcy Code") in the United States Bankruptcy Court for the Central District of

16 California (the "Court").  The Debtors continue to operate their businesses and manage

17 their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the

18 Bankruptcy Code.  No request for the appointment of a trustee or examiner has been

19 made in the Cases.  On November 10, 2015, the United States Trustee appointed a joint

20 committee of creditors holding unsecured claims (the "Committee") in the cases of:  (1)

21 Freedom Communications, Inc., 8:15-bk-15311-MW; (2) Freedom Communications

22 Holdings, Inc., 8:15-bk-15312-MW; (3) Freedom Services, Inc., 8:15-bk-15313-MW; and

23 (4) OCR Community Publications, Inc., 8:15-bk-15316-MW.  The Debtors hereby submits

24 their Chapter 11 Status Report.

25      **A.    Requirements of Chapter 11 Debtors-in-Possession**

26      The Debtors believes that they are in compliance with their duties under

27 sections 521, 1106 and 1107 of the Bankruptcy Code, and the requirements of Rule 2015-

28

*Lobel Weiland Golden Friedman LLP*
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

1051726.1

CHAPTER 11 STATUS CONFERENCE
REPORT

2(a) and (b) of the Local Bankruptcy Rules (the "Local Rules").  On November 2, 2015, the Debtors filed their *Ex Parte Motion for an Order Extending Time Within Which the Debtors Must File Schedules of Assets and Liabilities and Statements of Financial Affairs and Other Required Documents as Listed in the Court's Deficiency Notice Pursuant to Federal Rule of Bankruptcy Procedure 1007(c) and Local Bankruptcy Rule 1007-1(b)*, for 29 days through and including December 15, 2015.  The motion was granted by order entered on November 5, 2015.  The Debtors filed a second ex parte motion on December 14, 2015, seeking a further extension through and including December 21, 2015, which was approved by order entered on December 17, 2015.  On December 21, 2015, the Debtors' filed their Schedules and Statements of Financial Affairs.  The Court has issued notices of deficiencies as to certain documents, which the Debtors will file prior to January 1, 2016. The Debtors have discussed the form of their monthly operating reports with the Office of the United States Trustee to ensure that the information is submitted correctly.  The Debtors' first monthly operating report for the month of November, 2015, will be submitted shortly.

### B.  Employment of Professionals

#### 1.  Counsel

On November 24, 2015, the Debtors filed an application to employ Lobel Weiland Golden Friedman LLP as reorganization counsel to the Debtors (the "LWGF Application") [Docket No. 130], and on December 17, 2015 this Court entered an order authorizing the LWGF Application [Docket No. 238].  On December 2, 2015, the Debtors filed an application to employ Rutan & Tucker, LLP as special corporate counsel (the "R&T Application") [Docket No. 157], and on December 22, 2015, the order approving Rutan & Tucker's employment was entered [Docket No. 254].

**Lobel Weiland Golden Friedman LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

### 2.      Claims, Noticing and Balloting Agent

On November 25, 2015, the Debtors filed an application to employ Donlin, Recano & Company as notice, claims and balloting agent for the Debtors (the "DRC Application") [Docket No. 134].  The Debtors received comments from the clerk of the Court, and intend to file a supplement to the DRC Application incorporating in the comments received from the Clerk.

### 3.      Other Professionals and Consultants

On December 1, 2015, the Debtors filed an application to employ GlassRatner Advisory & Capital Group LLC as financial advisor and consultant for the Debtors (the "GlassRatner Application").  The order approving GlassRatner's employment was entered on December 23, 2015 [Docket No. 262].  The Debtors anticipate filing employment applications for Squar Milner as their accountant and FTI Consulting, Inc. as their investment banker.

On December 9, 2015, the Debtors filed an application to employ Mosier & Company, Inc. as independent sale representative for the Debtors (the "Mosier Application") [Docket No. 196].  As of the date of this Status Report, the objection period for the Mosier Application has not expired.

On December 22, 2015, the Debtors filed a motion to employ ordinary course professionals [Docket No. 256].  The motion was filed on a no-hearing basis and the deadline to object to the motion expires on January 11, 2016.

### C.      Administrative Tax Claims

Administrative tax claims have been fully paid on a current basis.

### D.      Status of Debtors' Post-Petition Operations

The Debtors continue to operate their businesses as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

1051726.1

CHAPTER 11 STATUS CONFERENCE REPORT

**E.    Status of Post-Petition Litigation Involving the Debtors**

The Debtors are currently involved in thirty-two actions in multiple courts around the country.  The Debtors are in the process of filing notices of stay in those cases.  A list of the litigation is attached to the Dahl Declaration as Exhibit 1.

**F.    Executory Contracts and Unexpired Leases**

The deadline to assume or reject non-residential real property leases expires on February 29, 2016.  The Debtors are in the process of evaluating their unexpired leases and executory contracts.  However, given that the Debtors intend to sell all of their assets, it is likely that the decisions with respect to assumption and rejection will be made in the context of the sales process.  Schedule G for those Debtors that have executory contracts and unexpired leases is attached to the Dahl Declaration as Exhibit 2.

**G.    Plan and Disclosure Statement**

The Debtors anticipate a plan and disclosure statement will be on filed and served after the completion of the sales process.  Currently, the Debtors anticipate that the sales process will be completed by the end of March 2016.  However, that date is subject to change as the process moves forward.  The Debtors cannot file a plan and disclosure statement prior to this date because the funding for the plan is coming from the sale of the Debtors' assets.  The Debtors have begun the process of marketing their assets and soliciting offers, and anticipate that a motion seeking approval of bid procedures and potentially a stalking horse bidder will be on file by January 8, 2016.

**H.    Proposed Deadline for Filing Proofs of Claim**

The Debtors are preparing a motion to establish a deadline to file proofs of claim.  The motion will be filed prior to the chapter 11 status conference and will likely request a bar date of March 21, 2016, approximately 60 days from the status conference.

**I.    Avoidance Actions**

The Debtors are still evaluating whether there are any avoidance actions to pursue.  No complaints have been filed.  The Debtors believe that there may be viable causes of action related to certain liens that exist against certain of their assets, but are investigation

1  whether the issues can be resolved without the need for litigation.  The Committee has

2  been vested with the authority to commence actions, if any, against Silver Point, and

3  certain of its affiliated entities.

4  **J.    Cash Collateral**

5  On November 3, 2015, the Debtors filed a *Motion for Entry of: (I) Interim Order (A)*

6  *Authorizing Debtors to (1) Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (2) Provide*

7  *Adequate Protection to Prepetition Secured Parties, (3) and Grant Related Relief, and (B)*

8  *Setting Final Hearing; and (II) Final Order Authorizing Debtors to (A) Obtain Postpetition*

9  *Financing Pursuant to 11 U.S.C. §§ 105, 361, 362 and 364, (B) Utilize Cash Collateral*

10 *Pursuant to 11 U.S.C. § 363, (C) Provide Adequate Protection to Prepetition Secured*

11 *Parties, (D) Repay Certain Prepetition Secured Debtor, and (E) Grant Related Relief* (the

12 "Cash Collateral Motion") [Docket No. 12].  The hearing on the Cash Collateral Motion

13 was held on November 4, 2015, and the interim order authorizing the use of cash

14 collateral was entered on November 5, 2015 [Docket No. 47].  The final hearing on the

15 Cash Collateral Motion was held on December 14, 2015.  The Court approved the Cash

16 Collateral Motion on a final basis at the hearing.  An amended order was entered on

17 December 17, 2015 [Docket No. 239].  The order was amended to attach a corrected

18 budget that set forth the Debtor's use of cash collateral from the Petition Dates through

19 April 1, 2016, instead of January 1, 2016 through April 1, 2016.  The Superpriority Debtor-

20 in-Possession Credit and Security Agreement was filed with the Court on December 14,

21 2015, entered into between certain of the Debtors and Silver Point Finance, LLC, and the

22 $4.5 million in Debtor-in-Possession financing has been funded.

23 Dated:  December 23, 2015                    LOBEL WEILAND GOLDEN FRIEDMAN LLP

24

25                                                         By:    */s/ Beth E. Gaschen*
                                                                  WILLIAM N. LOBEL
26                                                                ALAN J. FRIEDMAN
                                                                  BETH E. GASCHEN
27                                                                CHRISTOPHER J. GREEN
                                                                  Attorneys for Debtors
28                                                                and Debtors-in-Possession

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

1051726.1

CHAPTER 11 STATUS CONFERENCE
REPORT

## DECLARATION OF CHRIS D. DAHL

I, Chris D. Dahl, declare as follows:

1.     I am the Chief Financial Officer ("CFO") of the debtors and debtors-in-possession (the "Debtors") in the above-captioned chapter 11 cases (the "Cases"). I have served as Chief Financial Officer since March, 2015, but have been employed by the Debtors since 1998. In my role as CFO, I am responsible for: (i) financial planning and analysis; (ii) budgeting and forecasting; (iii) treasury and cash management (collections); (iv) payroll and accounts payable; and (v) general accounting.

2.     As a result of my tenure with the Debtors, my extensive day to day experience with the financial matters impacting the Debtors' operations, my review of relevant documents, and my discussions with other members of the Debtors' management teams in the ordinary course of business, I am familiar with the Debtors' day-to-day operations, business affairs, and books and records. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, could testify competently thereto. Except as otherwise stated, all facts set forth in this Declaration are based on my personal knowledge, my discussions with other members of the Debtors' senior management, my review of relevant documents, or my opinion, based on my experience and knowledge of the Debtors' operations and financial conditions. I am submitting this declaration in support of the Debtors' Chapter 11 Status Report.

3.     On November 1, 2015 and November 2, 2015, the Debtors commenced the Cases. The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in the Cases. On November 10, 2015, the United States Trustee appointed the Committee in the cases of: (1) Freedom Communications, Inc., 8:15-bk-15311-MW; (2) Freedom Communications Holdings, Inc., 8:15-bk-15312-MW; (3) Freedom Services, Inc., 8:15-bk-15313-MW; and (4) OCR Community Publications, Inc., 8:15-bk-15316-MW.

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

4. I believe the Debtors are in compliance with their duties under sections 521, 1106 and 1107 of the Bankruptcy Code, and the requirements of Rule 2015-2(a) and (b) of the Local Rules. On November 2, 2015, the Debtors filed their *Ex Parte Motion for an Order Extending Time Within Which the Debtors Must File Schedules of Assets and Liabilities and Statements of Financial Affairs and Other Required Documents as Listed in the Court's Deficiency Notice Pursuant to Federal Rule of Bankruptcy Procedure 1007(c) and Local Bankruptcy Rule 1007-1(b)*, for 29 days through and including December 15, 2015. The motion was granted by order entered on November 5, 2015. The Debtors filed a second ex parte motion on December 14, 2015, seeking a further extension through and including December 21, 2015, which was approved by order entered on December 17, 2015. On December 21, 2015, the Debtors' filed their Schedules and Statements of Financial Affairs. The Court has issued notices of deficiencies as to certain documents, which the Debtors will file prior to January 1, 2016. The Debtors have discussed the form of their monthly operating reports with the Office of the United States Trustee to ensure that the information is submitted correctly. The Debtors' first monthly operating report for the month of November, 2015, will be submitted shortly.

5. The Debtors have employed Lobel Weiland Golden Friedman LLP as reorganization counsel, Rutan & Tucker, LLP as special corporate counsel, and GlassRatner as the Debtors' financial advisor and consultant.

6. The Debtors are in the process of employing Donlin, Recano & Company as notice, claims and balloting agent. I have been informed that Lobel Weiland Golden Friedman LLP has received comments from the clerk of the Court and will file a supplement to the DRC Application incorporating in the comments received from the Clerk.

7. The Debtors anticipate filing employment applications for Squar Milner as their accountant and FTI Consulting, Inc. as their investment banker. On December 9, 2015, the Debtors filed an application to employ Mosier & Company, Inc. as independent

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

sale representative for the Debtors.  As of the date of this Status Report, the objection

period for the Mosier Application has not expired.

8.    On December 22, 2015, the Debtors filed a motion to employ ordinary

course professionals.  The motion was filed on a no-hearing basis and the deadline to

object to the motion expires on January 11, 2016.

9.    Administrative tax claims have been fully paid on a current basis.

10.   The Debtors are currently involved in thirty-two actions in multiple courts

around the country.  The Debtors are in the process of filing notices of stay in those

cases.  A list of the litigation is attached hereto as Exhibit 1.

11.   The Debtors' executory contracts and unexpired leases are being evaluated

and based upon information provided to me by the Debtors' professionals, I believe it is

likely that the decision to assume and reject will be made in the context of the sales

process.  Schedule G for those Debtors that have executory contracts and unexpired

leases is attached hereto as Exhibit 2.

12.   The Debtors' plan and disclosure statement will be filed and served after the

completion of the sales process.  I anticipate that the sales process will be completed by

the end of March 2016.  However, that date is subject to change as the process moves

forward.  The Debtors cannot file a plan and disclosure statement prior to this date

because the funding for the plan is coming from the sale of the Debtors' assets.  The

Debtors have begun the process of marketing their assets and soliciting offers, and I

anticipate that a motion seeking approval of bid procedures and potentially a stalking

horse bidder will be on file by January 8, 2016.

13.   The Debtors' counsel is preparing a motion to establish a deadline to file

proofs of claim.  The motion will be filed prior to the chapter 11 status conference.  The

motion will request a bar date of March 21, 2016.

14.   The Debtors are still evaluating whether there are any avoidance actions to

pursue.  No complaints have been filed.  Based on my conversations with the Debtors'

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

CHAPTER 11 STATUS CONFERENCE
REPORT

1  professionals, I believe that there may be viable causes of action related to certain liens

2  that exist against certain of the Debtors' assets, but the Debtors are investigating whether

3  the issues can be resolved without the need for litigation.  The Committee has been

4  vested with the authority to commence actions, if any, against Silver Point, and certain of

5  its affiliated entities.

6         15.    On November 3, 2015, the Debtors filed the Cash Collateral Motion.  The

7  hearing on the Cash Collateral Motion was held on November 4, 2015, and the interim

8  order authorizing the use of cash collateral was entered on November 5, 2015.  The final

9  hearing on the Cash Collateral Motion was held on December 14, 2015.  The Court

10  approved the Cash Collateral Motion on a final basis at the hearing.  An amended order

11  was entered on December 17, 2015.  The order was amended to attach a corrected

12  budget that set forth the Debtor's use of cash collateral from the Petition Dates through

13  April 1, 2016, instead of January 1, 2016 through April 1, 2016.  The Superpriority Debtor-

14  in-Possession Credit and Security Agreement was filed with the Court on December 14,

15  2015, entered into between certain of the Debtors and Silver Point Finance, LLC, and the

16  $4.5 million in Debtor-in-Possession financing has been funded.

17         I declare under penalty of perjury that the foregoing is true and correct.

18         Executed on this 23rd day of December, 2015, at Santa Ana, California.

19

20

21                            Chris D. Dahl

22

23

24

25

26

27

28

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

| Entity | Plaintiff | Plaintiff's Counsel | Defendant | Nature of Case | Court | Case # | Status of Case |
|---|---|---|---|---|---|---|---|
| Orange County Register Communications, Inc. | Peter S. Kravitz, Litigation Trustee For the LHI Liquidation Co., Inc. et al. Litigation Trust | Joseph L. Steinfeld, ASK LLP, 2600 Eagan Woods Drive, Ste 400, St. Paul, MN 55121 651-406-9665 | Orange County Register Communications, Inc. dba The Orange County Register, etc., Dft | Preferential Transfer | United States Bankruptcy Court for the District of Delaware | 1501194MG | Pending |
| 2100 FREEDOM, INC. | Abbey Financial, LLC and Old Colony 2012 Investment Fund, LLC, Pltfs | Stephen M. Ferguson, Benesch, Friedlander, Coplan & Aronoff LLP, 222 Delaware Avenue, Ste 801, Wilmington, DE 19801-1611, 302-442-7056 | 2100 Freedom, Inc., Dft | Breach of Contract | Court of Chancery, State of Delaware | 10297VCL | Pending |
| 2100 FREEDOM, INC. | Abbey Financial, LLC and Old Colony 2012 Investment Fund, LLC, Pltfs | Same as above | 2100 Freedom, Inc., Dft | Breach of Contract | Court of Chancery, State of Delaware | 10297 | Pending |
| 2100 FREEDOM, INC. | Abbey Financial, LLC and Old Colony 2012 Investment Fund, LLC, Pltfs | Same as above | Silver Point Finance, LLC, et al., Dfts // To 2100 Freedom, Inc. | Breach of Contract | Court of Chancery, State of Delaware | 10193TBD | Pending |
| 2100 FREEDOM, INC. | Abbey Financial, LLC and Old Colony 2012 Investment Fund, LLC, Pltfs | Same as above | Aaron Kushner, etc., and 1 other officers and/or directors, et al., Dfts | Breach of Contract | Court of Chancery, State of Delaware | 10193VCL | Pending |
| 2100 FREEDOM, INC. | Abbey Financial, LLC and Old Colony 2012 Investment Fund, LLC, Pltfs | Same as above | Erin Spitz, etc., and 1 other officers and/or directors, et al., Dfts | Breach of Contract | Court of Chancery, State of Delaware | 10193VCL | Pending |
| 2100 FREEDOM, INC. | Abbey Financial, LLC and Old Colony 2012 Investment Fund, LLC, Pltfs | Same as above | Silver Point Finance, LLC, et al. including 2100 Freedom, Inc., Dfts | Breach of Contract | Court of Chancery, State of Delaware | 10193VCL | Pending |
| 2100 FREEDOM, INC. | Abbey Financial, LLC and Old Colony 2012 Investment Fund, LLC, Pltfs | Same as above | Silver Point Finance, LLC, et al. including 2100 Freedom, Inc., Dfts | Breach of Contract | Court of Chancery, State of Delaware | 10193VCL | Pending |
| 2100 FREEDOM, INC. | Abbey Financial, LLC and Old Colony 2012 Investment Fund, LLC, Pltfs | Same as above | Silver Point Finance, LLC, et al. including 2100 Freedom, Inc., Dfts | Breach of Contract | Court of Chancery, State of Delaware | 10193VCL | Pending |
| Orange County Register Communications, Inc. | Advanced Courier Concepts, Inc., etc., Pltf | Gregory L. Bosse, 940 W. 17th Street, Suite F, Santa Ana, CA 92706, 714-550-9555 | Freedom Communications, Inc., etc., et al. including Orange County Register Communications, Inc., etc., Dfts | Breach of Contract | O.C. Superior Court, Central Justice Center | 302015007/82842 CLIBCJC | Pending |
| Orange County Register Communications, Inc. | Advanced Courier Concepts, Inc., etc., Pltf | Same as above | Freedom Communications, Inc., etc., et al. including Orange County Register Communications, Inc., etc., Dfts | Breach of Contract | O.C. Superior Court, Central Justice Center | 302015007/82842 CLIBCJC | Pending |
| Orange County Register Communications, Inc. | Advanced Courier Concepts, Inc., etc., Pltf | Same as above | Freedom Communications, Inc., etc. et al. including Orange County Register Communications, Inc., etc., Dfts | Breach of Contract | O.C. Superior Court, Central Justice Center | 302015007/82842 CLIBCJC | Pending |

EXHIBIT 1  PAGE  12

| Entity | Plaintiff | Plaintiff's Counsel | Defendant | Nature of Case | Court | Case # | Status of Case |
|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Dalia A Garcia, Claimant | | Freedom Communications Inc | Unknown | -- | | Pending |
| Freedom Communications, Inc. | Denise Deutsche, etc., Pltf. | Damian M. Moos, Kang Spanos & Moos LLP, 120 Vantis, Suite 5353, Aliso Viejo, CA 92656, 949-556-5278 | Freedom Communications, Inc., etc., et al., Dfts. | Employment | O.C. Superior Court, Central Justice Center | 302015007795846 | Pending |
| Orange County Register Communications, Inc. | Fisher Printing, Inc., Pltf. | Katherine K. Liner, Tressler LLP, 1800 Von Karmen Ave, Suite 800, Irvine, CA 92612, 949-336-1200 | Orange County Register Communications, Inc., Dft. | Damages | United States District Court, Central District of California | 8:15-CV00800-JVSS-SS | Judgment |
| Freedom Communications Holdings, Inc. | FTI Consulting, Inc., Pltf. | Nolan E. Shanahan, Cole, Schotz, Meisel, Forman & Leopnard, P.A., 900 Third Ave, 16th Floor, New York, NY, 10022-4728, 212-752-8000 | Freedom Communications Holdings, Inc., Dft. | Collection for Professional Services Rendered | New York Superior Court | 1598122014 | Dismissed |
| Freedom Communications, Inc. | Jerry Asencio, Complainant | Raymond E. Hane III, California Employment Consel, APC, 600 Anton Boulevard, Suite 1100, Costa Mesa, CA 92626, 714-462-8376 | Freedom Communications, Inc., Respondent | Employment | | 614065172413 | Pending |
| Freedom Communications, Inc. | Jerry Asencio, Complainant | Same as above | Freedom Communications, Inc., Dft. | | | 614065172413 | Pending |
| Freedom Communications, Inc. | Juan Almanza, etc., Pltf. | D. Aaron Brock, JML Law, A Professional Law Corporation, 21052 Oxnard Street, Woodland Hills, CA 91367, 818-610-8500 | Freedom Communications, Inc., etc., et al., Dfts. | Claim for Wrongful Termination | O.C. Superior Court, Central Justice Center | 3020140072794D | Pending |
| Freedom Communications, Inc. | Juan Almanza, etc., Pltf. | Same as above | Freedom Communications, Inc., et al., Dfts. | Claim for Wrongful Termination | O.C. Superior Court, Central Justice Center | 3020140072794D | Pending |
| Freedom Communications, Inc. | Kading Briggs LLP, etc., etc., Pltf. | Sean A. Kading, Law Offices of Sean A. Kading, 30211 Avenida Banderas, Suite 200, Rancho Santa Margarita, CA 92688, 949-766-6742 | Freedom Communications, Inc., etc., et al., Dfts. | Breach of Contract/Warranty | O.C. Superior Court, Central Justice Center | 3020150079434 | Pending |

EXHIBIT 1  PAGE  13

| Entity | Plaintiff | Plaintiff's Counsel | Defendant | Nature of Case | Court | Case # | Status of Case |
|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Los Angeles Times Communications LLC, etc., Pltf. | Kevin L. Vick, Jassy Vick Carolan LLP, 6605 Hollywood Boulevard, Suite 100, Los Angeles, CA 90028, 310-870-7048 | Orange County Register Communications, Inc., Dfts. // To: Freedom Communications, Inc. | Breach of Contract | L.A. Superior Court | BC560509 | Pending |
| Orange County Register Communications, Inc. | Los Angeles Times Communications LLC, etc., Pltf. | Same as above | Orange County Register Communications, Inc., etc., et al., Dfts. | Breach of Contract | L.A. Superior Court | BC560509 | Pending |
| Orange County Register Communications, Inc. | Los Angeles Times Communications LLC, etc., Pltf. | Same as above | Orange County Register Communications, Inc., etc., et al., Dfts. | Breach of Contract | L.A. Superior Court | BC560509 | Pending |
| Orange County Register Communications, Inc. | Los Angeles Times Communications LLC, etc., Pltf. | Same as above | Orange County Register Communications, Inc., etc., et al., Dfts. | Breach of Contract | L.A. Superior Court | BC560509 | Pending |
| Orange County Register Communications, Inc. | Los Angeles Times Communications LLC, etc., Pltf. | Same as above | Orange County Register Communications, Inc., etc., et al., Dfts. | Breach of Contract | L.A. Superior Court | BC560509 | Pending |
| Orange County Register Communications, Inc. | Los Angeles Times Communications LLC, etc., Pltf. | Same as above | Orange County Register Communications, Inc., etc., et al., Dfts. | Breach of Contract | L.A. Superior Court | BC560509 | Pending |
| Orange County Register Communications, Inc. | Los Angeles Times Communications LLC, etc., Pltf. | Same as above | Orange County Register Communications, Inc., etc., et al., Dfts. | Breach of Contract | L.A. Superior Court | BC560509 | Pending |
| Freedom Communications Holdings, Inc. | Los Angeles Times Communications LLC, Pltf. | Same as above | Orange County Register Communications, Inc., Dft., Freedom Communications Inc., Garnishee | Breach of Contract | L.A. Superior Court | BC560509 | Pending |
| Orange County Register Communications, Inc. | Los Angeles Times Communications LLC, Pltf. | Same as above | Orange County Register Communications, Inc., et al., Dfts., Orange County Register Communications, Inc., Garnishee | Breach of Contract | L.A. Superior Court | BC560509 | Pending |
| Freedom Communications, Inc. | Matthew A. Law, Pltf. | Tracy Ann Smith, Perry ft Young, P.A., 200 Harrison Avenue, Panama City, FL 32401, 850-215-7777 | Billie Jean Winer, et al. including Freedom Communications, Inc., Dfts. | Personal Injury | Bay County Circuit Court | 2013CA185 | Pending |

EXHIBIT 1  PAGE  14

**Fill in this information to identify the case:**

Debtor name ___Freedom Communications, Inc., a Delaware corporation___

United States Bankruptcy Court for the: ___CENTRAL DISTRICT OF CALIFORNIA___

Case number (if known) ___8:15-bk-15311 MW___

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                               12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**                              State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

2.1.    State what the contract or
        lease is for and the nature
        of the debtor's interest

        State the term remaining

        List the contract number of
        any government contract        _____        SEE ATTACHED ADDENDUM
_____        _____

EXHIBIT 2  PAGE  15

# FREEDOM COMMUNICATIONS INC.

## SCHEDULE "G" ATTACHMENT

EXHIBIT 2  PAGE  16

| DEBTOR ENTITY NAME | Name | Address1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY (If USA, leave blank) | State-what the contract or lease is for and the nature of the debtor's interest | Term Remaining |
|---|---|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Blue Waters | 3701 Old Santa Rita Rd #17 | | Pleasanton | CA | 94S88 | | Independent Contractor Subscription Marketing Sales Agr.: Independent subscription sales contractor | 07/01/16 |
| Freedom Communications, Inc. | Strategy Companion Corporation | 3240 El Camino Real | Ste 120 | Irvine | CA | 92602 | | Analyzer OEM License Agreement: A database Add On for creating dashboard visualizations | 30 day written notice |
| Freedom Communications, Inc. | Anthem Blue Cross | Department 5812 | | Los Angeles | CA | 90074-5812 | | Administrative Services Agreement: Employee health insurance coverage | NO END DATE |

EXHIBIT 2  PAGE  17

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Hyatt Legal Plans Inc | Dept 781523 | Po Box 78000 | Detroit | MI | 48278-1523 | | Legal Plan Agreement: MetLife Company affiliated | NO END DATE |
| Freedom Communications, Inc. | Eastman Kodak Company | 1778 Solutions Center | | Chicago | IL | 60677-1007 | | Trendsetter New Back-up Unit: Equipment and software - Riverside printing | 180 DAYS WRITTEN NOTICE |
| Freedom Communications, Inc. | Mutual Of Omaha | Po Box 2147 | | Omaha | NE | 68103-2147 | | Group Insurance Plan: Life, AD&D and Long term disability insurance plan | 12/31/16 |
| Freedom Communications, Inc. | Theodora Oringher PC | 1840 Century Park E, Ste 500 | | Los Angeles | CA | 90067-2120 | | Legal Representation - Letter: Legal services | NO END DATE |
| Freedom Communications, Inc. | Delta Dental Plan Of California | P.O. Box 677006 | | Dallas | TX | 75267-7006 | | Dental Benefit Plan: | NO END DATE |

EXHIBIT 2  PAGE  18

| Freedom Communications, Inc. | King Distribution | 1225 W Beverly Dr | | Orange | CA | 92868 | | Independent Contractor Delivery Service Agreement: Single copy distributor | 02/01/16 |
|---|---|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Black Box Network Services | Sds 12-3079 | Po Box 86 | Minneapolis | MN | 55486-3079 | | Standard Service Contract: Maintenance provider for telephone systems | 03/21/16 |
| Freedom Communications, Inc. | Pricing Engine Inc | 175 Varick St 4Th Flr | | New York City | NY | 10014 | | Reseller Services Agreement: Pay-per-click and social media advertising platforms which we resell to advertisers | 10/07/17 |
| Freedom Communications, Inc. | Richard Treasure | 24921 Muirland- Spc 25 | | Lake Forest | CA | 92630 | | Consulting Services Agreement: Corporate Finance independent contractor | 30 day written notice |
| Freedom Communications, Inc. | Ace Mobi | Po Box 7651 | | Laguna Niguel | CA | 92607-7651 | | Master Services Agreement: Software to deliver mobile news | 06/25/16 |

EXHIBIT 2  PAGE  19

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Aftercollege | 1804 Garnet Ave | Box #453 | San Diego | CA | 92109 | | Job Posting and Strategic Marketing Agreement: Recruitment - job posting software | 06/14/16 |
| Freedom Communications, Inc. | Ald LLC | 814 Tyvola Rd, Ste 107-A | | Charlotte | NC | 28217 | | Irrevocable Life Insurance Policy Relinquishment and Loan Satisfaction Agreement: Life Insurance Policy Agreement | 03/26/16 |
| Freedom Communications, Inc. | Ald LLC | 814 Tyvola Rd, Ste 107-A | | Charlotte | NC | 28217 | | Amended and Restated Promissory Note | 03/11/17 |
| Freedom Communications, Inc. | Aon Hewitt Investment Consulting Inc | 39584 Treasury Center | | Chicago | IL | 60694-9500 | | Master Consulting Agreement: Retirement Plan consultants | NO END DATE |

EXHIBIT 2  PAGE  20

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Braintree | Po Box 45950 | | Omaha | NE | 68145-0950 | Payment System Agreement: point of sale software - payment gateway and equipment | 03/31/16 |
| Freedom Communications, Inc. | Broadspire | 12874 Collections Center Dr | | Chicago | IL | 60693 | Medical Management: Workman's Comp | 12/31/16 |
| Freedom Communications, Inc. | Brokerage Concepts Inc Dba Healthnow Administrative Services | Po Box 742 | | Blue Bell | PA | 19422 | Administrative Services Agreement: Medical Plan - PPO | 01/01/17 |
| Freedom Communications, Inc. | CCA Financial LLC | Po Box 758760 | | Baltimore | MD | 21275-8760 | Equipment Lease Financing: Lease No. 1726-001. | 07/25/16 |
| Freedom Communications, Inc. | Constellation Ck LLC | 333 Twin Dolphin Dr Ste 230 | | Redwood City | CA | 94065-1416 | Site Agreement: website builder - service | 06/17/18 |
| Freedom Communications, Inc. | Crystal Financial Spv LLC | Two International Place | 17Th Flr | Boston | MA | 02110 | Term Loan Agreement: Aaron Kushner agreement. | NO END DATE |

EXHIBIT 2  PAGE  21

Case 8:15-bk-15311-MW    Doc 251    Filed 12/21/15    Entered 12/21/15 23:26:20    Desc
Main Document    Page 623 of 749

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Data Sales Co Inc | Nw 7305 | Po Box 1450 | Minneapolis | MN | 55485-7305 | | Equipment Lease Financing: Lease No. 1726-02 | 03/01/17 |
| Freedom Communications, Inc. | Data Sales Co Inc | Nw 7305 | Po Box 1450 | Minneapolis | MN | 55485-730S | | Equipment Lease Financing: Lease No. 1726-03 - Tape hardware lease | 09/22/16 |
| Freedom Communications, Inc. | Eventful | Po Box 5216 | | New York | NY | 10087-5216 | | Confidential Services License Agreement: Software to access event data on website; mobile devices | 10/01/16 |
| Freedom Communications, Inc. | Eventful | Po Box 5216 | | New York | NY | 10087-5216 | | Confidential Services License Agreement: data, tools and services to display local events on the website | 09/20/16 |

EXHIBIT 2  PAGE  22

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Gabriels Technology Solutions | 9 East 40Th St, 2Nd Flr | | New York | NY | 10016 | | Software Techology Solutions: Software utilizing internet to provide private-label advertising and content portals | 01/01/16 |
| Freedom Communications, Inc. | Google Inc | Google - Dept 33654 | 3440 Walnut Ave, Bldg A 2Nd Fl | Fremont | CA | 94538 | | Google Search Appliance: Web search service | 30 day written notice |
| Freedom Communications, Inc. | Happiest Minds | Velankani Tech Park, 43 | Electronics City Hosur Rd | Bangalore | INDIA | 560 100 | INDIA | Master Services Agreement: IT Support - Helpdesk | 90 day written notice |
| Freedom Communications, Inc. | Infosys Bpo Limited | Bank Of America Lockbox Svcs | 13539 Collections Center Dr | Chicago | IL | 60693 | | Master Services Agreement: Outsourced business process support | NO END DATE |

EXHIBIT 2  PAGE  23

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Legacycom Inc | 820 Davis St | Ste 210 | Evanston | IL | 60201 | | Corporate Newspaper Agreement: Software enabling guests to write tributes or memorials for the deceased. Classified ads | 06/15/16 |
| Freedom Communications, Inc. | Microsoft Corporation | Po Box 842103 | | Dallas | TX | 75282-2103 | | Online Subscription Agreement: Office 365 | 12/29/15 |
| Freedom Communications, Inc. | Mutual Of Omaha | Po Box 2147 | | Omaha | NE | 68103-2147 | | Group Insurance Plan: Life, accidental death and dismemberment and long-term disability associate policies | 12/31/15 |
| Freedom Communications, Inc. | Newscycle Solutions Inc | Dept Ch 19691 | | Palatine | IL | 60055-9691 | | Circulation Software | 11/19/17 |

EXHIBIT 2  PAGE  24

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Optimus Group Inc | 120 W Cerrito | Bldg # 3 | Anaheim | CA | 92805 | | Customer Service Agreement: They provide temporary employee contract labor in Operations Dept. | No End Date |
| Freedom Communications, Inc. | Own Localcom Inc | 701 Brazos St, Ste 1613 | | Austin | TX | 78701 | | Agreement: Provides Search Engine Optimization directory services – we mark up and resell to advertisers. Also, platform for "print to web" ad program. | 01/16/16 |
| Freedom Communications, Inc. | Phaz2 Inc | 5300 Melrose Avenue | Ste 325 | Hollywood | CA | 90038 | | Subscription Agreement: mobile marketing platform deploying Recruitment sales team's text messages to subscribers who want to see our weekly "help wanted" ads on mobile devices. | 05/05/16 |

EXHIBIT 2  PAGE 25

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Sectran Security Inc | Po Box 227267 | | Los Angeles | CA | 90022-0967 | | Armored Service Agreement: Serves Press-Enterprise, Chicago Ave location to City National Bank. | 10/01/16 |
| Freedom Communications, Inc. | Sensiba San Filippo LLP | Po Box 11897 | | Pleasanton | CA | 94588 | | Corporate Audit Services | 30 day written notice |
| Freedom Communications, Inc. | Silverpop Systems Inc | Po Box 347925 | | Pittsburgh | PA | 15251-4925 | | Email Platform | 08/01/16 |
| Freedom Communications, Inc. | Southern Lithoplate | Po Box 741887 | | Atlanta | GA | 30374-1887 | | Capital Equipment Loan Agreement And Consumables Supply Agr: supplier of digital plates used to print the newspaper | 01/31/19 |

EXHIBIT 2  PAGE  26

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Stats LLC | 2775 Shermer Rd | | Northbrook | IL | 60062 | | License Agreement: Sports statistics used for print and online | 02/29/16 |
| Freedom Communications, Inc. | T-Mobile | Po Box 51843 | | Los Angeles | CA | 90051-6143 | | Retail Installment Contract: i-Phone 6's For Associates | 11/10/17 |
| Freedom Communications, Inc. | Unifyhr LLC | 105 Decker Ct #540 | | Irving | TX | 75062 | | Outsourcing Service Agreement: staffing services | 07/29/17 |
| Freedom Communications, Inc. | Wanted Technologies Corp | 400 Jean-Lesage Blvd | Hall Est, Bureau 500 | Quebec City, Qc | CANADA | G1K 8W1 | CANADA | Master Customer Agreement: Employment sourcing software | 03/01/16 |
| Freedom Communications, Inc. | Accuweather Inc | 385 Science Park Rd | | State College | PA | 16803-2215 | | Newspaper Service Agreement: weather content for print publication | 01/31/16 |

EXHIBIT 2  PAGE  27

| Freedom Communications, Inc. | Axis Capital Inc | Po Box 2555 | | Grand Island | NE | 68802 | | Equipment Lease Agreement: | 05/13/17 |
|---|---|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Benefit Concepts Inc | 20 Risho Ave | Attn: Accounting Dept | East Providence | RI | 02914 | | COBRA Service: COBRA benefits | 12/31/15 |
| Freedom Communications, Inc. | Kaiser Foundation Health Plan | Po Box 80204 | Worldway Postal Center | Los Angeles | CA | 90080 | | Employer Group Application: All Employee health care plan | 12/31/16 |
| Freedom Communications, Inc. | Kaiser Foundation Health Plan | Po Box 80204 | Worldway Postal Center | Los Angeles | CA | 90080 | | Employee Group Application: Health insurance program for Associates | 12/31/15 |
| Freedom Communications, Inc. | Oc Media Tower LP | 1103 N Broadway | | Santa Ana | CA | 92701 | | Lease Agreement: Lease on 625 N. Grand Ave. building | 08/31/34 |

EXHIBIT 2  PAGE  28

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Connext Financial | 101 W Washington St | Suite 1140 E | Indianapolis | IN | 46204 | | Lease Application: Pressroom Solutions - treated water for presses | No End Date |
| Freedom Communications, Inc. | Epals-Nexify Inc | 13625-A Dulles Technology Dr | | Herndon | VA | 20171 | | Service Agreement: e-Pal advertising online software | 12/31/16 |
| Freedom Communications, Inc. | Google Inc Dba Doubleclick | Po Box 7247-7366 | | Philadelphia | PA | PA | | Member Adopting Agreement: Ad server platform that keeps our websites running. Ad traffic and ad campaign reporting go through this platform. | NO END DATE |
| Freedom Communications, Inc. | Bottomley & Associates LLC | Po Box 7399 Pmb# 382 | 400 N Park Ave Ste 10B | Breckenridge | CO | 80424-7399 | | Newsprint Consulting Agreement: Newsprint broker | 01/31/16 |

EXHIBIT 2  PAGE  29

| Freedom Communications, Inc. | Express Scripts, Inc. | 100 Parson Pond Dr | | Franklin Lakes | NJ | 07417 | | Pharmacy Benefit Management Agreement: prescription drug portion of employee benefits | 01/01/17 |
|---|---|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Hcc Life Insurance Company | Po Box 402032 | | Atlanta | GA | 30384-2032 | | Stop Loss Insurance: Medical, prescription Stop Loss Insurance for employees | 12/31/15 |
| Freedom Communications, Inc. | Venegas Distributions | 3419 Via Lido | # 330 | Newport Beach | CA | 92663 | | Single Copy Distribution Agreement: single copy distribution services | 10/05/16 |
| Freedom Communications, Inc. | Ogletree Deakins Nash Smoak & Stewart PC | Post Office Box 89 | | Columbia | SC | 29202 | | General Advice and Counsel: Law firm – employee related legal support | NO END DATE |
| Freedom Communications, Inc. | Ogletree Deakins Nash Smoak & Stewart PC | Post Office Box 89 | | Columbia | SC | 29202 | | Engagement Letter: Legal counsel and advice | NO END DATE |

EXHIBIT 2  PAGE  30

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Anita Grace Advertising LLC | 12959 196Th Ln Nw | | Elk River | MN | 55330 | | Newspaper Advertising Representative Agreement: Solicit and sale of ad space in UNIDOS | 12/31/15 |
| Freedom Communications, Inc. | Associated Press | Po Box 414212 | | Boston | MA | 02241-4212 | | Letter Agreement: News wire service | NO END DATE |
| Freedom Communications, Inc. | White Buffalo Holdings LLC | 2801 E Spring St | Ste # 250 | Long Beach | CA | 90806 | | Lease Agreement: 2882 E. Spring St., #250, Long Beach (L.B. Register office) | 07/26/16 |
| Freedom Communications, Inc. | Southern California Public Radio | 1570 East Colorado Blvd | | Pasadena | CA | 91106 | | Lease: Office space rental - 625 N. Grand Ave. | 60 day written notice |
| Freedom Communications, Inc. | City of El Cajon | 200 Civic Center Way | | El Cajon | CA | 92020 | | Agreement for Professional Services: Printing of products for City of El Cajon (Freedom Printing) | 02/28/16 |

EXHIBIT 2  PAGE  31

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Testor Fci Acquisitions, Llc C/O Versa Capital Management, Inc | Cira Centre | 2929 Arch St | Philadelphia | PA | 19104 | | Asset Purchase Agreement: Sale of Assets to Testor FCI Acquisitions, LLC. | 05/14/22 |
| Freedom Communications, Inc. | Simplifi Holdings Inc | Dept 3113 | Po Box 123113 | Dallas | TX | 75312-3113 | | Master Service Agreement: advertising platform and service | 90 day written notice |
| Freedom Communications, Inc, | Kaango | 7900 International Dr | 8Th Flr | Bloomington | MN | 55425 | | Classified Services Agreement: software for printed and online classified ads | 02/14/16 |
| Freedom Communications, Inc. | Centro Inc | 222 W Hubbard St Ste 400 | | Chicago | IL | 60654 | | SiteScout Branded Ad Portal Agreement: Ad Portal - digital advertising software | 05/30/16 |
| Freedom Communications, Inc. | Halifax Media Holdings LLC | 111 Center St | Ste 2020 | Little Rock | AR | 72201 | | Asset Purchase Agreement: Sale to Halifax Media Holdings LLC | 05/30/22 |

EXHIBIT 2  PAGE  32

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Aci Ca LLC | 330 Golden Shore Ste 410 | | Long Beach | CA | 90802 | | Distribution Agreement: Newspaper distribution services | 01/25/20 |
| Freedom Communications, Inc. | Affluent Staffing LLC | Po Box 743451 | | Los Angeles | CA | 90074-3451 | | Staffing : Temporary Staffing for 1701 S. Lewis St., Anaheim | NO END DATE |
| Freedom Communications, Inc. | Data-Dynamix Inc | Po Box 140118 | | Edgewater | CO | 80214-9998 | | Services Requirement Agreement : Marketing software | 06/24/17 |
| Freedom Communications, Inc. | Goodwill Industries Of Orange County | 410 N Fairview | | Santa Ana | CA | 92703 | | Inserting Project: Sub-contractor providing newspaper insert work | 30 day written notice |
| Freedom Communications, Inc. | Monster Worldwide Inc | File 70104 | | Los Angeles | CA | 90074-0104 | | Marketing Agreement: Recruitment advertising revenue generating software | 12/31/15 |

EXHIBIT 2  PAGE  33

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Rdi Marketing Services Inc | 4350 Glendale-Milford Rd | Ste 250 | Cincinnati | OH | 45242 | | Master Services Areement: Circulation Customer Service Call Center | 05/06/16 |
| Freedom Communications, Inc. | Scarborough Research | Po Box 88990 | | Chicago | IL | 60695-1997 | | License Agreement: License to use research data | 02/18/16 |
| Freedom Communications, Inc. | Schindler Elevator Corporation | Po Box 93050 | | Chicago | IL | 60673-3050 | | Preventive Maintenance Program: Service of elevators at 625 N. Grand Ave. | 90 day written notice |
| Freedom Communications, Inc. | SRDS | Po Box 8500-8601 | | Philadelphia | PA | 19178-8601 | | Advertising Insertion Order: Monthly Dues for Premium Listing in CA | 03/14/16 |
| Freedom Communications, Inc. | Toyota Financial Services | Dept 2431 | | Carol Stream | IL | 60132-2431 | | Master Lease Agreement: Financing for Fork-lift; side-shifter equipment | 9/20/2017; 7/4/2018 |

EXHIBIT 2  PAGE  34

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Tribune Media Services Inc | Po Box 415106 | | Boston | MA | 02241-5106 | | License Agreement: news content provided to include in our print and online news | 03/31/16 |
| Freedom Communications, Inc. | Golden Rain Foundation Of Laguna Woods | File 55248 | | Los Angeles | CA | 90074-5248 | | Lease: 24351 El Toro Rd, Laguna Woods - Laguane Woods Content office | 12/31/16 |
| Freedom Communications, Inc. | Edgil Associates Inc | 222 Rosewood Dr | Ste 210 | Danvers | MA | 01923 | | NewsCentral End User License: Software to process credit card transactions | 01/03/17 |
| Freedom Communications, Inc. | Pier Group LLC | 6 Del Valle | | Orinda | CA | 94563 | | Lease: Sun Post office, 95 Avenida del Mar, San Clemente | 05/16/16 |
| Freedom Communications, Inc. | Associated Press | Po Box 414212 | | Boston | MA | 02241-4212 | | Service Agreement: News wire service | 90 DAYS WRITTEN NOTICE |

EXHIBIT 2  PAGE  35

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Caspio Inc | 2953 Bunker Hill Ln Ste 201 | | Santa Clara | CA | 94054 | | Service Agreement: Marketing Data Collection | NO END DATE |
| Freedom Communications, Inc. | Circulation Technicians Inc | 459 N Gilbert Rd, Ste B100 | | Gilbert | AZ | 85234 | | Client Services Agreement: Contractor - outbound calling to collect money and renew subscriptions | 01/04/16 |
| Freedom Communications, Inc. | Gary R Edwards Inc | 3930 Utah St | Ste A | San Diego | CA | 92104-2995 | | Independent Contractor Direct Sales Agr: Independent subscription sales contractor | NO END DATE |
| Freedom Communications, Inc. | Malcolm S Manber | 495 D Calle Cadiz | | Laguna Woods | CA | 92637 | | Independent Contractor Subscription Sales Agreement: Independent contractor subscription sales of the Orange County Register | 05/01/16 |

EXHIBIT 2 PAGE 36

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Marketing G2 LLC | Po Box 275 | | Spring House | PA | 19477 | | Subscription Software Agreement: subscription software license | 30 day written notice |
| Freedom Communications, Inc. | Reed Brennan Media Associates | 628 Virginia Dr | | Orlando | FL | 32803 | | Services Agreement: newsprint pagination service | 30 day written notice |
| Freedom Communications, Inc. | Solspot | 9562 Volante Dr | | Huntington Beach | CA | 92646 | | Forecast - Content Service Agreement: weather - forecast information service for online | 03/17/16 |
| Freedom Communications, Inc. | Tribune Content Agency LLC | 15158 Collections Center Dr | | Chicago | IL | 60693 | | Agreement: news content provided to include in our print and online news | 07/14/16 |

EXHIBIT 2  PAGE  37

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Burt Technologies Inc | 32156 Castle Ct | Ste 206 | Evergreen | CO | 80439 | | Software License Agreement: products used for newpaper and commercial printing | 30 day written notice |
| Freedom Communications, Inc. | Tom'S Truck Center | Po Box 88 | | Santa Ana | CA | 92702 | | Lease: Land owned by Freedom - leased to Tom's Truck Center | 30 day written notice |
| Freedom Communications, Inc. | Mader News Inc | 913 Ruberta Avenue | | Glendale | CA | 91201-2346 | | Single Copy Distribution Agreement: daily and Sunday delivery of the Orange County Register | 30 day written notice |
| Freedom Communications, Inc. | Oracle Usa Inc | Po Box 44471 | | San Francisco | CA | 94144-4471 | | Software License and Service Agreement: The Database Vendor used in CCI and Mactive | NO END DATE |

EXHIBIT 2  PAGE  38

| | | | | | | | | | AdBase System Purchase: Advertising Order entry, Accounts Receivables, pagination, ad management system | |
|---|---|---|---|---|---|---|---|---|---|---|
| Freedom Communications, Inc. | Mactive Inc | 410 N Wickham Rd | Ste 100 | Melbourne | | FL | 32935 | | AdBase System Purchase: Advertising Order entry, Accounts Receivables, pagination, ad management system | NO END DATE |

EXHIBIT 2  PAGE  39

**Fill in this information to identify the case:**

Debtor name   **Freedom Communications Holdings, Inc., a Delaware corporation**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **8:15-bk-15312 MW**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

2. List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

2.1.   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract   _____

SEE ATTACHED ADDENDUM

EXHIBIT 2  PAGE  40

# FREEDOM COMMUNICATIONS HOLDINGS

# SCHEDULE "G" ATTACHMENT

EXHIBIT 2  PAGE  41

| DEBTOR ENTITY NAME | Name | Address1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | State what the contract or lease is for and the nature of the debtor's interest | Term Remaining |
|---|---|---|---|---|---|---|---|---|---|
| Freedom Communications Holdings, Inc. | Associated Press | Po Box 414212 | | | Boston | MA | 02241-4212 | News Service : News Service for The Press-Enterprise. | 01/01/17 |
| Freedom Communications Holdings, Inc. | Angelo Gordon Management LLC | 245 Park Ave | | Attention: Bryan Rush | New York | NY | 10167 | Debt Restructuring Agreement:  Debt restructuring - 2100 Trust | NO END DATE |
| Freedom Communications Holdings, Inc. | Associated Press | Po Box 414212 | | | Boston | MA | 02241-4212 | AP Photostream Agreement:  Press-Enterprise - editorial photos (supplement to the Master Agreement) | 01/01/16 |
| Freedom Communications Holdings, Inc. | Latham & Watkins LLP | Po Box 7247-8202 | | | Philadelphia | PA | 19170-8202 | Engagement Letter:  Legal representation | NO END DATE |

EXHIBIT 2  PAGE  42

| Freedom Communications Holdings, Inc. | Afco | Dept La 21315 | | | Pasadena | CA | 91185-1315 | Insurance Premium Finance Agreement: Insurance premium financing | 10/15/16 |
|---|---|---|---|---|---|---|---|---|---|
| Freedom Communications Holdings, Inc. | Petroleum Building LLC | 714 W Olympic Blvd Ste 1131 | | | Los Angeles | CA | 90015 | Lease Agreement: Office lease 714. W. Olympic Blvd., Los Angeles (LA Register office) | 06/30/17 |
| Freedom Communications Holdings, Inc. | Lindenmeyr Central | Po Box 100431 | Div Of Central Natl-Gottesman | | Atlanta | GA | 30384-0431 | Paper: Print paper provider | No End Date |
| Freedom Communications Holdings, Inc. | Associated Press | Po Box 414212 | | | Boston | MA | 02241-4212 | Digital Agreement: Press-Enterprise - digital use (supplemental to the Master Agreement) | 01/01/16 |
| Freedom Communications Holdings, Inc. | Associated Press | Po Box 414212 | | | Boston | MA | 02241-4212 | Internet Supplemental Services Agreement: Press-Enterprise - internet (supplemental to the Master Agreement) | 01/01/16 |

EXHIBIT 2  PAGE  43

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Freedom Communications Holdings, Inc. | Associated Press | Po Box 414212 | | | Boston | MA | 02241-4212 | Mobile Service Agreement: Press-Enterprise - mobile service (supplemental to the Master Agreement) | 01/01/16 |
| Freedom Communications Holdings, Inc. | Associated Press | Po Box 414212 | | | Boston | MA | 02241-4212 | Content Enrichment Agreement: Press-Enterprise - Content enrichment (supplement to the Master Agreement) | 01/01/16 |
| Freedom Communications Holdings, Inc. | Associated Press | Po Box 414212 | | | Boston | MA | 02241-4212 | Member Choice Agreement:  News wire service | 06/19/16 |
| Freedom Communications Holdings, Inc. | Beal Print Media Distribution LLC | 1143 W Lincoln St | Ste 15 | | Banning | CA | 92220-4526 | Distribution Agreement:  P-E TV Book delivery | 10/31/15 |
| Freedom Communications Holdings, Inc. | Doapp Inc | 1652 Greenview Dr Sw-Ste 220 | | | Rochester | MN | 55902 | DoApp License and Services Agreement:  A Framework for creating Mobile Applications for the WWW | 04/12/16 |

EXHIBIT 2  PAGE  44

Case 8:15-bk-15312-MW    Doc 18    Filed 12/21/15    Entered 12/21/15 23:48:31    Desc
Main Document      Page 194 of 289

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Freedom Communications Holdings, Inc. | Flite Inc | Dept La 23913 | | | Pasadena | CA | 91185-3913 | Master Service and Subscription Agreement: Ad Hosting Platform for the WWW | 11/20/16 |
| Freedom Communications Holdings, Inc. | Neopost Usa Inc | 25880 Network Pl | | | Chicago | IL | 60673-1258 | Software and Meter Rental Agreement: Postage meter at Press-Enterprise, Riverside | 12/15/2015 - AUTO RENEWAL EACH YEAR |
| Freedom Communications Holdings, Inc. | Schneider Electric It Usa Inc | 5081 Collections Center Dr | | | Chicago | IL | 60693-5081 | Service Agreement: Equipment service and maintenance at Press-Enterprise | 10/05/16 |
| Freedom Communications Holdings, Inc. | Ges Distribution Inc | 19108 Mountain Shadow Ln | | | Perris | CA | 92570 | Home Delivery Agreement: Newspaper delivery service | 07/16/16 |
| Freedom Communications Holdings, Inc. | Cips Marketing Group Inc | 13110 S Avalon Blvd | | | Los Angeles | CA | 90061 | Service Agreement (Distribution): Newspaper distribution services | 02/07/16 |

EXHIBIT 2  PAGE  45

| Freedom Communications Holdings, Inc. | Content That Works | 4410 N Ravenswood, Ste 101 | | | Chicago | IL | 60640 | Licensing Agreement: Online content provider | 02/28/16 |
|---|---|---|---|---|---|---|---|---|---|
| Freedom Communications Holdings, Inc. , | Los Angeles Times | Po Box 101142 | | | Pasadena | CA | 91189-1142 | Client Services Agreement: delivery of the Chinese News printed at Riverside facility | 02/28/16 |
| Freedom Communications Holdings, Inc. | Merlin One | 17 Whitney Rd | | | Quincy | MA | 02169 | Hosted Services Agreement: Online Photo Archive and Photographer Scheduler | 08/01/16 |
| Freedom Communications Holdings, Inc. | Ontario Refrigeration | 635 S Mountain Ave | | | Ontario | CA | 91762 | Service Agreement: air conditioning service for the Press-Enterprise facility | 30 day written notice |
| Freedom Communications Holdings, Inc. , | Swiftype Inc | 301 Howard St Ste 1320 | | | San Francisco | CA | 94105 | Purchase Order: online search software for the Press-Enterprise website | 05/20/16 |

EXHIBIT 2  PAGE  46

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Freedom Communications Holdings, Inc. | Universal Protection Service LP | Po Box 101034 | | | Pasadena | CA | 91189-1034 | Security Gurard Service Agreement: Security guard service at the Press-Enterprise. | 09/04/16 |
| Freedom Communications Holdings, Inc. . | Wolverine Distributing Inc | Po Box 50230S | | | San Diego | CA | 92150 | Distribution Agreement: Press-Enterprise home delivery service | 10/16/16 |
| Freedom Communications Holdings, Inc. | California Newspapers Partnership Dba San Bernardino County Sun | 1210 N Azusa Canyon Rd | | | West Covina | CA | 91790 | Distribution Agreement: Press-Enterprise home delivery service | 01/31/16 |
| Freedom Communications Holdings, Inc. | Chicago Gateway LLC | 101 Hodencamp Rd Ste 200 | | | Thousand Oaks | CA | 91360 | Lease Agreement: 1825 Chicago Ave., Riverside, CA; SubLessee Regents of the University of California | 04/30/19 |
| Freedom Communications Holdings, Inc. | River Springs Charter School | 43462 Business Park Dr | | | Temecula | CA | 92590 | Lease: 27740 Jefferson Ave., Temecula | 07/31/17 |

EXHIBIT 2  PAGE  47

| Freedom Communications Holdings, Inc. | Wolverine Distributing Inc | Po Box 502305 | | | San Diego | CA | 92150 | Home Delivery Agreement: single copy distribution services | 10/10/16 |
|---|---|---|---|---|---|---|---|---|---|
| Freedom Communications Holdings, Inc. | Caspian Properties Inc. | 3241 Alta Laguna Blvd | | | Laguna Beach | CA | 92651 | Lease: 601 Columbia Ave., Riverside (warehouse) | 03/31/16 |
| Freedom Communications Holdings, Inc. | Three Eight Investments LLC | 1600 E Florida Ave | Ste 110 | | Hemet | CA | 92544 | Lease: 3396 and 3400 Wentworth Dr., Hemet | 10/31/17 |

EXHIBIT 2  PAGE  48

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Freedom Interactive Newspapers of Texas, a Delaware corporation** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **8:15-bk-15322 MW** |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal       Property* (Official Form 206A/B).

2. List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Asset Purchase Agreement re Sale to AIM Media Texas, LLC | |
| | State the term remaining | 5/15/2022 | |
| | List the contract number of any government contract | _____ | Aim Media Texas Operating LLC
McAllen, TX 78502 |

EXHIBIT 2  PAGE  49

**Fill in this information to identify the case:**

Debtor name    **Freedom Newspapers, Inc., a Delaware corporation**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:15-bk-15325 MW**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Software License, Support and Maintenance Agreement: software and services for newsprint inventory order/receipt tracking | |
|---|---|---|---|
| | State the term remaining | 3/1/2018 | |
| | List the contract number of any government contract | | **Papex Inc**<br>**Mississauga, Ontario, CANADA L4Z1P4** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Propery Leases: Leases for Anaheim print facility and the office building | |
|---|---|---|---|
| | State the term remaining | No End Date | |
| | List the contract number of any government contract | | **Raymab LLC**<br>**Santa Ana, CA 92705** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

EXHIBIT 2  PAGE  50

**Fill in this information to identify the case:**

Debtor name    **Orange County Register Communications, Inc., a California corporation**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:15-bk-15329 MW**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

2. **List all contracts and unexpired leases**    |    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **SEE ATTACHED ADDENDUM** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

EXHIBIT 2  PAGE  51

# ORANGE COUNTY REGISTER COMMUNICATIONS, INC.

# SCHEDULE "G' ATTACHMENT

EXHIBIT 2  PAGE  52

| DEBTOR ENTITY NAME | Name | Address1 | ADDRESS2 | CITY | STATE | ZIP | State what the contract or lease is for and the nature of the debtor's interest | Term Remaining | List the contract number of any government contract |
|---|---|---|---|---|---|---|---|---|---|
| Orange County Register Communications, Inc. | Universal Uclick | Po Box 843345 | | Kansas City | MO | 64184-3345 | Syndicated News: syndicated news content for print and online | NO END DATE | None |
| Orange County Register Communications, Inc. | Central Ink Corporation | Dept 20-7019 | Po Box 5997 | Carol Stream | IL | 60197-5997 | Customer Supply Contract: Ink for presses | 06/09/17 | None |
| Orange County Register Communications, Inc. | Eastman Kodak Company | 1778 Solutions Center | | Chicago | IL | 60677-1007 | Batch Trapping: Equipment and software - printing in Santa Ana | 180 DAYS WRITTEN NOTICE | None |
| Orange County Register Communications, Inc. | Fujifilm North America Corp | Dept La 22221 | | Pasadena | CA | 91185-2221 | Equipment Loan Agreement: - Operational Equipment | 03/14/16 | None |

EXHIBIT 2  PAGE  53

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Orange County Register Communications, Inc. | Jerich Usa Inc | 1 Industrial Rd Ste 102 | | Dayton | NJ | 08810 | Labor Services Agreement: Labor services agreement for warehousemen | 09/04/16 | None |
| Orange County Register Communications, Inc. | Software Ag Usa Inc | Po Box 910600 | | Dallas | TX | 75391-0600 | Service Agreement: Sales - LongJump Relationals Software for Sales | 10/16/16 | None |
| Orange County Register Communications, Inc. | Newspaper Subscription Services LP | 2450 Louisana   Box 400-612 | | Houston | TX | 77006 | Independent Contractor Agreement: Independent subscription sales contractor | 02/06/16 | None |
| Orange County Register Communications, Inc. | Wp Company LLC | Po Box 75442 | | Baltimore | MD | 21275-5442 | News Service: syndicated news content for print and online | 04/12/16 | None |
| Orange County Register Communications, Inc. | Turn-Key Solutions | 4920 W Thunderbird Rd  # 120C | | Glendale | AZ | 85306 | Independent Contract Subscription Sales Agreement: independent contractor subscription sales | 12/31/15 | None |

EXHIBIT 2  PAGE  54

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Orange County Register Communications, Inc. | Page One Marketing | Po Box 8523 | | Moreno Valley | CA | 92552 | Independent Contractor Subscription Sales Agreement: Independent subscription sales contractor | 10/18/16 | None |
| Orange County Register Communications, Inc. | The New York Times Syndicated Sales Corp | Po Box 392054 | | Pittsburgh | PA | 15251-9054 | Agreement: License to publish NY Times content in print or online | 09/14/16 | None |
| Orange County Register Communications, Inc. | News Market Enterprise Inc | 4111 E S St, Ste B | | Lakewood | CA | 90712 | Independent Contractor Subscription Sales Agreement: Independent subscription sales contractor | 30 day written notice | None |
| Orange County Register Communications, Inc. | Strataband Inc | Po Box 81060 | | Rancho Sta Margarita | CA | 92688-8160 | Independent Contractor Subscription Sales Agreement: Orange County Register subscription sales | 30 day written notice | None |

EXHIBIT 2  PAGE  55

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 950, Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*):  **CHAPTER 11 STATUS CONFERENCE REPORT; AND DECLARATION OF CHRIS D. DAHL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **December 23, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.    SERVED BY UNITED STATES MAIL**:
On (*date*) **December 23, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **December 23, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

The Honorable Mark Wallace, 411 W. 4th Street, 5th Floor, Santa Ana, CA  92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 23, 2015 | Kelly Adele | /s/ Kelly Adele |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
0.0

**F 9013-3.1.PROOF.SERVICE**

**Electronic Mail Notice List**

James C Behrens    jbehrens@greenbergglusker.com, kwoodson@ggfirm.com;calendar@ggfirm.com
Ron Bender    rb@lnbyb.com
J Scott Bovitz    bovitz@bovitz-spitzer.com
Frank Cadigan    frank.cadigan@usdoj.gov
Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
Caroline Djang    cdjang@rutan.com, csolorzano@rutan.com
Jeffrey W Dulberg    jdulberg@pszjlaw.com
Robert J Feinstein    rfeinstein@pszjlaw.com
Alan J Friedman    afriedman@wgllp.com, nlockwood@wgllp.com;jokeefe@wgllp.com;banavim@wgllp.com
Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
Seth Goldman    seth.goldman@mto.com
Christopher J Green    cgreen@wgllp.com, chrisgreen@ucla.com;kadele@wgllp.com
Michael J Hauser    michael.hauser@usdoj.gov
M Jonathan Hayes    jhayes@srhlawfirm.com,
roksana@srhlawfirm.com;matthew@srhlawfirm.com;rosarioz@srhlawfirm.com;jfisher@srhlawfirm.com;maria@srhlawfirm.com;staci@srhlawfirm.com;jhayesecf@gmail.com;sevan@srhlawfirm.com;carolyn@srhlawfirm.com
Eric M Heller    eric.m.heller@irscounsel.treas.gov
James O Johnston    jjohnston@jonesday.com
Elan S Levey    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
William N Lobel    wlobel@lwgfllp.com, nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@wgllp.com
Aaron J Malo    amalo@sheppardmullin.com, jsummers@sheppardmullin.com
Ashley M McDow    amcdow@bakerlaw.com,
mdelaney@bakerlaw.com;bmidgal@bakerlaw.com;rojeda@bakerlaw.com;ffarivar@bakerlaw.com
David W. Meadows    david@davidwmeadowslaw.com
Reed M Mercado    rmercado@sheppardmullin.com
Elizabeth L Musser    emusser@tresslerllp.com
Ernie Zachary Park    ernie.park@bewleylaw.com
Courtney E Pozmantier    cpozmantier@greenbergglusker.com,
kwoodson@greenbergglusker.com;jking@greenbergglusker.com;calendar@greenbergglusker.com
Christopher E Prince    cprince@lesnickprince.com
Christopher O Rivas    crivas@reedsmith.com
Jeremy E Rosenthal    jrosenthal@sidley.com
Peter J Rudinskas    pjr.legal@gmail.com
Leonard M Shulman    lshulman@shbllp.com
David P Simonds    dsimonds@akingump.com, tsouthwell@akingump.com
Helena Tseregounis    htseregounis@sidley.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Monika S Wiener    mwiener@jonesday.com, kfloyd@jonesday.com
Beth Ann R Young    bry@lnbyb.com