1  ROBERT J. FEINSTEIN (*Admitted Pro Hac Vice*)
   JEFFREY W. DULBERG (CA SBN 181200)
2  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 13th Floor
3  Los Angeles, CA  90067
   Telephone: 310/277-6910
4  Facsimile: 310/201-0760
   E-mail:  rfeinstein@pszjlaw.com
5           jdulberg@pszjlaw.com

6  [Proposed] Attorneys for
   Official Committee of Unsecured Creditors



**FILED & ENTERED**

**DEC 30 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>FREEDOM COMMUNICATIONS, INC., a Delaware corporation, et al.,[1]<br><br>　　　　　　Debtors and<br>　　　　　　Debtors-in-Possession. | Case Nos.: 8:15-bk-15311-MW<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 8:15-bk-15312-MW; 8:15-bk-15313-MW; 8:15-bk-15315-MW; 8:15-bk-15316-MW; 8:15-bk-15317-MW; 8:15-bk-15318-MW; 8:15-bk-15319-MW; 8:15-bk-15320-MW; 8:15-bk-15321-MW; 8:15-bk-15322-MW; 8:15-bk-15323-MW; 8:15-bk-15324-MW; 8:15-bk-15325-MW; 8:15-bk-15326-MW; 8:15-bk-15327-MW; 8:15-bk-15328-MW; 8:15-bk-15329-MW; 8:15-bk-15330-MW; 8:15-bk-15332-MW; 8-15-bk-15337-MW; 8:15-bk-15339-MW; 8-15-bk-15340-MW; 8:15-bk-15342-MW; 8:15-bk-15343-MW) |

---

[1] The last four digits of the Debtors' federal tax identification numbers are as follows: Freedom Communications, Inc. (0750); Freedom Communications Holdings, Inc. (2814); Freedom Services, Inc. (3125); 2100 Freedom, Inc. (7300); OCR Community Publications, Inc. (9752); Daily Press, LLC (3610); Freedom California Mary Publishing, Inc. (4121); Freedom California Ville Publishing Company LP (7735); Freedom Colorado Information, Inc. (7806); Freedom Interactive Newspapers, Inc. (9343); Freedom Interactive Newspapers of Texas, Inc. (8187); Freedom Newspaper Acquisitions, Inc. (4322); Freedom Newspapers (7766); Freedom Newspapers, Inc. (3240); Freedom Newspapers of Southwestern Arizona, Inc. (5797); OCR Information Marketing, Inc. (7983); Odessa American (7714); Orange County Register Communications, Inc. (7980); Victor Valley Publishing Company (6082); Victorville Publishing Company (7617); Freedom SPV II, LLC (8253); Freedom SPV VI, LLC (8434); Freedom SPV I, LLC (3293); Freedom SPV IV, LLC (8500); and Freedom SPV V, LLC (9036). The Debtors' mailing address is 625 N. Grand Avenue, Santa Ana, California 92701.

DOCS_LA:295070.1 29266/002

| | |
|---|---|
| Affects: | **ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF ALVAREZ & MARSAL NORTH AMERICA, LLC PURSUANT TO BANKRUPTCY CODE SECTIONS 328 AND 1103 and BANKRUPTCY RULE 2014 AS FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF NOVEMBER 13, 2015** |
| ☐ All Debtors | |
| ☒ Freedom Communications, Inc., a Delaware corporation, ONLY | |
| ☒ Freedom Communications Holdings, Inc., a Delaware corporation, ONLY | |
| ☒ Freedom Services, Inc., a Delaware corporation, ONLY | |
| ☐ 2100 Freedom. Inc., a Delaware corporation, ONLY | |
| ☒ OCR Community Publications, Inc., a California corporation, ONLY | No hearing required pursuant to Local Bankruptcy Rule 2014-1(b)(1)] |
| ☐ Daily Press, LLC, a California limited liability company, ONLY | |
| ☐ Freedom California Mary Publishing, Inc., a California corporation, ONLY | |
| ☐ Freedom California Ville Publishing Company LP, a California limited partnership, ONLY | |
| ☐ Freedom Colorado Information, Inc., a Delaware corporation, ONLY | |
| ☐ Freedom Interactive Newspapers, Inc., a California corporation, ONLY | |
| ☐ Freedom Interactive Newspapers of Texas, Inc., a Delaware corporation, ONLY | |
| ☐ Freedom Newspaper Acquisitions, Inc., a Delaware corporation, ONLY | |
| ☐ Freedom Newspapers, a Texas general partnership, ONLY | |
| ☐ Freedom Newspapers, Inc., a Delaware corporation, ONLY | |
| ☐ Freedom Newspapers of Southwestern Arizona, Inc., a California corporation, ONLY | |
| ☐ OCR Information Marketing, Inc., a California corporation, ONLY | |
| ☐ Odessa American, a Texas general partnership, ONLY | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CA

DOCS_LA:295070.1 29266/002

2

☐ Orange County Register Communications, Inc., a California corporation, ONLY

☐ Victor Valley Publishing Company, a California corporation, ONLY

☐ Victorville Publishing Company, a California limited partnership, ONLY

☐ Freedom SPV II, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV VI, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV I, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV IV, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV V, LLC, a Delaware limited liability company, ONLY

Upon the *Application of Official Committee of Unsecured Creditors Pursuant to Section 1103(A) of the Bankruptcy Code for Authority to Employ Alvarez & Marsal North America, LLC as Financial Advisor to the Committee, Effective as of November 13, 2015* [Docket183] and a *Supplement to Application of Official Committee of Unsecured Creditors Pursuant to Section 1103(A) of the Bankruptcy Code for Authority to Employ Alvarez & Marsal North America, LLC as Financial Advisor to the Committee, Effective as of November 13, 2015* [Docket No. 184] (collectively the "Application") for an order pursuant to sections 328 and 1103 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), authorizing it to retain Alvarez & Marsal North America, LLC as financial advisors; and upon the Declaration of Kelly Beaudin Stapleton, and due and adequate notice of the Application having been given; and it appearing that no other notice need be given; and it appearing that A&M is not representing any adverse interest in connection with these cases; and it appearing that the relief requested in the Application is in the best interest of the Committee; after due deliberation and sufficient cause appearing therefor, it is hereby

DOCS_LA:295070.1 29266/002

**ORDERED:**

1. The Application be, and hereby is, GRANTED.

2. In accordance with sections 328 and 1103 of the Bankruptcy Code, the Committee shall employ and retain A&M as of November 13, 2015, as its financial advisors on the terms set forth in the Application without the need for any further action on the part of A&M or the Committee to document such retention.

3. A&M will be paid by the Company for the services of the A&M Professional at their customary hourly billing rates which shall be subject to the following ranges:

    i. Managing Directors $750-$950

    ii. Directors $550-$750

    iii. Associates $400-$550

    iv. Analysts $350-$400

4. In addition, A&M will be reimbursed for the reasonable out-of-pocket expenses of the A&M's personnel incurred in connection with this assignment, such as travel, lodging, third party duplications, messenger and telephone charges.

5. The indemnification and reimbursement provisions in paragraph 10 of the Application are approved.

6. The Fee Application Procedure set forth in the Application is hereby approved.

7. This court shall retain jurisdiction with respect to all matters arising or related to the implementation of this order or A&M's services for the Committee.

### 

Date: December 30, 2015

Mark S. Wallace
United States Bankruptcy Judge

DOCS_LA:295070.1 29266/002