William N. Lobel, State Bar No. 93202
wlobel@lwgfllp.com
Alan J. Friedman, State Bar No. 132580
afriedman@lwgfllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@lwgfllp.com
Christopher J. Green, State Bar No. 295874
cgreen@lwgfllp.com
**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Debtors and Debtors-in-Possession

FILED & ENTERED

JAN 27 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte       DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:15-bk-15311-MW |
| FREEDOM COMMUNICATIONS, INC., *et al.*,[1] | Chapter 11 |
| Debtors and Debtors-in-Possession. | (Jointly Administered with Case Nos. 8:15-bk-15312-MW; 8:15-bk-15313-MW; 8:15-bk-15315-MW; 8:15-bk-15316-MW; 8:15-bk-15317-MW; 8:15-bk-15318-MW; 8:15-bk-15319-MW; 8:15-bk-15320-MW; 8:15-bk-15321-MW; 8:15-bk-15322-MW; 8:15-bk-15323-MW; 8:15-bk-15324-MW; 8:15-bk-15325-MW; 8:15-bk-15326-MW; 8:15-bk-15327-MW; 8:15-bk-15328-MW; 8:15-bk-15329-MW; 8:15-bk-15330-MW; 8:15-bk-15332-MW; 8:15-bk-15337-MW; 8:15-bk-15339-MW; 8:15-bk-15340-MW; 8:15-bk-15342-MW; 8:15-bk-15343-MW) |
| Affects: | |
| ☒ All Debtors | |
| ☐ Freedom Communications, Inc., a Delaware corporation, ONLY | |
| ☐ Freedom Communications Holdings, Inc., a Delaware corporation, ONLY | |

[1] The last four digits of the Debtors' federal tax identification numbers are as follows: Freedom Communications, Inc. (0750); Freedom Communications Holdings, Inc. (2814); Freedom Services, Inc. (3125); 2100 Freedom, Inc. (7300); OCR Community Publications, Inc. (9752); Daily Press, LLC (3610); Freedom California Mary Publishing, Inc. (4121); Freedom California Ville Publishing Company LP (7735); Freedom Colorado Information, Inc. (7806); Freedom Interactive Newspapers, Inc. (9343); Freedom Interactive Newspapers of Texas, Inc. (8187); Freedom Newspaper Acquisitions, Inc. (4322); Freedom Newspapers (7766); Freedom Newspapers, Inc. (3240); Freedom Newspapers of Southwestern Arizona, Inc. (5797); OCR Information Marketing, Inc. (7983); Odessa American (7714); Orange County Register Communications, Inc. (7980); Victor Valley Publishing Company (6082); Victorville Publishing Company (7617); Freedom SPV II, LLC (8253); Freedom SPV VI, LLC (8434); Freedom SPV I, LLC (3293); Freedom SPV IV, LLC (8500); and Freedom SPV V, LLC (9036).  The Debtors' mailing address is 625 N. Grand Avenue, Santa Ana, California 92701.

#1055290

ORDER GRANTING BAR DATE MOTION.

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

☐ Freedom Services, Inc., a Delaware corporation, ONLY

☐ 2100 Freedom, Inc., a Delaware corporation, ONLY

☐ OCR Community Publications, Inc., a California corporation, ONLY

☐ Daily Press, LLC, a California limited liability company, ONLY

☐ Freedom California Mary Publishing, Inc., a California corporation, ONLY

☐ Freedom California Ville Publishing Company LP, a California limited partnership, ONLY

☐ Freedom Colorado Information, Inc., a Delaware corporation, ONLY

☐ Freedom Interactive Newspapers, Inc., a California corporation, ONLY

☐ Freedom Interactive Newspapers of Texas, Inc., a Delaware corporation, ONLY

☐ Freedom Newspaper Acquisitions, Inc., a Delaware corporation, ONLY

☐ Freedom Newspapers, a Texas general partnership, ONLY

☐ Freedom Newspapers, Inc., a Delaware corporation, ONLY

☐ Freedom Newspapers of Southwestern Arizona, Inc., a California corporation, ONLY

☐ OCR Information Marketing, Inc., a California corporation, ONLY

☐ Odessa American, a Texas general partnership, ONLY

☐ Orange County Register Communications, Inc., a California corporation, ONLY

☐ Victor Valley Publishing Company, a California corporation, ONLY

**ORDER GRANTING MOTION FOR ORDER ESTABLISHING A BAR DATE FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE OF BAR DATE**

[No Hearing Required Pursuant to L.B.R. 9013-1(q)]

#1055290

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

1  ☐  Victorville Publishing Company, a California limited partnership, ONLY

2

3  ☐  Freedom SPV II, LLC, a Delaware limited liability company, ONLY

4  ☐  Freedom SPV VI, LLC, a Delaware limited liability company, ONLY

5

6  ☐  Freedom SPV I, LLC, a Delaware limited liability company, ONLY

7  ☐  Freedom SPV IV, LLC, a Delaware limited liability company, ONLY

8

9  ☐  Freedom SPV V, LLC, a Delaware limited liability company, ONLY

10

11        Upon the review and consideration of the Debtors' Motion for Order Establishing a

12   Bar Date for Filing Proofs of Claim and Approving Form and Manner of Notice of Bar

13   Date; Declaration of Beth E. Gaschen in Support Thereof (the "Motion")[2] [Docket No. 341],

14   filed by Freedom Communications, Inc., a Delaware corporation ("Freedom

15   Communications") and each of its related jointly administered debtors and debtors-in-

16   possession in the above-captioned chapter 11 cases (the "Debtors"), and the records,

17   pleadings, and other documents on file in these cases; the Court having found that notice

18   of the Motion was proper, and good cause appearing therefor,

19        **IT IS HEREBY ORDERED THAT:**

20        1.   The Motion is granted in its entirety;

21        2.   The Notice of the Bar Date ("Bar Date Notice"), which is appended hereto as

22   Exhibit "1" is hereby approved;

23        3.   The procedures as set forth in the Motion for the mailing of the Bar Date Notice

24   and filing proofs of claim in the Cases are hereby approved;

25

26   _____

27   [2] Any and all capitalized terms not expressly defined herein shall have the meaning ascribed to them in the Motion.

28

#1055290

1    4.  All creditors except for those set forth in Section D of the Motion must file a

2  proof of claim by the applicable Bar Dates as set forth in the Bar Date Notice;

3    5.  Any claimant that is required to, but does not, file a proof of claim by the

4  applicable Bar Date with respect to a claim shall be forever barred, estopped and enjoined

5  from asserting such claim against the Debtors and their estates (or filing a proof of claim

6  with respect thereto), and the Debtors and their property shall be forever discharged from

7  any and all indebtedness or liability with respect to such claim, and such holder shall not

8  be permitted to vote to accept or reject any plan in these cases, or participate in any

9  distribution on account of such claim or receive further notices regarding such claim in the

10  Cases.

11                                    # # #

12

13

14

15

16

17

18

19

20

21

22

23

24  Date: January 27, 2016                    Mark S. Wallace
                                             United States Bankruptcy Judge

25

26

27

28

#1055290

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

# EXHIBIT "1"

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| LOBEL WEILAND GOLDEN FRIEDMAN LLP<br>William N. Lobel, SBN 93202, wlobel@lwgfllp.com<br>Alan J. Friedman, SBN 132580, afriedman@lwgfllp.com<br>650 Town Center Drive, Suite 950<br>Costa Mesa, CA 92626<br>Tel: (714) 966-1000; Fax: (714) 966-1002<br><br>[   ] Individual appearing without attorney<br>[ X ] Attorney for:  Debtors and Debtors-in-Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>FREEDOM COMMUNICATIONS, INC.<br><br>FREEDOM COMMUNICATIONS HOLDINGS, INC.<br><br>FREEDOM SERVICES, INC.<br><br>2100 FREEDOM, INC.<br><br>OCR COMMUNITY PUBLICATIONS, INC.<br><br>DAILY PRESS, LLC<br><br>FREEDOM CALIFORNIA MARY PUBLISHING, INC.<br><br>FREEDOM CALIFORNIA VILLE PUBLISHING COMPANY LP<br><br>FREEDOM COLORADO INFORMATION, INC.<br><br>FREEDOM INTERACTIVE NEWSPAPERS, INC.<br><br>FREEDOM INTERACTIVE NEWSPAPERS OF TEXAS, INC.<br><br>FREEDOM NEWSPAPER ACQUISITIONS, INC.<br><br>FREEDOM NEWSPAPERS<br><br>FREEDOM NEWSPAPERS, INC.<br><br>FREEDOM NEWSPAPERS OF SOUTHWESTERN ARIZONA, INC.<br><br>OCR INFORMATION MARKETING, INC.<br><br>ODESSA AMERICAN | CASE NO. 8:15-bk-15311-MW<br><br>CHAPTER: 11<br><br>(Jointly Administered with Case Nos.: 8:15-bk-15312-MW; 8:15-bk-15313-MW; 8:15-bk-15315-MW; 8:15-bk-15316-MW; 8:15-bk-15317-MW; 8:15-bk-15318-MW; 8:15-bk-15319-MW; 8:15-bk-15320-MW; 8:15-bk-15321-MW; 8:15-bk-15322-MW; 8:15-bk-15323-MW; 8:15-bk-15324-MW; 8:15-bk-15325-MW; 8:15-bk-15326-MW; 8:15-bk-15327-MW; 8:15-bk-15328-MW; 8:15-bk-15329-MW; 8:15-bk-15330-MW; 8:15-bk-15332-MW; 8:15-bk-15337-MW; 8:15-bk-15339-MW; 8:15-bk-15340-MW; 8:15-bk-15342-MW; 8:15-bk-15343-MW)<br><br>**NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]**<br><br>[ X ]   **No hearing:  LBR 9013-1(q)**<br>[   ]   **Hearing Information**<br><br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

| | |
|---|---|
| ORANGE COUNTY REGISTER COMMUNICATIONS, INC.<br><br>VICTOR VALLEY PUBLISHING COMPANY<br><br>VICTORVILLE PUBLISHING COMPANY<br><br>FREEDOM SPV II, LLC<br><br>FREEDOM SPV VI, LLC<br><br>FREEDOM SPV I, LLC<br><br>FREEDOM SPV IV, LLC<br><br>FREEDOM SPV V, LLC<br><br><br>Debtors(s) | |

1. <u>Bar Date</u>. The court has set a deadline of (*date*) **SIXTY DAYS FROM THE DATE THIS NOTICE IS SERVED (_____, 2016) (Bar Date)**, for creditors in the above-referenced case to file proofs of claim against the Debtor's estate. ON OR BEFORE THE BAR DATE, PROOFS OF CLAIM MUST BE **RECEIVED BY DONLIN RECANCO & COMPANY, INC.**:

**By Mail:**                                    **By courier, hand delivery, or overnight delivery:**

**Donlin Recano & Company, Inc.**              **Donlin Recano & Company, Inc.**
**Re: Freedom Communications, Inc., et al.**   **Re: Freedom Communications, Inc., et al.**
**P.O. Box 899**                               **6201 15th Avenue**
**Madison Square Station**                      **Brooklyn, NY 11219**
**New York, NY 10010**

   **PROOFS OF CLAIM SENT BY FACSIMILE, TELECOPY, OR ELECTRONIC MAIL WILL NOT BE ACCEPTED.**

2. <u>Form</u>. You may obtain a Proof of Claim form (Official Form 410) on the Bankruptcy Court's web site at http://www.cacb.uscourts.gov, or visit the intake area at any division of the Court, **or from Donlin Recano's website established for these cases at http://www.donlinrecano.com/freedom**.

3. <u>Exceptions to the Bar Date</u>. Exceptions to the Bar Date include, but are not limited to, the following:

   (a)  <u>Executory contracts/unexpired leases</u>.  For claims arising from rejection of any executory contract or unexpired lease, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the date of entry of an order authorizing the rejection of such contract or lease or after any automatic rejection of such contract or lease.  *See* 11 U.S.C. §§ 365(d)(4) and 502(g).  **A party to an executory contract or unexpired lease that asserts a claim (other than a claim arising from rejection of any executory contract or unexpired lease) must file a Proof of Claim for such amounts by the Bar Date.**

   (b)  <u>Governmental units</u>.  For claims of governmental units, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) before 180 days after the date of the Order for Relief in this case (the

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                              Page 2                              **F 3003-1.NOTICE.BARDATE**

person signing this form has determined that the Order for Relief was entered on (date) **November 1, 2015, and November 2, 2015**, and therefore calculates that this deadline is (date) **April 29, 2016, and April 30, 2016**). *See* 11 U.S. C. §§101(27) and 502(b)(9).

(c)  Avoidance.  For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code (11 U.S.C. § 544 and following), the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the entry of judgment avoiding the transfer.  *See* 11 U.S.C. § 502(h).

(d)  Agreed claims.  If your claim is listed on the Debtor's official bankruptcy schedules of assets and liabilities (Schedules) <u>and</u> it is not listed as disputed, contingent, unliquidated or unknown, then your claim is deemed filed in the amount set forth in those Schedules.  11 U.S.C. § 1111(a).  But, if your claim is not listed on the Schedules, <u>or</u> is listed as disputed, contingent, unliquidated or unknown, <u>or</u> if you disagree with the amount or description of your claim (e.g., its description as unsecured or non-priority), then you <u>must</u> timely file a Proof of Claim as set forth in this Notice.

4.  <u>11 U.S.C. § 503(b)(9) Claims.</u>  Claims arising from unpaid goods received by the Debtor in the ordinary course of business within 20 days prepetition are subject to an administrative expense priority pursuant to 11 U.S.C. §§ 507(a)(2) and 503(b)(9).  Any creditor who wishes to assert such a claim must file a Proof of Claim by the Bar Date, modified as follows:  (a) *Section 2 of Proof of Claim*.  **Identify**:  (i) the goods for which the Debtor has not paid; (ii) the method(s) of shipment; (iii) the actual date(s) when those goods were *received* by the Debtor (or state that an estimated date has been used); and (iv) the place of deliver – e.g., "computes shipped via U.S. mail, received by the Debtor at the Debtor's warehouse on [insert estimated date]" (use a continuation sheet if necessary); (b) *Section 5 of Proof of Claim*.  Check the box for "Other" priority and specify that priority is under **11 U.S.C. §§ 507(a)(2) <u>and</u> 503(b)(9).**

5.  <u>Interest Holders.</u>  If the Debtor or the chapter 11 trustee believes it necessary to set a bar date for interest holders (e.g., holders of common or preferred stock), then, before this Notice is served, the chambers of the presiding judge in this case must be contacted for further instructions.

**FAILURE OF A CREDITOR TO FILE A PROOF OF CLAIM ON OR BEFORE THE DEADLINE MAY RESULT IN DISALLOWNACE OF THE CLAIM OR SUBORDINATION UNDER THE TERMS OF A PLAN OF RECORGANIZATION WITHOUT FURTHER NOTICE OR HEARING.  11 U.S.C. § 502((b)(9). CREDITORS MAY WISH TO CONSULT AN ATTORNEY TO PROTECT THEIR RIGHTS.**


Date: _____          By: _____
                                       Signature of Debtor, chapter 11 trustee, or their attorney


                                       Name: _____
                                       Printed name of Debtor, chapter 11 trustee, or their attorney

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California