William N. Lobel, State Bar No. 93202
wlobel@lwgfllp.com
Alan J. Friedman, State Bar No. 132580
afriedman@lwgfllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@lwgfllp.com
Christopher J. Green, State Bar No. 295874
cgreen@lwgfllp.com
**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>FREEDOM COMMUNICATIONS, INC., *et al.*,<br><br>    Debtors and Debtors-in-Possession.<br><br>Affects:<br><br>☒ All Debtors<br><br>☐ Freedom Communications, Inc., a Delaware corporation, ONLY<br><br>☐ Freedom Communications Holdings, Inc., a Delaware corporation, ONLY<br><br>☐ Freedom Services, Inc., a Delaware corporation, ONLY<br><br>☐ 2100 Freedom, Inc., a Delaware corporation, ONLY<br><br>☐ OCR Community Publications, Inc., a California corporation, ONLY<br><br>☐ Daily Press, LLC, a California limited liability company, ONLY<br><br>☐ Freedom California Mary Publishing, Inc., a California corporation, ONLY<br><br>☐ Freedom California Ville Publishing Company LP, a California limited partnership, ONLY | Case No. 8:15-bk-15311-MW<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 8:15-bk-15312-MW; 8:15-bk-15313-MW; 8:15-bk-15315-MW; 8:15-bk-15316-MW; 8:15-bk-15317-MW; 8:15-bk-15318-MW; 8:15-bk-15319-MW; 8:15-bk-15320-MW; 8:15-bk-15321-MW; 8:15-bk-15322-MW; 8:15-bk-15323-MW; 8:15-bk-15324-MW; 8:15-bk-15325-MW; 8:15-bk-15326-MW; 8:15-bk-15327-MW; 8:15-bk-15328-MW; 8:15-bk-15329-MW; 8:15-bk-15330-MW; 8:15-bk-15332-MW; 8:15-bk-15337-MW; 8:15-bk-15339-MW; 8:15-bk-15340-MW; 8:15-bk-15342-MW; 8:15-bk-15343-MW)<br><br>**NOTICE OF DEBTORS' MOTION FOR AN ORDER EXTENDING THE DEADLINE PURSUANT TO SECTION 365(d)(4) OF THE BANKRUPTCY CODE TO ASSUME OR REJECT UNEXPIRED LEASES ON NONRESIDENTIAL REAL PROPERTY**<br><br>**[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)]** |

1. ☐ Freedom Colorado Information, Inc., a Delaware corporation, ONLY
2. ☐ Freedom Interactive Newspapers, Inc., a California corporation, ONLY
3. ☐ Freedom Interactive Newspapers of Texas, Inc., a Delaware corporation, ONLY
4. ☐ Freedom Newspaper Acquisitions, Inc., a Delaware corporation, ONLY
5. ☐ Freedom Newspapers, a Texas general partnership, ONLY
6. ☐ Freedom Newspapers, Inc., a Delaware corporation, ONLY
7. ☐ Freedom Newspapers of Southwestern Arizona, Inc., a California corporation, ONLY
8. ☐ OCR Information Marketing, Inc., a California corporation, ONLY
9. ☐ Odessa American, a Texas general partnership, ONLY
10. ☐ Orange County Register Communications, Inc., a California corporation, ONLY
11. ☐ Victor Valley Publishing Company, a California corporation, ONLY
12. ☐ Victorville Publishing Company, a California limited partnership, ONLY
13. ☐ Freedom SPV II, LLC, a Delaware limited liability company, ONLY
14. ☐ Freedom SPV VI, LLC, a Delaware limited liability company, ONLY
15. ☐ Freedom SPV I, LLC, a Delaware limited liability company, ONLY
16. ☐ Freedom SPV IV, LLC, a Delaware limited liability company, ONLY
17. ☐ Freedom SPV V, LLC, a Delaware limited liability company, ONLY

**Lobel Weiland Golden Friedman LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1056967.3                         2                         NOTICE OF SECTION 365 MOTION

**TO ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that the jointly administered debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") have filed their *Motion for an Order Extending the Deadline Pursuant to Section 365(d)(4) of the Bankruptcy Code to Assume or Reject Unexpired Leases of Nonresidential Real Property* (the "Motion").  By the Motion, the Debtors request that the Court enter an Order extending the deadline to assume or reject all unexpired leases of nonresidential real property as set forth in Exhibit "1" attached to the Motion for an additional ninety (90) days (to and including May 29, 2016) and providing that such extension is without prejudice to the Debtors' ability to seek future extensions of time pursuant to section 365(d)(4) of the Bankruptcy Code or the Debtors' ability to reject one or more of the Leases during the extension periods.  A further summary of the relief sought in the Motion is as follows:

### BACKGROUND FACTS

On November 1, 2015 and November 2, 2015 (the "Petition Dates"), the Debtors commenced the Cases under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California (the "Court").  The Court authorized the joint administration of the Cases by order entered on November 2, 2015.  The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On or about November 10, 2015, an official committee of unsecured creditors was appointed by the Office of the United States Trustee in the chapter 11 cases of Freedom Communications, Inc., Freedom Communications Holdings, Inc., Freedom Services, Inc. and OCR Community Publications, Inc. (the "Committee").

### THE DEBTORS' BUSINESS

The Debtors, headquartered in Santa Ana, California, are a privately owned information and entertainment company consisting of print publications and interactive businesses.  The Debtors' portfolio includes daily and weekly newspapers, magazines and other specialty publications.  In addition, the Debtors operate an interactive business which offers website complements, as well as digital and mobile products, to their print publications.  The Orange County Register is the Debtors' flagship newspaper.  The Debtors also operate the Press-Enterprise and Unidos (a Spanish language newspaper), and own real property in Santa Ana and Riverside, California.

### THE DEBTORS' REAL PROPERTY LEASES

Prior to the Petition Dates, the Debtors were parties to various leases for premises used in connection with its business operations.  As of the date of the Motion, the Debtors are still in possession of certain premises pursuant to the Leases identified on Exhibit "1" attached hereto, which the Debtors have not moved to assume, assume and assign or reject.

The Debtors are in the process of reviewing all of their lease obligations so that they can determine whether to assume, assume and assign, or reject the Leases.  However, given that the Debtors intend to sell all of their assets, such decisions with respect to assumption and rejection will ultimately be made in the context of the sale process.  Once the sale process has been completed and the successful purchaser(s) approved, the Debtors and the purchaser(s) will then be in a position to diligently evaluate which of the Leases should be rejected or assumed and assigned to the purchaser(s).

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

## RELIEF REQUESTED

Section 365(d)(4) of the Bankruptcy Code establishes a deadline of 120 days after the commencement of a bankruptcy for a debtor to assume, assume and assign, or reject unexpired nonresidential real property leases. 11 U.S.C. § 365(d)(4)(A). However, section 365(d)(4)(B) provides that the Court may enter a ninety (90) day extension of the time within which the Debtor may assume or reject unexpired leases of nonresidential real property "for cause." 11 U.S.C. § 365(d)(4)(B).

The original one hundred twenty (120) day assumption/rejection period currently expires on February 29, 2016. By the Motion, the Debtors request entry of an order, pursuant to section 365(d)(4) of the Bankruptcy Code, granting an extension of the assumption/rejection period for an additional ninety (90) days through and including May 29, 2016. Such an extension of the assumption/rejection period is without prejudice to the rights of the Debtors to seek further extensions of the time to assume or reject the Leases with the consent of the non-Debtor counterparties to the Leases, as contemplated by section 365(d)(4)(B)(ii) of the Bankruptcy Code.

A copy of the Motion is on file with the Court and available by contacting counsel for the Debtors.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 9013-1(o)(1), any party objecting to the Motion may request a hearing on the Motion by filing a written "Objection and Request for Hearing." The deadline for filing and serving a written opposition and request for a hearing is **14 days** after the date of service of this notice, plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F). You must serve a copy of the "Objection and Request for Hearing" on the Debtors' counsel at the address above and on the United States Trustee. Failure to timely file and serve the "Objection and Request for Hearing" may result in the Court's entry of an order approving the Motion.

**PLEASE TAKE FURTHER NOTICE** that Local Bankruptcy Rule 9013-1(h) provides the following: "Papers not timely filed and served may be deemed by the Court to be consent to the granting or denial of the motion, as the case may be."

Dated: February 5, 2016　　　　　　　LOBEL WEILAND GOLDEN FRIEDMAN LLP


By: /s/ Beth E. Gaschen
　　 WILLIAM N. LOBEL
　　 ALAN J. FRIEDMAN
　　 BETH E. GASCHEN
　　 CHRISTOPHER J. GREEN
　　 Attorneys for Debtors
　　 and Debtors-in-Possession

| In re: | CHAPTER: **11** |
|---|---|
| **Freedom Communications, Inc., a Delaware corporation, Inc., et al.**                            Debtor(s). | CASE NUMBER: **8:15-bk-15311-MW** **(Jointly Administered)** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 950**
**Costa Mesa, CA  92626**

A true and correct copy of the foregoing document entitled **NOTICE OF DEBTORS' MOTION FOR AN ORDER EXTENDING THE DEADLINE PURSUANT TO SECTION 365(d)(4) OF THE BANKRUPTCY CODE TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 5, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 5, 2016**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

(Attorney Service)
The Honorable Mark S. Wallace
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, 6th Floor Courtesy Bin
Santa Ana, CA 92701-4593

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/5/2016 | Nancy Lockwood | /s/ Nancy Lockwood |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                **9013-3.1.PROOF.SERVICE**

| In re: | | CHAPTER **11** |
|---|---|---|
| **Freedom Communications, Inc., a Delaware corporation, Inc., et al.** | Debtor(s). | CASE NUMBER **8:15-bk-15311-MW** **(Jointly Administered)** |

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- **James C Behrens**    jbehrens@greenbergglusker.com, kwoodson@ggfirm.com;calendar@ggfirm.com
- **Shraddha Bharatia**    notices@becket-lee.com
- **Matthew Bouslog**    MBouslog@gibsondunn.com, Pcrawford@gibsondunn.com
- **J Scott Bovitz**    bovitz@bovitz-spitzer.com
- **Frank Cadigan**    frank.cadigan@usdoj.gov
- **Joseph Corrigan**    Bankruptcy2@ironmountain.com
- **Brian L Davidoff**    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- **Michael T Delaney**    mdelaney@bakerlaw.com, sgaeta@bakerlaw.com
- **Caroline Djang**    cdjang@rutan.com
- **Jeffrey W Dulberg**    jdulberg@pszjlaw.com
- **Robert J Feinstein**    rfeinstein@pszjlaw.com
- **Scott D Fink**    brodellecf@weltman.com
- **Alan J Friedman**    afriedman@wgllp.com, nlockwood@wgllp.com;jokeefe@wgllp.com;banavim@wgllp.com
- **Beth Gaschen**    bgaschen@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
- **Nancy S Goldenberg**    nancy.goldenberg@usdoj.gov
- **Seth Goldman**    seth.goldman@mto.com
- **Christopher J Green**    cgreen@wgllp.com, chrisgreen@ucla.com;kadele@wgllp.com
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **M Jonathan Hayes**    jhayes@srhlawfirm.com, roksana@srhlawfirm.com;matthew@srhlawfirm.com;rosarioz@srhlawfirm.com;jfisher@srhlawfirm.com;maria@srhlawfirm.com;staci@srhlawfirm.com;jhayesecf@gmail.com
- **Eric M Heller**    eric.m.heller@irscounsel.treas.gov
- **Lillian Jordan**    ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- **Samuel M Kidder**    skidder@bhfs.com
- **Jeffrey C Krause**    jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
- **Elan S Levey**    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- **William N Lobel**    wlobel@lwgfllp.com, nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@wgllp.com
- **Aaron J Malo**    amalo@sheppardmullin.com, jsummers@sheppardmullin.com
- **Ashley M McDow**    amcdow@bakerlaw.com, mdelaney@bakerlaw.com;sgaeta@bakerlaw.com;rojeda@bakerlaw.com;ffarivar@bakerlaw.com
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Reed M Mercado**    rmercado@sheppardmullin.com
- **Raymond F Moats**    colcaecf@weltman.com
- **Elizabeth L Musser**    emusser@tresslerllp.com
- **Ernie Zachary Park**    ernie.park@bewleylaw.com
- **Ronak Patel**    rpatel@co.riverside.ca.us, mdominguez@co.riverside.ca.us
- **Courtney E Pozmantier**    cpozmantier@greenbergglusker.com, kwoodson@greenbergglusker.com;jking@greenbergglusker.com;calendar@greenbergglusker.com
- **Christopher E Prince**    cprince@lesnickprince.com
- **Todd C. Ringstad**    becky@ringstadlaw.com
- **Christopher O Rivas**    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **Jeremy E Rosenthal**    jrosenthal@sidley.com
- **Peter J Rudinskas**    pjr.legal@gmail.com
- **Leonard M Shulman**    lshulman@shbllp.com
- **Donald W Sieveke**    ibmoola@yahoo.com, dws4law@pacbell.net
- **David P Simonds**    dsimonds@akingump.com, tsouthwell@akingump.com
- **Sarah Stuppi**    Sarah@stuppilaw.com
- **Helena Tseregounis**    htseregounis@sidley.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1**

| In re: | CHAPTER **11** |
|---|---|
| **Freedom Communications, Inc., a Delaware corporation, Inc., et al.** Debtor(s). | CASE NUMBER **8:15-bk-15311-MW** **(Jointly Administered)** |

- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Beth Ann R Young**    bry@lnbyb.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1**