| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>LOBEL WEILAND GOLDEN FRIEDMAN LLP<br>William N. Lobel, SBN 93202, wlobel@lwgfllp.com<br>Alan J. Friedman, SBN 132580, afriedman@lwgfllp.com<br>Beth E. Gaschen, SBN 245894 – bgaschen@lwgfllp.com<br>650 Town Center Drive, Suite 950<br>Costa Mesa, CA 92626<br>Tel: (714) 966-1000; Fax: (714) 966-1002<br><br>[ ] Individual appearing without attorney<br>[ X ] Attorney for: Debtors and Debtors-in-Possession | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>FREEDOM COMMUNICATIONS, INC.<br><br>FREEDOM COMMUNICATIONS HOLDINGS, INC.<br><br>FREEDOM SERVICES, INC.<br><br>2100 FREEDOM, INC.<br><br>OCR COMMUNITY PUBLICATIONS, INC.<br><br>DAILY PRESS, LLC<br><br>FREEDOM CALIFORNIA MARY PUBLISHING, INC.<br><br>FREEDOM CALIFORNIA VILLE PUBLISHING COMPANY LP<br><br>FREEDOM COLORADO INFORMATION, INC.<br><br>FREEDOM INTERACTIVE NEWSPAPERS, INC.<br><br>FREEDOM INTERACTIVE NEWSPAPERS OF TEXAS, INC.<br><br>FREEDOM NEWSPAPER ACQUISITIONS, INC.<br><br>FREEDOM NEWSPAPERS<br><br>FREEDOM NEWSPAPERS, INC.<br><br>FREEDOM NEWSPAPERS OF SOUTHWESTERN ARIZONA, INC.<br><br>OCR INFORMATION MARKETING, INC.<br><br>ODESSA AMERICAN | CASE NO. 8:15-bk-15311-MW<br><br>CHAPTER: 11<br><br>(Jointly Administered with Case Nos.: 8:15-bk-15312-MW; 8:15-bk-15313-MW; 8:15-bk-15315-MW; 8:15-bk-15316-MW; 8:15-bk-15317-MW; 8:15-bk-15318-MW; 8:15-bk-15319-MW; 8:15-bk-15320-MW; 8:15-bk-15321-MW; 8:15-bk-15322-MW; 8:15-bk-15323-MW; 8:15-bk-15324-MW; 8:15-bk-15325-MW; 8:15-bk-15326-MW; 8:15-bk-15327-MW; 8:15-bk-15328-MW; 8:15-bk-15329-MW; 8:15-bk-15330-MW; 8:15-bk-15332-MW; 8:15-bk-15337-MW; 8:15-bk-15339-MW; 8:15-bk-15340-MW; 8:15-bk-15342-MW; 8:15-bk-15343-MW)<br><br>**NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]**<br><br>[ X ]   No hearing: LBR 9013-1(q)<br>[   ]   Hearing Information<br><br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                                              Page 1                                              F 3003-1.NOTICE.BARDATE

| | |
|---|---|
| ORANGE COUNTY REGISTER COMMUNICATIONS, INC.<br><br>VICTOR VALLEY PUBLISHING COMPANY<br><br>VICTORVILLE PUBLISHING COMPANY<br><br>FREEDOM SPV II, LLC<br><br>FREEDOM SPV VI, LLC<br><br>FREEDOM SPV I, LLC<br><br>FREEDOM SPV IV, LLC<br><br>FREEDOM SPV V, LLC<br><br>                    Debtors(s) | |

1. <u>Bar Date</u>. The court has set a deadline of (*date*) **SIXTY DAYS FROM THE DATE THIS NOTICE IS SERVED (April 1, 2016)** (Bar Date), for creditors in the above-referenced case to file proofs of claim against the Debtor's estate. ON OR BEFORE THE BAR DATE, PROOFS OF CLAIM MUST BE **RECEIVED BY DONLIN RECANCO & COMPANY, INC.**:

**By Mail:**

**Donlin Recano & Company, Inc.
Re: Freedom Communications, Inc., et al.
P.O. Box 899
Madison Square Station
New York, NY 10010**

**By courier, hand delivery, or overnight delivery:**

**Donlin Recano & Company, Inc.
Re: Freedom Communications, Inc., et al.
6201 15th Avenue
Brooklyn, NY 11219**

**PROOFS OF CLAIM SENT BY FACSIMILE, TELECOPY, OR ELECTRONIC MAIL WILL NOT BE ACCEPTED.**

2. <u>Form</u>. You may obtain a Proof of Claim form (Official Form 410) on the Bankruptcy Court's web site at http://www.cacb.uscourts.gov, or visit the intake area at any division of the Court, **or from Donlin Recano's website established for these cases at http://www.donlinrecano.com/freedom**.

3. <u>Exceptions to the Bar Date</u>. Exceptions to the Bar Date include, but are not limited to, the following:

    (a)  <u>Executory contracts/unexpired leases</u>. For claims arising from rejection of any executory contract or unexpired lease, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the date of entry of an order authorizing the rejection of such contract or lease or after any automatic rejection of such contract or lease. *See* 11 U.S.C. §§ 365(d)(4) and 502(g). **A party to an executory contract or unexpired lease that asserts a claim (other than a claim arising from rejection of any executory contract or unexpired lease) must file a Proof of Claim for such amounts by the Bar Date.**

    (b)  <u>Governmental units</u>. For claims of governmental units, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) before 180 days after the date of the Order for Relief in this case (the

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                                   Page 2                                   F 3003-1.NOTICE.BARDATE

      person signing this form has determined that the Order for Relief was entered on (date) **November 1, 2015, and November 2, 2015**, and therefore calculates that this deadline is (date) **April 29, 2016, and April 30, 2016**). *See* 11 U.S. C. §§101(27) and 502(b)(9).

    (c)    Avoidance. For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code (11 U.S.C. § 544 and following), the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the entry of judgment avoiding the transfer. *See* 11 U.S.C. § 502(h).

    (d)    Agreed claims. If your claim is listed on the Debtor's official bankruptcy schedules of assets and liabilities (Schedules) and it is not listed as disputed, contingent, unliquidated or unknown, then your claim is deemed filed in the amount set forth in those Schedules. 11 U.S.C. § 1111(a). But, if your claim is not listed on the Schedules, or is listed as disputed, contingent, unliquidated or unknown, or if you disagree with the amount or description of your claim (e.g., its description as unsecured or non-priority), then you must timely file a Proof of Claim as set forth in this Notice.

4.    11 U.S.C. § 503(b)(9) Claims. Claims arising from unpaid goods received by the Debtor in the ordinary course of business within 20 days prepetition are subject to an administrative expense priority pursuant to 11 U.S.C. §§ 507(a)(2) and 503(b)(9). Any creditor who wishes to assert such a claim must file a Proof of Claim by the Bar Date, modified as follows: (a) *Section 2 of Proof of Claim*. **Identify**: (i) the goods for which the Debtor has not paid; (ii) the method(s) of shipment; (iii) the actual date(s) when those goods were *received* by the Debtor (or state that an estimated date has been used); and (iv) the place of deliver – e.g., "computes shipped via U.S. mail, received by the Debtor at the Debtor's warehouse on [insert estimated date]" (use a continuation sheet if necessary); (b) *Section 5 of Proof of Claim*. Check the box for "Other" priority and specify that priority is under **11 U.S.C. §§ 507(a)(2) and 503(b)(9).**

5.    Interest Holders. If the Debtor or the chapter 11 trustee believes it necessary to set a bar date for interest holders (e.g., holders of common or preferred stock), then, before this Notice is served, the chambers of the presiding judge in this case must be contacted for further instructions.

**FAILURE OF A CREDITOR TO FILE A PROOF OF CLAIM ON OR BEFORE THE DEADLINE MAY RESULT IN DISALLOWNACE OF THE CLAIM OR SUBORDINATION UNDER THE TERMS OF A PLAN OF REORGANIZATION WITHOUT FURTHER NOTICE OR HEARING. 11 U.S.C. § 502((b)(9). CREDITORS MAY WISH TO CONSULT AN ATTORNEY TO PROTECT THEIR RIGHTS.**

Date: February 1, 2016          By: _/s/ Beth Gaschen_____
                                      Signature of Debtor, chapter 11 trustee, or their attorney

                                      Name: Beth E. Gaschen
                                      LOBEL WEILAND GOLDEN FRIEDMAN LLP

                                      Printed name of Debtor, chapter 11 trustee, or their attorney

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                                           Page 3                                    F 3003-1.NOTICE.BARDATE