William N. Lobel, State Bar No. 93202
wlobel@lwgfllp.com
Alan J. Friedman, State Bar No. 132580
afriedman@lwgfllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@lwgfllp.com
Christopher J. Green, State Bar No. 295874
cgreen@lwgfllp.com
**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>FREEDOM COMMUNICATIONS, INC., *et al.*,<br><br>　　　　Debtors and<br>　　　　Debtors-in-Possession.<br><br>Affects:<br><br>☒ All Debtors<br><br>☐ Freedom Communications, Inc., a Delaware corporation, ONLY<br><br>☐ Freedom Communications Holdings, Inc., a Delaware corporation, ONLY<br><br>☐ Freedom Services, Inc., a Delaware corporation, ONLY<br><br>☐ 2100 Freedom, Inc., a Delaware corporation, ONLY<br><br>☐ OCR Community Publications, Inc., a California corporation, ONLY<br><br>☐ Daily Press, LLC, a California limited liability company, ONLY<br><br>☐ Freedom California Mary Publishing, Inc., a California corporation, ONLY<br><br>☐ Freedom California Ville Publishing Company LP, a California limited | Case No. 8:15-bk-15311-MW<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 8:15-bk-15312-MW; 8:15-bk-15313-MW; 8:15-bk-15315-MW; 8:15-bk-15316-MW; 8:15-bk-15317-MW; 8:15-bk-15318-MW; 8:15-bk-15319-MW; 8:15-bk-15320-MW; 8:15-bk-15321-MW; 8:15-bk-15322-MW; 8:15-bk-15323-MW; 8:15-bk-15324-MW; 8:15-bk-15325-MW; 8:15-bk-15326-MW; 8:15-bk-15327-MW; 8:15-bk-15328-MW; 8:15-bk-15329-MW; 8:15-bk-15330-MW; 8:15-bk-15332-MW; 8:15-bk-15337-MW; 8:15-bk-15339-MW; 8:15-bk-15340-MW; 8:15-bk-15342-MW; 8:15-bk-15343-MW)<br><br>**STIPULATION TO CONTINUE HEARINGS ON TOYOTA INDUSTRIES COMMERCIAL FINANCE INC.'S NOTICES OF MOTION AND MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (DOCKET NOS. 350 AND 351)**<br><br>**Current Hearing Date:**<br>**DATE:** February 29, 2016<br>**TIME:** 9:00 a.m.<br>**CTRM:** 6C |

1  partnership, ONLY

2  ☐ Freedom Colorado Information, Inc., a Delaware corporation, ONLY

3
4  ☐ Freedom Interactive Newspapers, Inc., a California corporation, ONLY

5  ☐ Freedom Interactive Newspapers of Texas, Inc., a Delaware corporation, ONLY

6
7  ☐ Freedom Newspaper Acquisitions, Inc., a Delaware corporation, ONLY

8  ☐ Freedom Newspapers, a Texas general partnership, ONLY

9
10  ☐ Freedom Newspapers, Inc., a Delaware corporation, ONLY

11  ☐ Freedom Newspapers of Southwestern Arizona, Inc., a California corporation,
12  ONLY

13  ☐ OCR Information Marketing, Inc., a California corporation, ONLY

14
15  ☐ Odessa American, a Texas general partnership, ONLY

16  ☐ Orange County Register Communications, Inc., a California
17  corporation, ONLY

18  ☐ Victor Valley Publishing Company, a California corporation, ONLY

19
20  ☐ Victorville Publishing Company, a California limited partnership, ONLY

21  ☐ Freedom SPV II, LLC, a Delaware limited liability company, ONLY

22
23  ☐ Freedom SPV VI, LLC, a Delaware limited liability company, ONLY

24  ☐ Freedom SPV I, LLC, a Delaware limited liability company, ONLY

25
26  ☐ Freedom SPV IV, LLC, a Delaware limited liability company, ONLY

27  ☐ Freedom SPV V, LLC, a Delaware limited liability company, ONLY

28

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

**TO THE HONORABLE MARK S. WALLACE, UNITED STATES BANKRUPTCY JUDGE:**

The jointly administered debtors and debtors-in-possession (the "Debtors") in the above-caption chapter 11 cases, and Toyota Industries Commercial Finance, Inc.'s ("Toyota," and together with the Debtors, the "Parties"), by and through their undersigned counsel, hereby enter into this Stipulation to Continue Hearings on Toyota Industries Commercial Finance Inc.'s Notices of Motion and Motions for Relief from the Automatic Stay Under 11 U.S.C. § 362 (Docket No. 350 and 351) (the "Stipulation").

## **RECITALS**

A.  On January 27, 2016, Toyota filed two motions for relief from the automatic stay under 11 U.S.C. § 362 as to one (1) used Toyota Forklift Model: 8FGCU25, Serial No. 12946 and two (2) new 2013 Toyota Forklifts, Model 8FGCU20, Serial Nos. 47220 & 47243 (the "Motions"). The Motions are currently set for hearing on February 29, 2016.

B.  The Parties have been discussing the pre- and post-petition payments made by the Debtors to Toyota on account of the forklifts. In order to avoid the administrative costs associated with responding to the Motions, the Parties have agreed to continue the hearings so that the Parties can continue to discuss a resolution/withdrawal of the Motions.

## **STIPULATION**

**NOW, THEREFORE, IT IS STIPULATED** by the undersigned Parties, as follows:

1.  The hearing on the Motions presently scheduled for February 29, 2016 at 9:00 a.m., be continued to March 14, 2016 at 9:00 a.m.;

///

///

///

2. Any opposition to the Motions and reply thereto shall be filed and served in accordance with the Local Bankruptcy Rules.

Dated: February 12, 2016

LOBEL WEILAND GOLDEN FRIEDMAN LLP

By: *[signature]*
Beth E. Gaschen
Attorneys for Debtors and
Debtors-in-Possession

Dated: February 12, 2016

WELTMAN, WEINBERG & REIS CO., LPA

By: *[signature]*
Raymond F. Moats, III
Attorneys for Movant, Toyota
Industries Commercial Finance, Inc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 950, Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*):  **STIPULATION TO CONTINUE HEARING ON TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC.'S NOTICES OF MOTION AND MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. SECTION 362 (DOCKET NOS. 350 AND 351)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **February 12, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **February 12, 2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **February 12, 2016**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

The Honorable Mark Wallace, 411 W. 4th Street, Santa Ana, CA  92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 12, 2016 | Kelly Adele | /s/ *Kelly Adele* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                             **F 9013-3.1.PROOF.SERVICE**
0.0

**Electronic Mail Notice List**
James C Behrens     jbehrens@greenbergglusker.com, kwoodson@ggfirm.com;calendar@ggfirm.com
Shraddha Bharatia     notices@becket-lee.com
Matthew Bouslog     MBouslog@gibsondunn.com, Pcrawford@gibsondunn.com
J Scott Bovitz     bovitz@bovitz-spitzer.com
Frank Cadigan     frank.cadigan@usdoj.gov
Joseph Corrigan     Bankruptcy2@ironmountain.com
Brian L Davidoff     bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
Michael T Delaney     mdelaney@bakerlaw.com, sgaeta@bakerlaw.com
Caroline Djang     cdjang@rutan.com
Jeffrey W Dulberg     jdulberg@pszjlaw.com
Robert J Feinstein     rfeinstein@pszjlaw.com
Scott D Fink     brodellecf@weltman.com
Alan J Friedman     afriedman@wgllp.com, nlockwood@wgllp.com;jokeefe@wgllp.com;banavim@wgllp.com
Beth Gaschen     bgaschen@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
Nancy S Goldenberg     nancy.goldenberg@usdoj.gov
Seth Goldman     seth.goldman@mto.com
Christopher J Green     cgreen@wgllp.com, chrisgreen@ucla.com;kadele@wgllp.com
Michael J Hauser     michael.hauser@usdoj.gov
M Jonathan Hayes     jhayes@srhlawfirm.com, roksana@srhlawfirm.com;matthew@srhlawfirm.com;rosarioz@srhlawfirm.com;jfisher@srhlawfirm.com;maria@srhlawfirm.com;staci@srhlawfirm.com;jhayesecf@gmail.com
Eric M Heller     eric.m.heller@irscounsel.treas.gov
Lillian Jordan     ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
Samuel M Kidder     skidder@bhfs.com
Jeffrey C Krause     jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
Elan S Levey     elan.levey@usdoj.gov, louisa.lin@usdoj.gov
William N Lobel     wlobel@lwgfllp.com, nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@wgllp.com
Aaron J Malo     amalo@sheppardmullin.com, jsummers@sheppardmullin.com
Ashley M McDow     amcdow@bakerlaw.com, mdelaney@bakerlaw.com;sgaeta@bakerlaw.com;rojeda@bakerlaw.com;ffarivar@bakerlaw.com
David W. Meadows     david@davidwmeadowslaw.com
Reed M Mercado     rmercado@sheppardmullin.com
Raymond F Moats     colcaecf@weltman.com
Elizabeth L Musser     emusser@tresslerllp.com
Ernie Zachary Park     ernie.park@bewleylaw.com
Ronak Patel     rpatel@co.riverside.ca.us, mdominguez@co.riverside.ca.us
Courtney E Pozmantier     cpozmantier@greenbergglusker.com, kwoodson@greenbergglusker.com;jking@greenbergglusker.com;calendar@greenbergglusker.com
Christopher E Prince     cprince@lesnickprince.com
Todd C. Ringstad     becky@ringstadlaw.com
Christopher O Rivas     crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
Jeremy E Rosenthal     jrosenthal@sidley.com
Peter J Rudinskas     pjr.legal@gmail.com
Leonard M Shulman     lshulman@shbllp.com
Donald W Sieveke     ibmoola@yahoo.com, dws4law@pacbell.net
David P Simonds     dsimonds@akingump.com, tsouthwell@akingump.com
Sarah Stuppi     Sarah@stuppilaw.com
Helena Tseregounis     htseregounis@sidley.com
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
Beth Ann R Young     bry@lnbyb.com