Jeremy E. Rosenthal, SBN 223199
jrosenthal@sidley.com
Helena G. Tseregounis, SBN 287422
htseregounis@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600

Kenneth P. Kansa, (*pro hac vice*)
kkansa@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

*Attorneys for Tribune Publishing Company*

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>FREEDOM COMMUNICATIONS, INC., a Delaware corporation, *et al.*[1]<br><br>Debtors and Debtors in Possession<br><br>Affects:<br><br>☒    All Debtors<br><br>☐    Freedom Communications, Inc., a Delaware corporation, ONLY | Case No. 8:15-bk-15311-MW<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 8:15-bk-15312-MW; 8:15-bk-15313-MW; 8:15-bk-15315-MW; 8:15-bk-15316-MW; 8:15-bk-15317-MW; 8:15-bk-15318-MW; 8:15-bk-15319-MW; 8:15-bk-15320-MW; 8:15-bk-15321-MW; 8:15-bk-15322-MW; 8:15-bk-15323-MW; 8:15-bk-15324-MW; 8:15-bk-15325-MW; 8:15-bk-15326-MW; |

---

[1] The last four digits of the Debtors' federal tax identification numbers are as follows:  Freedom Communications, Inc. (0750); Freedom Communications Holdings, Inc., (2814); Freedom Services, Inc. (3125); 2100 Freedom, Inc. (7300); OCR Community Publications, Inc. (9752); Daily Press, LLC (3610); Freedom California Mary Publishing, Inc. (4121); Freedom California Ville Publishing Company LP (7735); Freedom Colorado Information, Inc. (7806); Freedom Interactive Newspapers, Inc. (9343); Freedom Interactive Newspapers of Texas, Inc. (8187); Freedom Newspaper Acquisitions, Inc. (4322); Freedom Newspapers (7766); Freedom Newspapers, Inc. (3240); Freedom Newspapers of Southwestern Arizona, Inc. (5797); OCR Information Marketing, Inc. (7983); Odessa American (7714); Orange County Register Communications, Inc. (7980); Victor Valley Publishing Company (6082); Victorville Publishing Company (7617); Freedom SPV II, LLC (8253); Freedom SPV VI, LLC (8434); Freedom SPV I, LLC (3293); Freedom SPV IV, LLC (8500); and Freedom SPV V, LLC (9036).  The Debtors' mailing address is 625 N. Grand Avenue, Santa Ana, California 92710.

| | | |
|---|---|---|
| 1 | ☐ Freedom Communications Holdings, Inc., a Delaware corporation, ONLY | 8:15-bk-15327-MW; 8:15-bk-15328-MW; 8:15-bk-15329-MW; 8:15-bk-15330-MW; 8:15-bk-15332-MW; 8:15-bk-15337-MW; 8:15-bk-15339-MW; 8:15-bk-15340-MW; 8:15-bk-15342-MW; 8:15-bk-15343-MW; |
| 2 | ☐ Freedom Services, Inc., a Delaware corporation, ONLY | |
| 3 | | |
| 4 | ☐ 2100 Freedom, Inc., a Delaware corporation, ONLY | **DECLARATION OF JEREMY E. ROSENTHAL RE: NOTICE OF HEARING ON SHORTENED NOTICE ON TRIBUNE PUBLISHING COMPANY'S MOTION TO (I) DENY STALKING HORSE BID PROTECTIONS, AND (II) CLARIFY NON-APPLICABILITY OF STALKING HORSE STATUS** |
| 5 | ☐ OCR Communication Publications, Inc., a California corporation, ONLY | |
| 6 | ☐ Daily Press, LLC, a California limited liability company, ONLY | |
| 7 | ☐ Freedom California Mary Publishing, Inc., a California corporation, ONLY | |
| 8 | | |
| 9 | ☐ Freedom California Ville Publishing Company LP, a California limited partnership, ONLY | [Local Rule 9075-1(b)] |
| 10 | | |
| 11 | ☐ Freedom Colorado Information, Inc., a Delaware corporation, ONLY | |
| 12 | ☐ Freedom Interactive Newspapers, Inc., a California corporation, ONLY | |
| 13 | ☐ Freedom Interactive Newspapers of Texas, Inc., a Delaware corporation, ONLY | |
| 14 | | |
| 15 | ☐ Freedom Newspaper Acquisitions, Inc., a Delaware corporation, ONLY | |
| 16 | ☐ Freedom Newspapers, a Texas general partnership, ONLY | |
| 17 | ☐ Freedom Newspapers, Inc., a Delaware corporation, ONLY | |
| 18 | | |
| 19 | ☐ Freedom Newspapers of Southwestern Arizona, Inc. a California corporation, ONLY | |
| 20 | ☐ OCR Information Marketing, Inc., a California corporation, ONLY | |
| 21 | ☐ Odessa American, a Texas general partnership, ONLY | |
| 22 | | |
| 23 | ☐ Orange County Register Communications, Inc., a California corporation, ONLY | |
| 24 | ☐ Victor Valley Publishing Company, a California corporation, ONLY | |
| 25 | | |
| 26 | ☐ Victorville Publishing Company, a California limited partnership, ONLY | |
| 27 | | |
| 28 | | |

☐ Freedom SPV II, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV VI, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV I, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV IV, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV V, LLC, a Delaware limited liability company, ONLY

I, Jeremy E. Rosenthal, declare and state as follows:

1. I am a partner of the law firm Sidley Austin LLP ("Sidley"), counsel to Tribune Publishing Company ("Tribune"). I submit this Declaration in accordance with this Court's order (the "Order") granting Tribune's application for an order shortening time for notice of a hearing on its concurrently-filed motion (the "Motion") to (i) deny stalking horse bid protections, and (ii) clarify non-applicability of stalking horse status. [Doc. No. 477]. I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2. In accordance with paragraph 2 of the Order, in advance of 5:00 p.m. on March 16, 2016, I was present with Debtors' counsel, counsel to the Official Committee of Unsecured Creditors (the "Committee"), and counsel to Media news Group *dba* Digital First Media ("DFM"), when we were collectively informed by a clerk for Bankruptcy Court of the entry of the Order, the time and date for the hearing on the Motion, the deadline for objections to the Motion and the deadline for any replies to any objections. After hearing the information presented by the clerk, counsel for the aforementioned parties each agreed that no further verbal notice was required.

3. In accordance with paragraphs 3 and 4 of the Order, in advance of 5:00 p.m. on March 16, 2016, I directed my associate, Helena Tseregounis, to serve written notice of the hearing on the Motion (including the deadline for any opposition), a copy of the Order, and a copy of the Motion on Debtors' counsel, counsel to the Committee, counsel to DFM and the United States

Trustee via e-mail and to give telephonic notice of the time and date for the hearing on the Motion, the deadline for objections to the Motion and the deadline for any replies to any objections to the United States Trustee.  She did serve such notice and copies via e-mail at 12:34 p.m. on March 16, attached hereto as <u>Exhibit A</u> and did provide such telephonic notice to the United States Trustee..

4. In accordance with paragraphs 3 and 4 of the Order, as described in the proofs of service filed on the docket, written notice of the hearing on the Motion (including the deadline for any opposition), a copy of the Order, and a copy of the Motion were served via personal delivery on the United States Trustee and to this Court's chambers.  [Doc. Nos. 476, 482].

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on March 16, 2016, at Santa Ana, California.

_____
Jeremy L. Rosenthal

EXHIBIT A

EXHIBIT A

**Tseregounis, Helena**

| | |
|---|---|
| **From:** | Tseregounis, Helena |
| **Sent:** | Wednesday, March 16, 2016 12:34 PM |
| **To:** | 'WLobel@wgllp.com'; Alan Friedman; 'rfeinstein@pszjlaw.com'; 'jdulberg@pszjlaw.com'; 'amartin@sheppardmullin.com'; 'rmercado@sheppardmullin.com'; 'michael.hauser@usdoj.gov'; 'nancy.goldenberg@usdoj.gov'; 'frank.cadigan@usdoj.gov' |
| **Cc:** | Kansa, Ken; Rosenthal, Jeremy |
| **Subject:** | Freedom - Notice of March 21 Hearing and Order |
| **Attachments:** | Freedom - Written Notice and Order on Shortened Notice.pdf; Freedom - Motion to Deny Stalking Horse Bid Protections and Clarify - 474.pdf |

All,

Attached please find written notice and a copy of the order setting the hearing on Tribune's Motion to (i) Deny Stalking Horse Bid Protections, and (ii) Clarify Non-Applicability of Stalking Horse Status.

Also attached is a copy of the motion itself.

**HELENA G. TSEREGOUNIS**
Associate

**SIDLEY AUSTIN LLP**
555 West Fifth Street
Los Angeles, CA 90013
+1 213 896 6161
htseregounis@sidley.com
www.sidley.com

