| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ROBERT J. FEINSTEIN (*Pro Hac Vice*)<br>JEFFREY W. DULBERG (SBN 181200)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA  90067<br>Telephone: 310/277-6910<br>Facsimile: 310/201-0760<br>Email:  rfeinstein@pszjlaw.com; jdulberg@pszjlaw.com<br>☐ Individual *appearing without an attorney*<br>☒ Attorney for:  Attorneys for Official Committee of Unsecured Creditors | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>FREEDOM COMMUNICATIONS, INC.,<br>a Delaware corporation, et al.,[1]<br><br>Debtors and<br>Debtors-in-Possession. | CASE NO.:    8:15-bk-15311-MW [Jointly Administered]<br>CHAPTER: 11 |
|---|---|
| Affects:<br>☒ All Debtors | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[2]):<br><br>**MOTION FOR ORDER APPROVING SETTLEMENT BY AND BETWEEN COMMITTEE, DEBTORS AND SILVER POINT FINANCE, LLC [DOCKET NO. 467]** |

PLEASE TAKE NOTE that the order titled **ORDER APPROVING MOTION FOR ORDER APPROVING SETTLEMENT BY AND BETWEEN COMMITTEE, DEBTORS AND SILVER POINT FINANCE, LLC** was lodged on (*date*) March 21, 2016 and is attached. This order relates to the Stipulation which is docket number **467.**

---

[1] The last four digits of the Debtors' federal tax identification numbers are as follows: Freedom Communications, Inc. (0750); Freedom Communications Holdings, Inc. (2814); Freedom Services, Inc. (3125); 2100 Freedom, Inc. (7300); OCR Community Publications, Inc. (9752); Daily Press, LLC (3610); Freedom California Mary Publishing, Inc. (4121); Freedom California Ville Publishing Company LP (7735); Freedom Colorado Information, Inc. (7806); Freedom Interactive Newspapers, Inc. (9343); Freedom Interactive Newspapers of Texas, Inc. (8187); Freedom Newspaper Acquisitions, Inc. (4322); Freedom Newspapers (7766); Freedom Newspapers, Inc. (3240); Freedom Newspapers of Southwestern Arizona, Inc. (5797); OCR Information Marketing, Inc. (7983); Odessa American (7714); Orange County Register Communications, Inc. (7980); Victor Valley Publishing Company (6082); Victorville Publishing Company (7617); Freedom SPV II, LLC (8253); Freedom SPV VI, LLC (8434); Freedom SPV I, LLC (3293); Freedom SPV IV, LLC (8500); and Freedom SPV V, LLC (9036). The Debtors' mailing address is 625 N. Grand Avenue, Santa Ana, California 92701.

[2] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*         Page 1         **F 9021-1.2.BK.NOTICE.LODGMENT**
DOCS_LA:297696.1 29266/002

# EXHIBIT A

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                        Page 1                              **F 9021-1.2.BK.NOTICE.LODGMENT**
DOCS_LA:297696.1 29266/002

ROBERT J. FEINSTEIN *(Admitted Pro Hac Vice)*
JEFFREY W. DULBERG (CA SBN 181200)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:  rfeinstein@pszjlaw.com
        jdulberg@pszjlaw.com

[Proposed] Attorneys for
Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>FREEDOM COMMUNICATIONS, INC., a Delaware corporation, et al.,[1]<br><br>Debtors and Debtors-in-Possession. | Case Nos.: 8:15-bk-15311-MW<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 8:15-bk-15312-MW; 8:15-bk-15313-MW; 8:15-bk-15315-MW; 8:15-bk-15316-MW; 8:15-bk-15317-MW; 8:15-bk-15318-MW; 8:15-bk-15319-MW; 8:15-bk-15320-MW; 8:15-bk-15321-MW; 8:15-bk-15322-MW; 8:15-bk-15323-MW; 8:15-bk-15324-MW; 8:15-bk-15325-MW; 8:15-bk-15326-MW; 8:15-bk-15327-MW; 8:15-bk-15328-MW; 8:15-bk-15329-MW; 8:15-bk-15330-MW; 8:15-bk-15332-MW; 8-15-bk-15337-MW; 8:15-bk-15339-MW; 8-15-bk-15340-MW; 8:15-bk-15342-MW; 8:15-bk-15343-MW) |

---

[1] The last four digits of the Debtors' federal tax identification numbers are as follows: Freedom Communications, Inc. (0750); Freedom Communications Holdings, Inc. (2814); Freedom Services, Inc. (3125); 2100 Freedom, Inc. (7300); OCR Community Publications, Inc. (9752); Daily Press, LLC (3610); Freedom California Mary Publishing, Inc. (4121); Freedom California Ville Publishing Company LP (7735); Freedom Colorado Information, Inc. (7806); Freedom Interactive Newspapers, Inc. (9343); Freedom Interactive Newspapers of Texas, Inc. (8187); Freedom Newspaper Acquisitions, Inc. (4322); Freedom Newspapers (7766); Freedom Newspapers, Inc. (3240); Freedom Newspapers of Southwestern Arizona, Inc. (5797); OCR Information Marketing, Inc. (7983); Odessa American (7714); Orange County Register Communications, Inc. (7980); Victor Valley Publishing Company (6082); Victorville Publishing Company (7617); Freedom SPV II, LLC (8253); Freedom SPV VI, LLC (8434); Freedom SPV I, LLC (3293); Freedom SPV IV, LLC (8500); and Freedom SPV V, LLC (9036). The Debtors' mailing address is 625 N. Grand Avenue, Santa Ana, California 92701.

DOCS_LA:297673.1 29266/002

| | |
|---|---|
| Affects:<br>☐ All Debtors<br><br>☒ Freedom Communications, Inc., a Delaware corporation, ONLY<br><br>☒ Freedom Communications Holdings, Inc., a Delaware corporation, ONLY<br><br>☒ Freedom Services, Inc., a Delaware corporation, ONLY<br><br>☐ 2100 Freedom. Inc. a Delaware corporation, ONLY<br><br>☒ OCR Community Publications, Inc., a California corporation, ONLY<br><br>☐ Daily Press, LLC, a California limited liability company, ONLY<br><br>☐ Freedom California Mary Publishing, Inc., a California corporation, ONLY<br><br>☐ Freedom California Ville Publishing Company LP, a California limited partnership, ONLY<br><br>☐ Freedom Colorado Information, Inc., a Delaware corporation, ONLY<br><br>☐ Freedom Interactive Newspapers, Inc., a California corporation, ONLY<br><br>☐ Freedom Interactive Newspapers of Texas, Inc., a Delaware corporation, ONLY<br><br>☐ Freedom Newspaper Acquisitions, Inc., a Delaware corporation, ONLY<br><br>☐ Freedom Newspapers, a Texas general partnership, ONLY<br><br>☐ Freedom Newspapers, Inc., a Delaware corporation, ONLY<br><br>☐ Freedom Newspapers of Southwestern Arizona, Inc., a California corporation, ONLY<br><br>☐ OCR Information Marketing, Inc., a California corporation, ONLY<br><br>☐ Odessa American, a Texas general partnership, ONLY | **ORDER APPROVING MOTION FOR ORDER APPROVING SETTLEMENT BY AND BETWEEN COMMITTEE, DEBTORS AND SILVER POINT FINANCE, LLC**<br><br>**Hearing Date**<br>Date:    March 21, 2016<br>Time:   [9:00 a.m.<br>Place:   Courtroom 6C<br>             U.S. Bankruptcy Court<br>             411 West Fourth Street<br>             Santa Ana, CA 92701<br><br>Judge:   Honorable Mark Wallace<br><br>**[Relates to Docket No. 467]** |

2

DOCS_LA:297673.1 29266/002

☐ Orange County Register Communications, Inc., a California corporation, ONLY

☐ Victor Valley Publishing Company, a California corporation, ONLY

☐ Victorville Publishing Company, a California limited partnership, ONLY

☐ Freedom SPV II, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV VI, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV I, LLC, a Delaware limited liability company company, ONLY

☐ Freedom SPV IV, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV V, LLC, a Delaware limited liability company, ONLY

Upon consideration of the *Motion for Order Approving Settlement by and Between Committee, Debtors and Silver Point Finance, LLC* (the "Motion")[2] [Docket No. 467] filed by the Official Committee of Unsecured Creditors (the "Committee") of Freedom Communications, Inc. *et al.,* and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estate, its creditors, and all other parties in interest; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this Court pursuant to U.S.C. §§ 1408 and 1409; and it appearing that no objections to the Motion having been filed; and after due deliberation and sufficient cause appearing therefor,

**IT IS ORDERED, ADJUDGED AND DECREED** as follows:

1. The Motion is granted in its entirety;

2. The Parties are authorized to enter into the Settlement Agreement attached as **Exhibit A** to the Motion and the Settlement is approved in all respects, including the releases contained in the Settlement Agreement;

---

[2] Capitalized terms not otherwise defined herein shall have the meaning given them in the Motion.

3. The Parties are further authorized to take such actions as are necessary to implement the terms of the Settlement without further Court order; and

4. This Court shall retain jurisdiction in connection with any issues that may arise concerning this Order.

###

4

DOCS_LA:297673.1 29266/002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 21, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) March 21, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 21, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL**
Honorable Mark S. Wallace
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 6135 / Courtroom 6C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 21, 2016 | Nancy H. Brown | */s/ Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 2     **F 9021-1.2.BK.NOTICE.LODGMENT**
DOCS_LA:297696.1 29266/002

In re: Freedom Communications, Inc.
Case No. 8:15-bk-15311-MW

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
- James C Behrens    jbehrens@greenbergglusker.com, kwoodson@ggfirm.com;calendar@ggfirm.com
- Shraddha Bharatia    notices@becket-lee.com
- Matthew Bouslog    MBouslog@gibsondunn.com, Pcrawford@gibsondunn.com
- J Scott Bovitz    bovitz@bovitz-spitzer.com
- Frank Cadigan    frank.cadigan@usdoj.gov
- Joseph Corrigan    Bankruptcy2@ironmountain.com
- Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- Michael T Delaney    mdelaney@bakerlaw.com, sgaeta@bakerlaw.com
- Caroline Djang    cdjang@rutan.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Robert J Feinstein    rfeinstein@pszjlaw.com
- Scott D Fink    brodellecf@weltman.com
- Alan J Friedman    afriedman@wgllp.com, nlockwood@wgllp.com;jokeefe@wgllp.com;banavim@wgllp.com
- Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Seth Goldman    seth.goldman@mto.com
- Christopher J Green    cgreen@wgllp.com, chrisgreen@ucla.com;kadele@wgllp.com
- Michael J Hauser    michael.hauser@usdoj.gov
- M Jonathan Hayes    jhayes@srhlawfirm.com, roksana@srhlawfirm.com;matthew@srhlawfirm.com;rosarioz@srhlawfirm.com;jfisher@srhlawfirm.com;maria@srhlawfirm.com;staci@srhlawfirm.com;jhayesecf@gmail.com
- Eric M Heller    eric.m.heller@irscounsel.treas.gov
- Lillian Jordan    ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- Samuel M Kidder    skidder@bhfs.com
- Jeffrey C Krause    jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
- Elan S Levey    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- William N Lobel    wlobel@lwgfllp.com, nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@wgllp.com
- Aaron J Malo    amalo@sheppardmullin.com, jsummers@sheppardmullin.com
- Ashley M McDow    amcdow@bakerlaw.com, mdelaney@bakerlaw.com;sgaeta@bakerlaw.com;rojeda@bakerlaw.com;ffarivar@bakerlaw.com
- David W. Meadows    david@davidwmeadowslaw.com
- Reed M Mercado    rmercado@sheppardmullin.com
- Raymond F Moats    colcaecf@weltman.com
- Elizabeth L Musser    emusser@tresslerllp.com
- Ernie Zachary Park    ernie.park@bewleylaw.com
- Ronak Patel    rpatel@co.riverside.ca.us, mdominguez@co.riverside.ca.us
- Courtney E Pozmantier    cpozmantier@greenbergglusker.com, kwoodson@greenbergglusker.com;jking@greenbergglusker.com;calendar@greenbergglusker.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com
- Todd C. Ringstad    becky@ringstadlaw.com
- Christopher O Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Jeremy E Rosenthal    jrosenthal@sidley.com
- Peter J Rudinskas    pjr.legal@gmail.com
- Leonard M Shulman    lshulman@shbllp.com
- Donald W Sieveke    ibmoola@yahoo.com, dws4law@pacbell.net
- David P Simonds    dsimonds@akingump.com, tsouthwell@akingump.com
- Sarah Stuppi    Sarah@stuppilaw.com
- Helena Tseregounis    htseregounis@sidley.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Beth Ann R Young    bry@lnbyb.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 2                            **F 9021-1.2.BK.NOTICE.LODGMENT**
DOCS_LA:297696.1 29266/002

**2. SERVED BY UNITED STATES MAIL**:

Debtor
Freedom Communications, Inc.
Attn: Rich Mirman, CEO
a Delaware Corporation
625 N. Grand Ave.
Santa Ana, CA 92701

Creditors' Committee
Alan Swain
Associated Press
450 West 33rd Street
New York, NY 10001

Peter C. Anderson, U.S. Trustee
Frank Cadigan, Asst. U.S. Trustee
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701

Lina Miniaci/Pierre Pharand
Ponderay Newsprint Company
111 Duke Street, Suite 5000
Montreal, Quebec
**Canada** H3CQH1

Lori McMahon
Inland Empire Paper Company
3320 N. Argonne
Spokane, WA 99212

Keith Somers
ACI California, LLC
330 Golden Shore, Suite 410
Long Beach, CA 90802

Hany El Tamami
Electronic Business Solutions
19800 MacArthur Blvd.
Suite 300
Irvine, CA 92612

Brian Cornelius
Newscycle
7900 International Drive, Suite 800
Bloomington, MN 55425

Creditors Committee Chairman
John J. Butler
Pension Benefit Guaranty Corporation
1200 K Street NW
Washington, DC 20005-4026

Attys for Tribune Publishing Company
Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Attys for Silver Point Finance, LLC, et al.
Thomas B. Walper
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560

Request for Special Notice
Attys for Angelo, Gordon Management
Lisa G. Beckerman
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036-6745

Request for Special Notice
Thomas B. Walper
Seth Goldman
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 2                    **F 9021-1.2.BK.NOTICE.LODGMENT**
DOCS_LA:297696.1 29266/002