1  William N. Lobel, State Bar No. 93202
   wlobel@lwgfllp.com
2  Alan J. Friedman, State Bar No. 132580
   afriedman@lwgfllp.com
3  Beth E. Gaschen, State Bar No. 245894
   bgaschen@lwgfllp.com
4  Christopher J. Green, State Bar No. 295874
   cgreen@lwgfllp.com
5  **LOBEL WEILAND GOLDEN FRIEDMAN**
   650 Town Center Drive, Suite 950
6  Costa Mesa, California 92626
   Telephone   714-966-1000
7  Facsimile    714-966-1002

8  Attorneys for Debtors and Debtors-in-Possession

9               **UNITED STATES BANKRUPTCY COURT**

10              **CENTRAL DISTRICT OF CALIFORNIA**

11                    **SANTA ANA DIVISION**

| | |
|---|---|
| 12  In re | Case No. 8:15-bk-15311 |
| 13  FREEDOM COMMUNICATIONS, INC., a Delaware corporation et al., | Chapter 11 |
| 14       Debtors and Debtors-in-Possession. | (Jointly Administered with Case Nos. 8:15-bk-15312-MW; 8:15-bk-15313-MW; 8:15-bk-15315-MW; 8:15-bk-15316-MW; 8:15-bk-15317-MW; 8:15-bk-15318-MW; 8:15-bk-15319-MW; 8:15-bk-15320-MW; 8:15-bk-15321-MW; 8:15-bk-15322-MW; 8:15-bk-15323-MW; 8:15-bk-15324-MW; 8:15-bk-15325-MW; 8:15-bk-15326-MW; 8:15-bk-15327-MW; 8:15-bk-15328-MW; 8:15-bk-15329-MW; 8:15-bk-15330-MW; 8:15-bk-15332-MW; 8:15-bk-15337-MW; 8:15-bk-15339-MW; 8:15-bk-15340-MW; 8:15-bk-15342-MW; 8:15-bk-15343-MW) |
| 15  Affects:  ☒ All Debtors | |
| 16  ☐ Freedom Communications, Inc., a Delaware corporation, ONLY | |
| 17 | |
| 18 | |
| 19  ☐ Freedom Communications Holdings, Inc., a Delaware corporation, ONLY | |
| 20 | |
| 21  ☐ Freedom Services, Inc., a Delaware corporation, ONLY | **NOTICE TO RETAINED PROFESSIONALS OF HEARING ON INTERIM FEE APPLICATIONS** |
| 22  ☐ 2100 Freedom, Inc., a Delaware corporation, ONLY | <u>Hearing Date:</u><br>DATE:  June 6, 2016<br>TIME:  2:00 p.m.<br>PLACE: Courtroom 6C<br>        411 West Fourth Street<br>        Santa Ana, California 92701 |
| 23 | |
| 24  ☐ OCR Community Publications, Inc., a California corporation, ONLY | |
| 25  ☐ Daily Press, LLC, a California limited liability company, ONLY | |
| 26 | |
| 27  ☐ Freedom California Mary Publishing, Inc., a California corporation, ONLY | |
| 28  ☐ Freedom California Ville Publishing | |

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

#1064495                                    1              NOTICE TO RETAINED PROFESSIONALS

1  Company LP, a California limited partnership, ONLY

2  ☐ Freedom Colorado Information, Inc., a
3  Delaware corporation, ONLY

4  ☐ Freedom Interactive Newspapers, Inc., a California corporation, ONLY

5  ☐ Freedom Interactive Newspapers of Texas,
6  Inc., a Delaware corporation, ONLY

7  ☐ Freedom Newspaper Acquisitions, Inc., a Delaware corporation, ONLY

8  ☐ Freedom Newspapers, a Texas general
9  partnership, ONLY

10  ☐ Freedom Newspapers, Inc., a Delaware corporation, ONLY

11  ☐ Freedom Newspapers of Southwestern
12  Arizona, Inc., a California corporation, ONLY

13  ☐ OCR Information Marketing, Inc., a California corporation, ONLY

14  ☐ Odessa American, a Texas general
15  partnership, ONLY

16  ☐ Orange County Register Communications, Inc., a California corporation, ONLY

17  ☐ Victor Valley Publishing Company, a
18  California corporation, ONLY

19  ☐ Victorville Publishing Company, a California limited partnership, ONLY

20  ☐ Freedom SPV II, LLC, a Delaware limited
21  liability company, ONLY

22  ☐ Freedom SPV VI, LLC, a Delaware limited liability company, ONLY

23  ☐ Freedom SPV I, LLC, a Delaware limited
24  liability company, ONLY

25  ☐ Freedom SPV IV, LLC, a Delaware limited liability company, ONLY

26  ☐ Freedom SPV V, LLC, a Delaware limited
27  liability company, ONLY

28

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

#1064495     2     NOTICE TO RETAINED PROFESSIONALS

**TO RETAINED PROFESSIONALS AND OTHER PARTIES-IN-INTEREST:**

**PLEASE TAKE NOTICE** that pursuant to Local Bankruptcy Rule 2016-1(a)(2), you are hereby notified that Lobel Weiland Golden Friedman LLP (the "Firm"), attorneys for Freedom Communications, Inc. and its related debtors and debtors-in-possession in the above-captioned jointly administered chapter 11 cases (the "Debtors"), has scheduled a hearing on interim fee applications on **June 6, 2016, at 2:00 p.m.**, in Courtroom 6-C of the above-entitled court located at 411 West Fourth Street, Santa Ana, California.

**PLEASE TAKE FURTHER NOTICE** that Local Bankruptcy Rule 2016-1(a)(2) provides, in part, as follows:

> Other professional persons retained pursuant to court approval may also seek approval of interim fees at this hearing, provided that they file and serve their applications in a timely manner. Unless otherwise ordered by the court, hearings on interim fee applications will not be scheduled less than 120 days apart.

Notice of the fee application hearing and the amounts of the requested fees and expenses of employed professionals will be sent by the Firm to all creditors and parties in interest on or before May 16, 2016. The professionals who will seek approval of fees and expenses at this scheduled hearing must contact Lori Gauthier at this office, at lgauthier@lwgfllp.com, no later than 5:00 p.m., May 12, 2016, for inclusion of such requested fees and expenses in the notice. Each employed professional must file its fee application with the Court and serve its fee application on interested parties pursuant to the deadlines set forth in the Local Bankruptcy Rules.

Dated: April 14, 2016

LOBEL WEILAND GOLDEN FRIEDMAN LLP

By: _____
WILLIAM N. LOBEL
ALAN J. FRIEDMAN
BETH E. GASCHEN
CHRISTOPHER J. GREEN
Attorneys for Debtors and Debtors-in-Possession

#1064495    3    NOTICE TO RETAINED PROFESSIONALS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

650 Town Center Drive, Suite 950, Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE TO RETAINED PROFESSIONALS OF HEARING ON INTERIM FEE APPLICATIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 15, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) April 15, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) April 15, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.
**VIA ATTORNEY SERVICE**
The Honorable Mark S. Wallace, United States Bankruptcy Court, Central District of California, Ronald Reagan Federal Building and Courthouse, 411 West Fourth Street, Courtesy Bin, Santa Ana, CA 92701-4593

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/15/2016 | Lori Gauthier | /s/ Lori Gauthier |
|---|---|---|
| Date | Printed Name | Signature |

*Lobel Weiland Golden Friedman LLP*
*650 Town Center Drive, Suite 950, Costa Mesa, California 92626*
*Tel 714-966-1000  Fax 714-966-1002*

#1064495      4      NOTICE TO RETAINED PROFESSIONALS

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- James C Behrens   jbehrens@greenbergglusker.com, kwoodson@ggfirm.com;calendar@ggfirm.com
- Shraddha Bharatia   notices@becket-lee.com
- Matthew Bouslog   MBouslog@gibsondunn.com, Pcrawford@gibsondunn.com
- J Scott Bovitz   bovitz@bovitz-spitzer.com
- Frank Cadigan   frank.cadigan@usdoj.gov
- Joseph Corrigan   Bankruptcy2@ironmountain.com
- Brian L Davidoff   bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- Michael T Delaney   mdelaney@bakerlaw.com, sgaeta@bakerlaw.com
- Caroline Djang   cdjang@rutan.com
- Jeffrey W Dulberg   jdulberg@pszjlaw.com
- Robert J Feinstein   rfeinstein@pszjlaw.com
- Scott D Fink   brodellecf@weltman.com
- Alan J Friedman   afriedman@wgllp.com, nlockwood@wgllp.com;jokeefe@wgllp.com;banavim@wgllp.com
- Beth Gaschen   bgaschen@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
- Nancy S Goldenberg   nancy.goldenberg@usdoj.gov
- Seth Goldman   seth.goldman@mto.com
- Christopher J Green   cgreen@wgllp.com, chrisgreen@ucla.com;kadele@wgllp.com;lfisk@lwgfllp.com
- Michael J Hauser   michael.hauser@usdoj.gov
- M Jonathan Hayes   jhayes@srhlawfirm.com, roksana@srhlawfirm.com;matthew@srhlawfirm.com;rosarioz@srhlawfirm.com;jfisher@srhlawfirm.com;maria@srhlawfirm.com;staci@srhlawfirm.com;jhayesecf@gmail.com
- Eric M Heller   eric.m.heller@irscounsel.treas.gov
- Lillian Jordan   ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- Samuel M Kidder   skidder@bhfs.com
- Jeffrey C Krause   jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
- Elan S Levey   elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- William N Lobel   wlobel@lwgfllp.com, nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@wgllp.com
- Aaron J Malo   amalo@sheppardmullin.com, jsummers@sheppardmullin.com
- Ashley M McDow   amcdow@bakerlaw.com, mdelaney@bakerlaw.com;sgaeta@bakerlaw.com;rojeda@bakerlaw.com;ffarivar@bakerlaw.com
- David W. Meadows   david@davidwmeadowslaw.com
- Reed M Mercado   rmercado@sheppardmullin.com
- Dawn A Messick   messickd@ballardspahr.com, chabota@ballardspahr.com
- Raymond F Moats   colcaecf@weltman.com
- Elizabeth L Musser   emusser@tresslerllp.com
- Ernie Zachary Park   ernie.park@bewleylaw.com
- Ronak Patel   rpatel@co.riverside.ca.us, mdominguez@co.riverside.ca.us
- Courtney E Pozmantier   cpozmantier@greenbergglusker.com, kwoodson@greenbergglusker.com;jking@greenbergglusker.com;calendar@greenbergglusker.com
- Christopher E Prince   , jmack@lesnickprince.com
- Todd C. Ringstad   becky@ringstadlaw.com
- Christopher O Rivas   crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Jeremy E Rosenthal   jrosenthal@sidley.com
- Peter J Rudinskas   pjr.legal@gmail.com
- Leonard M Shulman   lshulman@shbllp.com

#1064495     5     NOTICE TO RETAINED PROFESSIONALS

- **Donald W Sieveke**   ibmoola@yahoo.com, dws4law@pacbell.net
- **David P Simonds**   dsimonds@akingump.com, tsouthwell@akingump.com
- **Alex E Spjute**   spjute@hugheshubbard.com, ryan@hugheshubbard.com;gartman@hugheshubbard.com
- **Sarah Stuppi**   Sarah@stuppilaw.com
- **Helena Tseregounis**   htseregounis@sidley.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Scott S Weltman**   colcaecf@weltman.com
- **Beth Ann R Young**   bry@lnbyb.com
- **Steven D Zansberg**   szansberg@lskslaw.com, mkelley@lskslaw.com

**SERVED VIA FIRST-CLASS MAIL:**

**GlassRatner Advisory & Capital Group LLC**
Attn: Adam Meislik
19800 MacArthur Blvd., Suite 820
Irvine, CA 92612

**Rutan & Tucker LLP**
Attn: William F. Meehan
Caroline R. Djang
611 Anton Blvd., Suite 1400
Costa Mesa, CA 92626-1931

**Pachulski Stang Ziehl & Jones LLP**
Attn: Robert J. Feinstein
Jeffrey W. Dulberg
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067

**Alvarez & Marsal North America, LLC**
Attn: Kelly Beaudin Stapleton
600 Madison Avenue, 8th Floor
New York, NY 10022

**Mosier & Co.**
Attn: Robert P. Mosier
3151 Airway Avenue, Suite A-1
Costa Mesa, CA 92626

**FTI Consulting, Inc.**
Attn: Christopher T. Nicholls
633 West Fifth Street, 16th Floor
Los Angeles, CA 90071

**Squar Milner**
Attn: Katherine Gough
4100 Newport Place Drive, Suite 600
Newport Beach, CA 92660

#1064495                                6                      NOTICE TO RETAINED PROFESSIONALS

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002