1  William N. Lobel, State Bar No. 93202
   wlobel@lwgfllp.com
2  Alan J. Friedman, State Bar No. 132580
   afriedman@lwgfllp.com
3  Beth E. Gaschen, State Bar No. 245894
   bgaschen@lwgfllp.com
4  Christopher J. Green, State Bar No. 295874
   cgreen@lwgfllp.com
5  **LOBEL WEILAND GOLDEN FRIEDMAN LLP**
   650 Town Center Drive, Suite 950
6  Costa Mesa, California 92626
   Telephone    714-966-1000
7  Facsimile    714-966-1002

8  Reorganization Counsel for
   Debtors and Debtors-in-Possession
9

10              **UNITED STATES BANKRUPTCY COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12                    **SANTA ANA DIVISION**

13  In re                                    Case No. 8:15-bk-15311-MW
                                             Chapter 11
14  FREEDOM COMMUNICATIONS, INC., a
    Delaware corporation, *et al.*,          (Jointly Administered With Case Nos.
15                                           8:15-bk-15312-MW; 8:15-bk-15313-MW;
                     Debtors and             8:15-bk-15315-MW; 8:15-bk-15316-MW;
16             Debtors-in-Possession.        8:15-bk-15317-MW; 8:15-bk-15318-MW;
                                             8:15-bk-15319-MW; 8:15-bk-15320-MW;
17  Affects:                                 8:15-bk-15321-MW; 8:15-bk-15322-MW;
                                             8:15-bk-15323-MW; 8:15-bk-15324-MW;
18  ☒  All Debtors                           8:15-bk-15325-MW; 8:15-bk-15326-MW;
                                             8:15-bk-15327-MW; 8:15-bk-15328-MW;
19  ☐  Freedom Communications, Inc., a       8:15-bk-15329-MW; 8:15-bk-15330-MW;
    Delaware corporation, ONLY               8:15-bk-15332-MW; 8:15-bk-15337-MW;
20                                           8:15-bk-15339-MW; 8:15-bk-15340-MW;
    ☐  Freedom Communications Holdings,      8:15-bk-15342-MW; 8:15-bk-15343-MW)
21  Inc., a Delaware corporation, ONLY

22  ☐  Freedom Services, Inc., a Delaware    **FIRST INTERIM APPLICATION FOR**
    corporation, ONLY                        **ALLOWANCE AND PAYMENT OF FEES**
23                                           **AND REIMBURSEMENT OF EXPENSES**
    ☐  2100 Freedom, Inc., a Delaware        **OF LOBEL WEILAND GOLDEN**
24  corporation, ONLY                        **FRIEDMAN LLP AS REORGANIZATION**
                                             **COUNSEL FOR DEBTORS AND**
25  ☐  OCR Community Publications, Inc., a   **DEBTORS-IN-POSSESSION;**
    California corporation, ONLY             **DECLARATION OF ALAN J. FRIEDMAN**
26                                           **IN SUPPORT THEREOF**
    ☐  Daily Press, LLC, a California limited
27  liability company, ONLY                  **DATE:   June 6, 2016**
                                             **TIME:   2:00 p.m.**
28  ☐  Freedom California Mary Publishing,   **PLACE:  Courtroom 6C**
    Inc., a California corporation, ONLY            411 West Fourth Street
                                                    Santa Ana, CA 92701

#_____                        1       FIRST INTERIM APPLICATION FOR
                                         ALLOWANCE AND PAYMENT OF FEES OF
                                         LOBEL WEILAND GOLDEN FRIEDMAN LLP

*Left margin, vertical text:* Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 • Fax 714-966-1002

1

2  ☐ Freedom California Ville Publishing Company LP, a California limited partnership, ONLY

3

4  ☐ Freedom Colorado Information, Inc., a Delaware corporation, ONLY

5  ☐ Freedom Interactive Newspapers, Inc., a California corporation, ONLY

6

7  ☐ Freedom Interactive Newspapers of Texas, Inc., a Delaware corporation, ONLY

8  ☐ Freedom Newspaper Acquisitions, Inc., a Delaware corporation, ONLY

9

10  ☐ Freedom Newspapers, a Texas general partnership, ONLY

11  ☐ Freedom Newspapers, Inc., a Delaware corporation, ONLY

12

13  ☐ Freedom Newspapers of Southwestern Arizona, Inc., a California corporation, ONLY

14

15  ☐ OCR Information Marketing, Inc., a California corporation, ONLY

16  ☐ Odessa American, a Texas general partnership, ONLY

17

18  ☐ Orange County Register Communications, Inc., a California corporation, ONLY

19

20  ☐ Victor Valley Publishing Company, a California corporation, ONLY

21  ☐ Victorville Publishing Company, a California limited partnership, ONLY

22

23  ☐ Freedom SPV II, LLC, a Delaware limited liability company, ONLY

24  ☐ Freedom SPV VI, LLC, a Delaware limited liability company, ONLY

25

26  ☐ Freedom SPV I, LLC, a Delaware limited liability company, ONLY

27  ☐ Freedom SPV IV, LLC, a Delaware limited liability company, ONLY

28

FIRST INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF FEES OF
LOBEL WEILAND GOLDEN FRIEDMAN LLP

1 ☐ Freedom SPV V, LLC, a Delaware
limited liability company, ONLY

2

3

4 **TO THE HONORABLE MARK S. WALLACE, UNITED STATES BANKRUPTCY**

5 **JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER PARTIES-IN-**

6 **INTEREST:**

7 Lobel Weiland Golden Friedman LLP (the "Firm"), reorganization counsel for

8 Freedom Communications, Inc., a Delaware corporation ("Freedom Communications")

9 and each of its related debtors and debtors-in-possession in the above-captioned chapter

10 11 cases (the "Debtors" and each a "Debtor"), hereby submits its first interim application

11 for allowance and payment of fees and reimbursement of expenses (the "Application") for

12 the period November 1, 2015 through April 30, 2016, pursuant to 11 U.S.C. §§ 330 and

13 331, and respectfully represents as follows:

14 I.   **INTRODUCTION**

15 The Firm was retained to serve as general insolvency counsel for each of the

16 twenty-five related Debtors.  The Firm's services to date have greatly benefited the

17 Debtors' estates.  This Application period covers a period of six months, commencing with

18 the filing of the petitions commencing these cases, filing of the Schedules and Statement

19 of Financial Affairs, preparation of various motions, including numerous first-day motions

20 and culminating in the sale of the Debtors' assets.  From the outset of these cases the

21 foundation for the Debtors' chapter 11 process was a contemplated sale of their assets,

22 which, following an auction, was accomplished.  The sale of the Debtors' assets was a

23 result of a robust marketing and sales process and the Firm's efforts contributed greatly to

24 that result.  The Firm's services were of the highest quality and were provided efficiently

25 and effectively, leading to a very successful result.

26 Accordingly, the Firm requests that the Court approves this Application, allowing

27 $2,561,041.00 in attorneys' fees and $18,499.43 in costs, incurred during the period

28 November 1, 2015 through April 30, 2016, for a total of $2,579,540.43, and order the

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

FIRST INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF FEES OF
LOBEL WEILAND GOLDEN FRIEDMAN LLP

1 payment of such fees and costs, including the 20% fee holdbacks (less the amounts

2 already paid pursuant to the approved monthly facesheet procedures).

3 **II.    THE FIRM HAS COMPLIED WITH THE REQUIREMENTS OF LOCAL**

4 **BANKRUPTCY RULE 2016-1**

5      As set forth in the Declaration of Alan J. Friedman (the "Friedman Declaration"), Mr.

6 Friedman has reviewed the requirements of Local Bankruptcy Rule 2016-1 ("Rule 2016").

7 This Application complies with Rule 2016.[1]

8 **III.    FACTUAL BACKGROUND**

9           **A.    Bankruptcy Filings**

10      On November 1, 2015 and November 2, 2015, as applicable to each Debtor (the

11 "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of

12 the Bankruptcy Code in the United States Bankruptcy Court for the Central District of

13 California (the "Court"). No party has requested the appointment of a trustee or examiner.

14 On November 10, 2015, the United States Trustee appointed a Joint Committee of

15 Creditors holding unsecured claims (the "Committee") in the cases of:  (1) Freedom

16 Communications, Inc., 8:15-bk-15311-MW; (2) Freedom Communications Holdings, Inc.,

17 8:15-bk-15312-MW; (3) Freedom Services, Inc., 8:15-bk-15313-MW; and (4) OCR

18 Community Publications, Inc., 8:15-bk-15316-MW.

19           **B.    Description of the Debtors and Their Businesses**

20      2100 Freedom, Inc. is the direct or indirect parent company of each of the other

21 Debtors.  The Debtors, headquartered in Santa Ana, California, was collectively a

22 privately-owned information and entertainment company consisting of print publications

---

23

24      [1] Local Bankruptcy Rule 2016-1(a)(1), states in, pertinent part, as follows:

25      All applications for fees . . . filed by attorneys . . . shall contain the following:

26      (A) A brief narrative history of the present posture of the case. In chapter 11 cases, the information furnished shall describe the general operations of the debtor and whether the business of the debtor, if any, is being operated at a profit or loss, cash flow, whether a plan has been filed, and if not, what are the

27      prospects for reorganization and when it is anticipated that a plan will be filed.

28

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 • Fax 714-966-1002

1  and interactive businesses.  Prior to the Debtors' sale of assets (as more particularly

2  described hereinafter) the Debtors' portfolio included daily and weekly newspapers,

3  magazines and other specialty publications.  In addition, the Debtors operated an

4  interactive business which offered website complements, as well as digital and mobile

5  products, to their print publications.  The Orange County Register was the Debtors'

6  flagship newspaper.  Prior to the Debtors sale of assets, the Debtors also operated the

7  Press-Enterprise and Unidos (a Spanish language newspaper), and owned real property

8  in Santa Ana and Riverside, California.

9        The seven operating Debtors, which held the overwhelming majority of assets and

10 where the vast majority of activity has occurred, are Freedom Communications, Inc.;

11 Freedom Communications Holdings, Inc.; Freedom SPV II, LLC; Freedom SPV VI, LLC;

12 Freedom Services, Inc.; 2100 Freedom, Inc.; and OCR Community Publications, Inc.

13 (together, the "Operating Debtors")

14               **C.**     **Events Precipitating the Chapter 11 Filings**

15       The advertising environment is influenced by the state of the overall economy,

16 including unemployment rates, inflation, energy prices, consumer interest rates, and the

17 availability of credit.  Historically, advertising revenue has increased in periods of

18 economic growth and declined during national, regional, and local economic downturns.

19 Thus, the Debtors' revenue and operating results since 2012 were significantly impacted

20 by the ongoing recession.  The duration and depth of the recession in markets in which

21 the Debtors operated further reduced their revenues, operating results, and cash flows.  In

22 addition, competition from internet-based advertising alternatives, particularly in the

23 classified employment advertising category, continued to erode traditional print media

24 sources of revenue.  Newsprint prices also had a significant effect on the Debtors'

25 operating results, as newsprint is their principal raw material.  The newsprint industry is

26 highly cyclical, and newsprint prices have historically experienced significant volatility

27 caused by supply and demand imbalances.

28

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 • Fax 714-966-1002

FIRST INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF FEES OF
LOBEL WEILAND GOLDEN FRIEDMAN LLP

1    In response to declining revenues, the Debtors actively engaged in efforts to right-

2  size their expenses.  In their newspaper publishing business, the Debtors consolidated

3  operational functions, introduced new business models, and outsourced selected

4  distribution, printing, and customer care activities.  With respect to the operations of The

5  Orange County Register, the Press-Enterprise and Unidos, the Debtors reduced

6  headcount, cut back on unprofitable circulation, reduced newsprint consumption,

7  streamlined printing, and outsourced distribution functions.  In addition, the Debtors

8  strengthened and reorganized their newspaper sales organization and added sales staff

9  to focus on online revenue.  Generally, the Debtors, through the use of outside staffing

10 agencies, independent contractors, and outsourcing arrangements, moved in the direction

11 of a more variable cost structure to provide flexibility in responding to changes in demand

12 for products and services.

13    Despite the Debtors' best efforts to increase revenues and decrease expenses,

14 while continuing to maintain a high quality product, the Debtors were unable to fully

15 achieve their financial goals to an extent that would enable them to continue to operate

16 under their current capital structure.  Accordingly, the Debtors made the decision to sell all

17 of their assets and operations for the benefit of all parties, as they believed that such a

18 course of action would maximize the potential return for creditors, while ensuring the

19 ongoing viability of their news/information products, and the ongoing employment of

20 thousands of people.

21    **D.    Employment of the Firm**

22    On November 24, 2015, the Debtors filed their *Application of Debtors and Debtors-*

23 *in-Possession to Employ Lobel Weiland Golden Freidman LLP* (the "Firm") *as*

24 *Reorganization Counsel* [Docket No. 130].  On December 17, 2015, this Court entered its

25 Order authorizing the Debtors to employ the Firm [Docket No. 238].  The Firm was

26 retained in order to assist and represent the Debtors in connection with their chapter 11

27 proceedings, with such services to include (a) advising the Debtors regarding their powers

28 and duties as debtors-in-possession in the continued management and operation of their

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

FIRST INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF FEES OF
LOBEL WEILAND GOLDEN FRIEDMAN LLP

1  affairs and properties; (b) representing the Debtors in proceedings or hearings before this

2  Court involving matters of bankruptcy law; (c) attending meetings and negotiating with

3  creditors and other parties-in-interest; (d) taking necessary actions to protect and preserve

4  the Debtors' estates, including the prosecution of actions on the Debtors' behalf, the

5  defense of any action commenced against the Debtors, negotiating on behalf of the

6  Debtors with respect to all litigation in which the Debtors are involved, and analyzing, and

7  when appropriate, objecting to, claims filed against the Debtors' estates; (e) preparing all

8  motions, applications, answers, orders, reports and papers on behalf of the Debtors as

9  necessary to the administration of these cases; (f) representing the Debtors in connection

10  with any proceedings relating to any potential sale of assets; (g) advising and assisting the

11  Debtors in connection with the confirmation and consummation of any proposed plan(s);

12  and (h) performing such other and further services as typically may be rendered by

13  counsel for a debtor in a chapter 11 case.

### A.    Significant Events During the Application Period

15      This Application period covers a period of six months, commencing with the filing of

16  the petitions commencing these cases and culminating in the sale of the Debtors' assets.

17      In the early stages after the Petition Date, the Firm's activities were focused on

18  obtaining the appropriate orders to ensure that the Debtors could continue to operate their

19  businesses.  In that regard, the Firm prepared and filed various first-day motions,

20  including obtaining orders: (1) authorizing the Debtors' use of cash collateral and obtaining

21  approval of debtor in possession financing; (2) authorizing joint administration of the

22  cases; (3) authorizing maintenance of existing bank accounts and continued use of cash

23  management system; (4) authorizing certain prepetition obligations for the benefits of

24  customers, subscribers and advertisers and continuing customer programs in ordinary

25  course of business; (5) authorizing payment of prepetition wage claims; and (6) prohibiting

26  utility companies from altering, refusing or discontinuing service and determining

27  adequate assurance payments.

28

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

FIRST INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF FEES OF
LOBEL WEILAND GOLDEN FRIEDMAN LLP

1    The Firm prepared and filed a motion for an order authorizing payment of limited

2  prepetition commission obligations, so to avoid the potential for the Debtors' businesses

3  and operations to be impacted by the loss of key employees.

4    The Firm assisted the Debtors in the preparation and filing of the Schedules and

5  Statements of Financial Affairs for each of the 25 related Debtors.

6    The Firm assisted in the preparation and filing of applications seeking approval to

7  employ various professionals, including its employment application, and applications on

8  behalf of (1) Donlin Recano, noticing, claims and balloting agent; (2) GlassRatner

9  Advisory & Capital LLC ("GlassRatner"), financial advisor and consultant; (3) Mosier &

10  Company, Inc., ("Mosier") independent sales representative; (4) FTI Consulting ("FTI"),

11  investment banker; and (5) Squar Milner, accountant.

12    The Firm assisted in the negotiation of the terms and documents and entry of the

13  final order authorizing Debtors to obtain postpetition financing.

14    The Firm prepared a motion and obtained an order setting a claims bar date to

15  enable it to analyze the claims against the Debtors' estates.

16    The Firm assisted in the negotiation of a settlement agreement between Electronic

17  Business Solutions ("EBS") and the Debtors and prepared a motion to approve the

18  negotiated settlement whereby EBS agreed to continue to provide the Debtors with

19  essential interactive and newspaper services.

20    The Firm reviewed and analyzed the Debtors' unexpired leases and contracts, and

21  prepared and filed motions to reject and a motion to extend time pursuant to Section

22  365(d)(4).

23    The Firm prepared and filed a motion seeking approval of employee incentive and

24  severance program, providing for payment of incentive pay to key employees.

25    The Firm addressed issues and opposed a motion filed by LMG National

26  Publishing ("LMG") to compel surrender of non-estate property, such efforts resulting in an

27  order denying LMG's motion with prejudice.

28

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 • Fax 714-966-1002

FIRST INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF FEES OF
LOBEL WEILAND GOLDEN FRIEDMAN LLP

1    The single most significant event during this Application period, was the successful

2  sale of the Debtors' assets and a significant amount of time was incurred by the Firm in

3  order to obtain such result.

4    **B.    Applicability of Large-Case U.S. Trustee Fee Guidelines**

5    On November 16, 2015, the Office of the United States Trustee ("UST") filed its

6  *Notice of Applicability of Large-Case United States Trustee Fee Guidelines* [Docket No.

7  108]. The UST has promulgated forms to aid in compliance with the revised UST

8  Guidelines with respect to large cases. Charts and tables based on such forms are

9  attached hereto as exhibits and filled out with data to the extent relevant to these cases.

10  Exhibit "A", Customary and Comparable Compensation Disclosures with Fee Applications;

11  Exhibit "B", Summary of Timekeepers Included in this Fee Application, Exhibit "C-1",

12  Budget; Exhibit "C-2", Staffing Plan, Exhibit "D-1", Summary of Compensation Requested

13  by Project Category; Exhibit "D-2", Summary of Expense Reimbursement Requested by

14  Category; and Exhibit "E", Summary Cover Sheet of Fee Application.

15

16  **IV.   RETAINER, BUDGET AND MODIFIED FEE APPLICATION PROCEDURES**

17    Retainer. In connection with workout and restructuring services, on October 15,

18  2015, Freedom Communications paid the Firm, from its general operating account, a

19  $301,819.95 retainer (the "Initial Retainer"), all of which was applied pre-petition. On

20  October 30, 2015, Freedom Communications paid the Firm, from its general operating

21  account, a $550,000.00 retainer (the "Second Retainer" and together with the Initial

22  Retainer, the "Retainer"), also in connection with workout and restructuring services,

23  $517,269.60 of which was applied pre-petition. The balance of the Retainer ($32,730.40)

24  was placed in the Firm's retainer trust account.

25    Budget. Pursuant to the *Amended Final Order (A) Authorizing Debtors to (A)*

26  *Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362 and 364, (B) Utilize*

27  *Cash Collateral Pursuant to 11 U.S.C. § 363, (C) Provide Adequate Protection to*

28  *Prepetition Secured Parties, (D) Repay Certain Prepetition Secured Debt, and (E) Grant*

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  •  Fax 714-966-1002

FIRST INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF FEES OF
LOBEL WEILAND GOLDEN FRIEDMAN LLP

1  *Related Relief,* (the "Cash Collateral Order") [Docket 239], the Court approved the Budget

2  attached to the Cash Collateral Order, which provided for the Firm to be paid for its

3  services on a monthly basis.  Once the Retainer was exhausted, the Firm was authorized

4  to be paid pursuant to the Budget in accordance with the modified fee application

5  procedures described below.

6      Modified Fee Application Procedures.  The Firm is authorized to be paid its fees

7  and expenses on a monthly basis from the Retainer and, once the Retainer is exhausted,

8  in accordance with the Budget, using the following modified fee application procedures.

9  Such modified fee procedures provide that the Firm serve a monthly fee statement upon

10 the Debtors, the UST, the Committee, the Committee's counsel, and on those parties that

11 have requested special notice.  If no written objection is filed with respect to the Firm's

12 monthly fee statement within ten (10) days after the service of the monthly fee statement

13 on the various parties referenced above, the Firm will first draw down from the remaining

14 balance of the Retainer the amount of its monthly fee statement.  Thereafter, once the

15 Retainer is exhausted, the Firm will be paid the amount of its monthly fee statement

16 pursuant to the Court-approved Budget.  However, if a written objection to the Firm's

17 monthly fee statement is filed, the Firm will not draw down or be paid the disputed amount

18 until the objection has been resolved.

19

20 **V.    CURRENT FINANCIAL STATUS**

21     As of May 13, 2016, the Debtors' had cash on hand in the amount of

22 $4,550,434.00[2].

23     Funds are still being collected relative to the assets that were sold, and the Debtors

24 are continuing to assess other available sources of recovery.

25

26 _____

27   [2] These funds include proceeds of the sale of Debtors' assets, which proceeds are subject to the alleged liens of certain of the Debtors' creditors.

28

FIRST INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF FEES OF
LOBEL WEILAND GOLDEN FRIEDMAN LLP

1       Payment of the allowed fees and expenses requested herein shall be made from

2  the Fee Escrow established pursuant to the Cash Collateral Order, and also from the

3  proceeds of the sale, once the liens currently attaching to sale proceeds have been

4  removed.  In addition, there will be substantial assets received that are not subject to any

5  creditor's lien, and will also be available for the payment of the allowed fees and expenses

6  hereunder.

7  **VI.    PROFESSIONAL FEE STATEMENTS**

8       Pursuant to the modified fee application procedure which was approved by the

9  Court's order entered December 17, 2015 [Docket No. 238], the Firm has filed fee

10 statements as follows during this Application period:

| Fee Statement[3] | Time Period | Fees Incurred | Costs Incurred | Total Incurred | Amount Paid | Balance |
|---|---|---|---|---|---|---|
| No. 1 | November 2015 | $393,341.00 | $469.35 | $393,810.35 | $32,730.40 (retainer) $282,411.75 | $78,668.20 (20% fee holdback) |
| No. 2 | December 2015 | $409,990.00 | $4,245.13 | $414,235.13 | $332,237.13 | $81,998.00 (20% fee holdback) |
| No. 3 | January 2016 | $400,715.00 | $2,883.70 | $403,598.70 | $323,455.70 | $80,143.00 (20% fee holdback) |
| No. 4 | February 2016 | $390,940.00 | $95.50 | $391,035.50 | $300,000.00 | $78,188.00 (20% fee holdback) and $12,847.50 balance |
| No. 5 | March 2016 | $730,740.00 | $7,153.49 | $737,893.49 | $350,000.00 | $146,148.00 (20% fee holdback) and $241,745.49 balance |
| No. 6 | April 2016 | $235,310.00 | $3,704.58 | $239,014.58 | $0.00 | $47,062.00 (20% fee holdback) and $191,952.58 balance |

[3]No objections to Fee Statements No. 1 through No. 5 were received.  The notice period under Fee Statement No. 6 has not yet expired.

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 • Fax 714-966-1002

FIRST INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF FEES OF
LOBEL WEILAND GOLDEN FRIEDMAN LLP

## VII.   CURRENT FEES AND EXPENSES REQUESTED

The Firm is requesting allowance of $2,561,041.00 in interim fees and $18,499.43 in interim expenses for 4,666.90 hours of work from November 1, 2015 through April 30, 2016, for a total of $2,579,540.43; and, to the extent not paid (including the 20% fee holdback), payment of the allowed amount from the Fee Escrow established pursuant to the Cash Collateral Order, in addition to unencumbered assets of the Estates.

## VIII.   CURRENT CASE STATUS

The Debtors continued to operate their businesses as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code through March 31, 2016, at which time the sale (as further set forth below) to MediaNews Group, Inc., d/b/a Digital First Media ("DFM") closed and the operations of the businesses transferred to DFM.

On March 21, 2016, a hearing was held to consider and approve the sale of substantially all of the Debtors' assets in their print publications, websites and mobile applications business and related relief, including their real estate assets and the assumption and assignment of contracts and leases.

On March 30, 2016, this Court entered its *Order: (A) Authorizing the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and other Interests, Except as Provided in the Successful Bidder's Asset Purchase Agreement, etc.; (B) Authorizing and Approving the Purchase Agreement Thereto; (C) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; (D) Authorizing the Distribution of Sale Proceeds in Accordance with Distribution Schedule; and (E) Granting Related Relief* [Docket No. 562].

On March 31, 2016, the sale to DFM closed.

Now that the Debtors' sale has been successfully completed, the Debtors are focusing their attention on the preparation of a plan and disclosure statement and are discussing the filing of a joint plan of liquidation with the Committee. The Firm anticipates that it will be in a position to file a plan with this Court shortly after the resolution of an

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

FIRST INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF FEES OF
LOBEL WEILAND GOLDEN FRIEDMAN LLP

1    adversary proceeding recently commenced against Angelo, Gordon Management, LLC

2    ("Angelo Gordon").

3          The general bar date was April 1, 2016 and approximately 650 claims were filed.

4    The Debtors and their counsel are in the process of reviewing the filed claims in order to

5    determine which claims need to be objected to.

6          On May 2, 2016, the Debtors filed a complaint for avoidance and recovery of

7    fraudulent transfers against Angelo Gordon.  The Debtors (along with the Committee)

8    continue to evaluate whether there are additional avoidance actions and affirmative

9    causes of action to pursue.

10

11   IX.   **SUMMARY OF THE FIRM'S ACTIVITIES IN THE CASES AS REORGANIZATION**

12         **COUNSEL TO THE DEBTORS**

13         Below is a chart which summarizes all time and corresponding fees incurred by the

14   Firm during these cases.  Each category is described in further detail below.

15   / / /

16   / / /

17   / / /

18

19

20

21

22

23

24

25

26

27

28

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

FIRST INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF FEES OF
LOBEL WEILAND GOLDEN FRIEDMAN LLP

| Category | Hours | Fees | Blended Rate |
|---|---|---|---|
| Asset Analysis and Recovery | 20.60 | $11,595.00 | $562 |
| Asset Disposition | 1,842.10 | $1,266,915.00 | $687 |
| Business Operations | 262.70 | $125,520.00 | $477 |
| Case Administration | 563.40 | $201,576.00 | $357 |
| Cash Collateral Issues | 24.40 | $8,550.00 | $350 |
| Claims Administration/Objections | 497.50 | $209,340.00 | $420 |
| Employee Benefits/Pensions | 462.70 | $217,060.00 | $469 |
| Employment Applications | 219.70 | $76,680.00 | $349 |
| Fee Applications | 107.30 | $43,795.00 | $408 |
| Financing | 293.60 | $186,890.00 | $636 |
| Litigation | 221.00 | $138,395.00 | $626 |
| Meeting of Creditors | 16.60 | $8,255.00 | $497 |
| Plan and Disclosure Statement | 80.30 | $46,955.00 | $584 |
| Relief from Stay and Adequate Protection | 10.40 | $5,140.00 | $494 |
| Reporting | 37.50 | $11,520.00 | $307 |
| Tax Issues | 7.10 | $2,855.00 | $402 |
| **Total** | **4,666.90** | **$2,561,041.00** | **$548** |

### A.    Asset Analysis and Recovery

[20.60 hours, $11,595.00, blended rate $562]

During this Application period, the Firm prepared for and attended a meeting with various parties relative to proposed/potential sale to M. Harrah.

The Firm incurred time in connection with the review and analysis of potential subordination claims and potential fraudulent transfer claims and related issues. The Firm reviewed documents related to potential recovery actions and participated in numerous conferences and communications addressing potential avoidance actions.

The Firm reviewed documents and addressed issues relative to potential claims against the Debtors' D&O insurance carrier and relative to potential tax recovery claims.

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

FIRST INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF FEES OF
LOBEL WEILAND GOLDEN FRIEDMAN LLP

1    The Firm spent time in researching potential real property assets located in

2 Colorado, reviewed and analyzed documents concerning status of ownership by Debtors,

3 including conducting Westlaw and lien searches.

4    **B.    Asset Disposition**

5    [1,842.10 hours, $1,266,915.00, blended rate $687]

6    During this Application period, the Firm incurred substantial time devoted to the

7 Debtors' sale of assets and related matters, which included the following:

8    • Addressed and analyzed sale process, issues, and strategies;

9    • Reviewed and analyzed issues related to appointment of Mosier as

10 independent person to oversee neutral marketing, sales and auctioning process,

11 addressed issues regarding Mosier's employment;

12    • Reviewed Tribune Publishing Company's ("Tribune") proposal and sale

13 structure procedures;

14    • Reviewed and addressed issues relating to investment banker choices (FTI,

15 KPMG, GlassRatner) ;

16    • Reviewed and analyzed bid procedures and related issues;

17    • Reviewed and analyzed issues and documents related to sale of assets and

18 related process;

19    • Reviewed and analyzed sale options, competing bid issues/options, stalking

20 horse;

21    • Reviewed and analyzed pension documents in connection with providing

22 same to potential bidders;

23    • Assisted with data room preparation and related matters, addressed issues

24 re data room population and access, reviewed and analyzed data room documents;

25    • Reviewed, analyzed and prepared documents relating to APA, related

26 schedules and exhibits;

27    • Prepared bidding procedures/sale motion and related pleadings/documents;

28 reviewed/revised same, addressed/incorporated comments by various parties; attended to

15

FIRST INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF FEES OF
LOBEL WEILAND GOLDEN FRIEDMAN LLP

1  several revisions/global revisions addressing and incorporating comments from parties

2  (including the Committee and Silver Point Finance ("Silver Point"); ;

3  • Participated in multiple conferences, telephone calls, conferences, meetings

4  with various parties (i.e., Debtors, Debtors' representatives, Committee, Silver Point,

5  potential bidders, etc.) re sale and marketing issues, sale process, stalking horse, sale

6  timing issues, etc. ;

7  • Addressed and complied with Tribune's request for documents/due-

8  diligence;

9  • Reviewed and analyzed due diligence requests and materials, assisted

10  regarding document requests from potential purchasers/bidders, reviewed and analyzed

11  requests for data and responses;

12  • Worked on sale documentation;

13  • Reviewed, analyzed and conducted legal research related to appropriate bid

14  protections;

15  • Reviewed offers by various parties (1) M. Harrah, (2) Tribune/Times, (3)

16  DFM, including review of documents, APA's, multiple conferences and correspondence

17  related to APA issues;

18  • Worked on stalking horse asset sale agreement and related schedules;

19  • Reviewed contracts and leases for confidentiality provisions;

20  • Reviewed and analyzed issues/options related to auction process;

21  • Reviewed/analyzed bid procedures modifications;

22  • Reviewed and analyzed contracts and leases re terms/details (in connection

23  with sale and potential rejection and/or assumption/assignment);

24  • Reviewed and analyzed contracts related to potential assumption by buyer

25  and relating to bidder requests and ability to release info;

26  • Prepared notice of potential assumption and assignment of executory

27  contracts and leases;

28

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-866-1000  Fax 714-866-1002

FIRST INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF FEES OF
LOBEL WEILAND GOLDEN FRIEDMAN LLP

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 • Fax 714-966-1002

1    •    Addressed pension related issues relative to plan assumptions, potential

2    pension liability, responded to Guggenheim demands;

3    •    Reviewed and analyzed comments and objections of DFM to bid procedures

4    motion and prepared a reply to same;

5    •    Prepared for and attended 2/1/16 hearing on bid procedures motion;

6    •    Addressed and attention to dates and deadlines associated with bid

7    procedures/sale of assets and reviewed and analyzed issues related to approval of

8    bidding procedures;

9    •    Reviewed and analyzed documents in connection with sale of real property

10    assets;

11    •    Reviewed issues related to potential staking horse bids;

12    •    Reviewed and analyzed documents related to pension assets;

13    •    Participated in conferences with Pension Benefit Guaranty Corporation

14    ("PBGC")  and IRS re sale issues;

15    •    Revised and finalized sale and bid order, notice, publication procedures and

16    related notice and potential assumption/assignment/cure notice;

17    •    Reviewed leases/contracts in preparation for noticing of potential

18    assumption/assignment/cure notice;

19    •    Addressed issues and participated in communications and correspondence

20    related to implementation of bidding procedure order;

21    •    Reviewed Tribune's stalking horse documents and drafted APA and related

22    documents/exhibits;

23    •    Addressed issues regarding publication; preparation of publication notice;

24    •    Reviewed and analyzed 1701 and 1771 Lewis lease agreements (relative to

25    environmental issues/inspection relating to sale); addressed/dealt with potential

26    environmental issues;

27

28

FIRST INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF FEES OF
LOBEL WEILAND GOLDEN FRIEDMAN LLP

1      •   Attended multiple meetings, telephone calls and conferences with Tribune

2 regarding stalking horse bids, reviewed, analyzed and evaluated Tribune's revised

3 proposal/bid and responded to same;

4      •   Reviewed, analyzed and evaluated revised stalking horse APA received

5 from DFM, participated in multiple conferences and communications re DFM's offer,

6 related issues and strategies;

7      •   Researched WARN Act issues in connection with asset sale, including

8 multiple correspondence and communications regarding timing of notices and managing

9 employee concerns;

10     •   Prepared motion to reject non-expired real property leases (Petroleum and

11 White Buffalo) ;

12     •   Reviewed and analyzed latest due diligence requests and materials;

13     •   Analyzed sales scenarios and impact on senior claims;

14     •   Analyzed distribution scenarios and impact on bid consideration;

15     •   Prepared cure notice and amended cure notice;

16     •   Reviewed and analyzed Shopoff APA/proposal;

17     •   Analyzed and addressed issues regarding competing bids and strategy

18 relating to same, and potential sale scenarios;

19     •   Prepared potential distribution analysis related to bids, allocation of sale

20 proceeds and bid modification sale proceeds;

21     •   Addressed additional due diligence requests;

22     •   Addressed issues re Tribune's counter-proposal;

23     •   Reviewed and analyzed issues related to stalking horse selection;

24     •   Addressed issues and participated in conference calls and communications

25 relative to waterfall issues, prepared waterfall analysis, and reviewed and revised waterfall

26 to address various parties concerns;

27     •   Prepared motion to approve stalking horse APA;

28

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

FIRST INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF FEES OF
LOBEL WEILAND GOLDEN FRIEDMAN LLP

- Addressed issues regarding potential 2004 exams, including preparation of stipulation/agreement regarding same;

- Attention to obtaining survey of Santa Ana property (in connection with proposed sale – requested by stalking horse bidder) ;

- Reviewed and analyzed evidence and pleadings in preparation for sale hearing;

- Reviewed and analyzed offers/bids from various parties, including APA's documents (including Harrah's, SLF-OCR LLC (for Santa Ana Property only), BVMG, Tom's Truck) and various bids for real estate;

- Reviewed and analyzed priority calculations and related information to assist in bidding process; reviewed and analyzed unsecured calculations and related information to assist in bidding process;

- Researched and analyzed regarding evidentiary showing in connection with free and clear sale;

- Prepared notice of stalking horse designation;

- Reviewed title and preliminary reports; and addressed title issues relative to Santa Ana property;

- Attended to multiple matters in preparation for auction and sale – including (1) going forward strategies, (2) auction procedures and logistics, (3) sale issues, (4) analysis and work on overbid model, (5) addressing pending bids;

- Participated in numerous conferences, meetings, with FTI, Committee, etc. in preparation for auction, including evaluation and comparison of competing bids, possible closing contingencies and other related sale issues, auction dynamics, etc.;

- Prepared proposal for auction mechanics;

- Analyzed competing bids, attended auction, multiple conferences pre-auction and post-auction with various parties (including bidders) regarding competing bids, sale issues and auction strategies;

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 • Fax 714-966-1002

FIRST INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF FEES OF
LOBEL WEILAND GOLDEN FRIEDMAN LLP

1 • Addressed issues regarding assumption and assignment by successful

2 bidder; reviewed contracts, prepared notice to counterparties of selection of successful

3 bidder (Tribune) ;

4 • Assisted regarding finalizing Tribune documents, APA, in preparation for

5 sale hearing; prepared pleadings/brief in support of sale brief;

6 • Prepared for and attended sale hearing;

7 • Addressed issues regarding DOJ complications; including strategy in

8 proceeding with DFM (as successful bidder) if DOJ enjoined Tribune from closing;

9 consultation with parties re effect of injunction and moving forward strategies;

10 • Reviewed issues regarding scope of assets to be acquired by Tribune and

11 related TRO issues;

12 • Reviewed sale brief and related documents, including APA to amend sale to

13 DFM;

14 • Reviewed and addressed audit issues and DFM's related demands and

15 negotiations/counter-proposals resolving DFM's dispute;

16 • Reviewed and analyzed back up bidder options in light of DFM demands re

17 audit issues;

18 • Reviewed and analyzed issues relating to access of sold assets and

19 analysis of rights to access under APA;

20 • Prepared and filed ex parte application for order modifying APA

21 amendments and prepared for and attended hearing on same;

22 • Finalized sale related documents and order;

23 • Worked on closing logistics, including review and analysis of escrow

24 documents, and the preparation of closing documents, including quitclaim deeds, tax

25 certificates, assignments, transfer documents, escrow documents, closing statement,

26 wiring of funds, etc. – including arranging for delivery of documents to escrow;

27 • Attended to post-closing issues and pay-off issues; and

28

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 ∙ Fax 714-966-1002

FIRST INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF FEES OF
LOBEL WEILAND GOLDEN FRIEDMAN LLP

• Coordinated and resolution of issues relating to entry of sale order and closing/funding matters.

## C. **Business Operations**

[262.70 hours, $125,520.00, blended rate $477]

During this Application period, the Firm spent time in this category responding to general business issues facing the Debtors, ranging from addressing operational issues and concerns to addressing customer and employee-related issues, and fielding telephone calls from creditors, vendors and employees.

The Firm spent time in reviewing, finalizing and addressing issues relative to certain first-day motions, including the declaration in support of first-day motions, and with respect to the following motions:

- *Emergency Motion for an Order Authorizing: (1) Maintenance of Existing Bank Accounts, (2) Continued use of Existing Cash Management System for a Limited Period*, including the preparation of a subsequent stipulation between the Debtors and the UST extending the time to maintain and utilize cash management system and bank accounts;

- *Emergency Motion for Order Pursuant to 11 U.S.C. §§ 105(a) and 366: (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service, (II) Determine Adequate Assurance of Payment for Future Utility; Services, and (III) Establishing Procedures for Determining Adequate Assurance*, including addressing issues regarding utility deposits, requests by parties for additional deposits, review and analysis of U.S. TelePacific Corp.'s request for reconsideration relating to the entered utility order, preparation of opposition to U.S. TelePacific Corp.'s request for reconsideration and the preparation of a stipulation resolving the issues/disputes raised by U.S. TelePacific Corp.; and

- *Emergency Motion for an Order Authorizing the Debtors to Honor Certain Prepetition Obligations for the Benefit of Customers, Subscribers, and*

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

FIRST INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF FEES OF
LOBEL WEILAND GOLDEN FRIEDMAN LLP

*Advertisers.* In connection with the motion, the Firm addressed issues relative to the appointment of the Committee and substitution of the Committee in place of the UST with respect to requirements/consent provisions provided in said motion. The Firm communicated with the UST in connection with resolving issues raised by the UST and thereafter filed a motion and related application for OST to substitute the Committee for the UST for notification purposes and consent relating to the Debtors' arrangements to pay certain creditors pursuant to the customer programs motion. The Firm reviewed opposition to the substitution motion as filed by the UST, and prepared a reply in support of the substitution motion.

The Firm addressed issues relating to employee matters and payments and conducted legal research regarding state and federal labor laws.

The Firm addressed issues and communicated with bank representatives and other parties relating to DACA's (deposit accounts) and reviewed and revised documents related to same.

The Firm reviewed various contracts and potential new contracts and participated in communications with parties regarding pending renewals of contracts.

The Firm reviewed and analyzed the Debtors' contracts and leases and prepared a summary of the same.

The Firm reviewed the Debtors' non-residential real property leases for the purpose of determining whether assumption or rejection of the same was in the best interests of the Debtors' estates. In connection with such review, the Debtors determined that they needed more time to make a decision (until after the sale process had been completed) and accordingly prepared and filed a Motion for an Order Extending the Deadline Pursuant to Section 365(d)(4) to Assume or Reject Unexpired Leases of Non-Residential Real Property.

The Firm prepared and filed a motion to reject the Debtors' lease with OC Media Tower, L.P. relating to the premises located at 625 North Grand Avenue, Santa Ana,

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

FIRST INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF FEES OF
LOBEL WEILAND GOLDEN FRIEDMAN LLP

1 California (the "Office Tower Lease") in accordance DFM's Rejection Notice designating
2 the Office Tower Lease for rejection.

3    The Firm analyzed and reviewed documents and correspondence and addressed
4 issues relative to DFM's evaluation of contracts and leases in accordance with the terms
5 of the sale and related APA. Such included review and analysis of the sale order and
6 related documents relative to assumption and assignment and/or rejection and addressing
7 issues with respect to evaluated contract protocols.

8    The Firm reviewed and cross-referenced the Debtors' contracts and leases to
9 DFM's evaluated contract listings and rejection notices and prepared exhibits identifying
10 contracts and leases to be rejected and/or assumed and assigned.

11    In connection with DFM's evaluation of contracts and leases to be either rejected
12 and/or assumed and assigned in accordance with the terms of the sale and related APA,
13 the Firm prepared and filed two (2) motions to reject certain unexpired leases and
14 executory contracts and drafted a motion seeking an order to assume and assign certain
15 unexpired leases and executory contracts.

16    The Firm also spent time in addressing issues relating to multiple post-closing
17 logistics, attending to business wind up issues, strategy and steps to be taken in order to
18 wind down Debtors' business operations.

19    **D.    Case Administration**

20    [563.40 hours, $201,576.00, blended rate $357]

21    During this Application period, the Firm incurred fees in this category completing
22 the preparation and filing of the Debtors' petitions, 20 largest lists/consolidated 30 largest
23 list, and schedules and statements of financial affairs, which was a substantial task given
24 that there were twenty-five (25) related Debtors. Because of the volume of information in
25 the Debtors' schedules and in order to ensure their accuracy, the Firm filed application(s)
26 to and obtained order(s) extending the deadline for the Debtors to file their schedules and
27 statements of financial affairs.

28

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 • Fax 714-966-1002

FIRST INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF FEES OF
LOBEL WEILAND GOLDEN FRIEDMAN LLP

1    The Firm spent considerable time gathering and reviewing information to assist in

2 the preparation of the schedules and statements of financial affairs, and various

3 amendments to the same, including research and analysis of client documents, UCC

4 filings, title reports, etc.

5    The Firm fielded and responded to inquiries from creditors about the Debtors'

6 cases, communicating with various constituents, including creditors and the UST,

7 regarding the status of these cases and the process for filing claims.  The Firm also

8 attended to service related issues and compliance.

9    The Firm worked with the Debtors with respect to compliance with the requirements

10 imposed by the UST.  The Firm assisted the Debtors in the preparation of the 7-Day

11 Package required by the UST and worked with the Debtors to ensure compliance with the

12 various requirements of chapter 11 debtors, including preparation of the Major Issues and

13 Timetable Report, the recording of Petitions, and the preparation of insider compensation

14 requests.

15    Time in this category includes the Firm's finalizing of various first-day motions and

16 review/analysis of the same, including (1) motion to limit notice requirements; (2) motion

17 for joint administration; and (3) declaration in support of first-day motions.  The Firm

18 participated in numerous telephone calls and communications with Debtors', Debtors'

19 professionals, the UST and others addressing issues relating to first-day motions.  The

20 Firm prepared for and attended the hearing on the first-day motions.

21    The Firm prepared for and attended the Initial Debtor Interview with the UST.

22    The Firm addressed issues with the Committee, UST and other parties relative to

23 the 341(a) meeting.

24    The Firm addressed issues relating to the appointment of the Committee and in

25 addressing issues with respect to the selection of Committee counsel.  The Firm reviewed

26 and analyzed the Committee's motion for order establishing information sharing

27 procedures.

28

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 • Fax 714-966-1002

24                    FIRST INTERIM APPLICATION FOR
                      ALLOWANCE AND PAYMENT OF FEES OF
                      LOBEL WEILAND GOLDEN FRIEDMAN LLP

1  The Firm incurred time in preparing three (3) chapter 11 case status reports and in

2  preparing for and attending three (3) chapter 11 status conferences.

3  The Firm attended to calendaring matters, the preparation of critical date memos,

4  and attended to various UST compliance matters.

5  Time in this category further included time incurred in connection with review and

6  analysis of post-sale case administrative matters, including participating in conferences

7  and communications with the Debtors regarding going forward matters and winding up of

8  these cases.

9  **E.   Cash Collateral**

10  [24.40 hours, $8,550.00, blended rate $350]

11  During this Application period, the Firm spent time in this category preparing and

12  pursuing approval of the Debtors' motion authorizing the use of cash collateral, reviewing,

13  analyzing, and revising cash collateral budgets, negotiating the terms and use of cash

14  collateral with various parties, including Silver Point, PBGC and the Committee, preparing

15  a stipulation authorizing the use of cash collateral, reviewing objections filed by Tribune to

16  Debtors' use of cash collateral, preparing stipulations extending time for parties to respond

17  to the Debtors' use of cash collateral and the preparation of a reply to Tribune's

18  objections.

19  On December 17, 2015, this Court entered the *Amended Final Order Authorizing*

20  *Debtors to (A) Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362 and*

21  *364, (B) Utilize Cash Collateral Pursuant to 11.U.S.C. § 363, (C) Provide Adequate*

22  *Protection to Prepetition Secured Parties, (D) Repay Certain Prepetition Secured Debt,*

23  *and (E) Grant Related Relief* [Docket No. 239].

24  The Superpriority Debtor-in-Possession Credit and Security Agreement entered

25  into between certain of the Debtors and Silver Point was filed with the Court on December

26  14, 2015, and the $4.5 million in debtor-in-possession financing was funded.

27  As part of the closing of the sale of the Debtors' assets, the secured claims of Silver

28  Point and the PBGC were paid in full.

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

FIRST INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF FEES OF
LOBEL WEILAND GOLDEN FRIEDMAN LLP

1    The Debtors' access to cash collateral was essential to preserve and maximize the

2  value of the Debtors' estates.  Without the use of access to cash the Debtors would not

3  have been in a position to generate revenue, operate their businesses, or pay the

4  hundreds of individuals who report to work each day.

5    Due to the Firm's efforts, the Debtors were able to use cash collateral to maintain

6  and preserve the value of their estates and to continue to operate so that they could

7  proceed with the sale of their assets.

8    **F.    Claims Administration/Objections**

9    [497.50 hours, $209,340.00, blended rate $420]

10    During this Application period, the Firm addressed issues relating to payment of

11  pre-petition critical vendor claims, including multiple correspondence and communications

12  with various parties, working with the UST to resolve their concerns and requirements with

13  respect to payments of pre-petition critical vendor, employee, and independent contractor

14  claims.

15    The Firm prepared for and attended the hearing on the emergency motion for an

16  order authorizing payment of prepetition employee and independent contractor

17  obligations.

18    The Firm incurred time in this category in connection with the preparation of the

19  Debtors' motion for an order establishing a bar date for filing proofs of claim.  The Firm

20  addressed various bar date issues, including the form of notice of bar date and form of

21  proof of claim.  The Firm worked with Donlin Recano, the claims agent, to get the notice of

22  claims bar date mailed to all known creditors.  The Firm fielded a number of calls from

23  creditors with questions arising as a result of their receipt of the claims bar date notice.

24    The Firm researched issues regarding claims of equity security holders and

25  noticing of bar date on same.

26    The Firm reviewed and analyzed issues and documents with respect to alleged

27  claims against real property assets.

28    The Firm reviewed, analyzed and addressed issues relating to potential tax claims.

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 • Fax 714-966-1002

FIRST INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF FEES OF
LOBEL WEILAND GOLDEN FRIEDMAN LLP

1    The Firm reviewed, analyzed and addressed issues relating to secured and

2  administrative claim issues and researched lien stripping issues.

3    The Firm reviewed, analyzed and addressed issues relating to pension questions

4  and related claims.

5    The Firm reviewed, analyzed and addressed issues relating to the claim and lien of

6  Angelo Gordon.

7    The Firm reviewed, analyzed, addressed issues, and participated in numerous

8  communications and correspondence in connection with negotiating resolution of a

9  settlement EBS.  EBS provided essential functions within the Debtors' software

10  infrastructure, including the Debtors' web sites, financial, advertising, ad tracking, and

11  major workflow components of the Debtors' businesses.  Such negotiations resulted in a

12  settlement reached between the Debtors and EBS and the Firm prepared and filed a

13  Motion for Order Approving Compromise of Controversy thereby approving the settlement

14  reached between the parties.

15    The Firm reviewed, analyzed and addressed issues relative to claims of (1) PBGC

16  and (2) Mark McEachen and Mitchell Stern ("McEachen/Stern") and the impact of the

17  same in connection with the Debtors' sale of assets.

18    The Firm participated in negotiations resulting in a settlement resolving the claim of

19  McEachen/Stern and the Firm prepared a stipulation with respect to the same.

20    The Firm reviewed and analyzed the motion to compel surrender of non-estate

21  property filed by LMG, such motion demanding the Debtors to immediately turnover the

22  sum of $647,868.46 in accounts receivables and other revenues.  The Firm reviewed

23  documents, researched and analyzed issues relating to LMG's turnover demand,

24  participated in communications and conferences with various parties addressing issues

25  relating to LMG's demand, researched proper procedure for relief requested in LMG's

26  motion, researched issues relating to imposition of constructive trusts, prepared for and

27  filed an opposition to LMG's motion, reviewed and analyzed a reply filed by LMG,

28

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

FIRST INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF FEES OF
LOBEL WEILAND GOLDEN FRIEDMAN LLP

1  prepared for and attended a hearing on LMG's motion and prepared and filed an order

2  denying LMG's motion.

3       The Firm worked with Donlin Recano to address claim-related issues, processing

4  and docketing of claims and compliance with Court protocol.

5       The Firm reviewed and analyzed the proof of claims filed (approximately 650),

6  compared the same to scheduled claims and prepared and continued to maintain a claims

7  analysis chart.

8       The Firm reviewed and analyzed the scheduled claims and filed proof of claims and

9  prepared summaries of same to assist in the sales process relative to company offers.

10       The Firm reviewed and addressed issues relating to PBGC's and AIG Property

11  Casualty's requests to file a consolidated claim under one case number and the Firm

12  assisted in the preparation and filing of stipulations with respect to same.

13       The Firm reviewed and addressed issues, and participated in negotiations relating

14  to a settlement between the Committee, the Debtors and Silver Point resolving the claims

15  and defenses asserted by the Committee to the stipulations and admissions made by the

16  Debtors under the Final DIP Order in connection with the prepetition debt and prepetition

17  senior liens.

18       The Firm reviewed and analyzed the lease claim related to the Office Tower lease

19  and its impact on litigation.

20       The Firm reviewed and analyzed potential and pending tax claims and related

21  issues.

22       The Firm reviewed and analyzed the PBGC's claim and related documents.

23       The Firm reviewed and analyzed issues relating to employee priority wage claims.

24       In addition to the review and analysis of specific secured, priority and pension

25  claims, the Firm incurred fees in this category resolving claims of creditors and their

26  demands for payment, identifying various claims that warranted objection, and is

27  commencing the process of objecting to claims.

28

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

FIRST INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF FEES OF
LOBEL WEILAND GOLDEN FRIEDMAN LLP

### G.    <u>Employee Benefits/Pensions</u>

[462.70 hours, $217,060.00, blended rate $469]

During this Application period, the Firm spent time reviewing and finalizing the Debtors' emergency motion for an order authorizing payment of prepetition employee and independent contractor obligations and authority to continue employee programs and prepared for and attended a hearing on the same.

The Firm conducted legal research relating to: (1) issues with respect to payment of pre-petition bonuses in compliance with the cap set forth under Section 507; (2) case law regarding approval of a key employee incentive plan ("KEIP") and key employee retention plan ("KERP"), (3) administrative priority of severance payments; (4) evidence required to establish propriety of a KEIP, (5) post-petition severance plans, (6) filing of KEIP details under seal; (7) Section 509A of Tax Code; and (8) the restructured KEIP.

The Firm reviewed and analyzed issues relating to potential severance claims, independent contractor claims and related employee benefit issues, including analysis of documents and legal basis related to employee claims.

The Firm spent time in reviewing and finalizing the Debtors' emergency motion for an order authorizing payment of limited prepetition commission obligations.  The Firm reviewed and addressed an objection to the motion filed by the UST, and the Firm prepared and filed a reply to the UST's objection, and related pleadings, including a supplement in support of the Debtors' motion.

The Firm reviewed, analyzed and addressed issues relating to (1) timing of income earned for purposes of the Bankruptcy Code; (2) contract rights of employees employed during case; (3) State and Federal law issues; (4) applicability and implications of Federal WARN Act and California WARN Act; and (5) potential employee bonus plans.

The Firm conducted a KEIP analysis, including (1) review and analysis of FTI's proposed KEIP and KERP, and (2) review and analysis of Debtors' documents in support of the KEIP.

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 • Fax 714-966-1002

FIRST INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF FEES OF
LOBEL WEILAND GOLDEN FRIEDMAN LLP

1    The Firm participated in multiple emails, communications and conferences with

2   various parties, including the Debtors, the Committee, Silver Point and the UST

3   addressing issues relative to the Debtors' request to approve a KEIP.

4    The Firm prepared a motion for an order approving an employee incentive and

5   severance program ("KEIP Motion"), which KEIP Motion and supporting documents were

6   prepared after considerable analysis, negotiations and revisions (incorporating and

7   addressing comments from various parties).  The Firm (1) reviewed the Statement of

8   Position and Request for Clarification (the "MS Statement") with respect to the KEIP

9   Motion filed by McEachen/Stern, addressed issues relative to same, including conducing

10  legal research regarding case law raised in the MS Statement, (2) reviewed a response to

11  the KEIP Motion filed by the UST, (3) prepared and filed a Reply to the MS Statement;

12  and (4) prepared for and attended the hearing on the KEIP Motion.

13    The Firm reviewed and analyzed issues related to potential WARN Act issues and

14  analyzed WARN Act notices and impact on the sale process.

15    The Firm addressed issues with respect to termination of the pension plan and

16  related issues.

17    The Firm addressed issues clarifying KEIP calculations and prepared and filed a

18  stipulation and order relating to same.

19    **H.**    **Employment Applications**

20    [219.70 hours, $76,680.00, blended rate $349]

21    During this Application period, the Firm prepared its application, notice of

22  application, and order authorizing the Debtors to employ the Firm as their general

23  insolvency counsel.  The Firm addressed comments and concerns raised by the UST and

24  prepared and filed supplemental declarations in support of its employment resolving the

25  concerns raised by the UST.

26    The Firm prepared an application, notice of application, and order authorizing the

27  Debtor to employ Donlin Recano as their noticing, claims and balloting agent.  The Firm

28  addressed and incorporated concerns and requirements raised by the Clerk's Office and

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

FIRST INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF FEES OF
LOBEL WEILAND GOLDEN FRIEDMAN LLP

1  prepared and filed a supplement to Donlin Recano's employment application resolving the

2  concerns raised by the Clerk's Office.

3      The Firm communicated with various professionals regarding employment related

4  issues and procedures and assisted the same in the preparation of their respective

5  applications and related orders, such, including:

6      • GlassRatner Advisory & Capital LLC, as Debtors' financial advisor and

7        consultant;

8      • Mosier & Company, as Debtors' independent sales representative

9      • Squar Milner, as Debtors' accountant; and

10     • FTI Consulting, Inc. as investment banker to the Debtors.

11     The Firm reviewed and analyzed employment applications and monthly fee

12 applications filed by (1) Rutan & Tucker, Debtor's special corporate counsel, (2) Pachulski

13 Stang Ziehl & Jones LLP, counsel for Official Committee of Unsecured Creditors and (3)

14 Alvarez & Marsal North America LLC, financial advisors to the Official Committee of

15 Unsecured Creditors.

16     The Firm addressed issues regarding the need to employ ordinary course

17 professionals on an "as needed" basis without the submission of separate, formal

18 retention applications.  The Firm prepared and filed a motion for an order authorizing the

19 employment and compensation of professionals in the ordinary course of business

20 ("Ordinary Course Motion") which was approved by the Court.  In connection with the

21 Ordinary Course Motion, the Firm prepared and filed Declaration(s) of Disinterestedness

22 on behalf of Crowell & Moring, LLP.

23     The Firm attended to and addressed issues with respect to the employment of

24 Crowell & Moring as an OCP.

25     The Firm drafted an application to employ Theodora & Oringer as special litigation

26 counsel.

27     The Firm addressed issues relative to the need to expand the scope of

28 employment of GlassRatner.  The Firm prepared and filed an application to expand the

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 • Fax 714-966-1002

31

1  scope of employment of GlassRatner so that Brad Smith, senior managing director of

2  GlassRatner, would serve as Chief Restructuring Officer in order to complete the wind

3  down of the Debtors' operations and assist in the successful resolution of these cases.

4      The Firm reviewed and analyzed the UST Guidelines relative to mega cases and

5  addressed issues regarding compliance with respect to the same and with respect to

6  budgeted fees of professionals.

7      **I.    Fee Applications**

8      [107.30 hours, $43,795.00, blended rate $408]

9      During this Application period, the Firm spent time reviewing and revising the Firm's

10  invoices and preparing the Firms' first through sixth monthly professional fee statements.

11      The Firm spent time in reviewing the terms of employment relating to (1) Rutan &

12  Tucker, (2) GlassRatner and (3) Mosier, in connection with the preparation of monthly

13  professional fee statements and assisted various employed professionals including

14  Mosier, GlassRatner, Rutan & Tucker and FTI in the preparation and service of their

15  monthly professional fee statements.

16      The Firm reviewed the UST Appendix B Guidelines for compliance with the

17  same.  Further the Firm reviewed, analyzed and addressed issues relating to monthly

18  fees under such Guidelines based on budgeted fees.

19      The Firm spent time in reviewing the monthly fee applications filed by

20  Committee's professionals.

21      The Firm coordinated and scheduled a hearing on the interim fee applications of

22  professionals, prepared and served the 45-day notice to professionals and assisted

23  other professionals with the fee application process, including assisting professionals in

24  the preparation of their respective fee applications.

25      The Firm spent time in connection with the preparation of this interim fee

26  application and addressing related issues, drafting of this first interim fee application,

27  preparing the Debtors' declarations in support of its professionals' fee applications,

28

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

FIRST INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF FEES OF
LOBEL WEILAND GOLDEN FRIEDMAN LLP

1  preparation of Appendix B Guideline exhibits and review and addressing issues relative to

2  compliance with U.S. Trustee Appendix B Guidelines.

3  **J.    Financing**

4  [293.60 hours, $186,890.00, blended rate $636]

5  During this Application period, the Firm spent time in reviewing and finalizing the

6  Debtors' motion authorizing the use of cash collateral and related documents, including

7  the preparation and filing of a motion for approval of a stipulation between the Debtors,

8  the prepetition loan parties and PBGC in connection with the Debtors' use of cash

9  collateral.  The Firm participated in multiple telephone conferences and communications

10  with various parties, including Silver Point, PBGC, McEachen/Stern, and the UST with

11  respect to negotiating and addressing issues relative to the Debtors' use of cash

12  collateral.

13  The Firm reviewed an objection filed by Tribune to the motion to approve the

14  stipulation between the Debtors, the prepetition loan parties and PBGC in connection with

15  the Debtors' use of cash collateral, reviewed and analyzed documents regarding pending

16  cash collateral and DIP disputes, reviewed and addressed Tribune's DIP proposal and

17  related term sheet, prepared and filed a reply to Tribune's objection and prepared for and

18  attended the hearing on the same.

19  The Firm reviewed and addressed issues regarding alternative DIP structures,

20  alternative sources of funds and DIP loan alternatives.

21  The Firm reviewed and analyzed cash flow projections and budget issues, and

22  researched regarding cash collateral/financing matters, including non-consensual DIP

23  priming issues.

24  The Firm conducted legal analysis of DIP components and potential DIP

25  modifications, reviewed and analyzed modified DIP proposals and related documents,

26  assisted in revisions to and finalizing of final DIP agreement, budget and DIP Order and

27  prepared for and attended the hearing on approval of the DIP loan.

28

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

FIRST INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF FEES OF
LOBEL WEILAND GOLDEN FRIEDMAN LLP

1       The Firm participated in multiple correspondence and communications addressing

2  issues relating to DIP closing and in the preparation of documents related to the closing.

3       The Firm spent time in this category with respect to the preparation and filing of a

4  motion to incur debt relative to the Debtors' financing of worker's compensation insurance,

5  including preparation for and attendance at the hearing on the same.

6    **K.**   **Litigation**

7    [221.00 hours, $138,395.00, blended rate $626]

8       During this Application period, the Firm reviewed pending litigation in various courts

9  around the country and filed notices of stay and/or suggestions of bankruptcy.  In

10  connection with certain state court litigation actions, the Firm was required to prepare

11  case management statements and prepare for and attend case management

12  conferences, including (1) White Buffalo vs. Freedom, (2) Kading Briggs vs. Freedom and

13  (3) Asencio vs. Freedom.

14       The Firm addressed issues regarding violation of the automatic stay and monitored

15  various state court dockets.

16       The Firm addressed issues relative to the investigation of the Department of

17  Justice ("DOJ") regarding potential anti-trust violations in connection with the sale of

18  assets to Tribune.  The Firm participated in conferences and telephone calls with various

19  parties, including the DOJ, to address the issues raised by the DOJ.  The Firm reviewed

20  documents relative to the DOJ's request, including review and analysis of the TRO filed by

21  the DOJ preventing the sale to Tribune.

22       The Firm reviewed and analyzed facts, conducted legal research, and reviewed

23  and analyzed documents in connection with evaluating potential fraudulent transfer

24  actions.

25       The Firm spent a significant amount of time in this category in the preparation of (i)

26  complaint(s) for avoidance and recovery of fraudulent transfers, (ii) motion(s) for summary

27  judgment, (iii) statement(s) of undisputed facts, and (iv) related declarations and exhibits

28  in connection with actions against (1) Angelo Gordon and (2) OC Media.

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

1    The Firm reviewed and analyzed the complaint and related documents filed against

2    the Debtors by OC Media, such complaint seeking to determine the validity, extent and

3    priority of OC Media's lien.

4    **L.    Meeting of Creditors**

5    [16.60 hours, $8,255.00, blended rate $497]

6    During this Application period, the Firm incurred time in this category preparing for

7    and attending the 341(a) meeting of creditors, held on December 10, 2015 and January 5,

8    2016.  This category further includes time in communicating and coordinating with the

9    UST in connection with rescheduling and noticing of the continued 341(a) meeting, the

10    preparation of the notice of continued 341(a) meeting and coordinating service of same.

11    **M.    Plan and Disclosure Statement**

12    [80.30 hours, $46,955.00, blended rate $584]

13    During this Application period, the Firm spent time in addressing issues with the

14    Committee, Silver Point and various parties relative to extending the Debtors' exclusivity

15    periods to file a plan and solicit acceptances to the plan.

16    The Firm prepared and filed a *Motion for an Order Authorizing Extension of*

17    *Exclusivity Periods for the Filing of a Plan of Reorganization and for Soliciting*

18    *Acceptances to the Plan* [Docket No. 414], which was approved by this Court on March

19    15, 2016 [Docket No. 472].

20    The Firm prepared and filed a *Motion for an Order Authorizing Further Extension of*

21    *Exclusivity Periods for the Filing of a Plan of Reorganization and for Soliciting*

22    *Acceptances to the Plan* [Docket No. 597], the order on the same is currently pending.

23    The Firm addressed issues relating to preparation of a disclosure statement and

24    plan structure alternatives, including review and analysis of issues relating to potential

25    substantive consolidation of the Debtors' estates.

26    This category also includes time in connection with drafting the Debtors' disclosure

27    statement.

28

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

35

1  ### N.  Relief from Stay and Adequate Protection

2  [10.40 hours, $5,140.00, blended rate $494]

3  During this Application period, the Firm reviewed, analyzed and commenced

4  drafting oppositions relating to two separate motions for relief filed by Toyota Industries

5  Commercial Finance Inc., one motion relating to two (2) 2013 Toyota forklifts, and one

6  motion relating to one (1) used Toyota forklift. The Firm communicated with counsel for

7  Toyota in an attempt to resolve the issues, including addressing pre-and post-petition

8  payments made by the Debtors to Toyota on account of the forklifts, subject to the

9  motions. The Firm prepared and filed a stipulation to continue the hearings on the

10  motions pending resolution between the parties, resulting in the filing of voluntary

11  dismissals of the motions.

12  ### O.  Reporting

13  [37.50 hours, $11,520.00, blended rate $307]

14  During this Application period, the Firm spent time in this category assisting and

15  advising the Debtors with respect to their compliance with the 7-day package

16  requirements of the UST, including, but not limited to, preparing the real property

17  questionnaires and major issues and timetable report, gathering the information required

18  by the UST, and arranging for submission of the same to the UST.

19  The Firm further spent time in assisting and advising the Debtors in connection with

20  the on-going requirements imposed by the UST, including monthly operating report

21  requirements, UST quarterly fees, and the updating/amending of schedules and real

22  property questionnaires.

23  The Firm reviewed the Debtors' monthly operating reports and addressed issues

24  relative to same.

25  The Firm communicated and responded with respect to inquiries from the UST

26  relative to various UST compliance items.

27  This category includes time incurred by the Firm in the preparation of Chapter 11

28  Case Status Reports.

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 ▪ Fax 714-966-1002

1  **P.**    **Tax Issues**

2  [7.10 hours, $2,855.00, blended rate $402]

3  During this Application period, the Firm incurred fees in this category in connection

4  with the preparation of a motion requesting authority to pay pre-petition taxes, including

5  communications with various parties addressing issues relative to the same, and

6  addressing and resolving inquiries from the State Board of Equalization.

7  **X.**    **ANALYSIS OF FEES AND COSTS**

8  From November 1, 2015 through April 30, 2016, the Firm expended 4,666.90 hours

9  representing the Debtors in these proceedings, as more particularly described in

10  Exhibit "1" attached to the Declaration of Alan J. Friedman.  Exhibit "1" is a computerized

11  invoice prepared by the Firm based on time records maintained by each professional

12  performing services on behalf of the Debtors.  These records are maintained in the

13  ordinary course of the Firm's business.

14  Set forth below are the Firm's hourly rates for the individuals rendering services on

15  behalf of the Debtors, the amount of time each individual spent in representation of the

16  Debtors, and the total fees.

| Attorney | Hours | Hourly Rate | Period | Total |
|---|---|---|---|---|
| William N. Lobel | 4.80 | $795 | 2015 | $3,816.00 |
| | 203.50 | $800 | 2015 | $162,800.00 |
| | 408.00 | $850 | 2016 | $346,800.00 |
| Alan J. Friedman | 422.50 | $700 | 2015 | $295,750.00 |
| | 868.40 | $750 | 2016 | $651,300.00 |
| Michael J. Weiland | 42.90 | $700 | 2015 | $30,030.00 |
| | 168.20 | $750 | 2016 | $126,150.00 |
| Sean A. O'Keefe | 8.70 | $700 | 2015 | $6,090.00 |
| | 54.40 | $750 | 2016 | $40,800.00 |
| Tavi C. Flanagan | 93.50 | $600 | 2015 | $56,100.00 |
| | 297.90 | $650 | 2016 | $193,635.00 |
| Beth E. Gaschen | 140.00 | $500 | 2015 | $70,000.00 |
| | 180.80 | $550 | 2016 | $99,440.00 |
| Michael R. Adele | 7.10 | $500 | 2015 | $3,550.00 |

FIRST INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF FEES OF
LOBEL WEILAND GOLDEN FRIEDMAN LLP

| Attorney | Hours | Hourly Rate | Period | Total |
|---|---|---|---|---|
| Christopher J. Green | 332.30 | $350 | 2015/2016 | $116,305.00 |
| Nancy Lockwood | 661.20 | $250 | 2015/2016 | $165,300.00 |
| Lori Gauthier | 649.00 | $250 | 2015/2016 | $162,250.00 |
| Claudia Yoshonis | 51.30 | $250 | 2015/2016 | $12,825.00 |
| Cynthia B. Meeker | 61.50 | $250 | 2015/2016 | $15,375.00 |
| Kelly Adele | 10.70 | $250 | 2015/2016 | $2,675.00 |
| Tina Ziemann | .20 | $250 | 2015/2016 | $50.00 |
| **TOTAL HOURS:** | **4,666.90** | | **TOTAL FEES:** | **$2,561,041.00** |

The 4,666.90 hours resulted in total fees of $2,561,041.00, and created a blended hourly rate of $548. The rates charged by the Firm are standard for the Firm on legal matters, without considering the size and degree of responsibility, difficulty, complexity or results achieved. The rates at which the Firm charges its non-bankruptcy clients for similar services are the same.

In addition to the Firm's fees, from November 1, 2015 through April 30, 2016, the Firm has advanced out-of-pocket expenses totaling $18,499.43 which are detailed in Exhibit "1" and which are summarized in Exhibit D-2 appended hereto.

## XI.   POINTS AND AUTHORITIES ADDRESSING STANDARD FOR REVIEWING FEE APPLICATION AND REIMBURSEMENT OF EXPENSES

11 U.S.C. § 330 provides, in part, as follows:

> (a)(1) After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, an examiner, a professional person employed under section 327 or 1103—

> (A) reasonable compensation for actual, necessary services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by any such person; and

> (B) reimbursement for actual, necessary expenses.(3)(A) In determining the amount of reasonable compensation to be awarded, the court shall consider the

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 • Fax 714-966-1002

nature, the extent, and the value of such services, taking into account all relevant factors, including—

(A) the time spent on such services;

(B) the rates charged for such services;

(C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title,

(D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and

(E) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

"A compensation award based on a reasonable hourly rate multiplied by the number of hours actually and reasonably expended is presumptively a reasonable fee." *In re Manoa Finance Co., Inc.*, 853 F.2d 687, 691 (9th Cir. 1988). Factors ordinarily accounted for in either the hourly rate or the number of hours expended include: (1) the novelty and complexity of issues, (2) the special skill and experience of counsel, (3) the quality of representation, and (4) the results obtained. *See id.*

In this case, the factors set forth in § 330 are met.

**1.    Time and Labor Required**

From November 1, 2015 through April 30, 2016, the Firm expended a total of 4,666.90 hours in these cases. The above description of the history of this proceeding and the Firm's representation of the Debtors amply justify this expenditure of time.

**2.    The Services Were Necessary or Beneficial**

As set forth above, the Firm's services were necessary and beneficial.

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

FIRST INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF FEES OF
LOBEL WEILAND GOLDEN FRIEDMAN LLP

### 3.   Time Spent and Rate Charged Were Reasonable

#### a.   Novelty and Difficulty of the Questions

As set forth above, the Firm encountered complex issues in these cases as discussed in more detail above, and various issues in this case required the expertise and skills of the Firm.

#### b.   Skill Required to Perform the Services Properly

The preceding remarks illustrate the necessity of the Firm's exceptional bankruptcy knowledge and skills in fulfilling its obligations to the Debtors.

#### c.   The Quality of Representation

The narrative statement concerning the Firm's services reflects that the Firm provided the highest quality of services to the Debtors.

#### d.   The Result Obtained

The results obtained are set forth in detail in the narrative statement.

#### e.   Customary Fees

The rates charged by the Firm are normal charges for work performed on legal matters, without considering size and degree of responsibility, difficulty, complexity, or results achieved.

#### f.   Whether the Fee is Fixed or Contingent

As in all bankruptcy proceedings, the Firm's fees in connection with its representation of the Debtors are subject to the discretion of the Court in determining the value of the services rendered to the estate, and are subject to the availability of the funds of the estate and are, accordingly, in effect contingent.

#### g.   Experience, Reputation and Ability of Counsel

The Firm's attorneys have extensive knowledge in insolvency, reorganization and bankruptcy law.  The professionals of the Firm rendering services on behalf of the Debtors have considerable experience and resources available which have greatly assisted them in rendering the services which the Firm has been able to perform in this highly specialized field.  Counsel with lesser experience or available resources might have

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 • Fax 714-966-1002

FIRST INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF FEES OF
LOBEL WEILAND GOLDEN FRIEDMAN LLP

1 required additional time in order to render such services. A copy of the Firm's resume is

2 attached hereto as Exhibit "2".

3      **4.    Professional Relationship with the Client**

4      Other than as otherwise disclosed in the Firm's application for order approving its

5 employment, the Firm and all of the attorneys comprising or employed by it are

6 disinterested persons who do not hold or represent an interest adverse to the Debtors'

7 estates and do not have any material connection with the Debtors, their creditors, or any

8 other party in interest in these cases.

9

10 **XII.    STATEMENT FROM THE FIRM RE APPENDIX B GUIDELINE QUESTIONS**

11      Pursuant to the Appendix B Guidelines for Reviewing Application for Compensation

12 and Reimbursement of Expenses filed under United States Code by Attorneys in Larger

13 Chapter 11 Cases, the Firm responds to the following questions regarding the Application:

| Question | Yes | No | Additional Explanation or Clarification |
|---|---|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain | | NO | |
| If the fees sought in this application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client? | | | N/A A budget on a per project category was not prepared in these cases. A budget (the "Budget") per professional was agreed upon and approved pursuant to the Amended Final Order Authorizing Debtors to (A) Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362 and 364, (B) Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (C) Provide Adequate Protection to Prepetition Secured Parties, (D) Repay Certain Prepetition Secured Debt, and (E) Grant Related Relief [Docket No. 239]. The Budget was prepared with |

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

FIRST INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF FEES OF
LOBEL WEILAND GOLDEN FRIEDMAN LLP

| | | | |
|---|---|---|---|
| | | | the understanding that the budgeted fees would likely be less than the actual fees incurred and that professionals would have to wait until the sale was concluded to recover the balance of fees and costs in excess of the agreed upon budgeted amounts. |
| Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case | | NO | |
| Does the fee application include time or fees relating to reviewing or revising time records or preparing, reviewing, or revising invoices? | YES | | A total of 26.20 hours, totaling $19,430.00 in fees |
| Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees | | NO | |
| If the fee application includes any rate increases since retention of these cases:<br>(i) Did your client review and approve those rate increases in advance?<br>(ii) Did your client agree when retaining the law firm to accept all future rate increases? If no, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation consistent with ABA Formal Ethics Opinion 11-458? | | i.  No<br>ii.  Yes | |

## XIII.   <u>NO FEE SHARING ARRANGEMENT</u>

There has been no agreement or arrangement between the Firm and any other party regarding the payment of the Firm's fees and expenses in these bankruptcy cases incurred in connection with representing the Debtors. The Firm has not shared or agreed to share any compensation to be received in these cases with any other person, except as among members of the Firm.

FIRST INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF FEES OF
LOBEL WEILAND GOLDEN FRIEDMAN LLP

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 • Fax 714-966-1002

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000    Fax 714-966-1002

## XIV.    CONCLUSION

**WHEREFORE,** the Firm respectfully requests that this Court enter its order:

1.    Allowing $2,561,041.00 in interim fees and $18,499.43 in interim expenses for the period November 1, 2015 through April 30, 2016, for a total of $2,579,540.43;

2.    Authorizing payment of the approved fees and expenses from funds on hand of the estate, less $1,620,834.98 already paid pursuant to the approved modified fee application procedures; and

3.    Granting such other and further relief as the Court may deem necessary and appropriate.

Respectfully submitted,

Dated:  May 16,  2016

LOBEL WEILAND GOLDEN FRIEDMAN LLP

By:  _____
       William N.  Lobel
       Alan J. Friedman
Reorganization Counsel for Debtors and Debtors-in-Possession

FIRST INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF FEES OF
LOBEL WEILAND GOLDEN FRIEDMAN LLP

## DECLARATION OF ALAN J. FRIEDMAN

I, Alan J. Friedman, hereby declare that, if called as a witness in this matter, I could and would testify competently of my own personal knowledge as follows:

1.    I am a partner in Lobel Weiland Golden Friedman LLP (the "Firm"), located at 650 Town Center Drive, Suite 950, Costa Mesa, California. I am an attorney at law, admitted to practice in all the courts of the State of California and in the United States District Court for the Central District of California.

2.    The Firm has been retained as counsel in the chapter 11 cases of Freedom Communications, Inc., a Delaware corporation ("Freedom Communications") and each of its related debtors and debtors-in-possession in the above-captioned chapter 11 cases (the "Debtors" and each a "Debtor").

3.    Except where noted, I have personal knowledge of the facts stated herein, and would competently testify thereto if sworn as a witness, except as to those matters stated on information and belief, which I believe to be true.

4.    I offer this Declaration in support of the First Interim Application for Allowance of Fees and Reimbursement of Expenses of Lobel Weiland Golden Friedman LLP, as Reorganization Counsel for the Debtors and Debtors-in-Possession (the "Application").

5.    I have read the Application. The facts contained in the Application with regard to the Firm are true to the best of my knowledge and belief.

6.    In the ordinary course of its business, the Firm keeps a record of all time expended by its professionals and para-professionals in the rendering of professional services on a computerized billing system as follows: At or near the time the professional services are rendered, attorneys and other professionals of the Firm either: (1) record in writing on a time sheet the client/matter name or number, the duration of time expended, and a description of the nature of the services performed, or (2) input the time record, including the client/matter number, duration of time expended, a description of the nature of the services performed, and the initials of the professional rendering the service,

FIRST INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF FEES OF
LOBEL WEILAND GOLDEN FRIEDMAN LLP

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 • Fax 714-966-1002

1  directly into the Firm's computer billing system. For the professionals who record their

2  time using written time sheets, the information contained in the time sheets is then

3  transcribed into the Firm's computer billing system. The Firm's computer billing system

4  keeps a record of all time spent on a client/matter, the professional providing the services

5  and a description of the services rendered. The Firm's computer billing system

6  automatically multiplies the time expended by each professional by the respective

7  professional's billing rate to calculate the amount of the fee associated therewith. The

8  Firm conducts its business in reliance on the accuracy of such business records.

9      7.      I have reviewed the Firm's bills for services rendered in connection with its

10  representation of the Debtors in these cases, a copy of which is attached hereto as

11  Exhibit "1" and incorporated herein by this reference.

12      8.      It is the Firm's usual practice to allocate work and assignments in an efficient

13  manner to achieve an effective result. As demonstrated in the Application, the practice

14  has been followed in these cases.

15      9.      At any time a reimbursable charge is incurred on behalf of a client, such as

16  photocopy expenses, telecopy charges, and the like, employees of the Firm keep a written

17  record of the file number for which the charges were expended and a brief description of

18  the nature of the expense. These records are also transcribed into the computer which,

19  together with the records of time spent providing professional services, are transcribed

20  onto monthly bills.

21      10.     With respect to costs for the reproduction of documents, the photocopy

22  operator must manually enter in the system the coded "file" number and "matter" number

23  assigned to that particular case and the number of photocopies made. The Firm's

24  photocopy charge for all clients is $.20 per page. Scanned documents are also billed by

25  the Firm at $.20 per page. Exhibit "1" attached hereto contains a summary of the

26  expenses billed (under the expense portion of the Firm's billing statement). Moreover, the

27  expenses are summarized in Exhibit D-2 attached hereto and incorporated herein by this

28  reference.

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 • Fax 714-966-1002

FIRST INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF FEES OF
LOBEL WEILAND GOLDEN FRIEDMAN LLP

1       11.    The Firm has no fee sharing arrangement, understanding, or compensation

2  sharing arrangement with any other entity, and no part of the attorneys' fees or expenses

3  awarded to the Firm will be paid to any other entity.

4       12.    I have reviewed the requirements of Local Bankruptcy Rule 2016 ("Rule

5  2016"). The Application complies with Rule 2016.

6       13.    I participated in preparing, am familiar with, and have read the Application.

7  To the best of my knowledge, information and belief, the facts in the Application are true

8  and correct.

9      I declare under penalty of perjury that the foregoing is true and correct.

10     Executed this 16th day of May, 2016, at Costa Mesa, California.

11

12                                  _____

13                                 Alan J. Friedman

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

46

FIRST INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF FEES OF
LOBEL WEILAND GOLDEN FRIEDMAN LLP