8:15-BK-15311-MW

17832 Monterey Circle
Yorba Linda, CA 92886
May 23, 2016

Honorable Mark S. Wallace
United States Bankruptcy Judge
Courtroom 6 C
411 West Fourth Street
Santa Ana, CA 92701



FILED
MAY 25 2016
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                        Deputy Clerk

Dear Hon. Wallace,

I notice the June 6, 2016, 2 p.m. hearing regarding the applications for compensation and reimbursement of expenses for professionals in the matter of the Freedom Communications et al bankruptcy proceedings.

I think such applications should be denied until the March invoices of independent contractors (freelance writers) are paid.

I am one of the independent contractors (working under a contract for 18 years with the Orange County Register) that is owed for March 2016 work. My outstanding total is $200.00 for March 2016.

I hope the law allows you to see that the "little guy" is paid a couple hundred dollars for a month's work before the "professionals" reap several millions of dollars at a much higher rate of pay.

Respectfully yours,
James S. "Jim" Drummond
James S. "Jim" Drummond
jim drummond @ hotmail.com