John O. Aernecke

164 Marriott Avenue

Schenectady, NY 12304



FILED
MAY 2 5 2016
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:            Deputy Clerk

May 20, 2016


Honorable Mark S. Wallace

United States Bankruptcy Judge

Courtroom 6C

411 West Fourth Street

Santa Ana, California 92701


Re: Freedom Communications:


Dear Judge Wallace:


I hope this reaches you the required 14 days prior to your June 6, 2016 hearing regarding applications for compensation and reimbursement of expenses, I just received notice of the hearing yesterday afternoon.


I am receiving a Freedom Communications pension after a 35 year career at a television station Freedom used to own, WRGB-TV in Schenectady NY. I'm not an attorney so I don't fully understand what the notice signifies, but since it affects "All Debtors" my concern is that the various entities

applying for compensation are requesting that compensation come from monies in the pension fund. The fund, as you know, is underfunded and my concern is that if the parties are compensated from the pension fund it will make it more difficult for the Pension Benefit Guaranty Corporation to decide to continue our pensions.

We have a group of retirees from WRGB who meet for lunch monthly and are very concerned about their post retirement financial stability promised to us when we were Freedom employees. Many of us are in our 70s and 80s, a couple in their 90s, who would be placed in most difficult financial distress if their pensions no longer continue.

Judge Wallace, I ask you in your deliberations to remember the hundreds and hundreds of pension eligible former Freedom employees who are retired or will retire and protect the assets in the pension fund from being paid out to anyone but the people who worked for Freedom and earned that benefit.

Thank you for your consideration.

Sincerely,


Jack Aernecke

(John O. Aernecke)