PETER C. ANDERSON
United States Trustee
Michael Hauser (Bar No. 140165)
Attorney for the U.S. Trustee
Ronald Reagan Federal Building
411 West Fourth Street, Suite 7160
Santa Ana, CA 92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Email: Michael.Hauser@usdoj.gov

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>FREEDOM COMMUNICATIONS, INC., a Delaware corporation, *et al.*,<br><br>   Debtors and<br>   Debtors-in-Possession.<br><br>Affects:<br><br>**X** All Debtors<br><br>❏ Freedom Communications, Inc., a Delaware corporation, ONLY<br>❏ Freedom Communications Holdings, Inc., a Delaware corporation, ONLY<br>❏ Freedom Services, Inc., a Delaware corporation, ONLY<br>❏ 2100 Freedom, Inc., a Delaware corporation, ONLY<br>❏ OCR Community Publications, Inc., a California corporation, ONLY<br>❏ Daily Press, LLC, a California limited liability company, ONLY<br>❏ Freedom California Mary Publishing, Inc., a California corporation, ONLY<br>❏ Freedom California Ville Publishing Company LP, a California limited partnership, ONLY<br>❏ Freedom Colorado Information, Inc., a Delaware corporation, ONLY<br>❏ Freedom Interactive Newspapers, Inc., | Case No. 8:15-bk-15311-MW<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 8:15-bk-15312-MW; 8:15-bk-15313-MW; 8:15-bk-15315-MW; 8:15-bk-15316-MW; 8:15-bk-15317-MW; 8:15-bk-15318-MW; 8:15-bk-15319-MW; 8:15-bk-15320-MW; 8:15-bk-15321-MW; 8:15-bk-15322-MW; 8:15-bk-15323-MW; 8:15-bk-15324-MW; 8:15-bk-15325-MW; 8:15-bk-15326-MW; 8:15-bk-15327-MW; 8:15-bk-15328-MW; 8:15-bk-15329-MW; 8:15-bk-15330-MW; 8:15-bk-15332-MW; 8:15-bk-15337-MW; 8:15-bk-15339-MW; 8:15-bk-15340-MW; 8:15-bk-15342-MW; 8:15-bk-15343-MW)<br><br>**STIPULATION REGARDING REDUCTION OF FEES REQUESTED IN FIRST INTERIM APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR INTERIM APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES [DOCKET # 622]** |

1

a California corporation, ONLY
☐ Freedom Interactive Newspapers of Texas, Inc., a Delaware corporation, ONLY
☐ Freedom Newspaper Acquisitions, Inc., a Delaware corporation, ONLY
☐ Freedom Newspapers, a Texas general partnership, ONLY
☐ Freedom Newspapers, Inc., a Delaware corporation, ONLY
☐ Freedom Newspapers of Southwestern Arizona, Inc., a California corporation, ONLY
☐ OCR Information Marketing, Inc., a California corporation, ONLY
☐ Odessa American, a Texas general partnership, ONLY
☐ Orange County Register Communications, Inc., a California corporation, ONLY
☐ Victor Valley Publishing Company, a California corporation, ONLY
☐ Victorville Publishing Company, a California limited partnership, ONLY
☐ Freedom SPV II, LLC, a Delaware limited liability company, ONLY
☐ Freedom SPV VI, LLC, a Delaware limited liability company, ONLY
☐ Freedom SPV I, LLC, a Delaware limited liability company, ONLY
☐ Freedom SPV IV, LLC, a Delaware limited liability company, ONLY
☐ Freedom SPV V, LLC, a Delaware limited liability company, ONLY

DATE:  June 6, 2016
TIME:  2:00 P.M.
CTRM:  6C

TO THE HONORABLE MARK WALLACE, UNITED STATES BANKRUPTCY JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA, DEBTORS, CREDITORS AND ALL PARTIES IN INTEREST:

This Stipulation ("Stipulation") Regarding Reduction of Fees Requested in the First Interim Application ("Fee Application") of Pachulski, Stang, Ziehl & Jones LLP ("PSZJ"), counsel to the committee of unsecured creditors in the above captioned cases ("Debtors") is made by and between PSZJ and the United States Trustee, with reference to the following facts:

//

## RECITALS

A. On November 1 and 2, 2015, the Debtors filed voluntary Chapter 11 petitions in the United States Bankruptcy Court for the Central District of California.

B. On March 19, 2016, an order was entered granting the Application to Employ PSZJ.

C. On May 16, 2016, PSZJ filed the Fee Application. In the Fee Application, PSZJ seeks approval of $916,579 in fees and $29,237.48 in costs, for an aggregate of $945,816.48.

D. On May 24, 2016, the United States Trustee advised PSZJ in writing that he objects to certain portions of the Fee Application.

E. Counsel for the United States Trustee and PSZJ, have now agreed to resolve the concerns raised by United States Trustee as noted below.

F. Based on the foregoing, after due consideration of the relevant issues between the parties, to obviate the need for formal litigation, the parties have agreed to the following terms and conditions regarding PSZJ's compensation in this Chapter 11 case, as detailed below.

**ACCORDINGLY, IT IS HEREBY STIPULATED THAT:**

1. The above recitals are incorporated herein by this reference.

2. PSZJ agrees to reduce the total fees and costs requested in the Fee Application by $2,212 (the "Proposed Reduction"), subject to further contingent reductions as noted in Paragraph 3 below.

3. This Stipulation and the Proposed Reduction in no way prevents PSZJ from agreeing to further reductions in fees and costs with other parties.

//

//

4. The proposed order approving this Stipulation will be lodged with the Court by the United States Trustee via L.O.U. system.

DATED: May 25, 2016

PETER C. ANDERSON
UNITED STATES TRUSTEE

/s/ Michael Hauser
By: Michael Hauser
Attorney for the U.S. Trustee

DATED: May 25, 2016

PACHULSKI, STANG, ZIEHL & JONES LLP

By: Jeffrey W. Dulberg
Partner, Pachulski, Stang, Ziehl & Jones LLP

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

OFFICE OF THE U.S. TRUSTEE, 3801 University Ave., #720, Riverside, CA  92501

A true and correct copy of the foregoing document STIPULATION REGARDING REDUCTION OF FEES REQUESTED IN FIRST INTERIM APPLICATION OF PACHULSKI STANG ZIEHL & JONES. LLP  FOR INTERIM APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES [DOCKET #622] will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **MAY 26, 2016,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- James C Behrens     jbehrens@greenbergglusker.com
- Shraddha Bharatia     notices@becket-lee.com
- Matthew Bouslog     MBouslog@gibsondunn.com, Pcrawford@gibsondunn.com
- J Scott Bovitz     bovitz@bovitz-spitzer.com
- Frank Cadigan     frank.cadigan@usdoj.gov
- Shawn M Christianson     cmcintire@buchalter.com, schristianson@buchalter.com
- Joseph Corrigan     Bankruptcy2@ironmountain.com
- Brian L Davidoff     bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- Michael T Delaney     mdelaney@bakerlaw.com, sgaeta@bakerlaw.com
- Jessica DiFrancesco     notices@becket-lee.com
- Caroline Djang     cdjang@rutan.com
- Jeffrey W Dulberg     jdulberg@pszjlaw.com
- Robert J Feinstein     rfeinstein@pszjlaw.com
- Scott D Fink     brodellecf@weltman.com
- Alan J Friedman     afriedman@wgllp.com, nlockwood@wgllp.com;jokeefe@wgllp.com;banavim@wgllp.com
- Beth Gaschen     bgaschen@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
- Nancy S Goldenberg     nancy.goldenberg@usdoj.gov
- Seth Goldman     seth.goldman@mto.com
- Christopher J Green     cgreen@lwgfllp.com, chrisgreen@ucla.edu;kadele@lwgfllp.com;lfisk@lwgfllp.com
- Michael J Hauser     michael.hauser@usdoj.gov
- M Jonathan Hayes     jhayes@srhlawfirm.com, roksana@srhlawfirm.com;matthew@srhlawfirm.com;rosarioz@srhlawfirm.com;jfisher@srhlawfirm.com;maria@srhlawfirm.com;staci@srhlawfirm.com;jhayesecf@gmail.com
- Eric M Heller     eric.m.heller@irscounsel.treas.gov
- Lillian Jordan     ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- Samuel M Kidder     skidder@bhfs.com
- Jeffrey C Krause     jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

- Elan S Levey    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- William N Lobel    wlobel@lwgfllp.com, nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@wgllp.com
- Aaron J Malo    amalo@sheppardmullin.com, jsummers@sheppardmullin.com
- Ashley M McDow    amcdow@bakerlaw.com, mdelaney@bakerlaw.com;sgaeta@bakerlaw.com;rojeda@bakerlaw.com;ffarivar@bakerlaw.com
- David W. Meadows    david@davidwmeadowslaw.com
- Reed M Mercado    rmercado@sheppardmullin.com
- Dawn A Messick    messickd@ballardspahr.com, chabota@ballardspahr.com
- Raymond F Moats    colcaecf@weltman.com
- Elizabeth L Musser    emusser@tresslerllp.com
- John M O'Donnell    john.o'donnell@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- Ryan D ODea    rodea@shbllp.com, sswartzell@shbllp.com
- Ernie Zachary Park    ernie.park@bewleylaw.com
- Ronak Patel    rpatel@co.riverside.ca.us, mdominguez@co.riverside.ca.us
- Courtney E Pozmantier    cpozmantier@greenbergglusker.com, kwoodson@greenbergglusker.com;jking@greenbergglusker.com;calendar@greenbergglusker.com
- Christopher E Prince    , jmack@lesnickprince.com;mlampton@lesnickprince.com;cprince@ecf.courtdrive.com
- Todd C. Ringstad    becky@ringstadlaw.com
- Christopher O Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Jeremy E Rosenthal    jrosenthal@sidley.com
- Peter J Rudinskas    pjr.legal@gmail.com
- Leonard M Shulman    lshulman@shbllp.com
- Donald W Sieveke    ibmoola@yahoo.com, dws4law@pacbell.net
- David P Simonds    dsimonds@akingump.com, tsouthwell@akingump.com
- Alex E Spjute    spjute@hugheshubbard.com, ryan@hugheshubbard.com;gartman@hugheshubbard.com
- Sarah Stuppi    Sarah@stuppilaw.com
- Helena Tseregounis    htseregounis@sidley.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Scott S Weltman    colcaecf@weltman.com
- Beth Ann R Young    bry@lnbyb.com
- Steven D Zansberg    szansberg@lskslaw.com, mkelley@lskslaw.com

**2. SERVED BY UNITED STATES MAIL**: On **MAY 26, 2016,**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Freedom Communications, Inc.,**
**Attn: Brad Smith, CRO**
625 N Grand Ave
Santa Ana, CA 92701

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **MAY 26, 2016,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Mark Wallace—bin on the 6th fl

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/26/16 | Tari King | /s/ Tari King |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**