William N. Lobel, State Bar No. 93202
wlobel@lwgfllp.com
Alan J. Friedman, State Bar No. 132580
afriedman@lwgfllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@lwgfllp.com
Christopher J. Green, State Bar No. 295874
cgreen@lwgfllp.com
**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Debtors and Debtors-in-Possession

**FILED & ENTERED**

**JUN 13 2016**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>FREEDOM COMMUNICATIONS, INC., *et al.*,<br><br>　　　　Debtors and<br>　　　　Debtors-in-Possession.<br><br>Affects:<br><br>☒ All Debtors<br><br>☐ Freedom Communications, Inc., a Delaware corporation, ONLY<br><br>☐ Freedom Communications Holdings, Inc., a Delaware corporation, ONLY<br><br>☐ Freedom Services, Inc., a Delaware corporation, ONLY<br><br>☐ 2100 Freedom, Inc., a Delaware corporation, ONLY<br><br>☐ OCR Community Publications, Inc., a California corporation, ONLY<br><br>☐ Daily Press, LLC, a California limited liability company, ONLY<br><br>☐ Freedom California Mary Publishing, Inc., a California corporation, ONLY<br><br>☐ Freedom California Ville Publishing Company LP, a California limited partnership, ONLY | Case No. 8:15-bk-15311-MW<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 8:15-bk-15312-MW; 8:15-bk-15313-MW; 8:15-bk-15315-MW; 8:15-bk-15316-MW; 8:15-bk-15317-MW; 8:15-bk-15318-MW; 8:15-bk-15319-MW; 8:15-bk-15320-MW; 8:15-bk-15321-MW; 8:15-bk-15322-MW; 8:15-bk-15323-MW; 8:15-bk-15324-MW; 8:15-bk-15325-MW; 8:15-bk-15326-MW; 8:15-bk-15327-MW; 8:15-bk-15328-MW; 8:15-bk-15329-MW; 8:15-bk-15330-MW; 8:15-bk-15332-MW; 8:15-bk-15337-MW; 8:15-bk-15339-MW; 8:15-bk-15340-MW; 8:15-bk-15342-MW; 8:15-bk-15343-MW)<br><br>**ORDER REGARDING APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF:**<br><br>**(1) LOBEL WEILAND GOLDEN FRIEDMAN LLP**<br>**(2) PACHULSKI STANG ZIEHL & JONES LLP**<br>**(3) RUTAN & TUCKER LLP**<br>**(4) GLASSRATNER ADVISORY & CAPITAL GROUP, LLC**<br>**(5) ALVAREZ & MARSAL NORTH AMERICA, LLC**<br>**(6) MOSIER & COMPANY, INC.**<br>**(7) FTI CONSULTING, INC. AND**<br>**(8) CROWELL & MORING, LLP** |

1074632

JOINT ORDER RE: APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | |
|---|---|---|
| 1 | ☐ Freedom Colorado Information, Inc., a Delaware corporation, ONLY | **Hearing Date and Time:**<br>Date:  June 6, 2016 |
| 2 | ☐ Freedom Interactive Newspapers, Inc., a California corporation, ONLY | Time:  2:00 p.m.<br>Courtroom:   6C |
| 3 | | |
| 4 | ☐ Freedom Interactive Newspapers of Texas, Inc., a Delaware corporation, ONLY | |
| 5 | | |
| 6 | ☐ Freedom Newspaper Acquisitions, Inc., a Delaware corporation, ONLY | |
| 7 | | |
| 8 | ☐ Freedom Newspapers, a Texas general partnership, ONLY | |
| 9 | ☐ Freedom Newspapers, Inc., a Delaware corporation, ONLY | |
| 10 | | |
| 11 | ☐ Freedom Newspapers of Southwestern Arizona, Inc., a California corporation, ONLY | |
| 12 | | |
| 13 | ☐ OCR Information Marketing, Inc., a California corporation, ONLY | |
| 14 | ☐ Odessa American, a Texas general partnership, ONLY | |
| 15 | | |
| 16 | ☐ Orange County Register Communications, Inc., a California corporation, ONLY | |
| 17 | | |
| 18 | ☐ Victor Valley Publishing Company, a California corporation, ONLY | |
| 19 | ☐ Victorville Publishing Company, a California limited partnership, ONLY | |
| 20 | | |
| 21 | ☐ Freedom SPV II, LLC, a Delaware limited liability company, ONLY | |
| 22 | ☐ Freedom SPV VI, LLC, a Delaware limited liability company, ONLY | |
| 23 | | |
| 24 | ☐ Freedom SPV I, LLC, a Delaware limited liability company, ONLY | |
| 25 | ☐ Freedom SPV IV, LLC, a Delaware limited liability company, ONLY | |
| 26 | | |
| 27 | ☐ Freedom SPV V, LLC, a Delaware limited liability company, ONLY | |
| 28 | | |

**Lobel Weiland Golden Friedman LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

1074632

ORDER RE: APPLICATIONS FOR
COMPENSATION AND REIMBURSEMENT
OF EXPENSES

On June 6, 2016, at 2:00 p.m., a hearing was held before the Honorable Mark S. Wallace, with respect to the applications for compensation and reimbursement of expenses of: (1) Lobel Weiland Golden Friedman LLP; (2) Pachulski Stang Ziehl & Jones LLP; (3) Rutan & Tucker LLP; (4) GlassRatner Advisory & Capital Group LLC; (5) Alvarez & Marsal North America, LLC; (6) Mosier & Company, Inc.; (7) FTI Consulting, Inc.; and (8) Crowell & Moring, LLP (collectively, the "<u>Applications</u>")[1].  Appearances are as reflected in the record of these proceedings.

The Court having considered the Applications and the declarations filed in support thereof, having considered the Objection of U.S. Trustee to First Interim Application of GlassRatner as Financial Advisors [Docket No. 643], the response filed by John O. Aernecke [Docket No. 646], the objection filed by James S. Drummond [Docket No. 645], the Notice of Errata re Rutan & Tucker, LLP's Application for Payment of Final Fees and/or Expenses [Docket No. 647], the Debtors' Reply to the Response of James S. Drummond and the Objection of John O. Aernecke Regarding the Applications for Allowance and Payment of Fees and Reimbursement of Expenses for the Professionals Employed by the Debtors [Docket No. 660], the Stipulation Regarding Reduction of Fees Requested in First Interim Application of Pachulski Stang Ziehl & Jones LLP for Interim Approval of Compensation and Reimbursement of Expenses [Docket No. 649] and related Order [Docket No. 668], Stipulation Regarding Reduction of Fees Requested in First Interim Application for Allowance and Payment of Fees and Reimbursement of Expenses of Lobel Weiland Golden Friedman LLP [Docket No. 652] and related Order [Docket No. 654], Stipulation Regarding Reduction of Fees Requested in First Interim Application for Allowance and Payment of Fees and Reimbursement of Expenses of GlassRatner Advisory & Capital Group, LLC [Docket No. 661] and related Order [Docket No. 663], Stipulation Regarding Reduction of Fees Requested in First Interim Application of Alvarez

---

[1] Capitalized terms not otherwise defined herein have the meaning set forth in the applicable Application

1074632

ORDER RE: APPLICATIONS FOR
COMPENSATION AND REIMBURSEMENT
OF EXPENSES

& Marsal North America, LLC for Approval of Compensation and Reimbursement of Expenses as Financial Advisor for the Official Committee of Unsecured Creditors [Docket No. 662] and related Order [Docket No. 664], and the Court having considered the arguments of counsel, and finding good cause appearing therefor, it is hereby:

### LOBEL WEILAND GOLDEN FRIEDMAN LLP APPLICATION

**ORDERED** that, Lobel Weiland Golden Friedman LLP ("LWGF") is hereby allowed compensation for professional services rendered, and reimbursement of expenses incurred, on an interim basis for the time period from November 1, 2015 through and including April 30, 2016, in the aggregate amount of $2,569,540.43, consisting of compensation in the amount of $2,551,041.00[2], and reimbursement of expenses in the amount of $18,499.43; and it is further

**ORDERED** that the Debtors are hereby authorized and directed to pay to LWGF the outstanding balance of fees and expenses awarded and authorized to be paid to LWGF as awarded herein (the amount of $948,705.45).

### PACHULSKI STANG ZIEHL & JONES LLP APPLICATION

**ORDERED** that, Pachulski Stang Ziehl & Jones LLP ("PSZ&J") is hereby allowed compensation for professional services rendered, and reimbursement of expenses incurred, on an interim basis for the time period from November 12, 2015 through and including April 30, 2016, in the aggregate amount of $943,604.48, consisting of compensation in the amount of $914,367.00[3], and reimbursement of expenses in the amount of $29,237.48; and it is further

---

[2] Which amount represents the reduction of requested fees by $10,000 as agreed to and approved by the Order approving Stipulation [Docket No. 654].

[3] Which amount represents the reduction of requested fees by $2,212.00 as agreed to by Stipulation [Docket No. 622].

1074632

ORDER RE: APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

1 **ORDERED** that the Debtors are hereby authorized and directed to pay to PSZ&J the outstanding balance of fees and expenses awarded and authorized to be paid to PSZ&J as awarded herein (the amount of $499,886.85).

### RUTAN & TUCKER LLP

**ORDERED** that, Rutan & Tucker LLP ("Rutan") is hereby allowed compensation for professional services rendered, and reimbursement of expenses incurred, on a final basis for the time period from November 2, 2015 through and including May 16, 2016, in the aggregate amount of $174,838.22, consisting of compensation in the amount of $161,704.27, and reimbursement of expenses in the amount of $13,133.95; and it is further

**ORDERED** that the Debtors are hereby authorized and directed to pay to Rutan the outstanding balance of fees and expenses awarded and authorized to be paid to Rutan as awarded herein (the amount of $129,101.22).

### GLASSRATNER ADVISORY & CAPITAL GROUP, LLC

**ORDERED** that, GlassRatner Advisory & Capital Group, LLC ("GlassRatner") is hereby allowed compensation for professional services rendered, and reimbursement of expenses incurred, on an interim basis for the time period from November 1, 2015 through and including April 30, 2016, in the aggregate amount of $559,783.37, consisting of compensation in the amount of $553,669.00[4], and reimbursement of expenses in the amount of $6,114.37; and it is further

**ORDERED** that the Debtors are hereby authorized and directed to pay to GlassRatner the outstanding balance of fees and expenses awarded and authorized to be paid to GlassRatner as awarded herein (the amount of $353,156.43).

---

[4] Which amount represents the reduction of requested fees by $10,000 as agreed to and approved by the Order approving Stipulation [Docket No. 663].

1074632

ORDER RE: APPLICATIONS FOR
COMPENSATION AND REIMBURSEMENT
OF EXPENSES

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000    Fax 714-966-1002

### ALVAREZ & MARSAL NORTH AMERICA, LLC

**ORDERED** that, Alvarez & Marsal North America, LLC ("Alvarez") is hereby allowed compensation for professional services rendered, and reimbursement of expenses incurred, on an interim basis for the time period from November 14, 2015 through and including March 31, 2016, in the aggregate amount of $519,187.60, consisting of compensation in the amount of $506,265.00[5], and reimbursement of expenses in the amount of $12,922.60; and it is further

**ORDERED** that the Debtors are hereby authorized and directed to pay to Alvarez the outstanding balance of fees and expenses awarded and authorized to be paid to Alvarez as awarded herein (the amount of $251,257.66).

### MOSIER & COMPANY, INC.

**ORDERED** that, Mosier & Company, Inc. ("Mosier") is hereby allowed compensation for professional services rendered, and reimbursement of expenses incurred, on an interim basis for the time period from November 18, 2015 through and including April 30, 2016, in the aggregate amount of $89,952.75, consisting of compensation in the amount of $89,891.75, and reimbursement of expenses in the amount of $61.00; and it is further

**ORDERED** that the Debtors are hereby authorized and directed to pay to Mosier the outstanding balance of fees and expenses awarded and authorized to be paid to Mosier as awarded herein (the amount of $70,166.75).

### FTI CONSULTING, INC.

**ORDERED** that, FTI Consulting, Inc. ("FTI") is hereby allowed compensation for professional services rendered, and reimbursement of expenses incurred, on a final basis for the time period from November 13, 2015 through and including April 30, 2016, in the

---

[5] Which amount represents the reduction of requested fees by $8,000 as agreed to and approved by the Order approving Stipulation [Docket No. 664].

1074632

ORDER RE: APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

aggregate amount of $37,988.85, consisting of compensation in the amount of $36,210.50, and reimbursement of expenses in the amount of $1,778.35; and it is further

**ORDERED** that the Debtors are hereby authorized and directed to pay to FTI the outstanding balance of fees and expenses awarded and authorized to be paid to FTI as awarded herein (the amount of $37,988.85).

### **CROWELL & MORING, LLP**

**ORDERED** that, Crowell & Moring, LLP ("Crowell") is hereby allowed compensation for professional services rendered, and reimbursement of expenses incurred, on a final basis for the time period from March 1, 2016 through and including May 13, 2016, in the aggregate amount of $61,342.50, consisting of compensation in the amount of $61,342.50; and it is further

**ORDERED** that the Debtors are hereby authorized and directed to pay to Crowell the outstanding balance of fees awarded and authorized to be paid to Crowell as awarded herein (the amount of $61,342.50).

###

Date: June 13, 2016

Mark S. Wallace
United States Bankruptcy Judge

1074632

ORDER RE: APPLICATIONS FOR
COMPENSATION AND REIMBURSEMENT
OF EXPENSES