William N. Lobel, State Bar No. 93202
wlobel@lwgfllp.com
Alan J. Friedman, State Bar No. 132580
afriedman@lwgfllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@lwgfllp.com
**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone   714-966-1000
Facsimile   714-966-1002

Attorneys for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>FREEDOM COMMUNICATIONS, INC., a Delaware corporation et al.,<br><br>Debtors and Debtors-in-Possession.<br><br>Affects:<br><br>☒ All Debtors<br><br>☐ Freedom Communications, Inc., a Delaware corporation, ONLY<br><br>☐ Freedom Communications Holdings, Inc., a Delaware corporation, ONLY<br><br>☐ Freedom Services, Inc., a Delaware corporation, ONLY<br><br>☐ 2100 Freedom, Inc., a Delaware corporation, ONLY<br><br>☐ OCR Community Publications, Inc., a California corporation, ONLY<br><br>☐ Daily Press, LLC, a California limited liability company, ONLY<br><br>☐ Freedom California Mary Publishing, Inc., a California corporation, ONLY<br><br>☐ Freedom California Ville Publishing Company LP, a California limited partnership, ONLY | Case No. 8:15-bk-15311 MW<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 8:15-bk-15312-MW; 8:15-bk-15313-MW; 8:15-bk-15315-MW; 8:15-bk-15316-MW; 8:15-bk-15317-MW; 8:15-bk-15318-MW; 8:15-bk-15319-MW; 8:15-bk-15320-MW; 8:15-bk-15321-MW; 8:15-bk-15322-MW; 8:15-bk-15323-MW; 8:15-bk-15324-MW; 8:15-bk-15325-MW; 8:15-bk-15326-MW; 8:15-bk-15327-MW; 8:15-bk-15328-MW; 8:15-bk-15329-MW; 8:15-bk-15330-MW; 8:15-bk-15332-MW; 8:15-bk-15337-MW; 8:15-bk-15339-MW; 8:15-bk-15340-MW; 8:15-bk-15342-MW; 8:15-bk-15343-MW)<br><br>**UPDATED CHAPTER 11 STATUS CONFERENCE REPORT; DECLARATION OF BRAD SMITH ATTACHED HERETO**<br><br>**DATE:** December 13, 2017<br>**TIME:** 9:00 a.m.<br>**Place:** **Courtroom 6C**<br>   **411 West Fourth Street**<br>   **Santa Ana, California 92701** |

1140786.1                                           1                    UPDATED CHAPTER 11 STATUS
                                                                                       CONFERENCE REPORT

☐ Freedom Colorado Information, Inc., a Delaware corporation, ONLY

☐ Freedom Interactive Newspapers, Inc., a California corporation, ONLY

☐ Freedom Interactive Newspapers of Texas, Inc., a Delaware corporation, ONLY

☐ Freedom Newspaper Acquisitions, Inc., a Delaware corporation, ONLY

☐ Freedom Newspapers, a Texas general partnership, ONLY

☐ Freedom Newspapers, Inc., a Delaware corporation, ONLY

☐ Freedom Newspapers of Southwestern Arizona, Inc., a California corporation, ONLY

☐ OCR Information Marketing, Inc., a California corporation, ONLY

☐ Odessa American, a Texas general partnership, ONLY

☐ Orange County Register Communications, Inc., a California corporation, ONLY

☐ Victor Valley Publishing Company, a California corporation, ONLY

☐ Victorville Publishing Company, a California limited partnership, ONLY

☐ Freedom SPV II, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV VI, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV I, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV IV, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV V, LLC, a Delaware limited liability company, ONLY

**TO THE HONORABLE MARK S. WALLACE, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS, AND OTHER PARTIES-IN-INTEREST:**

On November 1, 2015 and November 2, 2015 (the "Petition Dates"), the jointly administered debtors and debtors-in-possession (the "Debtors") commenced the above-captioned cases (the "Cases") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Central District of California (the "Court"). The Debtors continue to operate and manage their affairs as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in the Cases. On November 10, 2015, the United States Trustee appointed a joint committee of creditors holding unsecured claims (the "Committee") in the cases of: (1) Freedom Communications, Inc., 8:15-bk-15311-MW; (2) Freedom Communications Holdings, Inc., 8:15-bk-15312-MW; (3) Freedom Services, Inc., 8:15-bk-15313-MW; and (4) OCR Community Publications, Inc., 8:15-bk-15316-MW. The Debtors hereby submit their Updated Chapter 11 Status Report ("Status Report") in connection with the December 13, 2017 Chapter 11 Case Status Conference.

### A. Prior Status Reports

This status report is a supplement to the Debtors' prior status reports (the "Prior Status Reports")[1] that were filed with the Court on December 23, 2015 [Docket No. 263], February 24, 2016 [Docket No. 421], April 6, 2016 [Docket No. 572]; July 20, 2016 [Docket No. 708], November 30, 2016 [Docket No. 1111] and April 12, 2017 [Docket No. 1373].

---

[1] Any and all capitalized terms not expressly defined herein shall have the meaning ascribed to them in the Prior Status Reports.

### B. Requirements of Chapter 11 Debtors-in-Possession

The Debtors are in compliance with their duties under sections 521, 1106 and 1107 of the Bankruptcy Code, and the requirements of Rule 2015(2)(a) and (b) of the Local Bankruptcy Rules (the "Local Rules"). The Debtors are in compliance with the requirements imposed by the Office of the United States Trustee. Since the last status report filed in these Cases, the Debtors filed their Monthly Operating Report for the month ending August 31, 2017 on September 20, 2017 [Docket No. 1398], for the month ending September 30, 2017 on October 13, 2017 [Docket No. 1402], for the month ending October 31, 2017 on November 20, 2017 [Docket No. 1454]. The Debtors anticipate filing the operating report for the month ending November 30, 2017 on or before December 20, 2017.

The Debtors have paid the U.S. Trustee quarterly fees for the quarter ending September 30, 2017. Quarterly fees (for the quarter ending December 31, 2017), are due on January 31, 2018, and will be paid by the Debtors by the payment deadline.

### C. Employment of Professionals

During the course of the Cases the Debtors have been authorized to employ several professionals and consultants. The Debtors have not sought to employ additional professionals since the last status report.

### D. Administrative Tax Claims

Administrative tax claims have been fully paid on a current basis.

### E. Motion to Sell the Debtors' Assets

As this Court is aware, on March 21, 2016, a hearing was held to consider and approve the sale of substantially all of the Debtors' assets in their print publications, websites and mobile applications business and related relief, including their real estate assets and the assumption and assignment of contracts and leases. On March 30, 2016, this Court entered its Order [Docket No. 562] authorizing the sale to DFM (the "Sale") and on March 31, 2016, the Sale closed.

### F. Status of Debtors' Post-Petition Operations

Upon the closing of the Sale, the primary operations of the businesses were transferred to DFM. However, the Debtors' continue to be debtors-in-possession and are in the process of winding down the remaining business operations as contemplated under the Sale, and they continue to make the necessary decisions to maximize recovery to creditors.

### G. Status of Post-Petition Litigation Involving the Debtors

The Debtors are currently involved in nearly thirty actions in multiple courts around the country. The Debtors have filed notices of stay in those cases.

### H. The LMG Adversary

Since the filing of the last Status Report, the Freedom Defendants and LMG have entered into a settlement agreement (the "Settlement Agreement") resolving the dispute among the Freedom Defendants and LMG contained in the LMG Adversary. A hearing on motion for order approving the Settlement Agreement (the "Settlement Motion) is scheduled for January 8, 2018. The Settlement Motion will be filed on or before December 14, 2017.

### I. Proofs of claim

The Debtors continue to review other claims filed against the Debtors' estates for other potential objections, however, since the last status report, the Debtors have not filed any claim objections. The Debtors anticipate filing objections to certain administrative/priority claims as well as objections to duplicate unsecured non-priority claims within the next several months.

### J. State Board of Equalization Refund

The Debtors continue to actively pursue the recovery of substantial tax refunds from the State Board of Equalization. This process may include Bankruptcy Court intervention.

### K. Plan and Disclosure Statement

To date, the Debtors have worked together with their creditors in a cooperative manner. The Debtors have spent significant time working to resolve disputes with their pre-petition secured creditors and for any other creditor who has requested it, the Debtors have provided and shared information with those creditors. Moreover, the Debtors are continuing to work with the Committee in discussing the formulation of a joint chapter 11 plan of liquidation.

### L. The Committee vs. Eric Spitz, Aaron Kushner, et al. (Adversary Case No. 8:17-ap-01012)

The Motions to Dismiss were heard by the Court, and denied. All parties have filed and served answers. Mediation is scheduled for December 14, 2017. The Court has scheduled December 13, 2017 for the next status conference.

### M. Avoidance Actions

On October 6, 2017, the Court entered an order [Docket No. 1400] approving a Stipulation between the Debtors and the Committee granting standing to the Committee to pursue Avoidance Actions, as defined in the Stipulation, on behalf of the Debtors' estates [Docket No. 1399]. On October 26, 2017, the Committee commenced litigation of fifty (50) Avoidance Actions before this Court. The Court has scheduled twenty (20) of these actions for a status conference on February 28, 2018 at 9:00 a.m.; seventeen (17) of them for March 28, 2018 at 9:00 a.m.; and thirteen (13) of them for April 4, 2018 at 9:00 a.m. Additionally, certain Avoidance Action claims have been preserved via tolling of the expiration of the statute of limitations with those defendants. The Committee will continue to update the Debtors with respect to these actions.

/ /
/ /
/ /
/ /

**N.    Motion(s) to Extend Exclusivity Periods**

The Debtors and the Committee will not be seeking any further extensions of the exclusivity periods.

Dated: November 29, 2017

LOBEL WEILAND GOLDEN FRIEDMAN LLP

By: /s/ Alan J. Friedman
WILLIAM N. LOBEL
ALAN J. FRIEDMAN
BETH E. GASCHEN
Attorneys for Debtors
and Debtors-in-Possession

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1140786.1

7

UPDATED CHAPTER 11 STATUS CONFERENCE REPORT

## **DECLARATION OF BRAD SMITH**

I, Brad Smith, declare as follows:

1.  I am the Chief Restructuring Officer ("CRO")[2] of the Debtors (the "Debtors") in the above-captioned Cases. In my role as CRO, I am responsible for all day-to-day management decisions and for implementing the Debtors' short and long-term plans. In addition, I oversee and am ultimately responsible for the Debtors' operations, financial condition and business affairs.

2.  As a result of my tenure with the Debtors, both in my role as a financial advisor to the Debtors and as CRO, my extensive day to day experience with the financial matters impacting the Debtors' operations, my review of relevant documents, and my discussions with other members of the Debtors' management teams in the ordinary course of business, I am familiar with the Debtors' day-to-day operations, business affairs, and books and records. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, could testify competently thereto. Except as otherwise stated, all facts set forth in this Declaration are based on my personal knowledge, my discussions with other members of the Debtors' senior management, my review of relevant documents, or my opinion, based on my experience and knowledge of the Debtors' operations and financial conditions. I am submitting this declaration in support of the Debtors' Updated Chapter 11 Status Report (the "Status Report").

3.  On November 1, 2015 and November 2, 2015 (the "Petition Dates"), the Debtors the Cases. The Debtors continue to operate and manage their affairs as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in the Cases. On November 10, 2015, the United States Trustee appointed a joint committee of creditors

---

[2] Any and all capitalized terms not expressly defined herein shall have the meaning ascribed to them in the Status Report.

holding unsecured claims (the "Committee") in the cases of: (1) Freedom Communications, Inc., 8:15-bk-15311-MW; (2) Freedom Communications Holdings, Inc., 8:15-bk-15312-MW; (3) Freedom Services, Inc., 8:15-bk-15313-MW; and (4) OCR Community Publications, Inc., 8:15-bk-15316-MW.

4. The Debtors are in compliance with their duties under sections 521, 1106 and 1107 of the Bankruptcy Code, and the requirements of Rule 2015(2)(a) and (b) of the Local Bankruptcy Rules (the "Local Rules").

5. Since the last status report filed in these Cases, the Debtors filed their Monthly Operating Report for the month ending August 31, 2017 on September 20, 2017 [Docket No. 1398], for the month ending September 30, 2017 on October 13, 2017 [Docket No. 1402], for the month ending October 31, 2017 on November 20, 2017 [Docket No. 1454]. The Debtors anticipate filing the operating report for the month ending November 30, 2017 on or before December 20, 2017.

6. The Debtors have paid the U.S. Trustee quarterly fees for the quarter ending September 30, 2017. Quarterly fees (for the quarter ending December 31, 2017), are due on January 31, 2018, and will be paid by the Debtors by the payment deadline.

7. During the course of the Cases the Debtors have been authorized to employ several professionals and consultants. The Debtors have not sought to employ additional professionals since the last status report.

8. Administrative tax claims have been fully paid on a current basis.

9. Upon the closing of the Sale, the primary operations of the businesses were transferred to DFM. However, the Debtors' continue to be debtors-in-possession and are in the process of winding down the remaining business operations as contemplated under the Sale, and they continue to make the necessary decisions to maximize recovery to creditors.

10. The Debtors are currently involved in nearly thirty actions in multiple courts around the country. The Debtors have filed notices of stay in those cases.

11. The LMG Complaint was filed on January 31, 2017. Since the filing of the last Status Report, the Freedom Defendants and LMG have entered into a settlement agreement (the "Settlement Agreement") resolving the dispute among the Freedom Defendants and LMG contained in the LMG Adversary. A hearing on motion for order approving the Settlement Agreement (the "Settlement Motion) is scheduled for January 8, 2018.

12. The Debtors continue to review other claims filed against the Debtors' estates for other potential objections, however, since the last status report, the Debtor have not filed any claim objections. The Debtors anticipate filing objections to certain administrative/priority claims as well as objections to duplicate unsecured non-priority claims within the next several months.

13. The Debtors are actively pursuing the recovery of substantial tax refunds from the State Board of Equalization. This process may include Bankruptcy Court intervention.

14. The Committee Complaint against Eric Spitz, et al. was filed on January 26, 2017. Mediation is scheduled for December 14, 2017. The Court has scheduled December 13, 2017 for the next status conference.

15. On October 6, 2017, the Court entered an order approving a Stipulation between the Debtors and the Committee granting standing to the Committee to pursue Avoidance Actions, as defined in the Stipulation, on behalf of the Debtors' estates. On October 26, 2017, the Committee commenced litigation of fifty (50) Avoidance Actions before this Court. Status Conferences for the Avoidance Actions have been scheduled by the Court.

16. The Debtors and the Committee will not be seeking any further extensions of the exclusivity periods.

/ /

/ /

17. The Debtors are continuing to work with the Committee in discussing the formulation of a joint chapter 11 plan of liquidation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 29th day of November, 2017, at Los Angeles, California.

_____
Brad Smith

**Lobel Weiland Golden Friedman LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

1140786.1

11

UPDATED CHAPTER 11 STATUS CONFERENCE REPORT

| In re:<br>**Freedom Communications, Inc., a Delaware corporation, Inc., et al.**<br>Debtor(s). | CHAPTER: **11**<br>CASE NUMBER: **8:15-bk-15311-MW**<br>**(Jointly Administered)** |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 950
Costa Mesa, CA  92626**

A true and correct copy of the foregoing document entitled **UPDATED CHAPTER 11 STATUS REPORT; DECLARATION OF BRAD SMITH ATTACHED HERETO** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 29, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **Novmeber 29, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

(Via Attorney Service)
The Honorable Mark S. Wallace
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, 6th Floor Courtesy Bin
Santa Ana, CA 92701-4593

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/29/2017 | Nancy Lockwood | /s/ Nancy Lockwood |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **9013-3.1.PROOF.SERVICE**

| In re: | CHAPTER: **11** |
|---|---|
| **Freedom Communications, Inc., a Delaware corporation, Inc., et al.**      Debtor(s). | CASE NUMBER: **8:15-bk-15311-MW (Jointly Administered)** |

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- **Richard L Barnett**   rick@barnettrubin.com, kelly@barnettrubin.com
- **James Cornell Behrens**   jbehrens@milbank.com
- **Shraddha Bharatia**   notices@becket-lee.com
- **Matthew Bouslog**   MBouslog@gibsondunn.com, Pcrawford@gibsondunn.com
- **J Scott Bovitz**   bovitz@bovitz-spitzer.com
- **Larry Butler**   secured@becket-lee.com
- **Frank Cadigan**   frank.cadigan@usdoj.gov
- **Andrew W Caine**   acaine@pszjlaw.com
- **David Cantrell**   dcantrell@lc-law-llp.com
- **Jeffrey D Cawdrey**   jcawdrey@grsm.com, jmydlandevans@grsm.com;madeyemo@gordonrees.com
- **Conrad K Chiu**   cchiu@pryorcashman.com
- **Carol Chow**   carol.chow@ffslaw.com
- **Shawn M Christianson**   cmcintire@buchalter.com, schristianson@buchalter.com
- **Theodore A Cohen**   tcohen@sheppardmullin.com, amontoya@sheppardmullin.com
- **Joseph Corrigan**   Bankruptcy2@ironmountain.com
- **Michael T Delaney**   mdelaney@bakerlaw.com, sgaeta@bakerlaw.com
- **Jessica DiFrancesco**   notices@becket-lee.com
- **Caroline Djang**   cdjang@rutan.com
- **Jeffrey W Dulberg**   jdulberg@pszjlaw.com
- **Robert J Feinstein**   rfeinstein@pszjlaw.com
- **Scott D Fink**   brodellecf@weltman.com
- **Alan J Friedman**   afriedman@lwgfllp.com, nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@lwgfllp.com;lgauthier@lwgfllp.com
- **Matthew T Furton**   mfurton@lockelord.com, cpaul@lockelord.com;chicagodocket@lockelord.com
- **Thomas M Gaa**   tgaa@bbslaw.com
- **Beth Gaschen**   bgaschen@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;lgauthier@lwgfllp.com;nlockwood@lwgfllp.com
- **Nancy S Goldenberg**   nancy.goldenberg@usdoj.gov
- **Christopher J Green**   cgreen@bohmwildish.com, chrisgreen@ucla.edu;christopher-green-2815@ecf.pacerpro.com;KWinterson@mintz.com
- **Michael J Hauser**   michael.hauser@usdoj.gov
- **Eric M Heller**   eric.m.heller@irscounsel.treas.gov
- **Lillian Jordan**   ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- **Payam Khodadadi**   pkhodadadi@mcguirewoods.com, dkiker@mcguirewoods.com
- **Samuel M Kidder**   skidder@bhfs.com
- **Jeannie Kim**   jkim@buchalter.com
- **Alan M Kindred**   akindred@leechtishman.com, alankindred@hotmail.com;dtomko@leechtishman.com
- **Armand R. Kizirian**   armand.falveylaw@gmail.com, thomaswfalvey@gmail.com;mike.falveylaw@gmail.com;alvarez.falveylaw@gmail.com;celeste.a.wood@gmail.com;kathy.falveylaw@gmail.com
- **Alan J Kornfeld**   akornfeld@pszjlaw.com, mdj@pszjlaw.com
- **Jeffrey C Krause**   jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
- **Yochun Katie Lee**   kylee@akingump.com, tsouthwell@akingump.com;westdocketing@akingump.com
- **Elan S Levey**   elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- **William N Lobel**   wlobel@lwgfllp.com, nlockwood@lwgfllp.com;jokeefe@lwgfllp.com;banavim@wgllp.com
- **Aaron J Malo**   amalo@sheppardmullin.com, jsummers@sheppardmullin.com
- **Robert S Marticello**   Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1**

| In re: **Freedom Communications, Inc., a Delaware corporation, Inc., et al.** Debtor(s). | CHAPTER: **11** <br> CASE NUMBER: **8:15-bk-15311-MW (Jointly Administered)** |
|---|---|

- **Ashley M McDow**  amcdow@bakerlaw.com, mdelaney@bakerlaw.com;sgaeta@bakerlaw.com;rojeda@bakerlaw.com;ffarivar@bakerlaw.com
- **David W. Meadows**  david@davidwmeadowslaw.com
- **Reed M Mercado**  rmercado@sheppardmullin.com
- **Harlene Miller**  harlene@harlenemillerlaw.com
- **Raymond F Moats**  colcaecf@weltman.com
- **Elizabeth L Musser**  emusser@tresslerllp.com
- **Jeffrey P Nolan**  jnolan@pszjlaw.com
- **Courtney E Norton**  cnorton@greenbergglusker.com, kwoodson@greenbergglusker.com;jking@greenbergglusker.com;calendar@greenbergglusker.com
- **John M O'Donnell**  john.o'donnell@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- **Deborah OConnor**  deborah.oconnor@sedgwicklaw.com, viann.corbin@sedgwicklaw.com
- **Ryan D ODea**  rodea@shbllp.com, sswartzell@shbllp.com
- **Ernie Zachary Park**  ernie.park@bewleylaw.com
- **Ronak N Patel**  rpatel@rivco.org, mdominguez@RIVCO.org
- **Marc S Pfeuffer**  pfeuffer.marc@pbgc.gov, efile@pbgc.gov
- **Kathy Bazoian Phelps**  kphelps@diamondmccarthy.com, vgarcia@diamondmccarthy.com
- **Christopher E Prince**  , jmack@lesnickprince.com;mlampton@lesnickprince.com;cprince@ecf.courtdrive.com
- **Amelia Puertas-Samara**  itcdbgc@edd.ca.gov, itcdgc@edd.ca.gov
- **Christopher B Queally**  cqueally@callahan-law.com, jluirette@callahan-law.com
- **Michael B Reynolds**  mreynolds@swlaw.com, kcollins@swlaw.com
- **Todd C. Ringstad**  becky@ringstadlaw.com
- **Christopher O Rivas**  crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **Jeremy E Rosenthal**  jrosenthal@sidley.com
- **Peter J Rudinskas**  pjr.legal@gmail.com
- **James M Sabovich**  jsabovich@callahan-law.com, jluirette@callahan-law.com;ksalour@callahan-law.com;bmccormack@callahan-law.com;erichards@callahan-law.com;SRobinson@callahan-law.com
- **Steven B Sacks**  ssacks@sheppardmullin.com, jnakaso@sheppardmullin.com
- **Scott A Schiff**  sas@soukup-schiff.com
- **Leonard M Shulman**  lshulman@shbllp.com
- **Donald W Sieveke**  ibmoola@yahoo.com, dws4law@pacbell.net
- **David P. Simonds**  dsimonds@akingump.com, tsouthwell@akingump.com;westdocketing@akingump.com
- **Alex E Spjute**  spjute@hugheshubbard.com, ryan@hugheshubbard.com
- **Sarah Stuppi**  Sarah@stuppilaw.com
- **Helena Tseregounis**  htseregounis@sidley.com
- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov
- **Daniel Uribe**  duribe@gmail.com
- **Scott S Weltman**  colcaecf@weltman.com
- **Johnny White**  JWhite@wrslawyers.com, aparisi@wrslawyers.com
- **Brandon J Witkow**  bw@witkowlaw.com, tg@witkowlaw.com
- **Steven D Zansberg**  szansberg@lskslaw.com, mkelley@lskslaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1**