ROBERT J. FEINSTEIN (NY SBN 1767805)
JEFFREY W. DULBERG (CA SBN 181200)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:   rfeinstein@pszjlaw.com
          jdulberg@pszjlaw.com

Attorneys for
Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>FREEDOM COMMUNICATIONS, INC., a Delaware corporation, et al.,[1]<br><br>　　　　Debtors and<br>　　　　Debtors-in-Possession. | Case Nos.: 8:15-bk-15311-MW<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 8:15-bk-15312-MW; 8:15-bk-15313-MW; 8:15-bk-15315-MW; 8:15-bk-15316-MW; 8:15-bk-15317-MW; 8:15-bk-15318-MW; 8:15-bk-15319-MW; 8:15-bk-15320-MW; 8:15-bk-15321-MW; 8:15-bk-15322-MW; 8:15-bk-15323-MW; 8:15-bk-15324-MW; 8:15-bk-15325-MW; 8:15-bk-15326-MW; 8:15-bk-15327-MW; 8:15-bk-15328-MW; 8:15-bk-15329-MW; 8:15-bk-15330-MW; 8:15-bk-15332-MW; 8-15-bk-15337-MW; 8:15-bk-15339-MW; 8-15-bk-15340-MW; 8:15-bk-15342-MW; 8:15-bk-15343-MW) |

---

[1] The last four digits of the Debtors' federal tax identification numbers are as follows: Freedom Communications, Inc. (0750); Freedom Communications Holdings, Inc. (2814); Freedom Services, Inc. (3125); 2100 Freedom, Inc. (7300); OCR Community Publications, Inc. (9752); Daily Press, LLC (3610); Freedom California Mary Publishing, Inc. (4121); Freedom California Ville Publishing Company LP (7735); Freedom Colorado Information, Inc. (7806); Freedom Interactive Newspapers, Inc. (9343); Freedom Interactive Newspapers of Texas, Inc. (8187); Freedom Newspaper Acquisitions, Inc. (4322); Freedom Newspapers (7766); Freedom Newspapers, Inc. (3240); Freedom Newspapers of Southwestern Arizona, Inc. (5797); OCR Information Marketing, Inc. (7983); Odessa American (7714); Orange County Register Communications, Inc. (7980); Victor Valley Publishing Company (6082); Victorville Publishing Company (7617); Freedom SPV II, LLC (8253); Freedom SPV VI, LLC (8434); Freedom SPV I, LLC (3293); Freedom SPV IV, LLC (8500); and Freedom SPV V, LLC (9036). The Debtors' mailing address is 625 N. Grand Avenue, Santa Ana, California 92701.

DOCS_LA:314551.1 29266/002

| | |
|---|---|
| Affects:<br>☐ All Debtors<br>☒ Freedom Communications, Inc., a Delaware corporation, ONLY<br>☒ Freedom Communications Holdings, Inc., a Delaware corporation, ONLY<br>☒ Freedom Services, Inc., a Delaware corporation, ONLY<br>☐ 2100 Freedom. Inc. a Delaware corporation, ONLY<br>☒ OCR Community Publications, Inc., a California corporation, ONLY<br>☐ Daily Press, LLC, a California limited liability company, ONLY<br>☐ Freedom California Mary Publishing, Inc., a California corporation, ONLY<br>☐ Freedom California Ville Publishing Company LP, a California limited partnership, ONLY<br>☐ Freedom Colorado Information, Inc., a Delaware corporation, ONLY<br>☐ Freedom Interactive Newspapers, Inc., a California corporation, ONLY<br>☐ Freedom Interactive Newspapers of Texas, Inc., a Delaware corporation, ONLY<br>☐ Freedom Newspaper Acquisitions, Inc., a Delaware corporation, ONLY<br>☐ Freedom Newspapers, a Texas general partnership, ONLY<br>☐ Freedom Newspapers, Inc., a Delaware corporation, ONLY<br>☐ Freedom Newspapers of Southwestern Arizona, Inc., a California corporation, ONLY<br>☐ OCR Information Marketing, Inc., a California corporation, ONLY<br>☐ Odessa American, a Texas general partnership, ONLY<br>☐ Orange County Register Communications, | ***NOTICE OF SUBMISSION OF* FULLY EXECUTED ENGAGEMENT AGREEMENT BY AND BETWEEN ELUCIDOR, LLC AND PACHULSKI STANG ZIEHL & JONES LLP**<br><br>[Relates to Docket No. 1504]<br><br>[No Hearing Required] |

1  Inc., a California corporation, ONLY

2  ☐ Victor Valley Publishing Company, a California corporation, ONLY

3

4  ☐ Victorville Publishing Company, a California limited partnership, ONLY

5  ☐ Freedom SPV II, LLC, a Delaware limited liability company, ONLY

6

7  ☐ Freedom SPV VI, LLC, a Delaware limited liability company, ONLY

8  ☐ Freedom SPV I, LLC, a Delaware limited liability company company, ONLY

9

10  ☐ Freedom SPV IV, LLC, a Delaware limited liability company, ONLY

11  ☐ Freedom SPV V, LLC, a Delaware limited liability company, ONLY

12

13       Attached hereto as Exhibit "A" is the fully executed Engagement Agreement by and between

14  Elucidor, LLC and Pachulski Stang Ziehl & Jones LLP, dated as of May 1, 2018.

15

16  Dated:   May 25, 2018                PACHULSKI STANG ZIEHL & JONES LLP

17                                       By: */s/ Jeffrey W. Dulberg*
                                              Jeffrey W. Dulberg
18                                        Attorneys for the Official
                                          Committee of Unsecured Creditors
19

20

21

22

23

24

25

26

27

28

3

DOCS_LA:314551.1 29266/002

# EXHIBIT A

## Engagement Agreement

This engagement agreement ("Agreement"), dated as of May 1, 2018, is by and between Elucidor, LLC ("Elucidor"), with an address at 305 East 40th St., Suite 21F, New York, NY 10016, and Pachulski Stang Ziehl & Jones LLP ("Counsel"), with an address at 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067, on Counsel's behalf and as legal advisors to the Official Committee of Unsecured Creditors ("Committee") of Freedom Communications, Inc. and its affiliates (collectively, "Debtors") in the bankruptcy cases pending in the United States Bankruptcy Court for the Central District of California ("Bankruptcy Court") under the caption *In re Freedom Communications, Inc., et al.*, Case No.: 15-bk-15311 and the related adversary proceeding pending in the Bankruptcy Court under the caption *Official Committee of Unsecured Creditors of Freedom Communications, Inc., et al. v. Aaron Kushner, et al.*, Case No. 17-ap-01012 (the "Adversary Proceeding").

A. Scope of Engagement.

Elucidor agrees to consult with Counsel and provide testimony in connection with issues related to: (i) the life insurance-related investments made by the Retirement Plan of Freedom Communications, Inc. (the "Pension Plan"), including actuarial, financial and other valuation analyses of the investments; (ii) the claims asserted by the Committee on behalf of the Debtors related to such investments; and (iii) any other matters in connection with the valuation of the Pension Plan's investments and any litigation (including the Adversary Proceeding) arising in the Debtors' bankruptcy cases as reasonably requested by Counsel. If requested by Counsel, Elucidor will render one or more opinions on the foregoing issues ("Opinions"). Any Opinions rendered will be based on methods and techniques that Elucidor considers appropriate under the circumstances, and will represent the opinions of Elucidor based upon information and documents provided by Counsel and/or obtained in discovery, or upon such other sources as Elucidor considers appropriate. Furthermore, if requested by Counsel, Elucidor will prepare one or more reports, including the Opinions, and will provide testimony regarding the Opinions at deposition, trial and/or other proceedings.

Engagement Agreement
Page 2 of 4

All services to be provided by Elucidor pursuant to this Agreement will be provided at the request and direction of Counsel. Elucidor warrants that: (i) the services will be performed in a professional manner using Elucidor's best efforts, knowledge, skill and attention; (ii) none of such services or any part of this Agreement is or will be inconsistent with any obligation Elucidor may have to others; and (iii) Elucidor shall comply with all applicable laws in the course of performing the services.

B. Fees And Expenses.

Elucidor's hourly charges for services to provided under this Agreement are set out in the table below. Out-of-pocket expenses are in addition to the hourly charges. Elucidor will maintain records of hours spent by each of its consultants and other staff members in providing services under this Agreement and will calculate its fees by multiplying hours worked by each individual by the applicable hourly charge as set out in the following table:

| | |
|---|---|
| **Partners, Principals** | $450 |
| **Participation in Court Appearances and Depositions** | $600 |
| **Clerical/Secretarial** | $175 |

Elucidor periodically reviews and changes its billing rate structure. The hourly rates set forth above are subject to periodic change by Elucidor. In the event a change of rate occurs during the course of this engagement, those changes will be discussed with Counsel prior to their enactment.

Notwithstanding anything herein to the contrary, or execution of this Agreement, neither Counsel nor the Committee (nor any member of the Committee) shall have any liability or responsibility whatsoever for payment of Elucidor's fees and expenses. Payment of Elucidor's fees and expenses shall be subject to payment by the Debtors and allowance by the Bankruptcy Court, on an interim and final basis (as applicable), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of the Bankruptcy Court, and any applicable orders in the Debtors' bankruptcy cases governing the compensation of estate professionals.

DOCS_LA:313840.2 29266/002

2

Case 8:15-bk-15311-MW    Doc 1506    Filed 05/25/18    Entered 05/25/18 13:08:52    Desc
Main Document    Page 7 of 11

Case 8:15-bk-15311-MW    Doc 1504    Filed 05/10/18    Entered 05/10/18 15:21:18    Desc
Main Document    Page 23 of 27

Engagement Agreement
Page 3 of 4

C. Term.

Elucidor's obligation to perform services pursuant to this Agreement will terminate upon the earlier of 30 days' written notice by either party, or the settlement of or final judgment or order with respect to the matters described herein. Termination will not affect the Debtors' obligation to pay for services performed and expenses incurred by Elucidor on or before the effective date of termination, subject to Bankruptcy Court approval.

D. Conflicts.

Elucidor is not aware of any situations that appear to represent potential or actual conflicts of interest. However, should any such matters arise, Elucidor will bring them to Counsel's attention promptly, and will use reasonable efforts to learn of any potential conflicts.

E. Applicable Law.

This Agreement shall be governed by the laws of the State of New York.

F. Miscellaneous.

This Agreement may be executed in counterpart originals. Electronic mail and facsimile copies of this Agreement will be considered as originals for all purposes.

G. Modification or Amendment.

This Agreement may only be modified or amended if such modification or amendment is in writing and signed by all parties.

H. Final Agreement.

This Agreement contains the entire agreement of the parties and there are no other promises or conditions in any other agreement whether oral or written. This Agreement supersedes any prior written or oral agreements between the parties.

Engagement Agreement
Page 4 of 4

Accepted and Agreed By:

Dated: May 7, 2018

Elucidor, LLC

_____
Howard Zail
Partner

Dated: May 25, 2018

Pachulski Stang Ziehl & Jones LLP

_____
Robert J. Feinstein
Partner

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF SUBMISSION OF FULLY EXECUTED ENGAGEMENT AGREEMENT by and BETWEEN ELUCIDOR, LLC AND PACHULSKI STANG ZIEHL & JONES LLP** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 25, 2018** , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **May 25, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL**
Honorable Mark S. Wallace
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 6135
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 25, 2017 | Myra Kulick | */s/ Myra Kulick* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*          **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:295574.1 29266/002

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- *Kyra E Andrassy    kandrassy@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com*
- *David M Banker    dbanker@lowenstein.com, dbanker@lowenstein.com*
- *Richard L Barnett    rick@barnettrubin.com, kelly@barnettrubin.com*
- *James Cornell Behrens    jbehrens@milbank.com*
- *Shraddha Bharatia    notices@becket-lee.com*
- *Matthew Bouslog    MBouslog@gibsondunn.com, Pcrawford@gibsondunn.com*
- *J Scott Bovitz    bovitz@bovitz-spitzer.com*
- *Larry Butler    notices@becket-lee.com*
- *Frank Cadigan    frank.cadigan@usdoj.gov*
- *Andrew W Caine    acaine@pszjlaw.com*
- *David Cantrell    dcantrell@lc-law-llp.com*
- *Jeffrey D Cawdrey    jcawdrey@grsm.com, jmydlandevans@grsm.com;madeyemo@gordonrees.com*
- *Conrad K Chiu    cchiu@pryorcashman.com*
- *Carol Chow    carol.chow@ffslaw.com*
- *Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com*
- *Theodore A Cohen    tcohen@sheppardmullin.com, amontoya@sheppardmullin.com*
- *Joseph Corrigan    Bankruptcy2@ironmountain.com*
- *Michael T Delaney    mdelaney@bakerlaw.com, AMatsuoka@robinskaplan.com*
- *Jessica DiFrancesco    notices@becket-lee.com*
- *Caroline Djang    caroline.djang@bbklaw.com, arthur.johnston@bbklaw.com;lisa.spencer@bbklaw.com*
- *Jeffrey W Dulberg    jdulberg@pszjlaw.com*
- *Robert J Feinstein    rfeinstein@pszjlaw.com*
- *Scott D Fink    brodellecf@weltman.com*
- *Marc C Forsythe    kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com*
- *Alan J Friedman    afriedman@lwgfllp.com, lgauthier@shbllp.com*
- *Alan J Friedman    afriedman@shbllp.com, lgauthier@shbllp.com*
- *Matthew T Furton    mfurton@lockelord.com, cpaul@lockelord.com;chicagodocket@lockelord.com*
- *Thomas M Gaa    tgaa@bbslaw.com*
- *Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com*
- *Nancy S Goldenberg    nancy.goldenberg@usdoj.gov*
- *David B Golubchik    dbg@lnbyb.com, dbg@ecf.inforuptcy.com*
- *Christopher J Green    cgreen@bohmwildish.com, chrisgreen@ucla.edu;christopher-green-2815@ecf.pacerpro.com;lrivara@bohmwildish.com*
- *Justin D Harris    jdh@harrislawfirm.co, kyle@harrislawfirm.co*
- *Michael J Hauser    michael.hauser@usdoj.gov*
- *Eric M Heller    eric.m.heller@irscounsel.treas.gov*
- *Lillian Jordan    ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM*
- *Payam Khodadadi    pkhodadadi@mcguirewoods.com, dkiker@mcguirewoods.com*
- *Samuel M Kidder    skidder@bhfs.com*
- *Jeannie Kim    jkim@buchalter.com*
- *Alan M Kindred    akindred@leechtishman.com, alankindred@hotmail.com;dtomko@leechtishman.com*
- *Armand R. Kizirian    armand.falveylaw@gmail.com, thomaswfalvey@gmail.com;mike.falveylaw@gmail.com;alvarez.falveylaw@gmail.com;celeste.a.wood@gmail.com;kathy.falveylaw@gmail.com*
- *Stuart I Koenig    Skoenig@leechtishman.com, sfrey@leechtishman.com;jabrams@leechtishman.com*
- *Alan J Kornfeld    akornfeld@pszjlaw.com, mdj@pszjlaw.com*
- *Matthew J Kraus    mkraus@lc-lawyers.com, mbuchheit@lc-lawyers.com*
- *Jeffrey C Krause    jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com*
- *Yochun Katie Lee    kylee@akingump.com, tsouthwell@akingump.com;westdocketing@akingump.com*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:295574.1 29266/002

- *Elan S Levey    elan.levey@usdoj.gov, louisa.lin@usdoj.gov*
- *William N Lobel    wlobel@pszjlaw.com, nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com*
- *Aaron J Malo    amalo@sheppardmullin.com, jsummers@sheppardmullin.com*
- *Robert S Marticello    Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com*
- *Kristofer R McDonald    kristofer.mcdonald@lane-nach.com, kris.r.mcdonald@gmail.com,adam.nach@lane-nach.com,joel.newell@lane-nach.com;deborah.mckernan@lane-nach.com*
- *Ashley M McDow    amcdow@foley.com, Khernandez@foley.com;Ffarivar@foley.com;rojeda@bakerlaw.com;ffarivar@bakerlaw.com*
- *David W. Meadows    david@davidwmeadowslaw.com*
- *Reed M Mercado    rmercado@sheppardmullin.com*
- *Harlene Miller    harlene@harlenemillerlaw.com*
- *Raymond F Moats    colcaecf@weltman.com*
- *Elizabeth L Musser    emusser@tresslerllp.com*
- *Jeffrey P Nolan    jnolan@pszjlaw.com*
- *Courtney E Norton    cnorton@greenbergglusker.com, kwoodson@greenbergglusker.com;jking@greenbergglusker.com;calendar@greenbergglusker.com*
- *John M O'Donnell    john.o'donnell@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov*
- *Deborah OConnor    deborah.oconnor@clydeco.us, lorraine.gallo@clydeco.us*
- *Ryan D ODea    rodea@shbllp.com, LGauthier@shbllp.com*
- *Ernie Zachary Park    ernie.park@bewleylaw.com*
- *Ronak N Patel    rpatel@rivco.org, mdominguez@RIVCO.org*
- *Marc S Pfeuffer    pfeuffer.marc@pbgc.gov, efile@pbgc.gov*
- *Kathy Bazoian Phelps    kphelps@diamondmccarthy.com, vgarcia@diamondmccarthy.com*
- *Christopher E Prince    , jmack@lesnickprince.com;mlampton@lesnickprince.com;cprince@ecf.courtdrive.com*
- *Amelia Puertas-Samara    itcdbgc@edd.ca.gov, itcdgc@edd.ca.gov*
- *Christopher B Queally    cqueally@callahan-law.com, jluirette@callahan-law.com*
- *Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com*
- *Todd C. Ringstad    becky@ringstadlaw.com, arlene@ringstadlaw.com*
- *Christopher O Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com*
- *Jeremy E Rosenthal    jrosenthal@sidley.com*
- *Peter J Rudinskas    pjr.legal@gmail.com*
- *James M Sabovich    jsabovich@callahan-law.com, jluirette@callahan-law.com;ksalour@callahan-law.com;bmccormack@callahan-law.com;erichards@callahan-law.com;SRobinson@callahan-law.com*
- *Steven B Sacks    ssacks@sheppardmullin.com, jnakaso@sheppardmullin.com*
- *Jonathan C Sandler    jsandler@bhfs.com, pherron@bhfs.com;sgrisham@bhfs.com*
- *Scott A Schiff    sas@soukup-schiff.com*
- *Leonard M Shulman    lshulman@shbllp.com*
- *Donald W Sieveke    ibmoola@yahoo.com, dws4law@pacbell.net*
- *David P. Simonds    dsimonds@akingump.com, tsouthwell@akingump.com;westdocketing@akingump.com*
- *Alex E Spjute    spjute@hugheshubbard.com, gaurav.reddy@hugheshubbard.com*
- *Sarah Stuppi    Sarah@stuppilaw.com*
- *Helena Tseregounis    htseregounis@sidley.com*
- *United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov*
- *Daniel Uribe    duribe@gmail.com*
- *Michael A Wallin    mwallin@slaterhersey.com, mrivera@slaterhersey.com*
- *Scott S Weltman    colcaecf@weltman.com*
- *Johnny White    JWhite@wrslawyers.com, aparisi@wrslawyers.com*
- *Brandon J Witkow    bw@witkowlaw.com, tg@witkowlaw.com*
- *Steven D Zansberg    szansberg@lskslaw.com, mkelley@lskslaw.com*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.