ROBERT J. FEINSTEIN (NY SBN 1767805)
JEFFREY W. DULBERG (CA SBN 181200)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:   rfeinstein@pszjlaw.com
              jdulberg@pszjlaw.com

Attorneys for
Official Committee of Unsecured Creditors

FILED & ENTERED

JUN 01 2018

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>FREEDOM COMMUNICATIONS, INC., a Delaware corporation, et al.,[1]<br><br>Debtors and Debtors-in-Possession. | Case Nos.: 8:15-bk-15311-MW<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 8:15-bk-15312-MW; 8:15-bk-15313-MW; 8:15-bk-15315-MW; 8:15-bk-15316-MW; 8:15-bk-15317-MW; 8:15-bk-15318-MW; 8:15-bk-15319-MW; 8:15-bk-15320-MW; 8:15-bk-15321-MW; 8:15-bk-15322-MW; 8:15-bk-15323-MW; 8:15-bk-15324-MW; 8:15-bk-15325-MW; 8:15-bk-15326-MW; 8:15-bk-15327-MW; 8:15-bk-15328-MW; 8:15-bk-15329-MW; 8:15-bk-15330-MW; 8:15-bk-15332-MW; 8-15-bk-15337-MW; 8:15-bk-15339-MW; 8-15-bk-15340-MW; 8:15-bk-15342-MW; 8:15-bk-15343-MW) |

---

[1] The last four digits of the Debtors' federal tax identification numbers are as follows: Freedom Communications, Inc. (0750); Freedom Communications Holdings, Inc. (2814); Freedom Services, Inc. (3125); 2100 Freedom, Inc. (7300); OCR Community Publications, Inc. (9752); Daily Press, LLC (3610); Freedom California Mary Publishing, Inc. (4121); Freedom California Ville Publishing Company LP (7735); Freedom Colorado Information, Inc. (7806); Freedom Interactive Newspapers, Inc. (9343); Freedom Interactive Newspapers of Texas, Inc. (8187); Freedom Newspaper Acquisitions, Inc. (4322); Freedom Newspapers (7766); Freedom Newspapers, Inc. (3240); Freedom Newspapers of Southwestern Arizona, Inc. (5797); OCR Information Marketing, Inc. (7983); Odessa American (7714); Orange County Register Communications, Inc. (7980); Victor Valley Publishing Company (6082); Victorville Publishing Company (7617); Freedom SPV II, LLC (8253); Freedom SPV VI, LLC (8434); Freedom SPV I, LLC (3293); Freedom SPV IV, LLC (8500); and Freedom SPV V, LLC (9036). The Debtors' mailing address is 625 N. Grand Avenue, Santa Ana, California 92701.

DOCS_LA:314538.1 29266/002

| | | |
|---|---|---|
| 1 | Affects:<br>☐ All Debtors | **ORDER AUTHORIZING AND APPROVING EMPLOYMENT OF ELUCIDOR, LLC AS EXPERT CONSULTANT TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**<br><br>[No Hearing Required] |
| 2 | | |
| 3 | ☒ Freedom Communications, Inc., a Delaware corporation, ONLY | |
| 4 | ☒ Freedom Communications Holdings, Inc., a Delaware corporation, ONLY | |
| 5 | | |
| 6 | ☒ Freedom Services, Inc., a Delaware corporation, ONLY | |
| 7 | ☐ 2100 Freedom. Inc. a Delaware corporation, ONLY | |
| 8 | | |
| 9 | ☒ OCR Community Publications, Inc., a California corporation, ONLY | |
| 10 | ☐ Daily Press, LLC, a California limited liability company, ONLY | |
| 11 | | |
| 12 | ☐ Freedom California Mary Publishing, Inc., a California corporation, ONLY | |
| 13 | ☐ Freedom California Ville Publishing Company LP, a California limited partnership, ONLY | |
| 14 | | |
| 15 | ☐ Freedom Colorado Information, Inc., a Delaware corporation, ONLY | |
| 16 | | |
| 17 | ☐ Freedom Interactive Newspapers, Inc., a California corporation, ONLY | |
| 18 | ☐ Freedom Interactive Newspapers of Texas, Inc., a Delaware corporation, ONLY | |
| 19 | | |
| 20 | ☐ Freedom Newspaper Acquisitions, Inc., a Delaware corporation, ONLY | |
| 21 | ☐ Freedom Newspapers, a Texas general partnership, ONLY | |
| 22 | | |
| 23 | ☐ Freedom Newspapers, Inc., a Delaware corporation, ONLY | |
| 24 | ☐ Freedom Newspapers of Southwestern Arizona, Inc., a California corporation, ONLY | |
| 25 | | |
| 26 | ☐ OCR Information Marketing, Inc., a California corporation, ONLY | |
| 27 | ☐ Odessa American, a Texas general partnership, ONLY | |
| 28 | | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

2

☐ Orange County Register Communications, Inc., a California corporation, ONLY

☐ Victor Valley Publishing Company, a California corporation, ONLY

☐ Victorville Publishing Company, a California limited partnership, ONLY

☐ Freedom SPV II, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV VI, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV I, LLC, a Delaware limited liability company company, ONLY

☐ Freedom SPV IV, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV V, LLC, a Delaware limited liability company, ONLY

The Court has considered the *Application of Pachulski Stang Ziehl & Jones LLP for Entry of an Order Under 11 U.S.C. § § 1103(a) and 328(a) and Fed. R. Bankr. P. 2015(A) Authorizing the Retention of Elucidor, LLC as Expert Consultant to the Official Committee of Unsecured Creditors* (the "Application") [Docket No. 1504][2], and based upon the record before the Court, and due and adequate notice of the Application having been given; and it appearing that no other notice need be given; and it appearing that Elucidor, LLC ("Elucidor") is not representing any adverse interest in connection with these cases; and it appearing that the relief requested in the Application is in the best interest of the Committee; after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED:**

1. The Application be, and hereby is, GRANTED;

2. In accordance with sections 328 and 1103 of the Bankruptcy Code, the Committee shall employ and retain Elucidor as of April 30, 2018, as its expert consultant on the terms and conditions set forth in the Application; and

---

[2] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Application.

3

DOCS_LA:314538.1 29266/002

3. This court shall retain jurisdiction with respect to all matters related to the implementation of this order.

# # # #

Date: June 1, 2018

Mark S. Wallace
United States Bankruptcy Judge

DOCS_LA:314538.1 29266/002