Alan J. Friedman - Bar No. 132580
**SHULMAN HODGES & BASTIAN LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email: afriedman@shbllp.com

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>FREEDOM COMMUNICATIONS, INC., a Delaware corporation et al.,<br><br>  Debtors and Debtors-in-Possession.<br><br>Affects:<br><br>☒ All Debtors<br><br>☐ Freedom Communications, Inc., a Delaware corporation, ONLY<br><br>☐ Freedom Communications Holdings, Inc., a Delaware corporation, ONLY<br><br>☐ Freedom Services, Inc., a Delaware corporation, ONLY<br><br>☐ 2100 Freedom, Inc., a Delaware corporation, ONLY<br><br>☐ OCR Community Publications, Inc., a California corporation, ONLY<br><br>☐ Daily Press, LLC, a California limited liability company, ONLY<br><br>☐ Freedom California Mary Publishing, Inc., a California corporation, ONLY<br><br>☐ Freedom California Ville Publishing Company LP, a California limited partnership, ONLY | Case No. 8:15-bk-15311 MW<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 8:15-bk-15312-MW; 8:15-bk-15313-MW; 8:15-bk-15315-MW; 8:15-bk-15316-MW; 8:15-bk-15317-MW; 8:15-bk-15318-MW; 8:15-bk-15319-MW; 8:15-bk-15320-MW; 8:15-bk-15321-MW; 8:15-bk-15322-MW; 8:15-bk-15323-MW; 8:15-bk-15324-MW; 8:15-bk-15325-MW; 8:15-bk-15326-MW; 8:15-bk-15327-MW; 8:15-bk-15328-MW; 8:15-bk-15329-MW; 8:15-bk-15330-MW; 8:15-bk-15332-MW; 8:15-bk-15337-MW; 8:15-bk-15339-MW; 8:15-bk-15340-MW; 8:15-bk-15342-MW; 8:15-bk-15343-MW)<br><br>**DECLARATION OF BRAD SMITH IN SUPPORT OF UPDATED CHAPTER 11 STATUS CONFERENCE REPORT**<br><br>**DATE:** **August 1, 2018**<br>**TIME:** **9:00 a.m.**<br>**Place:** **Courtroom 6C**<br>    **411 West Fourth Street**<br>    **Santa Ana, California 92701** |

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5429-000\1249258.1

| | |
|---|---|
| 1 | ☐ Freedom Colorado Information, Inc., a Delaware corporation, ONLY |
| 2 | |
| 3 | ☐ Freedom Interactive Newspapers, Inc., a California corporation, ONLY |
| 4 | ☐ Freedom Interactive Newspapers of Texas, Inc., a Delaware corporation, ONLY |
| 5 | |
| 6 | ☐ Freedom Newspaper Acquisitions, Inc., a Delaware corporation, ONLY |
| 7 | ☐ Freedom Newspapers, a Texas general partnership, ONLY |
| 8 | |
| 9 | ☐ Freedom Newspapers, Inc., a Delaware corporation, ONLY |
| 10 | ☐ Freedom Newspapers of Southwestern Arizona, Inc., a California corporation, ONLY |
| 11 | |
| 12 | ☐ OCR Information Marketing, Inc., a California corporation, ONLY |
| 13 | ☐ Odessa American, a Texas general partnership, ONLY |
| 14 | |
| 15 | ☐ Orange County Register Communications, Inc., a California corporation, ONLY |
| 16 | ☐ Victor Valley Publishing Company, a California corporation, ONLY |
| 17 | |
| 18 | ☐ Victorville Publishing Company, a California limited partnership, ONLY |
| 19 | ☐ Freedom SPV II, LLC, a Delaware limited liability company, ONLY |
| 20 | |
| 21 | ☐ Freedom SPV VI, LLC, a Delaware limited liability company, ONLY |
| 22 | ☐ Freedom SPV I, LLC, a Delaware limited liability company, ONLY |
| 23 | |
| 24 | ☐ Freedom SPV IV, LLC, a Delaware limited liability company, ONLY |
| 25 | ☐ Freedom SPV V, LLC, a Delaware limited liability company, ONLY |
| 26 | |
| 27 | |
| 28 | |

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5429-000\1249258.1                                2

## DECLARATION OF BRAD SMITH

I, Brad Smith, declare as follows:

1. I am the Chief Restructuring Officer ("CRO")[2] of the Debtors (the "Debtors") in the above-captioned Cases. In my role as CRO, I am responsible for all day-to-day management decisions and for implementing the Debtors' short and long-term plans. In addition, I oversee and am ultimately responsible for the Debtors' operations, financial condition and business affairs.

2. As a result of my tenure with the Debtors, both in my role as a financial advisor to the Debtors and as CRO, my extensive day to day experience with the financial matters impacting the Debtors' operations, my review of relevant documents, and my discussions with other members of the Debtors' management teams in the ordinary course of business, I am familiar with the Debtors' day-to-day operations, business affairs, and books and records. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, could testify competently thereto. Except as otherwise stated, all facts set forth in this Declaration are based on my personal knowledge, my discussions with other members of the Debtors' senior management, my review of relevant documents, or my opinion, based on my experience and knowledge of the Debtors' operations and financial conditions. I am submitting this declaration in support of the Debtors' Updated Chapter 11 Status Report (the "Status Report").

3. On November 1, 2015 and November 2, 2015 (the "Petition Dates"), the jointly administered debtors and debtors-in-possession (the "Debtors") commenced the above-captioned cases (the "Cases") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Central District of California (the "Court"). The Debtors continue to operate and manage their affairs as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner

---

[2] Any and all capitalized terms not expressly defined herein shall have the meaning ascribed to them in the Status Report.

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5429-000\1249258.1

3

has been made in the Cases. On November 10, 2015, the United States Trustee appointed a joint committee of creditors holding unsecured claims (the "<u>Committee</u>") in the cases of: (1) Freedom Communications, Inc., 8:15-bk-15311-MW; (2) Freedom Communications Holdings, Inc., 8:15-bk-15312-MW; (3) Freedom Services, Inc., 8:15-bk-15313-MW; and (4) OCR Community Publications, Inc., 8:15-bk-15316-MW.

4. The Debtors are in compliance with their duties under sections 521, 1106 and 1107 of the Bankruptcy Code, and the requirements of Rule 2015(2)(a) and (b) of the Local Bankruptcy Rules (the "Local Rules").

5. Since the last status report filed in these Cases, the Debtors filed their Monthly Operating Report for the month ending March 31, 2018 [Docket No. 1497], April 30, 2018 [Docket No. 1505], May 31, 2018 [Docket No. 1510] and June 30, 2018 [Docket No. 1513].

6. Since the last status report, the Debtors have paid the U.S. Trustee quarterly fees for the quarter ending March 31, 2018. Quarterly fees (for the quarter ending June 30, 2018), are due on July 31, 2018, and will be paid by the Debtors by the payment deadline.

7. During the course of the Cases the Debtors have been authorized to employ several professionals and consultants. Since the last status report, an order approving the Debtors' application seeking an order authorizing the employment of Shulman Hodges & Bastian LLP as the Debtors' general insolvency counsel was entered by this Court [Docket No. 1499]. On May 10, 2018, the Committee filed an Application to Employ Elucidor, LLC as Expert Consultant to the Official Committee of Unsecured Creditors [Docket No. 1504]. On June 1, 2018, this Court entered its Order [Docket No. 1508] authorizing and approving the employment of Elucidor, LLC.

8. Administrative tax claims have been fully paid on a current bases.

9. Upon the closing of the Sale, the primary operations of the businesses were transferred to DFM. However, the Debtors' continue to be debtors-in-possession and are in the process of winding down the remaining business operations as contemplated under the Sale, and they continue to make the necessary decisions to maximize recovery to creditors.

10. The Debtors are currently involved in nearly thirty actions in multiple courts around the country. The Debtors have filed notices of stay in those cases.

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5429-000\1249258.1

4

Main Document    Page 5 of 12

11. On June 12, 2018, the Debtors' estate received funds of $393,425.56 that were owed to the Debtors stemming from the Debtors' previous chapter 11 cases.

12. Since the filing of the last Status Report, this Court entered its Order [Docket No. 1500] approving the Debtors Motion for Order Approving Settlement Agreement by and Between the Debtors and MediaNews Group, Inc., a Delaware Corporation, d/b/a Digital First Media. By the granting of said motion, a dispute between DFM and the Debtors relating to accounts receivable calculations, collection costs and efforts used to collect accounts receivable was resolved and the Debtors received a settlement payment of $130,956.15.

13. The Debtors continue to review other claims filed against the Debtors' estates for other potential objections and anticipate filing objections to certain administrative/priority claims as well as objections to duplicate unsecured non-priority claims.

14. The Debtors continue to actively pursue the recovery of substantial tax refunds from the State Board of Equalization ("SBE"). The Debtors are continuing to respond to requests made by the SBE for additional information related to an audit commenced by the SBE. It is unclear at the present time what impact, if any, the audit will have on the refunds being sought by the Debtors. This process may ultimately include Bankruptcy Court intervention.

15. To date, the Debtors have worked together with their creditors in a cooperative manner. The Debtors have spent significant time working to resolve disputes with their pre-petition secured creditors and for any other creditor who has requested it, the Debtors have provided and shared information with those creditors. At the present time, the plan process has largely been put on hold pending the collection of assets for distribution to creditors.

16. The Committee commenced litigation of fifty (50) Avoidance Actions before this Court. Additionally, certain Avoidance Action claims have been preserved via tolling of the expiration of the statute of limitations with those defendants. The Committee will continue to update the Debtors with respect to these actions. On February 13, 2018, the Committee filed its Motion for Order Authorizing and Approving Omnibus Procedure for Compromising, Settling or Dismissing Preference Claims Pursued by the Official Committee of Unsecured Creditors By the motion, the Committee sought an order seeking approval of a streamlined procedure to formally resolve those

BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5

5429-000\1249258.1

claims and causes of action that are settled within the protocol's parameters. On March 7, 2018, this Court entered its order approving the Committee's motion. It is my understanding that to date there have been settlements resulting in the recovery of approximately $425,000 and the other matters are ongoing.

17. On June 26, 2018, the Committee filed a Motion for Order Approving Settlement Agreement Among the Official Committee of Unsecured Creditors on Behalf of the Debtors, the Pension Benefit Guaranty Corporation ("PBGC"), Larry P. Chinn ("Chinn"), Financial Institution Consulting Corporation ("FICC"), American Automobile Insurance Company, and the Chapter 7 Trustee of Larry P. Chinn's Bankruptcy Estate ("Settlement Motion") [Docket No. 1511]. The settlement agreement resolves the claims asserted by the Committee against Chinn and FICC in the adversary proceeding captioned *Official Committee of Unsecured Creditors of Freedom Communications, Inc., et al. v. Kushner, et al.,* Adv. No. 17-01012-MW. By the settlement agreement a payment of $400,000 will be paid to the Committee and PBGC, such payment to be funded entirely by AAIC (Chinn's liability insurer). The settlement payment will be deposited in counsel for the Committee's trust account with distribution of the settlement payment among the Debtors and PBGC to be the subject of a separate agreement to be submitted for court approval between the Committee and PBGC. A hearing on the Settlement Motion is scheduled to be held on July 30, 2018.

18. As of this date, there is approximately $3,671,000 in unpaid administrative professional fees and expenses. Attached hereto as Exhibit "1" is a Schedule of Unpaid Administrative Professional Fees and Expenses.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of July, 2018, at Los Angeles, California.

_____
Brad Smith

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5429-000\1249258.1

6

# EXHIBIT "1"

EXHIBIT "1"

In re: Freedom Communications, Inc., et al.  
Debtors

Case No. 8:15-bk-15311-MW  
Period: 06/01/18 - 06/30/18

### SCHEDULE OF UNPAID ADMINISTRATIVE PROFESSIONAL FEES AND EXPENSES

Amounts in 000's

|  | Unpaid Invoices (a) | Estimated Accruals (b) | Total |
|---|---:|---:|---:|
| Lobel Weiland Golden Friedman LLP | $ 2,084 | $ - | $ 2,084 |
| Shulman Hodges & Bastian LLP | 70 | 10 | 80 |
| Crowell & Moring | 10 | - | 10 |
| Donlin Recano & Company, Inc. | 103 | 2 | 104 |
| Alvarez & Marsal North America LLC | 81 | - | 81 |
| Squar Milner | 15 | 49 | 64 |
| Pachulski Stang Ziehl & Jones LLP | 598 | 285 | 883 |
| GlassRatner Advisory & Capital Group LLC | 296 | 4 | 300 |
| Rutan & Tucker LLP | 26 | - | 26 |
| US Trustee Fees | - | 9 | 9 |
| Mosier & Company, Inc. | 20 | - | 20 |
| FTI Consulting Inc | 9 | - | 9 |
| Total Unpaid Administrative Professional Fees and Expenses | $ 3,312 | $ 358 | $ 3,671 |

(a) Represent amounts for unpaid invoices received and included in accounts payable as of the period ended herein.

(b) Represent amounts of estimated accruals included in other accrued liabilities as of the period ended herein.

# EXHIBIT "1"

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **100 Spectrum Center Drive, Suite 600, Irvine, CA 92618**

A true and correct copy of the foregoing document entitled: **DECLARATION OF BRAD SMITH IN SUPPORT OF UPDATED CHAPTER 11 STATUS CONFERENCE REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 25, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On July 25, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Mark S. Wallace
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Bldg. & Courthouse
411 West Fourth Street, Suite 6135
Santa Ana, CA 92701-4593

☐  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ ____, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/25/2018 | Erlanna Lohayza | /s/ Erlanna Lohayza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5429-000\1249258.1                    3

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Kyra E Andrassy**   kandrassy@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com
- **David M Banker**   dbanker@lowenstein.com, dbanker@lowenstein.com
- **Richard L Barnett**   rick@barnettrubin.com, kelly@barnettrubin.com
- **James Cornell Behrens**   jbehrens@milbank.com
- **Shraddha Bharatia**   notices@becket-lee.com
- **Matthew Bouslog**   MBouslog@gibsondunn.com, Pcrawford@gibsondunn.com
- **J Scott Bovitz**   bovitz@bovitz-spitzer.com
- **Larry Butler**   notices@becket-lee.com
- **Frank Cadigan**   frank.cadigan@usdoj.gov
- **Andrew W Caine**   acaine@pszjlaw.com
- **David Cantrell**   dcantrell@lc-law-llp.com
- **Jeffrey D Cawdrey**   jcawdrey@grsm.com, jmydlandevans@grsm.com;madeyemo@gordonrees.com
- **Conrad K Chiu**   cchiu@pryorcashman.com
- **Carol Chow**   carol.chow@ffslaw.com
- **Shawn M Christianson**   cmcintire@buchalter.com, schristianson@buchalter.com
- **Theodore A Cohen**   tcohen@sheppardmullin.com, amontoya@sheppardmullin.com
- **Joseph Corrigan**   Bankruptcy2@ironmountain.com
- **Michael T Delaney**   mdelaney@bakerlaw.com, AMatsuoka@robinskaplan.com
- **Jessica DiFrancesco**   notices@becket-lee.com
- **Caroline Djang**   caroline.djang@bbklaw.com, arthur.johnston@bbklaw.com;lisa.spencer@bbklaw.com
- **Jeffrey W Dulberg**   jdulberg@pszjlaw.com
- **Robert J Feinstein**   rfeinstein@pszjlaw.com
- **Scott D Fink**   brodellecf@weltman.com
- **Marc C Forsythe**   kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
- **Alan J Friedman**   afriedman@lwgfllp.com, lgauthier@shbllp.com
- **Alan J Friedman**   afriedman@shbllp.com, lgauthier@shbllp.com
- **Matthew T Furton**   mfurton@lockelord.com, cpaul@lockelord.com;chicagodocket@lockelord.com
- **Thomas M Gaa**   tgaa@bbslaw.com
- **Beth Gaschen**   bgaschen@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cyoshonis@lwgfllp.com
- **Nancy S Goldenberg**   nancy.goldenberg@usdoj.gov
- **David B Golubchik**   dbg@lnbyb.com, dbg@ecf.inforuptcy.com
- **Christopher J Green**   cgreen@bohmwildish.com, chrisgreen@ucla.edu;christopher-green-2815@ecf.pacerpro.com;lrivara@bohmwildish.com
- **Justin D Harris**   jdh@harrislawfirm.co, kyle@harrislawfirm.co
- **Michael J Hauser**   michael.hauser@usdoj.gov
- **Eric M Heller**   eric.m.heller@irscounsel.treas.gov
- **Lillian Jordan**   ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- **Payam Khodadadi**   pkhodadadi@mcguirewoods.com, dkiker@mcguirewoods.com

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5429-000\1249258.1                                4

- **Samuel M Kidder** skidder@bhfs.com
- **Jeannie Kim** jkim@buchalter.com
- **Alan M Kindred** akindred@leechtishman.com, alankindred@hotmail.com;dtomko@leechtishman.com
- **Armand R. Kizirian** armand.falveylaw@gmail.com, thomaswfalvey@gmail.com;mike.falveylaw@gmail.com;alvarez.falveylaw@gmail.com;celeste.a.wood@gmail.com;kathy.falveylaw@gmail.com
- **Stuart I Koenig** Skoenig@leechtishman.com, sfrey@leechtishman.com;jabrams@leechtishman.com
- **Alan J Kornfeld** akornfeld@pszjlaw.com, mdj@pszjlaw.com
- **Matthew J Kraus** mkraus@lc-lawyers.com, mbuchheit@lc-lawyers.com
- **Jeffrey C Krause** jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
- **Yochun Katie Lee** kylee@akingump.com, tsouthwell@akingump.com;westdocketing@akingump.com
- **Elan S Levey** elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- **William N Lobel** wlobel@pszjlaw.com, nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
- **Aaron J Malo** amalo@sheppardmullin.com, jsummers@sheppardmullin.com
- **Robert S Marticello** Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com
- **Kristofer R McDonald** kristofer.mcdonald@lane-nach.com, kris.r.mcdonald@gmail.com,adam.nach@lane-nach.com,joel.newell@lane-nach.com;deborah.mckernan@lane-nach.com
- **Ashley M McDow** amcdow@bakerlaw.com, mdelaney@bakerlaw.com;sgaeta@bakerlaw.com;rojeda@bakerlaw.com;ffarivar@bakerlaw.com
- **David W. Meadows** david@davidwmeadowslaw.com
- **Reed M Mercado** rmercado@sheppardmullin.com
- **Harlene Miller** harlene@harlenemillerlaw.com
- **Raymond F Moats** colcaecf@weltman.com
- **Elizabeth L Musser** emusser@tresslerllp.com
- **Jeffrey P Nolan** jnolan@pszjlaw.com
- **Courtney E Norton** cnorton@greenbergglusker.com, kwoodson@greenbergglusker.com;jking@greenbergglusker.com;calendar@greenbergglusker.com
- **John M O'Donnell** john.o'donnell@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- **Deborah OConnor** deborah.oconnor@clydeco.us, lorraine.gallo@clydeco.us
- **Ryan D ODea** rodea@shbllp.com, twalsworth@shbllp.com;cdopeso@shbllp.com
- **Ernie Zachary Park** ernie.park@bewleylaw.com
- **Ronak N Patel** rpatel@rivco.org, mdominguez@RIVCO.org
- **Marc S Pfeuffer** pfeuffer.marc@pbgc.gov, efile@pbgc.gov
- **Kathy Bazoian Phelps** kphelps@diamondmccarthy.com, vgarcia@diamondmccarthy.com
- **Christopher E Prince** , jmack@lesnickprince.com;mlampton@lesnickprince.com;cprince@ecf.courtdrive.com
- **Amelia Puertas-Samara** itcdbgc@edd.ca.gov, itcdgc@edd.ca.gov
- **Christopher B Queally** cqueally@callahan-law.com, jluirette@callahan-law.com

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5429-000\1249258.1                    5

- **Michael B Reynolds**  mreynolds@swlaw.com, kcollins@swlaw.com
- **Todd C. Ringstad**  becky@ringstadlaw.com
- **Christopher O Rivas**  crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **Jeremy E Rosenthal**  jrosenthal@sidley.com
- **Peter J Rudinskas**  pjr.legal@gmail.com
- **James M Sabovich**  jsabovich@callahan-law.com, jluirette@callahan-law.com;ksalour@callahan-law.com;bmccormack@callahan-law.com;erichards@callahan-law.com;SRobinson@callahan-law.com
- **Steven B Sacks**  ssacks@sheppardmullin.com, jnakaso@sheppardmullin.com
- **Jonathan C Sandler**  jsandler@bhfs.com, pherron@bhfs.com;sgrisham@bhfs.com
- **Scott A Schiff**  sas@soukup-schiff.com
- **Leonard M Shulman**  lshulman@shbllp.com
- **Donald W Sieveke**  ibmoola@yahoo.com, dws4law@pacbell.net
- **David P. Simonds**  dsimonds@akingump.com, tsouthwell@akingump.com;westdocketing@akingump.com
- **Alex E Spjute**  spjute@hugheshubbard.com, ryan@hugheshubbard.com
- **Sarah Stuppi**  Sarah@stuppilaw.com
- **Helena Tseregounis**  htseregounis@sidley.com
- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov
- **Daniel Uribe**  duribe@gmail.com
- **Michael A Wallin**  mwallin@slaterhersey.com, mrivera@slaterhersey.com
- **Scott S Weltman**  colcaecf@weltman.com
- **Johnny White**  JWhite@wrslawyers.com, aparisi@wrslawyers.com
- **Brandon J Witkow**  bw@witkowlaw.com, tg@witkowlaw.com
- **Steven D Zansberg**  szansberg@lskslaw.com, mkelley@lskslaw.com

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5429-000\1249258.1                              6