Alan J. Friedman - Bar No. 132580
**SHULMAN HODGES & BASTIAN LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email: afriedman@shbllp.com

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>FREEDOM COMMUNICATIONS, INC., a Delaware corporation et al.,<br><br>Debtors and Debtors-in-Possession.<br><br>Affects:<br><br>☒ All Debtors<br><br>☐ Freedom Communications, Inc., a Delaware corporation, ONLY<br><br>☐ Freedom Communications Holdings, Inc., a Delaware corporation, ONLY<br><br>☐ Freedom Services, Inc., a Delaware corporation, ONLY<br><br>☐ 2100 Freedom, Inc., a Delaware corporation, ONLY<br><br>☐ OCR Community Publications, Inc., a California corporation, ONLY<br><br>☐ Daily Press, LLC, a California limited liability company, ONLY<br><br>☐ Freedom California Mary Publishing, Inc., a California corporation, ONLY<br><br>☐ Freedom California Ville Publishing Company LP, a California limited partnership, ONLY | Case No. 8:15-bk-15311 MW<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 8:15-bk-15312-MW; 8:15-bk-15313-MW; 8:15-bk-15315-MW; 8:15-bk-15316-MW; 8:15-bk-15317-MW; 8:15-bk-15318-MW; 8:15-bk-15319-MW; 8:15-bk-15320-MW; 8:15-bk-15321-MW; 8:15-bk-15322-MW; 8:15-bk-15323-MW; 8:15-bk-15324-MW; 8:15-bk-15325-MW; 8:15-bk-15326-MW; 8:15-bk-15327-MW; 8:15-bk-15328-MW; 8:15-bk-15329-MW; 8:15-bk-15330-MW; 8:15-bk-15332-MW; 8:15-bk-15337-MW; 8:15-bk-15339-MW; 8:15-bk-15340-MW; 8:15-bk-15342-MW; 8:15-bk-15343-MW)<br><br>**UPDATED CHAPTER 11 STATUS CONFERENCE REPORT; DECLARATION OF BRAD SMITH ATTACHED HERETO**<br><br>DATE: August 12, 2019<br>TIME: 2:00 p.m.<br>Place: Courtroom 6C<br>411 West Fourth Street<br>Santa Ana, California 92701 |

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5430-000\1396758.1

1 ☐ Freedom Colorado Information, Inc., a Delaware corporation, ONLY

2

3 ☐ Freedom Interactive Newspapers, Inc., a California corporation, ONLY

4 ☐ Freedom Interactive Newspapers of Texas, Inc., a Delaware corporation, ONLY

5

6 ☐ Freedom Newspaper Acquisitions, Inc., a Delaware corporation, ONLY

7 ☐ Freedom Newspapers, a Texas general partnership, ONLY

8

9 ☐ Freedom Newspapers, Inc., a Delaware corporation, ONLY

10 ☐ Freedom Newspapers of Southwestern Arizona, Inc., a California corporation, ONLY

11

12 ☐ OCR Information Marketing, Inc., a California corporation, ONLY

13 ☐ Odessa American, a Texas general partnership, ONLY

14

15 ☐ Orange County Register Communications, Inc., a California corporation, ONLY

16 ☐ Victor Valley Publishing Company, a California corporation, ONLY

17

18 ☐ Victorville Publishing Company, a California limited partnership, ONLY

19 ☐ Freedom SPV II, LLC, a Delaware limited liability company, ONLY

20

21 ☐ Freedom SPV VI, LLC, a Delaware limited liability company, ONLY

22 ☐ Freedom SPV I, LLC, a Delaware limited liability company, ONLY

23

24 ☐ Freedom SPV IV, LLC, a Delaware limited liability company, ONLY

25 ☐ Freedom SPV V, LLC, a Delaware limited liability company, ONLY

26

27

28

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5430-000\1396758.1            2

**TO THE HONORABLE MARK S. WALLACE, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS, AND OTHER PARTIES-IN-INTEREST:**

On November 1, 2015 and November 2, 2015 (the "Petition Dates"), the jointly administered debtors and debtors-in-possession (the "Debtors") commenced the above-captioned cases (the "Cases") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Central District of California (the "Court"). The Debtors continue to operate and manage their affairs as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in the Cases. On November 10, 2015, the United States Trustee appointed a joint committee of creditors holding unsecured claims (the "Committee") in the cases of: (1) Freedom Communications, Inc., 8:15-bk-15311-MW; (2) Freedom Communications Holdings, Inc., 8:15-bk-15312-MW; (3) Freedom Services, Inc., 8:15-bk-15313-MW; and (4) OCR Community Publications, Inc., 8:15-bk-15316-MW.

The Debtors hereby submit their Updated Chapter 11 Status Report ("Status Report") in connection with the August 12, 2019 Chapter 11 Case Status Conference.

### A.    *Prior Status Reports*

This status report is a supplement to the Debtors' prior status reports (the "Prior Status Reports")[1] that were filed with the Court on December 23, 2015 [Docket No. 263], February 24, 2016 [Docket No. 421], April 6, 2016 [Docket No. 572]; July 20, 2016 [Docket No. 708], November 30, 2016 [Docket No. 1111], April 12, 2017 [Docket No. 1373], August 23, 2017 [Docket No. 1393], November 29, 2017 [Docket No. 1457], April 2, 2018 [Docket No. 1490], July 25, 2018 [Docket No. 1514], October 31, 2018 [Docket No. 1527], and April 1, 2019 [Docket No. 1543].

---

[1] Any and all capitalized terms not expressly defined herein shall have the meaning ascribed to them in the Prior Status Reports.

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5430-000\1396758.1        3

**B.    Requirements of Chapter 11 Debtors-in-Possession**

The Debtors are in compliance with their duties under sections 521, 1106 and 1107 of the Bankruptcy Code, and the requirements of Rule 2015(2)(a) and (b) of the Local Bankruptcy Rules (the "Local Rules"). The Debtors are in compliance with the requirements imposed by the Office of the United States Trustee. Since the last status report filed in these Cases, the Debtors filed their Monthly Operating Report for the month ending March 31, 2019 ]Docket No. 1544], April 30, 2019 [Docket No. 1555], May 31, 2019 [Docket No. 1559], and June 30, 2019 [Docket No. 1560].

Since the last status report, the Debtors have paid the U.S. Trustee quarterly fees for the quarter ending March 31, 2019. The next quarterly payment is due on July 31, 2019 for the quarter ending June 30, 2019, which the Debtors have paid.

**C.    Employment of Professionals**

During the course of the Cases the Debtors and the Committee have been authorized to employ several professionals and consultants. Since the last status report, no additional professionals and/or consultants have been employed.

**D.    Administrative Tax Claims**

Administrative tax claims have been fully paid on a current basis.

**E.    Motion to Sell the Debtors' Assets**

As this Court is aware, on March 1, 2016, DFM and the Debtors entered into that certain Asset Purchase Agreement ("APA"). On March 30, 2016, this Court entered its Order [Docket No. 562] authorizing the sale to DFM (the "Sale") and on March 31, 2016, the Sale closed.

**F.    Status of Debtors' Post-Petition Operations**

Upon the closing of the Sale, the primary operations of the businesses were transferred to DFM. However, the Debtors' continue to be debtors-in-possession and are in the process of winding down the remaining business operations as contemplated under the Sale, and they continue to make the necessary decisions to maximize recovery to creditors.

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5430-000\1396758.1    4

G.   **Status of Post-Petition Litigation Involving the Debtors**

The Debtors are currently involved in nearly thirty actions in multiple courts around the country. The Debtors have filed notices of stay in those cases.

H.   **Proofs of claim**

At the present time, the Debtors review of other claims filed against the Debtors' estates for other potential objections has been put on hold to await the outcome of pending settlements and potential collection of assets for distribution to creditors.

I.   **State Board of Equalization Refund**

The Debtors continue to actively pursue the recovery of substantial tax refunds from the State Board of Equalization ("SBE"). The Debtors are continuing to respond to requests made by the SBE for additional information related to an audit commenced by the SBE. It is unclear at the present time what impact, if any, the audit will have on the refunds being sought by the Debtors. This process may ultimately include Bankruptcy Court intervention. At the last status conference, the Court asked if the Debtors could provide a time line for a resolution of this dispute. Unfortunately, as with many audits, when the Debtors provide requested information to the SBE, the SBE's review of that information leads to additional requests. That is an ongoing process. The Debtors are continuing to work cooperatively with the SBE in order to bring about a resolution of the refund claims. However, the Debtors are unable to provide the Court with a meaningful estimate of when these issues will be resolved.

J.   **Plan and Disclosure Statement**

At the present time, the plan process has largely been put on hold pending the collection of assets for distribution to creditors.

K.   **Avoidance/Adversary Proceedings**

There are a total of fifty-one (51) adversary actions. All of the Section 547 avoidance adversary actions filed by the Committee have been resolved either by settlement, default judgment and/or dismissal. Four (4) cases remain on the Court's docket. Two (2) of these adversaries are settled but currently being documented, Case Paper (17-ap-01209) and United Information Services, Inc. d/b/a Source Hov (17-ap-01213). Two matters (Southern Lithoplate

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5430-000\1396758.1

5

(17-ap-01176) and Press-One Customer Care, Inc (17-ap-01204)) are subject to executed settlement agreements, which settlements should be effectuated in the next sixty (60) days. There are three (3) matters where no actions were filed, discussions are ongoing and are subject to tolling agreements[2]. The Committee will continue to update the Debtors with respect to the pending adversary actions.

L. *Adversary Proceeding No. 8:17-ap-01012-MW*

On January 26, 2017, the Official Committee of Unsecured Creditors commenced the adversary proceeding captioned as *Official Committee of Unsecured Creditors of Freedom Communications, Inc., et al. v. Kushner, et al.*, Adv. No. 17-01012-MW ("Adversary Proceeding"). Claims against two (2) of the defendants in the Adversary Proceeding were resolved by a mediated settlement approved by the Court in mid-2018, as set forth in the Debtors' prior status report(s). Following that settlement, the Committee and the remaining defendants in the Adversary Proceeding – Aaron Kushner, Eric Spitz, Richard Covelli and certain related entities, and Traci Christian and a related entity – commenced fact discovery, which to date has involved substantial document productions and numerous depositions. Following a second mediation in May 2019, the Committee, the PBGC, Aaron Kushner and Eric Spitz agreed to resolve the claims against Kushner and Spitz for a settlement payment of approximately $7.8 million, to be funded by Kushner and Spitz's professional liability insurers at the amount of remaining coverage available. A formal settlement agreement is being documented, and will be submitted to the Court for approval upon execution. As to the non-settling defendants in the Adversary Proceeding, the fact discovery deadline has been continued to November 29, 2019, and the expert discovery deadline has been continued to February 5, 2020[3].

M. *Motion to Approve Compromise*

On May 9, 2019 the Debtor filed a Motion for Order Approving Settlement By and Between Freedom Communications, Inc., Freedom Communications Holdings, Inc., Orange

---

[2] This update was provided by counsel for the Committee.

[3] This update was provided by counsel for the Committee.

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5430-000\1396758.1

6

County Register Communications, Inc., California Newspapers Partnership, MediaNews Group, Inc., West Coast Media News, LLC, and Humberto Garcia ("Compromise Motion") [Docket No. 1552]. The Compromise Motion sought, in part, approval of a Confidential Settlement Agreement and General Release of Claims Agreement, dated April 4, 2019 (the "Settlement Agreement"), by and among Plaintiff Humberto Garcia ("Plaintiff"), on the one hand, and Defendants California Newspapers Partnership, MediaNews Group, Inc., and West Coast Media News, LLC (collectively, "CNP"), and Freedom, on the other hand (collectively, Plaintiff, CNP and Freedom are hereinafter referred to as the "Parties"), resolving disputes among the Parties with respect to that certain complaint entitled *Garcia v. California Newspapers Limited Partnership, et al.*, Case No. 30-2017-00950464 CU-OE-CJC, in the Superior Court of the State of California, County of Orange.

The terms of the compromise reached between the Parties are memorialized in the Settlement Agreement, the only material term of which is relevant to the Debtors is that in consideration of the execution of the Settlement Agreement and the performance of the terms and conditions contained therein, Freedom has agreed to allow Plaintiff a general unsecured claim in the amount of $50,000, provided that such was approved by this Court. The Settlement Agreement also provided for mutual releases of the Parties.

On May 30, 2019, this Court entered its order granting the Compromise Motion [Docket No. 1557].

**N.    *Administrative Professional Fees***

As of June 30, 2019, there was approximately $7,450,000 in unpaid administrative professional fees and expenses. Attached as Exhibit "1" is a Schedule of Unpaid Administrative Professional Fees and Expenses.

Dated: July 29, 2019                                SHULMAN HODGES & BASTIAN LLP

By: */s/ Alan J. Friedman*
ALAN J. FRIEDMAN
Attorneys for Debtors and Debtors-in-Possession

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5430-000\1396758.1                                          7

## DECLARATION OF BRAD SMITH

I, Brad Smith, declare as follows:

1. I am the Chief Restructuring Officer ("CRO")[4] of the Debtors (the "Debtors") in the above-captioned Cases. In my role as CRO, I am responsible for all day-to-day management decisions and for implementing the Debtors' short and long-term plans. In addition, I oversee and am ultimately responsible for the Debtors' operations, financial condition and business affairs.

2. As a result of my tenure with the Debtors, both in my role as a financial advisor to the Debtors and as CRO, my extensive day to day experience with the financial matters impacting the Debtors' operations, my review of relevant documents, and my discussions with other members of the Debtors' management teams in the ordinary course of business, I am familiar with the Debtors' day-to-day operations, business affairs, and books and records. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, could testify competently thereto. Except as otherwise stated, all facts set forth in this Declaration are based on my personal knowledge, my discussions with other members of the Debtors' senior management, my review of relevant documents, or my opinion, based on my experience and knowledge of the Debtors' operations and financial conditions. I am submitting this declaration in support of the Debtors' Updated Chapter 11 Status Report (the "Status Report").

3. On November 1, 2015 and November 2, 2015 (the "Petition Dates"), the jointly administered debtors and debtors-in-possession (the "Debtors") commenced the above-captioned cases (the "Cases") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Central District of California (the "Court"). The Debtors continue to operate and manage their affairs as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee

---

[4] Any and all capitalized terms not expressly defined herein shall have the meaning ascribed to them in the Status Report.

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5430-000\1396758.1    8

or examiner has been made in the Cases. On November 10, 2015, the United States Trustee appointed a joint committee of creditors holding unsecured claims (the "Committee") in the cases of: (1) Freedom Communications, Inc., 8:15-bk-15311-MW; (2) Freedom Communications Holdings, Inc., 8:15-bk-15312-MW; (3) Freedom Services, Inc., 8:15-bk-15313-MW; and (4) OCR Community Publications, Inc., 8:15-bk-15316-MW.

4. The Debtors are in compliance with their duties under sections 521, 1106 and 1107 of the Bankruptcy Code, and the requirements of Rule 2015(2)(a) and (b) of the Local Bankruptcy Rules (the "Local Rules").

5. Since the last status report filed in these Cases, the Debtors filed their Monthly Operating Report for the month ending March 31, 2019, April 30, 2019, May 31, 2019, and June 30, 2019.

6. Since the last status report, the Debtors have paid the U.S. Trustee quarterly fees for the quarter ending March 31, 2019. The next quarterly payment is due on July 31, 2019 for the quarter ending June 30, 2019, which the Debtors have paid.

7. During the course of the Cases the Debtors and the Committee have been authorized to employ several professionals and consultants. Since the last status report, no additional professionals and/or consultants have been employed.

8. Administrative tax claims have been fully paid on a current bases.

9. On March 1, 2016, DFM and the Debtors entered into that certain Asset Purchase Agreement ("APA"). On March 30, 2016, this Court entered its Order authorizing the sale to DFM and on March 31, 2016, the sale closed. Upon the closing of the sale, the primary operations of the businesses were transferred to DFM. However, the Debtors' continue to be debtors-in-possession and are in the process of winding down the remaining business operations as contemplated under the Sale, and they continue to make the necessary decisions to maximize recovery to creditors.

10. The Debtors are currently involved in nearly thirty actions in multiple courts around the country. The Debtors have filed notices of stay in those cases.

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5430-000\1396758.1

9

11. At the present time, the Debtors review of other claims filed against the Debtors' estates for other potential objections has been put on hold to await the outcome of pending settlements and potential collection of assets for distribution to creditors.

12. The Debtors continue to actively pursue the recovery of substantial tax refunds from the State Board of Equalization ("SBE"). The Debtors are continuing to respond to requests made by the SBE for additional information related to an audit commenced by the SBE. It is unclear at the present time what impact, if any, the audit will have on the refunds being sought by the Debtors. This process may ultimately include Bankruptcy Court intervention. At the last status conference, the Court asked if the Debtor could provide a time line for a resolution of this dispute. Unfortunately, as with many audits, when the Debtors provide requested information to the SBE, the SBE's review of that information leads to additional requests. That is an ongoing process. The Debtors are continuing to work cooperatively with the SBE in order to bring about a resolution of the refund claims. However, the Debtors are unable to provide the Court with a meaningful estimate of when these issues will be resolved.

13. At the present time, the plan process has largely been put on hold pending the collection of assets for distribution to creditors.

14. There are a total of fifty-one (51) adversary actions. All of the Section 547 avoidance adversary actions filed by the Committee have been resolved either by settlement, default judgment and/or dismissal. Four (4) cases remain on the Court's docket. Two (2) of these adversaries are settled but currently being documented, Case Paper (17-ap-01209) and United Information Services, Inc. d/b/a Source Hov (17-ap-01213). Two matters (Southern Lithoplate (17-ap-01176) and Press-One Customer Care, Inc (17-ap-01204)) are subject to executed settlement agreements, which settlements should be effectuated in the next sixty (60) days. There are three (3) matters where no actions were filed, discussions are ongoing and are subject to tolling agreements[5]. The Committee will continue to update the Debtors with respect to the pending adversary actions.

---

[5] This update was provided by counsel for the Committee.

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5430-000\1396758.1

10

15. On January 26, 2017, the Official Committee of Unsecured Creditors commenced the adversary proceeding captioned as *Official Committee of Unsecured Creditors of Freedom Communications, Inc., et al. v. Kushner, et al.*, Adv. No. 17-01012-MW ("Adversary Proceeding"). Claims against two of the defendants in the Adversary Proceeding were resolved by a mediated settlement approved by the Court in mid-2018, as set forth in the Debtors' prior status report(s). Following that settlement, the Committee and the remaining defendants in the Adversary Proceeding – Aaron Kushner, Eric Spitz, Richard Covelli and certain related entities, and Traci Christian and a related entity – commenced fact discovery, which to date has involved substantial document productions and numerous depositions. Following a second mediation in May 2019, the Committee, the PBGC, Aaron Kushner and Eric Spitz agreed to resolve the claims against Kushner and Spitz for a settlement payment of approximately $7.8 million, to be funded by Kushner and Spitz's professional liability insurers at the amount of remaining coverage available. A formal settlement agreement is being documented, and will be submitted to the Court for approval upon execution. As to the non-settling defendants in the Adversary Proceeding, the fact discovery deadline has been continued to November 29, 2019, and the expert discovery deadline has been continued to February 5, 2020[6].

16. On May 9, 2019 the Debtor filed a Motion for Order Approving Settlement By and Between Freedom Communications, Inc., Freedom Communications Holdings, Inc., Orange County Register Communications, Inc., California Newspapers Partnership, MediaNews Group, Inc., West Coast Media News, LLC, and Humberto Garcia ("Compromise Motion"). The Compromise Motion sought, in part, approval of a Confidential Settlement Agreement and General Release of Claims Agreement, dated April 4, 2019 (the "Settlement Agreement"), by and among Plaintiff Humberto Garcia ("Plaintiff"), on the one hand, and Defendants California Newspapers Partnership, MediaNews Group, Inc., and West Coast Media News, LLC (collectively, "CNP"), and Freedom, on the other hand (collectively, Plaintiff, CNP and Freedom are hereinafter referred to as the "Parties"), resolving disputes among the Parties with respect to

---

[6] This update was provided by counsel for the Committee.

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5430-000\1396758.1                                11

that certain complaint entitled *Garcia v. California Newspapers Limited Partnership, et al.*, Case No. 30-2017-00950464 CU-OE-CJC, in the Superior Court of the State of California, County of Orange. The terms of the compromise reached between the Parties are memorialized in the Settlement Agreement, the only material term of which is relevant to the Debtors is that in consideration of the execution of the Settlement Agreement and the performance of the terms and conditions contained therein, Freedom has agreed to allow Plaintiff a general unsecured claim in the amount of $50,000, provided that such was approved by this Court. The Settlement Agreement also provided for mutual releases of the Parties. On May 30, 2019, this Court entered its order granting the Compromise Motion.

17. As of June 30, 2019, there was approximately $7,450,000 in unpaid administrative professional fees and expenses. Attached as Exhibit "1" is a Schedule of Unpaid Administrative Professional Fees and Expenses.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of July 2019, at Los Angeles, California.

Brad Smith

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5430-000\1396758.1

12

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **100 Spectrum Center Drive, Suite 600, Irvine, CA 92618**

A true and correct copy of the foregoing document entitled: **UPDATED CHAPTER 11 STATUS CONFERENCE REPORT; DECLARATION OF BRAD SMITH ATTACHED HERETO** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 29, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On July 29, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Mark S. Wallace
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Bldg. & Courthouse
411 West Fourth Street, Suite 6135
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/29/2019 | Lori Gauthier | /s/ Lori Gauthier |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5430-000\1396758.1    13

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Kyra E Andrassy**  kandrassy@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **David M Banker**  dbanker@lowenstein.com, dbanker@lowenstein.com
- **Richard L Barnett**  rick@barnettrubin.com, kelly@barnettrubin.com
- **James Cornell Behrens**  jbehrens@milbank.com, gbray@milbank.com;mshinderman@milbank.com;hmaghakian@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com
- **Shraddha Bharatia**  notices@becket-lee.com
- **Matthew Bouslog**  MBouslog@gibsondunn.com, msandoval@gibsondunn.com
- **J Scott Bovitz**  bovitz@bovitz-spitzer.com
- **Larry Butler**  notices@becket-lee.com
- **Frank Cadigan**  frank.cadigan@usdoj.gov
- **Andrew W Caine**  acaine@pszjlaw.com
- **David Cantrell**  dcantrell@lc-law-llp.com
- **Jeffrey D Cawdrey**  jcawdrey@grsm.com, jmydlandevans@grsm.com;madeyemo@gordonrees.com;sdurazo@grsm.com
- **Conrad K Chiu**  cchiu@pryorcashman.com
- **Carol Chow**  carol.chow@ffslaw.com
- **Shawn M Christianson**  cmcintire@buchalter.com, schristianson@buchalter.com
- **Theodore A Cohen**  tcohen@sheppardmullin.com, amontoya@sheppardmullin.com
- **Joseph Corrigan**  Bankruptcy2@ironmountain.com
- **Michael T Delaney**  mdelaney@bakerlaw.com
- **Jessica DiFrancesco**  notices@becket-lee.com
- **Caroline Djang**  caroline.djang@bbklaw.com, julie.urquhart@bbklaw.com;sansanee.wells@bbklaw.com;paul.nordlund@bbklaw.com
- **Jeffrey W Dulberg**  jdulberg@pszjlaw.com
- **Robert J Feinstein**  rfeinstein@pszjlaw.com
- **Scott D Fink**  brodellecf@weltman.com
- **Marc C Forsythe**  kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
- **Alan J Friedman**  afriedman@lwgfllp.com, lgauthier@shbllp.com
- **Alan J Friedman**  afriedman@shbllp.com, lgauthier@shbllp.com
- **Matthew T Furton**  mfurton@lockelord.com, cpaul@lockelord.com;chicagodocket@lockelord.com
- **Thomas M Gaa**  tgaa@bbslaw.com
- **Beth Gaschen**  bgaschen@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com
- **Nancy S Goldenberg**  nancy.goldenberg@usdoj.gov
- **David B Golubchik**  dbg@lnbyb.com, dbg@ecf.inforuptcy.com
- **Christopher J Green**  cgreen@bohmwildish.com, chrisgreen@ucla.edu;christopher-green-2815@ecf.pacerpro.com;lrivara@bohmwildish.com
- **Justin D Harris**  jdh@harrislawfirm.co, kyle@harrislawfirm.co
- **Michael J Hauser**  michael.hauser@usdoj.gov
- **Eric M Heller**  eric.m.heller@irscounsel.treas.gov

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5430-000\1396758.1                    14

- **Lillian Jordan**   ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- **Samuel M Kidder**   skidder@bhfs.com
- **Jeannie Kim**   jkim@buchalter.com, docket@buchalter.com
- **Alan M Kindred**   akindred@leechtishman.com, alankindred@hotmail.com;dtomko@leechtishman.com
- **Armand R. Kizirian**   armand@boyamianlaw.com, michael@boyamianlaw.com;brett@boyamianlaw.com;jessica@boyamianlaw.com;jennifer@boyamianlaw.com
- **Stuart I Koenig**   Skoenig@leechtishman.com, sfrey@leechtishman.com;jabrams@leechtishman.com
- **Alan J Kornfeld**   akornfeld@pszjlaw.com, mdj@pszjlaw.com
- **Matthew J Kraus**   mkraus@lc-lawyers.com, mbuchheit@lc-lawyers.com
- **Jeffrey C Krause**   jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
- **Yochun Katie Lee**   kylee@akingump.com, tsouthwell@akingump.com;westdocketing@akingump.com
- **Elan S Levey**   elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- **William N Lobel**   wlobel@pszjlaw.com, nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
- **Aaron J Malo**   amalo@sheppardmullin.com, jsummers@sheppardmullin.com
- **Robert S Marticello**   Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Kristofer R McDonald**   kristofer.mcdonald@lane-nach.com, kris.r.mcdonald@gmail.com,adam.nach@lane-nach.com,joel.newell@lane-nach.com;deborah.mckernan@lane-nach.com
- **Ashley M McDow**   amcdow@foley.com, Khernandez@foley.com;Ffarivar@foley.com
- **David W. Meadows**   david@davidwmeadowslaw.com
- **Reed M Mercado**   rmercado@sheppardmullin.com
- **Harlene Miller**   harlene@harlenemillerlaw.com, harlenejd@gmail.com
- **Raymond F Moats**   colcaecf@weltman.com
- **Elizabeth L Musser**   emusser@londonfischer.com
- **Jeffrey P Nolan**   jnolan@pszjlaw.com
- **Courtney E Norton**   cnorton@greenbergglusker.com, kwoodson@greenbergglusker.com;jking@greenbergglusker.com;calendar@greenbergglusker.com
- **John M O'Donnell**   john.o'donnell@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- **Ryan D ODea**   rodea@shbllp.com, LGauthier@shbllp.com
- **Ernie Zachary Park**   ernie.park@bewleylaw.com
- **Ronak N Patel**   rpatel@rivco.org, gabgarcia@rivco.org;mdominguez@rivco.org
- **Mary A Petrovic**   petrovic.mary@pbgc.gov, efile@pbgc.gov
- **Marc S Pfeuffer**   pfeuffer.marc@pbgc.gov, efile@pbgc.gov
- **Kathy Bazoian Phelps**   kphelps@diamondmccarthy.com, vgarcia@diamondmccarthy.com
- **Christopher E Prince**   , jmack@lesnickprince.com;mlampton@lesnickprince.com;cprince@ecf.courtdrive.com
- **Amelia Puertas-Samara**   itcdbgc@edd.ca.gov, itcdgc@edd.ca.gov
- **Christopher B Queally**   cqueally@callahan-law.com, jluirette@callahan-law.com

- **Michael B Reynolds**   mreynolds@swlaw.com, kcollins@swlaw.com
- **Todd C. Ringstad**   becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Christopher O Rivas**   crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **Jeremy E Rosenthal**   jrosenthal@sidley.com
- **Peter J Rudinskas**   pjr.legal@gmail.com
- **James M Sabovich**   jsabovich@callahan-law.com, jluirette@callahan-law.com;ksalour@callahan-law.com;bmccormack@callahan-law.com;erichards@callahan-law.com;SRobinson@callahan-law.com
- **Steven B Sacks**   ssacks@sheppardmullin.com, jnakaso@sheppardmullin.com
- **Jonathan C Sandler**   jsandler@bhfs.com, pherron@bhfs.com;sgrisham@bhfs.com
- **Scott A Schiff**   sas@soukup-schiff.com
- **Leonard M Shulman**   lshulman@shbllp.com
- **Donald W Sieveke**   ibmoola@yahoo.com, dws4law@pacbell.net
- **David P. Simonds**   dsimonds@akingump.com, tsouthwell@akingump.com;westdocketing@akingump.com
- **David A Smyth**   smythlaw@gmail.com, dsmyth2_@hotmail.com
- **Alex E Spjute**   spjute@hugheshubbard.com, gaurav.reddy@hugheshubbard.com
- **Sarah Stuppi**   Sarah@stuppilaw.com
- **Helena Tseregounis**   htseregounis@sidley.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Daniel Uribe**   duribe@gmail.com
- **Elissa A Wagner**   ewagner@pszjlaw.com
- **Michael A Wallin**   mwallin@wallinrussell.com
- **Scott S Weltman**   colcaecf@weltman.com
- **Johnny White**   JWhite@wrslawyers.com, aparisi@wrslawyers.com
- **Brandon J Witkow**   bw@witkowlaw.com, tg@witkowlaw.com
- **Steven D Zansberg**   szansberg@lskslaw.com, mkelley@lskslaw.com

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5430-000\1396758.1         16