1  Alan J. Friedman - Bar No. 132580
   **SHULMAN HODGES & BASTIAN LLP**
2  100 Spectrum Center Drive, Suite 600
   Irvine, California 92618
3  Telephone:  (949) 340-3400
   Facsimile:  (949) 340-3000
4  Email:  afriedman@shbllp.com

5  Attorneys for Debtors and Debtors-in-Possession

6

7

8  UNITED STATES BANKRUPTCY COURT

   CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION
9

| | |
|---|---|
| In re | Case No. 8:15-bk-15311 MW |
| FREEDOM COMMUNICATIONS, INC., a Delaware corporation et al., | Chapter 11 |
| Debtors and Debtors-in-Possession. | (Jointly Administered with Case Nos. 8:15-bk-15312-MW; 8:15-bk-15313-MW; 8:15-bk-15315-MW; 8:15-bk-15316-MW; 8:15-bk-15317-MW; 8:15-bk-15318-MW; 8:15-bk-15319-MW; 8:15-bk-15320-MW; 8:15-bk-15321-MW; 8:15-bk-15322-MW; 8:15-bk-15323-MW; 8:15-bk-15324-MW; 8:15-bk-15325-MW; 8:15-bk-15326-MW; 8:15-bk-15327-MW; 8:15-bk-15328-MW; 8:15-bk-15329-MW; 8:15-bk-15330-MW; 8:15-bk-15332-MW; 8:15-bk-15337-MW; 8:15-bk-15339-MW; 8:15-bk-15340-MW; 8:15-bk-15342-MW; 8:15-bk-15343-MW) |
| Affects: | |
| ☒ All Debtors | |
| ☐ Freedom Communications, Inc., a Delaware corporation, ONLY | |
| ☐ Freedom Communications Holdings, Inc., a Delaware corporation, ONLY | |
| ☐ Freedom Services, Inc., a Delaware corporation, ONLY | **NOTICE OF ERRATA RE: UPDATED CHAPTER 11 STATUS CONFERENCE REPORT; DECLARATION OF BRAD SMITH ATTACHED HERETO** |
| ☐ 2100 Freedom, Inc., a Delaware corporation, ONLY | |
| ☐ OCR Community Publications, Inc., a California corporation, ONLY | DATE: August 12, 2019<br>TIME: 2:00 p.m.<br>Place: Courtroom 6C<br>411 West Fourth Street<br>Santa Ana, California 92701 |
| ☐ Daily Press, LLC, a California limited liability company, ONLY | |
| ☐ Freedom California Mary Publishing, Inc., a California corporation, ONLY | |
| ☐ Freedom California Ville Publishing Company LP, a California limited partnership, ONLY | |

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5430-000\1399474.1

1 ☐ Freedom Colorado Information, Inc., a Delaware corporation, ONLY

2

3 ☐ Freedom Interactive Newspapers, Inc., a California corporation, ONLY

4 ☐ Freedom Interactive Newspapers of Texas, Inc., a Delaware corporation, ONLY

5

6 ☐ Freedom Newspaper Acquisitions, Inc., a Delaware corporation, ONLY

7 ☐ Freedom Newspapers, a Texas general partnership, ONLY

8

9 ☐ Freedom Newspapers, Inc., a Delaware corporation, ONLY

10 ☐ Freedom Newspapers of Southwestern Arizona, Inc., a California corporation, ONLY

11

12 ☐ OCR Information Marketing, Inc., a California corporation, ONLY

13 ☐ Odessa American, a Texas general partnership, ONLY

14

15 ☐ Orange County Register Communications, Inc., a California corporation, ONLY

16 ☐ Victor Valley Publishing Company, a California corporation, ONLY

17

18 ☐ Victorville Publishing Company, a California limited partnership, ONLY

19 ☐ Freedom SPV II, LLC, a Delaware limited liability company, ONLY

20

21 ☐ Freedom SPV VI, LLC, a Delaware limited liability company, ONLY

22 ☐ Freedom SPV I, LLC, a Delaware limited liability company, ONLY

23

24 ☐ Freedom SPV IV, LLC, a Delaware limited liability company, ONLY

25 ☐ Freedom SPV V, LLC, a Delaware limited liability company, ONLY

26

27

28

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5430-000\1399474.1

2

1     **PLEASE TAKE NOTICE** that the *Updated Chapter 11 Status Conference Report; Declaration of Brad Smith Attached Hereto* filed with this Court on July 29, 2019 [Docket No. 1561] inadvertently failed to attached the exhibit referenced as Exhibit "1". A true and correct copy of Exhibit "1" is attached hereto.

Dated: July 29, 2019                        SHULMAN HODGES & BASTIAN LLP

                                       By:   */s/ Alan J. Friedman*
                                                 ALAN J. FRIEDMAN
                                                 Attorneys for Debtors and Debtors-in-Possession

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5430-000\1399474.1            3

# EXHIBIT "1"

In re: **Freedom Communications, Inc., et al.**  
**Debtors**

Case No. 8:15-bk-15311-MW  
Period: 06/01/19 - 06/30/19

## SCHEDULE OF UNPAID ADMINISTRATIVE PROFESSIONAL FEES AND EXPENSES

Amounts in 000's

| | Unpaid Invoices (a) | Estimated Accruals (b) | Total |
|---|---:|---:|---:|
| Lobel Weiland Golden Friedman LLP | $ 2,084 | $ - | $ 2,084 |
| Shulman Hodges & Bastian LLP | 41 | 15 | 56 |
| Crowell & Moring | 10 | - | 10 |
| Donlin Recano & Company, Inc. | 146 | 5 | 151 |
| Alvarez & Marsal North America LLC | 81 | - | 81 |
| Squar Milner | 34 | - | 34 |
| Pachulski Stang Ziehl & Jones LLP | 4,605 | 53 | 4,658 |
| GlassRatner Advisory & Capital Group LLC | 296 | 15 | 311 |
| Rutan & Tucker LLP | 26 | - | 26 |
| US Trustee Fees | - | 9 | 9 |
| Mosier & Company, Inc. | 20 | - | 20 |
| FTI Consulting Inc | 9 | - | 9 |
| Total unpaid administrative professional fees and expenses | $ 7,353 | $ 97 | $ 7,450 |

(a) Represent amounts for unpaid invoices received and included in accounts payable as of the period ended herein.

(b) Represent amounts of estimated accruals included in other accrued liabilities as of the period ended herein.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **100 Spectrum Center Drive, Suite 600, Irvine, CA 92618**

A true and correct copy of the foregoing document entitled: **NOTICE OF ERRATA RE: UPDATED CHAPTER 11 STATUS CONFERENCE REPORT; DECLARATION OF BRAD SMITH ATTACHED HERETO** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 29, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On July 29, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Mark S. Wallace
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Bldg. & Courthouse
411 West Fourth Street, Suite 6135
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/29/2019 | Lori Gauthier | /s/ Lori Gauthier |
|---|---|---|
| Date | Printed Name | Signature |

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5430-000\1399474.1        4

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Kyra E Andrassy**   kandrassy@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **David M Banker**   dbanker@lowenstein.com, dbanker@lowenstein.com
- **Richard L Barnett**   rick@barnettrubin.com, kelly@barnettrubin.com
- **James Cornell Behrens**   jbehrens@milbank.com, gbray@milbank.com;mshinderman@milbank.com;hmaghakian@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com
- **Shraddha Bharatia**   notices@becket-lee.com
- **Matthew Bouslog**   MBouslog@gibsondunn.com, msandoval@gibsondunn.com
- **J Scott Bovitz**   bovitz@bovitz-spitzer.com
- **Larry Butler**   notices@becket-lee.com
- **Frank Cadigan**   frank.cadigan@usdoj.gov
- **Andrew W Caine**   acaine@pszjlaw.com
- **David Cantrell**   dcantrell@lc-law-llp.com
- **Jeffrey D Cawdrey**   jcawdrey@grsm.com, jmydlandevans@grsm.com;madeyemo@gordonrees.com;sdurazo@grsm.com
- **Conrad K Chiu**   cchiu@pryorcashman.com
- **Carol Chow**   carol.chow@ffslaw.com
- **Shawn M Christianson**   cmcintire@buchalter.com, schristianson@buchalter.com
- **Theodore A Cohen**   tcohen@sheppardmullin.com, amontoya@sheppardmullin.com
- **Joseph Corrigan**   Bankruptcy2@ironmountain.com
- **Michael T Delaney**   mdelaney@bakerlaw.com
- **Jessica DiFrancesco**   notices@becket-lee.com
- **Caroline Djang**   caroline.djang@bbklaw.com, julie.urquhart@bbklaw.com;sansanee.wells@bbklaw.com;paul.nordlund@bbklaw.com
- **Jeffrey W Dulberg**   jdulberg@pszjlaw.com
- **Robert J Feinstein**   rfeinstein@pszjlaw.com
- **Scott D Fink**   brodellecf@weltman.com
- **Marc C Forsythe**   kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
- **Alan J Friedman**   afriedman@lwgfllp.com, lgauthier@shbllp.com
- **Alan J Friedman**   afriedman@shbllp.com, lgauthier@shbllp.com
- **Matthew T Furton**   mfurton@lockelord.com, cpaul@lockelord.com;chicagodocket@lockelord.com
- **Thomas M Gaa**   tgaa@bbslaw.com
- **Beth Gaschen**   bgaschen@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com
- **Nancy S Goldenberg**   nancy.goldenberg@usdoj.gov
- **David B Golubchik**   dbg@lnbyb.com, dbg@ecf.inforuptcy.com
- **Christopher J Green**   cgreen@bohmwildish.com, chrisgreen@ucla.edu;christopher-green-2815@ecf.pacerpro.com;lrivara@bohmwildish.com
- **Justin D Harris**   jdh@harrislawfirm.co, kyle@harrislawfirm.co
- **Michael J Hauser**   michael.hauser@usdoj.gov
- **Eric M Heller**   eric.m.heller@irscounsel.treas.gov

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5430-000\1399474.1                    5

- **Lillian Jordan**    ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- **Samuel M Kidder**    skidder@bhfs.com
- **Jeannie Kim**    jkim@buchalter.com, docket@buchalter.com
- **Alan M Kindred**    akindred@leechtishman.com, alankindred@hotmail.com;dtomko@leechtishman.com
- **Armand R. Kizirian**    armand@boyamianlaw.com, michael@boyamianlaw.com;brett@boyamianlaw.com;jessica@boyamianlaw.com;jennifer@boyamianlaw.com
- **Stuart I Koenig**    Skoenig@leechtishman.com, sfrey@leechtishman.com;jabrams@leechtishman.com
- **Alan J Kornfeld**    akornfeld@pszjlaw.com, mdj@pszjlaw.com
- **Matthew J Kraus**    mkraus@lc-lawyers.com, mbuchheit@lc-lawyers.com
- **Jeffrey C Krause**    jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
- **Yochun Katie Lee**    kylee@akingump.com, tsouthwell@akingump.com;westdocketing@akingump.com
- **Elan S Levey**    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- **William N Lobel**    wlobel@pszjlaw.com, nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
- **Aaron J Malo**    amalo@sheppardmullin.com, jsummers@sheppardmullin.com
- **Robert S Marticello**    Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Kristofer R McDonald**    kristofer.mcdonald@lane-nach.com, kris.r.mcdonald@gmail.com,adam.nach@lane-nach.com,joel.newell@lane-nach.com;deborah.mckernan@lane-nach.com
- **Ashley M McDow**    amcdow@foley.com, Khernandez@foley.com;Ffarivar@foley.com
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Reed M Mercado**    rmercado@sheppardmullin.com
- **Harlene Miller**    harlene@harlenemillerlaw.com, harlenejd@gmail.com
- **Raymond F Moats**    colcaecf@weltman.com
- **Elizabeth L Musser**    emusser@londonfischer.com
- **Jeffrey P Nolan**    jnolan@pszjlaw.com
- **Courtney E Norton**    cnorton@greenbergglusker.com, kwoodson@greenbergglusker.com;jking@greenbergglusker.com;calendar@greenbergglusker.com
- **John M O'Donnell**    john.o'donnell@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- **Ryan D ODea**    rodea@shbllp.com, LGauthier@shbllp.com
- **Ernie Zachary Park**    ernie.park@bewleylaw.com
- **Ronak N Patel**    rpatel@rivco.org, gabgarcia@rivco.org;mdominguez@rivco.org
- **Mary A Petrovic**    petrovic.mary@pbgc.gov, efile@pbgc.gov
- **Marc S Pfeuffer**    pfeuffer.marc@pbgc.gov, efile@pbgc.gov
- **Kathy Bazoian Phelps**    kphelps@diamondmccarthy.com, vgarcia@diamondmccarthy.com
- **Christopher E Prince**    , jmack@lesnickprince.com;mlampton@lesnickprince.com;cprince@ecf.courtdrive.com
- **Amelia Puertas-Samara**    itcdbgc@edd.ca.gov, itcdgc@edd.ca.gov
- **Christopher B Queally**    cqueally@callahan-law.com, jluirette@callahan-law.com

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5430-000\1399474.1

6

- **Michael B Reynolds**   mreynolds@swlaw.com, kcollins@swlaw.com
- **Todd C. Ringstad**   becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Christopher O Rivas**   crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **Jeremy E Rosenthal**   jrosenthal@sidley.com
- **Peter J Rudinskas**   pjr.legal@gmail.com
- **James M Sabovich**   jsabovich@callahan-law.com, jluirette@callahan-law.com;ksalour@callahan-law.com;bmccormack@callahan-law.com;erichards@callahan-law.com;SRobinson@callahan-law.com
- **Steven B Sacks**   ssacks@sheppardmullin.com, jnakaso@sheppardmullin.com
- **Jonathan C Sandler**   jsandler@bhfs.com, pherron@bhfs.com;sgrisham@bhfs.com
- **Scott A Schiff**   sas@soukup-schiff.com
- **Leonard M Shulman**   lshulman@shbllp.com
- **Donald W Sieveke**   ibmoola@yahoo.com, dws4law@pacbell.net
- **David P. Simonds**   dsimonds@akingump.com, tsouthwell@akingump.com;westdocketing@akingump.com
- **David A Smyth**   smythlaw@gmail.com, dsmyth2_@hotmail.com
- **Alex E Spjute**   spjute@hugheshubbard.com, gaurav.reddy@hugheshubbard.com
- **Sarah Stuppi**   Sarah@stuppilaw.com
- **Helena Tseregounis**   htseregounis@sidley.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Daniel Uribe**   duribe@gmail.com
- **Elissa A Wagner**   ewagner@pszjlaw.com
- **Michael A Wallin**   mwallin@wallinrussell.com
- **Scott S Weltman**   colcaecf@weltman.com
- **Johnny White**   JWhite@wrslawyers.com, aparisi@wrslawyers.com
- **Brandon J Witkow**   bw@witkowlaw.com, tg@witkowlaw.com
- **Steven D Zansberg**   szansberg@lskslaw.com, mkelley@lskslaw.com

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5430-000\1399474.1    7