**UNITED STATES BANKRUPTCY COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**Case No. 8:15-bk-15311-MW**

In re:  Freedom Communications, Inc., et al.

**Reporting Period:   07/01/19 - 07/31/19**

**Debtors**

# MONTHLY OPERATING REPORT

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit Attached |
|---|---|:---:|:---:|:---:|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | | X | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | | | X |
| Copies of IRS Form 6123 or payment receipt | | | | X |
| Copies of tax returns filed during reporting period | | | | X |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | X |
| Listing of aged accounts payable | MOR-4 | X | | |
| Listing of unpaid administrative professional fees and expenses | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____     8/15/2019
                                     _____
Brad Smith                          Date
CRO

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

In re: **Freedom Communications, Inc., et al.**           **Case No. 8:15-bk-15311-MW**
     **Debtors**                                           **07/01/19 - 07/31/19**

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS [a]

| AMOUNTS IN 000'S | Week Ended | | | | | Total |
|---|---|---|---|---|---|---|
| | 7/5/2019 | 7/12/2019 | 7/19/2019 | 7/26/2019 | | |
| Receipts | $ - | $ - | $ - | $ - | $ | - |
| Miscellaneous Receipts | 28 | 1 | - | 18 | | 46 |
| Total Receipts | $ 28 | $ 1 | $ - | $ 18 | $ | 46 |
| **Operating Disbursements** | | | | | | |
| Payroll & Benefits | $ - | $ - | $ - | $ - | $ | - |
| Paper & Ink | - | - | - | - | | - |
| Purchased Content | - | - | - | - | | - |
| Outside Services | - | 26 | 4 | - | | 30 |
| Operating Supplies & Materials | - | - | - | - | | - |
| Repairs & Maintenance | - | - | - | - | | - |
| Promotion and Marketing | - | - | - | - | | - |
| Postage, Office Supplies, Dues, and Subscriptions | - | - | - | - | | - |
| Travel, Meals, and Entertainment | - | - | - | - | | - |
| Training, Seminars, Events, and Communications | - | - | - | - | | - |
| Insurance | - | - | - | - | | - |
| Utilities, Rent, and Lease | - | - | - | - | | - |
| Taxes (non-income) | - | - | - | - | | - |
| Total Operating Disbursements | $ - | $ 26 | $ 4 | $ - | $ | 30 |
| Capital Expenditures | $ - | $ - | $ - | $ - | $ | - |
| Interest and Principal Payments | - | - | - | - | | - |
| Income Taxes | - | - | - | - | | - |
| Restructuring Professional Fees | - | - | - | - | | - |
| Other Disbursements | - | - | - | 0 | | 0 |
| Finance and Other Disbursements | $ - | $ - | $ - | $ 0 | $ | 0 |
| Total Disbursements | $ - | $ 26 | $ 4 | $ 0 | $ | 30 |
| Cash Flow | $ 28 | $ (25) | $ (4) | $ 17 | $ | 16 |
| **Cash Collateral - Beginning** | $ 1,512 | $ 1,539 | $ 1,514 | $ 1,502 | $ | 1,512 |
| Interest Income | - | - | - | - | | - |
| Trustee Fees | - | - | (9) | - | | (9) |
| Transfers In - Op Accounts | - | - | - | - | | - |
| Transfers In/Receipts - Non Op Accounts | - | - | - | - | | - |
| Transfers Out - Op Accounts | - | - | - | - | | - |
| Transfers Out - Non Op Accounts | - | - | - | - | | - |
| Disbursements to/on behalf of Buyer | - | - | - | - | | - |
| Change in Operating Cash (above) | 28 | (25) | (4) | 17 | | 16 |
| **Cash Collateral - Ending** | $ 1,539 | $ 1,514 | $ 1,502 | $ 1,519 | $ | 1,519 |

(a) This schedule summarizes the debtor's disbursements. A separate file containing detail disbursements is available upon request.

Note:  Cash receipts and disbursements are tracked on a weekly basis.  Therefore, the time period covered by this schedule will not reflect the actual
        calendar month.  The actual time period covered is noted at the top of each column.  Cash receipts and disbursements exclude intercompany
        transfers among debtor entities.

In re:  Freedom Communications, Inc., et al.
         Debtors

Case No. 8:15-bk-15311-MW
Period:    07/01/19 - 07/31/19

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES (Amounts in 000's): | Jul-19 | Aug-19 | Sep-19 | Quarterly Total |
|---|---|---|---|---|
| TOTAL DISBURSEMENTS | $ 30 | $ - | $ - | $ 30 |
| LESS:  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | - | - | | |
| PLUS:   ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | - | - | | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ 30 | $ - | $ - | $ 30 |

| | | | | Based on book allocation | | | | |
| | | | | Jul-19 | Aug-19 | Sep-19 | Jul-19 to Sep-19 | |
| Filing Entities | Database Code | UST Acct. | TaxpayerID | Disbursements | Disbursements | Disbursements | Disbursements | Fee |
| | | | | '- $000's - | '- $000's - | '- $000's - | '- $000's - | - $ - |
|---|---|---|---|---|---|---|---|---|
| 2100 Freedom, Inc. | fred | 738-15-15315 | 46-3867300 | $ - | $ - | $ - | $ - | $ 325 |
| Freedom Communications Holdings, Inc. | xhold | 738-15-15312 | 33-0942814 | $ - | $ - | $ - | $ - | $ 325 |
| Freedom Communications, Inc. | xfci | 738-15-15311 | 95-1140750 | $ 30 | $ - | $ - | $ 30 | $ 650 |
| Freedom Newspapers, Inc. | xfni | 738-15-15325 | 33-0743240 | $ - | $ - | $ - | $ - | $ 325 |
| Orange County Register Communications, Inc. | focn | 738-15-15329 | 33-0867980 | $ - | $ - | $ - | $ - | $ 325 |
| OCR Community Publications, Inc. | ocrc | 738-15-15316 | 33-0879752 | $ - | $ - | $ - | $ - | $ 325 |
| OCR Information Marketing, Inc. | ocri | 738-15-15327 | 33-0867983 | $ - | $ - | $ - | $ - | $ 325 |
| Freedom California Mary Publishing, Inc. | mary | 738-15-15318 | 68-0424121 | $ - | $ - | $ - | $ - | $ 325 |
| Freedom Colorado Information, Inc. | xcolo | 738-15-15320 | 84-1517806 | $ - | $ - | $ - | $ - | $ 325 |
| Freedom Newspapers of Southwestern Arizona, Inc. | xyuma | 738-15-15326 | 33-0915797 | $ - | $ - | $ - | $ - | $ 325 |
| Odessa American | odes | 738-15-15328 | 75-0757714 | $ - | $ - | $ - | $ - | $ 325 |
| Victor Valley Publishing Company | vv | 738-15-15330 | 95-2406082 | $ - | $ - | $ - | $ - | $ 325 |
| Daily Press | vict | 738-15-15317 | 95-2093610 | $ - | $ - | $ - | $ - | $ 325 |
| Freedom Newspaper Acquisitions, Inc. | xfna | 738-15-15323 | 33-0744322 | $ - | $ - | $ - | $ - | $ 325 |
| Freedom California Ville Publishing Company LP | port | 738-15-15319 | 95-3317735 | $ - | $ - | $ - | $ - | $ 325 |
| SPV I LLC | spi | 738-15-15340 | 46-4123293 | $ - | $ - | $ - | $ - | $ 325 |
| SPV II LLC | spii | 738-15-15337 | 46-4128253 | $ - | $ - | $ - | $ - | $ 325 |
| SPV IV LLC | spiv | 738-15-15342 | 46-4128500 | $ - | $ - | $ - | $ - | $ 325 |
| SPV V LLC | spv | 738-15-15343 | 46-4129036 | $ - | $ - | $ - | $ - | $ 325 |
| SPV VI LLC | spvi | 738-15-15339 | 46-4128434 | $ - | $ - | $ - | $ - | $ 325 |
| Victorville Publishing Company | vpub | 738-15-15332 | 33-0047617 | $ - | $ - | $ - | $ - | $ 325 |
| Freedom Newspapers | xfnp | 738-15-15324 | 77-1157766 | $ - | $ - | $ - | $ - | $ 325 |
| Freedom Interactive Newspapers, Inc. | fimi | 738-15-15321 | 33-0859343 | $ - | $ - | $ - | $ - | $ 325 |
| Freedom Interactive Newspapers of Texas, Inc. | imtx | 738-15-15322 | 74-2988187 | $ - | $ - | $ - | $ - | $ 325 |
| Freedom Services, Inc. | fsvc | 738-15-15313 | 33-0873125 | $ - | $ - | $ - | $ - | $ 325 |
| TOTAL | | | | $ 30 | $ - | $ - | $ 30 | $ 8,450 |

I certify under penalty of perjury that, to the best of my knowledge, the above disbursement information is true and correct.

_____
Brad Smith
CRO

8/15/2019
Date

In re:  **Freedom Communications, Inc., et al.**                                            Case No. 8:15-bk-15311-MW
　　　　**Debtors**                                                                        Period:    07/01/19 - 07/31/19

**SCHEDULE OF DEPOSIT ACCOUNTS AND SECURITIES ACCOUNTS**
**Balances as of July 31, 2019**
**Amounts in 000's**

| Account Number * | Account Type | Bank | Entity and/or Account Function | Under Control Arrangement | Balance 7/31/2019 | Bank Stmt | Bank Recon |
|---|---|---|---|---|---|---|---|
| XXXXX49958 | Concentration | Bank of the West | Freedom Communications Inc | x | $      - | n/a | n/a |
| XXXXX49966 | Lockbox | Bank of the West | Freedom Communications Inc | x | - | n/a | n/a |
| XXXXX49990 | Electronic Deposits | Bank of the West | Freedom Communications Inc | x | - | n/a | n/a |
| XXXXX95314 | FSA | Bank of the West | Freedom Communications Inc | | - | n/a | n/a |
| XXXX12763 ** | Deposits | Bank of the West | Freedom Communications Inc | | 13 | x | x |
| XXXXX50006 | Accounts Payable | Bank of the West | Freedom Services Inc | x | 1,506 | x | x |
| XXXXX50022 | Payroll | Bank of the West | Freedom Services Inc | x | - | n/a | n/a |
| XXXXX66322 | Escrow | Bank of the West | 2100 Freedom, Inc. | x | - | n/a | n/a |
| XXXXXX66350 | Lockbox | The Bank of New York Mellon | Freedom Communications Inc | x | - | n/a | n/a |
| XXX00033 | | City National Bank | Freedom SPV I, LLC | x | - | n/a | n/a |
| XXXX89602 | Concentration | City National Bank | Freedom Communications Inc | x | - | n/a | n/a |
| XXXX42465 | Lockbox | City National Bank | Freedom Communications Inc | x | - | n/a | n/a |
| XXXX42473 | ACH/Credit Cards | City National Bank | Freedom Communications Inc | x | - | n/a | n/a |
| XXXX47173 | Medical Flex | City National Bank | Freedom Communications Inc | | - | n/a | n/a |
| XXXX47181 | Line Collateral | City National Bank | Freedom Communications Inc | x | - | n/a | n/a |
| XXXX85151 | | City National Bank | Freedom Communications Holdings Inc | x | - | n/a | n/a |
| XXXX85925 | Accounts Payable | City National Bank | Freedom Services Inc | x | - | n/a | n/a |
| XXXX85933 | AP EFT | City National Bank | Freedom Services Inc | x | - | n/a | n/a |
| XXXX85941 | Payroll | City National Bank | Freedom Services Inc | x | - | n/a | n/a |
| XXXXX2387 | Certificate of Deposit to back Revolving Note which backs Letter of Credit | City National Bank | Freedom Communications Inc | | 119 | (1) | n/a |
| XXXXX2123 | Certificate of Deposit as collateral for State of Colorado Workers Compensation SIR | City National Bank | Freedom Communications Inc | | - | n/a | n/a |
| XXXXX2115 | Certificate of Deposit as collateral for State of Colorado Workers Compensation SIR | City National Bank | Freedom Communications Inc | | - | n/a | n/a |
| XXXXX2107 | Certificate of Deposit as collateral for State of Colorado Workers Compensation SIR | City National Bank | Freedom Communications Inc | | - | n/a | n/a |
| XXXXXXXXX37 | Account Closed - see | Wells Fargo Bank | Daily Press, LLC | Acct Closed | - | n/a | n/a |
| XXXXXXXXX37 | Account Closed - see | Wells Fargo Bank | Daily Press, LLC | Acct Closed | - | n/a | n/a |
| XXXXXXXXX37 | Account Closed - see | Wells Fargo Bank | Daily Press, LLC | Acct Closed | - | n/a | n/a |

|  |  |
|---|---|
| Total Cash and Securities | $    1,637 |
| Amounts under Control Arrangements                    x | $    1,506 |
| % Cash and Securities under Control Arrangement | 92% |

* A portion of each account number has been redacted for security reasons. See separate bank reconciliation and statement files.

** New bank account opened December 2018.

(1) Effective November 1, 2017, City National Bank will only be providing quarterly statements on this item. Balance reported represents
the amount reported on the latest statement available and the Company is not aware of any material changes to such balance at this time.

In re:  Freedom Communications, Inc., et al.                                    Case No. 8:15-bk-15311-MW
        Debtors                                                     07/01/19 - 07/31/19

### SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID
### (retained professional payments for current month)

Amounts in 000's

| | Week Ended 07/05/19 | Week Ended 07/12/19 | Week Ended 07/19/19 | Week Ended 07/26/19 | Total |
|---|---|---|---|---|---|
| **Debtors** | | | | | |
| Lobel Weiland Golden Friedman LLP | $ - | $ - | $ - | $ - | $ - |
| Shulman Hodges & Bastian LLP | - | - | - | - | $ - |
| Crowell & Moring | - | - | - | - | $ - |
| Donlin Recano & Company, Inc. | - | - | - | - | $ - |
| Alvarez & Marsal North America LLC | - | - | - | - | $ - |
| Squar Milner | - | - | - | - | $ - |
| Pachulski Stang Ziehl & Jones LLP | - | - | - | - | $ - |
| GlassRatner Advisory & Capital Group LLC | - | - | - | - | $ - |
| Rutan & Tucker LLP | - | - | - | - | $ - |
| US Trustee Fees | - | - | - | - | $ - |
| Mosier & Company, Inc. | - | - | - | - | $ - |
| FTI Consulting Inc | - | - | - | - | $ - |
| subtotal | $ - | $ - | $ - | $ - | $ - |
| | | | | | |
| **Creditors** | | | | | |
| Silver Point Counsel | $ - | $ - | $ - | $ - | $ - |
| subtotal | $ - | $ - | $ - | $ - | $ - |
| | | | | | |
| Total | $ - | $ - | $ - | $ - | $ - |

**In re: Freedom Communications, Inc., et al**  
**Debtors**

**Case No. 8:15-bk-15311-MW**  
**07/01/19 - 07/31/19**

**Statement of Operations**  
**Consolidated 2100 Freedom, Inc. (less Freedom Communications Holdings, Inc. - Press Enterprise Operations)**  
**UNAUDITED**  
**(Dollars in thousands)**

| | Month ended Jul 31, 2019 | Cumulative - Filing to Jul 31, 2019 |
|---|---:|---:|
| **Operating Revenue:** | | |
| Advertising | $ - | $ 28,709 |
| Circulation | - | 21,320 |
| Other | - | 10,831 |
| Total operating revenue | - | 60,860 |
| | | |
| **Operating Expenses:** | | |
| Payroll and benefits | - | (87,569) |
| Newsprint and ink | - | 9,296 |
| Depreciation | - | 1,692 |
| Amortization | - | 799 |
| Impairment | - | - |
| Other operating expenses | 82 | 41,841 |
| Total operating expense (income) | 82 | (33,940) |
| | | |
| **Operating (Loss) Income** | (82) | 94,800 |
| | | |
| **Other Income (Expense):** | | |
| Net interest expense | - | (1,799) |
| Other income (expense) - net | 46 | (25,704) |
| Total other income (expense) | 46 | (27,504) |
| | | |
| **(Loss) Profit Before Income Taxes** | (36) | 67,297 |
| | | |
| **Income Tax Benefit** | - | 6,254 |
| | | |
| **Net (Loss) Income** | $ (36) | $ 73,551 |

*The accompanying Notes to Financial Statements are an integral part of these statements.*

**In re: Freedom Communications, Inc., et al**
       **Debtors**

**Case No. 8:15-bk-15311-MW**
**07/01/19 - 07/31/19**

**Statement of Operations**
**Freedom Communications Holdings, Inc. (Press Enterprise Operations)**
**UNAUDITED**
**(Dollars in thousands)**

| | Month ended Jul 31, 2019 | Cumulative - Filing to Jul 31, 2019 |
|---|---|---|
| **Operating Revenue:** | | |
| Advertising | $ - | $ 11,381 |
| Circulation | - | 7,561 |
| Other | - | 768 |
|     Total operating revenue | - | 19,710 |
| | | |
| **Operating Expenses:** | | |
| Payroll and benefits | - | 4,929 |
| Newsprint and ink | - | 1,708 |
| Depreciation | - | 415 |
| Amortization | - | 100 |
| Impairment | - | - |
| Other operating expenses | - | 8,165 |
|     Total operating expenses | - | 15,317 |
| | | |
| **Operating Income** | - | 4,394 |
| | | |
| **Other Expenses:** | | |
| Net interest expense | - | (506) |
| Other expense - net | - | (8,605) |
|     Total other expenses | - | (9,112) |
| | | |
| **Loss Before Income Taxes** | - | (4,718) |
| | | |
| **Income Tax Benefit (Expense)** | - | - |
| | | |
| **Net Loss** | $ - | $ (4,718) |

*The accompanying Notes to Financial Statements are an integral part of these statements.*

In re: Freedom Communications, Inc., et al.    Case No. 8:15-bk-15311-MW
Debtors    Period:    07/01/19 - 07/31/19

**Consolidated 2100 Freedom, Inc.**
**UNAUDITED**
**(Dollars in thousands)**

|  | Jul 31, 2019 |
|---|---:|
| **Assets** | |
| | |
| **Current Assets:** | |
| Cash and cash equivalents | $    1,519 |
| Receivables | - |
| Inventories - net | - |
| Income taxes receivable | - |
| Deferred income taxes | - |
| Prepaid expenses and other current assets | 7,844 |
| Total current assets | 9,363 |
| | |
| Property, Plant, and Equipment - net | - |
| Goodwill and Other Intangible Assets, net | - |
| Deferred Financing Fees | - |
| Other Assets | 21 |
| **Total Assets** | $    9,384 |
| | |
| **Liabilities and Stockholders' Deficiency** | |
| | |
| **Current Liabilities:** | |
| Current portion of long-term obligations | $    4,000 |
| Salaries, wages, and employee benefits | 2,669 |
| Accounts payable | 30,329 |
| Unearned subscription revenue | - |
| Deferred income taxes | - |
| Income taxes payable | (2) |
| Other accrued liabilities | 39,332 |
| Current pension and other retirement related liabilities | 38 |
| **Total current liabilities** | 76,366 |
| | |
| Long-term obligations - net of current portion | 652 |
| Long-term pension and other retirement related liabilities | 242 |
| Deferred income taxes | 3,012 |
| Other long-term liabilities | 307 |
| **Total liabilities** | 80,578 |
| | |
| **Commitments and Contingencies** | |
| | |
| **Stockholders' Deficiency** | |
| **Preferred Stock:** | |
| Series A, $.001 par value; 900,000 shares authorized, issued, and outstanding | 1 |
| Series B, $.001 par value; 1,050,000 shares authorized, issued, and outstanding | 1 |
| Series C, $.001 par value; 94,196 shares authorized, issued, and outstanding | - |
| Series D, $.001 par value; 2,575,150 shares authorized, issued, and outstanding | 3 |
| Series E, $.001 par value; 5,510,800 shares authorized; | |
| 2,197,838 shares issued and outstanding | 2 |
| | |
| **Common Stock:** | |
| Class A, $.001 par value; 31,140,946 shares authorized, | |
| 15,500,000 shares issued and outstanding | 16 |
| Class F Non-Voting, $.001 par value; 5,510,800 shares authorized; | |
| 2,197,838 shares issued and outstanding | 2 |
| Additional paid-in capital | 35,552 |
| Accumulated deficit | (107,423) |
| Accumulated other comprehensive income | 652 |
| Total stockholders' deficiency | (71,195) |
| | |
| **Total Liabilities and Stockholders' Deficiency** | $    9,384 |

*The accompanying Notes to Financial Statements are an integral part of these statements.*

**In re: Freedom Communications, Inc., et al.**                                     **Case No. 8:15-bk-15311-MW**
      **Debtors**                                                                      **Period:    07/01/19 - 07/31/19**

**NOTES TO FINANCIAL STATEMENTS:**

On November 1, 2015, the Company and certain of its subsidiaries (the Debtors) filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the U.S. Bankruptcy Court Central District of California in Santa Ana. The Company continues to operate its businesses pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On March 31, 2016, the Company sold its businesses by entering into the Asset Purchase Agreement among 2100 Freedom, Inc., several of its subsidiaries, and MediaNews Group, Inc. (the "Agreement").

The above unaudited condensed interim financial statements: 1) do not include all of the information and footnote disclosures required by GAAP for annual financial statements or companies that continue to operate under Chapter 11 of the United States Bankruptcy Code 2) do not present amounts attributable to noncontrolling interest separate from amounts attributable to 2100 Freedom, Inc., 3) do not present either a single combined or separate statement of comprehensive income, 4) do not include a statement of stockholders' (deficiency) equity, 5) do not include certain normal year-end adjustments, 6) present certain items in a summary format, 7) include the impact of the termination and transfer of the Company's defined benefit pension plan to the Pension Benefit Guaranty Corporation effective March 31, 2016 and the transfer of the Company's California workers' compensation assets and liabilities to the state effective April 8, 2016, 8) do not include any adjustments associated with potential uncertain tax positions, 9) reflect the initial recognition of the sale of the Company's businesses, which is subject to change, associated with the Agreement noted above, 10) do not reflect the complete recognition of all allowable bankruptcy claims as the claims evaluation and review process has not been completed, and 11) include the impact of restating individual entity books and records as of and for the year ended December 31, 2016 to reflect the dissolution of the entity either by a) a completed dissolution by December 31, 2016, or b) by an anticipated approved dissolution by the bankruptcy court effective December 31, 2016.

These unaudited condensed interim financial statements should be read in conjunction with the Company's audited financial statements as of and for the years ended December 31, 2014 and December 31, 2013, however, such financial statements have not been finalized and are not expected to be issued at this time. The Company's audited financial statements as of and for the year ended December 31, 2013 were issued on April 17, 2014.

Amounts may not foot due to rounding.

| | 2100 Freedom, Inc. | Freedom Communications Holdings, Inc. | Freedom Communications, Inc. | SPV I, LLC | SPV II, LLC | SPV IV, LLC | SPV V, LLC | SPV VI, LLC | OCR Community Publications, Inc. |
|---|---|---|---|---|---|---|---|---|---|
| Legal Entity Name: | | | | | | | | | |
| Database Code: | FRED | XHOLD | XFCI | SPI | SPII | SPIV | SPV | SPVI | OCRC |
| Database Name: | 2100 Freedom, Inc. | FCHI | Freedom Communications, Inc. | SPV I, LLC | SPV II, LLC | SPV IV, LLC | SPV V, LLC | SPV VI, LLC | OCR Community Publications, Inc. |
| | Jul_19 | Jul_19 | Jul_19 | Jul_19 | Jul_19 | Jul_19 | Jul_19 | Jul_19 | Jul_19 |

**BALANCE SHEET**

**ASSETS**

**Current Assets:**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Cash and Equivalents | 0 | 0 | 12,500 | 0 | 0 | 0 | 0 | 0 | 0 |
| Security Investments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Receivables - net | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Inventories - net | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prepaid Expenses | 0 | 933,852 | 5,066,148 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Current Assets | 0 | 0 | 1,155,991 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Current Assets | 0 | 933,852 | 6,234,638 | 0 | 0 | 0 | 0 | 0 | 0 |

**Long Term Assets:**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Intercompany | (25,061,720) | (135,817,006) | 355,071,719 | (1,552) | 0 | 0 | 1,868,947 | 0 | 351,019 |
| Property, Plant, and Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Goodwill and Other Intangible Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Security Investments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Investments in Subsidiaries | 1 | 20,628 | (21,947,195) | 21,809,261 | 0 | 0 | 19,940,315 | 0 | 0 |
| Other Long Term Assets | 0 | 0 | 21,041 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Long Term Assets | (25,061,719) | (135,796,378) | 333,145,564 | 21,807,709 | 0 | 0 | 21,809,261 | 0 | 351,019 |
| | | | | | | | | | |
| **Total Assets** | (25,061,719) | (134,862,525) | 339,380,203 | 21,807,709 | 0 | 0 | 21,809,261 | 0 | 351,019 |

**Liabilities and Shareholders' Equity**

**Current Liabilities:**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Current Portion of long-term obligations | 0 | 4,001,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Accounts Payable | 0 | 128,288 | 38,014 | 0 | 0 | 0 | 0 | 0 | 0 |
| Accrued Payroll and Benefits | 0 | 254,002 | 2,438,826 | 0 | 0 | 0 | 0 | 0 | 5,599 |
| Other Accrueds Items | 17,153,110 | 240,131 | 20,369,534 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Current Liabilities | 17,153,110 | 4,622,420 | 22,846,375 | 0 | 0 | 0 | 0 | 0 | 5,599 |

**Long Term Liabilities:**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Long-term Debt - net of current portion | 0 | 0 | 651,579 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Long term liabilities | 0 | 0 | 3,254,194 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Long-term Liabilities | 0 | 0 | 3,905,773 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | |
| Minority Interest Liability | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Shareholders' Equity**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Par | 24,513 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| APIC | 35,551,411 | 0 | 20,628 | 0 | 0 | 0 | 0 | 0 | (49,084) |
| Treasury Stock | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Retained Earnings | (77,790,753) | (139,484,947) | 311,955,387 | 21,807,709 | 0 | 0 | 21,809,261 | 0 | 394,505 |
| Accumulated Other Comprehensive Income | 0 | 0 | 652,040 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Shareholders Equity | (42,214,829) | (139,484,946) | 312,628,055 | 21,807,709 | 0 | 0 | 21,809,261 | 0 | 345,421 |
| | | | | | | | | | |
| **Liabilities and Shareholders Equity** | (25,061,719) | (134,862,525) | 339,380,203 | 21,807,709 | 0 | 0 | 21,809,261 | 0 | 351,019 |

| Legal Entity Name: | Orange County Register Communications, Inc. | Freedom Services, Inc. | OCR Information Marketing, Inc. | Freedom Newspapers, Inc. | Freedom Colorado Information, Inc. | Freedom California Mary Publishing, Inc. | Freedom California Ville Publishing Company LP | Daily Press | Victor Valley Publishing Company |
|---|---|---|---|---|---|---|---|---|---|
| Database Code: | FOCN | FSVC | OCRI | XFNI | XCOLO | MARY | PORT | VICT | VV |
| Database Name: | Orange County Register Communications, Inc. | Freedom Services, Inc. | OCR Information Marketing, Inc. | Freedom Newspapers, Inc. | Freedom Colorado Information, Inc. | Appeal-Democrat, Inc. | Porterville Recorder Company | Daily Press | Victor Valley Publishing Company |
| | Jul_19 | Jul_19 | Jul_19 | Jul_19 | Jul_19 | Jul_19 | Jul_19 | Jul_19 | Jul_19 |

**BALANCE SHEET**

**ASSETS**

**Current Assets:**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Cash and Equivalents | 0 | 1,506,379 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Security Investments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Receivables - net | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Inventories - net | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prepaid Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Current Assets | 0 | 664,187 | 0 | 0 | 23,776 | 0 | 0 | 0 | 0 |
| **Total Current Assets** | 0 | 2,170,566 | 0 | 0 | 23,776 | 0 | 0 | 0 | 0 |

**Long Term Assets:**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Intercompany | 0 | (272,989,700) | 0 | 19,862,403 | 25,951,287 | 9,715,080 | 0 | 21,177,088 | 420 |
| Property, Plant, and Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Goodwill and Other Intangible Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Security Investments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Investments In Subsidiaries | (385,195) | 0 | 0 | (81,157,732) | 2,180,771 | 0 | 0 | 0 | 1,744,617 |
| Other Long Term Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Long Term Assets** | (385,195) | (272,989,700) | 0 | (61,295,329) | 28,132,058 | 9,715,080 | 0 | 21,177,088 | 1,745,037 |
| **Total Assets** | (385,195) | (270,819,133) | 0 | (61,295,329) | 28,155,834 | 9,715,080 | 0 | 21,177,088 | 1,745,037 |

**Liabilities and Shareholders' Equity**

**Current Liabilities:**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Current Portion of long-term obligations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Accounts Payable | 0 | 30,162,241 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Accrued Payroll and Benefits | 0 | 8,530 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Accrueds Items | 0 | 11,643 | 0 | 0 | 289,677 | 28,237 | 0 | 1,236,774 | 0 |
| **Total Current Liabilities** | 0 | 30,182,415 | 0 | 0 | 289,677 | 28,237 | 0 | 1,236,774 | 0 |

**Long Term Liabilities:**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Long-term Debt - net of current portion | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Long term liabilities | 0 | 287,599 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Long-term Liabilities** | 0 | 287,599 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Minority Interest Liability** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Shareholders' Equity**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Par | 100 | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 24,000 |
| APIC | 39,103,247 | 4,989,970 | 0 | 82,792,264 | 44,359,146 | 3,587,245 | 0 | 0 | 25,988 |
| Treasury Stock | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (52,761) |
| Retained Earnings | (39,488,542) | (306,279,117) | 0 | (144,087,594) | (16,492,990) | 6,099,597 | 0 | 19,940,315 | 1,747,810 |
| Accumulated Other Comprehensive Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Shareholders Equity** | (385,195) | (301,289,147) | 0 | (61,295,329) | 27,866,157 | 9,686,843 | 0 | 19,940,315 | 1,745,037 |
| **Liabilities and Shareholders Equity** | (385,195) | (270,819,133) | 0 | (61,295,329) | 28,155,834 | 9,715,080 | 0 | 21,177,088 | 1,745,037 |

| Legal Entity Name: | Victorville Publishing Company | Freedom Newspapers of Southwestern Arizona, Inc. | Freedom Newspapers | Freedom Interactive Newspapers of Texas, Inc. | Odessa American | Freedom Newspaper Acquisitions, Inc. | Freedom Interactive Newspapers, Inc. | Inactive/Non-filers | Consolidation / Elimination Entries | Consolidated 2100 Freedom, Inc. |
|---|---|---|---|---|---|---|---|---|---|---|
| Database Code: | VPUB | XYUMA | XFNP | IMTX | ODES | XFNA | FIMI | | AFCI | XFRED |
| Database Name: | Victorville Publishing Company | Freedom Newspapers of Southwestern Arizona, Inc. | Freedom Newspapers | Freedom Interactive Newspapers of Texas, Inc. | Odessa American | Freedom Newspaper Acquisitions, Inc. | Freedom Interactive Newspapers, Inc. | | FCI Topsides | |
| | Jul_19 | Jul_19 | Jul_19 | Jul_19 | Jul_19 | Jul_19 | Jul_19 | Jul_19 | Jul_19 | Jul_19 |

**BALANCE SHEET**

**ASSETS**

**Current Assets:**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash and Equivalents | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,518,879 |
| Security Investments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Receivables – net | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Inventories - net | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prepaid Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,000,000 |
| Other Current Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,843,954 |
| Total Current Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9,362,833 |

**Long Term Assets:**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Intercompany | (2,326) | 0 | 0 | 0 | 0 | (125,659) | 0 | 0 | 0 | 0 |
| Property, Plant, and Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Goodwill and Other Intangible Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Security Investments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Investments in Subsidiaries | 654,231 | 0 | 0 | 0 | 0 | 604,173 | 0 | 0 | 56,536,126 | 0 |
| Other Long Term Assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21,041 |
| Total Long Term Assets | 651,905 | 0 | 0 | 0 | 0 | 478,514 | 0 | 0 | 56,536,126 | 21,041 |
| **Total Assets** | 651,905 | 0 | 0 | 0 | 0 | 478,514 | 0 | 0 | 56,536,126 | 9,383,874 |

**Liabilities and Shareholders' Equity**

**Current Liabilities:**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Current Portion of long-term obligations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,000,000 |
| Accounts Payable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 30,328,542 |
| Accrued Payroll and Benefits | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,706,958 |
| Other Accrueds Items | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,568 | 39,330,673 |
| Total Current Liabilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,568 | 76,366,173 |

**Long Term Liabilities:**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Long-term Debt - net of current portion | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 651,579 |
| Other Long term liabilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,541,793 |
| Total Long-term Liabilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,193,372 |
| Minority Interest Liability | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18,913 | 18,913 |

**Shareholders' Equity**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Par | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | (24,105) | 24,513 |
| APIC | 0 | 0 | 0 | 0 | 0 | 30,958,476 | 0 | 0 | (205,787,881) | 35,551,411 |
| Treasury Stock | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 52,761 | 0 |
| Retained Earnings | 651,905 | 0 | 0 | 0 | 0 | (30,479,964) | 0 | 0 | 262,274,870 | (107,422,548) |
| Accumulated Other Comprehensive Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 652,040 |
| Total Shareholders Equity | 651,905 | 0 | 0 | 0 | 0 | 478,514 | 0 | 0 | 56,515,645 | (71,194,584) |
| **Liabilities and Shareholders Equity** | 651,905 | 0 | 0 | 0 | 0 | 478,514 | 0 | 0 | 56,536,126 | 9,383,874 |

**In re:  Freedom Communications, Inc., et al.**                    **Case No. 8:15-bk-15311-MW**
           **Debtors**                                             **Period:  07/01/19 - 07/31/19**

## ACCOUNTS PAYABLE AGING

Amounts in 000's

| Shared Services Accounts Payable | Amount |
|---|---|
| 0 - 30 days old | $          12 |
| 31 - 60 days old | 65 |
| 61 - 90 days old | 425 |
| 91+ days old | 29,660 |
| Total Shared Services Accounts Payable | $     30,162 |
| Other Accounts Payable (a) | 166 |
| Total Accounts Payable | $     30,329 |

(a) Primarily consists of amounts due to newsprint carriers not yet set up in the accounts payable system.

In re:  **Freedom Communications, Inc., et al.**

**Debtors**

**Case No. 8:15-bk-15311-MW**

**Period:  07/01/19 - 07/31/19**

### SCHEDULE OF UNPAID ADMINISTRATIVE PROFESSIONAL FEES AND EXPENSES

Amounts in 000's

| | Unpaid Invoices (a) | Estimated Accruals (b) | Total |
|---|---:|---:|---:|
| Lobel Weiland Golden Friedman LLP | $ 2,084 | $ - | $ 2,084 |
| Shulman Hodges & Bastian LLP | 41 | 17 | 58 |
| Crowell & Moring | 10 | - | 10 |
| Donlin Recano & Company, Inc. | 150 | 3 | 153 |
| Alvarez & Marsal North America LLC | 81 | - | 81 |
| Squar Milner | 34 | - | 34 |
| Pachulski Stang Ziehl & Jones LLP | 4,665 | 50 | 4,715 |
| GlassRatner Advisory & Capital Group LLC | 296 | 16 | 312 |
| Rutan & Tucker LLP | 26 | - | 26 |
| US Trustee Fees | - | 8 | 8 |
| Mosier & Company, Inc. | 20 | - | 20 |
| FTI Consulting Inc | 9 | - | 9 |
| Total unpaid administrative professional fees and expenses | $ 7,416 | $ 94 | $ 7,511 |

(a) Represent amounts for unpaid invoices received and included in accounts payable as of the period ended herein.

(b) Represent amounts of estimated accruals included in other accrued liabilities as of the period ended herein.

In re:  **Freedom Communications, Inc., et al.**                    **Case No. 8:15-bk-15311-MW**
        **Debtors**                                                    **Period:        07/01/19 - 07/31/19**

### ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Amounts in 000's

| Accounts Receivable Aging (excluding Circulation) | Amount * |
|---|---|
| 0 - 30 days old | $ - |
| 31 - 60 days old | - |
| 61 - 90 days old | - |
| 91-120 days old | - |
| Over 120 days old | - |
| Subtotal - Aged Receivables (excluding Circulation) | $ - |
| Circulation Receivables | - |
| Total Accounts Receivable | - |
| Allowance for Doubtful Accounts | - |
| Accounts Receivable (Net) | $ - |

* Receivables were included in the sale of the Company's businesses as described in the Notes to Financial Statements.

In re:  **Freedom Communications, Inc., et al.**          **Case No. 8:15-bk-15311-MW**
       **Debtors**                              Period:    **07/01/19 - 07/31/19**

## DEBTOR QUESTIONNAIRE

| Must be completed each month | |
| --- | --- |
| 1.  Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | **No** [1] |
| 2.  Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | **Yes - Funds have been disbursed in accordance with Court Order** |
| 3.  Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | **No** [3] |
| 4.  Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | **No** [2] |
| 5.  Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation. | **No** [4] |

[1] On March 31, 2016, the Company sold its businesses by entering into the Asset Purchase Agreement among 2100 Freedom, Inc., several of its subsidiaries, and MediaNews Group, Inc. (the "Agreement"). The financial statements herein reflect the initial recognition of the sale of the Company's businesses, which is subject to change, associated with the Agreement noted above.

[2] The Company provided workers' compensation, general liability, and other necessary insurance for events incurred through March 31, 2016. As the Company sold its businesses on March 31, 2016, it discontinued its workers' compensation, general, and other coverages that were no longer necessary.
On April 5, 2016, the Company notified the California Department of Industrial Relations - Office of Self Insurance Plans that it is unable to continue to fund workers' compensation benefits in California. On April 8, 2016, the California Department of Industrial Relations - Office of Self Insurance Plans revoked the Company's Certificate to Self-Insure in California. The Company is in the process of notifying other states / carriers of its inability to continue to fund workers' compensation benefits as applicable.

[3] The Company has not filed its 2017 and 2018 income tax returns due on October 15, 2018 and April 15, 2019, respectively. The Company estimated its 2017 and 2018 income tax liabilities including any potential penalties at zero and, as such, decided to address the preparation of its 2017 and 2018 income tax returns and the fees associated therewith at a later date.

[4] Freedom Communications, Inc. opened a new debtor-in-possession bank account with Bank of the West in December 2018. The account was opened in order to facilitate a recent check and potential future checks received by the Company made payable to Freedom Communications, Inc. Documentation identifying the account was submitted with the December 2018 Monthly Operating Report and related supplemental files.

In re:  **Freedom Communications, Inc., et al.**                    **Case No. 8:15-bk-15311-MW**

       **Debtors**                                        **Period:      07/01/19 - 07/31/19**

### Attestation Regarding July 2019 Monthly Operating Report

I submit this attestation in connection with the July 2019 Monthly Operating Report:

1) Debtors have, on a timely basis, performed all bank account reconciliations in the ordinary course of business.  Copies of the bank account statements and reconciliations are provided within supplemental files.

2) On March 31, 2016, 2100 Freedom, Inc. and several of its subsidiaries sold their businesses in accordance with the Asset Purchase Agreement among 2100 Freedom, Inc., several of its subsidiaries, and MediaNews Group, Inc. dated as of March 13, 2016. The financial statements herein reflect the initial recognition of the sale of the Company's businesses, which is subject to change, associated with the Agreement noted above.

3) Debtors have not received any tax refunds during the reporting period.

4) Debtors have filed all tax returns and made all required tax payments on a timely basis, except for pre-petition liabilities not authorized for payment by the Bankruptcy Court and those noted on Item 3 of the Debtor Questionaire.

5) The Debtors past due post-petition payments are approximately $0.2 million at July 31, 2019, excluding disputes that arise in the ordinary course of business transactions.

In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge and belief.

Brad Smith
CRO

Freedom Communications, Inc.
Reconciliation/Account Analysis
Deposits (0000-10214-00000-00-0000-0000)
July 31, 2019

| | | |
|---|---|---|
| Balance Per Bank (BOTW - 12763) | 7/31/2019 | 12,500.00 |
| Deposits in Transit | 7/31/2019 | 0.00 |
| Outstanding Checks | 7/31/2019 | 0.00 |
| Book Balance | | 12,500.00 |

Freedom Services, Inc.
Reconciliation/Account Analysis
Cash Disbursements -AP (0000-10014-00000-00-0000-00( 0)
July 31, 2019

| | | |
|---|---|---|
| Balance Per Bank (BOTW - 50006) | 7/31/2019 | 1,531,044.51 |
| Outstanding Checks | 7/31/2019 | (24,665.44) |
| Book Balance | | 1,506,379.07 |

# BANK OF THE WEST 🐻
### BNP PARIBAS GROUP

| | | |
|---|---|---|
| **FREEDOM COMMUNICATIONS INC** | Statement Report<br>Previous Day<br>Reported Period: 07-31-2019- 07-31-2019<br>Generated: 08-02-2019 12:55:02 PM PDT | ☑ Balance Data<br>☑ Summary Data<br>☑ Detail Data |

| BOW<br>Account Number:041050006 | Bank of the West<br>Freedom Services AP | USD |
|---|---|---|

### As of 31-Jul-2019

### BALANCES

| | |
|---|---|
| OPENING LEDGER | 1,531,044.51 |
| CLOSING LEDGER | 1,531,044.51 |
| OPENING AVAILABLE | 1,531,044.51 |
| CLOSING AVAILABLE | 1,531,044.51 |
| AVAILABLE BALANCE | 1,531,044.51 |

### SUMMARY

NO SUMMARY DATA REPORTED

NO DETAIL DATA REPORTED

| BOW<br>Account Number:041283169 | Bank of the West<br>Welfare Benefit Plans | USD |
|---|---|---|

### As of 31-Jul-2019

NO DATA REPORTED

| BOW<br>Account Number:056712763 | Bank of the West<br>FREEDOM COMMUNICATIONS INC | USD |
|---|---|---|

### As of 31-Jul-2019

### BALANCES

| | |
|---|---|
| OPENING LEDGER | 12,500.00 |
| CLOSING LEDGER | 12,500.00 |
| OPENING AVAILABLE | 12,500.00 |
| CLOSING AVAILABLE | 12,500.00 |
| AVAILABLE BALANCE | 5,000.00 |

### SUMMARY

NO SUMMARY DATA REPORTED

NO DETAIL DATA REPORTED

### GRAND TOTALS

### USD

### BALANCES

| | |
|---|---|
| OPENING LEDGER | 1,543,544.51 |
| CLOSING LEDGER | 1,543,544.51 |

# BANK OF THE WEST

**BNP PARIBAS GROUP**

| | | |
|---|---|---|
| FREEDOM COMMUNICATIONS INC | Statement Report<br>Previous Day<br>Reported Period: 07-31-2019- 07-31-2019<br>Generated: 08-02-2019 12:55:02 PM PDT | ☑ Balance Data<br>☑ Summary Data<br>☑ Detail Data |

| | |
|---|---|
| OPENING AVAILABLE | 1,543,544.51 |
| CLOSING AVAILABLE | 1,543,544.51 |
| AVAILABLE BALANCE | 1,536,044.51 |

### SUMMARY

NO SUMMARY DATA REPORTED

This report contains advice data, all figures are subject to posting.

=============== END OF REPORT ===============

Freedom Communications, Inc.
123592387 Bankruptcy CD (370)

**Balances** ⌄
| | | | |
|---|---|---|---|
| Ledger balance: | 118,512.46 | Today's activity: | 0.00 |
| Current balance: | 118,512.46 | Total Holds: | 118,110.43 |
| Account available balance: | 402.03 | | |
| Total accessible balance: | 402.03 | | |
| Closing balance: | 118,635.03 | | |
| Last statement: | 12/31/2018 | | |

Expand all    3  All transactions, 02/22/2019 to 06/05/2019

| Date | Deposit ID | Debit | Credit | Other | Description | Status | Balance |
|---|---|---|---|---|---|---|---|
| ▷ 06/05/2019 | 1 | 1,725.00 | | | 972 - Principal Wd | | 118,512.46 |
| ▷ 05/22/2019 | 1 | | 58.61 | | 761 - Interest Credit | | 120,237.46 |
| ▷ 02/22/2019 | 1 | | 60.55 | | 761 - Interest Credit | | 120,178.85 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**100 Spectrum Center Drive, Suite 600, Irvine, CA 92618**

A true and correct copy of the foregoing document entitled:  **MONTHLY OPERATING REPORT [July 2019]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On **August 15, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/15/19 | Lori Gauthier | /s/ Lori Gauthier |
|---------|---------------|-------------------|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                              **F 9013-3.1.PROOF.SERVICE**

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Kyra E Andrassy**  kandrassy@swelawfirm.com,
  lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **David M Banker**  dbanker@lowenstein.com, dbanker@lowenstein.com
- **Richard L Barnett**  rick@barnettrubin.com, kelly@barnettrubin.com
- **James Cornell Behrens**  jbehrens@milbank.com,
  gbray@milbank.com;mshinderman@milbank.com;hmaghakian@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com
- **Shraddha Bharatia**  notices@becket-lee.com
- **Matthew Bouslog**  MBouslog@gibsondunn.com, msandoval@gibsondunn.com
- **J Scott Bovitz**  bovitz@bovitz-spitzer.com
- **Larry Butler**  notices@becket-lee.com
- **Frank Cadigan**  frank.cadigan@usdoj.gov
- **Andrew W Caine**  acaine@pszjlaw.com
- **David Cantrell**  dcantrell@lc-law-llp.com
- **Jeffrey D Cawdrey**  jcawdrey@grsm.com,
  jmydlandevans@grsm.com;madeyemo@gordonrees.com;sdurazo@grsm.com
- **Conrad K Chiu**  cchiu@pryorcashman.com
- **Carol Chow**  carol.chow@ffslaw.com, easter.santamaria@ffslaw.com
- **Shawn M Christianson**  cmcintire@buchalter.com, schristianson@buchalter.com
- **Theodore A Cohen**  tcohen@sheppardmullin.com, amontoya@sheppardmullin.com
- **Erinn M Contreras**  econtreras@sheppardmullin.com, nsaucedo@sheppardmullin.com
- **Joseph Corrigan**  Bankruptcy2@ironmountain.com
- **Raphael Cung**  rcung@callahan-law.com, jeggleston@callahan-law.com;deisenbrey@callahan-law.com;mmartinez@callahan-law.com
- **Michael T Delaney**  mdelaney@bakerlaw.com
- **Jessica DiFrancesco**  notices@becket-lee.com
- **Caroline Djang**  caroline.djang@bbklaw.com,
  julie.urquhart@bbklaw.com;sansanee.wells@bbklaw.com;paul.nordlund@bbklaw.com
- **Jeffrey W Dulberg**  jdulberg@pszjlaw.com
- **Robert J Feinstein**  rfeinstein@pszjlaw.com
- **Scott D Fink**  brodellecf@weltman.com
- **Marc C Forsythe**  kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
- **Alan J Friedman**  afriedman@lwgfllp.com, lgauthier@shbllp.com
- **Alan J Friedman**  afriedman@shbllp.com, lgauthier@shbllp.com
- **Matthew T Furton**  mfurton@lockelord.com, cpaul@lockelord.com;chicagodocket@lockelord.com
- **Thomas M Gaa**  tgaa@bbslaw.com
- **Beth Gaschen**  bgaschen@wgllp.com,
  kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com
- **Nancy S Goldenberg**  nancy.goldenberg@usdoj.gov
- **David B Golubchik**  dbg@lnbyb.com, stephanie@lnbyb.com
- **Christopher J Green**  chrisgreen@ucla.edu, chrisgreen@ucla.edu;christopher-green-2815@ecf.pacerpro.com
- **Justin D Harris**  jdh@harrislawfirm.net, felicia@harrislawfirm.net
- **Michael J Hauser**  michael.hauser@usdoj.gov
- **Eric M Heller**  eric.m.heller@irscounsel.treas.gov
- **Lillian Jordan**  ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- **Samuel M Kidder**  skidder@bhfs.com
- **Jeannie Kim**  jkim@buchalter.com, docket@buchalter.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

- **Alan M Kindred**    akindred@leechtishman.com, alankindred@hotmail.com;dtomko@leechtishman.com
- **Armand R. Kizirian**    armand@boyamianlaw.com,
  michael@boyamianlaw.com;brett@boyamianlaw.com;jessica@boyamianlaw.com;jennifer@boyamianlaw.com
- **Stuart I Koenig**    Skoenig@leechtishman.com, sfrey@leechtishman.com;jabrams@leechtishman.com
- **Alan J Kornfeld**    akornfeld@pszjlaw.com, mdj@pszjlaw.com
- **Matthew J Kraus**    mkraus@lc-lawyers.com, mbuchheit@lc-lawyers.com
- **Jeffrey C Krause**    jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
- **Yochun Katie Lee**    kylee@akingump.com, tsouthwell@akingump.com;westdocketing@akingump.com
- **Elan S Levey**    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- **William N Lobel**    wlobel@pszjlaw.com,
  nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
- **Aaron J Malo**    amalo@sheppardmullin.com, jsummers@sheppardmullin.com
- **Robert S Marticello**    Rmarticello@swelawfirm.com,
  gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Kristofer R McDonald**    kristofer.mcdonald@lane-nach.com, kris.r.mcdonald@gmail.com,adam.nach@lane-nach.com,joel.newell@lane-nach.com;tturner@lane-nach.com,deborah.mckernan@lane-nach.com
- **Ashley M McDow**    amcdow@foley.com,
  sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Reed M Mercado**    rmercado@sheppardmullin.com
- **Harlene Miller**    harlene@harlenemillerlaw.com, harlenejd@gmail.com
- **Raymond F Moats**    colcaecf@weltman.com
- **Elizabeth L Musser**    emusser@londonfischer.com
- **Jeffrey P Nolan**    jnolan@pszjlaw.com
- **Courtney E Norton**    cnorton@greenbergglusker.com,
  kwoodson@greenbergglusker.com;jking@greenbergglusker.com;calendar@greenbergglusker.com
- **Ryan D O'Dea**    rodea@shbllp.com, LGauthier@shbllp.com
- **John M O'Donnell**    john.o'donnell@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- **Ernie Zachary Park**    ernie.park@bewleylaw.com
- **Ronak N Patel**    rpatel@rivco.org, dresparza@rivco.org;mdominguez@rivco.org
- **Mary A Petrovic**    petrovic.mary@pbgc.gov, efile@pbgc.gov
- **Marc S Pfeuffer**    pfeuffer.marc@pbgc.gov, efile@pbgc.gov
- **Kathy Bazoian Phelps**    kphelps@diamondmccarthy.com, morourke@diamondmccarthy.com
- **Christopher E Prince**    , jmack@lesnickprince.com;erivas@lesnickprince.com;cprince@ecf.courtdrive.com
- **Amelia Puertas-Samara**    itcdgc@edd.ca.gov, itcdgc2@edd.ca.gov
- **Christopher B Queally**    cqueally@callahan-law.com, jluirette@callahan-law.com
- **Michael B Reynolds**    mreynolds@swlaw.com, kcollins@swlaw.com
- **Todd C. Ringstad**    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Christopher O Rivas**    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **Jeremy E Rosenthal**    jrosenthal@sidley.com
- **Peter J Rudinskas**    pjr.legal@gmail.com
- **James M Sabovich**    jsabovich@callahan-law.com, ksalour@callahan-law.com;jkirwin@callahan-law.com;rcung@callahan-law.com;bmccormack@callahan-law.com;erichards@callahan-law.com;SRobinson@callahan-law.com
- **Jonathan C Sandler**    jsandler@bhfs.com, pherron@bhfs.com;sgrisham@bhfs.com
- **Scott A Schiff**    sas@soukup-schiff.com
- **Daren M Schlecter**    daren@schlecterlaw.com, assistant@schlecterlaw.com
- **George E Schulman**    GSchulman@DGDK.Com, danninggill@gmail.com;gschulman@ecf.inforuptcy.com
- **Leonard M Shulman**    lshulman@shbllp.com
- **Donald W Sieveke**    ibmoola@yahoo.com, dws4law@pacbell.net
- **David P. Simonds**    dsimonds@akingump.com, tsouthwell@akingump.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

- **David A Smyth**    smythlaw@gmail.com, dsmyth2_@hotmail.com
- **Alex E Spjute**    spjute@hugheshubbard.com, gaurav.reddy@hugheshubbard.com
- **Sarah Stuppi**    Sarah@stuppilaw.com
- **Helena Tseregounis**    htseregounis@sidley.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Daniel Uribe**    duribe@gmail.com
- **Elissa A Wagner**    ewagner@pszjlaw.com
- **Michael A Wallin**    mwallin@wallinrussell.com
- **Scott S Weltman**    colcaecf@weltman.com
- **Johnny White**    JWhite@wrslawyers.com, aparisi@wrslawyers.com
- **Brandon J Witkow**    bw@witkowlaw.com, tg@witkowlaw.com
- **Steven D Zansberg**    szansberg@lskslaw.com, mkelley@lskslaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_June 2012_                                                                **F 9013-3.1.PROOF.SERVICE**