| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Robert J. Feinstein (Admitted Pro Hac Vice)<br>Alan J. Kornfeld (CA Bar No. 130063)<br>Jeffrey W. Dulberg (CA Bar No. 181200)<br>Elissa A. Wagner (CA Bar No. 213589)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA  90067<br>Telephone: 310/277-6910 | Facsimile: 310/201-0760<br>E-mail:   rfeinstein@pszjlaw.com<br>              akornfeld@pszjlaw.com<br>              jdulberg@pszjlaw.com<br>              ewagner@pszjlaw.com<br>☐  Individual *appearing without an attorney*<br>☒  *Attorney for:* Official Committee of Unsecured Creditors | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>FREEDOM COMMUNICATIONS, INC., a Delaware corporation, et al.,<br><br><br>                                                          Debtor(s) | CASE NO.: 8:15-bk-15311-MW<br><br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1])<br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR ORDER APPROVING SETTLEMENT BETWEEN THE COMMITTEE, PENSION BENEFIT GUARANTY CORPORATION, AARON B. KUSHNER AND ERIC J. SPITZ; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF JACK BUTLER IN SUPPORT THEREOF |
|---|---|

PLEASE TAKE NOTE that the order titled  **ORDER GRANTING OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR ORDER APPROVING SETTLEMENT BETWEEN THE COMMITTEE, PENSION BENEFIT GUARANTY CORPORATION, AARON B. KUSHNER AND ERIC J. SPITZ**

was lodged on (*date*)  **September 23, 2019**  and is attached. This order relates to the motion which is

docket no.  **1565** .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                      Page 1                                              **F 9021-1.2.BK.NOTICE.LODGMENT**
DOCS_LA:324630.1 29266/002

# EXHIBIT A

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012* **F 9021-1.2.BK.NOTICE.LODGMENT**
DOCS_LA:324630.1 29266/002

Robert J. Feinstein (Pro Hac Vice)
Alan J. Kornfeld (CA Bar No. 130063)
Jeffrey W. Dulberg (CA Bar No. 181200)
Elissa A. Wagner (CA Bar No. 213589)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: rfeinstein@pszjlaw.com
        akornfeld@pszjlaw.com
        jdulberg@pszjlaw.com
        ewagner@pszjlaw.com

Counsel for the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>FREEDOM COMMUNICATIONS, INC., a Delaware corporation, et al.,[1]<br><br>        Debtors and<br>        Debtors-in-Possession. | Case No.: 8:15-bk-15311-MW<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos.<br>8:15-bk-15312-MW; 8:15-bk-15313-MW;<br>8:15-bk-15315-MW; 8:15-bk-15316-MW;<br>8:15-bk-15317-MW; 8:15-bk-15318-MW;<br>8:15-bk-15319-MW; 8:15-bk-15320-MW;<br>8:15-bk-15321-MW; 8:15-bk-15322-MW;<br>8:15-bk-15323-MW; 8:15-bk-15324-MW;<br>8:15-bk-15325-MW; 8:15-bk-15326-MW;<br>8:15-bk-15327-MW; 8:15-bk-15328-MW;<br>8:15-bk-15329-MW; 8:15-bk-15330-MW;<br>8:15-bk-15332-MW; 8-15-bk-15337-MW;<br>8:15-bk-15339-MW; 8-15-bk-15340-MW;<br>8:15-bk-15342-MW; 8:15-bk-15343-MW) |

---

[1] The last four digits of the Debtors' federal tax identification numbers are as follows: Freedom Communications, Inc. (0750); Freedom Communications Holdings, Inc. (2814); Freedom Services, Inc. (3125); 2100 Freedom, Inc. (7300); OCR Community Publications, Inc. (9752); Daily Press, LLC (3610); Freedom California Mary Publishing, Inc. (4121); Freedom California Ville Publishing Company LP (7735); Freedom Colorado Information, Inc. (7806); Freedom Interactive Newspapers, Inc. (9343); Freedom Interactive Newspapers of Texas, Inc. (8187); Freedom Newspaper Acquisitions, Inc. (4322); Freedom Newspapers (7766); Freedom Newspapers, Inc. (3240); Freedom Newspapers of Southwestern Arizona, Inc. (5797); OCR Information Marketing, Inc. (7983); Odessa American (7714); Orange County Register Communications, Inc. (7980); Victor Valley Publishing Company (6082); Victorville Publishing Company (7617); Freedom SPV II, LLC (8253); Freedom SPV VI, LLC (8434); Freedom SPV I, LLC (3293); Freedom SPV IV, LLC (8500); and Freedom SPV V, LLC (9036). The Debtors' mailing address is 625 N. Grand Avenue, Santa Ana, California 92701.

-1-

DOCS_LA:324626.1 29266/002

| | |
|---|---|
| Affects: | **ORDER GRANTING OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR ORDER APPROVING SETTLEMENT BETWEEN THE COMMITTEE, PENSION BENEFIT GUARANTY CORPORATION, AARON B. KUSHNER AND ERIC J. SPITZ** |
| ☒ All Debtors | |
| ☐ Freedom Communications, Inc., a Delaware corporation, ONLY | |
| ☐ Freedom Communications Holdings, Inc., a Delaware corporation, ONLY | |
| ☐ Freedom Services, Inc., a Delaware corporation, ONLY | **Hearing Date and Time:**<br>Date: September 23, 2019<br>Time: 2:00 p.m. |
| ☐ 2100 Freedom, Inc., a Delaware corporation, ONLY | Place: Courtroom 6C<br>411 West Fourth Street<br>Santa Ana, CA 92701 |
| ☐ OCR Community Publications, Inc., a California corporation, ONLY | Judge: Honorable Mark S. Wallace |
| ☐ Daily Press, LLC, a California limited liability company, ONLY | |
| ☐ Freedom California Mary Publishing, Inc., a California corporation, ONLY | **[Relates to Docket No. 1565]** |
| ☐ Freedom California Ville Publishing Company LP, a California limited partnership, ONLY | |
| ☐ Freedom Colorado Information, Inc., a Delaware corporation, ONLY | |
| ☐ Freedom Interactive Newspapers, Inc., a California corporation, ONLY | |
| ☐ Freedom Interactive Newspapers of Texas, Inc., a Delaware corporation, ONLY | |
| ☐ Freedom Newspaper Acquisitions, Inc., a Delaware corporation, ONLY | |
| ☐ Freedom Newspapers, a Texas general partnership, ONLY | |
| ☐ Freedom Newspapers, Inc., a Delaware corporation, ONLY | |
| ☐ Freedom Newspapers of Southwestern Arizona, Inc., a California corporation, ONLY | |
| ☐ OCR Information Marketing, Inc., a California corporation, ONLY | |
| ☐ Odessa American, a Texas general partnership, ONLY | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

-2-

DOCS_LA:324626.1 29266/002

☐ Orange County Register Communications, Inc., a California corporation, ONLY

☐ Victor Valley Publishing Company, a California corporation, ONLY

☐ Victorville Publishing Company, a California limited partnership, ONLY

☐ Freedom SPV II, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV VI, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV I, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV IV, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV V, LLC, a Delaware limited liability company, ONLY

The Court having considered the *Official Committee of Unsecured Creditors' Motion for Order Approving Settlement Between the Committee, Pension Benefit Guaranty Corporation, Aaron B. Kushner and Eric J. Spitz* [Docket No. 1565] ("Motion")[2] and the opposition to the Motion [Docket No. 1569] ("Opposition"), the additional materials filed in connection with the Motion and Opposition, and the arguments presented by counsel at the hearing on the Motion; and after due deliberation it appearing that good cause exists to grant the relief requested in the Motion,

**IT IS ORDERED** that:

1. The Motion is GRANTED.

2. For the reasons stated in the Court's tentative ruling on the Motion, which is attached hereto as **Exhibit A** and which the Court adopts as its final ruling on the Motion, (a) the Settlement Agreement is approved pursuant to Fed. R. Bankr. P. 9019, and (b) the Court finds that the Settlement Agreement was entered into in good faith pursuant to Cal. Code Civ. Proc. § 877.6.

---

[2] Capitalized terms not otherwise defined herein have the meanings ascribed to such terms in the Motion.

-3-

DOCS_LA:324626.1 29266/002

3. The OCUC is authorized to take any and all actions reasonably necessary to effectuate the Settlement Agreement without further order of the Court.

4. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

####

DOCS_LA:324626.1 29266/002

# EXHIBIT A

# United States Bankruptcy Court
# Central District of California
Santa Ana
Judge Mark Wallace, Presiding
Courtroom 6C Calendar

---

**Monday, September 23, 2019**                                                  **Hearing Room    6C**

<u>2:00 PM</u>
**8:15-15311    Freedom Communications, Inc.**                                          **Chapter 11**

**#3.00**

CONT'D Hearing RE:  Official Committee Of Unsecured Creditors' Motion For Order Approving Settlement Between The Committee, Pension Benefit Guaranty Corporation, Aaron B. Kushner And Eric J. Spitz
(Motion filed 8/21/19)

FR:  9-16-19

Docket    1565

**Tentative Ruling:**

**APPEARANCES REQUIRED**.

<u>Factual Background</u>

Freedom Communications, Inc. and its affiliated entities ("Debtors") owned and operated the *Orange County Register*, a major newspaper in Orange County.  Debtors maintained a defined benefit plan (the "Pension Plan") for employee-participants. Rights of employee-participants to distributions from the Pension Plan are insured by the Pension Benefit Guaranty Corporation ("PBGC").

After Debtors commenced this chapter 11 proceeding on or about November 1, 2015, the Official Committee of Unsecured Creditors (the "Committee") was appointed by the Office of the United States Trustee.  Subsequently, Debtors assigned to the Committee Debtors' choses in action against former officers Aaron Kushner ("Mr. Kushner") and Eric Spitz ("Mr. Spitz") and various other parties for alleged wrongdoing involving the Pension Plan.

The Committee commenced an adversary proceeding on January 26, 2017 against Messrs. Kushner and Spitz and other parties (the "Adversary Proceeding") alleging that Messrs. Kushner and Spitz breached their fiduciary duties by causing the Pension Plan to purchase life insurance-based investments as part of an ill-conceived scheme to make it appear that the Pension Plan was more funded than it actually was.  (The

# United States Bankruptcy Court
## Central District of California
Santa Ana
Judge Mark Wallace, Presiding
Courtroom 6C Calendar

**Monday, September 23, 2019**                                                                                                                 **Hearing Room**     **6C**

**2:00 PM**
**CONT...**     **Freedom Communications, Inc.**                                                             **Chapter 11**

scheme may have involved what is sometimes derogatorily referred to as "janitor insurance," that is, life insurance on persons other than key employees).  Included as defendants in the Adversary Proceedings are persons and entities who are alleged to have facilitated the Pension Plan's investments in the life insurance and to have earned commissions exceeding $10 million with respect to the sale and placement of such life insurance.

On February 14, 2019, the PBGC commenced an action in the United States District Court for the Central District of California (the "District Court") against Messrs. Kushner, Spitz and other defendants (the "District Court Action").  The District Court Action alleges causes of action for alleged breaches of the duties of loyalty and prudence, alleged liability as fiduciaries for prohibited transactions and other wrongdoing.

The Motion

The Committee now moves for entry of an approving a settlement (the "Motion") among the Committee, the PBGC, and Messrs. Kushner and Spitz whereby upon approval of the settlement by both this Court and the District Court, insurers Chubb and Hiscox would pay $7,835,000 to the Committee by wire transfer in exchange for releases by the Debtors, the Committee and the PBGC of claims and causes of action against Messrs. Kushner and Spitz.  Expressly excluded from the settlement are claims and causes of action against Richard J. Covelli, Traci M. Christian and various entities (the "Covelli-Christian Parties").

The Committee argues in the Motion that the settlement is in the best interests of the Debtors' bankruptcy estates and should be approved by the Court for the following reasons:  (1) Messrs. Kushner and Spitz lack the financial capacity to materially contribute to a settlement or to pay a judgment, thereby leaving the $5 million Chubb policy and $5 million Hiscox policy as the only sources of settlement moneys; (2) the Chubb policy and the Hiscox policy is each a so-called "burning limits" policy such that litigation costs will reduce the total amount available under the policy to pay a settlement or judgment; and (3) the proposed settlement is reasonable under the

# United States Bankruptcy Court
# Central District of California
Santa Ana
Judge Mark Wallace, Presiding
Courtroom 6C Calendar

**Monday, September 23, 2019**                                           **Hearing Room    6C**

<u>2:00 PM</u>
**CONT...        Freedom Communications, Inc.                                            Chapter 11**

circumstances, fair and equitable and in the best interests of the bankruptcy estate and creditor constituencies because it satisfies the standards of *In re A&C Properties*, 784 F.2d 1377 (9th Cir. 1986). One of the standards of *A & C Properties* is difficulty in collection. The Motion points out that the two insurance policies referenced above are the only source of collection money and that the $7,835,000 payment will exhaust the remaining projected amount of insurance coverage under those policies taking into account their "burning limits" feature.

The second and third factors in *A&C Properties* relate to the complexity of the litigation and the likelihood of success in the litigation. The Committee argues that the litigation is very complex, that 20 depositions of fact witnesses will be required if the case does not settle and that litigation costs funded by Chubb and Hiscox will materially erode the policy limits. The Committee believes it will prevail in the litigation.

The fourth and final factor relates to the paramount interests of creditors. Clearly, the paramount interest of creditors is to maximize the value of the bankruptcy estates so that maximum distributions can be made to creditors. The Committee contends that the proposed settlement accomplishes this by extracting the full amount available under the policies from the insurers – who are the only parties financially capable of paying a settlement or a judgment.

<u>Opposition to the Motion</u>

The Covelli-Christian Parties oppose the settlement on the ground that the settlement agreement leaves unclear the precise amount that the Debtors' bankruptcy estates will net from the $7,835,000 settlement. They point out that the settlement agreement provides that in numbered paragraph 3 the $7,835,000 will be allocated between the Debtors' bankruptcy estates on one hand and the PBGC on the other hand pursuant to an agreement between the Committee and the PBGC subject to this Court's approval. They argue that this Court lacks information necessary to a proper evaluation of the settlement agreement (and cannot determine whether the settlement was made in good faith) because it is unknown at this time how much of the $7,835,000 the bankruptcy

# United States Bankruptcy Court
# Central District of California
Santa Ana
Judge Mark Wallace, Presiding
Courtroom 6C Calendar

**Monday, September 23, 2019**       Hearing Room    **6C**

### 2:00 PM
**CONT...**     **Freedom Communications, Inc.**                    **Chapter 11**

estates will actually receive.

<u>Analysis</u>

As a matter of common sense and logic, it is unnecessary for this Court to know how much the Debtors' bankruptcy estates will net from the $7,835,000 settlement in order to determine whether the settlement should be approved under *A&C Properties*. Where, as here, a settlement extracts the maximum amount possible from the settling defendants, this is the best case scenario and cannot be improved upon. The Motion does not ask the Court to approve a settlement between the Committee and the PBGC, it asks the Court to approve a settlement between the Committee and PBGC on one hand and Messrs. Kushner and Spitz on the other hand. The proper allocation between the Committee and the PBGC is an issue for another day and need not be decided here. The settlement proposed here maximizes the pool of money to be allocated between the Committee and the PBGC, and that is all that matters with respect to such settlement in terms of Court approval.

The Motion is granted. The Committee shall lodge the order.

The Covelli-Christian Parties' request for judicial notice is granted.

| Party Information |
|---|

**Debtor(s):**

    Freedom Communications, Inc.        Represented By
                                                        William N Lobel
                                                        Beth Gaschen
                                                        Alan J Friedman
                                                        Christopher J Green
                                                        Caroline Djang
                                                        Scott D Fink
                                                        Reed M Mercado

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**10100 Santa Monica Blvd., Suite 1300, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled: ***NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 23, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **September 23, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 23, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Via Federal Express*
The Honorable Mark S Wallace
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 6135
Santa Ana, CA 92701-4593

*Via Email*
Carolyn Lachman – lachman.carolyn@pbgc.gov
Robert J. Guite – rguite@sheppardmullin.com
Michael Joyce – mjoyce@chubb.com
Christopher A. Parady – eparady@peabodyarnold.com
Joel Ruderman – ruderman.joel@pbgc.gov

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 23, 2019 | Melisa DesJardien | /s/ *Melisa DesJardien* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*  **F 9021-1.2.BK.NOTICE.LODGMENT**
DOCS_LA:324630.1 29266/002

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
   8:15-bk-15311-MW

- Kyra E Andrassy    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- David M Banker    dbanker@lowenstein.com, dbanker@lowenstein.com
- Richard L Barnett    rick@barnettrubin.com, kelly@barnettrubin.com
- James Cornell Behrens    jbehrens@milbank.com, gbray@milbank.com;mshinderman@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com
- Shraddha Bharatia    notices@becket-lee.com
- Matthew Bouslog    MBouslog@gibsondunn.com, msandoval@gibsondunn.com
- J Scott Bovitz    bovitz@bovitz-spitzer.com
- Larry Butler    notices@becket-lee.com
- Frank Cadigan    frank.cadigan@usdoj.gov
- Andrew W Caine    acaine@pszjlaw.com
- David Cantrell    dcantrell@lc-law-llp.com
- Jeffrey D Cawdrey    jcawdrey@grsm.com, jmydlandevans@grsm.com;madeyemo@gordonrees.com;sdurazo@grsm.com
- Conrad K Chiu    cchiu@pryorcashman.com
- Carol Chow    carol.chow@ffslaw.com, easter.santamaria@ffslaw.com
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Theodore A Cohen    tcohen@sheppardmullin.com, amontoya@sheppardmullin.com
- Erinn M Contreras    econtreras@sheppardmullin.com, nsaucedo@sheppardmullin.com
- Joseph Corrigan    Bankruptcy2@ironmountain.com
- Raphael Cung    rcung@callahan-law.com, jeggleston@callahan-law.com;deisenbrey@callahan-law.com;mmartinez@callahan-law.com
- Michael T Delaney    mdelaney@bakerlaw.com
- Jessica DiFrancesco    notices@becket-lee.com
- Caroline Djang    caroline.djang@bbklaw.com, julie.urquhart@bbklaw.com;sansanee.wells@bbklaw.com;paul.nordlund@bbklaw.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Robert J Feinstein    rfeinstein@pszjlaw.com
- Scott D Fink    brodellecf@weltman.com
- Marc C Forsythe    kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
- Alan J Friedman    afriedman@lwgfllp.com, lgauthier@shbllp.com
- Alan J Friedman    afriedman@shbllp.com, lgauthier@shbllp.com
- Matthew T Furton    mfurton@lockelord.com, cpaul@lockelord.com;chicagodocket@lockelord.com
- Thomas M Gaa    tgaa@bbslaw.com
- Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- David B Golubchik    dbg@lnbyb.com, stephanie@lnbyb.com
- Christopher J Green    chrisgreen@ucla.edu, chrisgreen@ucla.edu;christopher-green-2815@ecf.pacerpro.com
- Justin D Harris    jdh@harrislawfirm.net, felicia@harrislawfirm.net
- Michael J Hauser    michael.hauser@usdoj.gov
- Eric M Heller    eric.m.heller@irscounsel.treas.gov
- Lillian Jordan    ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- Samuel M Kidder    skidder@bhfs.com
- Jeannie Kim    jkim@buchalter.com
- Alan M Kindred    akindred@leechtishman.com, alankindred@hotmail.com;dtomko@leechtishman.com
- Armand R. Kizirian    armand@boyamianlaw.com, michael@boyamianlaw.com;brett@boyamianlaw.com;jessica@boyamianlaw.com;jennifer@boyamianlaw.com
- Stuart I Koenig    Skoenig@leechtishman.com, sfrey@leechtishman.com;jabrams@leechtishman.com
- Alan J Kornfeld    akornfeld@pszjlaw.com, mdj@pszjlaw.com
- Matthew J Kraus    mkraus@lc-lawyers.com, mbuchheit@lc-lawyers.com
- Jeffrey C Krause    jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
- Yochun Katie Lee    kylee@akingump.com, tsouthwell@akingump.com;westdocketing@akingump.com
- Elan S Levey    elan.levey@usdoj.gov, louisa.lin@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    **F 9021-1.2.BK.NOTICE.LODGMENT**
DOCS_LA:324630.1 29266/002

- William N Lobel    wlobel@pszjlaw.com, nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
- Aaron J Malo    amalo@sheppardmullin.com, jsummers@sheppardmullin.com
- Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Ashley M McDow    amcdow@foley.com, sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com
- David W. Meadows    david@davidwmeadowslaw.com
- Reed M Mercado    rmercado@sheppardmullin.com
- Harlene Miller    harlene@harlenemillerlaw.com, harlenejd@gmail.com
- Raymond F Moats    colcaecf@weltman.com
- Elizabeth L Musser    emusser@londonfischer.com
- Jeffrey P Nolan    jnolan@pszjlaw.com
- Courtney E Norton    cnorton@greenbergglusker.com, kwoodson@greenbergglusker.com;jking@greenbergglusker.com;calendar@greenbergglusker.com
- Ryan D O'Dea    rodea@shbllp.com, LGauthier@shbllp.com
- John M O'Donnell    john.o'donnell@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- Ernie Zachary Park    ernie.park@bewleylaw.com
- Ronak N Patel    rpatel@rivco.org, dresparza@rivco.org;mdominguez@rivco.org
- Mary A Petrovic    petrovic.mary@pbgc.gov, efile@pbgc.gov
- Marc S Pfeuffer    pfeuffer.marc@pbgc.gov, efile@pbgc.gov
- Kathy Bazoian Phelps    kphelps@diamondmccarthy.com, ericka.clarke@diamondmccarthy.com
- Christopher E Prince    , jmack@lesnickprince.com;erivas@lesnickprince.com;cprince@ecf.courtdrive.com
- Amelia Puertas-Samara    itcdbgc@edd.ca.gov, itcdgc@edd.ca.gov
- Christopher B Queally    cqueally@callahan-law.com, jluirette@callahan-law.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Todd C. Ringstad    becky@ringstadlaw.com, arlene@ringstadlaw.com
- Christopher O Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Jeremy E Rosenthal    jrosenthal@sidley.com
- Peter J Rudinskas    pjr.legal@gmail.com
- James M Sabovich    jsabovich@callahan-law.com, ksalour@callahan-law.com;jkirwin@callahan-law.com;rcung@callahan-law.com;bmccormack@callahan-law.com;erichards@callahan-law.com;SRobinson@callahan-law.com
- Jonathan C Sandler    jsandler@bhfs.com, pherron@bhfs.com;sgrisham@bhfs.com
- Scott A Schiff    sas@soukup-schiff.com
- Daren M Schlecter    daren@schlecterlaw.com, assistant@schlecterlaw.com
- George E Schulman    GSchulman@DGDK.Com, danninggill@gmail.com;gschulman@ecf.inforuptcy.com
- Leonard M Shulman    lshulman@shbllp.com
- Donald W Sieveke    , dws4law@pacbell.net
- Donald W Sieveke    ibmoola@yahoo.com, dws4law@pacbell.net
- David P. Simonds    dsimonds@akingump.com, tsouthwell@akingump.com
- David A Smyth    smythlaw@gmail.com, dsmyth2_@hotmail.com
- Alex E Spjute    spjute@hugheshubbard.com, gaurav.reddy@hugheshubbard.com
- Sarah Stuppi    Sarah@stuppilaw.com
- Helena Tseregounis    htseregounis@sidley.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Daniel Uribe    duribe@gmail.com
- Elissa A Wagner    ewagner@pszjlaw.com
- Michael A Wallin    mwallin@wallinrussell.com
- Scott S Weltman    colcaecf@weltman.com
- Johnny White    JWhite@wrslawyers.com, aparisi@wrslawyers.com;eweiman@wrslawyers.com;chamilton@wrslawyers.com
- Brandon J Witkow    bw@witkowlaw.com, tg@witkowlaw.com
- Steven D Zansberg    szansberg@lskslaw.com, mkelley@lskslaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    **F 9021-1.2.BK.NOTICE.LODGMENT**
DOCS_LA:324630.1 29266/002

**2. SERVED BY UNITED STATES MAIL**:

**2002 SERVICE LIST**

Debtor
Freedom Communications, Inc.,
Attn: Rich Mirman, CEO
a Delaware Corporation
625 N. Grand Ave.
Santa Ana, CA 9270

Peter C. Anderson, U.S. Trustee
Frank Cadigan, Asst. U.S. Trustee
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701

Special Counsel for Debtors
William F. Meehan
Caroline Djang
Rutan & Tucker LLP
611 Anton Blvd., 14th Floor
Costa Mesa, CA 92626

Beth Gaschen
Lobel Weiland
 Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Creditors' Committee Chairman
John J. Butler
Pension Benefit Guaranty Corporation
1200 K Street NW
Washington, DC 20005-4026

Attys for Silver Point Finance, LLC, et al.
Seth Goldman
Thomas B. Walper
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560

Silver Point Finance LLC
Paul Weiss Rifkind Wharton &
 Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6031

Silver Point Finance, as Coll. Agent
Attn: Managing Agent/Officer or
 Director
Two Greenwich Plaza, First Floor
Greenwich, CT 06830-6353

**Request for Special Notice:**

Attys for Angelo, Gordon Management
David P. Simonds
Akin Gump Strauss Hauer & Feld LLP
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067-4614

Attys for Angelo, Gordon Management
Lisa G. Beckerman
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park, BofA Tower
New York, NY 10036-6745

Attys for Tribune Publishing Company
Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn Street, #900
Chicago, IL 60603

Attys for Pension Benefit Guaranty Corp.
Mary A. Petrovic
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, D.C. 20005

Attys for The Bank of NY Mellon
Chistopher O. Rivas
Reed Smith
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071

Geoffrey Lyon
Lyon Law
400 Oceangate, Ste 1120
Long Beach, CA 90802

Khatib Mazen
Lyon Law PC
400 Oceangate, Ste. 450
Long Beach, CA 90802

Rick Y. Zou
Lyon Law PC
10960 Wilshire Blvd, Ste 820
Los Angeles, CA 90024

John O. Aernecke
164 Marriott Avenue
Schenectady, NY 12304

Adam B. Summers
6522 Corte Montecito
Carlsbad, CA 92009

Thomas J. Campbell
22536 Lake Forest Lane
Lake Forest, CA 92630

Leslie C. Heilman
Ballard Spahr LLP
919 North Market St., 11th Fl.
Wilmington, DE 19801-3034

Elizabeth Anne Ronca
29512 Los Osos Drive
Laguna Niguel, CA 92677

Rutan & Tucker LLP
611 Anton Blvd, Ste 1400
Costa Mesa, CA 92626-1931

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                                                                    **F 9021-1.2.BK.NOTICE.LODGMENT**
DOCS_LA:324630.1 29266/002