1   Robert J. Feinstein (Pro Hac Vice)
    Alan J. Kornfeld (CA Bar No. 130063)
2   Jeffrey W. Dulberg (CA Bar No. 181200)
    Elissa A. Wagner (CA Bar No. 213589)
3   PACHULSKI STANG ZIEHL & JONES LLP
    10100 Santa Monica Blvd., 13th Floor
4   Los Angeles, CA  90067
    Telephone: 310/277-6910
5   Facsimile:  310/201-0760
    Email:    rfeinstein@pszjlaw.com
6             akornfeld@pszjlaw.com
              jdulberg@pszjlaw.com
7             ewagner@pszjlaw.com

8   Counsel for the Official Committee of Unsecured Creditors

9                    **UNITED STATES BANKRUPTCY COURT**

10                   **CENTRAL DISTRICT OF CALIFORNIA**

11                        **SANTA ANA DIVISION**

12

| | |
|---|---|
| In re: | Case No.: 8:15-bk-15311-MW |
| FREEDOM COMMUNICATIONS, INC., a Delaware corporation, et al.,[1] | Chapter 11 |
| Debtors and Debtors-in-Possession. | (Jointly Administered with Case Nos. 8:15-bk-15312-MW; 8:15-bk-15313-MW; 8:15-bk-15315-MW; 8:15-bk-15316-MW; 8:15-bk-15317-MW; 8:15-bk-15318-MW; 8:15-bk-15319-MW; 8:15-bk-15320-MW; 8:15-bk-15321-MW; 8:15-bk-15322-MW; 8:15-bk-15323-MW; 8:15-bk-15324-MW; 8:15-bk-15325-MW; 8:15-bk-15326-MW; 8:15-bk-15327-MW; 8:15-bk-15328-MW; 8:15-bk-15329-MW; 8:15-bk-15330-MW; 8:15-bk-15332-MW; 8-15-bk-15337-MW; 8:15-bk-15339-MW; 8-15-bk-15340-MW; 8:15-bk-15342-MW; 8:15-bk-15343-MW) |

13

14

15

16

17

18

19

20

21

22

23  [1] The last four digits of the Debtors' federal tax identification numbers are as follows: Freedom Communications, Inc. (0750); Freedom Communications Holdings, Inc. (2814); Freedom Services, Inc.
24  (3125); 2100 Freedom, Inc. (7300); OCR Community Publications, Inc. (9752); Daily Press, LLC (3610); Freedom California Mary Publishing, Inc. (4121); Freedom California Ville Publishing Company LP (7735);
25  Freedom Colorado Information, Inc. (7806); Freedom Interactive Newspapers, Inc. (9343); Freedom Interactive Newspapers of Texas, Inc. (8187); Freedom Newspaper Acquisitions, Inc. (4322); Freedom
26  Newspapers (7766); Freedom Newspapers, Inc. (3240); Freedom Newspapers of Southwestern Arizona, Inc. (5797); OCR Information Marketing, Inc. (7983); Odessa American (7714); Orange County Register
27  Communications, Inc. (7980); Victor Valley Publishing Company (6082); Victorville Publishing Company (7617); Freedom SPV II, LLC (8253); Freedom SPV VI, LLC (8434); Freedom SPV I, LLC (3293); Freedom
28  SPV IV, LLC (8500); and Freedom SPV V, LLC (9036). The Debtors' mailing address is 625 N. Grand Avenue, Santa Ana, California 92701.

DOCS_LA:326012.1 29266/002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

2

Affects:

☒    All Debtors

3

4

☐    Freedom Communications, Inc., a Delaware corporation, ONLY

5

☐    Freedom Communications Holdings, Inc., a Delaware corporation, ONLY

6

7

☐    Freedom Services, Inc., a Delaware corporation, ONLY

8

☐    2100 Freedom, Inc., a Delaware corporation, ONLY

9

10

☐    OCR Community Publications, Inc., a California corporation, ONLY

11

☐    Daily Press, LLC, a California limited liability company, ONLY

12

13

☐    Freedom California Mary Publishing, Inc., a California corporation, ONLY

14

15

☐    Freedom California Ville Publishing Company LP, a California limited partnership, ONLY

16

☐    Freedom Colorado Information, Inc., a Delaware corporation, ONLY

17

18

☐    Freedom Interactive Newspapers, Inc., a California corporation, ONLY

19

☐    Freedom Interactive Newspapers of Texas, Inc., a Delaware corporation, ONLY

20

21

☐    Freedom Newspaper Acquisitions, Inc., a Delaware corporation, ONLY

22

☐    Freedom Newspapers, a Texas general partnership, ONLY

23

24

☐    Freedom Newspapers, Inc., a Delaware corporation, ONLY

25

☐    Freedom Newspapers of Southwestern Arizona, Inc., a California corporation, ONLY

26

27

☐    OCR Information Marketing, Inc., a California corporation, ONLY

28

☐    Odessa American, a Texas general partnership, ONLY

**NOTICE OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR ORDER APPROVING SETTLEMENT BETWEEN THE COMMITTEE, THE PENSION BENEFIT GUARANTY CORPORATION, AND THE DEBTORS**

**Hearing Date and Time:**
Date:        December 16, 2019
Time:        2:00 p.m.

Place:       Courtroom 6C
             411 West Fourth Street
             Santa Ana, CA 92701

Judge:       Honorable Mark S. Wallace

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

-2-

DOCS_LA:326012.1 29266/002

1  ☐ Orange County Register Communications, Inc., a California corporation, ONLY

2

3  ☐ Victor Valley Publishing Company, a California corporation, ONLY

4  ☐ Victorville Publishing Company, a California limited partnership, ONLY

5

6  ☐ Freedom SPV II, LLC, a Delaware limited liability company, ONLY

7  ☐ Freedom SPV VI, LLC, a Delaware limited liability company, ONLY

8

9  ☐ Freedom SPV I, LLC, a Delaware limited liability company, ONLY

10  ☐ Freedom SPV IV, LLC, a Delaware limited liability company, ONLY

11

12  ☐ Freedom SPV V, LLC, a Delaware limited liability company, ONLY

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

14  **TO THE HONORABLE MARK S. WALLACE, UNITED STATES BANKRUPTCY JUDGE,**
15  **THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES-IN-INTEREST:**

16      **PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors ("OCUC")

17  appointed in the chapter 11 cases of the above-captioned debtors and debtors in possession

18  (collectively, the "Debtors") has filed a motion (the "Motion") with the Court seeking entry of an

19  order, pursuant to section 105(a) of title 11 of the United States Code and Rule 9019(a) of the

20  Federal Rules of Bankruptcy Procedure, approving a settlement ("Settlement Agreement") entered

21  into between the OCUC, the Pension Benefit Guaranty Corporation ("PBGC") and the Debtors

22  (collectively, the "Parties"). The Settlement Agreement is attached as **Exhibit A** to the Motion.[2]

23      As set forth in the Motion, the Parties entered into the Settlement Agreement in connection

24  with the claims asserted by the OCUC, on behalf of the Debtors, in the adversary proceeding captioned

25  as *Official Committee of Unsecured Creditors of Freedom Communications, Inc., et al. v. Kushner,*

26  *et al.*, Adv. No. 8:17-ap-01012-MW (Bankr. C.D. Cal.) (the "Adversary Proceeding"), the action

27

28  [2] In the event of any discrepancies between any summary of the Settlement Agreement set forth herein and the Settlement Agreement itself, the Settlement Agreement shall control.

-3-

DOCS_LA:326012.1 29266/002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    commenced by the PBGC in the United States District Court for the Central District of California

2    ("District Court") under the caption *Pension Benefit Guaranty Corporation v. Spitz, et al.*, Case No.

3    8:19-cv-00299-DOC-DFM (C.D. Cal.) ("District Court Action"), and the claims filed by the PBGC

4    in the chapter 11 cases (the "PBGC Claims"). The salient terms of the Settlement Agreement are as

5    follows:

6    &bull;  Of the $8,235,000 of settlement proceeds received or to be received on account of the

7         claims asserted in the Adversary Proceeding and the District Court Action – of which

8         $400,000 was received pursuant to a settlement with Larry P. Chinn and Financial

9         Institution Consulting Corporation, and $7,835,000 is to be received pursuant to a

10        settlement with Aaron B. Kushner and Eric J. Spitz – one-third of the proceeds

11        ($2,745,000) shall be paid to the PBGC (the "PBGC Settlement Amount"), one-third of

12        the proceeds ($2,745,000) shall be paid to the Debtors' chapter 11 estates

13        (collectively, the "Bankruptcy Estate") as consideration for the legal services provided by

14        the OCUC's counsel in connection with the Adversary Proceeding, and one-third of the

15        proceeds ($2,745,000) shall be paid to the Bankruptcy Estate. Thus, the Settlement

16        Agreement will result in a total payment of $5,490,000 to the Bankruptcy Estate.

17   &bull;  The OCUC will assign the claims asserted in the Adversary Proceeding against Richard J.

18        Covelli ("Covelli") and his related entities (the "Covelli Claims") to the PBGC.  The PBGC

19        will have exclusive authority to prosecute and/or settle the Covelli Claims, and any funds

20        recovered by the PBGC on account of the Covelli Claims (the "Covelli Recoveries") will

21        belong exclusively to the PBGC.  As a result of this assignment, the Bankruptcy Estate will

22        avoid incurring further litigation expense in connection with the Adversary Proceeding –

23        the OCUC has entered into or is finalizing settlement agreements with all other defendants

24        in the Adversary Proceeding – and the PBGC, which has the resources available to pursue

25        the litigation against Covelli to a final judgment (if necessary), will be able to continue to

26        seek redress for the harm suffered by the Debtors and their Pension Plan as a result of

27        Covelli's misconduct.

28

-4-

- All funds received pursuant to a pending settlement between the OCUC, the PBGC and Traci M. Christian and her related entity (collectively, "Christian") will belong exclusively to the PBGC. The OCUC and the PBGC have entered into a term sheet with Christian, a copy of which is attached as **Exhibit B** to the Motion. As reflected in that term sheet, Christian has agreed to pay $120,000 to resolve the claims asserted against Christian in the Adversary Proceeding and the District Court Action. Once the OCUC and the PBGC have finalized and executed a formal settlement agreement with Christian, the OCUC will file a separate motion seeking the Court's approval of that settlement.

- The PBGC will forego any right to receive additional distributions from the Debtors or the Bankruptcy Estate unless and until (i) all administrative and priority claims against the Debtors have been paid in full, and (ii) a distribution of $1,000,000 has been made to the Debtors' other general unsecured creditors. Because the PBGC is the single largest creditor of the Debtors, with in excess of $174,000,000 of unpaid claims filed in the chapter 11 cases, this provision of the Settlement Agreement will increase the likelihood that the Debtors' other general unsecured creditors will receive distributions from the Bankruptcy Estate.

- Finally, to effectuate the terms of the Settlement Agreement and enable the PBGC to prosecute the Covelli Claims effectively and efficiently, (i) the OCUC has filed a motion, which has been noticed for a hearing in the District Court on January 6, 2020, seeking to withdraw the reference of the Adversary Proceeding and consolidate the Adversary Proceeding with the District Court Action, and (ii) the OCUC will transfer to the PBGC all litigation materials related to the Adversary Proceeding, including trial preparation materials and other work product prepared by the OCUC's counsel in connection with the Adversary Proceeding.

In sum, the Settlement Agreement provides for a total payment of $5,490,000 to the Bankruptcy Estate, compensates the Bankruptcy Estate for approximately three years of litigation expense incurred by the OCUC's counsel in connection with the investigation and prosecution of the Adversary Proceeding, allows the Bankruptcy Estate to avoid further litigation expense in the

-5-

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    Adversary Proceeding, increases the likelihood that the Debtors' general unsecured creditors will

2    receive distributions, and provides a path for the resolution of the chapter 11 cases, while at the same

3    time compensating the PBGC and ensuring that the PBGC can efficiently and effectively prosecute

4    the claims against the only remaining non-settling defendants (Covelli and his related entities).

5    Accordingly, by the Motion, the OCUC respectfully requests that the Court enter an order authorizing

6    and approving the Settlement Agreement.

7          **PLEASE TAKE FURTHER NOTICE** that the Motion is based on this Notice, the Motion

8    and exhibits thereto, the Memorandum of Points and Authorities, and all pleadings, documents and

9    records on file with the Court in the Debtors' chapter 11 cases, as well as any other material that may

10    be presented to the Court in connection with this matter.

11          **PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion is scheduled for

12    **December 16, 2019 at 2:00 p.m. (prevailing Pacific time)**.  The hearing will be held before the

13    Honorable Mark S. Wallace, United States Bankruptcy Judge, at the United States Bankruptcy Court

14    for the Central District of California, Santa Ana Division, located at 411 West Fourth Street,

15    Courtroom 6C, Santa Ana, California 92701.

16          **PLEASE TAKE FURTHER NOTICE** that, pursuant to LBR 9013-1, any opposition or

17    other response to the Motion must be filed with the Court and served on the following parties at least

18    fourteen (14) days prior to the hearing date, in the form required by LBR 9013-1(f):

19    **Counsel for the OCUC**
Robert J. Feinstein

20    Alan J. Kornfeld
Jeffrey W. Dulberg

21    Elissa A. Wagner
Pachulski Stang Ziehl & Jones LLP

22    10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

23    Email:  rfeinstein@pszjlaw.com

24          akornfeld@pszjlaw.com
      jdulberg@pszjlaw.com

25          ewagner@pszjlaw.com

26

27

28

-6-

DOCS_LA:326012.1 29266/002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  **Counsel for PBGC**

Joel W. Ruderman

2  Carolyn Lachman

Pension Benefit Guaranty Corporation

3  Office of the General Counsel

1200 K Street, NW

4  Suite 340

Washington, DC 20005-4026

5  Email: ruderman.joel@pbgc.gov

lachman.carolyn@pbgc.gov

6

7

8  **Counsel for the Debtors**

Alan J. Friedman

9  Shulman Bastian LLP

100 Spectrum Center Drive

10  Suite 600

Irvine, CA  92618

11  Email:  afriedman@shulmanbastian.com

12

13  **Office of the United States Trustee**

Frank Cadigan

14  Nancy S. Goldenberg

Michael J. Hauser

15  Office of the United States Trustee

411 W. Fourth Street

16  Suite 7160

Santa Ana, CA 92701-4593

17  Email: frank.cadigan@usdoj.gov

nancy.goldenberg@usdoj.gov

18  michael.hauser@usdoj.gov

19

20  **IF YOU FAIL TO FILE A WRITTEN OBJECTION TO THE MOTION WITHIN SUCH**

21  **TIME PERIOD, THE COURT MAY TREAT SUCH FAILURE AS A WAIVER OF YOUR**

22  **RIGHT TO OBJECT TO THE MOTION AND MAY APPROVE THE MOTION WITHOUT**

23  **A HEARING.**

24

25

26  [remainder of page intentionally blank]

27

28

-7-

DOCS_LA:326012.1 29266/002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

2

3    Dated:   November 25, 2019              PACHULSKI STANG ZIEHL & JONES LLP

4                                           */s/ Alan J. Kornfeld*

5                                           Robert J. Feinstein
                                            Alan J. Kornfeld
                                            Jeffrey W. Dulberg
6                                           Elissa A. Wagner

7                                           Counsel for the Official Committee of Unsecured Creditors

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

-8-

DOCS_LA:326012.1 29266/002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR ORDER APPROVING SETTLEMENT BETWEEN THE COMMITTEE, THE PENSION BENEFIT GUARANTY CORPORATION, AND THE DEBTORS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **November 25, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **November 25, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **November 25, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| **VIA OVERNIGHT MAIL** | **VIA EMAIL:** |
|---|---|
| Honorable Mark S. Wallace | Carolyn Lachman – lachman.carolyn@pbgc.gov |
| United States Bankruptcy Court | Robert J. Guite – rguite@sheppardmullin.com |
| Central District of California | Michael Joyce – mjoyce@chubb.com |
| Ronald Reagan Federal Building and Courthouse | Christopher A. Parady – cparady@peabodyarnold.com |
| 411 West Fourth Street, Suite 6135 / Courtroom 6C | Joel Ruderman – ruderman.joel@pbgc.gov |
| Santa Ana, CA 92701-4593 | William H. Forman -- wforman@scheperkim.com |

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 25, 2019 | Nancy H. Brown | */s/ Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

## 1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Kyra E Andrassy   kandrassy@swelawfirm.com,
lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
David M Banker   dbanker@lowenstein.com, dbanker@lowenstein.com
Richard L Barnett   rick@barnettrubin.com, kelly@barnettrubin.com
James Cornell Behrens   jbehrens@milbank.com,
gbray@milbank.com;mshinderman@milbank.com;dodonnell@milbank.com;j
brewster@milbank.com;JWeber@milbank.com
Shraddha Bharatia   notices@becket-lee.com
Matthew Bouslog   MBouslog@gibsondunn.com,
msandoval@gibsondunn.com
J Scott Bovitz   bovitz@bovitz-spitzer.com
Larry Butler   notices@becket-lee.com
Frank Cadigan   frank.cadigan@usdoj.gov
Andrew W Caine   acaine@pszjlaw.com
David Cantrell   dcantrell@lc-law-llp.com
Jeffrey D Cawdrey   jcawdrey@grsm.com,
jmydlandevans@grsm.com;madeyemo@gordonrees.com;sdurazo@grsm.com
Conrad K Chiu   cchiu@pryorcashman.com
Carol Chow   carol.chow@ffslaw.com, easter.santamaria@ffslaw.com
Shawn M Christianson   cmcintire@buchalter.com,
schristianson@buchalter.com
Theodore A Cohen   tcohen@sheppardmullin.com,
amontoya@sheppardmullin.com
Erinn M Contreras   econtreras@sheppardmullin.com,
nsaucedo@sheppardmullin.com
Joseph Corrigan   Bankruptcy2@ironmountain.com
Raphael Cung   rcung@callahan-law.com, jeggleston@callahan-
law.com;deisenbrey@callahan-law.com;mmartinez@callahan-law.com
Michael T Delaney   mdelaney@bakerlaw.com
Jessica DiFrancesco   notices@becket-lee.com
Caroline Djang   caroline.djang@bbklaw.com,
julie.urquhart@bbklaw.com;sansanee.wells@bbklaw.com;paul.nordlund@bb
klaw.com
Jeffrey W Dulberg   jdulberg@pszjlaw.com
Robert J Feinstein   rfeinstein@pszjlaw.com
Scott D Fink   brodellecf@weltman.com
Marc C Forsythe   kmurphy@goeforlaw.com,
mforsythe@goeforlaw.com;goeforecf@gmail.com
Alan J Friedman   afriedman@lwgfllp.com, lgauthier@shbllp.com
Alan J Friedman   afriedman@shbllp.com, lgauthier@shbllp.com
Matthew T Furton   mfurton@lockelord.com,
cpaul@lockelord.com;chicagodocket@lockelord.com
Thomas M Gaa   tgaa@bbslaw.com
Beth Gaschen   bgaschen@wgllp.com,
kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@
wgllp.com
Nancy S Goldenberg   nancy.goldenberg@usdoj.gov
David B Golubchik   dbg@lnbyb.com, stephanie@lnbyb.com
Christopher J Green   chrisgreen@ucla.edu,
chrisgreen@ucla.edu;christopher-green-2815@ecf.pacerpro.com
Justin D Harris   jdh@harrislawfirm.net, felicia@harrislawfirm.net
Michael J Hauser   michael.hauser@usdoj.gov
Eric M Heller   eric.m.heller@irscounsel.treas.gov
Lillian Jordan   ENOTICES@DONLINRECANO.COM,
RMAPA@DONLINRECANO.COM
Samuel M Kidder   skidder@bhfs.com
Jeannie Kim   jkim@buchalter.com, docket@buchalter.com
Alan M Kindred   akindred@leechtishman.com,
alankindred@hotmail.com;dtomko@leechtishman.com
Armand R. Kizirian   armand@boyamianlaw.com,
michael@boyamianlaw.com;brett@boyamianlaw.com;jessica@boyamianlaw.
com;jennifer@boyamianlaw.com
Stuart I Koenig   Skoenig@leechtishman.com,
sfrey@leechtishman.com;jabrams@leechtishman.com
Alan J Kornfeld   akornfeld@pszjlaw.com, mdj@pszjlaw.com
Matthew J Kraus   mkraus@lc-lawyers.com, mbuchheit@lc-lawyers.com
Jeffrey C Krause   jkrause@gibsondunn.com,
dtrujillo@gibsondunn.com;jstern@gibsondunn.com

Yochun Katie Lee   kylee@akingump.com,
tsouthwell@akingump.com;westdocketing@akingump.com
Elan S Levey   elan.levey@usdoj.gov, louisa.lin@usdoj.gov
William N Lobel   wlobel@pszjlaw.com,
nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
Aaron J Malo   amalo@sheppardmullin.com,
jsummers@sheppardmullin.com
Robert S Marticello   Rmarticello@swelawfirm.com,
gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
Ashley M McDow   amcdow@foley.com,
sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.
com
David W. Meadows   david@davidwmeadowslaw.com
Reed M Mercado   rmercado@sheppardmullin.com
Harlene Miller   harlene@harlenemillerlaw.com, harlenejd@gmail.com
Raymond F Moats   colcaecf@weltman.com
Elizabeth L Musser   emusser@londonfischer.com
Jeffrey P Nolan   jnolan@pszjlaw.com
Courtney E Norton   cnorton@greenbergglusker.com,
kwoodson@greenbergglusker.com;jking@greenbergglusker.com;calendar@g
reenbergglusker.com
Ryan D O'Dea   rodea@shbllp.com, LGauthier@shbllp.com
John M O'Donnell   john.o'donnell@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
Ernie Zachary Park   ernie.park@bewleylaw.com
Ronak N Patel   rpatel@rivco.org,
dresparza@rivco.org;mdominguez@rivco.org
Mary A Petrovic   petrovic.mary@pbgc.gov, efile@pbgc.gov
Marc S Pfeuffer   pfeuffer.marc@pbgc.gov, efile@pbgc.gov
Kathy Bazoian Phelps   kphelps@diamondmccarthy.com,
philip.dobbs@diamondmccarthy.com
Christopher E Prince   ,
jmack@lesnickprince.com;erivas@lesnickprince.com;cprince@ecf.courtdrive
.com
Amelia Puertas-Samara   itcdbgc@edd.ca.gov, itcdgc@edd.ca.gov
Christopher B Queally   cqueally@callahan-law.com, jluirette@callahan-
law.com
Michael B Reynolds   mreynolds@swlaw.com, kcollins@swlaw.com
Todd C. Ringstad   becky@ringstadlaw.com, arlene@ringstadlaw.com
Christopher O Rivas   crivas@reedsmith.com, chris-rivas-
8658@ecf.pacerpro.com
Jeremy E Rosenthal   jrosenthal@sidley.com
Peter J Rudinskas   pjr.legal@gmail.com
James M Sabovich   jsabovich@callahan-law.com, ksalour@callahan-
law.com;jkirwin@callahan-law.com;rcung@callahan-
law.com;bmccormack@callahan-law.com;erichards@callahan-
law.com;SRobinson@callahan-law.com
Jonathan C Sandler   jsandler@bhfs.com,
pherron@bhfs.com;sgrisham@bhfs.com
Scott A Schiff   sas@soukup-schiff.com
Daren M Schlecter   daren@schlecterlaw.com, assistant@schlecterlaw.com
George E Schulman   GSchulman@DGDK.com,
danninggill@gmail.com;gschulman@ecf.inforuptcy.com
Leonard M Shulman   lshulman@shbllp.com
Donald W Sieveke   , dws4law@pacbell.net
Donald W Sieveke   ibmoola@yahoo.com, dws4law@pacbell.net
David P. Simonds   dsimonds@akingump.com, tsouthwell@akingump.com
David A Smyth   smythlaw@gmail.com, dsmyth2_@hotmail.com
Alex E Spjute   spjute@hugheshubbard.com,
gaurav.reddy@hugheshubbard.com
Sarah Stuppi   Sarah@stuppilaw.com
Helena Tseregounis   htseregounis@sidley.com
United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov
Daniel Uribe   duribe@gmail.com
Elissa A Wagner   ewagner@pszjlaw.com
Michael A Wallin   mwallin@wallinrussell.com
Scott S Weltman   colcaecf@weltman.com
Johnny White   JWhite@wrslawyers.com, aparisi@wrslawyers.com
Brandon J Witkow   bw@witkowlaw.com, tg@witkowlaw.com
Steven D Zansberg   szansberg@lskslaw.com, mkelley@lskslaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**2. SERVED BY UNITED STATES MAIL**:

**2002 SERVICE LIST**

Debtor
Freedom Communications, Inc.,
Attn: Rich Mirman, CEO
a Delaware Corporation
625 N. Grand Ave.
Santa Ana, CA 9270

Peter C. Anderson, U.S. Trustee
Frank Cadigan, Asst. U.S. Trustee
411 West Fourth Street, Suite 9041
Santa Ana, CA  92701

Special Counsel for Debtors
William F. Meehan
Caroline Djang
Rutan & Tucker LLP
611 Anton Blvd., 14th Floor
Costa Mesa, CA  92626

Beth Gaschen
Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA  92626

Creditors' Committee Chairman
John J. Butler
Pension Benefit Guaranty Corporation
1200 K Street NW
Washington, DC 20005-4026

Attys for Silver Point Finance, LLC, et al.
Seth Goldman
Thomas B. Walper
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071-1560

Silver Point Finance LLC
Paul Weiss Rifkind Wharton &
  Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6031

Silver Point Finance, as Coll. Agent
Attn:  Managing Agent/Officer or
  Director
Two Greenwich Plaza, First Floor
Greenwich, CT  06830-6353

Request for Special Notice
Attys for Angelo, Gordon Management
David P. Simonds
Akin Gump Strauss Hauer & Feld LLP
1999 Avenue of the Stars, Suite 600
Los Angeles, CA  90067-4614

Request for Special Notice
Attys for Angelo, Gordon Management
Lisa G. Beckerman
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park, Bank of America Tower
New York, NY  10036-6745

Request for Special Notice
Attys for Tribune Publishing Company
Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn Street, #900
Chicago, IL  60603

Request for Special Notice
Attys for The Bank of NY Mellon
Chistopher O. Rivas
Reed Smith
355 S. Grand Avenue, Suite 2900
Los Angeles, CA  90071

Request for Special Notice
Attys for Pension Benefit Guaranty Corp.
Mary A. Petrovic
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, D.C.  20005

Geoffrey Lyon
Lyon Law
400 Oceangate, Ste 1120
Long Beach, CA 90802

Khatib Mazen
Lyon Law PC
400 Oceangate, Ste. 450
Long Beach, CA 90802

Rick Y. Zou
Lyon Law PC
10960 Wilshire Blvd Ste 820
Los Angeles, CA 90024

John O. Aernecke
164 Marriott Avenue
Schenectady, NY 12304

Adam B. Summers
6522 Corte Montecito
Carlsbad, CA  92009

Thomas J. Campbell
22536 Lake Forest Lane
Lake Forest, CA  92630

Leslie C. Heilman
Ballard Spahr LLP
919 North Market St., 11th Fl.
Wilmington, DE  19801-3034

Elizabeth Anne Ronca
29512 Los Osos Drive
Laguna Niguel, CA  92677

Rutan & Tucker LLP
611 Anton Blvd, Ste 1400
Costa Mesa, CA  92626-1931

**Attorney for Richard Covelli Parties**
William H. Forman
Scheper Kim and Harris LLP
800 W. 6th Street, 18th Floor
Los Angeles, CA 90017

Joel W. Ruderman, Asst. Gen. Counsel
Pension Benefit Guaranty Corporation
1200 K Street NW
Washington DC 20005-4026

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.