Alan J. Friedman (Bar No. 132580)
SHULMAN BASTIAN FRIEDMAN & BUI LLP
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email: afriedman@shulmanbastian.com

*Counsel for the Debtors Co-Plan Proponents*

Robert J. Feinstein (Pro Hac Vice)
Jeffrey W. Dulberg (Bar No. 181200)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email:   rfeinstein@pszjlaw.com
         jdulberg@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors Co-Plan Proponents*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>FREEDOM COMMUNICATIONS, INC., a Delaware corporation, et al.,[1]<br><br>Debtors and Debtors-in-Possession.<br><br>Affects:<br><br>☒  All Debtors<br><br>☐  Freedom Communications, Inc., a Delaware corporation, ONLY<br><br>☐  Freedom Communications Holdings, Inc., a Delaware corporation, ONLY | Case No.: 8:15-bk-15311-MW<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 8:15-bk-15312-MW; 8:15-bk-15313-MW; 8:15-bk-15315-MW; 8:15-bk-15316-MW; 8:15-bk-15317-MW; 8:15-bk-15318-MW; 8:15-bk-15319-MW; 8:15-bk-15320-MW; 8:15-bk-15321-MW; 8:15-bk-15322-MW; 8:15-bk-15323-MW; 8:15-bk-15324-MW; 8:15-bk-15325-MW; 8:15-bk-15326-MW; 8:15-bk-15327-MW; 8:15-bk-15328-MW; 8:15-bk-15329-MW; 8:15-bk-15330-MW; 8:15-bk-15332-MW; 8-15-bk-15337-MW; 8:15-bk-15339-MW; 8-15-bk-15340-MW; 8:15-bk-15342-MW; 8:15-bk-15343-MW) |

---

[1] The last four digits of the Debtors' federal tax identification numbers are as follows: Freedom Communications, Inc. (0750); Freedom Communications Holdings, Inc. (2814); Freedom Services, Inc. (3125); 2100 Freedom, Inc. (7300); OCR Community Publications, Inc. (9752); Daily Press, LLC (3610); Freedom California Mary Publishing, Inc. (4121); Freedom California Ville Publishing Company LP (7735); Freedom Colorado Information, Inc. (7806); Freedom Interactive Newspapers, Inc. (9343); Freedom Interactive Newspapers of Texas, Inc. (8187); Freedom Newspaper Acquisitions, Inc. (4322); Freedom Newspapers (7766); Freedom Newspapers, Inc. (3240); Freedom Newspapers of Southwestern Arizona, Inc. (5797); OCR Information Marketing, Inc. (7983); Odessa American (7714); Orange County Register Communications, Inc. (7980); Victor Valley Publishing Company (6082); Victorville Publishing Company (7617); Freedom SPV II, LLC (8253); Freedom SPV VI, LLC (8434); Freedom SPV I, LLC (3293); Freedom SPV IV, LLC (8500); and Freedom SPV V, LLC (9036). The Debtors' mailing address is 625 N. Grand Avenue, Santa Ana, California 92701.

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5430-000\1596544.1

| | |
|---|---|
| ☐ Freedom Services, Inc., a Delaware corporation, ONLY | **NOTICE OF HEARING ON CONFIRMATION OF THE SECOND AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION PROPOSED BY DEBTORS AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |
| ☐ 2100 Freedom, Inc., a Delaware corporation, ONLY | |
| ☐ OCR Community Publications, Inc., a California corporation, ONLY | **Plan Confirmation Hearing**: |
| ☐ Daily Press, LLC, a California limited liability company, ONLY | Date:    July 7, 2021<br>Time:    2:00 p.m.<br>Place:    Courtroom 6C<br>              411 West Fourth Street<br>              Santa Ana, CA 92701<br>Judge:   Honorable Mark S. Wallace |
| ☐ Freedom California Mary Publishing, Inc., a California corporation, ONLY | |
| ☐ Freedom California Ville Publishing Company LP, a California limited partnership, ONLY | |
| ☐ Freedom Colorado Information, Inc., a Delaware corporation, ONLY | |
| ☐ Freedom Interactive Newspapers, Inc., a California corporation, ONLY | |
| ☐ Freedom Interactive Newspapers of Texas, Inc., a Delaware corporation, ONLY | |
| ☐ Freedom Newspaper Acquisitions, Inc., a Delaware corporation, ONLY | |
| ☐ Freedom Newspapers, a Texas general partnership, ONLY | |
| ☐ Freedom Newspapers, Inc., a Delaware corporation, ONLY | |
| ☐ Freedom Newspapers of Southwestern Arizona, Inc., a California corporation, ONLY | |
| ☐ OCR Information Marketing, Inc., a California corporation, ONLY | |
| ☐ Odessa American, a Texas general partnership, ONLY | |
| ☐ Orange County Register Communications, Inc., a California corporation, ONLY | |
| ☐ Victor Valley Publishing Company, a California corporation, ONLY | |
| ☐ Victorville Publishing Company, a California limited partnership, ONLY | |

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5430-000\1596544.1                                2

☐ Freedom SPV II, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV VI, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV I, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV IV, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV V, LLC, a Delaware limited liability company, ONLY

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, ALL CREDITORS AND PARTIES-IN-INTEREST:**

**PLEASE TAKE NOTICE** that on April 28, 2021, at 2:00 p.m., a hearing was held in the above-captioned Court regarding the approval of the *Second Amended Disclosure Statement for Second Amended Joint Chapter 11 Plan of Liquidation Proposed by Debtors and Official Committee of Unsecured Creditors* ("Disclosure Statement"), at which time the Court approved the Disclosure Statement.  The Court having considered the Disclosure Statement, the pleadings filed in support thereof and in opposition thereto, the statements of counsel on the record, and all facts and circumstances, and finding that that Disclosure Statement contains adequate information as that term is defined in 11 U.S.C. § 1125, and that notice and service were proper, and good cause appearing therefore, the Court approved the Disclosure Statement for dissemination.  The Debtors are authorized to solicit votes with respect to the *Second Amened Joint Chapter 11 Plan of Liquidation Proposed by Debtors and Official Committee of Unsecured Creditors* (the "Plan").

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a hearing (the "Plan Confirmation Hearing") regarding the confirmation of the Plan.  The Plan Confirmation Hearing shall be held on July 7, 2021 at 2:00 p.m., before the Honorable Mark S. Wallace, United States Bankruptcy Judge, in Courtroom 6C of the United States Bankruptcy Court, located at 411 West Fourth Street, Santa Ana, California 92701.

**PLEASE TAKE FURTHER NOTICE** that Ballots accepting or rejecting the Plan must be returned so that they are **actually received** by the Voting Agent, Donlin, Recano & Company, Inc. (If by First-Class Mail: Freedom Communications, Inc. Ballot Processing, c/o Donlin, Recano & Company, Inc., Attn: Voting Department, P.O. Box 199043 Blythebourne Station, Brooklyn, NY 11291, If by Hand Deliver or Overnight Mail: Freedom Communications, Inc. Ballot Processing, c/o Donlin, Recano & Company, Inc., Attn: Voting Department, 6201 15th Avenue, Brooklyn, NY 11219), **on or before June 9, 2021** by **5:00 p.m. (PST)**.

**PLEASE TAKE FURTHER NOTICE** that any objection to the confirmation of the Plan shall be filed with the Court and served on or before **June 9, 2021**.

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5430-000\1596544.1

3

**PLEASE TAKE FURTHER NOTICE** that on or before **June 17, 2021**, the Debtors shall file with the Court and serve any pleadings and evidence in support of confirmation of the Plan, including replies to any objections, a plan confirmation brief and a ballot summary.

Dated: May 4, 2021                                PACHULSKI STANG ZIEHL & JONES LLP

                                                  By: /s/ Robert J. Feinstein
                                                      Robert J. Feinstein
                                                      Jeffrey W. Dulberg
                                                      Counsel for the Official Committee of
                                                      Unsecured Creditors and Co-Plan
                                                      Proponents

Dated: May 5, 2021                                SHULMAN BASTIAN FRIEDMAN & BUI LLP

                                                  By: /s/ Alan J. Friedman
                                                      Alan J. Friedman
                                                      Counsel for the Debtors and
                                                      Co-Plan Proponents

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5430-000\1596544.1                                4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON CONFIRMATION OF THE SECOND AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION PROPOSED BY DEBTORS AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 11, 2021 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 11, 2021 | Lori Gauthier | */s/ Lori Gauthier* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                              **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. <u>**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u>

- **Jonathan T Amitrano**   jamitrano@taylorlaw.com, ltaylor@taylorlaw.com,ecf@taylorlaw.com
- **Kyra E Andrassy**   kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **David M Banker**   dbanker@lowenstein.com, dbanker@lowenstein.com
- **Richard L Barnett**   rick@barnettrubin.com, kelly@barnettrubin.com
- **James Cornell Behrens**   jbehrens@milbank.com, gbray@milbank.com;mshinderman@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com
- **Shraddha Bharatia**   notices@becket-lee.com
- **Matthew Bouslog**   MBouslog@gibsondunn.com, jsprecher@gibsondunn.com
- **J Scott Bovitz**   bovitz@bovitz-spitzer.com
- **Larry Butler**   notices@becket-lee.com
- **Frank Cadigan**   frank.cadigan@usdoj.gov
- **Andrew W Caine**   acaine@pszjlaw.com
- **David Cantrell**   dcantrell@lc-law-llp.com
- **Jeffrey D Cawdrey**   jcawdrey@grsm.com, madeyemo@gordonrees.com;sdurazo@grsm.com
- **Conrad K Chiu**   cchiu@pryorcashman.com
- **Shawn M Christianson**   cmcintire@buchalter.com, schristianson@buchalter.com
- **Theodore A Cohen**   tcohen@sheppardmullin.com, amontoya@sheppardmullin.com
- **Erinn M Contreras**   econtreras@sheppardmullin.com, nsaucedo@sheppardmullin.com
- **Joseph Corrigan**   Bankruptcy2@ironmountain.com
- **Raphael Cung**   rcung@callahan-law.com, jeggleston@callahan-law.com;deisenbrey@callahan-law.com;mmartinez@callahan-law.com
- **J.D. Cuzzolina**   info@cuzzlaw.com, jp@cuzzlaw.com
- **Michael T Delaney**   mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- **Jessica DiFrancesco**   notices@becket-lee.com
- **Caroline Djang**   caroline.djang@bbklaw.com, laurie.verstegen@bbklaw.com;wilma.escalante@bbklaw.com
- **Jeffrey W Dulberg**   jdulberg@pszjlaw.com
- **Robert J Feinstein**   rfeinstein@pszjlaw.com
- **Scott D Fink**   colcaecf@weltman.com
- **Marc C Forsythe**   kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
- **Alan J Friedman**   afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Matthew T Furton**   mfurton@lockelord.com, Donna.Mathis@lockelord.com;autodocket@lockelord.com
- **Thomas M Gaa**   tgaa@bbslaw.com
- **Beth Gaschen**   bgaschen@wgllp.com, kadele@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com
- **Nancy S Goldenberg**   nancy.goldenberg@usdoj.gov
- **David B Golubchik**   dbg@lnbyb.com, stephanie@lnbyb.com
- **Christopher J Green**   chrisgreen@ucla.edu, chrisgreen@ucla.edu;christopher-green-2815@ecf.pacerpro.com
- **Justin D Harris**   jdh@harrislawfirm.net, felicia@harrislawfirm.net
- **Michael J Hauser**   michael.hauser@usdoj.gov
- **Eric M Heller**   eric.m.heller@irscounsel.treas.gov
- **Lydia A Hewett**   lydia.hewett@cpa.state.tx.us
- **Joan Huh**   joan.huh@cdtfa.ca.gov
- **Lillian Jordan**   ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- **Samuel M Kidder**   skidder@ktbslaw.com
- **Rika Kido**   rkido@shulmanbastian.com, avernon@shulmanbastian.com
- **Jeannie Kim**   jkim@buchalter.com, dgatmen@sheppardmullin.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

- **Alan M Kindred**   akindred@leechtishman.com, alankindred@hotmail.com;dtomko@leechtishman.com;challer@leechtishman.com
- **Armand R. Kizirian**   armand@kizirianlaw.com, armand@boyamianlaw.com;michael@boyamianlaw.com;narine@boyamianlaw.com
- **Stuart I Koenig**   Skoenig@leechtishman.com, sfrey@leechtishman.com;jabrams@leechtishman.com
- **Alan J Kornfeld**   akornfeld@pszjlaw.com, mdj@pszjlaw.com
- **Matthew J Kraus**   mkraus@lc-lawyers.com, mbuchheit@lc-lawyers.com
- **Jeffrey C Krause**   jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
- **Donny P Le**   Donny.Le@doj.ca.gov
- **Yochun Katie Lee**   kylee@akingump.com, tsouthwell@akingump.com;westdocketing@akingump.com
- **Elan S Levey**   elan.levey@usdoj.gov, tiffany.davenport@usdoj.gov
- **William N Lobel**   wlobel@tocounsel.com, jokeefe@tocounsel.com;sschuster@tocounsel.com
- **Aaron J Malo**   amalo@sheppardmullin.com, jsummers@sheppardmullin.com
- **Robert S Marticello**   Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Ashley M McDow**   amcdow@foley.com, sgaeta@foley.com;smoses@foley.com
- **David W. Meadows**   david@davidwmeadowslaw.com
- **Reed M Mercado**   rmercado@sheppardmullin.com
- **Harlene Miller**   harlene@harlenemillerlaw.com, harlenejd@gmail.com
- **Raymond F Moats**   colcaecf@weltman.com
- **Elizabeth L Musser**   elizabeth.musser@clydeco.us
- **Jeffrey P Nolan**   jnolan@pszjlaw.com
- **Courtney E Norton**   cnorton@greenbergglusker.com, kwoodson@greenbergglusker.com;jking@greenbergglusker.com;calendar@greenbergglusker.com
- **Ryan D O'Dea**   rodea@shulmanbastian.com, LGauthier@shulmanbastian.com
- **John M O'Donnell**   john.o'donnell@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- **Ernie Zachary Park**   ernie.park@bewleylaw.com
- **Ronak N Patel**   rpatel@rivco.org, dresparza@rivco.org;mdominguez@rivco.org
- **Mary A Petrovic**   petrovic.mary@pbgc.gov, efile@pbgc.gov
- **Marc S Pfeuffer**   pfeuffer.marc@pbgc.gov, efile@pbgc.gov
- **Kathy Bazoian Phelps**   kphelps@diamondmccarthy.com, helen.choi@diamondmccarthy.com
- **Christopher E Prince**   , jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com
- **Amelia Puertas-Samara**   itcdbgc@edd.ca.gov, itcdgc@edd.ca.gov
- **Christopher B Queally**   cqueally@callahan-law.com, jluirette@callahan-law.com
- **Michael B Reynolds**   mreynolds@swlaw.com, kcollins@swlaw.com
- **Todd C. Ringstad**   becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Christopher O Rivas**   crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **Jeremy E Rosenthal**   jrosenthal@sidley.com
- **Joel W Ruderman**   ruderman.joel@pbgc.gov, email@pbgc.gov
- **Peter J Rudinskas**   pjr.legal@gmail.com
- **James M Sabovich**   jsabovich@callahan-law.com, ksalour@callahan-law.com;jkirwin@callahan-law.com;rcung@callahan-law.com;bmccormack@callahan-law.com;erichards@callahan-law.com;SRobinson@callahan-law.com
- **Jonathan C Sandler**   jsandler@bhfs.com, pherron@bhfs.com;sgrisham@bhfs.com
- **Scott A Schiff**   sas@soukup-schiff.com
- **Daren M Schlecter**   daren@schlecterlaw.com, assistant@schlecterlaw.com
- **George E Schulman**   GSchulman@DanningGill.Com, danninggill@gmail.com;gschulman@ecf.inforuptcy.com
- **Leonard M Shulman**   lshulman@shulmanbastian.com
- **Donald W Sieveke**   , dws4law@pacbell.net
- **Donald W Sieveke**   ibmoola@yahoo.com, dws4law@pacbell.net
- **David A Smyth**   smythlaw@gmail.com, dsmyth2_@hotmail.com
- **Alex E Spjute**   spjute@hugheshubbard.com, gaurav.reddy@hugheshubbard.com
- **Sarah Stuppi**   Sarah@stuppilaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

- **Charles Tsai**   CHARLES.TSAI@DOJ.CA.GOV
- **Helena Tseregounis**   helena.tseregounis@lw.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Daniel Uribe**   duribe@gmail.com
- **Elissa A Wagner**   ewagner@pszjlaw.com
- **Michael A Wallin**   mwallin@wallinrussell.com
- **Michael J. Weiland**   mweiland@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com
- **Scott S Weltman**   colcaecf@weltman.com
- **Johnny White**   JWhite@wrslawyers.com, aparisi@wrslawyers.com;eweiman@wrslawyers.com;chamilton@wrslawyers.com
- **Brandon J Witkow**   bw@witkowlaw.com, tg@witkowlaw.com
- **Steven D Zansberg**   zansbergs@ballardspahr.com, DocketClerk_Denver@ballardspahr.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.