1

2

3

4

5

6

7

FILED & ENTERED

JUL 13 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle          DEPUTY CLERK

8

9

10

11

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:15-bk-15311-MW |
| Freedom Communications, Inc. | CHAPTER 11 |
| | **ORDER SETTING POST-CONFIRMATION STATUS CONFERENCE** |
| Debtor(s). | Date:      July 7, 2021<br>Time:     2:00 PM<br>Courtroom: 6C |

12

13

14

15

16

17

18    The Court sets a post-confirmation status conference for November 10, 2021 at

19    9:00 a.m.  An updated Status Report is due October 27, 2021.

20    IT IS SO ORDERED.

21                                    ###

22

23

24

25    Date: July 13, 2021

Mark S. Wallace
United States Bankruptcy Judge

26

27

28