Alan J. Friedman - Bar No. 132580
Rika M. Kido - Bar No. 273780
SHULMAN BASTIAN FRIEDMAN & BUI LLP
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile:  (949) 340-3000
Email:    AFriedman@shulmanbastian.com
          RKido@shulmanbastian.com

*Counsel for Debtors and Co-Plan Proponents*

Robert J. Feinstein (Pro Hac Vice)
Jeffrey W. Dulberg (Bar No. 181200)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760
Email:    rfeinstein@pszjlaw.com
          jdulberg@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors*
*Co-Plan Proponents*

**FILED & ENTERED**

**JUL 16 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** jle         **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>FREEDOM COMMUNICATIONS, INC., a Delaware corporation et al.,<br><br>        Debtors and Debtors-in-Possession.<br><br>Affects:<br><br>☒  All Debtors<br><br>☐  Freedom Communications, Inc., a Delaware corporation, ONLY<br><br>☐  Freedom Communications Holdings, Inc.,a Delaware corporation, ONLY<br><br>☐  Freedom Services, Inc., a Delaware corporation, ONLY<br><br>☐  2100 Freedom, Inc., a Delaware corporation, ONLY | Case No. 8:15-bk-15311-MW<br><br>Chapter 11<br><br>**ORDER CONFIRMING SECOND AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION PROPOSED BY DEBTORS AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AS MODIFIED**<br><br>**Confirmation Hearing:**<br>Date:  July 7, 2021<br>Time:  2:00 p.m.<br>Place:  Courtroom 6C<br>        United States Bankruptcy Court<br>        Ronald Reagan Federal Building<br>        411 W. Fourth Street<br>        Santa Ana, CA 92701 |

| | |
|---|---|
| ☐ OCR Community Publications, Inc., a California corporation, ONLY | (Jointly Administered with Case Nos. 8:15-bk-15312-MW; 8:15-bk-15313-MW; 8:15-bk-15315-MW; 8:15-bk-15316-MW; 8:15-bk-15317-MW; 8:15-bk-15318-MW; 8:15-bk-15319-MW; 8:15-bk-15320-MW; 8:15-bk-15321-MW; 8:15-bk-15322-MW; 8:15-bk-15323-MW; 8:15-bk-15324-MW; 8:15-bk-15325-MW; 8:15-bk-15326-MW; 8:15-bk-15327-MW; 8:15-bk-15328-MW; 8:15-bk-15329-MW; 8:15-bk-15330-MW; 8:15-bk-15332-MW; 8:15-bk-15337-MW; 8:15-bk-15339-MW; 8:15-bk-15340-MW; 8:15-bk-15342-MW; 8:15-bk-15343-MW) |
| ☐ Daily Press, LLC, a California limited liability company, ONLY | |
| ☐ Freedom California Mary Publishing, Inc., a California corporation, ONLY | |
| ☐ Freedom California Ville Publishing Company LP, a California limited partnership, ONLY | |
| ☐ Freedom Colorado Information, Inc., a Delaware corporation, ONLY | |
| ☐ Freedom Interactive Newspapers, Inc., a California corporation, ONLY | |
| ☐ Freedom Interactive Newspapers of Texas, Inc., a Delaware corporation, ONLY | |
| ☐ Freedom Newspaper Acquisitions, Inc., a Delaware corporation, ONLY | |
| ☐ Freedom Newspapers, a Texas general partnership, ONLY | |
| ☐ Freedom Newspapers, Inc., a Delaware corporation, ONLY | |
| ☐ Freedom Newspapers of Southwestern Arizona, Inc., a California corporation, ONLY | |
| ☐ OCR Information Marketing, Inc., a California corporation, ONLY | |
| ☐ Odessa American, a Texas general partnership, ONLY | |
| ☐ Orange County Register Communications, Inc., a California corporation, ONLY | |
| ☐ Victor Valley Publishing Company, a California corporation, ONLY | |
| ☐ Victorville Publishing Company, a California limited partnership, ONLY | |
| ☐ Freedom SPV II, LLC, a Delaware limited liability company, ONLY | |
| ☐ Freedom SPV VI, LLC, a Delaware limited liability company, ONLY | |

☐ Freedom SPV I, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV IV, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV V, LLC, a Delaware limited liability company, ONLY

The Second Amended Joint Chapter 11 Plan of Liquidation Proposed by Debtors and Official Committee of Unsecured Creditors, as Modified [Docket No. 1760] filed by the jointly administered debtors and debtors-in-possession and the Official Committee of Unsecured Creditors on May 6, 2021, having been transmitted to creditors and equity security holders; and

It having been determined after hearing on notice that the requirements for confirmation set forth in 11 U.S.C. § 1129(b) have been satisfied;

**IT IS ORDERED** that:

1. The Second Amended Joint Chapter 11 Plan of Liquidation Proposed by Debtors and Official Committee of Unsecured Creditors, as Modified filed by the jointly administered debtors and debtors-in-possession and the Official Committee of Unsecured Creditors on May 6, 2021 ("Plan") is confirmed; and

2. The Plan does not alter any parties' rights with respect to arbitration provisions contained in various insurance contracts as follows:

> ***"AIG Insurance Contracts"*** shall mean all insurance policies that have been issued (or provided coverage) at any time by National Union Fire Insurance Company of Pittsburgh, Pa. and/or each of the affiliates and successors (collectively, "AIG") to any of the Debtors (or any of their predecessors) and any agreements, endorsements, addenda, schedules, documents or instruments relating thereto (the "AIG Insurance Contracts").

//
//
//
//

   For the avoidance of doubt, nothing in this Plan or any other document related thereto alters, modifies, prejudices or otherwise amends the legal, equitable, or contractual rights, obligations, and defenses of AIG, the Debtors or any other individual or entity, as applicable, to enforce the arbitration provisions under the AIG Insurance Contracts.

A copy of the confirmed Plan was filed on July 12, 2021 [Docket No. 1783].

###

Date: July 16, 2021

      Mark S. Wallace
      United States Bankruptcy Judge

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

4