# United States Bankruptcy Court
## Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

# NOTICE OF ORDER CONFIRMING CHAPTER 11 PLAN

**DEBTOR(S) INFORMATION:**
Freedom Communications, Inc.
**SSN:** N/A
**EIN:** 95−1140750
aka The Orange County Register, fka Freedom Newspapers, Inc.

c/o GlassRatner
555 W. 5th Street
Suite 3725
Los Angeles, CA 90013

**BANKRUPTCY NO.** 8:15−bk−15311−MW
**CHAPTER** 11

Notice is hereby given of the entry of an order of this Court confirming a chapter 11 plan. You may review the order and the plan itself at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov.

Dated: July 16, 2021

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntc11pln rev. 12/20) VAN−50

**1787 / JLL**