Alan J. Friedman (State Bar No. 132580)
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email: Afriedman@shulmanbastian.com

Attorneys for Debtors

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>FREEDOM COMMUNICATIONS, INC., a Delaware corporation et al.,<br><br>        Debtors.<br><br>Affects:<br><br>☒ All Debtors<br><br>☐ Freedom Communications, Inc., a Delaware corporation, ONLY<br><br>☐ Freedom Communications Holdings, Inc., a Delaware corporation, ONLY<br><br>☐ Freedom Services, Inc., a Delaware corporation, ONLY<br><br>☐ 2100 Freedom, Inc., a Delaware corporation, ONLY<br><br>☐ OCR Community Publications, Inc., a California corporation, ONLY<br><br>☐ Daily Press, LLC, a California limited liability company, ONLY<br><br>☐ Freedom California Mary Publishing, Inc., a California corporation, ONLY<br><br>☐ Freedom California Ville Publishing Company LP, a California limited partnership, ONLY<br><br>☐ Freedom Colorado Information, Inc., a Delaware corporation, ONLY | Case No. 8:15-bk-15311-MW<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 8:15-bk-15312-MW; 8:15-bk-15313-MW; 8:15-bk-15315-MW; 8:15-bk-15316-MW; 8:15-bk-15317-MW; 8:15-bk-15318-MW; 8:15-bk-15319-MW; 8:15-bk-15320-MW; 8:15-bk-15321-MW; 8:15-bk-15322-MW; 8:15-bk-15323-MW; 8:15-bk-15324-MW; 8:15-bk-15325-MW; 8:15-bk-15326-MW; 8:15-bk-15327-MW; 8:15-bk-15328-MW; 8:15-bk-15329-MW; 8:15-bk-15330-MW; 8:15-bk-15332-MW; 8:15-bk-15337-MW; 8:15-bk-15339-MW; 8:15-bk-15340-MW; 8:15-bk-15342-MW; 8:15-bk-15343-MW)<br><br>Case No. 8:15-bk-15311-MW<br><br>Chapter 11<br><br>**DEBTORS' POST-CONFIRMATION STATUS REPORT**<br><br><u>Post Confirmation Status Conference:</u><br><br>Date: November 10, 2021<br>Time: 9:00 a.m.<br>Place: Courtroom 6C |

☐ Freedom Interactive Newspapers, Inc., a California corporation, ONLY

☐ Freedom Interactive Newspapers of Texas, Inc., a Delaware corporation, ONLY

☐ Freedom Newspaper Acquisitions, Inc., a Delaware corporation, ONLY

☐ Freedom Newspapers, a Texas general partnership, ONLY

☐ Freedom Newspapers, Inc., a Delaware corporation, ONLY

☐ Freedom Newspapers of Southwestern Arizona, Inc., a California corporation, ONLY

☐ OCR Information Marketing, Inc., a California corporation, ONLY

☐ Odessa American, a Texas general partnership, ONLY

☐ Orange County Register Communications, Inc., a California corporation, ONLY

☐ Victor Valley Publishing Company, a California corporation, ONLY

☐ Victorville Publishing Company, a California limited partnership, ONLY

☐ Freedom SPV II, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV VI, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV I, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV IV, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV V, LLC, a Delaware limited liability company, ONLY

**TO THE HONORABLE MARK S. WALLACE, UNITED STATES BANKRUPTCY JUDGE, TO THE OFFICE OF THE UNITED STATES TRUSTEE, AND TO ALL INTERESTED PARTIES:**

2

Freedom Communications, Inc., and its jointly administered cases, the reorganized debtors in the above-referenced case ("Debtors") hereby submit this Post-Confirmation Status Report as required by order of the Court in advance of the post-confirmation status conference scheduled for November 10, 2021 ("Status Conference").

**A.    <u>Status of the Debtor's Efforts to Consummate the Plan.</u>**

On November 1, 2015 and November 2, 2015 (the "<u>Petition Dates</u>"), the jointly administered debtors and debtors-in-possession commenced the above-captioned cases (the "<u>Cases</u>") under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") in the United States Bankruptcy Court for the Central District of California (the "<u>Court</u>").

By entry of the Order Confirming Second Amended Joint Chapter 11 Plan of Liquidation Proposed By Debtors and Official Committee of Unsecured Creditors, as Modified ("Confirmation Order") on July 16, 2021 [Dkt. No. 1786], the Debtor's Second Amended Joint Chapter 11 Plan of Liquidation Proposed by Debtors and Official Committee of Unsecured Creditors, as Modified ("Plan")[1] [Dkt. No. 1760] was confirmed.

The Plan is a liquidation plan which will be implemented through the substantive consolidation of the Debtors' Estates for the purposes of Distributions under the Plan, the re-vesting of the Estates' assets in Liquidating Debtor Freedom Communications, Inc., and the appointment of a Plan Administrator to liquidate or otherwise dispose of the Estates' remaining assets, if and to the extent such assets were not previously monetized or otherwise transferred by the Debtors prior to the Effective Date.

The Plan provides for the distribution of the remaining assets of the Estates, which primarily include the net cash proceeds from prior litigation settlements and prosecution of the Debtors' entitlement to the Refund Claim from the CDTFA. Based on the information presented in connection with the Estimation Motion, the Court has indicated that it is more probable than not that the Debtors

---

[1] Unless otherwise defined herein, capitalized terms herein have the meaning as set forth in the Plan.

3

would obtain the refunds, and limit the CDTFA's claims, in the amounts stated in the Estimation Motion.

On June 17, 2021, the Debtors filed a Complaint to (1) Determine Amount of Taxes Owed to California Department of Tax and Fee Administration ("CDTFA") Under Bankruptcy Code §505(A)(1), and (2) Determine Amounts of Refunds Owed by CDTFA Pursuant to Bankruptcy Code §505(A)(2); Objection to Pre-Petition Claims and Administrative Claims of the CDTFA.

The Effective Date of the Plan cannot go effective until the litigation with CDTFA has been resolved and accordingly, the Effective Date has not been established. At present, the Debtors do not have an estimate as to when this litigation will be resolved. However, the litigation is progressing with discovery being prepared and will be propounded shortly. The Debtor has also been involved with an administrative appeal of the CDTFA's prior determinations. An initial hearing was held in September, 2021. It is anticipated that there will be additional hearings and/or conferences in the future.

**B.    Payments Under the Plan**

Because the Effective Date of the Plan has not yet occurred, the Debtors have not made any Plan payments.

**C.    Post-Confirmation Tax Liabilities**

In the event that tax liabilities accrue and are required to be made, they will be paid by the Debtors.

**D.    The Debtors' Ability to Continue to Comply with the Terms of the Plan**

The Debtors project that they will be able to comply with the terms of the Plan.

/ / /

/ / /

/ / /

/ / /

**E.**     **Motion for Final Decree**

Once the Effective Date has been established and payments made, the Debtors will seek a final decree.

Respectfully submitted,

Dated: October 27, 2021     SHULMAN BASTIAN FRIEDMAN & BUI LLP

By:     /s/ *Alan J. Friedman*
        Alan J. Friedman
        Attorneys for Debtors

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*): **DEBTORS' POST-CONFIRMATION STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 27, 2021 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) October 27, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Mark S. Wallace
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 W. Fourth Street, Suite 6135
Santa Ana, CA 92701

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 27, 2021 | Lori Gauthier | */s/ Lori Gauthier* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. <u>**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u>

- Jonathan T Amitrano    jamitrano@taylorlaw.com, ltaylor@taylorlaw.com,ecf@taylorlaw.com
- Kyra E Andrassy    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- David M Banker    dbanker@lowenstein.com, dbanker@lowenstein.com
- Richard L Barnett    rick@barnettrubin.com, kelly@barnettrubin.com
- James Cornell Behrens    jbehrens@milbank.com, gbray@milbank.com;mshinderman@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com
- Shraddha Bharatia    notices@becket-lee.com
- Matthew Bouslog    MBouslog@gibsondunn.com, nbrosman@gibsondunn.com
- J Scott Bovitz    bovitz@bovitz-spitzer.com
- Larry Butler    notices@becket-lee.com
- Frank Cadigan    frank.cadigan@usdoj.gov
- Andrew W Caine    acaine@pszjlaw.com
- David Cantrell    dcantrell@lc-law-llp.com
- Jeffrey D Cawdrey    jcawdrey@grsm.com, madeyemo@gordonrees.com;sdurazo@grsm.com
- Conrad K Chiu    cchiu@pryorcashman.com
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Theodore A Cohen    tcohen@sheppardmullin.com, amontoya@sheppardmullin.com
- Erinn M Contreras    econtreras@sheppardmullin.com, nsaucedo@sheppardmullin.com
- Joseph Corrigan    Bankruptcy2@ironmountain.com
- Raphael Cung    rcung@callahan-law.com, jeggleston@callahan-law.com;deisenbrey@callahan-law.com;mmartinez@callahan-law.com
- J.D. Cuzzolina    info@cuzzlaw.com, jp@cuzzlaw.com
- Michael T Delaney    mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- Jessica DiFrancesco    notices@becket-lee.com
- Caroline Djang    caroline.djang@bbklaw.com, laurie.verstegen@bbklaw.com;wilma.escalante@bbklaw.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Robert J Feinstein    rfeinstein@pszjlaw.com
- Scott D Fink    colcaecf@weltman.com
- Marc C Forsythe    kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
- Alan J Friedman    afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- Matthew T Furton    mfurton@lockelord.com, Donna.Mathis@lockelord.com;autodocket@lockelord.com
- Thomas M Gaa    tgaa@bbslaw.com
- Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com;gestrada@wgllp.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- David B Golubchik    dbg@lnbyg.com, stephanie@lnbyb.com
- Christopher J Green    chrisgreen@ucla.edu, chrisgreen@ucla.edu;christopher-green-2815@ecf.pacerpro.com
- Justin D Harris    jdh@harrislawfirm.net, felicia@harrislawfirm.net
- Michael J Hauser    michael.hauser@usdoj.gov
- Eric M Heller    eric.m.heller@irscounsel.treas.gov
- Lydia A Hewett    lydia.hewett@cpa.state.tx.us

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

- Joan Huh    joan.huh@cdtfa.ca.gov
- Lillian Jordan    ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- Samuel M Kidder    skidder@ktbslaw.com
- Rika Kido    rkido@shulmanbastian.com, avernon@shulmanbastian.com
- Jeannie Kim    jkim@buchalter.com, dgatmen@sheppardmullin.com
- Alan M Kindred    akindred@leechtishman.com, alankindred@hotmail.com;dtomko@leechtishman.com;challer@leechtishman.com
- Armand R. Kizirian    armand@kizirianlaw.com, armand@boyamianlaw.com;michael@boyamianlaw.com;narine@boyamianlaw.com
- Stuart I Koenig    Skoenig@leechtishman.com, sfrey@leechtishman.com;jabrams@leechtishman.com
- Alan J Kornfeld    akornfeld@pszjlaw.com, mdj@pszjlaw.com
- Matthew J Kraus    mkraus@lc-lawyers.com, mbuchheit@lc-lawyers.com
- Jeffrey C Krause    jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
- Donny P Le    Donny.Le@doj.ca.gov
- Yochun Katie Lee    kylee@akingump.com, tsouthwell@akingump.com;westdocketing@akingump.com
- Elan S Levey    elan.levey@usdoj.gov, julie.morales@usdoj.gov
- William N Lobel    wlobel@tocounsel.com, jokeefe@tocounsel.com;sschuster@tocounsel.com
- Aaron J Malo    amalo@sheppardmullin.com, clopez@sheppardmullin.com;abilly@sheppardmullin.com
- Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Ashley M McDow    amcdow@foley.com, swells@foley.com
- David W. Meadows    david@davidwmeadowslaw.com
- Reed M Mercado    rmercado@sheppardmullin.com
- Harlene Miller    harlene@harlenemillerlaw.com, harlenejd@gmail.com
- Raymond F Moats    colcaecf@weltman.com
- Elizabeth L Musser    elizabeth.musser@clydeco.us
- Jeffrey P Nolan    jnolan@pszjlaw.com
- Courtney E Norton    cnorton@greenbergglusker.com, kwoodson@greenbergglusker.com;jking@greenbergglusker.com;calendar@greenbergglusker.com
- Ryan D O'Dea    rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- John M O'Donnell    john.o'donnell@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- Ernie Zachary Park    ernie.park@bewleylaw.com
- Ronak N Patel    rpatel@rivco.org, dresparza@rivco.org;mdominguez@rivco.org
- Mary A Petrovic    petrovic.mary@pbgc.gov, efile@pbgc.gov
- Marc S Pfeuffer    pfeuffer.marc@pbgc.gov, efile@pbgc.gov
- Kathy Bazoian Phelps    kphelps@raineslaw.com, hchoi@raineslaw.com,bclark@raineslaw.com
- Christopher E Prince    , jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com
- Amelia Puertas-Samara    itcdbgc@edd.ca.gov, itcdgc@edd.ca.gov
- Christopher B Queally    cqueally@callahan-law.com, jluirette@callahan-law.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Todd C. Ringstad    becky@ringstadlaw.com, arlene@ringstadlaw.com
- Christopher O Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Jeremy E Rosenthal    jrosenthal@sidley.com
- Joel W Ruderman    ruderman.joel@pbgc.gov, email@pbgc.gov
- Peter J Rudinskas    pjr.legal@gmail.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

- James M Sabovich    jsabovich@callahan-law.com, ksalour@callahan-law.com;jkirwin@callahan-law.com;rcung@callahan-law.com;bmccormack@callahan-law.com;erichards@callahan-law.com;SRobinson@callahan-law.com
- Jonathan C Sandler    jsandler@bhfs.com, pherron@bhfs.com;sgrisham@bhfs.com
- Scott A Schiff    sas@soukup-schiff.com
- Daren M Schlecter    daren@schlecterlaw.com, assistant@schlecterlaw.com
- George E Schulman    GSchulman@DanningGill.Com, danninggill@gmail.com;gschulman@ecf.inforuptcy.com
- Leonard M Shulman    lshulman@shulmanbastian.com
- Donald W Sieveke    , dws4law@pacbell.net
- Donald W Sieveke    ibmoola@yahoo.com, dws4law@pacbell.net
- David A Smyth    smythlaw@gmail.com, dsmyth2_@hotmail.com
- Alex E Spjute    spjute@hugheshubbard.com, gaurav.reddy@hugheshubbard.com
- Sarah Stuppi    Sarah@stuppilaw.com
- Charles Tsai    CHARLES.TSAI@DOJ.CA.GOV
- Helena Tseregounis    helena.tseregounis@lw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Daniel Uribe    duribe@gmail.com
- Elissa A Wagner    ewagner@pszjlaw.com
- Michael A Wallin    mwallin@wallinrussell.com
- Michael J. Weiland    mweiland@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com
- Scott S Weltman    colcaecf@weltman.com
- Johnny White    JWhite@wrslawyers.com, aparisi@wrslawyers.com;eweiman@wrslawyers.com;chamilton@wrslawyers.com
- Brandon J Witkow    bw@witkowlaw.com, tg@witkowlaw.com
- Steven D Zansberg    zansbergs@ballardspahr.com, DocketClerk_Denver@ballardspahr.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**