Alan J. Friedman (State Bar No. 132580)
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email: Afriedman@shulmanbastian.com

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>FREEDOM COMMUNICATIONS, INC., a Delaware corporation et al.,<br><br>　　　　　Debtors.<br>Affects:<br><br>☒  All Debtors<br><br>☐  Freedom Communications, Inc., a Delaware corporation, ONLY<br><br>☐  Freedom Communications Holdings, Inc., a Delaware corporation, ONLY<br><br>☐  Freedom Services, Inc., a Delaware corporation, ONLY<br><br>☐  2100 Freedom, Inc., a Delaware corporation, ONLY<br><br>☐  OCR Community Publications, Inc., a California corporation, ONLY<br><br>☐  Daily Press, LLC, a California limited liability company, ONLY<br><br>☐  Freedom California Mary Publishing, Inc., a California corporation, ONLY<br><br>☐  Freedom California Ville Publishing Company LP, a California limited partnership, ONLY<br><br>☐  Freedom Colorado Information, Inc., a Delaware corporation, ONLY | Case No. 8:15-bk-15311-TA<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 8:15-bk-15312-TA; 8:15-bk-15313-TA; 8:15-bk-15315-TA; 8:15-bk-15316-TA; 8:15-bk-15317-TA; 8:15-bk-15318-TA; 8:15-bk-15319-TA; 8:15-bk-15320-TA; 8:15-bk-15321-TA; 8:15-bk-15322-TA; 8:15-bk-15323-TA; 8:15-bk-15324-TA; 8:15-bk-15325-TA; 8:15-bk-15326-TA; 8:15-bk-15327-TA; 8:15-bk-15328-TA; 8:15-bk-15329-TA; 8:15-bk-15330-TA; 8:15-bk-15332-TA; 8:15-bk-15337-TA; 8:15-bk-15339-TA; 8:15-bk-15340-TA; 8:15-bk-15342-TA; 8:15-bk-15343-TA)<br><br>Chapter 11<br><br>**DEBTORS' POST-CONFIRMATION STATUS REPORT**<br><br><u>Post Confirmation Status Conference:</u><br><br>Date: July 13, 2022<br>Time: 10:00 a.m.<br>Place: Courtroom 5B |

☐ Freedom Interactive Newspapers, Inc., a California corporation, ONLY

☐ Freedom Interactive Newspapers of Texas, Inc., a Delaware corporation, ONLY

☐ Freedom Newspaper Acquisitions, Inc., a Delaware corporation, ONLY

☐ Freedom Newspapers, a Texas general partnership, ONLY

☐ Freedom Newspapers, Inc., a Delaware corporation, ONLY

☐ Freedom Newspapers of Southwestern Arizona, Inc., a California corporation, ONLY

☐ OCR Information Marketing, Inc., a California corporation, ONLY

☐ Odessa American, a Texas general partnership, ONLY

☐ Orange County Register Communications, Inc., a California corporation, ONLY

☐ Victor Valley Publishing Company, a California corporation, ONLY

☐ Victorville Publishing Company, a California limited partnership, ONLY

☐ Freedom SPV II, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV VI, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV I, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV IV, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV V, LLC, a Delaware limited liability company, ONLY

2

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE, TO THE OFFICE OF THE UNITED STATES TRUSTEE, AND TO ALL INTERESTED PARTIES:**

Freedom Communications, Inc., and its jointly administered cases, the reorganized debtors in the above-referenced cases ("Debtors") hereby submit this Post-Confirmation Status Report as required by order of the Court in advance of the post-confirmation status conference scheduled for July 13, 2022 ("Status Conference").

A. **Status of the Debtor's Efforts to Consummate the Plan.**

On November 1, 2015 and November 2, 2015 (the "Petition Dates"), the jointly administered debtors and debtors-in-possession commenced the above-captioned cases (the "Cases") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Central District of California (the "Court").

By entry of the Order Confirming Second Amended Joint Chapter 11 Plan of Liquidation Proposed By Debtors and Official Committee of Unsecured Creditors, as Modified ("Confirmation Order") on July 16, 2021 [Dkt. No. 1786], the Debtor's Second Amended Joint Chapter 11 Plan of Liquidation Proposed by Debtors and Official Committee of Unsecured Creditors, as Modified ("Plan")[1] [Dkt. No. 1760] was confirmed.

The Plan is a liquidation plan which will be implemented through the substantive consolidation of the Debtors' Estates for the purposes of Distributions under the Plan, the re-vesting of the Estates' assets in Liquidating Debtor Freedom Communications, Inc., and the appointment of a Plan Administrator to liquidate or otherwise dispose of the Estates' remaining assets, if and to the extent such assets were not previously monetized or otherwise transferred by the Debtors prior to the Effective Date.

The Plan provides for the distribution of the remaining assets of the Estates, which primarily include the net cash proceeds from prior litigation settlements and prosecution of the Debtors'

---

[1] Unless otherwise defined herein, capitalized terms herein have the meaning as set forth in the Plan.

Case 8:15-bk-15311-TA    Doc 2118    Filed 06/28/22    Entered 06/28/22 12:50:52    Desc
Main Document    Page 4 of 10

entitlement to the Refund Claim from the CDTFA. Based on the information presented in connection with the Estimation Motion, the Court has indicated that it is more probable than not that the Debtors would obtain the refunds, and limit the CDTFA's claims, in the amounts stated in the Estimation Motion.

On June 17, 2021, the Debtors filed a Complaint to (1) Determine Amount of Taxes Owed to California Department of Tax and Fee Administration ("CDTFA") Under Bankruptcy Code §505(A)(1), and (2) Determine Amounts of Refunds Owed by CDTFA Pursuant to Bankruptcy Code §505(A)(2); Objection to Pre-Petition Claims and Administrative Claims of the CDTFA ("Complaint").

The Effective Date of the Plan cannot go effective until the litigation with CDTFA has been resolved and accordingly, the Effective Date has not been established. However, the litigation is progressing with discovery being propounded.

The Debtors have also been involved with an administrative appeal of the CDTFA's prior determinations relating to its audit findings. The administrative appeal is currently pending, and the parties are waiting for a ruling. Generally, a ruling is issued within 90 days from the close of evidence. Currently no ruling has been issued.

The Debtors have held off providing a significant amount of discovery while waiting for the ruling on the administrative appeal. The Debtors are hopeful that a ruling on the administrative appeal will resolve at least some of the very document intensive issues and thus obviate the need for counsel for the parties to devote many, many hours of time to promulgating additional discovery, trial preparation and trial.

On May 18, 2022, counsel for the Debtors and CDTFA met and conferred resulting in a stipulation extending deadlines relating to the Complaint. By the stipulation and order approving same, the following deadlines relating to the Complaint have been extended/set: (1) All Discovery to be completed by January 9, 2023, (2) Discovery motions to be heard before February 8, 2023, and (3) Pre-Trial motions to be heard before March 8, 2023. It is anticipated that there will be additional hearings and/or conferences in the future.

At present, the Debtors do not have an estimate as to when this litigation will be resolved, however, it should be pointed out that since the deadline for pre-trial motions has been extended to March 8, 2023, unless the Debtors and CDTFA come to an agreement and resolve the Complaint, no resolution is anticipated until at least mid 2023.

**B.     Payments Under the Plan**

Because the Effective Date of the Plan has not yet occurred, the Debtors have not made any Plan payments.

**C.     Post-Confirmation Tax Liabilities**

In the event that tax liabilities accrue and are required to be made, they will be paid by the Debtors.

**D.     U.S. Trustee Compliance**

The Debtors are in compliance with the requirements imposed by the Office of the United States Trustee. The Debtors have and continue to file their monthly operating reports and are current with their payments of the U.S. Trustee quarterly fees.

**E.     The Debtors' Ability to Continue to Comply with the Terms of the Plan**

The Debtors project that they will be able to comply with the terms of the Plan.

**F.     Motion for Final Decree**

Once the Effective Date has been established and payments made, the Debtors will seek a final decree.

Respectfully submitted,

Dated: June 28, 2022.            SHULMAN BASTIAN FRIEDMAN & BUI LLP

By:    /s/ *Alan J. Friedman*
       Alan J. Friedman
       Attorneys for Debtors

5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*): **DEBTORS' POST-CONFIRMATION STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 28, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) June 28, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Courtesy Copy
Honorable Theodor C. Albert
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085 / Courtroom 5B
Santa Ana, CA 92701-4593

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 28, 2022 | Lori Gauthier | /s/ Lori Gauthier |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Jonathan T Amitrano**   jamitrano@taylorlaw.com, ltaylor@taylorlaw.com,ecf@taylorlaw.com
- **Kyra E Andrassy**   kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **David M Banker**   dbanker@lowenstein.com, dbanker@lowenstein.com
- **Richard L Barnett**   rick@barnettrubin.com, kelly@barnettrubin.com
- **James Cornell Behrens**   jbehrens@milbank.com, gbray@milbank.com;mshinderman@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com
- **Steven M Berman**   sberman@shumaker.com, bgasaway@shumaker.com
- **Shraddha Bharatia**   notices@becket-lee.com
- **Matthew Bouslog**   MBouslog@gibsondunn.com, nbrosman@gibsondunn.com
- **J Scott Bovitz**   bovitz@bovitz-spitzer.com
- **Larry Butler**   notices@becket-lee.com
- **Andrew W Caine**   acaine@pszjlaw.com
- **David Cantrell**   dcantrell@lc-law-llp.com
- **Jeffrey D Cawdrey**   jcawdrey@grsm.com, madeyemo@gordonrees.com;sdurazo@grsm.com
- **Conrad K Chiu**   cchiu@pryorcashman.com
- **Shawn M Christianson**   cmcintire@buchalter.com, schristianson@buchalter.com
- **Theodore A Cohen**   tcohen@sheppardmullin.com, amontoya@sheppardmullin.com
- **Erinn M Contreras**   econtreras@sheppardmullin.com, dcorpus@sheppardmullin.com
- **Joseph Corrigan**   Bankruptcy2@ironmountain.com
- **Raphael Cung**   rcung@callahan-law.com, jeggleston@callahan-law.com;deisenbrey@callahan-law.com;mmartinez@callahan-law.com
- **J.D. Cuzzolina**   info@cuzzlaw.com, jp@cuzzlaw.com
- **Michael T Delaney**   mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- **Jessica DiFrancesco**   notices@becket-lee.com
- **Caroline Djang**   , docket@buchalter.com;lverstegen@buchalter.com
- **Caroline Djang**   cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com
- **Jeffrey W Dulberg**   jdulberg@pszjlaw.com
- **Robert J Feinstein**   rfeinstein@pszjlaw.com
- **Scott D Fink**   colcaecf@weltman.com
- **Marc C Forsythe**   , mforsythe@goeforlaw.com;goeforecf@gmail.com
- **Marc C Forsythe**   kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
- **Alan J Friedman**   afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Matthew T Furton**   mfurton@lockelord.com, Donna.Mathis@lockelord.com;autodocket@lockelord.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                F 9013-3.1.PROOF.SERVICE

- **Thomas M Gaa**   tgaa@bbslaw.com
- **Beth Gaschen**   bgaschen@wgllp.com, kadele@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com;gestrada@wgllp.com
- **Nancy S Goldenberg**   nancy.goldenberg@usdoj.gov
- **David B Golubchik**   dbg@lnbyg.com, stephanie@lnbyb.com
- **Christopher J Green**   chrisgreen@ucla.edu, chrisgreen@ucla.edu;christopher-green-2815@ecf.pacerpro.com
- **Justin D Harris**   , felicia@harrislawfirm.net
- **Justin D Harris**   jdh@harrislawfirm.net, felicia@harrislawfirm.net
- **Michael J Hauser**   michael.hauser@usdoj.gov
- **Eric M Heller**   eric.m.heller@irscounsel.treas.gov
- **Lydia A Hewett**   lydia.hewett@cpa.state.tx.us
- **Joan Huh**   joan.huh@cdtfa.ca.gov
- **Lillian Jordan**   ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- **Samuel M Kidder**   skidder@ktbslaw.com
- **Rika Kido**   rkido@shulmanbastian.com, avernon@shulmanbastian.com
- **Jeannie Kim**   jkim@buchalter.com, dgatmen@sheppardmullin.com
- **Alan M Kindred**   akindred@leechtishman.com, alankindred@hotmail.com;dtomko@ch-legal.com
- **Armand R. Kizirian**   armand@kizirianlaw.com, armand@boyamianlaw.com;michael@boyamianlaw.com;narine@boyamianlaw.com
- **Stuart I Koenig**   Skoenig@leechtishman.com, sfrey@leechtishman.com;jabrams@leechtishman.com
- **Alan J Kornfeld**   akornfeld@pszjlaw.com, mdj@pszjlaw.com
- **Matthew J Kraus**   mkraus@lc-lawyers.com, mbuchheit@lc-lawyers.com
- **Jeffrey C Krause**   jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
- **Donny P Le**   Donny.Le@doj.ca.gov
- **Yochun Katie Lee**   kylee@akingump.com, tsouthwell@akingump.com;westdocketing@akingump.com
- **Elan S Levey**   elan.levey@usdoj.gov, julie.morales@usdoj.gov
- **William N Lobel**   wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com
- **Aaron J Malo**   amalo@sheppardmullin.com, clopez@sheppardmullin.com;abilly@sheppardmullin.com
- **Robert S Marticello**   Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Ashley M McDow**   amcdow@foley.com, sansanee-wells-8377@ecf.pacerpro.com
- **David W. Meadows**   david@davidwmeadowslaw.com
- **Reed M Mercado**   rmercado@sheppardmullin.com
- **Harlene Miller**   harlene@harlenemillerlaw.com, harlenejd@gmail.com
- **Raymond F Moats**   colcaecf@weltman.com
- **Elizabeth L Musser**   elizabeth.musser@clydeco.us

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                   **F 9013-3.1.PROOF.SERVICE**

- **Jeffrey P Nolan**   jnolan@pszjlaw.com
- **Courtney E Norton**   cnorton@greenbergglusker.com, kwoodson@greenbergglusker.com;jking@greenbergglusker.com;calendar@greenbergglusker.com
- **Ryan D O'Dea**   rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **John M O'Donnell**   john.o'donnell@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- **Ernie Zachary Park**   ernie.park@bewleylaw.com
- **Ronak N Patel**   rpatel@rivco.org, dresparza@rivco.org;mdominguez@rivco.org
- **Mary A Petrovic**   petrovic.mary@pbgc.gov, efile@pbgc.gov
- **Marc S Pfeuffer**   pfeuffer.marc@pbgc.gov, efile@pbgc.gov
- **Kathy Bazoian Phelps**   kphelps@raineslaw.com, hchoi@raineslaw.com
- **Christopher E Prince**   , jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com
- **Amelia Puertas-Samara**   itcdbgc@edd.ca.gov, itcdgc@edd.ca.gov
- **Christopher B Queally**   cqueally@callahan-law.com, jluirette@callahan-law.com
- **Michael B Reynolds**   mreynolds@swlaw.com, kcollins@swlaw.com
- **Todd C. Ringstad**   becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Christopher O Rivas**   crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **Jeremy E Rosenthal**   jrosenthal@sidley.com
- **Joel W Ruderman**   ruderman.joel@pbgc.gov, email@pbgc.gov
- **Peter J Rudinskas**   pjr.legal@gmail.com
- **James M Sabovich**   jsabovich@callahan-law.com, ksalour@callahan-law.com;jkirwin@callahan-law.com;rcung@callahan-law.com;bmccormack@callahan-law.com;erichards@callahan-law.com;SRobinson@callahan-law.com
- **Jonathan C Sandler**   jsandler@bhfs.com, pherron@bhfs.com;sgrisham@bhfs.com
- **Scott A Schiff**   sas@soukup-schiff.com
- **Daren M Schlecter**   daren@schlecterlaw.com, assistant@schlecterlaw.com
- **George E Schulman**   GSchulman@DanningGill.Com, danninggill@gmail.com;gschulman@ecf.inforuptcy.com
- **Leonard M Shulman**   lshulman@shulmanbastian.com
- **Donald W Sieveke**   , dws4law@pacbell.net
- **Donald W Sieveke**   ibmoola@yahoo.com, dws4law@pacbell.net
- **Leslie Skorheim**   leslie.skorheim@usdoj.gov
- **David A Smyth**   smythlaw@gmail.com, dsmyth2_@hotmail.com
- **Alex E Spjute**   spjute@hugheshubbard.com, gaurav.reddy@hugheshubbard.com
- **Sarah Stuppi**   Sarah@stuppilaw.com
- **Charles Tsai**   CHARLES.TSAI@DOJ.CA.GOV
- **Helena Tseregounis**   helena.tseregounis@lw.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Daniel Uribe**   duribe@gmail.com
- **Elissa A Wagner**   ewagner@pszjlaw.com
- **Michael A Wallin**   mwallin@wallinrussell.com
- **Michael J. Weiland**   mweiland@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com
- **Scott S Weltman**   colcaecf@weltman.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                  **F 9013-3.1.PROOF.SERVICE**

- **Johnny White**   JWhite@wrslawyers.com, aparisi@wrslawyers.com;eweiman@wrslawyers.com;chamilton@wrslawyers.com
- **Brandon J Witkow**   bw@witkowlaw.com, tg@witkowlaw.com
- **Steven D Zansberg**   zansbergs@ballardspahr.com, DocketClerk_Denver@ballardspahr.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**