1  Alan J. Friedman (State Bar No. 132580)
   **SHULMAN BASTIAN FRIEDMAN & BUI LLP**
2  100 Spectrum Center Drive, Suite 600
   Irvine, California 92618
3  Telephone: (949) 340-3400
   Facsimile:   (949) 340-3000
4  Email:        Afriedman@shulmanbastian.com

5  Attorneys for Debtors

6

7                    **UNITED STATES BANKRUPTCY COURT**

                **CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**
8

9

10 | In re | Case No. 8:15-bk-15311-TA |
|---|---|
| FREEDOM COMMUNICATIONS, INC., a Delaware corporation et al., | Chapter 11 |
| | (Jointly Administered with Case Nos. 8:15-bk-15312-TA; 8:15-bk-15313-TA; 8:15-bk-15315-TA; 8:15-bk-15316-TA; 8:15-bk-15317-TA; 8:15-bk-15318-TA; 8:15-bk-15319-TA; 8:15-bk-15320-TA; 8:15-bk-15321-TA; 8:15-bk-15322-TA; 8:15-bk-15323-TA; 8:15-bk-15324-TA; 8:15-bk-15325-TA; 8:15-bk-15326-TA; 8:15-bk-15327-TA; 8:15-bk-15328-TA; 8:15-bk-15329-TA; 8:15-bk-15330-TA; 8:15-bk-15332-TA; 8:15-bk-15337-TA; 8:15-bk-15339-TA; 8:15-bk-15340-TA; 8:15-bk-15342-TA; 8:15-bk-15343-TA) |

Debtors.
Affects:

☒  All Debtors

☐  Freedom Communications, Inc., a Delaware corporation, ONLY

☐  Freedom Communications Holdings, Inc., a Delaware corporation, ONLY

☐  Freedom Services, Inc., a Delaware corporation, ONLY

☐  2100 Freedom, Inc., a Delaware corporation, ONLY

☐  OCR Community Publications, Inc., a California corporation, ONLY

☐  Daily Press, LLC, a California limited liability company, ONLY

☐  Freedom California Mary Publishing, Inc., a California corporation, ONLY

☐  Freedom California Ville Publishing Company LP, a California limited partnership, ONLY

☐  Freedom Colorado Information, Inc., a Delaware corporation, ONLY

Chapter 11

**JOINT  POST-CONFIRMATION STATUS REPORT AMONG DEBTORS, DEBTORS' TAX COUNSEL, THE CDTFA AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Post Confirmation Status Conference:

Date:  September 15, 2022
Time: 10:00 a.m.
Place: Courtroom 5B

{00194452.DOCX}

1   ☐   Freedom Interactive Newspapers, Inc., a
California corporation, ONLY

2

3   ☐   Freedom Interactive Newspapers of Texas,
Inc., a Delaware corporation, ONLY

4   ☐   Freedom Newspaper Acquisitions, Inc., a
Delaware corporation, ONLY

5

6   ☐   Freedom Newspapers, a Texas general
partnership, ONLY

7   ☐   Freedom Newspapers, Inc., a Delaware
corporation, ONLY

8

9   ☐   Freedom Newspapers of Southwestern
Arizona, Inc., a California corporation, ONLY

10  ☐   OCR Information Marketing, Inc., a
California corporation, ONLY

11

12  ☐   Odessa American, a Texas general
partnership, ONLY

13  ☐   Orange County Register Communications,
Inc., a California corporation, ONLY

14

15  ☐   Victor Valley Publishing Company, a
California corporation, ONLY

16  ☐   Victorville Publishing Company, a
California limited partnership, ONLY

17

18  ☐   Freedom SPV II, LLC, a Delaware limited
liability company, ONLY

19  ☐   Freedom SPV VI, LLC, a Delaware
limited liability company, ONLY

20

21  ☐   Freedom SPV I, LLC, a Delaware limited
liability company, ONLY

22  ☐   Freedom SPV IV, LLC, a Delaware
limited liability company, ONLY

23

24  ☐   Freedom SPV V, LLC, a Delaware limited
liability company, ONLY

25

26

27

28

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE, TO THE OFFICE OF THE UNITED STATES TRUSTEE, AND TO ALL INTERESTED PARTIES:**

Freedom Communications, Inc., and its jointly administered cases, the reorganized debtors in the above-referenced cases ("Debtors"), Debtors' tax counsel, counsel for the California Department of Tax and Fee Administration ("CDTFA"), and counsel for the Official Committee of Unsecured Creditors hereby submits this Joint Post-Confirmation Status Report as required by order of the Court in advance of the post-confirmation status conference scheduled for September 15, 2022 ("Status Conference").

**A.      Debtors' Update**

On November 1, 2015 and November 2, 2015 (the "Petition Dates"), the jointly administered debtors and debtors-in-possession commenced the above-captioned cases (the "Cases") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Central District of California (the "Court").

By entry of the Order Confirming Second Amended Joint Chapter 11 Plan of Liquidation Proposed By Debtors and Official Committee of Unsecured Creditors, as Modified ("Confirmation Order") on July 16, 2021 [Dkt. No. 1786], the Debtor's Second Amended Joint Chapter 11 Plan of Liquidation Proposed by Debtors and Official Committee of Unsecured Creditors, as Modified ("Plan")[1] [Dkt. No. 1760] was confirmed.

The Plan is a liquidation plan which will be implemented through the substantive consolidation of the Debtors' Estates for the purposes of Distributions under the Plan, the re-vesting of the Estates' assets in Liquidating Debtor Freedom Communications, Inc., and the appointment of a Plan Administrator to liquidate or otherwise dispose of the Estates' remaining assets, if and to the extent such assets were not previously monetized or otherwise transferred by the Debtors prior to the Effective Date.

---

[1] Unless otherwise defined herein, capitalized terms herein have the meaning as set forth in the Plan.

The Plan provides for the distribution of the remaining assets of the Estates, which primarily include the net cash proceeds from prior litigation settlements and prosecution of the Debtors' entitlement to the Refund Claim from the CDTFA.  Based on the information presented in connection with the Estimation Motion, the Court has indicated that it is more probable than not that the Debtors would obtain the refunds, and that  CDTFA's claims would be ultimately allowed in the amounts stated in the Estimation Motion.

On June 17, 2021, the Debtors filed a Complaint to (1) Determine Amount of Taxes Owed to California Department of Tax and Fee Administration ("CDTFA") Under Bankruptcy Code §505(A)(1), and (2) Determine Amounts of Refunds Owed by CDTFA Pursuant to Bankruptcy Code §505(A)(2); Objection to Pre-Petition Claims and Administrative Claims of the CDTFA ("Complaint").

The Effective Date of the Plan cannot go effective until the litigation with CDTFA has been resolved and accordingly, the Effective Date has not been established. However, the litigation is progressing with discovery being propounded.

The Debtors have also been involved with an administrative appeal of the CDTFA's prior determinations relating to its audit findings.  The administrative appeal is currently pending, and the parties are waiting for a ruling.  Generally, a ruling is issued within 90 days from the close of evidence.  Currently no ruling has been issued.

The Debtors have held off providing a significant amount of discovery while waiting for the ruling on the administrative appeal.  The Debtors are hopeful that a ruling on the administrative appeal will resolve at least some of the very document intensive issues and thus obviate the need for counsel for the parties to devote many, many hours of time to promulgating additional discovery, trial preparation and trial.

On May 18, 2022, counsel for the Debtors and CDTFA met and conferred resulting in a stipulation extending deadlines relating to the Complaint.   By the stipulation and order approving same, the following deadlines relating to the Complaint have been extended/set:  (1) All Discovery to be completed by January 9, 2023,  (2) Discovery motions to be heard before February 8, 2023,

and (3) Pre-Trial motions to be heard before March 8, 2023.   It is anticipated that there will be additional hearings and/or conferences in the future.

At present, the Debtors do not have an estimate as to when this litigation will be resolved, however, it should be pointed out that since the deadline for pre-trial motions has been extended to March 8, 2023, unless the Debtors and CDTFA come to an agreement and resolve the Complaint, no resolution is anticipated until at least mid 2023.

The Debtor is expecting a collateral return of $185,140.00 as a result of the 9019 settlement motion approving that certain Stipulation Regarding Return of Security by and Between Freedom Communications, Inc., Freedom Communications and its Affiliated Debtors and AIG Specialty Insurance Company, et al. [Dkt. No. 1898].

B.    **Debtors' Tax Counsel Update**

As explained *supra*, in addition to this pending Adversary Proceeding, the Debtors are pursuing an administrative appeal with the CDTFA's Appeals Bureau. Debtors' Tax Counsel believe that the administrative appeal will likely resolve at least one, and potentially more, of the seven major issues which underline the tax liability/refund issue in this Adversary Proceeding. The CDTFA attorney assigned to the pending administrative appeal, Mr. Kasey Lewallen, informed the parties on April 20, 2022, that he would "require some time to review the parties' contentions and submissions, and [he would] submit questions to the parties as needed."  On June 9, 2022, Mr. Lewallen submitted a question to Debtors' Tax Counsel, which Debtors' Tax Counsel responded to on June 20, 2022.   In his June 9, 2022 email, Mr. Lewallen stated that "Apart from these clarifications I anticipate completing my review of both parties' submissions by the end of this month...[after which] I will close the information-gathering process and issue the Decision in due course."  Mr. Lewallen has not submitted any questions to either party since June 9, 2022, and as such Debtors' Tax Counsel remain hopeful that Mr. Lewallen will issue his decision in the coming weeks.

Because of the breadth of the issues in this case, and because of the voluminous nature of the underlying data, Debtors' Tax Counsel believes that the administrative matter pending before

1  the CDTFA's Appeals Bureau should be concluded prior to any trial in this matter.  It is possible,

2  and perhaps likely, that Mr. Lewallen will order a re-audit on some of the pending issues.  As it

3  relates to the transportation expense issue, which is one of the largest dollar issues in this matter,

4  Debtors' Tax Counsel believes that a re-audit is appropriate, and that it may result in a resolution of

5  the transportation expense issue. Debtors' Tax Counsel is concerned about the CDTFA's failure to

6  ever look at Debtors' actual transportation data that verifies the amount of transportation expenses

7  incurred by the Debtor and reported on the amended sales tax returns.

8       Once the CDTFA Appeals Bureau matter has resolved, it is the hope of Debtors' Tax

9  Counsel that the issues in this case will be further narrowed, at which time Debtors' Tax Counsel

10  believes that the remaining issues in this case may be best resolved through mediation.

11  **C.       Counsel for CDTFA's Update**

12       CDTFA answered the Debtors' Complaint in the pending Adversary Proceeding on July 21,

13  2021.  [Adv. Dkt. No. 6].  Since that time, CDTFA has diligently pursued its discovery and plans to

14  complete its discovery by the deadline set forth in the Court's Order entered on May 27, 2022 [Adv.

15  Dkt. No. 16] in which all discovery will close on January 9, 2023.  CDTFA agrees that absent an

16  agreement to resolve the Complaint, the Adversary Proceeding should be ready for a trial by mid-

17  2023.

18       As acknowledged by the Debtors, they commenced this Adversary Proceeding but at the

19  same pursued an administrative appeal with CDTFA's Appeals Bureau.  [Adv. Dkt. No. 14 at para.

20  3].  CDTFA does not believe that the administrative appeal would have any meaningful impact on

21  the discovery deadlines in this Adversary Proceeding.  However, and at the request of Debtors' Tax

22  Counsel, CDTFA stipulated to extend the discovery cutoff and other discovery related-deadlines.

23       To the extent that this Court may find it relevant, CDTFA Appeals Regulations[2] Rule 35065

24  requires that the Appeals Bureau issue its written decision no later than 90 days after the last

25

26

27

28  [2] A complete copy can be found at:  https://www.cdtfa.ca.gov/lawguides/vol1/rta/rta-ch1.html.

submission of written arguments and documentary evidence to the Appeals Bureau.  However, the

Rule does permit the Appeals Bureau to request additional time to issue its decision.

**D.**      **Committee Counsel's Update**

     Counsel for the Official Committee of Unsecured Creditor concurs with the Debtors' update

and has no further information to provide.

Dated: August <u>31</u>, 2022.             SHULMAN BASTIAN FRIEDMAN & BUI LLP

                                        By:     /s/ Alan J. Friedman
                                                 Alan J. Friedman
                                                 Attorneys for Debtors

Dated: August 31, 2022.            LAW OFFICES OF LAVAR TAYLOR, LLP

                                        By: _____
                                                 A. Lavar Taylor
                                                 Jonathan T. Amitrano
                                                 Debtors' Tax Counsel

Dated: August 31, 2022.            CALIFORNIA DEPARTMENT OF TAX AND FEE
                                         ADMINISTRATION

                                         By: _____
                                                 Donny P. Le
                                                 Deputy Attorney General

Dated: August 31, 2022.            PACHULSKI STANG ZIEHL & JONES LLP

                                         By: _____
                                                 Jeffrey W. Dulberg
                                                 Counsel for the Official Committee of
                                                 Unsecured Creditors

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*):  **JOINT  POST-CONFIRMATION STATUS REPORT AMONG DEBTORS, DEBTORS' TAX COUNSEL, THE CDTFA AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 1, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⊠ Service information continued on attached page.

**2.  <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*) September 1,  2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Judge's Courtesy Copy
Honorable Theodor C. Albert
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085 / Courtroom 5B
Santa Ana, CA 92701-4593

☐ Service information continued on attached page.

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 1,  2022 | Lori Gauthier | */s/ Lori Gauthier* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

<u>ADDITIONAL SERVICE INFORMATION</u> (if needed):

1. **<u>SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>**

- **Jonathan T Amitrano**   jamitrano@taylorlaw.com, ltaylor@taylorlaw.com,ecf@taylorlaw.com
- **Kyra E Andrassy**   kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **David M Banker**   dbanker@lowenstein.com, dbanker@lowenstein.com
- **Richard L Barnett**   rick@barnettrubin.com, kelly@barnettrubin.com
- **James Cornell Behrens**   jbehrens@milbank.com, gbray@milbank.com;mshinderman@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com
- **Steven M Berman**   sberman@shumaker.com, bgasaway@shumaker.com
- **Shraddha Bharatia**   notices@becket-lee.com
- **Matthew Bouslog**   MBouslog@gibsondunn.com, nbrosman@gibsondunn.com
- **J Scott Bovitz**   bovitz@bovitz-spitzer.com
- **Larry Butler**   notices@becket-lee.com
- **Andrew W Caine**   acaine@pszjlaw.com
- **David Cantrell**   dcantrell@lc-law-llp.com
- **Jeffrey D Cawdrey**   jcawdrey@grsm.com, madeyemo@gordonrees.com;sdurazo@grsm.com
- **Conrad K Chiu**   cchiu@pryorcashman.com
- **Shawn M Christianson**   cmcintire@buchalter.com, schristianson@buchalter.com
- **Theodore A Cohen**   tcohen@sheppardmullin.com, amontoya@sheppardmullin.com
- **Erinn M Contreras**   econtreras@sheppardmullin.com, dcorpus@sheppardmullin.com
- **Joseph Corrigan**   Bankruptcy2@ironmountain.com
- **Raphael Cung**   rcung@callahan-law.com, jeggleston@callahan-law.com;deisenbrey@callahan-law.com;mmartinez@callahan-law.com
- **J.D. Cuzzolina**   info@cuzzlaw.com, jp@cuzzlaw.com
- **Michael T Delaney**   mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- **Jessica DiFrancesco**   notices@becket-lee.com
- **Caroline Djang**   cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com
- **Jeffrey W Dulberg**   jdulberg@pszjlaw.com
- **Robert J Feinstein**   rfeinstein@pszjlaw.com
- **Scott D Fink**   colcaecf@weltman.com
- **Marc C Forsythe**   , mforsythe@goeforlaw.com;goeforecf@gmail.com
- **Marc C Forsythe**   kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
- **Alan J Friedman**   afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Matthew T Furton**   mfurton@lockelord.com, Donna.Mathis@lockelord.com;autodocket@lockelord.com
- **Thomas M Gaa**   tgaa@bbslaw.com
- **Beth Gaschen**   bgaschen@go2.law, kadele@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com;gestrada@wgllp.com
- **Nancy S Goldenberg**   nancy.goldenberg@usdoj.gov
- **David B Golubchik**   dbg@lnbyg.com, stephanie@lnbyb.com
- **Christopher J Green**   chrisgreen@ucla.edu, chrisgreen@ucla.edu;christopher-green-2815@ecf.pacerpro.com
- **Justin D Harris**   , felicia@harrislawfirm.net
- **Justin D Harris**   jdh@harrislawfirm.net, felicia@harrislawfirm.net
- **Michael J Hauser**   michael.hauser@usdoj.gov
- **Eric M Heller**   eric.m.heller@irscounsel.treas.gov
- **Lydia A Hewett**   lydia.hewett@cpa.state.tx.us
- **Joan Huh**   joan.huh@cdtfa.ca.gov
- **Lillian Jordan**   ENOTICES@DONLINRECANO.COM, RMAPA@DONLINRECANO.COM
- **Samuel M Kidder**   skidder@ktbslaw.com

- **Rika Kido**   rkido@shulmanbastian.com, avernon@shulmanbastian.com
- **Jeannie Kim**   jkim@buchalter.com, dgatmen@sheppardmullin.com
- **Alan M Kindred**   akindred@leechtishman.com, alankindred@hotmail.com;dtomko@ch-legal.com
- **Armand R. Kizirian**   armand@kizirianlaw.com, armand@boyamianlaw.com;michael@boyamianlaw.com;narine@boyamianlaw.com
- **Stuart I Koenig**   Skoenig@leechtishman.com, sfrey@leechtishman.com;jabrams@leechtishman.com
- **Alan J Kornfeld**   akornfeld@pszjlaw.com, mdj@pszjlaw.com
- **Matthew J Kraus**   mkraus@lc-lawyers.com, mbuchheit@lc-lawyers.com
- **Jeffrey C Krause**   jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
- **Donny P Le**   Donny.Le@doj.ca.gov
- **Yochun Katie Lee**   kylee@akingump.com, tsouthwell@akingump.com;westdocketing@akingump.com
- **Elan S Levey**   elan.levey@usdoj.gov, julie.morales@usdoj.gov
- **William N Lobel**   wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com
- **Aaron J Malo**   amalo@sheppardmullin.com, clopez@sheppardmullin.com;abilly@sheppardmullin.com
- **Robert S Marticello**   Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Ashley M McDow**   amcdow@foley.com, sansanee-wells-8377@ecf.pacerpro.com
- **David W. Meadows**   david@davidwmeadowslaw.com
- **Reed M Mercado**   rmercado@sheppardmullin.com
- **Harlene Miller**   harlene@harlenemillerlaw.com, harlenejd@gmail.com
- **Raymond F Moats**   colcaecf@weltman.com
- **Elizabeth L Musser**   elizabeth.musser@clydeco.us
- **Jeffrey P Nolan**   jnolan@pszjlaw.com
- **Courtney E Norton**   cnorton@greenbergglusker.com, kwoodson@greenbergglusker.com;jking@greenbergglusker.com;calendar@greenbergglusker.com
- **Ryan D O'Dea**   rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **John M O'Donnell**   john.o'donnell@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- **Ernie Zachary Park**   ernie.park@bewleylaw.com
- **Ronak N Patel**   rpatel@rivco.org, dresparza@rivco.org;mdominguez@rivco.org
- **Mary A Petrovic**   petrovic.mary@pbgc.gov, efile@pbgc.gov
- **Marc S Pfeuffer**   pfeuffer.marc@pbgc.gov, efile@pbgc.gov
- **Kathy Bazoian Phelps**   kphelps@raineslaw.com, hchoi@raineslaw.com
- **Christopher E Prince**   , jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com
- **Amelia Puertas-Samara**   itcdbgc@edd.ca.gov, itcdgc@edd.ca.gov
- **Christopher B Queally**   cqueally@callahan-law.com, jluirette@callahan-law.com
- **Michael B Reynolds**   mreynolds@swlaw.com, kcollins@swlaw.com
- **Todd C. Ringstad**   becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Christopher O Rivas**   crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **Jeremy E Rosenthal**   jrosenthal@sidley.com
- **Joel W Ruderman**   ruderman.joel@pbgc.gov, email@pbgc.gov
- **Peter J Rudinskas**   pjr.legal@gmail.com
- **James M Sabovich**   jsabovich@callahan-law.com, ksalour@callahan-law.com;jkirwin@callahan-law.com;rcung@callahan-law.com;bmccormack@callahan-law.com;erichards@callahan-law.com;SRobinson@callahan-law.com
- **Jonathan C Sandler**   jsandler@bhfs.com, pherron@bhfs.com;sgrisham@bhfs.com
- **Scott A Schiff**   sas@soukup-schiff.com
- **Daren M Schlecter**   daren@schlecterlaw.com, assistant@schlecterlaw.com
- **George E Schulman**   GSchulman@DanningGill.Com, danninggill@gmail.com;gschulman@ecf.inforuptcy.com
- **Leonard M Shulman**   lshulman@shulmanbastian.com
- **Donald W Sieveke**   , dws4law@pacbell.net
- **Donald W Sieveke**   ibmoola@yahoo.com, dws4law@pacbell.net
- **Leslie Skorheim**   leslie.skorheim@usdoj.gov
- **David A Smyth**   smythlaw@gmail.com, dsmyth2_@hotmail.com
- **Alex E Spjute**   spjute@hugheshubbard.com, gaurav.reddy@hugheshubbard.com

- **Sarah Stuppi**    Sarah@stuppilaw.com
- **Charles Tsai**    CHARLES.TSAI@DOJ.CA.GOV
- **Helena Tseregounis**    helena.tseregounis@lw.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Daniel Uribe**    duribe@gmail.com
- **Elissa A Wagner**    ewagner@pszjlaw.com
- **Michael A Wallin**    mwallin@wallinrussell.com
- **Michael J. Weiland**    mweiland@wgllp.com,
  kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com
- **Scott S Weltman**    colcaecf@weltman.com
- **Johnny White**    JWhite@wrslawyers.com,
  aparisi@wrslawyers.com;eweiman@wrslawyers.com;chamilton@wrslawyers.com
- **Brandon J Witkow**    bw@witkowlaw.com, tg@witkowlaw.com
- **Steven D Zansberg**    zansbergs@ballardspahr.com, DocketClerk_Denver@ballardspahr.com