Alan J. Friedman (State Bar No. 132580)
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email: Afriedman@shulmanbastian.com

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>FREEDOM COMMUNICATIONS, INC., a Delaware corporation et al.,<br><br>            Debtors.<br>Affects:<br><br>☒  All Debtors<br><br>☐  Freedom Communications, Inc., a Delaware corporation, ONLY<br><br>☐  Freedom Communications Holdings, Inc., a Delaware corporation, ONLY<br><br>☐  Freedom Services, Inc., a Delaware corporation, ONLY<br><br>☐  2100 Freedom, Inc., a Delaware corporation, ONLY<br><br>☐  OCR Community Publications, Inc., a California corporation, ONLY<br><br>☐  Daily Press, LLC, a California limited liability company, ONLY<br><br>☐  Freedom California Mary Publishing, Inc., a California corporation, ONLY<br><br>☐  Freedom California Ville Publishing Company LP, a California limited partnership, ONLY<br><br>☐  Freedom Colorado Information, Inc., a Delaware corporation, ONLY | Case No. 8:15-bk-15311-TA<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 8:15-bk-15312-TA; 8:15-bk-15313-TA; 8:15-bk-15315-TA; 8:15-bk-15316-TA; 8:15-bk-15317-TA; 8:15-bk-15318-TA; 8:15-bk-15319-TA; 8:15-bk-15320-TA; 8:15-bk-15321-TA; 8:15-bk-15322-TA; 8:15-bk-15323-TA; 8:15-bk-15324-TA; 8:15-bk-15325-TA; 8:15-bk-15326-TA; 8:15-bk-15327-TA; 8:15-bk-15328-TA; 8:15-bk-15329-TA; 8:15-bk-15330-TA; 8:15-bk-15332-TA; 8:15-bk-15337-TA; 8:15-bk-15339-TA; 8:15-bk-15340-TA; 8:15-bk-15342-TA; 8:15-bk-15343-TA)<br><br>Chapter 11<br><br>**POST-CONFIRMATION STATUS REPORT**<br><br><u>Post Confirmation Status Conference:</u><br><br>Date: May 13, 2025<br>Time: 11:00 a.m.<br>Place: Courtroom 5B |

{00213219.DOCX}

1  ☐ Freedom Interactive Newspapers, Inc., a California corporation, ONLY

☐ Freedom Interactive Newspapers of Texas, Inc., a Delaware corporation, ONLY

☐ Freedom Newspaper Acquisitions, Inc., a Delaware corporation, ONLY

☐ Freedom Newspapers, a Texas general partnership, ONLY

☐ Freedom Newspapers, Inc., a Delaware corporation, ONLY

☐ Freedom Newspapers of Southwestern Arizona, Inc., a California corporation, ONLY

☐ OCR Information Marketing, Inc., a California corporation, ONLY

☐ Odessa American, a Texas general partnership, ONLY

☐ Orange County Register Communications, Inc., a California corporation, ONLY

☐ Victor Valley Publishing Company, a California corporation, ONLY

☐ Victorville Publishing Company, a California limited partnership, ONLY

☐ Freedom SPV II, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV VI, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV I, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV IV, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV V, LLC, a Delaware limited liability company, ONLY

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:**

Freedom Communications, Inc., and its jointly administered cases, the reorganized debtors in the above-referenced cases ("Debtors") hereby submits this Post-Confirmation Status Report as required by order of the Court in advance of the post-confirmation status conference scheduled for May 13, 2025 ("Status Conference").

**A.     Case Background/Debtors' Update**

On November 1, 2015 and November 2, 2015 (the "Petition Dates"), the jointly administered debtors and debtors-in-possession commenced the above-captioned cases (the "Cases") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Central District of California (the "Court").

By entry of the Order Confirming Second Amended Joint Chapter 11 Plan of Liquidation Proposed By Debtors and Official Committee of Unsecured Creditors, as Modified ("Confirmation Order") on July 16, 2021 [Dkt. No. 1786], the Debtor's Second Amended Joint Chapter 11 Plan of Liquidation Proposed by Debtors and Official Committee of Unsecured Creditors, as Modified ("Plan")[1] [Dkt. No. 1760] was confirmed.

As stated in the last status report, the Plan will not go effective as there are not sufficient funds in the estates to pay all allowed administrative and priority claims in full. Rather, the Debtors will seek a structured dismissal of the cases. The Debtors have been in communication with the Office of the United States Trustee (the "UST") in order to provide the UST with information relative to the dismissal that will be sought in the cases in an attempt to obtain consensus before seeking dismissal. The Debtors are in the process of finalizing its motion for orders establishing dismissal procedures, authorizing dismissal of chapter 11 cases and establishing deadline for submitting administration claims ("Dismissal Motion"). The Debtors anticipate filing the Dismissal Motion prior to the status conference.

---

[1] Unless otherwise defined herein, capitalized terms herein have the meaning as set forth in the Plan.

1  The Debtors are in compliance with the requirements imposed by the Office of the United
2  States Trustee. The Debtors have and continue to file their monthly operating reports and are current
3  with their payments of the U.S. Trustee quarterly fees.

                                                      Respectfully submitted,

Dated: April 29, 2025               SHULMAN BASTIAN FRIEDMAN & BUI LLP

                                  By:  */s/ Alan J. Friedman*
                                          Alan J. Friedman
                                          Attorneys for Debtors

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*): **POST-CONFIRMATION STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 29, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and termined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On April 29, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge's Copy**
Honorable Theodor C. Albert
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085 / Courtroom 5B
Santa Ana, CA 92701-4593

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **April 29, 2025** | **Lori Gauthier** | */s/ Lori Gauthier* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**NEF SERVICE LIST**

- Jonathan T Amitrano    jamitrano@taylorlaw.com, ltaylor@taylorlaw.com,ecf@taylorlaw.com
- Kyra E Andrassy    kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- David M Banker    dbanker@lowenstein.com, dbanker@lowenstein.com
- Richard L Barnett    rick@barnettrubin.com, kelly@barnettrubin.com
- James Cornell Behrens    jbehrens@milbank.com, gbray@milbank.com;mshinderman@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com
- Steven M Berman    sberman@shumaker.com, fmorency@shumaker.com;choffman@shumaker.com;lhutton@shumaker.com
- Shraddha Bharatia    notices@becket-lee.com
- Matthew Bouslog    mbouslog@allenmatkins.com, ncampos@allenmatkins.com
- J Scott Bovitz    bovitz@bovitz-spitzer.com
- Larry Butler    notices@becket-lee.com
- Andrew W Caine    acaine@pszjlaw.com
- David Cantrell    dcantrell@lc-law-llp.com
- Jeffrey D Cawdrey    jcawdrey@grsm.com, madeyemo@gordonrees.com;asoto@grsm.com;amatthews@grsm.com
- Conrad K Chiu    cchiu@pryorcashman.com
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Theodore A Cohen    tcohen@sheppardmullin.com, mtzeng@sheppardmullin.com
- Erinn M Contreras    econtreras@sheppardmullin.com, dcorpus@sheppardmullin.com
- Joseph Corrigan    Bankruptcy2@ironmountain.com
- Raphael Cung    rcung@callahan-law.com, jeggleston@callahan-law.com;deisenbrey@callahan-law.com;mmartinez@callahan-law.com
- J.D. Cuzzolina    info@cuzzlaw.com, jp@cuzzlaw.com
- Michael T Delaney    mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- Jessica DiFrancesco    notices@becket-lee.com
- Caroline Djang    cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Robert J Feinstein    rfeinstein@pszjlaw.com
- Scott D Fink    colcaecf@weltman.com
- Marc C Forsythe    mforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
- Alan J Friedman    afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- Matthew T Furton    mfurton@lockelord.com, Donna.Mathis@lockelord.com;autodocket@lockelord.com
- Thomas M Gaa    tgaa@bbslaw.com
- Beth Gaschen    bgaschen@go2.law, kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law
- David B Golubchik    dbg@lnbyg.com, dbg@lnbyg.com
- Justin D Harris    jdh@harrislawfirm.net, felicia@harrislawfirm.net
- Lydia A Hewett    lydia.hewett@cpa.state.tx.us
- Joan Huh    joan.huh@cdtfa.ca.gov
- Lillian Jordan    nefrecipients@donlinrecano.com, RMAPA@DONLINRECANO.COM
- Sean A Kading    seankading@sbcglobal.net
- Samuel M Kidder    skidder@ktbslaw.com
- Rika Kido    rkido@shulmanbastian.com, avernon@shulmanbastian.com
- Jeannie Kim    jkim@buchalter.com, dgatmen@sheppardmullin.com
- Alan M. Kindred    akindred@leechtishman.com, alankindred@hotmail.com;dtomko@ch-legal.com
- Armand R. Kizirian    armand@kizirianlaw.com, armand@boyamianlaw.com;michael@boyamianlaw.com;narine@boyamianlaw.com
- Stuart I Koenig    Skoenig@leechtishman.com, sfrey@leechtishman.com;jabrams@leechtishman.com
- Alan J Kornfeld    akornfeld@pszjlaw.com, mdj@pszjlaw.com
- Matthew J Kraus    mkraus@lc-lawyers.com, mbuchheit@lc-lawyers.com
- Jeffrey C Krause    jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
- Donny P Le    Donny.Le@doj.ca.gov
- Yochun Katie Lee    kylee@akingump.com, tsouthwell@akingump.com;westdocketing@akingump.com

- Elan S Levey elan.levey@usdoj.gov, julie.morales@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- William N Lobel wlobel@tocounsel.com, mmason@tocounsel.com
- Aaron J Malo amalo@sheppardmullin.com, abilly@sheppardmullin.com;mlinker@sheppardmullin.com
- Robert S Marticello rmarticello@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- Ashley M. McDow amcdow@proton.me, sansanee-wells-8377@ecf.pacerpro.com;swells@foley.com
- David W. Meadows david@davidwmeadowslaw.com
- Reed M Mercado rmercado@sheppardmullin.com
- Harlene Miller harlene@harlenemillerlaw.com, harlenejd@gmail.com
- Raymond F Moats colcaecf@weltman.com
- Elizabeth L Musser emusser@londonfischer.com
- Queenie K Ng queenie.k.ng@usdoj.gov
- Jeffrey P Nolan jnolan@pszjlaw.com
- Courtney E Norton cnorton@greenbergglusker.com, kwoodson@greenbergglusker.com;jking@greenbergglusker.com;calendar@greenbergglusker.com
- Ryan D O'Dea rodea@shulmanbastian.com, lgauthier@shulmanbastian.com;avernon@shulmanbastian.com
- John M O'Donnell john.o'donnell@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- Ernie Zachary Park ernie.park@bewleylaw.com
- Ronak N Patel rpatel@rivco.org, suhernandez@rivco.org;COUNSEL-BK@rivco.org
- Mary A Petrovic petrovic.mary@pbgc.gov, efile@pbgc.gov
- Marc S Pfeuffer pfeuffer.marc@pbgc.gov, efile@pbgc.gov
- Kathy Bazoian Phelps kphelps@raineslaw.com, hchoi@raineslaw.com
- Christopher E Prince , jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com
- Amelia Puertas-Samara itcdbgc@edd.ca.gov, itcdgc@edd.ca.gov
- Christopher B Queally cqueally@callahan-law.com, jluirette@callahan-law.com
- Michael B Reynolds mreynolds@swlaw.com, kcollins@swlaw.com
- Christopher O Rivas crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Jeremy E Rosenthal jrosenthal@sidley.com
- Joel W Ruderman ruderman.joel@pbgc.gov, email@pbgc.gov
- Peter J Rudinskas pjr.legal@gmail.com
- James M Sabovich jsabovich@callahan-law.com, ksalour@callahan-law.com;jkirwin@callahan-law.com;rcung@callahan-law.com;bmccormack@callahan-law.com;erichards@callahan-law.com;SRobinson@callahan-law.com
- Jonathan C Sandler jsandler@bhfs.com, pherron@bhfs.com
- Scott A Schiff sas@soukup-schiff.com
- Daren M Schlecter daren@schlecterlaw.com, assistant@schlecterlaw.com
- George E Schulman schulmange@gmail.com, danninggill@gmail.com;gschulman@ecf.inforuptcy.com
- Leonard M Shulman lshulman@shulmanbastian.com, bcabrera@shulmanbastian.com;yrivera@shulmanbastian.com
- Donald W Sieveke , dws4law@pacbell.net
- Donald W Sieveke ibmoola@yahoo.com, dws4law@pacbell.net
- David Philip Simonds david.simonds@hoganlovells.com, tracy.southwell@hoganlovells.com
- David A Smyth smythlaw@gmail.com, dsmyth2_@hotmail.com
- Alex E Spjute spjute@hugheshubbard.com, gaurav.reddy@hugheshubbard.com
- Sarah Stuppi Sarah@stuppilaw.com
- Brooke S Thompson bthompson@shulmanbastian.com, avernon@shulmanbastian.com
- Charles Tsai charles.tsai@doj.ca.gov
- Helena Tseregounis helena.tseregounis@lw.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Daniel Uribe duribe@gmail.com
- Elissa A Wagner ewagner@pszjlaw.com
- Michael A Wallin mwallin@wallinrussell.com
- Michael J. Weiland mweiland@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com
- Scott Weltman sweltman@weltman.com
- Brandon J Witkow bw@witkowlaw.com, tg@witkowlaw.com
- Steven D Zansberg zansbergs@ballardspahr.com, DocketClerk_Denver@ballardspahr.com