United States Bankruptcy Court
Central District of California

| | |
|---|---|
| In re: | Case No. 15-15311-TA |
| Freedom Communications, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 11 |
| Date Rcvd: May 08, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Freedom Communications, Inc., c/o B Riley Advisory Services, Attn: Brad Smith, 30870 Russell Ranch Rd, Ste 250 Westlake, CA 91362-7372 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 10, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron J Malo | on behalf of Interested Party Courtesy NEF amalo@sheppardmullin.com abilly@sheppardmullin.com;mlinker@sheppardmullin.com |
| Alan J Friedman | on behalf of Debtor Freedom Newspapers  Inc afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com |
| Alan J Friedman | on behalf of Debtor Freedom Interactive Newspapers  Inc. afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com |
| Alan J Friedman | on behalf of Plaintiff Freedom SPV II  LLC afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com |
| Alan J Friedman | on behalf of Debtor Freedom California Ville Publishing Company LP. afriedman@shulmanbastian.com lgauthier@shulmanbastian.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 11 |
| Date Rcvd: May 08, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Alan J Friedman
    on behalf of Cross-Claimant Freedom SPV II  Inc. afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com

Alan J Friedman
    on behalf of Debtor Freedom SPV VI  LLC afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com

Alan J Friedman
    on behalf of Debtor Freedom Communications  Inc. afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com

Alan J Friedman
    on behalf of Counter-Claimant Freedom SPV I  LLC afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com

Alan J Friedman
    on behalf of Debtor OCR Community Publications  Inc. afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com

Alan J Friedman
    on behalf of Debtor Freedom SPV IV  LLC afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com

Alan J Friedman
    on behalf of Debtor Freedom SPV V  LLC afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com

Alan J Friedman
    on behalf of Counter-Claimant Victor Valley Publishing Company afriedman@shulmanbastian.com lgauthier@shulmanbastian.com

Alan J Friedman
    on behalf of Debtor Victorville Publishing Company afriedman@shulmanbastian.com  lgauthier@shulmanbastian.com

Alan J Friedman
    on behalf of Attorney Alan J. Friedman afriedman@shulmanbastian.com  lgauthier@shulmanbastian.com

Alan J Friedman
    on behalf of Defendant Freedom SPV V  LLC afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com

Alan J Friedman
    on behalf of Debtor Freedom SPV II  LLC afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com

Alan J Friedman
    on behalf of Counter-Claimant Daily Press  LLC afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com

Alan J Friedman
    on behalf of Debtor Orange County Register Communications  Inc. afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com

Alan J Friedman
    on behalf of Cross-Claimant Freedom Communications  Inc. afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com

Alan J Friedman
    on behalf of Defendant Daily Press  LLC afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com

Alan J Friedman
    on behalf of Debtor Freedom Newspaper Acquisitions  Inc. afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com

Alan J Friedman
    on behalf of Debtor Freedom Newspapers afriedman@shulmanbastian.com  lgauthier@shulmanbastian.com

Alan J Friedman
    on behalf of Defendant Victor Valley Publishing Company afriedman@shulmanbastian.com  lgauthier@shulmanbastian.com

Alan J Friedman
    on behalf of Debtor 2100 Freedom  Inc. afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com

Alan J Friedman
    on behalf of Defendant Freedom Communications  Inc. afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com

Alan J Friedman
    on behalf of Debtor Odessa American afriedman@shulmanbastian.com  lgauthier@shulmanbastian.com

Alan J Friedman
    on behalf of Counter-Claimant Freedom SPV V  LLC afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com

Alan J Friedman
    on behalf of Debtor Freedom California Mary Publishing  Inc. afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com

Alan J Friedman
    on behalf of Debtor Victor Valley Publishing Company afriedman@shulmanbastian.com  lgauthier@shulmanbastian.com

Alan J Friedman
    on behalf of Counter-Claimant Freedom Communications  Inc. afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com

Alan J Friedman
    on behalf of Counter-Claimant Victorville Publishing Company afriedman@shulmanbastian.com  lgauthier@shulmanbastian.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 3 of 11 |
| Date Rcvd: May 08, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Alan J Friedman
    on behalf of Debtor Freedom Services Inc. afriedman@shulmanbastian.com  lgauthier@shulmanbastian.com

Alan J Friedman
    on behalf of Debtor Freedom SPV I LLC afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com

Alan J Friedman
    on behalf of Defendant Freedom SPV I LLC afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com

Alan J Friedman
    on behalf of Creditor Committee Official Committee of Unsecured Creditors afriedman@shulmanbastian.com lgauthier@shulmanbastian.com

Alan J Friedman
    on behalf of Debtor Freedom Newspapers of Southwestern Arizona Inc. afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com

Alan J Friedman
    on behalf of Debtor OCR Information Marketing Inc. afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com

Alan J Friedman
    on behalf of Defendant Victorville Publishing Company afriedman@shulmanbastian.com  lgauthier@shulmanbastian.com

Alan J Friedman
    on behalf of Debtor Freedom Interactive Newspapers of Texas Inc. afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com

Alan J Friedman
    on behalf of Debtor Freedom Communications Holdings Inc. afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com

Alan J Friedman
    on behalf of Debtor Daily Press LLC afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com

Alan J Friedman
    on behalf of Debtor Freedom Colorado Information Inc. afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com

Alan J Friedman
    on behalf of Defendant Freedom SPV II Inc. afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com

Alan J Kornfeld
    on behalf of Creditor Committee Official Committee of Unsecured Creditors akornfeld@pszjlaw.com  mdj@pszjlaw.com

Alan J Kornfeld
    on behalf of Plaintiff Official Committee of Unsecured Creditors of Freedom Communications Inc., et al., on Behalf of Freedom Communications, Inc., Freedom Communications Holdings, Inc. And 2100 Freedom, Inc. akornfeld@pszjlaw.com, mdj@pszjlaw.com

Alan M. Kindred
    on behalf of Defendant One Stop Printing & Design Co. Inc. akindred@leechtishman.com, alankindred@hotmail.com;dtomko@ch-legal.com

Alan M. Kindred
    on behalf of Defendant Southern Lithoplate Inc. akindred@leechtishman.com, alankindred@hotmail.com;dtomko@ch-legal.com

Alex E Spjute
    on behalf of Creditor MediaNews Group Inc. d/b/a Digital First Media spjute@hugheshubbard.com, gaurav.reddy@hugheshubbard.com

Amelia Puertas-Samara
    on behalf of Debtor Daily Press LLC itcdbgc@edd.ca.gov, itcdgc@edd.ca.gov

Andrew W Caine
    on behalf of Plaintiff Official Committee Of Unsecured Creditor acaine@pszjlaw.com

Andrew W Caine
    on behalf of Plaintiff Official Committee Of Unsecured Creditors acaine@pszjlaw.com

Armand R. Kizirian
    on behalf of Creditor Kirkland Oard armand@kizirianlaw.com armand@boyamianlaw.com;michael@boyamianlaw.com;narine@boyamianlaw.com

Armand R. Kizirian
    on behalf of Interested Party Courtesy NEF armand@kizirianlaw.com armand@boyamianlaw.com;michael@boyamianlaw.com;narine@boyamianlaw.com

Ashley M. McDow
    on behalf of Plaintiff LMG National Publishing Inc. amcdow@proton.me, sansanee-wells-8377@ecf.pacerpro.com;swells@foley.com

Ashley M. McDow
    on behalf of Interested Party Courtesy NEF amcdow@proton.me  sansanee-wells-8377@ecf.pacerpro.com;swells@foley.com

Beth Gaschen

| District/off: 0973-8 | User: admin | Page 4 of 11 |
|---|---|---|
| Date Rcvd: May 08, 2025 | Form ID: pdf042 | Total Noticed: 1 |

                on behalf of Counter-Claimant Victor Valley Publishing Company bgaschen@go2.law
                kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law

Beth Gaschen
                on behalf of Debtor Orange County Register Communications  Inc. bgaschen@go2.law,
                kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law

Beth Gaschen
                on behalf of Debtor Freedom Interactive Newspapers of Texas  Inc. bgaschen@go2.law,
                kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law

Beth Gaschen
                on behalf of Counter-Claimant Freedom Communications  Inc. bgaschen@go2.law,
                kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law

Beth Gaschen
                on behalf of Debtor Freedom Services Inc. bgaschen@go2.law
                kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law

Beth Gaschen
                on behalf of Debtor Freedom SPV II  LLC bgaschen@go2.law,
                kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law

Beth Gaschen
                on behalf of Other Professional FTI Consulting  Inc. bgaschen@go2.law,
                kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law

Beth Gaschen
                on behalf of Defendant Victorville Publishing Company bgaschen@go2.law
                kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law

Beth Gaschen
                on behalf of Defendant Daily Press  LLC bgaschen@go2.law,
                kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law

Beth Gaschen
                on behalf of Debtor OCR Community Publications  Inc. bgaschen@go2.law,
                kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law

Beth Gaschen
                on behalf of Counter-Claimant Freedom SPV I  LLC bgaschen@go2.law,
                kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law

Beth Gaschen
                on behalf of Attorney Crowell & Moring LLP bgaschen@go2.law
                kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law

Beth Gaschen
                on behalf of Debtor Victorville Publishing Company bgaschen@go2.law
                kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law

Beth Gaschen
                on behalf of Defendant Freedom Communications  Inc. bgaschen@go2.law,
                kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law

Beth Gaschen
                on behalf of Debtor Freedom Newspapers  Inc bgaschen@go2.law,
                kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law

Beth Gaschen
                on behalf of Debtor Freedom SPV I  LLC bgaschen@go2.law,
                kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law

Beth Gaschen
                on behalf of Counter-Claimant Freedom SPV V  LLC bgaschen@go2.law,
                kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law

Beth Gaschen
                on behalf of Debtor Freedom California Ville Publishing Company LP. bgaschen@go2.law
                kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law

Beth Gaschen
                on behalf of Debtor Freedom Interactive Newspapers  Inc. bgaschen@go2.law,
                kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law

Beth Gaschen
                on behalf of Counter-Claimant Daily Press  LLC bgaschen@go2.law,
                kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law

Beth Gaschen
                on behalf of Debtor Daily Press  LLC bgaschen@go2.law,
                kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law

District/off: 0973-8 User: admin Page 5 of 11
Date Rcvd: May 08, 2025 Form ID: pdf042 Total Noticed: 1

| | |
|---|---|
| Beth Gaschen | on behalf of Debtor Freedom California Mary Publishing Inc. bgaschen@go2.law, kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law |
| Beth Gaschen | on behalf of Debtor 2100 Freedom Inc. bgaschen@go2.law, kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law |
| Beth Gaschen | on behalf of Debtor Freedom SPV IV LLC bgaschen@go2.law, kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law |
| Beth Gaschen | on behalf of Debtor Freedom SPV VI LLC bgaschen@go2.law, kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law |
| Beth Gaschen | on behalf of Defendant Freedom SPV V LLC bgaschen@go2.law, kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law |
| Beth Gaschen | on behalf of Defendant Victor Valley Publishing Company bgaschen@go2.law kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law |
| Beth Gaschen | on behalf of Other Professional Mosier & Company Inc. bgaschen@go2.law, kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law |
| Beth Gaschen | on behalf of Debtor Freedom Communications Inc. bgaschen@go2.law, kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law |
| Beth Gaschen | on behalf of Financial Advisor GlassRatner Advisory & Capital Group LLC bgaschen@go2.law, kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law |
| Beth Gaschen | on behalf of Defendant Freedom SPV I LLC bgaschen@go2.law, kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law |
| Beth Gaschen | on behalf of Debtor Freedom Colorado Information Inc. bgaschen@go2.law, kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law |
| Beth Gaschen | on behalf of Debtor Odessa American bgaschen@go2.law kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law |
| Beth Gaschen | on behalf of Debtor Freedom Newspapers bgaschen@go2.law kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law |
| Beth Gaschen | on behalf of Debtor Freedom SPV V LLC bgaschen@go2.law, kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law |
| Beth Gaschen | on behalf of Counter-Claimant Victorville Publishing Company bgaschen@go2.law kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law |
| Beth Gaschen | on behalf of Debtor Freedom Newspaper Acquisitions Inc. bgaschen@go2.law, kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law |
| Beth Gaschen | on behalf of Debtor Victor Valley Publishing Company bgaschen@go2.law kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law |
| Beth Gaschen | on behalf of Debtor Freedom Communications Holdings Inc. bgaschen@go2.law, kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law |
| Brandon J Witkow | on behalf of Interested Party Etaros Actuarial Services LLC bw@witkowlaw.com tg@witkowlaw.com |
| Brandon J Witkow | on behalf of Interested Party Traci M. Christian bw@witkowlaw.com tg@witkowlaw.com |
| Brandon J Witkow | on behalf of Defendant Etaros Actuarial Services LLC bw@witkowlaw.com tg@witkowlaw.com |
| Brandon J Witkow | on behalf of Defendant Traci M. Christian bw@witkowlaw.com tg@witkowlaw.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 6 of 11 |
| Date Rcvd: May 08, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Brooke S Thompson
    on behalf of Plaintiff Freedom Communications Holding Inc bthompson@shulmanbastian.com, avernon@shulmanbastian.com

Brooke S Thompson
    on behalf of Plaintiff Freedom Communications Inc. bthompson@shulmanbastian.com avernon@shulmanbastian.com

Brooke S Thompson
    on behalf of Debtor Freedom Communications Inc. bthompson@shulmanbastian.com, avernon@shulmanbastian.com

Caroline Djang
    on behalf of Special Counsel Rutan & Tucker LLP cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang
    on behalf of Debtor Freedom Communications Inc. cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang
    on behalf of Special Counsel Rutan & Tucker LLP cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com

Charles Tsai
    on behalf of Creditor California Dept. of Tax and Fee Administration charles.tsai@doj.ca.gov

Christopher B Queally
    on behalf of Defendant Eric Spitz cqueally@callahan-law.com jluirette@callahan-law.com

Christopher E Prince
    on behalf of Interested Party Courtesy NEF jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com

Christopher O Rivas
    on behalf of Creditor The Bank of New York Mellon as directed trustee crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com;sean-wilson-0462@ecf.pacerpro.com

Conrad K Chiu
    on behalf of Creditor Costella Kirsch VI L.P. cchiu@pryorcashman.com

Courtney E Norton
    on behalf of Interested Party Courtesy NEF cnorton@greenbergglusker.com kwoodson@greenbergglusker.com;jking@greenbergglusker.com;calendar@greenbergglusker.com

Daniel Uribe
    on behalf of Creditor News Market Enterprises Inc. duribe@gmail.com

Daren M Schlecter
    on behalf of Mediator Daren M Schlecter daren@schlecterlaw.com assistant@schlecterlaw.com

David Cantrell
    on behalf of Defendant GES Distribution Inc. dcantrell@lc-law-llp.com

David Cantrell
    on behalf of Defendant 82Wolverine Distributing dcantrell@lc-law-llp.com

David A Smyth
    on behalf of Defendant New Market Enterprises Inc. smythlaw@gmail.com, dsmyth2_@hotmail.com

David B Golubchik
    on behalf of Defendant Sourcehov LLC dbg@lnbyg.com dbg@lnbyg.com

David B Golubchik
    on behalf of Defendant United Information Services Inc. dbg@lnbyg.com, dbg@lnbyg.com

David M Banker
    on behalf of Defendant Central National Gottesman Inc. dbanker@lowenstein.com, dbanker@lowenstein.com

David M Banker
    on behalf of Defendant Spicers Paper Inc. dbanker@lowenstein.com, dbanker@lowenstein.com

David Philip Simonds
    on behalf of Creditor Angelo Gordon Management, LLC david.simonds@hoganlovells.com, tracy.southwell@hoganlovells.com

David Philip Simonds
    on behalf of Defendant Angelo Gordon Management, LLC david.simonds@hoganlovells.com, tracy.southwell@hoganlovells.com

David W. Meadows
    on behalf of Interested Party Courtesy NEF david@davidwmeadowslaw.com

Donald W Sieveke
    on behalf of Creditor Goodwill of Orange County ibmoola@yahoo.com dws4law@pacbell.net

Donald W Sieveke
    on behalf of Defendant Goodwill Industries of Orange County California , dws4law@pacbell.net

Donny P Le
    on behalf of Defendant California Department of Tax and Fee Administration Donny.Le@doj.ca.gov

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 7 of 11 |
| Date Rcvd: May 08, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Donny P Le
 on behalf of Creditor California Dept. of Tax and Fee Administration Donny.Le@doj.ca.gov

Elan S Levey
 on behalf of Creditor Pension Guaranty Benefit Corporation elan.levey@usdoj.gov julie.morales@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov

Elissa A Wagner
 on behalf of Plaintiff Official Committee of Unsecured Creditors of Freedom Communications  Inc., et al., on Behalf of Freedom Communications, Inc., Freedom Communications Holdings, Inc. And 2100 Freedom, Inc. ewagner@pszjlaw.com

Elissa A Wagner
 on behalf of Creditor Committee Official Committee of Unsecured Creditors ewagner@pszjlaw.com

Elizabeth L Musser
 on behalf of Creditor Fisher Printing  Inc. emusser@londonfischer.com

Erinn M Contreras
 on behalf of Creditor Aaron Kushner econtreras@sheppardmullin.com  dcorpus@sheppardmullin.com

Erinn M Contreras
 on behalf of Defendant Aaron Kushner econtreras@sheppardmullin.com  dcorpus@sheppardmullin.com

Ernie Zachary Park
 on behalf of Creditor Raymab  LLC ernie.park@bewleylaw.com

George E Schulman
 on behalf of Interested Party Courtesy NEF schulmange@gmail.com  danninggill@gmail.com;gschulman@ecf.inforuptcy.com

Harlene Miller
 on behalf of Defendant A.Q.M.M.  Inc. harlene@harlenemillerlaw.com, harlenejd@gmail.com

Helena Tseregounis
 on behalf of Creditor Tribune Publishing Company helena.tseregounis@lw.com

J Scott Bovitz
 on behalf of Defendant U.S. TelePacific Corp. bovitz@bovitz-spitzer.com

J Scott Bovitz
 on behalf of Creditor U.S. TelePacific Corp. bovitz@bovitz-spitzer.com

J.D. Cuzzolina
 on behalf of Creditor Affluent Staffing  LLC info@cuzzlaw.com, jp@cuzzlaw.com

James Cornell Behrens
 on behalf of Interested Party Courtesy NEF jbehrens@milbank.com gbray@milbank.com;mshinderman@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com

James M Sabovich
 on behalf of Defendant Eric Spitz jsabovich@callahan-law.com ksalour@callahan-law.com;jkirwin@callahan-law.com;rcung@callahan-law.com;bmccormack@callahan-law.com;erichards@callahan-law.com;SRobinson@callahan-law.com

Jeannie Kim
 on behalf of Defendant Oracle America  Inc., successor in interest to Oracle USA, Inc. jkim@buchalter.com, dgatmen@sheppardmullin.com

Jeffrey C Krause
 on behalf of Interested Party Courtesy NEF jkrause@gibsondunn.com  dtrujillo@gibsondunn.com;jstern@gibsondunn.com

Jeffrey D Cawdrey
 on behalf of Defendant Optimus Group  Inc. jcawdrey@grsm.com, madeyemo@gordonrees.com;asoto@grsm.com;amatthews@grsm.com

Jeffrey P Nolan
 on behalf of Plaintiff Official Committee Of Unsecured Creditors jnolan@pszjlaw.com

Jeffrey P Nolan
 on behalf of Plaintiff Official Committee Of Unsecured Creditor jnolan@pszjlaw.com

Jeffrey P Nolan
 on behalf of Creditor Committee Official Committee of Unsecured Creditors jnolan@pszjlaw.com

Jeffrey W Dulberg
 on behalf of Attorney Pachulski Stang Ziehl & Jones LLP jdulberg@pszjlaw.com

Jeffrey W Dulberg
 on behalf of Debtor Freedom Communications  Inc. jdulberg@pszjlaw.com

Jeffrey W Dulberg
 on behalf of Creditor Committee Official Committee of Unsecured Creditors jdulberg@pszjlaw.com

Jeremy E Rosenthal

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 8 of 11 |
| Date Rcvd: May 08, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Tribune Publishing Company jrosenthal@sidley.com |
| Jessica DiFrancesco | on behalf of Creditor American Express Travel Related Services Company Inc notices@becket-lee.com |
| Jessica DiFrancesco | on behalf of Interested Party American Express Travel Related Services Company Inc notices@becket-lee.com |
| Joan Huh | on behalf of Creditor California Dept. of Tax and Fee Administration joan.huh@cdtfa.ca.gov |
| Joel W Ruderman | on behalf of Creditor Pension Guaranty Benefit Corporation ruderman.joel@pbgc.gov  email@pbgc.gov |
| John M O'Donnell | on behalf of Interested Party Courtesy NEF john.o'donnell@ftb.ca.gov  Martha.Gehrig@ftb.ca.gov |
| Jonathan C Sandler | on behalf of Creditor Riverside Chicago NCP  LLC jsandler@bhfs.com, pherron@bhfs.com |
| Jonathan T Amitrano | on behalf of Plaintiff Freedom Communications Inc. jamitrano@taylorlaw.com  ltaylor@taylorlaw.com,ecf@taylorlaw.com |
| Jonathan T Amitrano | on behalf of Debtor Freedom Communications  Inc. jamitrano@taylorlaw.com, ltaylor@taylorlaw.com,ecf@taylorlaw.com |
| Jonathan T Amitrano | on behalf of Plaintiff Freedom Communications Holding  Inc jamitrano@taylorlaw.com, ltaylor@taylorlaw.com,ecf@taylorlaw.com |
| Joseph Corrigan | on behalf of Creditor Iron Mountain Information Management  LLC Bankruptcy2@ironmountain.com |
| Justin D Harris | on behalf of Defendant Professional Courier & Newspaper Distribution jdh@harrislawfirm.net  felicia@harrislawfirm.net |
| Justin D Harris | on behalf of Defendant Brandt Brothers  LLC jdh@harrislawfirm.net, felicia@harrislawfirm.net |
| Kathy Bazoian Phelps | on behalf of Creditor Google  Inc., a Delaware corporation kphelps@raineslaw.com, hchoi@raineslaw.com |
| Kyra E Andrassy | on behalf of Defendant Central National Gottesman  Inc. kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com |
| Larry Butler | on behalf of Creditor American Express Travel Related Services Company Inc notices@becket-lee.com |
| Leonard M Shulman | on behalf of Interested Party Caribou Industries  Inc. lshulman@shulmanbastian.com, bcabrera@shulmanbastian.com;yrivera@shulmanbastian.com |
| Lillian Jordan | on behalf of Other Professional Donlin  Recano & Company, LLC nefrecipients@donlinrecano.com, RMAPA@DONLINRECANO.COM |
| Lillian Jordan | on behalf of Interested Party Courtesy NEF nefrecipients@donlinrecano.com  RMAPA@DONLINRECANO.COM |
| Lydia A Hewett | on behalf of Creditor Texas Comptroller of Public Accounts lydia.hewett@cpa.state.tx.us |
| Marc C Forsythe | on behalf of Defendant Carillon Office Technologies & Services  Inc. mforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com |
| Marc C Forsythe | on behalf of Creditor Carillon Office Technologies & Services  Inc. mforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com |
| Marc S Pfeuffer | on behalf of Interested Party Pension Benefit Guaranty Corporation pfeuffer.marc@pbgc.gov  efile@pbgc.gov |
| Marc S Pfeuffer | on behalf of Creditor Pension Guaranty Benefit Corporation pfeuffer.marc@pbgc.gov  efile@pbgc.gov |
| Mary A Petrovic | on behalf of Creditor Pension Guaranty Benefit Corporation petrovic.mary@pbgc.gov  efile@pbgc.gov |
| Matthew Bouslog | on behalf of Interested Party Courtesy NEF mbouslog@allenmatkins.com  ncampos@allenmatkins.com |

Case 8:15-bk-15311-SC    Doc 3055    Filed 05/10/25    Entered 05/10/25 21:20:26    Desc
Imaged Certificate of Notice    Page 9 of 13

| District/off: 0973-8 | User: admin | Page 9 of 11 |
|---|---|---|
| Date Rcvd: May 08, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Matthew J Kraus
on behalf of Defendant GES Distribution Inc. mkraus@lc-lawyers.com, mbuchheit@lc-lawyers.com

Matthew J Kraus
on behalf of Interested Party GES DISTRIBUTORS INC. mkraus@lc-lawyers.com, mbuchheit@lc-lawyers.com

Matthew J Kraus
on behalf of Defendant 82Wolverine Distributing mkraus@lc-lawyers.com mbuchheit@lc-lawyers.com

Matthew T Furton
on behalf of Defendant Traci M. Christian mfurton@lockelord.com Donna.Mathis@lockelord.com;autodocket@lockelord.com

Matthew T Furton
on behalf of Defendant C2 Advisors LLC mfurton@lockelord.com, Donna.Mathis@lockelord.com;autodocket@lockelord.com

Matthew T Furton
on behalf of Defendant Richard J. Covelli mfurton@lockelord.com Donna.Mathis@lockelord.com;autodocket@lockelord.com

Matthew T Furton
on behalf of Defendant JTR LLC mfurton@lockelord.com, Donna.Mathis@lockelord.com;autodocket@lockelord.com

Matthew T Furton
on behalf of Defendant C & C Marketing LLC mfurton@lockelord.com Donna.Mathis@lockelord.com;autodocket@lockelord.com

Matthew T Furton
on behalf of Defendant Etaros Actuarial Services LLC mfurton@lockelord.com Donna.Mathis@lockelord.com;autodocket@lockelord.com

Michael A Wallin
on behalf of Defendant 24-7 Dock and Door Repair Inc. mwallin@wallinrussell.com

Michael A Wallin
on behalf of Defendant General Rewinding Inc. mwallin@wallinrussell.com

Michael B Reynolds
on behalf of Defendant Advantage Mailing LLC mreynolds@swlaw.com, kcollins@swlaw.com

Michael J. Weiland
on behalf of Interested Party Weiland Golden Goodrich LLP mweiland@wgllp.com kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com

Michael T Delaney
on behalf of Interested Party Courtesy NEF mdelaney@bakerlaw.com TBreeden@bakerlaw.com

Michael T Delaney
on behalf of Creditor LMG National Publishing Inc. mdelaney@bakerlaw.com, TBreeden@bakerlaw.com

Michael T Delaney
on behalf of Counter-Defendant LMG National Publishing Inc. mdelaney@bakerlaw.com, TBreeden@bakerlaw.com

Michael T Delaney
on behalf of Plaintiff LMG National Publishing Inc. mdelaney@bakerlaw.com, TBreeden@bakerlaw.com

Peter J Rudinskas
on behalf of Interested Party Courtesy NEF pjr.legal@gmail.com

Queenie K Ng
on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov

Raphael Cung
on behalf of Defendant Eric Spitz rcung@callahan-law.com jeggleston@callahan-law.com;deisenbrey@callahan-law.com;mmartinez@callahan-law.com

Raymond F Moats, III
on behalf of Creditor Toyota Industries Commercial Finance Inc. colcaecf@weltman.com

Reed M Mercado
on behalf of Creditor MediaNews Group Inc. d/b/a Digital First Media rmercado@sheppardmullin.com

Reed M Mercado
on behalf of Interested Party Courtesy NEF rmercado@sheppardmullin.com

Reed M Mercado
on behalf of Debtor Freedom Communications Inc. rmercado@sheppardmullin.com

Richard L Barnett
on behalf of Defendant ACS (US) Inc. rick@barnettrubin.com, kelly@barnettrubin.com

Rika Kido
on behalf of Debtor Freedom Communications Inc. rkido@shulmanbastian.com, avernon@shulmanbastian.com

Robert J Feinstein

Case 8:15-bk-15311-SC    Doc 3055    Filed 05/10/25    Entered 05/10/25 21:20:26    Desc
Imaged Certificate of Notice    Page 10 of 13

| District/off: 0973-8 | User: admin | Page 10 of 11 |
|---|---|---|
| Date Rcvd: May 08, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors rfeinstein@pszjlaw.com |
| Robert S Marticello | on behalf of Interested Party C & C Marketing LLC rmarticello@raineslaw.com  bclark@raineslaw.com;jfisher@raineslaw.com |
| Robert S Marticello | on behalf of Defendant C2 Advisors  LLC rmarticello@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com |
| Robert S Marticello | on behalf of Defendant JTR  LLC rmarticello@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com |
| Robert S Marticello | on behalf of Defendant Richard J. Covelli rmarticello@raineslaw.com  bclark@raineslaw.com;jfisher@raineslaw.com |
| Robert S Marticello | on behalf of Interested Party C2 Advisors  LLC rmarticello@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com |
| Robert S Marticello | on behalf of Interested Party JTR  LLC rmarticello@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com |
| Robert S Marticello | on behalf of Defendant C & C Marketing LLC rmarticello@raineslaw.com  bclark@raineslaw.com;jfisher@raineslaw.com |
| Robert S Marticello | on behalf of Interested Party Richard Covelli rmarticello@raineslaw.com  bclark@raineslaw.com;jfisher@raineslaw.com |
| Ronak N Patel | on behalf of Creditor Riverside County Treasure Tax Collector rpatel@rivco.org suhernandez@rivco.org;COUNSEL-BK@rivco.org |
| Ronak N Patel | on behalf of Creditor Riverside County Treasurer Tax Collector rpatel@rivco.org suhernandez@rivco.org;COUNSEL-BK@rivco.org |
| Ryan D O'Dea | on behalf of Defendant Freedom Communications Inc. rodea@shulmanbastian.com lgauthier@shulmanbastian.com;avernon@shulmanbastian.com |
| Ryan D O'Dea | on behalf of Defendant Freedom Services Inc. rodea@shulmanbastian.com lgauthier@shulmanbastian.com;avernon@shulmanbastian.com |
| Ryan D O'Dea | on behalf of Cross Defendant Caribou Industries  Inc., a Nevada corporation rodea@shulmanbastian.com, lgauthier@shulmanbastian.com;avernon@shulmanbastian.com |
| Ryan D O'Dea | on behalf of Plaintiff OC Media Tower  L.P. rodea@shulmanbastian.com, lgauthier@shulmanbastian.com;avernon@shulmanbastian.com |
| Ryan D O'Dea | on behalf of Cross Defendant Cactus Financial  Inc., a California corporation rodea@shulmanbastian.com, lgauthier@shulmanbastian.com;avernon@shulmanbastian.com |
| Ryan D O'Dea | on behalf of Counter-Defendant OC Media Tower  L.P. rodea@shulmanbastian.com, lgauthier@shulmanbastian.com;avernon@shulmanbastian.com |
| Samuel M Kidder | on behalf of Creditor Riverside Chicago NCP  LLC skidder@ktbslaw.com |
| Samuel M Kidder | on behalf of Interested Party Courtesy NEF skidder@ktbslaw.com |
| Sarah Stuppi | on behalf of Creditor Aaron Kushner Sarah@stuppilaw.com |
| Scott Weltman | on behalf of Creditor Toyota Industries Commercial Finance  Inc. sweltman@weltman.com |
| Scott A Schiff | on behalf of Defendant Staffmark Investment LLC sas@soukup-schiff.com |
| Scott A Schiff | on behalf of Defendant Press-One Customer Care  Inc. sas@soukup-schiff.com |
| Scott A Schiff | on behalf of Interested Party Courtesy NEF sas@soukup-schiff.com |
| Scott A Schiff | on behalf of Defendant Circulation Technicians  Inc. sas@soukup-schiff.com |
| Scott D Fink | |

Case 8:15-bk-15311-SC    Doc 3055    Filed 05/10/25    Entered 05/10/25 21:20:26    Desc
Imaged Certificate of Notice    Page 11 of 13

| District/off: 0973-8 | User: admin | Page 11 of 11 |
|---|---|---|
| Date Rcvd: May 08, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Debtor Freedom Communications Inc. colcaecf@weltman.com |
| Sean A Kading | |
| | on behalf of Attorney Law Offices of Sean A. Kading seankading@sbcglobal.net |
| Shawn M Christianson | |
| | on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com schristianson@buchalter.com |
| Shraddha Bharatia | |
| | on behalf of Interested Party Courtesy NEF notices@becket-lee.com |
| Steven D Zansberg | |
| | on behalf of Other Professional Levine Sullivan Koch & Schulz LLP zansbergs@ballardspahr.com, DocketClerk_Denver@ballardspahr.com |
| Steven M Berman | |
| | on behalf of Creditor WestRock SPFT LLC f/k/a SP Fiber Technologies LLC sberman@shumaker.com, fmorency@shumaker.com;choffman@shumaker.com;lhutton@shumaker.com |
| Stuart I Koenig | |
| | on behalf of Defendant One Stop Printing & Design Co. Inc. Skoenig@leechtishman.com, sfrey@leechtishman.com;jabrams@leechtishman.com |
| Stuart I Koenig | |
| | on behalf of Defendant Southern Lithoplate Inc. Skoenig@leechtishman.com, sfrey@leechtishman.com;jabrams@leechtishman.com |
| Theodore A Cohen | |
| | on behalf of Defendant Ink Systems Inc. tcohen@sheppardmullin.com, mtzeng@sheppardmullin.com |
| Thomas M Gaa | |
| | on behalf of Creditor Yahoo! Inc. tgaa@bbslaw.com |
| United States Trustee (SA) | |
| | ustpregion16.sa.ecf@usdoj.gov |
| William N Lobel | |
| | on behalf of Debtor 2100 Freedom Inc. wlobel@tocounsel.com, mmason@tocounsel.com |
| William N Lobel | |
| | on behalf of Debtor Freedom Communications Inc. wlobel@tocounsel.com, mmason@tocounsel.com |
| William N Lobel | |
| | on behalf of Debtor Freedom Communications Holdings Inc. wlobel@tocounsel.com, mmason@tocounsel.com |
| William N Lobel | |
| | on behalf of Debtor Freedom Services Inc. wlobel@tocounsel.com mmason@tocounsel.com |
| William N Lobel | |
| | on behalf of Other Professional William N. Lobel wlobel@tocounsel.com mmason@tocounsel.com |
| Yochun Katie Lee | |
| | on behalf of Creditor Angelo Gordon Management, LLC kylee@akingump.com, tsouthwell@akingump.com;westdocketing@akingump.com |

TOTAL: 245

**FILED & ENTERED**

MAY 08 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Freedom Communications, Inc.<br><br><br><br>Debtor(s).<br><br>X Affects All Jointly Administered Debtors. | Case No.: 8:15-bk-15311-TA<br>Jointly Administered<br><br>CHAPTER 11<br><br>**ORDER CONTINUING POST-CONFIRMATION STATUS CONFERENCE AND SETTING DEADLINE FOR THE FILING OF A MOTION TO DISMISS**<br><br>Continued date/time:<br>Date:    July 2, 2025<br>Time:    11:00 AM<br>Courtroom:  5C |

    Reassignment to this Court is pending. Having reviewed the docket, the Court finds good cause to order as follows:

1. The post-confirmation status conference set for May 12, 2025, is CONTINUED to July 2, 2025, at 11:00 a.m. in Courtroom 5C, with a status report due 14 days in advance.

2. Debtor must file its motion to dismiss, and set it for hearing on this Court's calendar, by no later than May 30, 2025.

**IT IS SO ORDERED**.

Date: May 8, 2025

Scott C. Clarkson
United States Bankruptcy Judge