1  Robert J. Feinstein (Admitted *pro hac vice*)
   Jeffrey W. Dulberg (Bar No. 181200)
2  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 13th Floor
3  Los Angeles, CA 90067
   Telephone: (310) 277-6910
4  Facsimile: (310) 201-0760
   Email: rfeinstein@pszjlaw.com
5         jdulberg@pszjlaw.com

6  Counsel for the Official Committee of Unsecured Creditors

7                    **UNITED STATES BANKRUPTCY COURT**

8                    **CENTRAL DISTRICT OF CALIFORNIA**

9                         **SANTA ANA DIVISION**

10  In re                                          Case No. 8:15-bk-15311-SC

11  FREEDOM COMMUNICATIONS, INC., a               Chapter 11
    Delaware corporation et al.,

12                             Debtors.            (Jointly Administered with Case Nos.
                                                   8:15-bk-15312-SC; 8:15-bk-15313-SC;
13  Affects:                                       8:15-bk-15315-SC; 8:15-bk-15316-SC;
                                                   8:15-bk-15317-SC; 8:15-bk-15318-SC;
14  ☒  All Debtors                                 8:15-bk-15319-SC; 8:15-bk-15320-SC;
                                                   8:15-bk-15321-SC; 8:15-bk-15322-SC;
15  ☐  Freedom Communications, Inc., a            8:15-bk-15323-SC; 8:15-bk-15324-SC;
    Delaware corporation, ONLY                     8:15-bk-15325-SC; 8:15-bk-15326-SC;
                                                   8:15-bk-15327-SC; 8:15-bk-15328-SC;
16  ☐  Freedom Communications Holdings, Inc.,     8:15-bk-15329-SC; 8:15-bk-15330-SC;
17  a Delaware corporation, ONLY                   8:15-bk-15332-SC; 8:15-bk-15337-SC;
                                                   8:15-bk-15339-SC; 8:15-bk-15340-SC;
18  ☐  Freedom Services, Inc., a Delaware         8:15-bk-15342-SC; 8:15-bk-15343-SC)
    corporation, ONLY

19  ☐  2100 Freedom, Inc., a Delaware            **SECOND AND FINAL APPLICATION
20  corporation, ONLY                            FOR ALLOWANCE AND PAYMENT
                                                  OF FEES AND REIMBURSEMENT OF
21  ☐  OCR Community Publications, Inc., a       EXPENSES OF PACHULSKI STANG
    California corporation, ONLY                  ZIEHL & JONES LLP, COUNSEL FOR
22                                                THE OFFICIAL COMMITTEE OF
    ☐  Daily Press, LLC, a California limited    UNSECURED CREDITORS, IN
23  liability company, ONLY                       CONNECTION WITH STRUCTURED
                                                  DISMISSAL OF CASES;
24  ☐  Freedom California Mary Publishing, Inc., DECLARATION OF JEFFREY W.
    a California corporation, ONLY                DULBERG IN SUPPORT THEREOF**

25  ☐  Freedom California Ville Publishing       DATE:  July 17, 2025
26  Company LP, a California limited partnership, TIME:  10:00 a.m.
    ONLY                                          PLACE: Courtroom 5C
27                                                       411 West Fourth Street
    ☐  Freedom Colorado Information, Inc., a             Santa Ana, CA
28  Delaware corporation, ONLY

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4925-0661-6133.1 29266.002

☐  Freedom Interactive Newspapers, Inc., a California corporation, ONLY

☐  Freedom Interactive Newspapers of Texas, Inc., a Delaware corporation, ONLY

☐  Freedom Newspaper Acquisitions, Inc., a Delaware corporation, ONLY

☐  Freedom Newspapers, a Texas general partnership, ONLY

☐  Freedom Newspapers, Inc., a Delaware corporation, ONLY

☐  Freedom Newspapers of Southwestern Arizona, Inc., a California corporation, ONLY

☐  OCR Information Marketing, Inc., a California corporation, ONLY

☐  Odessa American, a Texas general partnership, ONLY

☐  Orange County Register Communications, Inc., a California corporation, ONLY

☐  Victor Valley Publishing Company, a California corporation, ONLY

☐  Victorville Publishing Company, a California limited partnership, ONLY

☐  Freedom SPV II, LLC, a Delaware limited liability company, ONLY

☐  Freedom SPV VI, LLC, a Delaware limited liability company, ONLY

☐  Freedom SPV I, LLC, a Delaware limited liability company, ONLY

☐  Freedom SPV IV, LLC, a Delaware limited liability company, ONLY

☐  Freedom SPV V, LLC, a Delaware limited liability company, ONLY

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4925-0661-6133.1 29266.002

2

1  **TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY**

2  **JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED**

3  **PARTIES:**

4          Pachulski Stang Ziehl & Jones LLP (the "Firm"), counsel to the Official Committee of

5  Unsecured Creditors (the "Committee") of the above-captioned debtors (the "Debtors"), hereby

6  submits its second and final application (the "Final Application") for (a) interim approval of

7  compensation in the amount of $7,194,051.00 and reimbursement of expenses in the amount of

8  $382,272.07, for a total award of $7,576,323.07 for the period from May 1, 2016 through

9  April 30, 2025 (the "Second Interim Period"); and (b) final approval of all fees and expenses for

10  the period from November 12, 2015 through April 30, 2025 (the "Final Compensation Period"),

11  including fees in the amount of $8,108,418.00[1] and reimbursement of expenses in the amount of

12  $411,509.55, for a total final award of $8,519,927.55, pursuant to 11 U.S.C. §§ 330 and 331 and in

13  connection with the Debtors' proposed structured dismissal of their cases (the "Cases").

**I.**

**INTRODUCTION**

16          The Firm represented the Committee in a variety of matters, including the confirmation of

17  a chapter 11 plan and the various actions to collect money for the estates.  The Final

18  Compensation Period covers a period of nearly ten years, from the effective date of the Firm's

19  employment (November 12, 2015) through and including April 30, 2025.

20          On May 16, 2016, the Firm filed its first interim fee application, which covered the period

21  from November 12, 2015 through April 30, 2016 (the "First Interim Fee Application") [Docket

22  No. 622], and which requested the allowance of fees of $916,579.00, and reimbursement of

23  expenses of $29,237.48, for a total amount of $945,816.48.  Pursuant to a stipulation entered into

24  between the Firm and the United States Trustee [Docket No. 649], approved by order entered

25  June 6, 2016 [Docket No. 668], the Firm agreed to reduce its requested fees by $2,212.00.

26  _____

27  [1] Reflects a fee reduction of $2,212.00, as outlined below.

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    Accordingly, on June 13, 2016, the Court approved the Firm's First Interim Fee Application in the

2    amount of $914,367.00 and reimbursement of expenses in the amount of $29,237.48, for a total

3    award of $943,604.48 [*See* Order, Docket No. 680]. The Firm has been paid in full on account of

4    its First Interim Fee Application.

5           As set forth in the *First and Final Application for Allowance and Payment of Fees and*

6    *Reimbursement of Expenses of Shulman Bastian Friedman & Bui LLP, General Insolvency*

7    *Counsel for Debtors, in Connection with Structured Dismissal of Cases* (the "Shulman

8    Application") [Docket No. 3086], the Debtors' Plan will never go effective. Consequently, the

9    Debtors seek a structured dismissal of their Cases pursuant to the Dismissal Motion (defined in the

10    Shulman Application) and the procedures set forth therein. This Application is being submitted in

11    accordance with such motion and procedures.

12    **II.**

13    **EMPLOYMENT OF THE FIRM**

14           On December 4, 2015, the Committee filed its application for an order authorizing the

15    employment of the Firm as counsel to the Committee [Dkt. No. 174], as well as a supplement to

16    the application [Docket No. 175].

17           On December 23, 2015, the Court entered an order authorizing the Firm's employment,

18    effective as of November 12, 2015 (the "Retention Order") [Dkt. No. 261].

19    **III.**

20    **SUMMARY OF SECOND AND FINAL FEE APPLICATION**

| | |
|---|---|
| 21    Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| 22    Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| 23    Date of Retention: | December 23, 2015 (effective November 12, 2015) |
| 24    Period for which Final Compensation and Reimbursement is sought: | November 12, 2015 through April 30, 2025 |
| 25, 26, 27    Fees Paid Pursuant to First Interim Fee Application | $914,367.00 |

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

| | |
|---|---|
| Expenses Paid Pursuant to First Interim Fee Application | $29,237.48 |
| Fees Paid Pursuant to Monthly Fee Statements (not yet approved by the Court) | $5,926,578.16 |
| Expenses Paid Pursuant to Monthly Fee Statements (not yet approved by the Court) | $263,596.03 |
| Fees Sought for the Second Interim Period | $7,194,051.00 |
| Expenses Sought for the Second Interim Period | $382,272.07 |
| Final Amount of Compensation Sought as Actual, Reasonable, and Necessary for all periods | $8,108,418.00 |
| Final Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for all periods | $411,509.55 |

**IV.**

**NARRATIVE HISTORY AND PRESENT POSTURE OF CASE**

Pursuant to Local Bankruptcy Rule 2016-1(a)(1)(A)(iv), the Firm incorporates by reference the Shulman Application, to be heard contemporaneously by the Court.

It is important to note that none of the professionals employed in these Cases will be paid in full. Based upon the funds available in the estates, the Firm expects that it will receive approximately 77% of the fees it incurred in connection with the representation of the Committee during the Final Compensation Period, excluding fees related to the pension plan litigation settlement agreement. This will result in a write-off of substantial fees (approximately $1.4 million).

**V.**
**NARRATIVE STATEMENT OF SERVICES RENDERED AND
TIME EXPENDED DURING THE SECOND INTERIM PERIOD**

The services rendered by the Firm during the Second Interim Period are grouped into the categories set forth below. The Firm attempted to place the services provided in the category that

1    best relates to such services.  However, because certain services may relate to one or more

2    categories, services pertaining to one category may in fact be included in another category.  These

3    services performed, by categories, are generally described below; with a more detailed

4    identification of the services provided set forth above, and on the invoices attached to the Dulberg

5    Declaration, which identify the attorneys and paraprofessionals who rendered services relating to

6    each category, along with the number of hours for each individual and the total compensation

7

8    sought for each category.

9         During the Second Interim Period, the Firm expended 9,176.70 hours of professional time

10   on services in this category.  The Firm's professional fees in this category during the Second

11   Interim Period totals $7,194,051.00.[2]

12              1.    **Asset Analysis**

13        Time entries included under this category relate to identification and review of potential

14   assets including causes of action and non-litigation recoveries.

15        Early in the Second Interim period, the Firm spent substantial time investigating various

16   avoidance actions and prosecuting litigation claims against numerous parties including OC Media,

17   Harrah, Cactus, Caribou, etc. as well as conducted investigations related to later-filed successful

18   D&O litigation relating to the handling of the Debtor's pension plan.

19        During the Second Interim Period, the Firm expended 275.20 hours of professional time on

20   services in this category.  The Firm's professional fees in this category totals $212,497.50.

21              2.    **Asset Disposition**

22        Time entries included under this category relate to sales and sale-related issues. During the

23   Second Interim Period, the Firm, completed various tasks related to such sales.

24        During the Second Interim Period, the Firm expended 2.60 hours of professional time on

25

26   [2] The Firm hereby incorporates by reference the First Interim Fee Application, approved by order entered
June 13, 2016 [Docket No. 680].

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4925-0661-6133.1 29266.002                          6

1  services in this category.  The Firm's professional fees in this category totals $1,776.00.[3]

2  ### 3.    Avoidance Actions

3  Time entries included under this category relate to avoidance actions under sections

4  544-549 of the Bankruptcy Code to determine whether adversary proceedings are warranted.

5  During the Second Interim Period, the Firm, among other things: (1) corresponded with

6  Debtors' counsel and numerous defendants and their counsel regarding preference matters;

7  (2) updated case tracking matrices; (3) reviewed and revised service lists; (4) analyzed preference

8  issues and prepared numerous complaints regarding the same and reviewed responses to same;

9  (5) drafted tolling agreements; (6) prepared for and attended conference calls; (7) prepared joint

10 and unilateral status reports; (8) drafted requests for entry of default and orders regarding the

11 same; (9) negotiated settlements and drafted 9019 motions and settlement agreements regarding

12 the same; (10) drafted stipulations and notices of dismissals and conferred with various counsel

13 regarding the same; (11) conferred with court regarding calendaring; (12) performed legal

14 research; (13) drafted various stipulations; (14) prepared for and attended hearings; (15) analyzed

15 and revised new value analyses; (16) prepared chart of settlements; (17) conferred with R. Ings

16 regarding various preference matters; (18) prepared for and attend conference calls; (19) drafted

17 scheduling orders; (20) prepared for mediations, including drafting briefs regarding the same;

18 (21) drafted discovery requests and reviewed responses regarding the same; and (22) prepared for

19 trials.

20 During the Second Interim Period, the Firm expended 1,222.90 hours of professional time

21 on services in this category.  The Firm's professional fees in this category totals $841,472.50.

22 ### 4.    Bankruptcy Litigation

23 Time entries included under this category relate to various bankruptcy litigation

24 proceedings and motions brought in Bankruptcy Court.

25

26 ---
[3] Included in this category is 0.70 hours, accounting for $245.00 in fees as reflected in the "ADA" category

27 on Exhibit B attached to the Dulberg Declaration.

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    The vast majority of the time entries included under this category relate to the initiation of

2    litigation against the Debtor's former directors and officers and the investigation with respect

3    thereto. This litigation resulted in the estate receiving significant sums in settlement which have

4    been critical to maintaining the estate's liquidity.

5    During the Second Interim Period, the Firm expended 6,531.00 hours of professional time

6    on services in this category.  The Firm's professional fees in this category totals $5,338,225.50.[4]

7    **5.    Case Administration**

8    Time entries included under this category relate to work administering the Cases in an

9    efficient manner.

10    During the Second Interim Period, the Firm, among other things: (1) conferred with Court

11    regarding calendaring matters; (2) prepared for and attended status conferences, including

12    preparing status reports; (3) attended to numerous calendaring matters; (4) reviewed and

13    responded to emails from Debtors' counsel; (5) reviewed the Court's tentative rulings; (6)

14    responded to creditor inquiries; (7) updated creditor contact information; (8) reviewed monthly

15    operating reports; and (9) maintained distribution lists.

16    During the Second Interim Period, the Firm expended 58.60 hours of professional time on

17    services in this category.  The Firm's professional fees in this category totals $42,314.00.

18    **6.    Claims Administration**

19    Time entries included under this category relate to claims administration/objections,

20    specific claim inquiries and analyses, and objections to, and allowance of certain claims.

21    During the Second Interim Period, the Firm, among other things:  (1) responded to creditor

22    inquiries; (2) updated creditor contact information; (3) performed claims review and reviewed

23    objections regarding the same; (4) conferred with Alvarez & Marsal regarding claim issues;

24    (5) prepared chart regarding claims; (6) reviewed the claims bar date notice; (7) addressed PBGC

25

26    [4] Included in this category is 0.60 hours, accounting for $435.00 in fees as reflected in the "Merg" category
27    on Exhibit B attached to the Dulberg Declaration.

28

4925-0661-6133.1 29266.002                                    8

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  regarding claim resolution; (8) addressed issues regarding the AG claim; and (9) attended calls

2  regarding claim reconciliation.

3         During the Second Interim Period, the Firm expended 26.50 hours of professional time on

4  services in this category.  The Firm's professional fees in this category totals $21,647.00.

5         **7.    Compensation of Professionals/Compensation of Other Professionals**

6         Time entries included under these categories relate to work regarding compensation issues

7  of professionals employed in the case.

8         During the Second Interim Period the Firm, among other things: (1) prepared its first

9  interim fee application; (2) prepared monthly fee statements covering the period May 1, 2016

10 through May 31, 2020 and corresponded with R. Ings regarding the same; (3) conferred with

11 Debtors' counsel regarding fee issues; (4) prepared payment/distribution analysis and conferred

12 with R. Ings regarding the same; (5) addressed issues regarding professional fee sharing;

13 (6) assisted Alvarez & Marsal with preparing its first interim fee application and monthly fee

14 statements; and (7) prepared monthly fee statements for Elucidor, expert consultant to the

15 Committee.

16        During the Second Interim Period, the Firm expended 135.10 hours of professional time on

17 services in these categories.  The Firm's professional fees in these categories totals $67,690.50[5].

18        **8.    Employee Benefits**

19        Time entries included under this category were minimal and included conferring with a

20 former employee regarding claims and KEIP issues.

21        During the Second Interim Period, the Firm expended 0.20 hours of professional time on

22 services in this category.  The Firm's professional fees in this category totals $150.00.

23

24

25
_____

26 [5] Included in this category is 0.10 hours, accounting for $77.50 in fees as reflected in the "FP" category and
0.10 hours, accounting for $77.50 in fees as reflected in the "FE" category on Exhibit B attached to the
27 Dulberg Declaration.

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    **9.    Executory Contracts**

2    Time entries included under this category were minimal and included reviewing a contract

3  rejection motion and conferring with Alvarez & Marsal and Debtors' counsel regarding contract

4  assignments.

5    During the Second Interim Period, the Firm expended 1.60 hours of professional time on

6  services in this category.  The Firm's professional fees in this category totals $1,164.50.

7    **10.    Financial Filings**

8    Time entries included under this category were minimal and included reviewing the

9  Debtors' monthly operating reports.

10    During the Second Interim Period, the Firm expended 0.80 hours of professional time on

11  services in this category.  The Firm's professional fees in this category totals $405.00.

12    **11.    Financing**

13    Time entries included under this category were minimal and included conferring with

14  Debtors' counsel regarding a litigation update.

15    During the Second Interim Period, the Firm expended 0.20 hours of professional time on

16  services in this category.  The Firm's professional fees in this category totals $170.00.

17    **12.    General Creditors' Committee**

18    Time entries included under this category relate to work regarding general committee

19  issues, including meetings with the Creditors' Committee.

20    During the Second Interim Period, the Firm, among other things: (1) reviewed and

21  responded to creditor inquiries; (2) corresponded with the Committee regarding various case

22  issues; (3) prepared for and participated in calls with Committee; (4) reviewed response from

23  claimant to Debtors' objection to claim; (5) conferred with Alvarez & Marsal regarding case

24  issues; (6) reviewed issues for Committee information requests; (7) reviewed status reports; and

25  (8) reviewed and analyzed various pleadings.

26    During the Second Interim Period, the Firm expended 53.80 hours of professional time on

27  services in this category.  The Firm's professional fees in this category totals $37,707.00.

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    **13.    Hearings**

2    Time entries included under this category were minimal and included reviewing the

3    Court's posted tentative rulings and hearing calendar.

4    During the Second Interim Fee Period, the Firm expended 0.70 hours of professional time

5    on services in this category.  The Firm's professional fees in this category totals $276.50.

6    **14.    Insurance Coverage**

7    Time entries included under this category include time spent on insurance coverage and

8    related issues.

9    During the Second Interim Period, the Firm, among other things:  (1) reviewed and

10    analyzed insurance policies with respect to certain Debtors and prepared an outline as to the

11    findings; (2) reviewed and analyzed directors' and officers' coverage; and (3) conferred and

12    corresponded with attorneys regarding insurance issues.

13    During the Second Interim Period, the Firm expended 71.00 hours of professional time on

14    services in this category.  The Firm's professional fees in this category totals $62,010.00.

15    **15.    Litigation/Non-Bankruptcy**

16    Time entries included under this category included time spent responding to issues relating

17    to non-bankruptcy litigation, including the review and analysis of various existing and potential

18    non-bankruptcy actions involving the Debtors.

19    During the Second Interim Period, the Firm expended 357.90 hours of professional time on

20    services in this category.  The Firm's professional fees in this category totals $265,620.50.

21    **16.    Meeting of Creditors**

22    Time entries included under this category were minimal and included reviewing a draft

23    update to the Committee and conferring regarding a Committee meeting.

24    During the Second Interim Period, the Firm expended 0.80 hours of professional time on

25    services in this category.  The Firm's professional fees in this category totals $849.50.

26    **17.    Plan & Disclosure Statement**

27    Time entries included under this category relate to services performed in connection with

28    the formulation and preparation of the Plan and Disclosure Statement.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4925-0661-6133.1 29266.002

11

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    During the Application Period, the Firm: (1) reviewed issues regarding exclusivity;

2    (2) participated in preparing a joint motion with the Debtors to extend exclusivity and the

3    solicitation period (3) prepared a liquidating trust agreement; (4) reviewed trust documents for a

4    joint plan; and (5) assisted with preparation of a liquidating plan.

5    During the Second Interim Period, the Firm expended 237.60 hours of professional time on

6    services in this category.  The Firm's professional fees in this category totals $182,186.00.

7    **18.    Retention of Professionals/Other Professional Retention**

8    Time entries included under this category relate to work regarding the retention of

9    professionals employed in the case.

10    During the Second Interim Period the Firm, among other things: (1) reviewed the order

11    regarding GlassRatner's retention; (2) drafted a supplement to its employment application;

12    (3) reviewed a declaration regarding PBGC's retention; (4) drafted a retention disclosure and

13    second supplement to retain Alvarez & Marsal; and (5) prepared the application to employ

14    Elucidor as expert consultant to the Committee and drafted related pleadings regarding the same.

15    During the Second Interim Period, the Firm expended 20.50 hours of professional time on

16    services in these categories.  The Firm's professional fees in these categories totals $13,210.50.

17    **19.    Stay Litigation**

18    Time entries included under this category were minimal and included reviewing a relief

19    from stay motion and an opposition to a motion to lift stay.

20    During the Second Interim Period, the Firm expended 0.80 hours of professional time on

21    services in this category.  The Firm's professional fees in this category totals $600.00.

22    **20.    Tax Issues**

23    Time entries included under this category relate to, among other things: (1) conferring with

24    Alvarez & Marsal regarding tax refunds; (2) conferring with Debtors' counsel regarding tax

25    issues; (3) attending hearing regarding CFTFA dispute; (3) addressing status of tax refunds;

26    (4) reviewing correspondence from the Debtors to the IRS regarding audit, and emailing with

27    Alvarez & Marsal regarding the same; and (5) reviewing tax determination motion and response

28    and reply regarding the same.

1    During the Second Interim Period, the Firm expended 8.40 hours of professional time on

2  services in this category.  The Firm's professional fees in this category totals $7,131.50.

3            **21.    Travel**

4    Time entries included in this category during the Second Interim Period relate to travel to

5  and from mediations and court hearings. Non-working travel time is billed at one-half (1/2) of the

6  Firm's regular billing rates.

7    During the Second Interim Period, the Firm expended 170.50 hours of professional time on

8  services in this category.  The Firm's professional fees in this category totals $96,947.00.

9    Invoices for the Second Interim Period with time and expense detail are attached as

10  **Exhibit "A"** to the Declaration of Jeffrey W. Dulberg (the "Dulberg Declaration"), annexed

11  hereto**.**

12                        **VI.**

13              **PROFESSIONAL FEE STATEMENTS**

14    In accordance with the terms of the Firm's Retention Order, the Firm prepared and served

15  Professional Fee Statements as set forth below.  No objections to the Professional Fee Statements

16  were received:

| Fee Stmt No. | Period Covered | Fees | Expenses | 80% of Fees | 100% of Expenses | 20% Fee Holdback |
|---|---|---|---|---|---|---|
| No. 6 | May 1-31, 2016 | $121,727.00 | $2,263.04 | $97,381.60 | $2,263.04 | $24,345.40 |
| No. 7 | June 1-30, 2016 | $92,485.50 | $14,642.93 | $73,988.40 | $14,642.93 | $18,497.10 |
| No. 8 | July 1-31, 2016 | $472,638.50 | $588.28 | $378,110.80 | $588.28 | $94,527.70 |
| No. 9 | August 1-31, 2016 | $184,629.00 | $3,122.58 | $147,703.20 | $3,122.58 | $36,925.80 |
| No. 10 | September 1-30, 2016 | $59,769.00 | $4,804.50 | $47,815.20 | $4,804.50 | $11,953.80 |
| No. 11 | October 1-31, 2016 | $14,502.00 | $68.25 | $11,601.60 | $68.25 | $2,900.40 |
| No. 12 | November 1-30, 2016 | $6,310.00 | $10.76 | $5,048.00 | $10.76 | $1,262.00 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

| Fee Stmt No. | Period Covered | Fees | Expenses | 80% of Fees | 100% of Expenses | 20% Fee Holdback |
|---|---|---|---|---|---|---|
| No. 13 | December 1-31, 2016 | $61,022.00 | $4,110.00 | $48,817.60 | $4,110.00 | $12,204.40 |
| No. 14 | January 1-31, 2017 | $52,749.50 | $5,366.39 | $42,199.60 | $5,366.39 | $10,549.90 |
| No. 15 | February 1-28, 2017 | $40,086.50 | $579.60 | $32,069.20 | $579.60 | $8,017.30 |
| No. 16 | March 1-31, 2017 | $49,719.00 | $1,599.30 | $39,775.20 | $1,599.30 | $9,943.80 |
| No. 17 | April 1-30, 2017 | $94,399.00 | $1,348.55 | $75,519.20 | $1,348.55 | $18,879.80 |
| No. 18 | May 1-31, 2017 | $93,732.00 | $2,450.24 | $74,985.60 | $2,450.24 | $18,746.40 |
| No. 19 | June 1-30, 2017 | $14,012.00 | $227.55 | $11,209.60 | $227.55 | $2,802.40 |
| No. 20 | July 1-31, 2017 | $27,374.00 | $19,807.50 | $21,899.20 | $19,807.50 | $5,474.80 |
| No. 21 | August 1-31, 2017 | $13,793.00 | $115.38 | $11,034.40 | $115.38 | $2,758.60 |
| No. 22 | September 1-30, 2017 | $24,181.50 | $607.67 | $19,345.20 | $607.67 | $4,836.30 |
| No. 23 | October 1-31, 2017 | $86,060.00 | $2,947.35 | $68,848.00 | $2,947.35 | $17,212.00 |
| No. 24 | November 1-30, 2017 | $70,754.00 | $28,922.99 | $56,603.20 | $28,922.99 | $14,150.80 |
| No. 25 | December 1-31, 2017 | $197,724.00 | $7,019.73 | $158,179.20 | $7,019.73 | $39,544.80 |
| No. 26 | January 1-31, 2018 | $65,763.50 | $8,833.04 | $52,610.80 | $8,833.04 | $13,152.70 |
| No. 27 | February 1-28, 2018 | $90,640.00 | $701.30 | $72,512.00 | $701.30 | $18,128.00 |
| No. 28 | March 1-31, 2018 | $107,051.00 | $889.90 | $85,640.80 | $889.90 | $21,410.20 |
| No. 29 | April 1-30, 2018 | $87,298.00 | $1,015.40 | $69,838.40 | $1,015.40 | $17,459.60 |
| No. 30 | May 1-31, 2018 | $107,619.50 | $1,749.73 | $86,095.60 | $1,749.73 | $21,523.90 |
| No. 31 | June 1-30, 2018 | $98,281.50 | $1,598.36 | $78,625.20 | $1,598.36 | $19,656.30 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

| Fee Stmt No. | Period Covered | Fees | Expenses | 80% of Fees | 100% of Expenses | 20% Fee Holdback |
|---|---|---|---|---|---|---|
| No. 32 | July 1-31, 2018 | $92,501.00 | $1,709.74 | $74,000.80 | $1,709.74 | $18,500.20 |
| No. 33 | August 1-31, 2018 | $124,087.50 | $865.50 | $99,270.00 | $865.50 | $24,817.50 |
| No. 34 | September 1-30, 2018 | $127,331.00 | $1,170.65 | $101,864.80 | $1,170.65 | $25,466.20 |
| No. 35 | October 1-31, 2018 | $284,817.00 | $1,351.28 | $227,853.60 | $1,351.28 | $56,963.40 |
| No. 36 | November 1-30, 2018 | $405,920.50 | $1,867.45 | $324,736.40 | $1,867.45 | $81,184.10 |
| No. 37 | December 1-31, 2018 | $489,732.50 | $3,120.77 | $391,786.00 | $3,120.77 | $97,946.50 |
| No. 38 | January 1-31, 2019 | $318,889.50 | $61,724.67 | $255,111.60 | $61,724.67 | $63,777.90 |
| No. 39 | February 1-28, 2019 | $237,378.50 | $524.03 | $189,902.80 | $524.03 | $47,475.70 |
| No. 40 | March 1-31, 2019 | $390,091.50 | $20,330.67 | $312,073.20 | $20,330.67 | $78,018.30 |
| No. 41 | April 1-30, 2019 | $680,464.75 | $42,148.91 | $544,371.80 | $42,148.91 | $136,092.95 |
| No. 42 | May 1-31, 2019 | $405,956.00 | $16,000.68 | $324,764.80 | $16,000.68 | $81,191.20 |
| No. 43 | June 1-30, 2019 | $52,997.00 | $6,762.74 | $42,397.60 | $6,762.74 | $10,599.40 |
| No. 44 | July 1-31, 2019 | $96,504.00 | $1,617.05 | $77,203.20 | $1,617.05 | $19,300.80 |
| No. 45 | August 1-31, 2019 | $241,202.00 | $2,556.44 | $192,961.60 | $2,556.44 | $48,240.40 |
| No. 46 | September 1-30, 2019 | $269,460.00 | $50,040.46 | $215,568.00 | $50,040.46 | $53,892.00 |
| No. 47 | October 1-31, 2019 | $138,075.75 | $1,892.21 | $110,460.60 | $1,892.21 | $27,615.15 |
| No. 48 | November 1-30, 2019 | $126,398.50 | $7,011.99 | $101,118.80 | $7,011.99 | $25,279.70 |
| No. 49 | December 1-31, 2019 | $89,114.50 | $828.79 | $71,291.60 | $828.79 | $17,822.90 |
| No. 50 | January 1-31, 2020 | $122,852.00 | $32,698.98 | $98,281.60 | $32,698.98 | $24,570.40 |

4925-0661-6133.1 29266.002    15

| Fee Stmt No. | Period Covered | Fees | Expenses | 80% of Fees | 100% of Expenses | 20% Fee Holdback |
|---|---|---|---|---|---|---|
| No. 51 | February 1-28, 2020 | $18,041.00 | $10,316.22 | $14,432.80 | $10,316.22 | $3,608.20 |
| No. 52 | March 1-31, 2020 | $25,285.00 | $256.55 | $20,228.00 | $256.55 | $5,057.00 |
| No. 53 | April 1-30, 2020 | $10,004.50 | $83.55 | $8,003.60 | $83.55 | $2,000.90 |
| No. 54 | May 1-31, 2020 | $14,273.50 | $181.68 | $11,418.80 | $181.68 | $2,854.70 |

## VII.
## DETAILED LISTING OF ALL TIME SPENT BY THE PROFESSIONAL ON THE MATTERS FOR WHICH COMPENSATION IS SOUGHT

**Exhibit "B"** attached to the Dulberg Declaration contains a summary, by category, of the

Firm's services and expenses in this Case that were incurred during the Second Interim Period.

Such summary includes the time spent, rate and billing attributable to each person who performed

compensable services for the Committee.

## VIII.

## HOURLY RATES

The hourly rates of all professionals and paraprofessionals rendering services in this case

are set forth on **Exhibits "A"** and **"B"** attached to the Dulberg Declaration.

## IX.

## LIST OF EXPENSES BY CATEGORY

The costs incurred are summarized in **Exhibit "C"** attached to the Dulberg Declaration,

which provides a cost breakdown during the Second Interim Period. The Firm has not charged for

any outgoing faxes. The Firm has charged for unusual expenses, such as travel, court costs and

special messenger services, including Federal Express.

## X.

## DESCRIPTION OF PROFESSIONAL EDUCATION AND EXPERIENCE

**Exhibit "D"** attached to the Dulberg Declaration includes a description of the professional

education and biographies of the professionals employed by the Firm who rendered services in

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4925-0661-6133.1 29266.002

1  during the Second Interim Period.

## XI.

## NO FEE SHARING

The Firm has no understanding, agreement, or arrangement of any kind to divide with or pay to anyone any of the fees sought by the Firm except to the extent they are shared among members of the Firm.

## XII.

## THE FEES AND EXPENSES REQUESTED SHOULD BE AWARDED

## BASED UPON APPLICABLE LAW

The fees requested by this Application are an appropriate award for the Firm's services as counsel to the Committee.

## XIII.

## CONCLUSION

This is the Firm's second and final request for compensation.  The Firm believes that the services rendered for which compensation is sought during the Final Compensation Period have been beneficial to the estate, that the costs incurred have been necessary and proper, and that the sums requested for the services rendered and the costs incurred are fair and reasonable.

**WHEREFORE**, the Firm respectfully requests that the Court: (i) allow on a final basis approval of the Firm's First Interim Fee Application; (ii) allow on an interim and final basis compensation in the amount of $7,194,051.00 in fees for services rendered by the Firm during the Second Interim Period; (iv) allow on an interim and final basis reimbursement of expenses in the amount of $382,272.07 for expenses incurred during the Second Interim Period; (v) allow on a final basis compensation in the amount of $8,108,418.00 in fees for services rendered by the Firm during the Final Compensation Period; (vi) allow on a final basis reimbursement of expenses in the amount of $411,509.55 for expenses incurred during the Final Compensation Period; (vii) authorize payment of these allowed but unpaid fees and expenses to the Firm to the extent

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  funds are available; and (viii) order the payment of such fees and costs, to the extent funds are

2  available.

3  Dated:   May 30, 2025                          Respectfully submitted,

4                                                 PACHULSKI STANG ZIEHL & JONES LLP

5                                                 /s/ Jeffrey W. Dulberg

6                                                 Robert J. Feinstein
                                                  Jeffrey W. Dulberg
7
                                                  Counsel for the Official Committee of Unsecured
8                                                 Creditors

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4925-0661-6133.1 29266.002                              18

1    **DECLARATION OF JEFFREY W. DULBERG**

2    I, Jeffrey W. Dulberg, declare as follows:

3    1.    I am an attorney at law duly authorized to practice in the State of California and

4    before this court.  I am a partner in the law firm of Pachulski Stang Ziehl & Jones LLP, counsel to

5    the Committee in the above-captioned bankruptcy case.

6    2.    I have personal knowledge of the facts set forth in the foregoing Application[6] and,

7    if called upon as a witness, I could and would competently testify as to all of the matters stated

8    therein.

9    3.    Attached hereto as **Exhibit "A"** are the invoices containing the time and expense

10   detail incurred by the Firm during the Second Interim Period.

11   4.    Attached hereto as **Exhibit "B"** is a summary, by category, of the Firm's services

12   and expenses that were incurred by the Firm during the Second Interim Period.

13   5.    Attached hereto as **Exhibit "C"** is a summary of costs incurred by the Firm during

14   the Second Interim Period.  The Firm has not charged for any outgoing faxes. The Firm has

15   charged for unusual expenses, such as travel, court costs and special messenger services, including

16   Federal Express.

17   6.    Attached hereto as **Exhibit "D"** is a description of the professional education and

18   biographies of the professionals employed by the Firm during the Second Interim Period.

19   7.    I have personally reviewed the information contained in the Application and

20   believe its contents to be true and correct to the best of my knowledge, information and belief.

21   8.    The Firm customarily charges $0.20 per page for photocopying expenses and

22   printing of scanned materials.  The Firm's photocopying machines automatically record the

23   number of copies made when the person that is doing the copying enters the client's account

24   number into a device attached to the photocopier.  The Firm summarizes each client's

25

26

27   [6] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Application.

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  photocopying charges on a daily basis.  Whenever feasible, the Firm sends large copying projects

2  to an outside copy service that charges a reduced rate for photocopying.

3       9.       Regarding providers of on-line legal research (e.g., LEXIS and WESTLAW), the

4  Firm charges the standard usage rates these providers charge for computerized legal research.  The

5  Firm bills its clients the actual cash charged by such services, with no premium.  Any volume

6  discount received by the Firm is passed on to the client.

7       10.      The Firm does not charge for local or long distance calls placed by attorneys from

8  their offices.  The Firm only bills its clients for the actual costs charged the Firm by

9  teleconferencing services in the event that a multiple party teleconference is initiated through the

10  Firm.

11       11.      The Firm believes the foregoing rates are the market rates that the majority of law

12  firms charge clients for such services.  In addition, the Firm believes that such charges are in

13  accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's

14  Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other

15  charges.

16       12.      I have personally reviewed the bills in this matter, and the bills represent true and

17  correct charges to the best of my knowledge, information and belief.

18       13.      I have reviewed the requirements of Local Bankruptcy Rule 2016-1(K) and believe

19  the Application complies with this rule.

20       I declare under penalty of perjury under the laws of the State of California and the United

21  States of America that the foregoing is true and correct.

22       Executed this 30th day of May 2025, at Los Angeles, California.

23

24       /s/ Jeffrey W. Dulberg
         Jeffrey W. Dulberg

25

26

27

28