# EXHIBIT B

# Pachulski Stang Ziehl & Jones LLP
## Fee App - Task/Employee Breakdown
Report Period:  05/01/2016-04/30/2025

**EXHIBIT B**

| Task Code | Employee Code | Rate | Data | Value |
|---|---|---|---|---|
| **AA** | | | | |
| | AJK | 995.00 | Hours on Bill | 8.30 |
| | | | Amount on Bill | 8,258.50 |
| | BDD | 325.00 | Hours on Bill | 47.80 |
| | | | Amount on Bill | 15,535.00 |
| | EAW | 675.00 | Hours on Bill | 4.80 |
| | | | Amount on Bill | 3,240.00 |
| | FSH | 325.00 | Hours on Bill | 0.60 |
| | | | Amount on Bill | 195.00 |
| | GFB | 725.00 | Hours on Bill | 1.50 |
| | | | Amount on Bill | 1,087.50 |
| | JKH | 875.00 | Hours on Bill | 0.90 |
| | | | Amount on Bill | 787.50 |
| | JWD | 750.00 | Hours on Bill | 14.70 |
| | | | Amount on Bill | 11,025.00 |
| | JWD | 775.00 | Hours on Bill | 1.60 |
| | | | Amount on Bill | 1,240.00 |
| | JWD | 795.00 | Hours on Bill | 0.40 |
| | | | Amount on Bill | 318.00 |
| | RJF | 995.00 | Hours on Bill | 2.00 |
| | | | Amount on Bill | 1,990.00 |
| | RJF | 1,050.00 | Hours on Bill | 0.40 |
| | | | Amount on Bill | 420.00 |
| | SJK | 875.00 | Hours on Bill | 180.90 |
| | | | Amount on Bill | 158,287.50 |
| | SJK | 895.00 | Hours on Bill | 11.30 |
| | | | Amount on Bill | 10,113.50 |
| | | | **Hours on Bill** | **275.20** |
| | | | **Amount on Bill** | **212,497.50** |
| **AC** | | | | |
| | AWC | 975.00 | Hours on Bill | 19.90 |
| | | | Amount on Bill | 19,402.50 |
| | AWC | 995.00 | Hours on Bill | 1.90 |
| | | | Amount on Bill | 1,890.50 |
| | BDD | 350.00 | Hours on Bill | 0.70 |
| | | | Amount on Bill | 245.00 |

# Pachulski Stang Ziehl & Jones LLP
## Fee App - Task/Employee Breakdown

Report Period: 05/01/2016-04/30/2025

C

| Task Code | Employee Code | Rate | Data | Value |
|---|---|---|---|---|
| **AC** | | | | |
| | BDD | 375.00 | Hours on Bill | 0.30 |
| | | | Amount on Bill | 112.50 |
| | FSH | 350.00 | Hours on Bill | 0.30 |
| | | | Amount on Bill | 105.00 |
| | JPN | 725.00 | Hours on Bill | 83.60 |
| | | | Amount on Bill | 60,610.00 |
| | JPN | 750.00 | Hours on Bill | 659.70 |
| | | | Amount on Bill | 494,775.00 |
| | JPN | 795.00 | Hours on Bill | 190.50 |
| | | | Amount on Bill | 151,447.50 |
| | JSP | 775.00 | Hours on Bill | 0.80 |
| | | | Amount on Bill | 620.00 |
| | JWD | 750.00 | Hours on Bill | 0.80 |
| | | | Amount on Bill | 600.00 |
| | JWD | 775.00 | Hours on Bill | 12.20 |
| | | | Amount on Bill | 9,455.00 |
| | JWD | 795.00 | Hours on Bill | 17.90 |
| | | | Amount on Bill | 14,230.50 |
| | JWD | 850.00 | Hours on Bill | 0.80 |
| | | | Amount on Bill | 680.00 |
| | LAF | 395.00 | Hours on Bill | 2.10 |
| | | | Amount on Bill | 829.50 |
| | LSC | 395.00 | Hours on Bill | 11.90 |
| | | | Amount on Bill | 4,700.50 |
| | MAM | 325.00 | Hours on Bill | 57.40 |
| | | | Amount on Bill | 18,655.00 |
| | MAM | 350.00 | Hours on Bill | 116.10 |
| | | | Amount on Bill | 40,635.00 |
| | MAM | 375.00 | Hours on Bill | 36.70 |
| | | | Amount on Bill | 13,762.50 |
| | MB | 775.00 | Hours on Bill | 0.40 |
| | | | Amount on Bill | 310.00 |
| | PJJ | 0.00 | Hours on Bill | 0.00 |
| | | | Amount on Bill | 0.00 |
| | RJF | 1,050.00 | Hours on Bill | 1.60 |
| | | | Amount on Bill | 1,680.00 |
| | SJK | 925.00 | Hours on Bill | 7.10 |
| | | | Amount on Bill | 6,567.50 |
| | VAN | 795.00 | Hours on Bill | 0.20 |
| | | | Amount on Bill | 159.00 |

# Pachulski Stang Ziehl & Jones LLP
## Fee App - Task/Employee Breakdown

Report Period: 05/01/2016-04/30/2025
Client: 29266/Freedom Communications II OCC
Matter: 00002/Committee Representation

| Task Code | Employee Code | Rate | Data | Value |
|---|---|---|---|---|
| **AC** | | | | |
| | | | Hours on Bill | **1,222.90** |
| | | | Amount on Bill | **841,472.50** |
| **AD** | | | | |
| | JPN | 795.00 | Hours on Bill | 0.30 |
| | | | Amount on Bill | 238.50 |
| | JWD | 775.00 | Hours on Bill | 0.90 |
| | | | Amount on Bill | 697.50 |
| | JWD | 850.00 | Hours on Bill | 0.70 |
| | | | Amount on Bill | 595.00 |
| | | | **Hours on Bill** | **1.90** |
| | | | **Amount on Bill** | **1,531.00** |
| **ADA** | | | | |
| | LSC | 350.00 | Hours on Bill | 0.70 |
| | | | Amount on Bill | 245.00 |
| | | | **Hours on Bill** | **0.70** |
| | | | **Amount on Bill** | **245.00** |
| **BL** | | | | |
| | AJK | 995.00 | Hours on Bill | 65.80 |
| | | | Amount on Bill | 65,471.00 |
| | AJK | 1,025.00 | Hours on Bill | 153.10 |
| | | | Amount on Bill | 156,927.50 |
| | AJK | 1,050.00 | Hours on Bill | 176.40 |
| | | | Amount on Bill | 185,220.00 |
| | AJK | 1,095.00 | Hours on Bill | 646.20 |
| | | | Amount on Bill | 707,589.00 |
| | BDD | 325.00 | Hours on Bill | 0.10 |
| | | | Amount on Bill | 32.50 |
| | BDD | 375.00 | Hours on Bill | 11.50 |
| | | | Amount on Bill | 4,312.50 |
| | BDD | 395.00 | Hours on Bill | 19.20 |
| | | | Amount on Bill | 7,584.00 |
| | BEL | 750.00 | Hours on Bill | 63.60 |
| | | | Amount on Bill | 47,700.00 |
| | BEL | 795.00 | Hours on Bill | 274.10 |
| | | | Amount on Bill | 217,909.50 |
| | CHM | 0.00 | Hours on Bill | 0.00 |
| | | | Amount on Bill | 0.00 |
| | EAW | 675.00 | Hours on Bill | 262.80 |
| | | | Amount on Bill | 177,390.00 |

# Pachulski Stang Ziehl & Jones LLP
## Fee App - Task/Employee Breakdown
Report Period:  05/01/2016-04/30/2025

| Task Code | Employee Code | Rate | Data | Value |
|---|---|---|---|---|
| **BL** | | | | |
| | EAW | 695.00 | Hours on Bill | 407.80 |
| | | | Amount on Bill | 283,421.00 |
| | EAW | 725.00 | Hours on Bill | 811.80 |
| | | | Amount on Bill | 588,555.00 |
| | EAW | 775.00 | Hours on Bill | 1,601.10 |
| | | | Amount on Bill | 1,240,852.50 |
| | EG | 0.00 | Hours on Bill | 0.00 |
| | | | Amount on Bill | 0.00 |
| | FSH | 325.00 | Hours on Bill | 1.30 |
| | | | Amount on Bill | 422.50 |
| | FSH | 350.00 | Hours on Bill | 0.70 |
| | | | Amount on Bill | 245.00 |
| | GFB | 750.00 | Hours on Bill | 0.20 |
| | | | Amount on Bill | 150.00 |
| | GNB | 675.00 | Hours on Bill | 131.10 |
| | | | Amount on Bill | 88,492.50 |
| | GNB | 775.00 | Hours on Bill | 138.10 |
| | | | Amount on Bill | 107,027.50 |
| | HCK | 975.00 | Hours on Bill | 3.60 |
| | | | Amount on Bill | 3,510.00 |
| | IAWN | 895.00 | Hours on Bill | 64.60 |
| | | | Amount on Bill | 57,817.00 |
| | IAWN | 925.00 | Hours on Bill | 2.80 |
| | | | Amount on Bill | 2,590.00 |
| | IDK | 0.00 | Hours on Bill | 0.00 |
| | | | Amount on Bill | 0.00 |
| | IDS | 675.00 | Hours on Bill | 14.50 |
| | | | Amount on Bill | 9,787.50 |
| | JJK | 775.00 | Hours on Bill | 497.50 |
| | | | Amount on Bill | 385,562.50 |
| | JJK | 850.00 | Hours on Bill | 527.90 |
| | | | Amount on Bill | 448,715.00 |
| | JKH | 875.00 | Hours on Bill | 76.60 |
| | | | Amount on Bill | 67,025.00 |
| | JWD | 750.00 | Hours on Bill | 1.70 |
| | | | Amount on Bill | 1,275.00 |
| | JWD | 775.00 | Hours on Bill | 9.80 |
| | | | Amount on Bill | 7,595.00 |
| | JWD | 795.00 | Hours on Bill | 4.50 |
| | | | Amount on Bill | 3,577.50 |

# Pachulski Stang Ziehl & Jones LLP
## Fee App - Task/Employee Breakdown
Report Period:  05/01/2016-04/30/2025

| Task Code | Employee Code | Rate | Data | Value |
|---|---|---|---|---|
| **BL** | | | | |
| | JWD | 850.00 | Hours on Bill | 29.90 |
| | | | Amount on Bill | 25,415.00 |
| | LAF | 425.00 | Hours on Bill | 0.60 |
| | | | Amount on Bill | 255.00 |
| | LCT | 395.00 | Hours on Bill | 0.30 |
| | | | Amount on Bill | 118.50 |
| | LFC | 975.00 | Hours on Bill | 135.00 |
| | | | Amount on Bill | 131,625.00 |
| | LFC | 1,025.00 | Hours on Bill | 78.00 |
| | | | Amount on Bill | 79,950.00 |
| | LSC | 395.00 | Hours on Bill | 1.20 |
| | | | Amount on Bill | 474.00 |
| | MBL | 875.00 | Hours on Bill | 5.10 |
| | | | Amount on Bill | 4,462.50 |
| | MDJ | 395.00 | Hours on Bill | 2.20 |
| | | | Amount on Bill | 869.00 |
| | MSP | 725.00 | Hours on Bill | 2.50 |
| | | | Amount on Bill | 1,812.50 |
| | NLH | 695.00 | Hours on Bill | 2.50 |
| | | | Amount on Bill | 1,737.50 |
| | PJJ | 375.00 | Hours on Bill | 70.50 |
| | | | Amount on Bill | 26,437.50 |
| | PJJ | 395.00 | Hours on Bill | 20.50 |
| | | | Amount on Bill | 8,097.50 |
| | PJK | 595.00 | Hours on Bill | 0.60 |
| | | | Amount on Bill | 357.00 |
| | RJF | 995.00 | Hours on Bill | 15.60 |
| | | | Amount on Bill | 15,522.00 |
| | RJF | 1,050.00 | Hours on Bill | 32.90 |
| | | | Amount on Bill | 34,545.00 |
| | RJF | 1,095.00 | Hours on Bill | 10.30 |
| | | | Amount on Bill | 11,278.50 |
| | RJF | 1,145.00 | Hours on Bill | 19.80 |
| | | | Amount on Bill | 22,671.00 |
| | RMP | 1,345.00 | Hours on Bill | 6.50 |
| | | | Amount on Bill | 8,742.50 |
| | RMS | 695.00 | Hours on Bill | 54.70 |
| | | | Amount on Bill | 38,016.50 |
| | SJK | 875.00 | Hours on Bill | 4.30 |
| | | | Amount on Bill | 3,762.50 |

# Pachulski Stang Ziehl & Jones LLP
## Fee App - Task/Employee Breakdown
Report Period: 05/01/2016-04/30/2025

| Task Code | Employee Code | Rate | Data | Value |
|---|---|---|---|---|
| BL | | | | |
| | SJK | 895.00 | Hours on Bill | 0.30 |
| | | | Amount on Bill | 268.50 |
| | VAN | 795.00 | Hours on Bill | 68.70 |
| | | | Amount on Bill | 54,616.50 |
| | | | **Hours on Bill** | **6,530.40** |
| | | | **Amount on Bill** | **5,337,790.50** |
| BO | | | | |
| | FSH | 0.00 | Hours on Bill | 0.00 |
| | | | Amount on Bill | 0.00 |
| | | | **Hours on Bill** | **0.00** |
| | | | **Amount on Bill** | **0.00** |
| CA | | | | |
| | AJK | 995.00 | Hours on Bill | 1.30 |
| | | | Amount on Bill | 1,293.50 |
| | AJK | 1,050.00 | Hours on Bill | 0.60 |
| | | | Amount on Bill | 630.00 |
| | AJK | 1,095.00 | Hours on Bill | 0.30 |
| | | | Amount on Bill | 328.50 |
| | BDD | 0.00 | Hours on Bill | 0.00 |
| | | | Amount on Bill | 0.00 |
| | BDD | 325.00 | Hours on Bill | 0.30 |
| | | | Amount on Bill | 97.50 |
| | BDD | 350.00 | Hours on Bill | 0.70 |
| | | | Amount on Bill | 245.00 |
| | BDD | 375.00 | Hours on Bill | 2.40 |
| | | | Amount on Bill | 900.00 |
| | BDD | 395.00 | Hours on Bill | 8.60 |
| | | | Amount on Bill | 3,397.00 |
| | FSH | 325.00 | Hours on Bill | 1.90 |
| | | | Amount on Bill | 617.50 |
| | FSH | 350.00 | Hours on Bill | 0.10 |
| | | | Amount on Bill | 35.00 |
| | JJK | 850.00 | Hours on Bill | 0.30 |
| | | | Amount on Bill | 255.00 |
| | JWD | 0.00 | Hours on Bill | 0.00 |
| | | | Amount on Bill | 0.00 |
| | JWD | 750.00 | Hours on Bill | 1.00 |
| | | | Amount on Bill | 750.00 |
| | JWD | 775.00 | Hours on Bill | 8.20 |
| | | | Amount on Bill | 6,355.00 |

# Pachulski Stang Ziehl & Jones LLP
## Fee App - Task/Employee Breakdown
Report Period:  05/01/2016-04/30/2025

| Task Code | Employee Code | Rate | Data | Value |
|---|---|---|---|---|
| **CA** | | | | |
| | JWD | 795.00 | Hours on Bill | 6.30 |
| | | | Amount on Bill | 5,008.50 |
| | JWD | 850.00 | Hours on Bill | 24.80 |
| | | | Amount on Bill | 21,080.00 |
| | LAF | 425.00 | Hours on Bill | 0.50 |
| | | | Amount on Bill | 212.50 |
| | MAM | 375.00 | Hours on Bill | 0.30 |
| | | | Amount on Bill | 112.50 |
| | MDJ | 395.00 | Hours on Bill | 0.10 |
| | | | Amount on Bill | 39.50 |
| | RJF | 995.00 | Hours on Bill | 0.30 |
| | | | Amount on Bill | 298.50 |
| | RJF | 1,050.00 | Hours on Bill | 0.30 |
| | | | Amount on Bill | 315.00 |
| | RJF | 1,145.00 | Hours on Bill | 0.30 |
| | | | Amount on Bill | 343.50 |
| | | | **Hours on Bill** | **58.60** |
| | | | **Amount on Bill** | **42,314.00** |
| **CO** | | | | |
| | AJK | 1,025.00 | Hours on Bill | 0.30 |
| | | | Amount on Bill | 307.50 |
| | AJK | 1,095.00 | Hours on Bill | 4.00 |
| | | | Amount on Bill | 4,380.00 |
| | BDD | 375.00 | Hours on Bill | 0.90 |
| | | | Amount on Bill | 337.50 |
| | BDD | 395.00 | Hours on Bill | 1.10 |
| | | | Amount on Bill | 434.50 |
| | FSH | 325.00 | Hours on Bill | 2.30 |
| | | | Amount on Bill | 747.50 |
| | JJK | 775.00 | Hours on Bill | 1.60 |
| | | | Amount on Bill | 1,240.00 |
| | JWD | 750.00 | Hours on Bill | 2.60 |
| | | | Amount on Bill | 1,950.00 |
| | JWD | 775.00 | Hours on Bill | 2.20 |
| | | | Amount on Bill | 1,705.00 |
| | JWD | 850.00 | Hours on Bill | 7.20 |
| | | | Amount on Bill | 6,120.00 |
| | RJF | 995.00 | Hours on Bill | 2.50 |
| | | | Amount on Bill | 2,487.50 |
| | RJF | 1,050.00 | Hours on Bill | 1.30 |

# Pachulski Stang Ziehl & Jones LLP
## Fee App - Task/Employee Breakdown
Report Period: 05/01/2016-04/30/2025

| Task Code | Employee Code | Rate | Data | Value |
|---|---|---|---|---|
| **CO** | | | | |
| | | | Amount on Bill | 1,365.00 |
| | RJF | 1,145.00 | Hours on Bill | 0.50 |
| | | | Amount on Bill | 572.50 |
| | | | **Hours on Bill** | **26.50** |
| | | | **Amount on Bill** | **21,647.00** |
| **CP** | | | | |
| | AJK | 1,095.00 | Hours on Bill | 0.40 |
| | | | Amount on Bill | 438.00 |
| | BDD | 0.00 | Hours on Bill | 0.00 |
| | | | Amount on Bill | 0.00 |
| | BDD | 325.00 | Hours on Bill | 6.80 |
| | | | Amount on Bill | 2,210.00 |
| | BDD | 350.00 | Hours on Bill | 11.70 |
| | | | Amount on Bill | 4,095.00 |
| | BDD | 375.00 | Hours on Bill | 15.90 |
| | | | Amount on Bill | 5,962.50 |
| | BDD | 395.00 | Hours on Bill | 22.70 |
| | | | Amount on Bill | 8,966.50 |
| | FSH | 325.00 | Hours on Bill | 15.10 |
| | | | Amount on Bill | 4,907.50 |
| | FSH | 350.00 | Hours on Bill | 5.80 |
| | | | Amount on Bill | 2,030.00 |
| | JWD | 750.00 | Hours on Bill | 13.90 |
| | | | Amount on Bill | 10,425.00 |
| | JWD | 775.00 | Hours on Bill | 2.90 |
| | | | Amount on Bill | 2,247.50 |
| | JWD | 795.00 | Hours on Bill | 0.50 |
| | | | Amount on Bill | 397.50 |
| | JWD | 850.00 | Hours on Bill | 7.60 |
| | | | Amount on Bill | 6,460.00 |
| | RJF | 995.00 | Hours on Bill | 0.30 |
| | | | Amount on Bill | 298.50 |
| | RJF | 1,145.00 | Hours on Bill | 0.20 |
| | | | Amount on Bill | 229.00 |
| | | | **Hours on Bill** | **103.80** |
| | | | **Amount on Bill** | **48,667.00** |
| **CPO** | | | | |
| | AJK | 1,095.00 | Hours on Bill | 0.20 |
| | | | Amount on Bill | 219.00 |

# Pachulski Stang Ziehl & Jones LLP
## Fee App - Task/Employee Breakdown
Report Period: 05/01/2016-04/30/2025

| Task Code | Employee Code | Rate | Data | Value |
|---|---|---|---|---|
| **CPO** | | | | |
| | BDD | 0.00 | Hours on Bill | 0.00 |
| | | | Amount on Bill | 0.00 |
| | BDD | 325.00 | Hours on Bill | 5.40 |
| | | | Amount on Bill | 1,755.00 |
| | BDD | 350.00 | Hours on Bill | 3.50 |
| | | | Amount on Bill | 1,225.00 |
| | BDD | 395.00 | Hours on Bill | 1.80 |
| | | | Amount on Bill | 711.00 |
| | FSH | 395.00 | Hours on Bill | 3.00 |
| | | | Amount on Bill | 1,185.00 |
| | JWD | 750.00 | Hours on Bill | 4.40 |
| | | | Amount on Bill | 3,300.00 |
| | JWD | 775.00 | Hours on Bill | 5.20 |
| | | | Amount on Bill | 4,030.00 |
| | JWD | 795.00 | Hours on Bill | 0.30 |
| | | | Amount on Bill | 238.50 |
| | JWD | 850.00 | Hours on Bill | 7.30 |
| | | | Amount on Bill | 6,205.00 |
| | | | **Hours on Bill** | **31.10** |
| | | | **Amount on Bill** | **18,868.50** |
| **EB** | | | | |
| | JWD | 750.00 | Hours on Bill | 0.20 |
| | | | Amount on Bill | 150.00 |
| | | | **Hours on Bill** | **0.20** |
| | | | **Amount on Bill** | **150.00** |
| **EC** | | | | |
| | BDD | 395.00 | Hours on Bill | 0.10 |
| | | | Amount on Bill | 39.50 |
| | JWD | 750.00 | Hours on Bill | 1.50 |
| | | | Amount on Bill | 1,125.00 |
| | | | **Hours on Bill** | **1.60** |
| | | | **Amount on Bill** | **1,164.50** |
| **FE** | | | | |
| | GNB | 775.00 | Hours on Bill | 0.10 |
| | | | Amount on Bill | 77.50 |
| | | | **Hours on Bill** | **0.10** |
| | | | **Amount on Bill** | **77.50** |
| **FF** | | | | |
| | BDD | 375.00 | Hours on Bill | 0.10 |

# Pachulski Stang Ziehl & Jones LLP
## Fee App - Task/Employee Breakdown
Report Period:  05/01/2016-04/30/2025

| Task Code | Employee Code | Rate | Data | Value |
|---|---|---|---|---|
| FF | | | | |
| | | | Amount on Bill | 37.50 |
| | BDD | 395.00 | Hours on Bill | 0.50 |
| | | | Amount on Bill | 197.50 |
| | JWD | 850.00 | Hours on Bill | 0.20 |
| | | | Amount on Bill | 170.00 |
| | | | **Hours on Bill** | **0.80** |
| | | | **Amount on Bill** | **405.00** |
| FN | | | | |
| | JWD | 850.00 | Hours on Bill | 0.20 |
| | | | Amount on Bill | 170.00 |
| | | | **Hours on Bill** | **0.20** |
| | | | **Amount on Bill** | **170.00** |
| FP | | | | |
| | EAW | 775.00 | Hours on Bill | 0.10 |
| | | | Amount on Bill | 77.50 |
| | | | **Hours on Bill** | **0.10** |
| | | | **Amount on Bill** | **77.50** |
| GC | | | | |
| | AJK | 1,050.00 | Hours on Bill | 1.00 |
| | | | Amount on Bill | 1,050.00 |
| | AJK | 1,095.00 | Hours on Bill | 0.40 |
| | | | Amount on Bill | 438.00 |
| | FSH | 325.00 | Hours on Bill | 15.60 |
| | | | Amount on Bill | 5,070.00 |
| | FSH | 350.00 | Hours on Bill | 0.30 |
| | | | Amount on Bill | 105.00 |
| | JWD | 750.00 | Hours on Bill | 10.20 |
| | | | Amount on Bill | 7,650.00 |
| | JWD | 775.00 | Hours on Bill | 4.90 |
| | | | Amount on Bill | 3,797.50 |
| | JWD | 795.00 | Hours on Bill | 6.60 |
| | | | Amount on Bill | 5,247.00 |
| | JWD | 850.00 | Hours on Bill | 5.70 |
| | | | Amount on Bill | 4,845.00 |
| | RJF | 995.00 | Hours on Bill | 4.20 |
| | | | Amount on Bill | 4,179.00 |
| | RJF | 1,050.00 | Hours on Bill | 0.60 |
| | | | Amount on Bill | 630.00 |
| | RJF | 1,095.00 | Hours on Bill | 2.40 |

# Pachulski Stang Ziehl & Jones LLP
## Fee App - Task/Employee Breakdown
Report Period:  05/01/2016-04/30/2025

| Task Code | Employee Code | Rate | Data | Value |
|---|---|---|---|---|
| **GC** | | | | |
| | | | Amount on Bill | 2,628.00 |
| | RJF | 1,145.00 | Hours on Bill | 1.50 |
| | | | Amount on Bill | 1,717.50 |
| | SJK | 875.00 | Hours on Bill | 0.40 |
| | | | Amount on Bill | 350.00 |
| | | | **Hours on Bill** | **53.80** |
| | | | **Amount on Bill** | **37,707.00** |
| **HE** | | | | |
| | BDD | 395.00 | Hours on Bill | 0.70 |
| | | | Amount on Bill | 276.50 |
| | | | **Hours on Bill** | **0.70** |
| | | | **Amount on Bill** | **276.50** |
| **IC** | | | | |
| | IAWN | 875.00 | Hours on Bill | 63.60 |
| | | | Amount on Bill | 55,650.00 |
| | IAWN | 895.00 | Hours on Bill | 5.50 |
| | | | Amount on Bill | 4,922.50 |
| | JWD | 750.00 | Hours on Bill | 1.40 |
| | | | Amount on Bill | 1,050.00 |
| | JWD | 775.00 | Hours on Bill | 0.50 |
| | | | Amount on Bill | 387.50 |
| | | | **Hours on Bill** | **71.00** |
| | | | **Amount on Bill** | **62,010.00** |
| **LN** | | | | |
| | AJK | 995.00 | Hours on Bill | 20.30 |
| | | | Amount on Bill | 20,198.50 |
| | AJK | 1,025.00 | Hours on Bill | 1.30 |
| | | | Amount on Bill | 1,332.50 |
| | GFB | 725.00 | Hours on Bill | 49.10 |
| | | | Amount on Bill | 35,597.50 |
| | JKH | 875.00 | Hours on Bill | 3.50 |
| | | | Amount on Bill | 3,062.50 |
| | JWD | 750.00 | Hours on Bill | 40.00 |
| | | | Amount on Bill | 30,000.00 |
| | JWD | 775.00 | Hours on Bill | 15.10 |
| | | | Amount on Bill | 11,702.50 |
| | JWD | 795.00 | Hours on Bill | 5.00 |
| | | | Amount on Bill | 3,975.00 |
| | JWD | 850.00 | Hours on Bill | 4.00 |

# Pachulski Stang Ziehl & Jones LLP
## Fee App - Task/Employee Breakdown
Report Period: 05/01/2016-04/30/2025

| Task Code | Employee Code | Rate | Data | Value |
|---|---|---|---|---|
| **LN** | | | | |
| | | | Amount on Bill | 3,400.00 |
| | MSP | 0.00 | Hours on Bill | 0.00 |
| | | | Amount on Bill | 0.00 |
| | MSP | 725.00 | Hours on Bill | 114.70 |
| | | | Amount on Bill | 83,157.50 |
| | NLH | 695.00 | Hours on Bill | 103.50 |
| | | | Amount on Bill | 71,932.50 |
| | RJF | 1,050.00 | Hours on Bill | 0.20 |
| | | | Amount on Bill | 210.00 |
| | SJK | 875.00 | Hours on Bill | 1.10 |
| | | | Amount on Bill | 962.50 |
| | SJK | 895.00 | Hours on Bill | 0.10 |
| | | | Amount on Bill | 89.50 |
| | | | **Hours on Bill** | **357.90** |
| | | | **Amount on Bill** | **265,620.50** |
| **MC** | | | | |
| | RJF | 1,050.00 | Hours on Bill | 0.70 |
| | | | Amount on Bill | 735.00 |
| | RJF | 1,145.00 | Hours on Bill | 0.10 |
| | | | Amount on Bill | 114.50 |
| | | | **Hours on Bill** | **0.80** |
| | | | **Amount on Bill** | **849.50** |
| **MERG** | | | | |
| | JPN | 725.00 | Hours on Bill | 0.60 |
| | | | Amount on Bill | 435.00 |
| | | | **Hours on Bill** | **0.60** |
| | | | **Amount on Bill** | **435.00** |
| **NT** | | | | |
| | AJK | 547.50 | Hours on Bill | 52.00 |
| | | | Amount on Bill | 28,470.00 |
| | EAW | 387.50 | Hours on Bill | 37.40 |
| | | | Amount on Bill | 14,492.50 |
| | | | **Hours on Bill** | **89.40** |
| | | | **Amount on Bill** | **42,962.50** |
| **PD** | | | | |
| | AJK | 1,095.00 | Hours on Bill | 0.20 |
| | | | Amount on Bill | 219.00 |
| | BDD | 395.00 | Hours on Bill | 36.50 |
| | | | Amount on Bill | 14,417.50 |

## Pachulski Stang Ziehl & Jones LLP
### Fee App - Task/Employee Breakdown
Report Period: 05/01/2016-04/30/2025

| Task Code | Employee Code | Rate | Data | Value |
|---|---|---|---|---|
| PD | | | | |
| | EAW | 775.00 | Hours on Bill | 0.60 |
| | | | Amount on Bill | 465.00 |
| | FSH | 325.00 | Hours on Bill | 0.40 |
| | | | Amount on Bill | 130.00 |
| | IDS | 675.00 | Hours on Bill | 1.50 |
| | | | Amount on Bill | 1,012.50 |
| | JJK | 850.00 | Hours on Bill | 30.90 |
| | | | Amount on Bill | 26,265.00 |
| | JWD | 750.00 | Hours on Bill | 22.10 |
| | | | Amount on Bill | 16,575.00 |
| | JWD | 775.00 | Hours on Bill | 13.90 |
| | | | Amount on Bill | 10,772.50 |
| | JWD | 850.00 | Hours on Bill | 94.60 |
| | | | Amount on Bill | 80,410.00 |
| | MB | 775.00 | Hours on Bill | 7.60 |
| | | | Amount on Bill | 5,890.00 |
| | PJJ | 395.00 | Hours on Bill | 7.00 |
| | | | Amount on Bill | 2,765.00 |
| | RJF | 995.00 | Hours on Bill | 0.30 |
| | | | Amount on Bill | 298.50 |
| | RJF | 1,050.00 | Hours on Bill | 5.20 |
| | | | Amount on Bill | 5,460.00 |
| | RJF | 1,095.00 | Hours on Bill | 0.60 |
| | | | Amount on Bill | 657.00 |
| | RJF | 1,145.00 | Hours on Bill | 10.40 |
| | | | Amount on Bill | 11,908.00 |
| | RMP | 1,345.00 | Hours on Bill | 0.60 |
| | | | Amount on Bill | 807.00 |
| | VAN | 795.00 | Hours on Bill | 5.20 |
| | | | Amount on Bill | 4,134.00 |
| | | | **Hours on Bill** | **237.60** |
| | | | **Amount on Bill** | **182,186.00** |
| RP | | | | |
| | AJK | 1,095.00 | Hours on Bill | 0.20 |
| | | | Amount on Bill | 219.00 |
| | BDD | 350.00 | Hours on Bill | 0.60 |
| | | | Amount on Bill | 210.00 |
| | EAW | 775.00 | Hours on Bill | 1.30 |
| | | | Amount on Bill | 1,007.50 |
| | JWD | 750.00 | Hours on Bill | 0.10 |

# Pachulski Stang Ziehl & Jones LLP

## Fee App - Task/Employee Breakdown

Report Period: 05/01/2016-04/30/2025

Client: 29266/Freedom Communications II OCC
Matter: 00002/Committee Representation

| Task Code | Employee Code | Rate | Data | Value |
|---|---|---|---|---|
| **RP** | | | | |
| | | | Amount on Bill | 75.00 |
| | JWD | 775.00 | Hours on Bill | 0.30 |
| | | | Amount on Bill | 232.50 |
| | JWD | 850.00 | Hours on Bill | 1.60 |
| | | | Amount on Bill | 1,360.00 |
| | | | **Hours on Bill** | **4.10** |
| | | | **Amount on Bill** | **3,104.00** |
| **RPO** | | | | |
| | AJK | 1,050.00 | Hours on Bill | 0.30 |
| | | | Amount on Bill | 315.00 |
| | BDD | 350.00 | Hours on Bill | 0.10 |
| | | | Amount on Bill | 35.00 |
| | BDD | 375.00 | Hours on Bill | 5.60 |
| | | | Amount on Bill | 2,100.00 |
| | BDD | 395.00 | Hours on Bill | 1.70 |
| | | | Amount on Bill | 671.50 |
| | JWD | 750.00 | Hours on Bill | 0.70 |
| | | | Amount on Bill | 525.00 |
| | JWD | 795.00 | Hours on Bill | 7.60 |
| | | | Amount on Bill | 6,042.00 |
| | RJF | 995.00 | Hours on Bill | 0.20 |
| | | | Amount on Bill | 199.00 |
| | RJF | 1,095.00 | Hours on Bill | 0.20 |
| | | | Amount on Bill | 219.00 |
| | | | **Hours on Bill** | **16.40** |
| | | | **Amount on Bill** | **10,106.50** |
| **SL** | | | | |
| | JWD | 750.00 | Hours on Bill | 0.80 |
| | | | Amount on Bill | 600.00 |
| | | | **Hours on Bill** | **0.80** |
| | | | **Amount on Bill** | **600.00** |
| **TI** | | | | |
| | BDD | 395.00 | Hours on Bill | 0.20 |
| | | | Amount on Bill | 79.00 |
| | JWD | 750.00 | Hours on Bill | 0.30 |
| | | | Amount on Bill | 225.00 |
| | JWD | 775.00 | Hours on Bill | 0.30 |
| | | | Amount on Bill | 232.50 |
| | JWD | 795.00 | Hours on Bill | 0.40 |

# Pachulski Stang Ziehl & Jones LLP
## Fee App - Task/Employee Breakdown
Report Period: 05/01/2016-04/30/2025

| Task Code | Employee Code | Rate | Data | Value |
|---|---|---|---|---|
| TI | | | | |
| | | | Amount on Bill | 318.00 |
| | JWD | 850.00 | Hours on Bill | 6.60 |
| | | | Amount on Bill | 5,610.00 |
| | RJF | 1,095.00 | Hours on Bill | 0.40 |
| | | | Amount on Bill | 438.00 |
| | RJF | 1,145.00 | Hours on Bill | 0.20 |
| | | | Amount on Bill | 229.00 |
| | | | **Hours on Bill** | **8.40** |
| | | | **Amount on Bill** | **7,131.50** |
| TR | | | | |
| | AJK | 547.50 | Hours on Bill | 32.20 |
| | | | Amount on Bill | 17,629.50 |
| | AJK | 1,025.00 | Hours on Bill | 4.00 |
| | | | Amount on Bill | 4,100.00 |
| | AJK | 1,095.00 | Hours on Bill | 1.60 |
| | | | Amount on Bill | 1,752.00 |
| | EAW | 387.50 | Hours on Bill | 5.80 |
| | | | Amount on Bill | 2,247.50 |
| | EAW | 695.00 | Hours on Bill | 14.90 |
| | | | Amount on Bill | 10,355.50 |
| | GNB | 387.50 | Hours on Bill | 8.80 |
| | | | Amount on Bill | 3,410.00 |
| | RJF | 1,050.00 | Hours on Bill | 13.80 |
| | | | Amount on Bill | 14,490.00 |
| | | | **Hours on Bill** | **81.10** |
| | | | **Amount on Bill** | **53,984.50** |
| **Report Totals** | | | **Hours on Bill** | **9,176.70** |
| | | | **Amount on Bill** | **7,194,051.00** |