# EXHIBIT C

# EXHIBIT C

| Expense | Total |
|---|---|
| Air Fare | $25,280.18 |
| Airport Parking | $234.00 |
| Attorney Service | $36.48 |
| Auto Travel Expense | $4,989.00 |
| Bloomberg | $60.00 |
| Conference Call | $2,311.03 |
| CourtLink | $1,692.51 |
| Court Fees | $17,500.00 |
| Court Parking | $3.00 |
| Federal Express | $5,334.79 |
| Guest Parking | $211.50 |
| Hotel Expense | $17,644.51 |
| Lexis/Nexis – Legal Research | $7,338.43 |
| Messenger Service | $141,190.11 |
| Outside Reproduction Expense | $18,713.26 |
| Litigation Support Vendors | $66,803.32 |
| Pacer – Court Research | $2,936.54 |
| Postage | $3,347.21 |
| Online Research | $1,489.00 |
| Reproduction Expense | $17,004.20 |
| Reproduction – Scan Copy | $12,729.10 |
| Travel Expense | $2,481.66 |
| Transcript | $27,352.22 |
| Westlaw – Legal Research | $4,319.59 |
| Working Meals | $1,270.43 |
| **TOTAL** | **$382,272.07** |