# EXHIBIT D





# Richard M. Pachulski

rpachulski@pszjlaw.com

**LOS ANGELES**

310.277.6910

Richard Pachulski, resident in the firm's Los Angeles office, is widely regarded as one of the preeminent corporate restructuring attorneys in America. He has been named an "Attorney of the Year" by American Lawyer Media's *Recorder*, and has been lead counsel on several deals that have been recognized as "Deal of the Year" by *The M&A Advisor, Turnaround & Workouts* and *Global M&A Network.* During the past three years, in addition to working on several out-of-court workouts, Richard represented Amyris, Inc., Ruby Tuesday, Easterday Farms and Ranches, and Carbonlite in their chapter 11 proceedings, and the tort creditors' committee of Boy Scouts of America. Recently, Richard was also lead counsel for Monster Beverage in its acquisition of Bang Energy out of chapter 11 with an estimated acquisition value of $400 million. Over Richard's career, a sampling of his roles as lead debtor counsel include the corporate restructurings of American Suzuki Motor Corporation, Solyndra LLC, and Mesa Airlines. Additionally, Richard also was lead bankruptcy and litigation counsel to Lehman Brothers during its chapter 11 case in a matter involving over $2 billion due to Lehman Brothers.

For the past four decades, Richard has represented debtors and creditors' committees in both out-of-court workouts and in-court proceedings. In addition, he has extensive experience in business reorganizations, as well as debtor/creditor litigation across numerous industries. His work over this time span led to inclusion in the American College of Bankruptcy, an honorary association of the nation's most esteemed bankruptcy and insolvency professionals. Other career highlights include representation of the debtors in MagnaChip Semiconductor, Breed Technologies, Sizzler International, Covad Communications and Peregrine Systems; representation of the Circuit City creditors' committee and, thereafter, the Circuit City liquidating trustee; representation of the ad hoc bondholders' committee in Adelphia Corporation; and lead

counsel in the restructuring of the debts of internationally acclaimed singer-songwriter Toni Braxton. In total, he has assisted in tens of billions of dollars in restructurings during his career.

Several national publications and organizations frequently recognize Richard for his work in the restructuring and turnaround field. For example, *Chambers USA* repeatedly ranks him as a top-tier national bankruptcy/restructuring attorney; the *Los Angeles and San Francisco Daily Journal* has listed him among the "Top Bankruptcy Lawyers" in California; *Best Lawyers in America* has listed him among the nation's top bankruptcy attorneys every year since 1995; *K&R Restructuring Register* and *Turnaround & Workouts* listed him as one of America's top restructuring professionals; *California Law Business* listed him as one of "California's 100 Most Influential Attorneys;" and *Los Angeles Business Journal* listed him as one of fifteen top banking & finance "turnaround artists." He also holds an "AV Preeminent Peer Rating," *Martindale-Hubbell's* highest recognition for ethical standards and legal ability. In 2016, he was named to *Thomson Reuters*' "Top 10: 2016 Southern California Super Lawyers" list and in 2018 was listed by Who's Who Legal among "Thought Leaders – Restructuring & Insolvency." He was listed by *Lawdragon* as one of the 2020 "Lawdragon 500 Leading Global Restructuring & Insolvency Lawyers." Richard is a graduate of UCLA and received his J.D. from Stanford University.

# Credentials

### Education

- University of California at Los Angeles (B.A., *summa cum laude*, 1976)
- Stanford University (J.D. 1979)
- Phi Beta Kappa; Pi Gamma Mu

### Bar and Court Admissions

- 1979, California

### Clerkships

- Judicial extern, Robert M. Takasugi (C.D. Cal. 1978-79)

# Representations

- Chapter 11 debtors in Kal Freight; White Eagle Asset Portfolio; Fuse Media; American Suzuki Motor Corporation; Highway Technologies; Peregrine Systems; Breed Technologies; Solyndra; Covad Communications Group; Commonwealth Equity Trust; Sizzler International; Toni Braxton; Mesa Air Group; MagnaChip Semiconductor; Yueting Jia; Ruby Tuesday; Easterday Farms and Easterday Ranches; Carbonlite

- Creditors' committees in Woodbridge Group of Companies; Circuit City; First Executive Corporation; Northpoint Communications; Boy Scouts of America

- Ad hoc bondholders' committee in Adelphia Communications

- Lehman Brothers in Palmdale Hills Property

- Trustees in Triad America Corporation and Ezri Namvar

- Creditor representaion in chapter 11 cryptocurrenty brokerage Voyager Digital

- Asset purchaser in Bang Energy

# Professional Affiliations

- Fellow, American College of Bankruptcy

- Member, Financial Lawyers Conference Board of Governors (1989-92)

# Publications

- Coauthor, "Chapter 11 – The Bank of Last Resort," 45 *Business Lawyer* 261 (1989)

- Coauthor, "Plan Wars – The Use of Chapter 11 to Coax Continued Financing From a Reluctant Lender," 738 PLI/Comm. 7 (1996)





# Alan J. Kornfeld

akornfeld@pszjlaw.com

**LOS ANGELES**

310.277.6910

**NEW YORK**

212.561.7700

Alan Kornfeld, resident in the firm's Los Angeles office, is a litigation partner with more than thirty years' experience. He is an accomplished trial attorney whose practice focuses primarily on complex commercial litigation matters. Among other things, Alan has tried numerous adversary proceedings in bankruptcy and federal district courts; has tried a diverse set of bankruptcy matters, including contested confirmations, DIP financing and cash collateral motions, sale motions, rejection motions, incentive plan motions and claim objections in bankruptcy courts; and has argued related appeals on multiple occasions in the Ninth Circuit, Third Circuit, and Second Circuit. Alan's areas of expertise include, among other things, in-depth claims investigations in major chapter 11 bankruptcies; the development of litigation strategies in complex, multi-party, and often multi-jurisdictional disputes; and the successful prosecution of tort, contract, and other claims through the entire pretrial process, trial, and appeal. At the same time, Alan also is a highly skilled negotiator with a proven track record of structuring and successfully negotiating sophisticated and creative settlements in a wide variety of contexts. Alan has been recognized by *Best Lawyers in America* each year since 2017 for his work in both Bankruptcy and Creditor Debtor Rights/Insolvency and Reorganization Law and Litigation – Bankruptcy. He is a graduate of UCLA where he received his A.B. in 1976 and his J.D. in 1987.

# Credentials

## Education

- University of California at Los Angeles (A.B. 1976)
- University of California at Los Angeles (J.D. 1987)
- Phi Beta Kappa; Pi Gamma Mu

## Bar and Court Admissions

- 1987, California
- 2002, District of Columbia
- 2004, New York

# Representations

Lead trial counsel for a major body-armor manufacturer, the debtor in a chapter 11 case filed in 2010, whose chapter 11 plan ultimately was confirmed in 2015 after years of litigation, with payment in full to unsecured creditors in 2019. Handled a wide variety of litigation matters in bankruptcy court, federal district court, and state court, including litigation with a class of securities fraud plaintiffs and litigation with the former officers of the debtor, and successfully argued related appeals in the Second Circuit and the Third Circuit. Negotiated complex settlements with the class action plaintiffs and the U.S. Government, which resulted in the receipt of over $90 million in proceeds by the chapter 11 estate.

Lead trial counsel for the chapter 11 trustees of a California real estate investor and his privately owned company. Handled a variety of litigation matters, including litigation against the investor and his family members. Obtained an $8 million judgment against certain defendants after trial in federal district court, successfully litigated against other defendants through expert discovery and dispositive motions in federal district court, negotiated a $15 million settlement on the eve of a jury trial, and obtained a $274 million judgment against the real estate investor in a nondischargeability action.

Lead trial counsel for the creditors' committee in the chapter 11 case of a California-based media company. Conducted an in-depth investigation of claims against former officers and other parties, obtained standing for the committee to prosecute the claims, successfully negotiated settlements totaling in excess of $8 million with certain defendants, and successfully prosecuted the claims against the remaining defendants through extensive discovery and multiple dispositive motions.

Lead litigation counsel for the creditors' committee in a major retail bankruptcy. Developed strategies for resolving plan-related disputes with the private equity owner of the debtor and the debtor's prepetition lenders, and conducted a full-scale investigation into potential claims against the PE owner and lenders, resulting in plan concessions highly favorable to the debtor's unsecured creditors.

Lead trial counsel for the debtor and postconfirmation litigation trust in the chapter 11 case of a premier automotive component manufacturer. Handled various litigation matters against the former owners of the debtor as well as numerous adversary proceedings against the recipients of fraudulent transfers from the debtor. Commenced arbitration proceedings on behalf of a related entity, obtained a multi-million dollar award on cross-motions for summary judgment, and successfully negotiated a settlement with the defendant in excess of the amount of the arbitration award.

Lead trial counsel in *Mortgage Lenders Network USA v. Wells Fargo Bank* (Bankr. D. Del. 2009).  Obtained a trial verdict in excess of $2 million.

Lead trial counsel for the creditors' committees in DJK Residential (plan confirmation), LandSource Communities Development (DIP financing), Neff Corporation (plan confirmation), and Freedom Communications I (financing, professional retention, plan disputes).





# David J. Barton

dbarton@pszjlaw.com

**LOS ANGELES**

310.277.6910

David Barton, resident in the firm's Los Angeles office, practices business law, representing both public and private clients in a variety of transactions and specializing in middle-market company M&A, reorganizations, and workouts. David has extensive experience in both domestic and international transactions, including Australia, Canada, and Mexico. From 1992 to 1997, David was vice president, general counsel, and secretary of Sizzler and remained in charge of the company's legal affairs throughout its chapter 11 reorganization. David holds an AV Preeminent Peer Rating, *Martindale-Hubbell*'s highest rating for ethical standards and legal ability and has been named to every edition of *Best Lawyers in America* in the practice area of Bankruptcy and Creditor Debtor Rights/Insolvency and Reorganization Law since 2019. He holds a bachelor's degree from UCLA and received his J.D. from Harvard Law School in 1981.

# Credentials

### Education

- University of California at Los Angeles (B.A., *summa cum laude,* 1978)

### Bar and Court Admissions

- 1981, California

- Leningrad State University, USSR (Certificate of Participation, 1977)

- Harvard University (J.D. 1981)

- Phi Beta Kappa; Pi Gamma Mu; Mu Alpha Gamma; Regents Scholar

## Professional Affiliations

- Member, Transactions Committee of the Business Law Section of the State Bar (2012-2015)

- Co-chair, Corporate and Securities Law Committee Insider Trading Procedures Practice Area Group (1997)

- Member, American Corporate Counsel Association Corporate and Securities Committee (1995-1997)

- Representative of Sizzler International, Inc., California Business Roundtable (1992-1993)

- Member, State Bar of California Business Law Section Corporations Committee (1989-1992)

- Member, State Bar of California Business Law Section Partnership Committee (1986-1989)

## Programs & Lectures

Speaker, "Assessing, Building and Preserving and Transferring Value in California LLCs," Lorman Education Services (November 2007) Lecturer, Export Marketing Seminars, Los Angeles District Office of U.S. Department of Commerce (June-July 1990) Moderator,

"Organizing and Advising California Partnerships," Continuing Education of the Bar and California State Bar Business Law Section (May 1989)

---

# **Publications**

- <u>SEC Disclosure, Filing Requirements for Public Companies in Chapter 11</u> Journal of Corporate Renewal, January 2009

- <u>Tougher SEC Standards Are Clogging the PIPEline</u> Journal of Corporate Renewal, May 2007

- "Keeping the Debtor in 'Suspense': California Corporate Status in Chapter 11," 30 *California Bankruptcy Journal* 379 (2010)

- "Rule 144A: Why Foreign Companies Are 'Taking the Plunge' into the U.S. Private Placement Market," *Int'l Executive* 9 (Nov./Dec.1990)

- "California's Real Estate License Requirement: Obstacles and Risks for Real Estate Syndicators," 5 *California Business Law Practitioner* 145 (Fall 1990)

- "Recent Development, Taxation of Foreign Income —Decree of the Supreme Soviet of U.S.S.R. of May 12, 1978," 20 *Harvard International Law Journal* 213 (1979)

- Consultant, *Advising California Partnerships* ch. 2 (CEB 2d ed.)





# Ira D. Kharasch

ikharasch@pszjlaw.com

**LOS ANGELES**

310.277.6910

---

Ira Kharasch, resident in the firm's Los Angeles office, has significant experience as lead counsel representing debtors, creditors' committees, and other constituencies in chapter 11 corporate reorganizations and out-of-court workouts, and has a proven track record of confirming both creditor and debtor chapter 11 plans of reorganization. He has also been a longstanding member of the firm's management committee.

Ira holds an AV Preeminent Peer Rating, *Martindale-Hubbell*'s highest recognition for ethical standards and legal ability, and has been named a "Super Lawyer" in the field of Bankruptcy and Creditor/Debtor Rights in a peer survey conducted by Law & Politics and the publisher of *Los Angeles Magazine*. He is also perennially recognized by *Best Lawyers in America* for Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law. Ira is a graduate of the University of Illinois and received his J.D. from UCLA.

---

# Credentials

### Education

- University of Illinois (B.A., *cum laude*, 1977)

### Bar and Court Admissions

- 1983, California
- 1983, Alaska

### Clerkships

- Judicial law clerk, Chief Justice Edmond Burke

- University of California School of Law, Los Angeles (J.D. 1982)
- Phi Beta Kappa

- 2011, New York                    (Alaska)

---

# Representations

- **Forbes Energy Services**: Represented Forbes Energy Services, an independent oilfield services contractor located in Texas with over $330 million of debt. Prior to the chapter 11 filing in Houston, the firm negotiated a restructuring with the bondholders where all their debt was converted to new equity, as well as providing new employment and management incentive contracts for management. A prepackaged plan was confirmed.

- **Pacific Energy Resources:** Representing Pacific Energy Resources, an independent energy company that develops and produces oil and gas at its Alaska and California offshore drilling facilities. Pacific Energy had over $500 million in debt and generated over $200 million in revenue at the time of its chapter 11 filing. Pacific Energy's common stock traded on the Toronto Stock Exchange causing it to file a CCAA reorganization proceeding in Vancouver to enforce certain US bankruptcy court orders. The company successfully sold its operations and confirmed a plan, and Mr. Kharasch continues to represent the company as a going concern.

- **Plainwell:** Successfully managed the sale, resolved and restructured billions in claims (including $3.2 billion of Superfund claims), and confirmed the reorganization plan as principal bankruptcy counsel for this leading U.S. paper producer.

- **Telogy:** Successfully reorganized Telogy, Inc., a Silicon Valley-based, high-tech distribution company that had approximately $100 million in revenue.

- **OwnIt Mortgage Solutions:** Represented OwnIt Mortgage Solutions, a Southern California-based subprime mortgage company, in its chapter 11 case. OwnIt originated approximately $8.3 billion in subprime mortgage loans in 2005, filed for bankruptcy in late 2006 and successfully confirmed its plan of reorganization.

- **Specialty Trust:** Represented Specialty Trust, a Reno-based Real Estate Investment Trust (REIT), in its chapter 11 case. Specialty Trust managed $203 million in mostly short-term mortgage loans to residential developers and confirmed its plan within 16 months.





# Robert J. Feinstein

rfeinstein@pszjlaw.com

**NEW YORK**

212.561.7700

Robert J. Feinstein is the managing partner of the firm's New York office. He represents debtors, creditors' committees, equity committees, acquirers, and examiners in business reorganizations and related litigation. He also has experience representing debtors, committees, foreign representatives, and other case constituencies in crossborder chapter 11 cases and chapter 15 cases. Recent engagements include lead counsel to the creditors' committees in the chapter 11 cases of J. Crew, Whiting Petroleum, Ascena Retail Group, Ditech, Jevic Transportation, the Weinstein Company, Open Road Films, Cobalt International Energy, Bon-Ton Stores, A&P, Sports Authority, Aeropostale, AMF Bowling Worldwide, Reddy Ice Corporation, Coach Transportation and Circuit City Stores; and conflicts counsel to the creditors' committees appointed in the ResCap and Chrysler LLC cases. On the debtor side, he represented Digital Domain Media Group, boxer Mike Tyson, and General Media (publisher of *Penthouse* magazine) in their chapter 11 cases. His crossborder representations include the Canadian receiver for Blockbuster Canada in its chapter 15 case the Canadian monitor in the Essar Steel case.

Rob is an adjunct professor in the LL.M. Bankruptcy Program at St. John's University School of Law, associate editor of the *Norton Journal of Bankruptcy Law and Practice*, contributing editor of *Norton Bankruptcy Law and Practice 2d*, has authored numerous articles, and frequently lectures on bankruptcy topics. He holds an "AV Preeminent Peer Rating," *Martindale-Hubbell*'s highest recognition for ethical standards and legal ability, and is ranked among Bankruptcy/Restructuring attorneys by *Chambers USA*. He has been listed in *Best Lawyers in America* for Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law every year since 2018. Additionally, he was listed by *The Lawdragon* as one of the 2023 and 2022 "500 Leading U.S. Bankruptcy & Restructuring Lawyers" and one of the 2020 "500 Leading Global

Restructuring & Insolvency Lawyers." He is a graduate of Lafayette College and received his J.D. (*magna cum laude*) from Boston University School of Law.

# Credentials

## Education

- Lafayette College (A.B. 1978)
- Boston University School of Law (J.D., *magna cum laude*, 1981)

## Bar and Court Admissions

- U.S. Supreme Court
- 1982, New York
- 1982, Massachusetts

# Representations

- Creditors' committees in Aeropostale; AMF Bowling Worldwide; Agway; Ascena Retail Group; Barneys New York; BCBG Max Azria; Berry-Hill Galleries (Coram Capital); Bon-Ton Stores; Brooke Corporation; Chinos Holdings (J.Crew); Christopher & Banks; Chrysler (conflicts counsel); Cinemex; Circle Fine Art Corp.; Circuit City Stores; Coach America; Cobalt International Energy; CraftWorks; Ditech; Earth Fare; Empire Beef; ERG Resources; Fairway Market; Flying J; Foss Manufacturing; Frank Parsons, Inc.; Freedom Communications (2015); Foodfirst Global Restaurants; Frank Theatres; Freedom Communications (2009); Gas City; Goodrich Quality Theaters; Great Atlantic & Pacific Tea Company (A&P); Gymboree (2019); Haggen Holdings; Hollander Sleep Products; International Shipholding; Irving Tanning; Jevic Holding; JHT Holdings; Loews Cineplex Entertainment; Lou Pearlman and Trans Continental Airlines; Movie Gallery Inc. I and II; Namco LLC; National Envelope; Neff Corporation; Open Road Films; Palm Harbor Homes; Payless Holdings (I and II), Pennsylvania Fashions; Reddy Ice; Residential Capital (conflicts counsel); Salander O'Reilly Galleries; Shopko; Signal International; Sports

Authority; Studio Movie Grill; Strauss Discount Auto; Wehrenberg Theaters; The Weinstein Company; Whiting Petroleum

- Equity security holders' committee in Tuesday Morning

- Ad hoc movie studio committee in the Blockbuster chapter 11 case, Ad hoc committee of EFIH second lien holders in the Energy Future bankruptcy (conflicts counsel)

- Chapter 11 debtors in Penthouse Magazine publisher General Media (named one of the "Top 10 Successful Restructurings of 2004" by Turnarounds & Workouts); boxer Mike Tyson; Dice (named one of the "Top 10 Successful Restructurings of 2003" by *Turnarounds & Workouts*); Digital Domain Media; ACandS; Hvide Marine; Venture Stores; Hexcel Corporation; Dana Corporation (conflicts counsel)

- Receiver for Blockbuster Canada in chapter 15 case; Canadian monitor in Essar Steel case

- Examiner appointed in Ralph Esmerian and R. Esmerian, Inc. chapter 11 cases

- Equity holder in Elite Model Management

- 

# Professional Affiliations

- Fellow, American College of Bankruptcy

- Vice chair (2015-16), co-chair (2016-), International Bar Association Insolvency Section Reorganization & Workouts Subcommittee

- Member, International Insolvency Institute

- Member, Bar Association of the City of New York Committee on Bankruptcy and Corporate Reorganization (2008-11)

# Programs & Lectures

American Bankruptcy Institute, International Bar Association, Norton Bankruptcy Institute, St. John's University School of Law, Sotheby's Institute of Art, Turnaround Management Association,

# Publications

"Second Circuit Review," *Norton Bankruptcy Law Advisor* (1992-2020); "Charitable Hospitals in Chapter 11," 1999 *Annual Survey of Bankruptcy Law* 25 (1999/2000); co-author with I. Scharf, "Update on the Role of Examiners in Chapter 11 Cases," *2004 Annual Survey of Bankruptcy Law 421* (2004); co-author, "LBO Litigation, Financial Projections and the Chapter 11 Plan Process," 21 *Seton Hall Law Review* 559 (1999)





# Jeffrey N. Pomerantz

jpomerantz@pszjlaw.com

**LOS ANGELES**

310.277.6910

Jeffrey Pomerantz is a member of the firm's management committee, a co-chair of the firm's creditors' committee practice, and resident in the firm's Los Angeles office. He is a fellow of the American College of Bankruptcy and from 2016-2017 was the president of the American Bankruptcy Institute, the largest restructuring organization in the United States. Jeff's practice includes representing companies, creditors' committees, and private equity funds in complex financial restructurings and merger-and-acquisition transactions both in and out of court. Jeff has particular expertise in restructurings in the energy, manufacturing, restaurant, and retail sectors. He also represents private equity funds in asset-acquisition transactions. Jeff holds an AV Preeminent Peer Rating, *Martindale-Hubbell*'s highest recognition for ethical standards and legal ability; has been named a "Super Lawyer" in the field of Bankruptcy & Creditor/Debtor Rights every year since 2009 in a peer survey conducted by *Law & Politics* and the publishers of *Los Angeles* magazine, an honor bestowed on only 5% of Southern California attorneys; and is listed in *Best Lawyers in America for* Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law. Jeff has also been recognized as an outstanding lawyer by the preeminent publication *Chambers USA* every year since 2007. He is a graduate of New York University (1986 Phi Beta Kappa), where he also received his J.D. (1989, Order of the Coif).

# Credentials

## Education

- New York University (B.A. 1986)
- New York University (J.D. 1989)
- Phi Beta Kappa; Order of the Coif

## Bar and Court Admissions

- 1989, California

# Representations

- Chapter 11 debtors: Highland Capital Management, iPic Entertainment, Walking Company, Home Loan Center, Select Staffing

- Recent creditors' committees: Neiman Marcus, Tailored Brands, Whiting Petroleum, Cobalt International Energy, ERG Resources, Woodbridge Group of Companies, Payless 2017, Payless 2019, Shopko, Lucky Brand Dungarees, Sports Authority

# Professional Affiliations

- Fellow, American College of Bankruptcy

- President, American Bankruptcy Institute (2016-2017)

- Executive committee, American Bankruptcy Institute (2011-2019)

- Vice President-Education, American Bankruptcy Institute (2011-2013)

- Co-chair, American Bankruptcy Institute Annual Southwest Bankruptcy Conference (2004-2011)

- Co-chair, American Bankruptcy Institute Bankruptcy Battleground West (2002-2003)

# Programs & Lectures

American Bankruptcy Institute; Los Angeles Bankruptcy Forum; Financial Lawyers Conference; Turnaround Managers Association; International Conference of Shopping Centers

# Publications

- Tectonic Changes Impact Evolving Turnaround Industry Journal of Corporate Renewal (Nov/Dec 2014), December 2014

- Properly Structured Private Equity Fund Avoids Pension Withdrawal Liability Pachulski Bulletin #11, December 2012

- Delaware Bankruptcy Court Weighs in on Intercreditor Agreements 31 American Bankruptcy Institute Journal 14 (No. 6 July 2012), July 2012

- "Committee's Action Plan: Organizing Itself and Retaining Counsel," in *The Role of Creditors' Committee in Chapter 11 Bankruptcies* (Aspatore 2008)

- "The Bare Necessities of Critical Vendor Motions—It's a Jungle Out There," 13 *Journal of Bankruptcy Law & Practice* 73 (2004)





# Henry C. Kevane

hkevane@pszjlaw.com

**SAN FRANCISCO**

415.263.7000

Henry Kevane, managing partner of the firm's San Francisco office, has worked on transactional and bankruptcy matters with clients from a variety of industries. In 2011, the *Daily Journal* profiled him in a special supplement as one of the top 25 municipal lawyers in California for his work in chapter 9 bankruptcy cases. In 2024, Henry was elected to the American Law Institute. He was inducted into the American College of Bankruptcy as a fellow in 2015. In 2020, he was selected as a fellow of the American Bar Foundation, a global honorary society of lawyers, judges, law faculty, and legal scholars who have demonstrated outstanding dedication to the highest principles of the legal profession and to the welfare of society. Henry was listed by *Lawdragon* as one of the 2023 and 2022 "500 Leading U.S. Bankruptcy & Restructuring Lawyers" and one of the 2020 "500 Leading Global Restructuring & Insolvency Lawyers." He also holds an AV Preeminent Peer Rating, *Martindale-Hubbell*'s highest recognition for ethical standards and legal ability; has been listed in *Best Lawyers in America* for Bankruptcy and Creditor Debtor Rights & Litigation – Bankruptcy since 2006; and has been listed in *Northern California Super Lawyers* for his work in bankruptcy law since 2004. Henry is a graduate of Brown University and received his J.D. from Southwestern Law School, where he was editor-in-chief of the *Southwestern University Law Review*.

# Credentials

## Education

- Brown University (A.B., *magna cum laude*, 1982)
- Southwestern Law School (J.D., *magna cum laude*, 1986)

## Bar and Court Admissions

- 1986, California

---

# Representations

- Creditors' committees in SeraCare Life Sciences, Guy F. Atkinson Company, America West Airlines

- Chapter 11 debtors in Watsonvile Hospital Corporation, CarbonLite, Verity Health System, Deltagen, Thorpe Insulation, Point Blank Solutions, Champion Enterprises, Aegis Mortgage, Yipes Communications, E/O Networks, Worlds of Wonder, Frederick & Nelson

- Creditors' committees in the municipal restructurings of the County of Orange, Heffernan Memorial Hospital District (Calexico, California), Palm Drive Healthcare District, West Contra Costa Healthcare District, Valley Health System, Adair County Hospital District (Kentucky)

- Debtor's counsel to Mendocino Coast Health Care District in its chapter 9 case

---

# Professional Affiliations

- Fellow, American College of Bankruptcy

- Fellow, American Bar Foundation

- Chair, Business Bankruptcy Committee of the ABA Business Law Section (2023-present)

- Vice-chair, Business Bankruptcy Committee of the ABA Business Law Section (2020 – 2023)

- Chair, Asset Forfeiture & Bankruptcy Subcommittee of the Bankruptcy Study & Policy Committee of the ABA Business Law Section (2017-present)

- Co-chair, Programs Subcommittee of the Business Bankruptcy Committee of the ABA Business Law Section (2015-2020)

- Chair, Legislative Subcommittee of the Business Bankruptcy Committee of the ABA Business Law Section (2014-15)

- Chair, Bankruptcy Committees Subcommittee of the Business Bankruptcy Committee of the ABA Business Law Section (2013-14)

- Vice-chair, Individual Chapter 11 Subcommittee of the Business Bankruptcy Committee of the ABA Business Law Section (2011-13)

- Director, *Business Law Today* (ABA Business Law Section)

- Chair, State Bar of California Committee on Federal Courts (1996-2001)

- Chair, State Bar of California Business Law Section Insolvency Law Committee (1995-1999)

# Programs & Lectures

American Bankruptcy Institute, American Intellectual Property Law Association, American Conference Institute, ALI/ABA, Association of Insolvency & Restructuring Advisors

# Publications

- Cross-Border Municipal Bankruptcy Cases—Wait. What? Rewind. Business Law Today (August 2021)

- Recoupment—Back in Its Bankruptcy Box Business Law Today (June 2021)

- Asset Forfeiture and Insolvency: A Parallel Case Management Guide American Bar Association Business Law Section (October 2019)

- Is a Bankruptcy Court's Determination of Insider Status Reviewed Under the Rigorous De Novo Standard or the More Deferential Clear-Error Standard? 45 ABA PREVIEW of United States Supreme Court Cases 42 (2017)

- Does the FDCPA Cover a Party That Purchases Defaulted Debt for Its Own Account? 44 ABA PREVIEW of United States Supreme Court Cases 218 (2017)

- Does the Bankruptcy Code Preclude Puerto Rico From Adopting a Local Insolvency Scheme for Restructuring the Debts of Its Public Utilities? 43 ABA PREVIEW of United States Supreme Court Cases 200 (2016)

- Legislative Update: "Indicative Rulings" Under New Bankruptcy Rule 8008 ABA Business Bankruptcy Committee e-Newsletter (July 2015)

- No More Ad Lib: The Nuts and Bolts of Ad Hoc Committees Business Law Today (December 2014)

- Legislative Update: Senate Bill 2418 Bankruptcy Fairness and Employee Benefits Protection ActABA Business Bankruptcy Committee e-Newsletter (June 2014)

- Bond Insurers Become Active Participants in Chapter 9s 26 Journal of Corporate Renewal 24 (May 2013)

- Debtor-in-Possession Financing Funding a Chapter 11 CaseAmerican Bankruptcy Institute (2012)

- What Just Happened? How Asset Forfeiture Affects Bankruptcy Distributions Business Law Today (June 2012)

- Legislative Update: California Assembly Bill 506 on Bankruptcy Code Chapter 9 Eligibility ABA Business Bankruptcy Committee e-Newsletter (January 2012)

- Deploying the "Prepackaged" Plan of Adjustment in Chapter 9 Chapter 9 Bankruptcy StrategiesThomson Reuters (2011)

- Across the Border: IP Entanglements in Chapter 15 Bankruptcies May 2011

- Chapter 9 Municipal Bankruptcy – The New "New Thing"? Parts I & IIBusiness Law Today (May and June 2011)

- Legislative Solutions in the Orange County Chapter 9 Case The Aftermath of Bankruptcy: Legislative Reform—State and Federal (1996)

- <u>The Treatment of Financing Leases in a Chapter 9 Bankruptcy Case</u> Parts I & II AGLF Tax-Exempt Leasing Letter (1995 & 1996)

- "The Legislative Side of the Orange County Chapter 9 Case" for Sacramento County Bar Association (1996)

- "Now What? Three Questions Facing the Municipal Bondholder Upon Commencement of a Chapter 9 Case," published in course handbook, *Municipal Bond Law for the Bankruptcy Practitioner* (1996)

- "Fee Shifting by (1) Oversecured Creditors in Bankruptcy Cases & (2) Prevailing Parties in Civil Litigation," published in course handbook *Getting Paid What You Are Worth* (1996)

- "The Newsgatherer's Shield: Why Waste Space in the California Constitution?" 15 *Southwestern University Law Review* 527 (1985)

- Coauthor, "Principles of Equitable Subordination Under Section 510 of the Bankruptcy Code," in *Selected Issues in Bankruptcy Practice* (Calif. Contin. Ed. Bar 1991)

- Contributing author, *Bankruptcy Practice: Annual Recent Developments* (Calif. Contin. Ed. Bar 1992-1998)





# Linda F. Cantor

lcantor@pszjlaw.com

**LOS ANGELES**

310.277.6910

Linda Cantor, resident in the firm's Los Angeles office, focuses her practice on representing companies and creditor representatives in financial restructurings and bankruptcy reorganizations. She has substantial experience representing debtors, trustees, secured creditors, and creditors' committees in chapter 11 bankruptcy cases. She has been named to the *Los Angeles and San Francisco Daily Journal*'s list of "Top 100 Women Lawyers," which identifies California's leading women lawyers. The *Daily Journal* recognized Linda for her roles in representing the chapter 11 trustee for Guess Jeans co-founder Georges Marciano and representing American Suzuki Motor Corporation in its chapter 11 case. A member of the firm since 1990, she has been active in several other top PSZJ cases, including representing the chapter 11 trustee appointed in the bankruptcy cases of Penthouse Global Media and its fourteen debtor subsidiaries. She holds an AV Preeminent Peer Rating, *Martindale-Hubbell*'s highest recognition for ethical standards and legal ability, and has been named to Super Lawyers' coveted "Top Women" list, consisting of only fifty practitioners in the region. She has also been listed in *Best Lawyers in America* every year since 2018. She is a graduate of the University of Michigan, where she later received her J.D.

# Credentials

**Education**                    **Bar and Court Admissions**

- University of Michigan (A.B., with high distinction)
- University of Michigan (M.S.W.)
- University of Michigan (J.D., *cum laude*)

- 1988, Illinois
- 1991, California

# Representations

- Chapter 11 debtors in California Hispanic Commission on Alcohol and Drug Abuse, Woodforest Square LLC, Henderson Holdings, American Suzuki Motor Corporation, Woodside Homes, OwnIt Mortgage Solutions, Prime Measurement Products, Whitehouse Hotels (developer of the Ritz Carlton Hotel and related developments in New Orleans, Louisiana), Breed Technologies, American Rice, Focal Communications, Gateway Educational Products, Imperial Aluminum; Vulcan Metal Products, Dana Corporation, Ocean Park Hotels, Arlie & Company

- Chapter 11 trustees in New Val Ford dba Magic Ford, 21st Century Film Corporation, NSB Film Corporation, Georges Marciano; The Tulving Company; Penthouse Global Media

- Court-appointed receiver in Mazda and Kia Superstores

- Creditors' committees in Boy Scouts of America, Ditech Holding Corporation, Hollander Sleep Products LLC, Payless Holdings LLC, Barneys New York, Cobalt International Energy, Loews Cineplex Entertainment, B.U.M. International, The Boston Stores, Madison Associates (formerly Pannell Kerr Foster), C&R Clothiers

# Programs & Lectures

ABI Winter Leadership Conference (issues arising in hotel bankruptcy cases);
ABI Southwest Bankruptcy Conference (post-confirmation/jurisdiction);
California Bankruptcy Forum (ethics matters)

# Publications

- "The Impact of Bankruptcy on Entertainment License Agreements: Protecting the Rights of Debtor Licensees," 19 *California Bankruptcy Journal* 225 (1991)





# Maxim B. Litvak

mlitvak@pszjlaw.com

**SAN FRANCISCO**

415.263.7000

Max Litvak, resident in the firm's San Francisco office, specializes in bankruptcy and restructuring matters. Max has represented debtors, trustees, creditors, and creditors' committees in numerous bankruptcy cases and out-of-court restructurings. Max has authored a number of papers on insolvency issues and has lectured at various seminars and bar association meetings. Max is a graduate of UC Berkeley and received his J.D. from Duke University. Every year since 2014, Max has been named a "Northern California Super Lawyer" in a peer survey conducted by Law & Politics and the publishers of *San Francisco Magazine*—an honor bestowed on only 5% of Northern California attorneys—and has been listed in *Best Lawyers in America* for his work in Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law since 2016. Max is admitted to practice in Texas and California, and speaks fluent Russian.

# Credentials

## Education

- University of California at Berkeley (B.A. 1994)
- Duke University School of Law (J.D. 1997)

## Bar and Court Admissions

- 1997, Texas
- 2001, California

# Representations

- Chapter 11 debtors including Synthego Corporation (Delaware); Kal Freight (Texas); Sientra (Delaware), AmeriFirst Financial (Delaware), Amyris (Delaware), Athenex (Houston), Noble House Home Furnishings (Houston), Lifesize (Laredo), Medly Health (Delaware), GigaMonster Networks, Easterday Ranches and Easterday Farms (Yakima), CarbonLite (Delaware), Ruby Tuesday (Delaware), Watsonville Hospital (San Jose), Highland Capital (Delaware), Fuse Media (Delaware), White Eagle ( Delaware), True Religion Apparel (Delaware), A.M. Castle (Delaware), Forbes Energy Services (Houston), Channel Technologies (Santa Barbara), Variant Holding Company (Delaware), Digital Domain Media (Delaware); Solyndra LLC (Delaware), Pacific Energy (Delaware), Woodside Homes (Riverside), Nellson Nutraceutical (Delaware), Proxim Corporation (Delaware), Sydran Services (Oakland), Deltagen (San Francisco), General Magic (San Jose), and Quokka Sports (San Francisco)

- Creditors' committees including Red Lobster (Orlando), 99 Cents Stores (Delaware), Ambri (Delaware), Hornblower (Houston), Careismatic (New Jersey), Cineworld (Houston), Party City (Houston), Bed Bath & Beyond (New Jersey), AgileThought (Delaware), Neiman Marcus (Houston), Tailored Brands (Houston), Boy Scouts of America (Delaware), Barneys New York (New York), Payless Holdings (2019) (Missouri), Weinstein Company (Delaware), Bon-Ton Stores (Delaware), Marbles Brain Store (Chicago), Carinalli (Santa Rosa), Humboldt Creamery (Santa Rosa), Pacific Lumber (Corpus Christi), SeraCare (San Diego), At Home Corporation (San Francisco), and Software Logistics (Oakland)

# Professional Affiliations

- Member, Bench-Bar Liaison Committee of the Bankruptcy Court for the Northern District of California (2010-13)

- Turnaround Management Association, Northern California Chapter (Membership Committee, 2007-08; Secretary, 2004-07)

# Programs & Lectures

Bar Association of San Francisco, American Bar Association, Turnaround Management Association

# Publications

- Coauthor with D. Grassgreen: *First Day Motions: A Guide to the Critical First Days of a Bankruptcy Case* (ABI 2d ed. 2006)

- Author, "What Does an Insider Have to Do to Make a Buck? A Commentary on the Recent Revisions to Section 503 of the Bankruptcy Code Limiting the Approval of Retention, Severance and Other Bonus Compensation to Insiders," in *Bankruptcy Reform 2005* at 63 (LRP Publications 2005)

- Author, "Retention and Compensation of Investment Bankers in Bankruptcy Cases," 23 *American Bankruptcy Institute Journal* 30 (April 2004)

- Contributing editor, *Norton Bankruptcy Law & Practice* (2006 – 2010)





# Gabriel I. Glazer

gglazer@pszjlaw.com

**LOS ANGELES**

310.277.6910

Gabriel Glazer, resident in the firm's Los Angeles office, regularly advises hedge funds, bondholders, and other creditors and investors with respect to a wide variety of issues affecting distressed entities, including covenant restrictions in credit agreements and indentures, intercreditor disputes, collateral issues, and in related litigation. Gabe counsels secured and unsecured creditors and equity holders both prior to and following the filing of a bankruptcy case, in out-of-court workouts, exchange transactions, foreclosure transactions, and in connection with other corporate liability management transactions. Gabe also represents various other parties in chapter 11 bankruptcy cases, including operating debtors, creditor and equity committees, and asset purchasers. Gabe has guided clients through some of the largest and most complex bankruptcy cases in the country, including the PG&E, Windstream, Mallinckrodt, Westinghouse, Frontier, Intelsat, Neiman Marcus, J. Crew, Caesars, and Lehman Brothers cases.

Gabe has been selected for inclusion in *Best Lawyers in America* every year since 2017 for his work in Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law, as well as Litigation – Bankruptcy. Gabe also has been named a "Southern California Super Lawyer" every year since 2020; previously Gabe was named a "Southern California Super Lawyers Rising Star" every year between 2013 and 2019, and was included on a select list of 100 lawyers receiving the highest point totals in the Southern California Rising Stars nomination, research, and blue-ribbon review process from 2015 – 2018. In 2017, Gabe was a recipient of the M&A Advisor's Emerging Leaders Award, which recognizes the achievements of young turnaround and financing professionals who have reached a significant level of success and have made a notable contribution to their industry and community. Gabe frequently speaks to the legal and investment communities about issues and developments relevant to corporate bankruptcy and distressed investments. Gabe served previously as chair of the Commercial Transactions Committee of the State Bar of California Business Law Section and was the principal author of a Statement of Position that facilitated the adoption of the Uniform Voidable Transactions Act (which amended

the former Uniform Fraudulent Transfer Act) in California. Gabe received his J.D. from the University of Southern California Law School, where he served on the *Southern California Law Review* and graduated in the top 10% of his class. Gabe received his B.A., *magna cum laude*, from the University of Arizona.

---

# Credentials

### Education

- University of Arizona (B.A., *magna cum laude*, 2001)
- University of Southern California Law School (J.D. 2006)

### Bar and Court Admissions

- 2006, California

---

# Professional Affiliations

- Member, Financial Lawyers Conference Board of Governors (2014-2017)
- Chair, Commercial Transactions Committee of the State Bar of California Business Law Section (2013-2014)
- Member, International Insolvency Institute





# Iain A.W. Nasatir

inasatir@pszjlaw.com

**LOS ANGELES**

310.277.6910

Iain A.W. Nasatir, resident in the firm's Los Angeles office, specializes in and has cultivated a national reputation for his expertise in insurance coverage, reinsurance, insolvency, regulatory and bankruptcy disputes. Currently, he is involved with insurance coverage issues in the firm's various representations of creditors' committees and is the in-house go-to counsel for all insurance-related issues as they relate to sexual abuse survivors in chapter 11 bankruptcies, including the Roman Catholic Diocese of Rockville Centre, the Diocese of Buffalo, the Diocese of Rochester, the Roman Catholic Church of the Archdiocese of New Orleans, and the Roman Catholic Church of the Archdiocese of Santa Fe. Prior committee representations sought his counsel in sexual-abuse insurance-coverage issues, including the bankruptcies of the Gallup, Stockton, and Davenport dioceses and the Weinstein Company.

Iain's representations of creditors' committees concerning insurance coverage issues also include notable non-diocesan sex-abuse-related bankruptcies such as Boy Scouts of America and USA Gymnastics.

Other cases Iain has been involved in revolve around debtors' obligations for SIRS and deductibles in bankruptcy (e.g., law firms Sedgwick and Heller Ehrman) and the complex interplay between state insurance regulators and bankruptcy-court jurisdiction.

# Credentials

### Education

- Williams College; Columbia University (B.A. 1979)
- Benjamin N. Cardozo School of Law (J.D., *cum laude*, 1982)
- Order of Barristers; National Moot Court Team

### Bar and Court Admissions

- 1983, New York
- 1991, California

# Representations

- Creditors' Committees: <u>Boy Scouts of America</u>; <u>USA Gymnastics</u>
- <u>Fremont General</u>; <u>Superior National</u>; <u>Commonwealth Insurance</u>; Farmers; <u>Certain Underwriters at Lloyds</u>; <u>Reinsurance Association of America</u>
- Insurance Insolvencies: KWELM; <u>Mission Insurance</u>; Transit Insurance;  <u>Executive Life</u>

# Professional Affiliations

- Vice-chair, ABA Torts & Insurance Practice Section (2006-2007)
- Member, International Association of Insurance Receivers

# Programs & Lectures

Lecturer, International Reinsurance Congress; Inter-Pacific Bar Association, Turnaround Management Association, International Association of Insurance Receivers and ABA TIPS Insurance Coverage Programs

# Publications

- <u>The Rights and Duties of Insurers and Insureds Under Self-Insured Retentions</u> 50 The Brief 44 (Fall 2020)

- Co-author, "Recent Developments in Excess, Surplus Lines, and Reinsurance," 39 *ABA Tort Trial & Insurance Practice Law Journal* 376 (2004)

- "Insurer's Collapse Highlights Hazards to Investors," *National Law Journal* (April 1995)

- "For All the Wrong Reasons D & O Claims Should Diminish," *Risk Management* (Oct. 1994)

- "Whose Contract Is It Anyway?" *Mealey's Litigation Reports Reinsurance* (Aug. 1994)

- Co-author, "Communications Under Wraps," *Best's Review* (Sept.1992)

- Co-Author, "Late Notice: In Harm's Way," *Best's Review* (Sept.1991)





10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4003

# Steven J. Kahn

Tel: 310.277.6910    |    skahn@pszjlaw.com

**EDUCATION**

University of California at
Los Angeles (B.A., *cum
laude*, 1973).

University of California at
Los Angeles (J.D. 1977).

**BAR AND COURT
ADMISSIONS**

1977, California.

Mr. Kahn specializes in civil and commercial litigation in the bankruptcy, federal, and state courts. He has had substantial experience representing debtors, bankruptcy trustees, creditors, and creditors' committees in all aspects of civil litigation, including the prosecution and defense of claims relating to fraud, preferential transfer, fraudulent conveyance, and other complex claims across a broad range of industries. Mr. Kahn is a graduate of the UCLA, where he also received his J.D. He holds an AV Preeminent Peer Rating, Martindale-Hubbell's highest recognition for ethical standards and legal ability. He was also listed in the 2018 and 2019 editions of *Best Lawyers in America* for his work in Litigation - Bankruptcy. Mr. Kahn is admitted to practice in California and a resident in our Los Angeles office.

## Professional Affiliations

Judge pro tem, Los Angeles Municipal Court, 1984-1987.

Member, Los Angeles County Bar Association Prejudgment Remedies Executive Committee (1984-85).

## Publications

Coauthor, "Contractual Revisions to Medical Malpractice Liability," 49 *Law & Contemporary Problems* 253 (1986).





# James K.T. Hunter

jhunter@pszjlaw.com

**LOS ANGELES**

310.277.6910

James Hunter, resident in the firm's Los Angeles office, specializes in business and commercial litigation, including bankruptcy litigation. He also has extensive experience in state and federal court appeals. James is perennially recognized by *Best Lawyers in America* for his work in Litigation – Bankruptcy. He is a graduate of New College in Sarasota, Florida, and received his J.D. from Harvard Law School.

# Credentials

## Education

- New College, University of South Florida (B.A. 1973)
- Harvard University Law School (J.D., *cum laude*, 1976)

## Bar and Court Admissions

- 1976, California

# Representations

- Woodside Group; Pacific Energy Resources; Lehman SunCal; Fleming Companies; Adamson Apparel; Fremont General; Inacom Communications





# Andrew W. Caine

acaine@pszjlaw.com

**LOS ANGELES**

310.277.6910

Andy Caine, resident in the firm's Los Angeles office, practices in cases across the country. His practice focuses primarily on litigation in various bankruptcy contexts, representing debtors, trustees, creditors, and creditors' committees in chapter 11 reorganization cases. He handles matters in state and federal courts, with an emphasis on disputes tried in bankruptcy court, including contested reorganization matters. Andy's practice in recent years has focused on the representation of survivor creditor committees in bankruptcy cases prompted by numerous sexual abuse claims, including the Archdioceses of New Orleans and San Francisco. In addition, Andy is the chair of the firm's postconfirmation practice group, overseeing the entire spectrum of claims and avoidance litigation for debtors, creditors' committees, trustees, liquidation or postconfirmation trusts, and defendants, from "mega cases" to smaller, individual matters. He has spent considerable time as "general counsel" to liquidating trustees in the administration of post-confirmation estates.

Andy brings an experienced, responsive approach to all such disputes that might result in litigation. He has written numerous articles and often lectures nationally on bankruptcy and litigation, and is a past president and former chair of the American Bankruptcy Institute, the world's largest organization of insolvency professionals, with over 12,000 members. He is a member of the Registry of Mediators for the United States Bankruptcy Court for the District of Delaware, and a former member of the Los Angeles Superior Court panel of business law arbitrators. He holds an AV Preeminent Peer Rating, *Martindale-Hubbell*'s highest rating for ethical standards and legal ability and has been named a "Super Lawyer" in the field of Bankruptcy & Creditor/Debtor Rights every year since 2007 in a peer survey conducted by Law & Politics and the publishers of Los Angeles magazine, an honor bestowed on only 5% of Southern California attorneys. He has been named to *Best Lawyers in America* every year since the 2016 edition for

the practice area of Bankruptcy and Creditor Debtor Rights/Insolvency and Reorganization Law. Andy is a graduate of Northwestern University and received his J.D. from UCLA.

# Credentials

### Education

- Northwestern University (B.A. 1980)
- University of California School of Law, Los Angeles (J.D. 1983)
- Phi Beta Kappa

### Bar and Court Admissions

- 1983, California

### Clerkships

- Judicial extern, Arthur Alarcon (9th Cir.)

# Representations

- Chapter 11 debtors in Murray, Inc.; Fleming Distribution; Breed Technologies; AmeriServe Food Distribution; HomePlace of America; Inacom Corporation; TWA

- Creditors' committee in Circuit City Stores; CB Holding Corporation (fka Charlie Brown's); Madison Associates, fka Pannell Kerr Foster

- Litigation: Hilton Hotels and Bass Hotels

# Professional Affiliations

- Member, Registry of Mediators for the United States Bankruptcy Court for the District of Delaware

- Chair, 2004-2005, American Bankruptcy Institute (ABI)

- President, 2002-2003, ABI

- Vice President of Education, 1999-2001, ABI

- Associate editor, *American Bankruptcy Institute Journal*

- Executive editor, ABI Website Editorial Board

# Publications

- Co-Author, "The Influence of Outcomes and Procedures on Formal Leaders," 41 *Journal of Personality and Social Psychology* (No. 4 1981)





# Jeffrey W. Dulberg

jdulberg@pszjlaw.com

**LOS ANGELES**

310.277.6910

Jeffrey Dulberg, resident in the firm's Los Angeles office, has substantial experience representing debtors, creditors, trustees, asset purchasers, and creditors' committees in insolvency matters throughout the country. He has served as lead counsel for clients in a wide range of industries such as retail, technology, food services, new media, and real estate, among others. Jeff has played a key role in several chapter 11 matters that have been awarded accolades such as "Chapter 11 Reorganization of the Year" by the M&A Advisor and "Turnaround of the Year" and "Transaction of the Year, Mid-Size Company" by the Turnaround Management Association. In addition, Jeff maintains an active practice representing specialty lenders in various settings. He has handled numerous out-of-court and commercial matters, including a wide variety of sales and appeals before the Bankruptcy Appellate Panel of the Ninth Circuit. Jeff lectures frequently on chapter 11 issues and has spoken nationwide regarding these matters. Jeff is perennially named a Southern California "Super Lawyer" in the field of Bankruptcy & Creditor/Debtor Rights, an honor bestowed on only 5% of Southern California attorneys. He has been listed in the Best Lawyers in America for Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law and Litigation – Bankruptcy every year since 2018. Jeff is a graduate of Swarthmore College (with honors) and received his J.D. from UCLA, where he was a teaching assistant with the political science department.

# Credentials

## Education

- Swarthmore College (B.A. 1991)
- University of California, Los Angeles (J.D. 1995)
- Moot Court Honors Program

## Bar and Court Admissions

- 1995, California

# Representations

- Chapter 11 debtors: Kal Freight; CarbonLite Holdings; Easterday Ranches and Easterday Farms; Yueting Jia; JRV Group USA; The Walking Company; Channel Technologies; Z Gallerie; Select Staffing; Ultura (LA) Inc.; Meridian Sports Clubs *dba* Bodies in Motion; Contessa Foods; The Parent Company; Barbeques Galore; People's Choice Home Loan; Cache Inc.; Prime Measurement Products; Olympia Group; RFB Cellular; Trend Technologies; Track 'n Trail

- Creditors' committees: Open Road Films; KSL Media; Freedom Communications (II); Western Convenience Stores; Hot Dog on a Stick; No Fear; B&B Bachrach, Inc. dba Bachrach Men's Clothing, Select Snacks/Jay's Foods; Pike Nursery; Sega GameWorks; Mercury Plastics; Custom Food Products (trade committee);

- Secured lenders in Nasty Gal; Meruelo Maddux Properties

- Creditors/landlord representations: Genesis Capital; Second Generation; Sylmark Group; Mid-Valley Properties

# Professional Affiliations

- Board of directors, Los Angeles Bankruptcy Forum

- Member, Turnaround Management Association

# Programs & Lectures

NACM/West Coast Apparel & Footwear Credit Association, American Bankruptcy Institute, Turnaround Management Association, Valley Credit Professionals, Credit Managers Association, Los Angeles Bankruptcy Forum, Commercial Real Estate Women, International Women's Insolvency & Restructuring Confederation (IWIRC), Crew Network





# Malhar S. Pagay

mpagay@pszjlaw.com

### LOS ANGELES

310.277.6910

Malhar Pagay is a business lawyer, resident in the firm's Los Angeles office, whose practice focuses on the development and implementation of strategic alternatives for and against distressed businesses. He has substantial experience representing chapter 11 debtors, trustees, unsecured creditors, creditors' committees, and other parties in the contexts of bankruptcy cases, adversary proceedings, commercial litigation, mediations, domestic and international business transactions, business reorganizations, and out-of-court corporate restructurings of debt. He has broad industry experience, including healthcare and life sciences, real estate, technology, retail, manufacturing, transportation, sports, and entertainment.

Malhar's recent representations include reorganizing the Ruby Tuesday casual-dining chain with over 200 restaurants through a debt-for-equity transaction with its secured lenders, implemented through a chapter 11 plan confirmed after only four months in bankruptcy; counseling technology entrepreneur Yueting "YT" Jia, the founder of mobility ecosystem company Faraday Future, in the successful restructuring of over $3 billion in debt held almost entirely by creditors located in the People's Republic of China (recognized at Global M&A Network's 13th Annual Turnaround Atlas Awards as "Cross-Border Turnaround of the Year"); advising the creditors' committee in connection with successful reorganization of Pacifica Hospital of the Valley; and completing the sale through section 363 of the United States Bankruptcy Code of a $100 million Class A commercial office property over the objections of co-owners in the contentious Namvar/Namco bankruptcy cases. Malhar has served as principal counsel to China Export & Credit Insurance Corporation (SINOSURE) and its Chinese policyholders and clients in complex United States insolvency matters.

Malhar has lectured both in the United States and internationally regarding a variety of legal issues, including mass-tort bankruptcy cases arising from sexual-abuse liability and cross-border

transactions and insolvencies. He has been named a "Super Lawyer" in the field of Bankruptcy & Creditor/Debtor Rights every year since 2009 in a peer survey conducted by Law & Politics and the publishers of *Los Angeles Magazine*, an honor bestowed on only 5% of Southern California attorneys, holds an AV Preeminent Peer Rating (*Martindale-Hubbell*'s highest recognition for ethical standards and legal ability), and has been listed among *The Best Lawyers in America* in the practice areas of Bankruptcy and Creditor Debtor Rights/Insolvency and Reorganization Law and Litigation – Bankruptcy and was named to the 2023 and 2024 editions of the *Lawdragon 500 Leading Global Bankruptcy & Restructuring Lawyers*. Malhar is a graduate of Yale University and received his J.D. from the University of Southern California.

# Credentials

### Education

- Yale University (B.A. 1989)
- University of Southern California (J.D. 1994)

### Bar and Court Admissions

- 1997, California

### Clerkships

- Law clerk, Judge Erithe A. Smith (Bankr. C.D. Cal. 1994-96)

# Representations

- Asset acquirers: Fuji Photo Film USA; Genmar Holdings; Homestore.com

- Creditors: China Export & Credit Insurance Corporation (SINOSURE); Wynn Las Vegas LLC; FUJIFILM Diosynth Biotechnologies; FUJIFILM Medical Systems USA

- Financial institutions: Bank of Tokyo-Mitsubishi UFJ, Ltd. (Hong Kong)

- Asset seller: DSL Transportation Services and subsidiaries.

- Out-of-court restructurings/wind-downs: Bridge Pharmaceuticals; Handspring; the Mobile Solutions

- Chapter 11 debtors: <u>Synthego Corporation</u>; <u>Amyris</u>; <u>Yueting Jia</u>; <u>Ruby Tuesday</u>; <u>AgriBioTech</u>; <u>Alert Cellular</u>; <u>Blue Earth</u>; <u>Covad Communications</u>; <u>Gordian Medical, dba American Medical Technologies</u>; <u>AgriBioTech</u>; <u>Alert Cellular</u>; <u>Mike Tyson</u>; <u>Monaco Coach</u>; <u>Murray</u>; <u>Peregrine Systems</u>; Sweet Factory Group

- Creditors' committees: <u>Boy Scouts of America</u>; <u>Madison Square Boys & Girls Club</u>; <u>BCBG Max Azria</u>; Adamson Apparel; <u>Currie Technologies</u>; <u>General Cinema Theatres</u>; <u>Hawaii Medical Center</u>; <u>Ignite Restaurant Group</u>; <u>Pacifica Hospital of the Valley</u>; <u>Persik Productions</u>;

- Physician groups: Consultant for Pathology & Laboratory Medicine and Wilshire Oncology Medical Group

- Patient care ombudsman: <u>Upland Surgical Institute</u>

- Chapter 11 trustee: <u>Ezri Namvar and Namco Capital Group</u> (special litigation counsel)

- Postconfirmation matters: <u>BCBG Max Azria Global Holdings</u>

# Professional Affiliations

- Lawyer Delegate, Ninth Circuit Judicial Council (2018-2024)

- Chair (2006-07), Executive Committee (2003-), Beverly Hills Bar Association Bankruptcy Section

- Member, Board of Governors, Beverly Hills Bar Association (2008-2010)

- First Vice-Chair (2011-2012), Treasurer (2010-2011), Executive Committee Member (2008-2013), Los Angeles County Bar Association International Law Section

- Member, State Bar of California International Law Section Executive Committee (2010-2013)

- Member, State Bar of California Business Law Section Insolvency Law Committee (2004-2007)

- Member, Turnaround Management Association

- Certified Commercial Arbitrator, Institute for Conflict Management LLC

# Programs & Lectures

"Emerging Bankruptcy Issues," ABI Rocky Mountain Bankruptcy Conference (2024); "Mass Tort Bankruptcy Update: From Asbestos to Abuse," Commercial Law & Bankruptcy Section of the Los Angeles County Bar Association (2023); "Fold and Live to Fold Again: Perspectives on Mass Torts," 35th Annual California Bankruptcy Forum Insolvency Conference (2023); "Crossfire Panel on Divisive Mergers (the 'Texas Two-Step')," ABI Bankruptcy Battleground West (2023); "The Wrath of *Stern*," ABI Southwest Bankruptcy Conference (2022); "Cross-Border Case Law Update," ABI Cross-Border Insolvency Program (2021); "Current Trends and Issues in Chapter 11 Cases," Conference of Chief Bankruptcy Judges of the Ninth Circuit (2019); "Restructuring Healthcare Entities in Bankruptcy: Unique Challenges and Benefits of Chapter 11," Navigating Medicare, Medicaid, HIPAA, Overpayment Liability and More (Strafford 2017); "Cross-Border Update," American Bankruptcy Institute Cross-Border Insolvency Program (2017); "A General Overview of Legal and Security Issues Arising From Employee Telecommuting," National Golf Hardware Credit Exchange Conference (2017); "Restructuring the Healthcare Provider: Successfully Navigating the Reorganization Process," ABA Health Law Section Washington Summit (2016); "Cross-Border Insolvency Proceedings," Canadian Bar Association National Insolvency Conference (2016); "China's New Normal: How Far, How Deep, and What Type of Impact?" AIRA Restructuring & Plan of Reorganization Conference (2015); "Outbound Activity: Chinese Participation in Western Restructurings and Insolvencies," ABI/NYU School of Law (2015); "U.S. Bankruptcies—Risks for Chinese Exporters," China Export & Credit Insurance Corporation and Sun Yat-sen University School of Business International Transactions Risk Forum (2015); "Help! My Producer (or Software Licensee or Actor) Just Went Bankrupt—Now What?" Beverly Hills Bar Association, Bankruptcy Law, Intellectual Property, Internet and New Media Sections (2012); "Setoff and Recoupment in Bankruptcy" and "Nuts and Bolts—Current Litigation Issues," Bankruptcy and Collections From a Government Perspective Seminar, National Association of Attorneys General (NAAG), National Attorney General's Training Institute (NAGTRI), States' Association of Bankruptcy Attorneys (SABA) (2011); "Impact of Corporate Restructurings and Financial Distress on International Trade," International Association of Young Lawyers (AIJA) International Trade & Transport Symposium (2011); "PRC Insolvency Law: The New PRC Bankruptcy Law, NPLS and Out-of-Court Workouts," American Bankruptcy Institute Third Annual Hawaii Bankruptcy Workshop (2010); "2010 – A Year of Economic Transition in China and the United States: Risks and Opportunities for Chinese Companies," Asian Legal Business In-House Summit (Beijing, China) (2009); "Recent Developments in Cross-Border Transactions," INSOL International Association of Restructuring, Insolvency & Bankruptcy Professionals North American Regional Seminar (2008); "Dealing With a Failed International

Construction Project: A Case Study," Inter-Pacific Bar Association (IPBA) 18th Annual Conference (2008); "Economic Overview and Outlook – Downturn in the US to Burst the Bubble in China" (2008); "China as Top Creditor – The Evolving Opportunities for Chinese Companies to Invest Abroad" (2007), Association of Insolvency & Restructuring Advisors (AIRA) Restructuring and Investing Conference (Shanghai, China); "Bankruptcy/Insolvency – The Effects on Entertainment Industry Contracts," Black Entertainment and Sports Lawyers Association (BESLA) 27th Annual Conference (Cancun, Mexico) (2007); "Issues 2006: America's Best Lawyers" American Airlines/Forbes.com and SkyRadioNetwork.com (discussing impact of Bankruptcy Code amendments on business) (2006); Professor, Beijing Foreign Studies University School of Law (2012-2013)

# Publications

- Sunbeam Products Inc. v. Chicago American Manufacturing LLC: New Hope for Licensees of Intellectual Property?
  2012 INSOL International News Update (Oct. No. 10)

- Author, "Section 105(a) of the Bankruptcy Code," 2007 *Annual Survey of Bankruptcy Law* 473 (West 2007); 2006 *Annual Survey of Bankruptcy Law* 415 (West 2006); 2005 *Annual Survey of Bankruptcy Law* 689 (West 2005)

- Author, "Improving The Odds of Repayment In Bankruptcy," 51 *Practical Lawyer* 45 (August 2005)

- Author, "Section 105(a) of the Bankruptcy Code in 2002-2003 — Two Years of Continued Development," 2004 *Annual Survey of Bankruptcy Law* 645 (West 2004)





# Ilan D. Scharf

ischarf@pszjlaw.com

**NEW YORK**

212.561.7700

Ilan Scharf, resident in the firm's New York office, specializes in financial restructuring and bankruptcy litigation with a particular focus on representing creditors' committees of religious institutions and nonprofit entities. His practice focuses on representing tort claimant and creditors' committees in chapter 11 cases. Ilan has also represented debtors, equity holders, asset purchasers, trade creditors, chapter 11 trustees, and other parties in business reorganizations and related litigation. He has appeared before bankruptcy courts across the United States, including New York, Delaware, New Jersey, New Mexico, California, Missouri, Montana, Texas and Pennsylvania. In 2012, Ilan was named a Rising Star by *Super Lawyers* magazine and has been selected as a Super Lawyer every year since. Prior to joining PSZJ in 2003, Ilan was a law clerk to the Honorable Robert E. Gerber in the United States Bankruptcy Court for the Southern District of New York and was an associate at a multinational law firm. He received his J.D. from the University of Pennsylvania and is a graduate of Yeshiva University.

# Credentials

### Education

- Yeshiva University (B.A., *cum laude*, 1998)

### Clerkships

- Law clerk, Judge Robert E. Gerber (Bankr. S.D.N.Y. 2001-02)

- University of
  Pennsylvania Law School
  (J.D. 2001)

# Representations

- Tort claimants' committees in Christian Brothers Institute and Christian Brothers of Ireland; Diocese of Gallup, New Mexico; Diocese of Helena, Montana; Diocese of Great Falls-Billings, Montana; Diocese of Stockton, California Archdiocese of Santa Fe, New Mexico; Diocese of Rochester, New York; USA Gymnastics; Boy Scouts of America; Diocese of Buffalo, New York; Diocese of Ogdensburg, NY

- Individual survivors of Child Sexual Abuse Material in nondischargeability actions against debtors convicted of viewing CSAM

- The creditors' committee and subsequent liquidating trust for Rochester Drug Co-operative, where the firm is pursuing a lawsuit against former directors of an opioid distributor

- Chapter 11 trustee in Le-Nature's Inc.

- Creditors' committees in Flying J; Salander-O'Reilly Galleries; SIRVA, Inc.; Foss Manufacturing; Neff Corporation; Hampshire Manufacturing; Orion Healthcorp

- Chapter 11 debtors in General Media; conflicts counsel in Spiegel

- Equity holders in Elite Model Management Corporation; Meridian Automotive Systems; OOC Apparel

- Indenture trustee in Onco Financial Company; A.B. Dick Company; Curative Health Services

- Liquidating trustee in Dairy Mart Convenience Stores

- Stalking horse buyer/plan sponsor in Centennial Healthcare

- Landlords in Winn-Dixie Stores, Inc.; Levitz Furniture

- Investors in cases against independent auditors in accountant liability cases

- Examiner in R. Esmerian, Inc.

# Publications

- Show and Tell: Ad Hoc Committees' Rule 2019 Disclosures Under Examination 28 ABI Journal No. 2, March 2009

- E-Discovery Issues Business Credit, October 2008

- Coauthor with R. Feinstein, "Update on the Role of Examiners in Chapter 11 Cases," *2004 Annual Survey of Bankruptcy Law 421* (2004)

- Coauthor, "Mandamus Review in Bankruptcy Cases," 2003 *Annual Review of Bankruptcy Law 187* (2003)





# Jonathan J. Kim

jkim@pszjlaw.com

**LOS ANGELES**

310.277.6910

Jonathan Kim, resident in the firm's Los Angeles office, has more than twenty-five years' experience representing and advising debtors, creditors' committees, examiners, trustees, and other key parties in numerous chapter 11 cases throughout the country, as well as out-of-court workouts, involving a wide range of industries. Jonathan has extensive experience in all aspects of bankruptcy cases, notably in plan and confirmation matters, as well as bankruptcy litigation and transactional experience. Jonathan has authored or co-authored dozens of articles and other publications on a wide range of bankruptcy topics. Jonathan holds a bachelor's degree from Duke University (*magna cum laude*, Phi Beta Kappa), and a JD from Harvard Law School (*cum laude*).

# Credentials

## Education

- Duke University (A.B., *magna cum laude*, 1992)
- Harvard University Law School (J.D., *cum laude*, 1995)

## Bar and Court Admissions

- 1995, California

---

# Representations

- Chapter 11 debtors: Woodside Homes; Ownit Mortgage Solutions; Murray Inc.; Peregrine Systems

---

# Publications

- The Purdue Pharma Ruling – Some Clear Rules, Some Grey Areas, and the Implications for Victims Creditor Rights Coalition, 2024

- The Texas Two-Step: A Legitimate Federal Tool to Deal With Mass-Tort Claims Advocate Magazine, May 2024

- Important Issues and Developments When Filing a Proof of Claim DailyDAC, April 7, 2022

- The Nuts & Bolts of *Ipso Facto* Clauses and Golden Share Arrangements That May Sidestep the Bankruptcy Code's Prohibition DailyDAC, July 15, 2021

- Distressed Investor Considerations in E&P Oil and Gas Restructurings Practical Law, July 2020

- Navigating the Retail Apocalypse 262 New York Law Journal No. 59, September 23, 2019

- High Court Bankruptcy IP Case May Spur Rejection Litigation Law360, May 22, 2019

- [The Enforceability of a Make-Whole Provision in Bankruptcy: It Says What It Says](#) Journal of Corporate RenewalMay 9, 2017

- [Navigating Corporate Bankruptcy in the Electronic Age](#) Bankruptcy Law 360, January 15, 2015

- [Potential Risks and Lessons for Debtor-Licensors in Chapter 15 Cases Based on Recent Fourth Circuit Decision](#) International Bar Association: Insolvency and Restructuring International, September 2014

- Authored or coauthored program materials for: "The Great Debate" (ABI Annual Bankruptcy Battleground West Conference, March 2011); "Trends and Issues in Commercial Real Estate Lending Covenants and Documentation" (California Bankruptcy Forum 2011); "The Mootness Doctrine as Applied to Bankruptcy Sales" (August 2009); "Retail Debtor Cases – Recent Issues" (Bloomberg Bankruptcy Law Seminar, May 2008); "Report From the Front: Creditors Committees After BAPCPA" (ABI Mid-Atlantic Conference 2006)





# Victoria A. Newmark

vnewmark@pszjlaw.com

**LOS ANGELES**

310.277.6910

Victoria Newmark specializes in bankruptcy law, focusing on commercial chapter 11 reorganization cases. Leveraging decades of experience and a diverse client base, she skillfully and efficiently navigates companies through the intricacies of the bankruptcy process. She frequently collaborates with operations personnel on large-scale workforce, real-property lease portfolio, and other operational issues related to restructurings and chapter 11 filings. Additionally, she handles acquisitions and sales of distressed assets and steers parties on all sides of disputes through out-of-court workouts and briefs complex issues of law in bankruptcy litigation and appellate matters.

She holds a degree from UC Berkeley and a JD from Yale Law School. At Yale, she served as an editor for the Yale Law Journal and the managing editor for the Yale Journal of International Law. She also co-authored a scholarly article on trade vendor rights legislation under the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005.

In addition to her legal practice, Victoria taught legal writing as an adjunct instructor at California State University, Los Angeles.

Her professional accomplishments include being recognized as a Southern California Rising Star by Law & Politics Media Inc. from 2004 to 2010, an honor published in both Los Angeles Magazine and the Southern California edition of Super Lawyers.

Victoria, licensed to practice in California, is resident in our Los Angeles office. Her expertise and dedication make her an integral part of our team.

# Credentials

### Education

- University of California at Berkeley (B.A. 1991, with honors)
- Yale Law School (J.D. 1995)

### Bar and Court Admissions

- 1996, California

# Representations

- Creditors' Committees: Amyris, Athenex, Deb Stores, Easterday Ranches and Easterday Farms, Georges Marciano, Point Blank Solutions, Ruby Tuesday, Walking Company
- Debtors: At Home, Gottschalks, New Century Financial

# Publications

- First Day Motions (3d ed.) A Guide to the Critical First Days of a Bankruptcy CaseAmerican Bankruptcy Institute, June 2012

- Coauthor, "Tradeoffs," *The Deal* (May 23, 2005)





# Beth E. Levine

blevine@pszjlaw.com

**NEW YORK**

212.561.7700

Beth Levine, resident in the firm's New York office, has over thirty years' experience in bankruptcy and complex commercial litigation. She has litigated corporate-governance and fiduciary-duty issues, breach-of-contract and professional-malpractice claims, avoidance actions, contested DIP financing and sale motions, and claims objections. Beth has significant experience investigating and prosecuting claims on behalf of committees, bankruptcy estates, and liquidating trusts. She also has extensive experience in the analysis, prosecution, and resolution of claims arising out of rejected commercial real estate leases.

Beth holds bachelors degrees from Barnard College and the List College of the Jewish Theological Seminary of America and received her J.D. from Columbia University where she was a Harlan Fiske Stone Scholar. Beth is admitted to practice in New York.

# Credentials

### Education

- Barnard College (B.A., *cum laude*, 1987)

### Bar and Court Admissions

- 1993, New York

- Columbia University
  School of Law (J.D. 1992)
- Harlan Fiske Stone
  Scholar

# Representations

- Chapter 11 debtors: Amyris, Digital Domain Media, General Media, Mike Tyson, conflicts counsel in Dana Corporation

- Creditors' committees and liquidating trusts: Bed Bath & Beyond, Cineworld Group, AMF Bowling Worldwide, Chrysler LLC (conflicts counsel), Circuit City Stores, FEGS, Flying J, Foss Manufacturing, Frank Theatres, Freedom Communications (2009), Great Atlantic and Pacific Tea Company (A&P), Haggen Holdings, Hollander Sleep Products, Jevic Holding, Neff Corporation, Open Road Films, Organized Living, Salander O'Reilly Galleries

- Litigation counsel to liquidators of Saad Investments Company

# Professional Affiliations

- Member, New York City Bar Association Litigation Committee
- Member, New York City Bar Association E-Discovery Working Group





# Erin Gray

egray@pszjlaw.com

**LOS ANGELES**

310.277.6910

Erin Gray, resident in the firm's Los Angeles office, concentrates her practice on representing creditors' committees and trustees/plan administrators in corporate bankruptcy proceedings. She also works on bankruptcy-related transactions. Erin is on the firm's team that represented the official committees in numerous mass tort cases including the Diocese of Ogdensburg (New York) and the Archdiocese of Milwaukee. She represents the plan administrator in the postconfirmation proceedings of Bed Bath & Beyond and 73 affiliated debtors, and the liquidating trustee appointed in the chapter 11 case of opioid distributor Rochester Drug Cooperative. Erin holds a bachelor's degree from the University of Texas at Austin (1987) and a JD from the University of Texas at Austin (1991).

# Credentials

**Education**

- University of Texas at Austin (B.A.)
- University of Texas School of Law (J.D.)

**Bar and Court Admissions**

- California
- South Carolina

# Representations

- Creditors' committees: Diocese of Ogdensburg (New York), Archdiocese of Milwaukee, The Christian Brothers of Ireland, Inc. and The Christian Brothers Institute

- Trustees/Plan Administrators: Rochester Drug Cooperative, Bed, Bath & Beyond, Art Van

- Bankruptcy Transactions: Monster Energy

# Publications

- Recent Developments in Avoidance Actions Best of ABI 2012: The Year in Business BankruptcyDecember 2012





# Jason S. Pomerantz

jspomerantz@pszjlaw.com

**LOS ANGELES**

310.277.6910

Jason Pomerantz, resident in the firm's Los Angeles office, has substantial experience representing debtors, unsecured creditors, trustees, and creditors' committees in chapter 11 reorganization cases, chapter 7 cases, and in related litigation in both state and federal court. Jason's practice is generally focused on middle-market companies with annual revenues ranging from $50 – $300 million. Jason has represented creditors' committees in Glazed Investments (Krispy Kreme), Commissary Operations, Tom's Foods, Empire Beef, and Souper Salad. Jason frequently represents entertainment clients, as well as several top talent agencies. Jason has mediated cases for the United States Bankruptcy Court for the Central District through the Bankruptcy Mediation Program. Jason completed Advanced Mediation Training at the Straus Institute for Dispute Resolution at the Pepperdine University School of Law. In past years Jason has been recognized by the United States Bankruptcy Court (Central District) for settling "the most number of mediation conferences in the Los Angeles Division and the Central District, and (being) the most chosen mediator in the Los Angeles Division as well as the Central District" during the 2013-2014 term. Jason is perennially named a Southern California "Super Lawyer," an honor bestowed on only 5% of attorneys in the Southern California region. Additionally, Jason has been recognized since 2018 by *Best Lawyers in America* for his work in Bankruptcy and Creditor Debtor Rights/Insolvency and Reorganization Law and Litigation – Bankruptcy. Jason holds an undergraduate degree from the University of California, Los Angeles (1988), and a JD from Loyola Law School, Los Angeles (1991).

# Credentials

### Education

- University of California at Los Angeles (B.A. 1988; Dean's List and Departmental Honors)
- Loyola Law School, Los Angeles (J.D. 1991; *Loyola Entertainment Law Journal*; Scott Moot Court Honors; Dean's Service Award Winner)

### Bar and Court Admissions

- 1991, California

### Clerkships

- Law clerk, Judge David N. Naugle (Bankr. C.D. Cal.)
- Extern to the Honorable Arthur L. Alarcon, United States Court of Appeals, Ninth Circuit (1989)

# Representations

- Chapter 7 and chapter 11 trustees

- Creditors' committees: BCBG Max Azria; Circuit City; Rochester Drug Cooperative; Tom's Foods; Glazed Investments (Krispy Kreme); Empire Beef; Haggen Holdings LLC; International Shipholding Corporation; Wet Seal; Groeb Farms; Souper Salad; Commissary Operations; Leading Edge; Univita

- Postconfirmation matters in Bed Bath & Beyond; Woodbridge; Woodside Homes; Ownit Mortgage Solutions; Foss Manufacturing; General Cinemas; Plainwell; Drake Acquisition (Foster & Gallagher), Key3 Media; Country Home Bakers; Murray Inc.; Organized Living; Bugle Boy Industries

# Professional Affiliations

- Credit Research Foundation, National Association of Credit Management (NACM)(Foodservice Group, Nursing Home Group, Transportation Revenue Management Group), Credit Managers Ass'n (CMA)

- Mediator, United States Bankruptcy Court, Central District of California – Certified mediator with expertise in both facilitative and evaluative mediation of complex disputes.

# Programs & Lectures

The Future of Retail: How Rapid Changes in the Retail Economy Are Affecting Creditor Strategies (2017)
Recognizing a Fraudulent Transfer or a Breach of Fiduciary Duty and Recovering Your Money (2017)

Current Insolvency Issues for Finance and Credit Professionals (2016) Best Practices for Avoiding Preference Suits (2016)

Effective Mediation, Preparation, Styles, and Mediators: Getting to 9019 (2014)

Strategies for Working With Your Customer in Chapter 11 (2009)

Turning Lemons into Lemonade: Asking Difficult Client Questions Without Losing the Sale (2000)

Financial Due Diligence: Effectively Evaluating Prospective Clients and Monitoring Existing Clients (2000)
Demystifying Client Bankruptcy and Its Effect on PEOs (1999)

# Publications

- "Some Revisions to the Bankruptcy Code Offer PEOs Leverage in the Bankruptcy Process," *PEO Insider* (Nov. 2005)

- "Bankruptcy Notices: Not Just Junk Mail," *PEO Insider* (2000)

- "Keeping the Lid on Pandora's Box: Terminate the Client Service Agreement Before the Client Files Bankruptcy," *PEO Insider* (2000)

- "Have Courts Intruded on First Amendment Guarantees in Their Zeal to Ensure That Crime Does Not Pay?," *Loyola Entertainment Law Journal* (1991)





# Nina L. Hong

nhong@pszjlaw.com

**LOS ANGELES**

310.277.6910

Nina L. Hong, resident in the firm's Los Angeles office, specializes in a variety of business transactions and corporate governance matters, including formation and governance of business entities, debt and equity financings, mergers and acquisitions, venture capital investments, corporate restructurings, and compliance with federal and state securities laws. Nina also advises clients in acquisitions of assets from distressed companies. Nina represents private and public companies in both domestic and international business transactions, including cross-border transactions involving Asian companies. Among her many engagements, Nina was instrumental in advising on corporate transactions/matters involving Monster Energy, Noble House Home Furnishings, Mountain Express Oil, Kona Grill, Medley Health, Sears, GigaMonster, and IPIC Theaters.

Nina has authored numerous articles and other publications and has spoken on various corporate and transactional topics. Nina received the Southern California Chinese Lawyers Association's President's Award twice. Nina was also honored by the Los Angeles County Bar Association as part of Asian American and Pacific Islander Heritage Month in 2024. Nina earned her undergraduate degree, *summa cum laude*, from Columbia University, where she was elected to Phi Beta Kappa and Omicron Delta Epsilon (international honor society in economics), and her JD from Columbia Law School, where she was a Harlan Fiske Stone Scholar. Nina is fluent in Mandarin.

# Credentials

## Education

- Columbia College (B.A., *summa cum laude*)
- Columbia University School of Law (J.D.)
- Phi Beta Kappa; Omicron Delta Epsilon; Harlan Fiske Stone Scholar

## Bar and Court Admissions

- 1996, California

# Professional Affiliations

- National Asian Pacific American Bar Association, Board, 2023- Present

- California Lawyers Association, Executive Committee (2021 – Present)

- Southern California Chinese Lawyers Association, President, 2023; Executive Board, 2019-2022

- Century City Bar Association, President, 2022, Executive Board, 2019-2021

- Asian Pacific American Bar Association of Los Angeles, Board, 2022

- State Bar of California Business Law Section Partnerships and Limited Liability Companies Committee, Chair, 2018-2019

- State Bar of California Business Law Section Corporations Committee, Vice Chair, 2007-2008

- Committee of 100 (C-100) Leadership and Mentoring Program, Elected Member, 2016

# Programs & Lectures

Keynote Speaker, Southwestern Law School's APALSA Banquet (April 2015)

Speaker, Southern California Chinese Lawyers Association's Summer Event (September 2014)

Speaker, "California LLC Operating Agreements," Teleseminar for State Bar of California Business Law Section (May 2014)

Co-lecturer, "The New LLC Act: Life After Beverly Killea," UCLA Faculty Center CEB Presentation (November 2013)

Co-lecturer, "Hot Topics in Business Tax and Fiduciary Duties of Managers of Insolvent Limited Liability Companies," Teleseminar for State Bar of California Business Law Section (May 2012)

"Recent Corporate Law Developments," State Bar of California 80th Annual Meeting (Sept. 2007)

# Publications

- Working group member, *Third –Party Closing Opinions Limited Liability Companies and Partnerships* (State Bar of California 2016)

- Contributing editor, *Handbook for Incorporating a Business in California* (State Bar of California 2006)

- Coauthor, "Selected Developments in Corporate Law," *Business Law News* 3 (State Bar of California Annual Review 2007)





# Peter J. Keane

pkeane@pszjlaw.com

**WILMINGTON, DE**

302.652.4100

Peter Keane, resident in the firm's Delaware office, concentrates his practice on business reorganizations and liquidations, debtor and creditors' rights, and other insolvency-related matters in many of the largest and most complex bankruptcy cases all around the country. Peter represents clients in a wide variety of industries, including retail, consumer and home goods, food and beverage, aviation, energy, technology, life sciences, pharmaceuticals, healthcare, and manufacturing. Peter has been instrumental in the firm's representation of Philadelphia Energy Solutions, 24 Hour Fitness, Variant Holding Company, GigaMonster Networks, and Yellow Corporation in their chapter 11 cases; official creditors' committees in large chapter 11 cases such as Takata Corporation (TK Holdings), Gymboree Group, Wet Seal, LifeCare Hospitals, and Harry & David; and chapter 7 trustees liquidating companies such as Armstrong Flooring, Art Van Furniture, Christmas Tree Shops, and Evergreen International Aviation. Peter has authored articles for the American Bankruptcy Institute, the American Bar Association, and the Journal of Corporate Renewal on a variety of bankruptcy topics, and also wrote book chapters on section 363 sales for several years for the *Norton Annual Survey of Bankruptcy Law*. Peter was named in the 2024 edition of *Best Lawyers in America*, was selected as a Delaware Rising Star by *Thomson Reuters*' "Super Lawyers" in 2021 and 2022, was selected in 2019 by *M&A Advisor* for its 10th Annual Emerging Leaders award, and was part of the 2017 National Conference of Bankruptcy Judges Next Generation Program. Peter holds a bachelor's degree from the University of Delaware (2004), and a JD from the University of New Hampshire Law School (2008).

# Credentials

### Education

- University of Delaware (B.A. 2004)
- University of New Hampshire School of Law (J.D., *magna cum laude*, 2008)

### Bar and Court Admissions

- Delaware (2010)
- New Hampshire (2010)
- Pennsylvania (2008)

### Clerkships

- Judicial law clerk, Judge J. Michael Deasy (Bankr. D.N.H. 2008-2010)
- Judical extern, Judge Jeffrey R. Howard (1st Cir. 2007)

# Representations

- Chapter 11 debtors: Evergreen Solar, Nebraska Book Company, AFA Foods, Dex One Corporation, Maxcom Telecomunicaciones, Sorenson Communications, EveryWare Global, Fisker Automotive, Delivery Agent, Point Blank Solutions, Highway Technologies, Deb Stores, Cache, Allen Systems Group, Variant Holding Company, A.M. Castle & Co., Patriot National, PES Holdings (Philadelphia Energy Solutions), J&M Sales (Fallas Stores), 24 Hour Fitness

- Counsel to creditors' committees: Gymboree Group, TK Holdings (Takata Americas), United Road Towing, Haggen Holdings, Wet Seal, Fox & Hound, Orchard Supply Hardware Stores, LifeCare Hospitals, National Envelope Corporation, Emivest Aerospace, CB Holding (Charlie Brown's Steakhouse), Custom Cable Industries, Coach America, Contract Research Solutions (Cetero Research), Back Yard Burgers, Savient Pharmaceuticals, Buffets Restaurant Holdings, Harry & David

- Counsel to chapter 7 trustees: Carolina Fluids, Ultimate Electronics, Evergreen International Aviation, Global Aviation Holdings, Leading Edge Logistics, Nutroganics, Heritage Home Group, uBiome, Art Van Furniture

- Counsel to creditors or significant parties in: Nortel Networks, Filene's Basement, Rotech Healthcare, Nirvanix, Physiotherapy Associates, VER Technologies, Imerys Talc America, LTL Management

---

# Professional Affiliations

- Co-chair, American Bankruptcy Institute Bankruptcy Litigation Committee (2020-2022)

- Education director, American Bankruptcy Institute Bankruptcy Litigation Committee (2019-2020)

- Newsletter editor, American Bankruptcy Institute Bankruptcy Litigation Committee (2017-2019)

- Co-chair, American Bar Association Young Lawyers Division Bankruptcy Law Committee (2017-18)

- Turnaround Management Association

# Publications

- S.D.N.Y. Bankruptcy Court Provides Guidance on Fixture Classification and Valuation ABA Young Lawyers Division Bankruptcy Law Newsletter (Fall 2017), Fall 2017

- *Finger Lakes*: Scope of Setoff and Recoupment Under Delaware Law American Bankruptcy Institute Journal, April 2017

- Getting Paid to Play: Incentivizing Distressed Investors to Participate in a Sale Process 30 Journal of Corporate Renewal 16 (Jan/Feb 2017)

- "Legalese in Bankruptcy: How to Lose Cases and Alienate Judges," 28 *American Bankruptcy Institute Journal* 38 (Dec./Jan. 2010)

- Contributing editor, "Sections 363 and 364—Use, Sale, or Lease of Property and Obtaining Credit," *Norton Annual Survey of Bankruptcy Law*





# Robert M. Saunders

rsaunders@pszjlaw.com

**LOS ANGELES**

310.277.6910

Rob Saunders, based in the firm's Los Angeles office, specializes in representing debtors, creditors' committees, and acquirers in chapter 11 cases, as well as assignees and acquirers in state-law assignments for the benefit of creditors (ABCs). As a seasoned bankruptcy and transactional attorney, Rob handles both national and international cases. Rob has played pivotal roles in high-profile bankruptcy cases, including representing the chapter 11 debtor investment manager Highland Capital and the tort claimants' committee for abuse survivors in the Boy Scouts of America bankruptcy. Rob initiated and was a lead attorney for the representation of JRV Group USA, an aftermarket Jeep modifier, in its chapter 11 case and in negotiations with the U.S. National Highway Traffic Administration regarding an automotive recall. Additionally, Rob was a principal attorney for paper manufacturer Plainwell in its chapter 11 case, handling complex negotiations with the U.S. Environmental Protection Agency involving a Superfund site and arguing and achieving success after a rival paper manufacturer contested plan confirmation. Rob was named the 2023 Lawyer of the Year in Litigation-Bankruptcy for Los Angeles by Best Lawyers in America and is also distinguished as a Southern California Super Lawyer. Rob has significantly contributed to the Turnaround Management Association (TMA). Rob served as the 2023 President of TMA's Southern California chapter and was elected by his peers as 2024 Vice Chair of TMA Global's Chapter Presidents Council. In this role, Rob participates actively on TMA Global's Executive Board, Board of Trustees and Chapter and Individual Awards Committee. Rob also holds a key position on the 2024 Nominations Committee of TMA Global, where Rob is one of five voting members for nominating the organization's future leaders. Rob's contributions extend to TMA Global's international efforts, where Rob is involved in the International Committee and the New Chapter Subcommittee. Rob is also an Observer to the Uniform Law Commission's ABC Uniform Law Drafting Committee and serves on the Board of Governors of the Financial Lawyers Conference. Rob earned a Bachelor of Arts in Economics from the State University of New York at

Buffalo in 1980 and a Juris Doctor from the University of Chicago Law School in 1983. Rob is licensed to practice in California, New York and Florida.

# Credentials

### Education

- State University of New York at Buffalo (B.A. 1980)
- University of Chicago (J.D. 1983)

### Bar and Court Admissions

- 1984, New York
- 1995, Florida
- 2003, California

# Representations

- Debtors: Highland Capital Management L.P., JRV Group USA L.P., Ruby Tuesday, Inc., California Power Exchange Corporation

- Trustee: Namvar/Namco

- Creditors' Committees: Tort Claimant (i.e., Survivors) Committee in Boy Scouts of America, Altera Infrastructure Project Services LLC, Jinzeng Group (USA) LLC, Apex Digital Inc.

- ABCs: Sherwood Partners Inc. affiliates as assignees in ABCs

# Publications

- General Assignments for the Benefit of Creditors: The ABCs of ABCs (6th Edition), April 2025

- GP-led Secondary Fund Restructurings: Considerations for Limited and General Partners, April 2019





**PACHULSKI STANG ZIEHL & JONES**

780 Third Avenue
34th Floor
New York, NY 10017-2024

# Maria A. Bove

Tel: 212.561.7700    |    mbove@pszjlaw.com

**EDUCATION**

Hunter College (B.A., *summa cum laude*, 1995)

Boston University School of Law (J.D. 2000)

Phi Beta Kappa

**BAR AND COURT ADMISSIONS**

New York, 2001

**CLERKSHIPS**

Law clerk, Judge Robert E. Gerber (Bankr. S.D.N.Y. 2000-01, 2005-06)

Ms. Bove received her B.A. (German/Political Science) from Hunter College in 1995 (*summa cum laude;* Phi Beta Kappa) and her J.D. from Boston University School of Law in 2000. Ms. Bove clerked for the Honorable Robert E. Gerber of the Bankruptcy Court for the Southern District of New York from 2000-2001 and 2005-2006. She is member of the New York bar and is a resident in our New York office.

## Representations

Chapter 11 debtors: Digital Domain Media, Highway Technologies, Mesa Air Group, Global Aviation (conflicts counsel), Woodside Homes, Dunmore Homes, Mortgage Lenders Network, G+G Retail, Penthouse Magazine publisher General Media (named one of the "Top 10 Successful Restructurings of 2004" by Turnarounds & Workouts), boxer Mike Tyson, Dice (named one of the "Top 10 Successful Restructurings of 2003" by Turnarounds & Workouts), ACandS, Dana Corporation (conflicts counsel)

Chapter 11 creditors: Lehman Commercial Paper Inc. and Lehman ALI Inc. in Palmdale Hills Property ("SunCal"), California Power Exchange in Enron

Creditors' committees: Chrysler (conflicts counsel), DJK Residential/SIRVA, Foss Manufacturing, Pennsylvania Fashions

National Association of Bankruptcy Trustees as amicus curiae in *USACM Liquidating Trust v. Deloitte & Touche* (9th Circuit), *Bondi* (extraordinary commissioner of Parmalat Finanziaria S.p.A.) *v. Citigroup* (Parmalat) (NJ Supreme Court), *Peterson* (chapter 7 trustee for Lancelot Investors Fund) *v. McGladrey* (7th Circuit), and *Kirschner* (trustee of the Refco Litigation Trust) *v. KPMG* (NY Court of Appeals)

Investors in cases against independent auditors in accountant liability cases



Maria A. Bove (Cont.)

Liquidating trustee in Dairy Mart Convenience Stores

## Publications

Co-editor, "Trustees and Examiners," *Norton Bankruptcy Law & Practice* (3d ed. 2007)

"A Balance of Power: Examining the Nexus Between Regulatory and Bankruptcy Jurisdiction," *Norton Annual Survey of Bankruptcy Law* (2005)

"Equitable Subordination," *Norton Annual Survey of Bankruptcy Law ¦* (2003)

"Section 363(h): The Bankruptcy Code Can't Please All the People All the Time, Or Can It?" *Norton Annual Survey of Bankruptcy Law* (2000)





# Gina F. Brandt

gbrandt@pszjlaw.com

**LOS ANGELES**

310.277.6910

Gina Brandt, resident in the firm's Los Angeles office, specializes in business and commercial litigation, including bankruptcy litigation. She has extensive experience in electronic discovery for large corporate entities. Gina has been listed in *Best Lawyers in America* every year since 2018 for her work in the area of bankruptcy litigation. She is a graduate of UCLA and earned her J.D. at USC.

# Credentials

### Education

- University of California at Los Angeles (B.A., *summa cum laude*, 1972)
- University of Southern California (J.D. 1976)

### Bar and Court Admissions

- 1976, California

# Representations

- Catholic diocese tort litigant committees; <u>Lehman SunCal</u>; <u>Inacom Communications</u>





# Jeffrey P. Nolan

jnolan@pszjlaw.com

**LOS ANGELES**

310.277.6910

Jeffrey Nolan, resident in the firm's Los Angeles office, has extensive experience litigating tort, contract, and business disputes. He has successfully litigated jury trials to verdict in state court and bench trials in federal courts throughout the United States. In support of the firm's litigation practice, Jeff has appeared and argued appeals before district courts emanating out of bankruptcy, before the Sixth and Ninth Circuit Courts of Appeal, and the Second District of California. Jeff has represented unsecured creditors, trustees, and creditors' committees in chapter 11 and chapter 7 cases over the past 20 years. He has prosecuted litigation to recover debtor assets in district courts and bankruptcy courts throughout the country and his practice frequently involves forensic accounting and discovery to uncover financial irregularities and dissipation of assets. Recent cases included prosecuting breach of fiduciary duty claims against officers and directors in the opioid litigation, complex business matters such as white collar crimes involving Ponzi schemes, complex fraud involving fictitious operating entities, and the misuse of monies by non-profits in matters such as Orion Healthcorp, Inc., Woodbridge Group Of Companies, LLC., and San Diego Hospice. In 2024, Jeff successfully prosecuted multimillion-dollar verdicts to conclusion in the Eastern District of New York. Jeff has also been asked to defend numerous corporations and individuals in avoidance claims and business disputes including Holiday Inn, Lippert Components, Tyson Foods and Maesa Airlines.

Since 2018, Jeff has been recognized by *U.S. News & World Report*'s *Best Lawyers in America* in the practice area of Bankruptcy Litigation.

# Credentials

### Education

- Providence College (B.A. 1986)
- McGeorge School of Law, University of the Pacific (J.D. 1991)

### Bar and Court Admissions

- 1992, California

# Representations

Chapter 11 debtors: Murray, Inc., AmeriServe Food Distribution, Inacom Corporation

Creditors' committees: Circuit City, Federation Employment and Guidance Service,

Postconfirmation matters: Bugle Boy Industries, Foss Manufacturing, National R.V., Fleetwood Enterprises, Power Plant Maintenance Specialists, Inc., Future Media Productions, Le-Nature's, Residential Capital, Wet Seal, Rochester Drug Cooperation, Woodbridge Group Of Companies, LLC, In re Leslie Klein.

# Professional Affiliations

- Settlement officer, Los Angeles County
- California Lawyers Association





# Cia H. Mackle

cmackle@pszjlaw.com

**LOS ANGELES**

310.277.6910

Cia Mackle's practice has focused on a broad range of domestic and international business reorganization and restructuring matters, including the representation of debtors in possession, chapter 11 trustees, creditors' committees, and other constituencies in the largest chapter 11 cases nationwide, including, most recently, Party City, Cineworld, Chinos Holdings (J. Crew), Neiman Marcus, and Ascena (Ann Taylor). She has over fifteen years' experience representing committees, chapter 11 trustees, and liquidating trusts in financial fraud and Ponzi cases, including Professional Financial Investors, Inc. and Woodbridge Financial. Cia has prosecuted and defended numerous multimillion-dollar fraudulent transfer and breach-of-fiduciary-duty actions. With detailed knowledge of e-discovery issues as well as skill in the substantive and technological presentation of electronic evidence, she counsels clients on e-discovery issues and has managed dozens of large reviews or productions. Cia is perennially selected for inclusion by *Best Lawyers in America* for her work in Bankruptcy and Creditor Debtor Rights/Insolvency and Reorganization Law and Litigation – Bankruptcy. She is a graduate of Duke University and received her J.D. from University of Southern California where she was a member of the Southern California Law Review.

# Credentials

**Education**

**Bar and Court Admissions**

- 2006, Florida.

- Duke University (A.B. 2003).
- University of Southern California (J.D. 2006).

# Representations

- Creditors' committees: Party City, Cineworld, Chinos Holdings (J. Crew), Neiman Marcus, Ascena (Ann Taylor), Professional Financial Investors, Woodbridge Group

- Chapter 11 trustee in Estate Financial

# Publications

- Sections 327 Through 330 Recent Developments in the Law of Employment and Compensation of Bankruptcy Professionals2021 Norton Annual Survey of Bankruptcy Law 439, October 2021





# Gillian N. Brown

gbrown@pszjlaw.com

**LOS ANGELES**

310.277.6910

Gillian Brown, resident in the firm's Los Angeles office, litigates in a variety of matters on behalf of the firm's clients in federal district courts, bankruptcy courts, and state courts. Since 2004, Gillian has represented sexual abuse survivors nationwide in bankruptcy cases involving the Roman Catholic Church, the Boy Scouts of America, and a Boys and Girls Club. For two years, Gillian taught political science and legal ethics courses at the South Puget Sound Community College. Gillian was named a "Southern California Super Lawyers Rising Star" every year from 2004 to 2008; designated a "Southern California Super Lawyer" in 2015, 2016, and 2018 to 2020; and recognized in the 2023 and 2024 editions of *Best Lawyers in America*. Gillian earned both her bachelor's degree and her law degree from the University of California at Berkeley. She is fluent in Italian.

# Credentials

### Education

- University of California at Berkeley (B.A., with honors, 1994)

### Bar and Court Admissions

- 1999, California
- 2008, Washington, D.C.
- 2010, New York
- 2018, Texas (inactive)

### Clerkships

- Law clerk, Judge William M. Hoeveler (S.D. Fla. 1999-2000)

- University of California at Berkeley (J.D. 1999)
- Phi Beta Kappa; Alumni Scholar

---

# Representations

- Business litigation: Trial verdict in excess of $2 million in *Mortgage Lenders Network USA v. Wells Fargo Bank* (Bankr. D. Del. 2009); Trial counsel in successful litigation finding investment pool assets worth $120 million to be property of the chapter 11 estate, *Official Committee v. Catholic Diocese of Wilmington, Inc. (In re Catholic Diocese of Wilmington, Inc.)*, 432 B.R. 135 (Bankr. D. Del. 2010)

- Committees of sex-abuse survivors: Archdiocese of New Orleans; Boy Scouts of America; Madison Boys and Girls Club, Inc.; Diocese of Rockville Centre; Catholic Diocese of Spokane; Diocese of Davenport; Roman Catholic Bishop of San Diego; Society of Jesus, Oregon Province; Catholic Bishop of Northern Alaska; Catholic Diocese of Wilmington; Archdiocese of Milwaukee; Christian Brothers of Ireland Inc. and Christian Brothers Institute; Roman Catholic Church of the Diocese of Gallup; Roman Catholic Bishop of Helena, Montana; Roman Catholic Bishop of Stockton

- Class actions/complex litigation: plaintiff class in *In re Structured Settlement Litigation*; defense of FUJIFILM Holdings America Corporation

---

# Professional Affiliations

- Adjunct professor, legal studies and political science, South Puget Sound Community College (online 2020-2022)

- President, Beverly Hills Bar Foundation (2014-2015)

- Board of directors, Beverly Hills Bar Foundation (2011-2014)

- Board of directors, Boalt Hall Alumni Association (2010-2013)

- Advisory board, Western Center on Law & Poverty (2007-2012)

- Member, American Bar Association Electronic Discovery Working Group (2011-2014)

- Member, International Women's Insolvency and Restructuring Confederation

# Publications

- E-Discovery Issues Business Credit, October 2008