# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*): **SECOND AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, IN CONNECTION WITH STRUCTURED DISMISSAL OF CASES; DECLARATION OF JEFFREY W. DULBERG IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 30, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **May 30, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **May 30, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA FEDERAL EXPRESS**
The Honorable Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 W. Fourth Street, Suite 5130
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 30, 2025 | Nancy H. Brown | */s/ Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                 **F 9013-3.1.PROOF.SERVICE**
4905-6345-5560.1 29266.002

**SERVICE LIST -- Case No.: 8-15-bk-15311-MW**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Jonathan T Amitrano   jamitrano@taylorlaw.com, ltaylor@taylorlaw.com,ecf@taylorlaw.com
- Kyra E Andrassy   kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- David M Banker   dbanker@lowenstein.com, dbanker@lowenstein.com
- Richard L Barnett   rick@barnettrubin.com, kelly@barnettrubin.com
- James Cornell Behrens   jbehrens@milbank.com, gbray@milbank.com;mshinderman@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com
- Steven M Berman   sberman@shumaker.com, fmorency@shumaker.com;choffman@shumaker.com;lhutton@shumaker.com
- Shraddha Bharatia   notices@becket-lee.com
- Matthew Bouslog   mbouslog@allenmatkins.com, ncampos@allenmatkins.com
- J Scott Bovitz   bovitz@bovitz-spitzer.com
- Larry Butler   notices@becket-lee.com
- Andrew W Caine   acaine@pszjlaw.com
- David Cantrell   dcantrell@lc-law-llp.com
- Jeffrey D Cawdrey   jcawdrey@grsm.com, madeyemo@gordonrees.com;asoto@grsm.com;amatthews@grsm.com
- Conrad K Chiu   cchiu@pryorcashman.com
- Shawn M Christianson   cmcintire@buchalter.com, schristianson@buchalter.com
- Theodore A Cohen   tcohen@sheppardmullin.com, mtzeng@sheppardmullin.com
- Erinn M Contreras   econtreras@sheppardmullin.com, dcorpus@sheppardmullin.com
- Joseph Corrigan   Bankruptcy2@ironmountain.com
- Raphael Cung   rcung@callahan-law.com, jeggleston@callahan-law.com;deisenbrey@callahan-law.com;mmartinez@callahan-law.com
- J.D. Cuzzolina   info@cuzzlaw.com, jp@cuzzlaw.com
- Michael T Delaney   mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- Jessica DiFrancesco   notices@becket-lee.com
- Caroline Djang   cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com
- Jeffrey W Dulberg   jdulberg@pszjlaw.com
- Robert J Feinstein   rfeinstein@pszjlaw.com
- Scott D Fink   colcaecf@weltman.com
- Marc C Forsythe   mforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
- Alan J Friedman   afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- Matthew T Furton   mfurton@lockelord.com, Donna.Mathis@lockelord.com;autodocket@lockelord.com
- Thomas M Gaa   tgaa@bbslaw.com
- Beth Gaschen   bgaschen@go2.law, kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law
- David B Golubchik   dbg@lnbyg.com, dbg@lnbyg.com
- Justin D Harris   jdh@harrislawfirm.net, felicia@harrislawfirm.net
- Lydia A Hewett   lydia.hewett@cpa.state.tx.us
- Joan Huh   joan.huh@cdtfa.ca.gov
- Lillian Jordan   nefrecipients@donlinrecano.com, RMAPA@DONLINRECANO.COM
- Sean A Kading   seankading@sbcglobal.net
- Samuel M Kidder   skidder@ktbslaw.com
- Rika Kido   rkido@shulmanbastian.com, avernon@shulmanbastian.com
- Jeannie Kim   jkim@buchalter.com, dgatmen@sheppardmullin.com
- Alan M. Kindred   akindred@leechtishman.com, alankindred@hotmail.com;dtomko@ch-legal.com
- Armand R. Kizirian   armand@kizirianlaw.com, armand@boyamianlaw.com;michael@boyamianlaw.com;narine@boyamianlaw.com
- Stuart I Koenig   Skoenig@leechtishman.com, sfrey@leechtishman.com;jabrams@leechtishman.com
- Alan J Kornfeld   akornfeld@pszjlaw.com, mdj@pszjlaw.com
- Matthew J Kraus   mkraus@lc-lawyers.com, mbuchheit@lc-lawyers.com
- Jeffrey C Krause   jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
- Donny P Le   Donny.Le@doj.ca.gov
- Yochun Katie Lee   kylee@akingump.com, tsouthwell@akingump.com;westdocketing@akingump.com
- Elan S Levey   elan.levey@usdoj.gov, julie.morales@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- William N Lobel   wlobel@tocounsel.com, mmason@tocounsel.com
- Aaron J Malo   amalo@sheppardmullin.com, abilly@sheppardmullin.com;mlinker@sheppardmullin.com
- Robert S Marticello   rmarticello@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- Ashley M. McDow   amcdow@proton.me, sansanee-wells-8377@ecf.pacerpro.com;swells@foley.com
- David W. Meadows   david@davidwmeadowslaw.com
- Reed M Mercado   rmercado@sheppardmullin.com
- Harlene Miller   harlene@harlenemillerlaw.com, harlenejd@gmail.com
- Raymond F Moats   colcaecf@weltman.com
- Elizabeth L Musser   emusser@londonfischer.com
- Queenie K Ng   queenie.k.ng@usdoj.gov
- Jeffrey P Nolan   jnolan@pszjlaw.com
- Courtney E Norton   cnorton@greenbergglusker.com, kwoodson@greenbergglusker.com;jking@greenbergglusker.com;calendar@greenbergglusker.com
- Ryan D O'Dea   rodea@shulmanbastian.com, lgauthier@shulmanbastian.com;avernon@shulmanbastian.com
- John M O'Donnell   john.o'donnell@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- Ernie Zachary Park   ernie.park@bewleylaw.com
- Ronak N Patel   rpatel@rivco.org, suhernandez@rivco.org;COUNSEL-BK@rivco.org
- Mary A Petrovic   petrovic.mary@pbgc.gov, efile@pbgc.gov
- Marc S Pfeuffer   pfeuffer.marc@pbgc.gov, efile@pbgc.gov
- Kathy Bazoian Phelps   kphelps@raineslaw.com, hchoi@raineslaw.com
- Christopher E Prince   , jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com
- Amelia Puertas-Samara   itcdbgc@edd.ca.gov, itcdgc@edd.ca.gov
- Christopher B Queally   cqueally@callahan-law.com, jluirette@callahan-law.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

4905-6345-5560.1 29266.002

F 9013-3.1.PROOF.SERVICE

- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Christopher O Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com;sean-wilson-0462@ecf.pacerpro.com
- Jeremy E Rosenthal    jrosenthal@sidley.com
- Joel W Ruderman    ruderman.joel@pbgc.gov, email@pbgc.gov
- Peter J Rudinskas    pjr.legal@gmail.com
- James M Sabovich    jsabovich@callahan-law.com, ksalour@callahan-law.com;jkirwin@callahan-law.com;rcung@callahan-law.com;bmccormack@callahan-law.com;erichards@callahan-law.com;SRobinson@callahan-law.com
- Jonathan C Sandler    jsandler@bhfs.com, pherron@bhfs.com
- Scott A Schiff    sas@soukup-schiff.com
- Daren M Schlecter    daren@schlecterlaw.com, assistant@schlecterlaw.com
- George E Schulman    schulmange@gmail.com, danninggill@gmail.com;gschulman@ecf.inforuptcy.com
- Leonard M Shulman    lshulman@shulmanbastian.com, bcabrera@shulmanbastian.com;yrivera@shulmanbastian.com
- Donald W Sieveke    , dws4law@pacbell.net
- Donald W Sieveke    ibmoola@yahoo.com, dws4law@pacbell.net
- David Philip Simonds    david.simonds@hoganlovells.com, tracy.southwell@hoganlovells.com
- David A Smyth    smythlaw@gmail.com, dsmyth2_@hotmail.com
- Alex E Spjute    spjute@hugheshubbard.com, gaurav.reddy@hugheshubbard.com
- Sarah Stuppi    Sarah@stuppilaw.com
- Brooke S Thompson    bthompson@shulmanbastian.com, avernon@shulmanbastian.com
- Charles Tsai    charles.tsai@doj.ca.gov
- Helena Tseregounis    helena.tseregounis@lw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Daniel Uribe    duribe@gmail.com
- Elissa A Wagner    ewagner@pszjlaw.com
- Michael A Wallin    mwallin@wallinrussell.com
- Michael J. Weiland    mweiland@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com
- Scott Weltman    sweltman@weltman.com
- Brandon J Witkow    bw@witkowlaw.com, tg@witkowlaw.com
- Steven D Zansberg    zansbergs@ballardspahr.com, DocketClerk_Denver@ballardspahr.com

**2. SERVED BY UNITED STATES MAIL**:

**Debtor**
Freedom Communications, Inc.
c/o B Riley Advisory Services
Attn: Brad Smith
30870 Russell Ranch Road, Ste 250
Westlake, CA 91362

**UST**
Office of the U.S. Trustee
411 W. Fourth Street, Suite 9041
Santa Ana, CA 92701-8000

**Committee Members**

Associated Press
Attn: Alan Swain
450 West 33rd Street
New York, NY 10001

Pension Benefit Guaranty Corporation
Attn: John J. Butler
1200 K Street, NW
Washington, DC 20005-4026

Electronic Business Solutions
Attn: Hany El Tamami
19800 MacArthur Blvd. Suite 300
Irvine, CA 92612

Newscycle Solutions
Attn: Brian Cornelius
7900 International Dr. Suite 800
Bloomington, MN 55425

Inland Empire Paper Company
Attn: Lori McMahon
3320 N. Argonne
Spokane, WA 99212

Ponderay Newsprint Company
Attn: Lina Miniaci or Pierre Pharand
111 Duke Street, Suite 5000
Montreal, Quebec, Canada, H3CQH1

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE
4905-6345-5560.1 29266.002