1
2  RICHARD NEWMAN
3  ALVAREZ & MARSAL NORTH AMERICA, LLC
4  540 W Madison St. Suite 1800
5  Chicago, IL 60661
6   Telephone:  (312) 288-4056
7  Email:  rnewman@alvarezandmarsal.com
8
9  Financial Advisor to the Official Committee of Unsecured
10 Creditors
11

12              **UNITED STATES BANKRUPTCY COURT**

13              **CENTRAL DISTRICT OF CALIFORNIA**

14                    **SANTA ANA DIVISION**

| | |
|---|---|
| In re | Case No. 8:15-bk-15311-SC |
| FREEDOM COMMUNICATIONS, INC., a Delaware corporation et al., | Chapter 11 |
| Debtors. | (Jointly Administered with Case Nos. 8:15-bk-15312-SC; 8:15-bk-15313-SC; 8:15-bk-15315-SC; 8:15-bk-15316-SC; 8:15-bk-15317-SC; 8:15-bk-15318-SC; 8:15-bk-15319-SC; 8:15-bk-15320-SC; 8:15-bk-15321-SC; 8:15-bk-15322-SC; 8:15-bk-15323-SC; 8:15-bk-15324-SC; 8:15-bk-15325-SC; 8:15-bk-15326-SC; 8:15-bk-15327-SC; 8:15-bk-15328-SC; 8:15-bk-15329-SC; 8:15-bk-15330-SC; 8:15-bk-15332-SC; 8:15-bk-15337-SC; 8:15-bk-15339-SC; 8:15-bk-15340-SC; 8:15-bk-15342-SC; 8:15-bk-15343-SC) |
| Affects: | |
| ☒  All Debtors | |
| ☐  Freedom Communications, Inc., a Delaware corporation, ONLY | |
| ☐  Freedom Communications Holdings, Inc., a Delaware corporation, ONLY | **SECOND AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES OF ALVAREZ & MARSAL NORTH AMERICA, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, IN CONNECTION WITH STRUCTURED DISMISSAL OF CASES; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF RICHARD NEWMAN IN SUPPORT THEREOF** |
| ☐  Freedom Services, Inc., a Delaware corporation, ONLY | |
| ☐  2100 Freedom, Inc., a Delaware corporation, ONLY | |
| ☐  OCR Community Publications, Inc., a California corporation, ONLY | |
| ☐  Daily Press, LLC, a California limited liability company, ONLY | |
| ☐  Freedom California Mary Publishing, Inc., a California corporation, ONLY | |
| ☐  Freedom California Ville Publishing Company LP, a California limited partnership, ONLY | DATE:  July 17, 2025<br>TIME:  10:00 a.m.<br>PLACE:  Courtroom 5C<br>           411 West Fourth Street<br>           Santa Ana, CA |
| ☐  Freedom Colorado Information, Inc., a Delaware corporation, ONLY | |

Pachulski Stang Ziehl & Jones LLP
Attorneys At Law
Los Angeles, California

☐ Freedom Interactive Newspapers, Inc., a California corporation, ONLY

☐ Freedom Interactive Newspapers of Texas, Inc., a Delaware corporation, ONLY

☐ Freedom Newspaper Acquisitions, Inc., a Delaware corporation, ONLY

☐ Freedom Newspapers, a Texas general partnership, ONLY

☐ Freedom Newspapers, Inc., a Delaware corporation, ONLY

☐ Freedom Newspapers of Southwestern Arizona, Inc., a California corporation, ONLY

☐ OCR Information Marketing, Inc., a California corporation, ONLY

☐ Odessa American, a Texas general partnership, ONLY

☐ Orange County Register Communications, Inc., a California corporation, ONLY

☐ Victor Valley Publishing Company, a California corporation, ONLY

☐ Victorville Publishing Company, a California limited partnership, ONLY

☐ Freedom SPV II, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV VI, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV I, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV IV, LLC, a Delaware limited liability company, ONLY

☐ Freedom SPV V, LLC, a Delaware limited liability company, ONLY

Pachulski Stang Ziehl & Jones LLP
Attorneys At Law
Los Angeles, California

1
2
3
4

Pachulski Stang Ziehl & Jones LLP
Attorneys At Law
Los Angeles, California

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:**

Alvarez & Marsal North America, LLC ("A&M" or the "Firm"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors (the "Debtors"), hereby submits its second and final application (the "Final Application") for (a) interim approval of compensation in the amount of $138,922.50  and reimbursement of expenses in the amount of $6,704.41, for a total award of $145,626.91 for the period from April 1, 2016 through April 30, 2025 (the "Second Interim Period"); and (b) final approval of all fees and expenses for the period from November 13, 2015 through April 30, 2025 (the "Final Compensation Period"), including fees in the amount of $653,187.50[1] and reimbursement of expenses in the amount of $19,627.01, for a total final award of $672,814.51, pursuant to 11 U.S.C. §§ 330 and 331 and in connection with the Debtors' proposed structured dismissal of their cases (the "Cases").

**I.**

**INTRODUCTION**

The Firm was retained as financial advisor to the Committee in 2015.  The Firm represented the Committee in a variety of matters, including the confirmation of a chapter 11 plan and the various actions to collect money for the estates.  The Final Compensation Period covers a period of nearly ten years, from the effective date of the Firm's employment (November 13, 2015) through and including April 30, 2025.

On May 16, 2016, A&M filed its first interim fee application, which covered the period from November 13, 2015 through March 31, 2016 (the "First Interim Fee Application") [Docket No. 623], and which requested the allowance of fees of $514,265.00, and reimbursement of expenses of $12,922.60, for a total amount of $527,187.60. Pursuant to a stipulation entered into between A&M and the United States Trustee [Docket No. 662], approved by order on June 2,

---

[1] Does not reflect a fee reduction of $8,000.00, as outlined below.

1    2016 [Docket No. 664], A&M agreed to reduce its requested fees by $8,000.00.  Accordingly, on

2    June 13, 2016, the Court approved A&M's First Interim Fee Application in the amount of

3    $506,265.00 and reimbursement of expenses in the amount of $12,922.60, for a total award of

4    $519,187.60 [*See* Order, Docket No. 680].  A&M has not been paid in full on account of its First

5    Interim Fee Application.

6           As set forth in the *First and Final Application for Allowance and Payment of Fees and*

7    *Reimbursement of Expenses of Shulman Bastian Friedman & Bui LLP, General Insolvency*

8    *Counsel for Debtor, in Connection with Structured Dismissal of Cases* (the "Shulman

9    Application") [Docket No. 3086], the Debtors' Plan will never go effective. Consequently, the

10   Debtors seek a structured dismissal of their Cases pursuant to the Dismissal Motion (defined in the

11   Shulman Application) and the procedures set forth therein. This Application is being submitted in

12   accordance with such motion and procedures.

13                                               II.

14                              **EMPLOYMENT OF THE FIRM**

15          On December 7, 2015, the Committee filed its application for order authorizing the

16   employment of the Firm as financial advisor to the Committee [Docket No. 183], as well as a

17   supplement to the application [Docket No. 184].

18          On December 30, 2015, the Court entered an order authorizing the Firm's employment,

19   effective as of November 13, 2015 [Docket No. 279].

20                                              III.

21              **SUMMARY OF SECOND AND FINAL FEE APPLICATION**

22   Name of Applicant:                          Alvarez & Marsal North America, LLC
23
24   Authorized to Provide
25   Professional Services to:                   Official Committee of Unsecured Creditors
26
27   Date of Retention:                          December 30, 2015 (effective November 13, 2015)
28
29   Period for which Final
30   Compensation and Reimbursement
31   is sought:                                  November 13, 2015 through April 30, 2025
32
33   Fees and Expenses Paid to Date              $462,117.60
34

Pachulski Stang Ziehl & Jones LLP
Attorneys At Law
Los Angeles, California

| | |
|---|---|
| Fees Sought for the Second Interim Period | $138,922.50 |
| Expenses Sought for the Second Interim Period | $6,704.41 |
| Final Amount of Compensation Sought as Actual, Reasonable, and Necessary for all periods | $653,187.50 |
| Final Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for all periods | $19,627.01 |

Accordingly, the Firm requests that the Court enter an order approving this Application on a final basis, allowing $653,187.50 in professional fees and $19,627.01 in costs incurred during the Final Compensation Period for a total of $672,814.51 and ordering the payment of such fees and costs, to the extent funds are available.

**IV.**

**NARRATIVE HISTORY AND PRESENT POSTURE OF CASE**

Pursuant to Local Bankruptcy Rule 2016-1(a)(1)(A)(iv), A&M incorporates by reference the Shulman Application, to be heard contemporaneously by the Court.

It is important to note that none of the professionals employed in these Cases will be paid in full.  Based upon the funds available in the estates, the Firm expects that it will receive approximately 72% of the fees it incurred in connection with the representation of the Committee during the Final Compensation Period.  This will result in a write-off of substantial fees (approximately $202,696.91).

**V.**

**NARRATIVE STATEMENT OF SERVICES RENDERED AND
TIME EXPENDED DURING THE SECOND INTERIM PERIOD**

The services rendered by the Firm during the Second Interim Period are grouped into the categories set forth below.  The Firm attempted to place the services provided in the category that best relates to such services.  However, because certain services may relate to one or more

Pachulski Stang Ziehl & Jones LLP
Attorneys At Law
Los Angeles, California

categories, services pertaining to one category may in fact be included in another category.  These services performed, by categories, are generally described below; with a more detailed identification of the services provided set forth above, and on the invoices attached to the Dulberg Declaration, which identify the attorneys and paraprofessionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

During the Second Interim Period, the Firm expended 168.90 hours of professional time on services in this category.  The Firm's professional fees in this category during the Second Interim Period totals $138,922.50.[2]

### 1.    Committee Correspondence/Communication

This category relates to coordination and fulfillment of information requests, preparation for and attendance at meetings and participation in negotiations with the Official Committee of Unsecured Creditors, other interested parties and their advisors.:

During the Second Interim Period, the Firm expended 33.8 hours of professional time on services in this category.  The Firm's professional fees in this category totals $27,784.50.

### 2.    Financial & Operational Analysis

This billing category includes work performed regarding review of analysis of Debtor financial/operational reporting, performance of business segments, operational issues, critical vendors, contingent liabilities, cost cutting/restructuring initiatives, reorganization efforts, insurance and executory contracts. During the Second Interim Period, the Firm expended 135.1 hours of professional time on services in this category.  The Firm's professional fees in this category totals $111,138.00.

Invoices for the Second Interim Period are attached **Exhibit "A"** to the Declaration of Richard Newman (the "Newman Declaration"), annexed hereto**.**

---

[2] The Firm hereby incorporates by reference the First Interim Fee Application, approved by order entered June 13, 2016 [Docket No. 680].

Pachulski Stang Ziehl & Jones LLP
Attorneys At Law
Los Angeles, California

# VI.

## PROFESSIONAL FEE STATEMENTS

In accordance with the terms of the order authorizing the Firm's employment, the Firm prepared and served Professional Fee Statements as set forth below.  No objections to the Professional Fee Statements were received:

| PFS No. | Period Covered | Fees | Expenses | 80% of Fees | 100% of Expenses | 20% Fee Holdback |
|---------|---------------|------|----------|-------------|------------------|------------------|
| No. 6 | April 1-30, 2016 | $3,642.50 | $6,492.56 | $2,914.00 | $6,492.56 | $728.50 |
| No. 7 | May 1-31, 2016 | $4,835.00 | $56.66 | $3,868.00 | $56.66 | $967.00 |
| No. 8 | June 1-30, 2016 | $337.50 | $0.34 | $270.00 | $0.34 | $67.50 |
| No. 9 | September 1-30, 2016 | $7,305.00 | $2.43 | $5,844.00 | $2.43 | $1,461.00 |
| No. 10 | October 1-31, 2016 | $1,012.50 | $6.14 | $810.00 | $6.14 | $202.50 |
| No. 11 | November 1-30, 2016 | $67.50 | $0.82 | $54.00 | $0.82 | $13.50 |
| No. 12 | December 1-31, 2016 | $405.00 | $0.06 | $324.00 | $0.06 | $81.00 |
| No. 13 | January 1-September 15, 2017 | $121,317.50 | $145.40 | $97,054.00 | $145.40 | $24,263.50 |

# VII.
## DETAILED LISTING OF ALL TIME SPENT BY THE PROFESSIONAL ON THE MATTERS FOR WHICH COMPENSATION IS SOUGHT

**Exhibit "B"** attached to the Newman Declaration contains a summary, by category, of the Firm's services in this Case that were incurred during the Second Interim Period.

# VIII.

## HOURLY RATES

The hourly rates of all professionals and paraprofessionals rendering services in this case are set forth on **Exhibits "A"** attached to the Newman Declaration.

# IX.

## LIST OF EXPENSES BY CATEGORY

Pachulski Stang Ziehl & Jones LLP
Attorneys At Law
Los Angeles, California

1    The costs incurred are summarized in **Exhibit "C"** attached to the Newman Declaration,

2    which provides a cost breakdown during the Second Interim Period. The Firm has charged for

3    usual expenses, such as travel, court costs and wireless usage charges.

4    **X.**

5    **DESCRIPTION OF PROFESSIONAL EDUCATION AND EXPERIENCE**

6    **Exhibit "D"** attached to the Newman Declaration includes a description of the

7    professional education and biographies of the professionals employed by the Firm who rendered

8    services in during the Second Interim Period.

9    **XI.**

10    **NO FEE SHARING**

11    The Firm has no understanding, agreement, or arrangement of any kind to divide with or

12    pay to anyone any of the fees sought by the Firm except to the extent they are shared among

13    members of the Firm.

14    **XII.**

15    **THE FEES AND EXPENSES REQUESTED SHOULD BE AWARDED BASED UPON**

16    **APPLICABLE LAW**

17    The fees requested by this Application are an appropriate award for the Firm's services as

18    financial advisor to the Committee.

19    **XIII.**

20    **CONCLUSION**

21    This is A&M's second and final request for compensation.  A&M believes that the services

22    rendered for which compensation is sought during the Final Compensation Period have been

23    beneficial to the estate, that the costs incurred have been necessary and proper, and that the sums

24    requested for the services rendered and the costs incurred are fair and reasonable.

25    **WHEREFORE**, A&M respectfully requests that the Court: (i) allow on a final basis

26    approval of A&M's First Interim Fee Application; (ii) allow on an interim and final basis

27    compensation in the amount of $138,922.50 in fees for services rendered by A&M during the

Pachulski Stang Ziehl & Jones LLP
Attorneys At Law
Los Angeles, California

1    Second Interim Period; (iv) allow on an interim and final basis reimbursement of expenses in the

2    amount of $6,704.41 for expenses incurred during the Second Interim Period; (v) allow on a final

3    basis compensation in the amount of $653,187.50 in fees for services rendered by A&M during

4    the Final Compensation Period; (vi) allow on a final basis reimbursement of expenses in the

5    amount of $19,627.01 for expenses incurred during the Final Compensation Period; (vii) authorize

6    payment of these allowed but unpaid fees and expenses to A&M; and (viii) grant such other and

7    further relief as the Court may deem proper.

8

Dated:   May 28, 2025                    Respectfully submitted,

ALVAREZ & MARSAL NORTH AMERICA, LLC

*/s/ Richard Newman*
 Richard Newman

Financial Advisor to the Official Committee of
Unsecured Creditors

9

10    Respectfully submitted by:

**PACHULSKI STANG ZIEHL & JONES LLP**

By: */s/ Jeffrey W. Dulberg*
        Jeffrey W. Dulberg
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA  90067

*Counsel to the Official Committee of
Unsecured Creditors*

Pachulski Stang Ziehl & Jones LLP
Attorneys At Law
Los Angeles, California

Pachulski Stang Ziehl & Jones LLP
Attorneys At Law
Los Angeles, California

## DECLARATION OF RICHARD NEWMAN

I, Richard Newman, declare as follows:

1.      I am a Managing Director at  Alvarez & Marsal North America, LLC financial advisor to the Committee in the above-captioned bankruptcy case.

2.      I have personal knowledge of the facts set forth in the foregoing Application[6] and, if called upon as a witness, I could and would competently testify as to all of the matters stated therein.

3.      Attached hereto as **Exhibit "A"** are the invoices containing the time and expense detail incurred by the Firm during the Second Interim Period.

4.      Attached hereto as **Exhibit "B"** is a summary, by category, of the Firm's services that were incurred by the Firm during the Second Interim Period.

5.      Attached hereto as **Exhibit "C"** is a summary of costs incurred by the Firm during the Second Interim Period.  The Firm has charged for usual expenses, such as travel, court costs and wireless usage charges.

6.      Attached hereto as **Exhibit "D"** is a description of the professional education and biographies of the professionals employed by the Firm during the Second Interim Period.

7.      I have personally reviewed the information contained in the Application and believe its contents to be true and correct to the best of my knowledge, information and belief.

8.      I have personally reviewed the bills in this matter, and the bills represent true and correct charges to the best of my knowledge, information and belief.

9.      I have provided a copy of the Final Application to Brad Smith, the Debtors' plan administrator, requesting his comments to the fees and expenses being sought. Upon receipt of the Mr. Smith's comments, the Firm will provide the United States Trustee with a copy and file the comments with the Court.

10.     I have reviewed the requirements of Local Bankruptcy Rule 2016-1(K) and believe the Application complies with this rule.

---

[6] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Application.

1   I declare under penalty of perjury under the laws of the State of California and the United States of

2   America that the foregoing is true and correct.

3           Executed this 28 day of May 2025, at Chicago, Illinois.

4

                                                    /s/ Richard Newman
                                                    Richard Newman

5

6

Pachulski Stang Ziehl & Jones LLP
Attorneys At Law
Los Angeles, California

EXHIBIT A

January 31, 2017

Freedom Communications, Inc.
625 N. Grand Avenue
Santa Ana, California 92701

**INVOICE #806836-6**

**Period April 1-30, 2016**

| | | | Hours | Rate | Fees | |
|---|---|---|---|---|---|---|
| **Professional Fees:** | | | | | | |
| | | | | | | |
| Kelly Stapleton | Managing Director | | 0.9 | $750 | $ | 675.00 |
| Brian Whittman | Managing Director | | 0.8 | $750 | $ | 600.00 |
| Rich Newman | Senior Director | | 2.0 | $675 | $ | 1,350.00 |
| Mary Napoliello | Paraprofessional | | 3.7 | $275 | $ | 1,017.50 |
| | | Total Professional Fees: | | | $ | 3,642.50 |
| | | | | | | |
| | | | | | | |
| **Out of Pocket Expenses:** | | | | | | $6,492.56 |
| | | | | | | |
| | | | Invoice Total: | | **$** | **10,135.06** |

**Mailing Instructions:**

**Wire Instructions:**

Alvarez & Marsal LLC
Attn: Liz Carrington
600 Madison Avenue
8th Floor
New York, NY 10022

| | |
|---|---|
| Bank: | JP Morgan Chase |
| ABA: | 0 2 1 0 0 0 0 2 1 |
| Acct Name: | Alvarez and Marsal North America |
| Acct Number: | 789 758 026 |
| Reference: | 806836 – 6 |

January 31, 2017

Freedom Communications, Inc.
625 N. Grand Avenue
Santa Ana, California 92701

**INVOICE #806836-7**

**Period May 1-31, 2016**

| | | | Hours | Rate | Fees | |
|---|---|---|---|---|---|---|
| **Professional Fees:** | | | | | | |
| Kelly Stapleton | Managing Director | | 3.0 | $750 | $ | 2,250.00 |
| Rich Newman | Senior Director | | 3.3 | $675 | $ | 2,227.50 |
| Mary Napoliello | Paraprofessional | | 1.3 | $275 | $ | 357.50 |
| | | Total Professional Fees: | | | $ | 4,835.00 |
| | | | | | | |
| **Out of Pocket Expenses:** | | | | | | $56.66 |
| | | | Invoice Total: | | **$** | **4,891.66** |

**Mailing Instructions:**

**Wire Instructions:**

Alvarez & Marsal LLC
Attn: Liz Carrington
600 Madison Avenue
8th Floor
New York, NY 10022

| Bank: | JP Morgan Chase |
|---|---|
| ABA: | 0 2 1 0 0 0 0 2 1 |
| Acct Name: | Alvarez and Marsal North America |
| Acct Number: | 789 758 026 |
| Reference: | 806836 – 7 |

January 31, 2017


Freedom Communications, Inc.
625 N. Grand Avenue
Santa Ana, California 92701

**INVOICE #806836-8**

**Period June 1-30, 2016**

| | **Professional Fees:** | | Hours | Rate | Fees | |
|---|---|---|---|---|---|---|
| | Rich Newman | Senior Director | 0.5 | $675 | $ | 337.50 |
| | | Total Professional Fees: | | | $ | 337.50 |
| | | | | | | |
| | **Out of Pocket Expenses:** | | | | | $0.34 |
| | | | | Invoice Total: | $ | 337.84 |


**Mailing Instructions:**

**Wire Instructions:**

Alvarez & Marsal LLC
Attn: Liz Carrington
600 Madison Avenue
8th Floor
New York, NY 10022

Bank:        JP Morgan Chase
ABA:         0 2 1 0 0 0 0 2 1
Acct Name:   Alvarez and Marsal North America
Acct Number: 789 758 026
Reference:   806836 – 8

January 31, 2017

Freedom Communications, Inc.
625 N. Grand Avenue
Santa Ana, California 92701

**INVOICE #806836-9**

**Period September 1-30, 2016**

| | | | Hours | Rate | Fees | |
|---|---|---|---|---|---|---|
| **Professional Fees:** | | | | | | |
| Kelly Stapleton | Managing Director | | 0.2 | $750 | $ | 150.00 |
| Rich Newman | Senior Director | | 10.6 | $675 | $ | 7,155.00 |
| | | Total Professional Fees: | | | $ | 7,305.00 |
| | | | | | | |
| **Out of Pocket Expenses:** | | | | | | $2.43 |
| | | | | **Invoice Total:** | **$** | **7,307.43** |

**Mailing Instructions:**

**Wire Instructions:**

Alvarez & Marsal LLC
Attn: Liz Carrington
600 Madison Avenue
8th Floor
New York, NY 10022

Bank:        JP Morgan Chase
ABA:         0 2 1 0 0 0 0 2 1
Acct Name:   Alvarez and Marsal North America
Acct Number: 789 758 026
Reference:   806836 – 9

January 31, 2017

Freedom Communications, Inc.
625 N. Grand Avenue
Santa Ana, California 92701

**INVOICE #806836-10**

**Period October 1-31, 2016**

| | **Professional Fees:** | | | | | |
|---|---|---|---|---|---|---|
| | | | Hours | Rate | | Fees |
| | | | | | | |
| | Rich Newman | Senior Director | 1.5 | $675 | $ | 1,012.50 |
| | | Total Professional Fees: | | | $ | 1,012.50 |
| | | | | | | |
| | | | | | | |
| | **Out of Pocket Expenses:** | | | | | $6.14 |
| | | | | | | |
| | | | | Invoice Total: | **$** | **1,018.64** |

**Mailing Instructions:**

**Wire Instructions:**

Alvarez & Marsal LLC
Attn: Liz Carrington
600 Madison Avenue
8th Floor
New York, NY 10022

Bank:        JP Morgan Chase
ABA:        0 2 1 0 0 0 0 2 1
Acct Name:    Alvarez and Marsal North America
Acct Number: 789 758 026
Reference:    806836 – 10

January 31, 2017


Freedom Communications, Inc.
625 N. Grand Avenue
Santa Ana, California 92701

**INVOICE #806836-11**

**Period November 1-30, 2016**

| | | | Hours | Rate | | Fees |
|---|---|---|---|---|---|---|
| **Professional Fees:** | | | | | | |
| Rich Newman | Senior Director | | 0.1 | $675 | $ | 67.50 |
| | | Total Professional Fees: | | | $ | 67.50 |
| | | | | | | |
| **Out of Pocket Expenses:** | | | | | | $0.82 |
| | | | | Invoice Total: | $ | 68.32 |


**Mailing Instructions:**

**Wire Instructions:**

Alvarez & Marsal LLC
Attn: Liz Carrington
600 Madison Avenue
8th Floor
New York, NY 10022

Bank:           JP Morgan Chase
ABA:            0 2 1 0 0 0 0 2 1
Acct Name:      Alvarez and Marsal North America
Acct Number:    789 758 026
Reference:      806836 – 11

January 31, 2017


Freedom Communications, Inc.
625 N. Grand Avenue
Santa Ana, California 92701

**INVOICE #806836-12**

**Period December 1-31, 2016**

| | | | Hours | Rate | Fees | |
|---|---|---|---|---|---|---|
| **Professional Fees:** | | | | | | |
| Rich Newman | Senior Director | | 0.6 | $675 | $ | 405.00 |
| | | Total Professional Fees: | | | $ | 405.00 |
| | | | | | | |
| **Out of Pocket Expenses:** | | | | | | $0.06 |
| | | | | Invoice Total: | $ | 405.06 |


**Mailing Instructions:**


**Wire Instructions:**


Alvarez & Marsal LLC
Attn: Liz Carrington
600 Madison Avenue
8th Floor
New York, NY 10022

Bank:        JP Morgan Chase
ABA:         0 2 1 0 0 0 0 2 1
Acct Name:   Alvarez and Marsal North America
Acct Number: 789 758 026
Reference:   806836 – 12

January 31, 2017

Freedom Communications, Inc.
625 N. Grand Avenue
Santa Ana, California 92701

**INVOICE #806836-13**

**Period January 1 – September 15, 2017**

|  | | | Hours | Rate | | Fees |
|---|---|---|---|---|---|---|
| **Professional Fees:** | | | | | | |
| John Spencer | Managing Director | | 114.9 | $900 | $ | 103,410.00 |
| Eric Wheeler | Managing Director | | 1.0 | $750 | $ | 750.00 |
| James McDermott | Managing Director | | 19.7 | $750 | $ | 14,775.00 |
| Kelly Stapleton | Managing Director | | 0.3 | $750 | $ | 225.00 |
| Rich Newman | Senior Director | | 2.3 | $675 | $ | 1,552.50 |
| Mary Napoliello | Paraprofessional | | 2.2 | $275 | $ | 605.00 |
| | | Total Professional Fees: | | | $ | 121,317.50 |
| | | | | | | |
| **Out of Pocket Expenses:** | | | | | | $145.40 |
| | | | | **Invoice Total:** | **$** | **121,462.90** |

**Mailing Instructions:**

**Wire Instructions:**

Alvarez & Marsal LLC
Attn: Liz Carrington
600 Madison Avenue
8th Floor
New York, NY 10022

| Bank: | JP Morgan Chase |
|---|---|
| ABA: | 0 2 1 0 0 0 0 2 1 |
| Acct Name: | Alvarez and Marsal North America |
| Acct Number: | 789 758 026 |
| Reference: | 806836 – 13 |

EXHIBIT B

*Exhibit B*

***Freedom Communications, Inc., et al.***
***Summary of Time Detail by Project Category***
***April 1, 2016 through April 30, 2025***

| Project Category | Hours | | Fees |
|---|---|---|---|
| Financial & Operational Matters | 135.1 | $ | 111,138.00 |
| General Correspondence with Other Professionals | 33.8 | | 27,784.50 |
| **Total** | **168.9** | **$** | **138,922.50** |

EXHIBIT C

*Exhibit C*

*Freedom Communications, Inc., et al.*
*Cost Summary by Category*
*April 1, 2016 through April 30, 2025*

| Expense Category | Total |
|---|---|
| Miscellaneous | 6,704.41 |
| **Total** | **$ 6,704.41** |

# EXHIBIT D

# Richard Newman

## Managing Director

▪ Rich Newman co-leads Alvarez & Marsal's Unsecured Creditors' Committee practice. Managing Director with Alvarez & Marsal Creditor Advisory in Chicago where he provides financial advisory services to creditors and focuses on representing official committees of unsecured creditors in bankruptcy proceedings. Specializes in 363 sales, liquidity management, business plan review, solvency, formulation of reorganization plans and litigation support

▪ With more than nineteen years of restructuring experience, Mr. Newman has advised unsecured creditor committees, healthy and distressed companies in leveraged recapitalizations, mergers and acquisitions, and support of interim management roles

▪ Unsecured Creditor Committee assignments: Avaya, Boomerang Tube, Buccaneer Energy, Constar, Corsicana, Endeavour, Getty Petroleum, Global Aviation, Hollander Sleep Products, Keywell LLC, Kodak, LifeCare, NewPage, Orchids Paper, NORPAC Foods, Inc., Ryckman Creek Resources, LLC, SunEdison, Synergy Pharmaceuticals, Takata, Tintri, and Westinghouse

▪ Debtor financial advisory, bank advisory, or out-of-court deals: Appleton Coated, Chesapeake Corporation, Detroit Public Schools, Dresser, Inc., Kimball Hill Homes, Severstal North America, Inc., Tronox Inc., Union Carbide and Visteon Corp.

▪ Testimony experience includes (i) Orchids Paper Products Company Case No. 19-10729, (ii) TK Holdings Inc. (f/k/a Takata) Case No. 17-11375 (November 2017), and (iii) Deposition re: SGK Ventures, LLC (f/k/a Keywell, LLC) Case No. 13-37603 (August 2014), among others

▪ Mr. Newman received a B.S. in economics from George Washington University and a master's degree in business administration from The University of Texas. He passed all three levels of the CIRA exam and received the Kroll Zolfo Cooper / Randy Waits Award for excellence on the CIRA exam



Chicago

ALVAREZ & MARSAL

# Brian Whittman

## Managing Director

- Brian Whittman is a Managing Director with Alvarez & Marsal Restructuring & Turnaround in Chicago. He is the Co-Head of the Midwest region and brings 25 years of experience advising companies requiring performance improvement or financial restructuring across a wide range of industries, including automotive, communications, distribution, manufacturing, media, mining and retail. Mr. Whittman has led complex engagements for companies, secured lenders and creditors, and has served in both interim management and advisory roles.

- Most recently, Mr. Whittman served as interim CFO of Horizon Global, an $850 million revenue global manufacturer and distributor of trailering and towing products to the automotive and industrial OE and aftermarket. He was responsible for the finance and accounting function, the annual 10-K filing, and raising $50 million of incremental debt and renegotiation of debt covenants. Previously, Mr. Whittman led the finance function at Coriant, a $750 million revenue multinational optical networking equipment company which included overseeing an audit in preparation for public filings associated with the sale of the company to Infinera. He led the sell-side diligence process and led a team focused on working capital improvement, cash forecasting, cost reductions and S&OP process improvement.



Chicago

- Prior to that, Mr. Whittman served as CRO of UCI International, a $700 million revenue automotive original equipment and aftermarket parts manufacturer. He successfully led the company through a chapter 11 reorganization process and received the TMA Chicago/Midwest Large Company Turnaround of the Year award. Before that, Mr. Whittman served as interim CFO for PSAV, where he oversaw the annual budgeting process, the acquisition and integration of a smaller competitor, and restructuring of the accounting and finance organization.

- Additional notable assignments include Appleton Coated, Drug Emporium, Electro Motive Diesel, Everyware Global, Heartland Automotive Services, Murray Energy, SLI, and Tribune Company. He also advised senior lenders and creditors in various matters, including the bankruptcies of Freedom Communications and Reader's Digest.

- Prior to joining A&M, Mr. Whittman spent seven years in restructuring at a Big Five firm.

- Mr. Whittman earned bachelor's degrees in finance and accountancy from the University of Illinois. He is a Certified Public Accountant and a Certified Insolvency and Restructuring Advisor.

**NOTE:  Alvarez & Marsal employs CPAs but is not a licensed CPA firm.**

ALVAREZ & MARSAL

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled (*specify*):  **SECOND AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES OF ALVAREZ & MARSAL NORTH AMERICA, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, IN CONNECTION WITH STRUCTURED DISMISSAL OF CASES; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF RICHARD NEWMAN IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 30, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **May 30, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **May 30, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**VIA FEDERAL EXPRESS**
The Honorable Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 W. Fourth Street, Suite 5130
Santa Ana, CA 92701

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 30, 2025 | Nancy H. Brown | /s/ Nancy H. Brown |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**
4915-4310-5607.1 29266.002

**SERVICE LIST -- Case No.: 8-15-bk-15311-MW**

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Jonathan T Amitrano   jamitrano@taylorlaw.com, ltaylor@taylorlaw.com,ecf@taylorlaw.com
- Kyra E Andrassy   kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- David M Banker   dbanker@lowenstein.com, dbanker@lowenstein.com
- Richard L Barnett   rick@barnettrubin.com, kelly@barnettrubin.com
- James Cornell Behrens   jbehrens@milbank.com, gbray@milbank.com;mshinderman@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com
- Steven M Berman   sberman@shumaker.com, fmorency@shumaker.com;choffman@shumaker.com;lhutton@shumaker.com
- Shraddha Bharatia   notices@becket-lee.com
- Matthew Bouslog   mbouslog@allenmatkins.com, ncampos@allenmatkins.com
- J Scott Bovitz   bovitz@bovitz-spitzer.com
- Larry Butler   notices@becket-lee.com
- Andrew W Caine   acaine@pszjlaw.com
- David Cantrell   dcantrell@lc-law-llp.com
- Jeffrey D Cawdrey   jcawdrey@grsm.com, madeyemo@gordonrees.com;asoto@grsm.com;amatthews@grsm.com
- Conrad K Chiu   cchiu@pryorcashman.com
- Shawn M Christianson   cmcintire@buchalter.com, schristianson@buchalter.com
- Theodore A Cohen   tcohen@sheppardmullin.com, mtzeng@sheppardmullin.com
- Erinn M Contreras   econtreras@sheppardmullin.com, dcorpus@sheppardmullin.com
- Joseph Corrigan   Bankruptcy2@ironmountain.com
- Raphael Cung   rcung@callahan-law.com, jeggleston@callahan-law.com;deisenbrey@callahan-law.com;mmartinez@callahan-law.com
- J.D. Cuzzolina   info@cuzzlaw.com, jp@cuzzlaw.com
- Michael T Delaney   mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- Jessica DiFrancesco   notices@becket-lee.com
- Caroline Djang   cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com
- Jeffrey W Dulberg   jdulberg@pszjlaw.com
- Robert J Feinstein   rfeinstein@pszjlaw.com
- Scott D Fink   colcaecf@weltman.com
- Marc C Forsythe   mforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
- Alan J Friedman   afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- Matthew T Furton   mfurton@lockelord.com, Donna.Mathis@lockelord.com;autodocket@lockelord.com
- Thomas M Gaa   tgaa@bbslaw.com
- Beth Gaschen   bgaschen@go2.law, kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law
- David B Golubchik   dbg@lnbyg.com, dbg@lnbyg.com
- Justin D Harris   jdh@harrislawfirm.net, felicia@harrislawfirm.net
- Lydia A Hewett   lydia.hewett@cpa.state.tx.us
- Joan Huh   joan.huh@cdtfa.ca.gov
- Lillian Jordan   nefrecipients@donlinrecano.com, RMAPA@DONLINRECANO.COM
- Sean A Kading   seankading@sbcglobal.net
- Samuel M Kidder   skidder@ktbslaw.com
- Rika Kido   rkido@shulmanbastian.com, avernon@shulmanbastian.com
- Jeannie Kim   jkim@buchalter.com, dgatmen@sheppardmullin.com
- Alan M. Kindred   akindred@leechtishman.com, alankindred@hotmail.com;dtomko@ch-legal.com
- Armand R. Kizirian   armand@kizirianlaw.com, armand@boyamianlaw.com;michael@boyamianlaw.com;narine@boyamianlaw.com
- Stuart I Koenig   Skoenig@leechtishman.com, sfrey@leechtishman.com;jabrams@leechtishman.com
- Alan J Kornfeld   akornfeld@pszjlaw.com, mdj@pszjlaw.com
- Matthew J Kraus   mkraus@lc-lawyers.com, mbuchheit@lc-lawyers.com
- Jeffrey C Krause   jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
- Donny P Le   Donny.Le@doj.ca.gov
- Yochun Katie Lee   kylee@akingump.com, tsouthwell@akingump.com;westdocketing@akingump.com
- Elan S Levey   elan.levey@usdoj.gov, julie.morales@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- William N Lobel   wlobel@tocounsel.com, mmason@tocounsel.com
- Aaron J Malo   amalo@sheppardmullin.com, abilly@sheppardmullin.com;mlinker@sheppardmullin.com
- Robert S Marticello   rmarticello@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- Ashley M. McDow   amcdow@proton.me, sansanee-wells-8377@ecf.pacerpro.com;swells@foley.com
- David W. Meadows   david@davidwmeadowslaw.com
- Reed M Mercado   rmercado@sheppardmullin.com
- Harlene Miller   harlene@harlenemillerlaw.com, harlenejd@gmail.com
- Raymond F Moats   colcaecf@weltman.com
- Elizabeth L Musser   emusser@londonfischer.com
- Queenie K Ng   queenie.k.ng@usdoj.gov
- Jeffrey P Nolan   jnolan@pszjlaw.com
- Courtney E Norton   cnorton@greenbergglusker.com, kwoodson@greenbergglusker.com;jking@greenbergglusker.com;calendar@greenbergglusker.com
- Ryan D O'Dea   rodea@shulmanbastian.com, lgauthier@shulmanbastian.com;avernon@shulmanbastian.com
- John M O'Donnell   john.o'donnell@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- Ernie Zachary Park   ernie.park@bewleylaw.com
- Ronak N Patel   rpatel@rivco.org, suhernandez@rivco.org;COUNSEL-BK@rivco.org
- Mary A Petrovic   petrovic.mary@pbgc.gov, efile@pbgc.gov
- Marc S Pfeuffer   pfeuffer.marc@pbgc.gov, efile@pbgc.gov
- Kathy Bazoian Phelps   kphelps@raineslaw.com, hchoi@raineslaw.com
- Christopher E Prince   jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com
- Amelia Puertas-Samara   itcdbgc@edd.ca.gov, itcdgc@edd.ca.gov
- Christopher B Queally   cqueally@callahan-law.com, jluirette@callahan-law.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

- Michael B Reynolds   mreynolds@swlaw.com, kcollins@swlaw.com
- Christopher O Rivas   crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com;sean-wilson-0462@ecf.pacerpro.com
- Jeremy E Rosenthal   jrosenthal@sidley.com
- Joel W Ruderman   ruderman.joel@pbgc.gov, email@pbgc.gov
- Peter J Rudinskas   pjr.legal@gmail.com
- James M Sabovich   jsabovich@callahan-law.com, ksalour@callahan-law.com;jkirwin@callahan-law.com;rcung@callahan-law.com;bmccormack@callahan-law.com;erichards@callahan-law.com;SRobinson@callahan-law.com
- Jonathan C Sandler   jsandler@bhfs.com, pherron@bhfs.com
- Scott A Schiff   sas@soukup-schiff.com
- Daren M Schlecter   daren@schlecterlaw.com, assistant@schlecterlaw.com
- George E Schulman   schulmange@gmail.com, danninggill@gmail.com;gschulman@ecf.inforuptcy.com
- Leonard M Shulman   lshulman@shulmanbastian.com, bcabrera@shulmanbastian.com;yrivera@shulmanbastian.com
- Donald W Sieveke   , dws4law@pacbell.net
- Donald W Sieveke   ibmoola@yahoo.com, dws4law@pacbell.net
- David Philip Simonds   david.simonds@hoganlovells.com,

- dewey.uthwalo@hoganlovells.com
- David A Smyth   smythlaw@gmail.com, dsmyth2_@hotmail.com
- Alex E Spjute   spjute@hugheshubbard.com, gaurav.reddy@hugheshubbard.com
- Sarah Stuppi   Sarah@stuppilaw.com
- Brooke S Thompson   bthompson@shulmanbastian.com, avernon@shulmanbastian.com
- Charles Tsai   charles.tsai@doj.ca.gov
- Helena Tseregounis   helena.tseregounis@lw.com
- United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov
- Daniel Uribe   duribe@gmail.com
- Elissa A Wagner   ewagner@pszjlaw.com
- Michael A Wallin   mwallin@wallinrussell.com
- Michael J. Weiland   mweiland@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com
- Scott Weltman   sweltman@weltman.com
- Brandon J Witkow   bw@witkowlaw.com, tg@witkowlaw.com
- Steven D Zansberg   zansbergs@ballardspahr.com, DocketClerk_Denver@ballardspahr.com

## 2. **SERVED BY UNITED STATES MAIL**:

**Debtor**
Freedom Communications, Inc.
c/o B Riley Advisory Services
Attn: Brad Smith
30870 Russell Ranch Road, Ste 250
Westlake, CA 91362

**UST**
Office of the U.S. Trustee
411 W. Fourth Street, Suite 9041
Santa Ana, CA 92701-8000

### Committee Members

Associated Press
Attn: Alan Swain
450 West 33rd Street
New York, NY 10001

Pension Benefit Guaranty Corporation
Attn: John J. Butler
1200 K Street, NW
Washington, DC 20005-4026

Electronic Business Solutions
Attn: Hany El Tamami
19800 MacArthur Blvd. Suite 300
Irvine, CA 92612

Newscycle Solutions
Attn: Brian Cornelius
7900 International Dr. Suite 800
Bloomington, MN 55425

Inland Empire Paper Company
Attn: Lori McMahon
3320 N. Argonne
Spokane, WA 99212

Ponderay Newsprint Company
Attn: Lina Miniaci or Pierre Pharand
111 Duke Street, Suite 5000
Montreal, Quebec, Canada, H3CQH1

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
4915-4310-5607.1 29266.002

**F 9013-3.1.PROOF.SERVICE**