Robert J. Feinstein (Admitted *pro hac vice*)
Jeffrey W. Dulberg (Bar No. 181200)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: rfeinstein@pszjlaw.com
      jdulberg@pszjlaw.com

Counsel for the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>FREEDOM COMMUNICATIONS, INC., a Delaware corporation et al.,<br><br>           Debtors.<br><br>Affects:<br><br>☒ All Debtors<br><br>☐ Freedom Communications, Inc., a Delaware corporation, ONLY<br><br>☐ Freedom Communications Holdings, Inc., a Delaware corporation, ONLY<br><br>☐ Freedom Services, Inc., a Delaware corporation, ONLY<br><br>☐ 2100 Freedom, Inc., a Delaware corporation, ONLY<br><br>☐ OCR Community Publications, Inc., a California corporation, ONLY<br><br>☐ Daily Press, LLC, a California limited liability company, ONLY<br><br>☐ Freedom California Mary Publishing, Inc., a California corporation, ONLY<br><br>☐ Freedom California Ville Publishing Company LP, a California limited partnership, ONLY | Case No. 8:15-bk-15311-SC<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 8:15-bk-15312-SC; 8:15-bk-15313-SC; 8:15-bk-15315-SC; 8:15-bk-15316-SC; 8:15-bk-15317-SC; 8:15-bk-15318-SC; 8:15-bk-15319-SC; 8:15-bk-15320-SC; 8:15-bk-15321-SC; 8:15-bk-15322-SC; 8:15-bk-15323-SC; 8:15-bk-15324-SC; 8:15-bk-15325-SC; 8:15-bk-15326-SC; 8:15-bk-15327-SC; 8:15-bk-15328-SC; 8:15-bk-15329-SC; 8:15-bk-15330-SC; 8:15-bk-15332-SC; 8:15-bk-15337-SC; 8:15-bk-15339-SC; 8:15-bk-15340-SC; 8:15-bk-15342-SC; 8:15-bk-15343-SC)<br><br>Chapter 11<br><br>**COMMITTEE'S COMMENTS REGARDING SECOND AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, IN CONNECTION WITH STRUCTURED DISMISSAL OF CASES** |

4927-7551-9818.1 29266.002

|    |    |    |
|----|----|----|
| 1  | ☐ Freedom Colorado Information, Inc., a Delaware corporation, ONLY |  |
| 2  |  |  |
| 3  | ☐ Freedom Interactive Newspapers, Inc., a California corporation, ONLY | Hearing: <br> DATE:    July 17, 2025 |
| 4  | ☐ Freedom Interactive Newspapers of Texas, Inc., a Delaware corporation, ONLY | TIME:    10:00 a.m. <br> PLACE:  Courtroom:  5C – Via Zoom[1] <br>              411 West Fourth Street |
| 5  |  |              Santa Ana, CA |
| 6  | ☐ Freedom Newspaper Acquisitions, Inc., a Delaware corporation, ONLY |  |
| 7  | ☐ Freedom Newspapers, a Texas general partnership, ONLY |  |
| 8  |  |  |
| 9  | ☐ Freedom Newspapers, Inc., a Delaware corporation, ONLY |  |
| 10 | ☐ Freedom Newspapers of Southwestern Arizona, Inc., a California corporation, ONLY |  |
| 11 |  |  |
| 12 | ☐ OCR Information Marketing, Inc., a California corporation, ONLY |  |
| 13 | ☐ Odessa American, a Texas general partnership, ONLY |  |
| 14 |  |  |
| 15 | ☐ Orange County Register Communications, Inc., a California corporation, ONLY |  |
| 16 | ☐ Victor Valley Publishing Company, a California corporation, ONLY |  |
| 17 |  |  |
| 18 | ☐ Victorville Publishing Company, a California limited partnership, ONLY |  |
| 19 | ☐ Freedom SPV II, LLC, a Delaware limited liability company, ONLY |  |
| 20 |  |  |
| 21 | ☐ Freedom SPV VI, LLC, a Delaware limited liability company, ONLY |  |
| 22 | ☐ Freedom SPV I, LLC, a Delaware limited liability company, ONLY |  |
| 23 |  |  |
| 24 | ☐ Freedom SPV IV, LLC, a Delaware limited liability company, ONLY |  |
| 25 |  |  |

---

[1] Accessibility information will be provided by the Court in its tentative ruling prior to the hearing, and direct parties to obtain such accessibility information on Judge Clarkson's posted hearing calendar which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC.

4927-7551-9818.1 29266.002                        2

☐ Freedom SPV V, LLC, a Delaware limited liability company, ONLY

**COMMENTS**

I, John J. Butler, state:

1. I am the Chairman of the Official Committee of Unsecured Creditors in the above-captioned bankruptcy case.

2. I have reviewed the *Second and Final Application for Allowance and Payment of Fees and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, Counsel for the Official Committee of Unsecured Creditors, in Connection with Structured Dismissal of Cases* [Docket No. 3090] and have the following comments thereto:

☑ No objection.

☐ An objection is raised as set forth below.

Executed on June 10, 2025.

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FREEDOM COMMUNICATIONS, INC., et al.,

By: /s/ John J. Butler
John J. Butler

Solely in his capacity as Chair of the Official Committee of Unsecured Creditors of Freedom Communications, Inc., et al.

4927-7551-9818.1 29266.002    3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*): **COMMITTEE'S COMMENTS REGARDING SECOND AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, IN CONNECTION WITH STRUCTURED DISMISSAL OF CASES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 10, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **June 10, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June 10, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA FEDERAL EXPRESS**
The Honorable Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 W. Fourth Street, Suite 5130
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 10, 2025 | Nancy H. Brown | /s/ Nancy H. Brown |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*     **F 9013-3.1.PROOF.SERVICE**
4920-6872-6604.1 29266.002

**SERVICE LIST** -- Case No.: 8-15-bk-15311-MW

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Jonathan T Amitrano    jamitrano@taylorlaw.com, ltaylor@taylorlaw.com,ecf@taylorlaw.com
- Kyra E Andrassy    kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- David M Banker    dbanker@lowenstein.com, dbanker@lowenstein.com
- Richard L Barnett    rick@barnettrubin.com, kelly@barnettrubin.com
- James Cornell Behrens    jbehrens@milbank.com, gbray@milbank.com;mshinderman@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com
- Steven M Berman    sberman@shumaker.com, fmorency@shumaker.com;choffman@shumaker.com;lhutton@shumaker.com
- Shraddha Bharatia    notices@becket-lee.com
- Matthew Bouslog    mbouslog@allenmatkins.com, ncampos@allenmatkins.com
- J Scott Bovitz    bovitz@bovitz-spitzer.com
- Larry Butler    notices@becket-lee.com
- Andrew W Caine    acaine@pszjlaw.com
- David Cantrell    dcantrell@lc-law-llp.com
- Jeffrey D Cawdrey    jcawdrey@grsm.com, madeyemo@gordonrees.com;asoto@grsm.com;amatthews@grsm.com
- Conrad K Chiu    cchiu@pryorcashman.com
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Theodore A Cohen    tcohen@sheppardmullin.com, mtzeng@sheppardmullin.com
- Erinn M Contreras    econtreras@sheppardmullin.com, dcorpus@sheppardmullin.com
- Joseph Corrigan    Bankruptcy2@ironmountain.com
- Raphael Cung    rcung@callahan-law.com, jeggleston@callahan-law.com;deisenbrey@callahan-law.com;mmartinez@callahan-law.com
- J.D. Cuzzolina    info@cuzzlaw.com, jp@cuzzlaw.com
- Michael T Delaney    mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- Jessica DiFrancesco    notices@becket-lee.com
- Caroline Djang    cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Robert J Feinstein    rfeinstein@pszjlaw.com
- Scott D Fink    colcaecf@weltman.com
- Marc C Forsythe    mforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com;Forsythe.MarcR136526@notify.bestcase.com
- Alan J Friedman    afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- Matthew T Furton    mfurton@lockelord.com, Donna.Mathis@lockelord.com;autodocket@lockelord.com
- Thomas M Gaa    tgaa@bbslaw.com
- Beth Gaschen    bgaschen@go2.law, kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law
- David B Golubchik    dbg@lnbyg.com, dbg@lnbyg.com
- Justin D Harris    jdh@harrislawfirm.net, felicia@harrislawfirm.net
- Lydia A Hewett    lydia.hewett@cpa.state.tx.us
- Joan Huh    joan.huh@cdtfa.ca.gov
- Lillian Jordan    nefrecipients@donlinrecano.com, RMAPA@DONLINRECANO.COM
- Sean A Kading    seankading@sbcglobal.net
- Samuel M Kidder    skidder@ktbslaw.com
- Rika Kido    rkido@shulmanbastian.com, avernon@shulmanbastian.com
- Jeannie Kim    jkim@buchalter.com, dgatmen@sheppardmullin.com
- Alan M. Kindred    akindred@leechtishman.com, alankindred@hotmail.com;dtomko@ch-legal.com
- Armand R. Kizirian    armand@kizirianlaw.com, armand@boyamianlaw.com;michael@boyamianlaw.com;narine@boyamianlaw.com
- Stuart I Koenig    Skoenig@leechtishman.com, sfrey@leechtishman.com;jabrams@leechtishman.com
- Alan J Kornfeld    akornfeld@pszjlaw.com, mdj@pszjlaw.com
- Matthew J Kraus    mkraus@lc-lawyers.com, mbuchheit@lc-lawyers.com
- Jeffrey C Krause    jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
- Donny P Le    Donny.Le@doj.ca.gov
- Yochun Katie Lee    kylee@akingump.com, tsouthwell@akingump.com;westdocketing@akingump.com
- Elan S Levey    elan.levey@usdoj.gov, julie.morales@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- William N Lobel    wlobel@tocounsel.com, mmason@tocounsel.com
- Aaron J Malo    amalo@sheppardmullin.com, abilly@sheppardmullin.com;mlinker@sheppardmullin.com
- Robert S Marticello    rmarticello@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- Ashley M. McDow    amcdow@proton.me, sansanee-wells-8377@ecf.pacerpro.com;swells@foley.com
- David W. Meadows    david@davidwmeadowslaw.com
- Reed M Mercado    rmercado@sheppardmullin.com
- Harlene Miller    harlene@harlenemillerlaw.com, harlenejd@gmail.com
- Raymond F Moats    colcaecf@weltman.com
- Elizabeth L Musser    emusser@londonfischer.com
- Queenie K Ng    queenie.k.ng@usdoj.gov
- Jeffrey P Nolan    jnolan@pszjlaw.com
- Courtney E Norton    cnorton@greenbergglusker.com, kwoodson@greenbergglusker.com;jking@greenbergglusker.com;calendar@greenbergglusker.com
- Ryan D O'Dea    rodea@shulmanbastian.com, lgauthier@shulmanbastian.com;avernon@shulmanbastian.com
- John M O'Donnell    john.o'donnell@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- Ernie Zachary Park    ernie.park@bewleylaw.com
- Ronak N Patel    rpatel@rivco.org, suhernandez@rivco.org;COUNSEL-BK@rivco.org
- Mary A Petrovic    petrovic.mary@pbgc.gov, efile@pbgc.gov
- Marc S Pfeuffer    pfeuffer.marc@pbgc.gov, efile@pbgc.gov
- Kathy Bazoian Phelps    kphelps@raineslaw.com, hchoi@raineslaw.com
- Christopher E Prince    , jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com
- Amelia Puertas-Samara    itcdbgc@edd.ca.gov, itcdgc@edd.ca.gov
- Christopher B Queally    cqueally@callahan-law.com, jluirette@callahan-law.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                              **F 9013-3.1.PROOF.SERVICE**
4920-6872-6604.1 29266.002

- Michael B Reynolds  mreynolds@swlaw.com, kcollins@swlaw.com
- Christopher O Rivas  crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com;sean-wilson-0462@ecf.pacerpro.com
- Jeremy E Rosenthal  jrosenthal@sidley.com
- Joel W Ruderman  ruderman.joel@pbgc.gov, email@pbgc.gov
- Peter J Rudinskas  pjr.legal@gmail.com
- James M Sabovich  jsabovich@callahan-law.com, ksalour@callahan-law.com;jkirwin@callahan-law.com;rcung@callahan-law.com;bmccormack@callahan-law.com;erichards@callahan-law.com;SRobinson@callahan-law.com
- Jonathan C Sandler  jsandler@bhfs.com, pherron@bhfs.com
- Scott A Schiff  sas@soukup-schiff.com
- Daren M Schlecter  daren@schlecterlaw.com, assistant@schlecterlaw.com
- George E Schulman  schulmange@gmail.com, danninggill@gmail.com;gschulman@ecf.inforuptcy.com
- Leonard M Shulman  lshulman@shulmanbastian.com, bcabrera@shulmanbastian.com;yrivera@shulmanbastian.com
- Donald W Sieveke   , dws4law@pacbell.net
- Donald W Sieveke  ibmoola@yahoo.com, dws4law@pacbell.net
- David Philip Simonds  david.simonds@hoganlovells.com, tracy.southwell@hoganlovells.com
- David A Smyth  smythlaw@gmail.com, dsmyth2_@hotmail.com
- Alex E Spjute  spjute@hugheshubbard.com, gaurav.reddy@hugheshubbard.com
- Sarah Stuppi  Sarah@stuppilaw.com
- Brooke S Thompson  bthompson@shulmanbastian.com, avernon@shulmanbastian.com
- Charles Tsai  charles.tsai@doj.ca.gov
- Helena Tseregounis  helena.tseregounis@lw.com
- United States Trustee (SA)  ustpregion16.sa.ecf@usdoj.gov
- Daniel Uribe  duribe@gmail.com
- Elissa A Wagner  ewagner@pszjlaw.com
- Michael A Wallin  mwallin@wallinrussell.com
- Michael J. Weiland  mweiland@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com
- Scott Weltman  sweltman@weltman.com
- Brandon J Witkow  bw@witkowlaw.com, tg@witkowlaw.com
- Steven D Zansberg  zansbergs@ballardspahr.com, DocketClerk_Denver@ballardspahr.com

**2. SERVED BY UNITED STATES MAIL**:

**Debtor**
Freedom Communications, Inc.
c/o B Riley Advisory Services
Attn: Brad Smith
30870 Russell Ranch Road, Ste 250
Westlake, CA 91362

**UST**
Office of the U.S. Trustee
411 W. Fourth Street, Suite 9041
Santa Ana, CA 92701-8000

**Committee Members**

Associated Press
Attn: Alan Swain
450 West 33rd Street
New York, NY 10001

Pension Benefit Guaranty Corporation
Attn: John J. Butler
1200 K Street, NW
Washington, DC 20005-4026

Electronic Business Solutions
Attn: Hany El Tamami
19800 MacArthur Blvd. Suite 300
Irvine, CA 92612

Newscycle Solutions
Attn: Brian Cornelius
7900 International Dr. Suite 800
Bloomington, MN 55425

Inland Empire Paper Company
Attn: Lori McMahon
3320 N. Argonne
Spokane, WA 99212

Ponderay Newsprint Company
Attn: Lina Miniaci or Pierre Pharand
111 Duke Street, Suite 5000
Montreal, Quebec, Canada, H3CQH1

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                          F 9013-3.1.PROOF.SERVICE
4920-6872-6604.1 29266.002